# **CMO 1 - EXHIBIT A**

1:20-cv-02810        *E.R. v. TikTok Inc., et al.*

1:20-cv-02883        *Marks v. TikTok Inc.*

1:20-cv-02884        *D.H. v. TikTok Inc., et al.*

1:20-cv-02889        *L.B. v. TikTok Inc., et al.*

1:20-cv-03007        *H.S. v. TikTok Inc., et al.*

1:20-cv-03771        *Minors v. TikTok Inc., et al.*

1:20-cv-04170        *Kukovec v. TikTok Inc., et al.*

1:20-cv-04731        *A.S. v. TikTok Inc., et al.*

1:20-cv-04723        *Hong v. TikTok Inc., et al.*

1:20-cv-04724        *P.S. v. TikTok Inc., et al.*

1:20-cv-04725        *D.M. v. TikTok Inc., et al.*

1:20-cv-04728        *R.S. v. TikTok Inc., et al.*

1:20-cv-04729        *S.A. v. TikTok Inc., et al.*