IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

### SETTLING PARTIES' PROPOSED CASE MANAGEMENT SCHEDULE

As ordered by this Court in Case Management Order No. 1 on August 17, 2020 [ECF No. 3], the Settling Plaintiffs, certain other Plaintiffs (as specifically set forth in the signature block below; collectively representing fourteen of the nineteen related actions in the MDL)[1], and Defendants jointly submit this case management schedule and state as follows:

1. On August 13, 2020, the Settling Plaintiffs and Defendants (together, the "Settling Parties") reached a Settlement in principle, subject to certain conditions, which will resolve all of the claims asserted in the MDL, on a class-wide basis. The settlement is the result of extensive, hard-fought, arms-length negotiations and a mediation with the Honorable Layn Phillips (defined herein as "Settlement"). The Settling Parties are currently working vigorously, efficiently and

---

[1] Though this statement is being submitted on behalf of the majority of the parties in the cases comprising the MDL, there is some disagreement involving a handful of counsel concerning the requirements of Case Management Order No. 1 ("CMO No. 1"). CMO No. 1 provides for an appropriate meet and confer and a joint proposed case management schedule, but only "to the extent applicable." (*See* CMO No. 1 at ¶9(d), 9(f)). Here, such discussions are not applicable since the case has settled and all parties have been advised of the fact of settlement.

expeditiously to finalize the Settlement and fulfill the conditions associated therewith so that it may be presented to the Court for preliminary approval.

2.      Prior to the administrative transfer of cases comprising this MDL and the Court's entry of Case Management Order No. 1, counsel in the Northern District of Illinois Consolidated Action advised the Court of the Settlement in a joint status report. The joint status report was filed by the parties in the consolidated *E.R.* matter pursuant to this Court's order of June 18, 2020 in that case, which required the parties to report to the Court on the status of settlement [ECF No. 37]. The parties also filed the *E.R.* joint status report in the MDL docket so that all parties in the MDL would be notified of the Settlement.

3.      In the *E.R.* joint status report, the parties indicated that the Settling Parties support a stay of the cases comprising the MDL, pending the filing of the motion for preliminary approval of the settlement.

4.      With this Court having issued a partial stay of the proceedings in paragraph 12(a) of Case Management Order No. 1, the Settling Parties believe there is now no need for any additional stay, that leadership proceedings should proceed on the schedule as ordered by the Court, and that the settlement will be finalized and presented to this Court for approval within approximately 60 days.

5.      Therefore, the Settling Parties, with the consent of the other Plaintiffs set forth below, propose the following schedule related to this Court's preliminary approval of the Settlement:

    a.  Settling Parties' Motion for Preliminary Approval to be filed on or before October 26, 2020;

    b.  Responses to Settling Parties' Motion for Preliminary Approval to be filed on or before November 9, 2020;

    c. Settling Parties' Reply in Support of the Motion for Preliminary Approval to be filed on or before November 16, 2020; and

    d. Settling Parties' Motion for Preliminary Approval Hearing on a date to be set by the Court.

6.     The Settling Parties, with the consent of the other Plaintiffs set forth below, address the following case management issues ordered pursuant to Case Management Order No. 1:

    a. *Any fact discovery that may be necessary, including any limit on the number of additional interrogatories, limits on the number of additional depositions and their duration, and time frame for such discovery*

    Not applicable as a result of the Settlement.

    b. *Issues related to class certification and the filing of consolidated motions for class certification*

    Not applicable as a result of the Settlement.

    c. *The schedule for any additional expert witness disclosures and related discovery*

    Not applicable as a result of the Settlement.

    d. *The schedule for any dispositive motions*

    Not applicable as a result of the Settlement.

    e. *Settlement efforts*

    A Settlement in principle subject to certain conditions has been reached.

    f. *Any other Fed. R. Civ. P. 16 and 26(f) topics not addressed above*

    Not applicable as a result of the Settlement.

Respectfully submitted,

Date: August 21, 2020     **INTERIM COUNSEL OF RECORD FOR THE SETTLING PLAINTIFFS:**

**CARLSON LYNCH LLP**

*/s/ Katrina Carroll*
Katrina Carroll
*kcarroll@carlsonlynch.com*
Kyle A. Shamberg
*kshamberg@ carlsonlynch.com*
Nicholas R. Lange
*nlange@carlsonlynch.com*
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265

Jonathan M. Jagher
Kimberly A. Justice
FREED KANNER LONDON &
  MILLEN LLC
923 Fayette St.
Conshohocken, PA 19428
Tel.: (610) 234-6487
Fax: (224) 632-4521
jjagher@fklmlaw.com
kjustice@fklmlaw.com

