UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TIKTOK, INC., | ) | |
| CONSUMER PRIVACY | ) | MDL No. 2948 |
| LITIGATION, | ) | |
| | ) | Master Docket No. 20 C 4699 |
| | ) | |
| | ) | Judge John Z. Lee |
| | ) | |
| | ) | Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | ) | |

**JOINT STATUS REPORT BY DEFENDANTS AND UNDERSIGNED PLAINTIFFS**

Defendants and undersigned Interim Plaintiffs' Counsel submit this joint status report to inform the Court that Defendants and undersigned Plaintiffs' counsel have agreed to mediate the issues between those parties no later than August 29, 2020.

Accordingly, because the parties are meeting and conferring on various issues in connection with the mediation, Defendants and undersigned Plaintiffs' counsel respectfully ask that the Court take no action on any status report or proposed case management schedule previously submitted to the Court (ECF Nos. 1, 5, 6) until after the mediation occurs and the mediation participants and other parties to this MDL have an opportunity to update the Court. The undersigned parties believe they will be able to file a joint status statement by August 31, 2020.

Respectfully submitted,

DATED: August 23, 2020

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: */s/ Ekwan E. Rhow*

Ekwan E. Rhow
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG
& RHOW, P.C.
1875 Century Park East, 23rd Floor
Telephone: (310) 201-2100
Email: erhow@birdmarella.com

MDL Interim Counsel
Attorneys for Plaintiffs Misty Hong, minor A.S.,
through her mother and legal guardian Laurel
Slothower, and minor A.R., through her mother and
legal guardian Gilda Avila

DATED: August 23, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Kara M. Wolke*

Kara M. Wolke
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Los Angeles, California 90067-2561
Email: info@glancylaw.com

MDL Interim Counsel
Attorneys for Plaintiffs Misty Hong, minor A.S.,
through her mother and legal guardian Laurel
Slothower, and minor A.R., through her mother and
legal guardian Gilda Avila

DATED:  August 23, 2020                    **PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**

By:  */s/ David M. Given*
David M. Given
39 Mesa Street, Suite 201, The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900
Email: dmg@phillaw.com

MDL Interim Counsel
Attorneys for Plaintiffs Meghan Smith, minors C.W.
and I.W., through their mother and legal guardian
Mikhaila Woodall, and minor R.P., through her
mother and legal guardian Lynn Pavalon


DATED:  August 23, 2020                    **HAUSFELD LLP**

By:  */s/ Megan E. Jones*
Megan E. Jones
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Email: mjones@hausfeld.com

MDL Interim Counsel
Attorneys for Plaintiffs minor P.S., through her legal
guardian Cherise Slate, and minor M.T.W., through
her legal guardian, Brenda Washington


DATED:  August 23, 2020                    **BURNS CHAREST LLP**

By:  */s/ Amanda Klevorn*
Amanda Klevorn
365 Canal Street, Suite 1170
New Orleans, Louisiana 70115
Telephone: (504) 779-2845
Email: aklevorn@burnscharest.com

MDL Interim Counsel
Attorneys for Plaintiffs minor P.S., through her legal
guardian Cherise Slate, and minor M.T.W., through
her legal guardian, Brenda Washington

DATED:  August 23, 2020                    **LAWRENCE KAMIN, LLP**

                                           By:    */s/ Peter E. Cooper*
                                                  Peter E. Cooper
                                                  300 S. Wacker Dr., Ste. 500
                                                  Chicago, IL 60606
                                                  Telephone: (312) 372-1947
                                                  Email: pcooper@lawrencekamin.com

                                                  MDL Interim Counsel
                                                  Attorneys for Plaintiffs Misty Hong, minor A.S.,
                                                  through her mother and legal guardian Laurel
                                                  Slothower, and minor A.R., through her mother and
                                                  legal guardian Gilda Avila, Meghan Smith, minors
                                                  C.W. and I.W., through their mother and legal
                                                  guardian Mikhaila Woodall, and minor R.P., through
                                                  her mother and legal guardian Lynn Pavalon, P.S.,
                                                  through her legal guardian Cherise Slate, and minor
                                                  M.T.W., through her legal guardian, Brenda
                                                  Washington

DATED: August 23, 2020                     **WILSON SONSINI GOODRICH & ROSATI**
                                           **Professional Corporation**

                                           By:    */s/ Anthony J Weibell*
                                                  650 Page Mill Road
                                                  Palo Alto, CA 94304-1050
                                                  Telephone: (650) 493-9300
                                                  Facsimile: (650) 565-5100
                                                  Email: aweibell@wsgr.com

                                                  **Counsel for Defendants ByteDance Inc.,**
                                                  **TikTok Inc., Musical.ly, and Beijing**
                                                  **ByteDance Technology Co., Ltd.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 23, 2020, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issues through the Court's Electronic Case Filing System on this date.

*/s/ Peter E. Cooper*
Peter E. Cooper