Douglas A. Millen
Brian M. Hogan
FREED KANNER LONDON &
  MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015
Tel.: (224) 632-4500
Fax: (224) 632-4521
dmillen@fklmlaw.com
bhogan@fklmlaw.com

Jennifer W. Sprengel
Daniel O. Herrera
Nickolas J. Hagman
CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, Illinois 60606
Telephone: 312-782-4880
Facsimile: 318-782-4485
jsprengel@caffertyclobes.com

4

dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

Joseph G. Sauder
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Fax: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

Richard R. Gordon
GORDON LAW OFFICES, LTD.
111 West Washington Street
Suite 1240
Chicago, Illinois 60602
Tel: (312) 332-5200
Fax: (312) 242-4966
rrg@gordonlawchicago.com

James B. Zouras
Ryan F. Stephan
Andrew C. Ficzko
Megan E. Shannon
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza,
Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 f
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com
mshannon@stephanzouras.com

Erik H. Langeland
733 Third Avenue, 15th Floor
New York, N.Y. 10017
(212) 354-6270
elangeland@langelandlaw.com

Jon A. Tostrud
TOSTRUD LAW GROUP, P.C.
1925 Century Park East, Suite 2100

Los Angeles, CA 90067
(310) 278-2600
jtostrud@tostrudlaw.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Melissa Ryan Clark
Jonathan D. Lindenfeld
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Phone: 332.216.2101
Fax: 917.725.9346
melissa@feganscott.com
jonathan@feganscott.com

Kathleen C. Chavez
Elizabeth C. Chavez
Robert Foote
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 W. State Street, Suite 200
Geneva, IL 60134
Tel. No.: (630) 232-7450
Fax No.: (630) 232-7452
Email: ecc@fmcolaw.com
kcc@fmcolaw.com
rmf@fmcolaw.com

Tiffany M. Yiatras
CONSUMER PROTECTION LEGAL, LLC
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105-1643
Telephone: 314-541-0317
Email: tiffany@consumerprotectionlegal.com

Joseph P. Guglielmo
SCOTT+SCOTT
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444

6

Facsimile: 212-223-6334
Email: jguglielmo@scott-scott.com

William A. Baird
BAIRD LAW FIRM
william.a.baird.1@gmail.com
2625 Townsgate Road
Suite 330
Westlake Village, CA 91361
Telephone: 805-267-1209
Facsimile: 866-747-3905

E. Kirk Wood
WOOD LAW FIRM, LLC
ekirkwood1@bellsouth.net
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908-4906
Facsimile: 866-747-3905

Michael Gervais
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
Email: mgervais@susmangodfrey.com

Tina Wolfson
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
Email: twolfson@ahdootwolfson.com

***INTERIM COUNSEL OF RECORD FOR OTHER PLAINTIFFS:***

Adam Polk
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA, 94108
Tel: (415) 981-4800
Email: apolk@girardsharp.com

Benjamin F. Johns
Beena M. McDonald
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
bfj@chimicles.com
bmm@chimicles.com

Francis J. "Casey" Flynn, Jr.
LAW OFFICE OF FRANCIS J. FLYNN, JR.
3518A Arsenal Street
Saint Louis, Missouri 63118
Telephone: (314) 662-2836
Email: casey@lawofficeflynn.com

Lawana S. Wichmann
James G. Onder
ONDERLAW, LLC
110 E. Lockwood Ave, 2nd Floor St. Louis, MO 63119
Telephone: (314) 963.9000
Facsimile: (314) 963-1700
Email: Wichmann@onderlaw.com
Email: Onder@onderlaw.com

Francis A. Bottini, Jr.
Albert Y. Chang
Yury A. Kolesnikov
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue
Suite 102
La Jolla, California 92037
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

Joseph W. Cotchett
Mark C. Molumphy
Tyson Redenbarger
Noorjahan Rahman
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center

8

|  |  |
|---|---|
|  | 840 Malcolm Road<br>Suite 200<br>Burlingame, California 94010<br>jcotchett@cpmlegal.com<br>mmolumphy@cpmlegal.com<br>tredenbarger@cpmlegal.com<br>nrahman@cpmlegal.com<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 |
| Date: August 21, 2020 | **COUNSEL FOR DEFENDANTS:**<br><br>**WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br><br>*/s/ Anthony Weibell*<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: aweibell@wsgr.com<br><br>**Counsel for Defendants ByteDance Inc. and TikTok Inc.** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2020, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

*/s/ Katrina Carroll*

Katrina Carroll