UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC. CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20 C 4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

### STATUS REPORT BY DEFENDANTS AND DESIGNATION OF DEFENDANTS' LEAD COUNSEL

1. Pursuant to Case Management Order No. 1 (ECF No. 3), all Defendants in MDL No. 2948 hereby designate the undersigned counsel, Anthony J Weibell of Wilson Sonsini Goodrich & Rosati, P.C. as "Lead Counsel for Defendants."

2. Defendants also wish to inform the Court that the Court may disregard the "Joint Status Report by Defendants and Certain Plaintiffs" (ECF No. 7) that was filed yesterday, August 23, 2020, by Defendants and certain few plaintiffs. Defendants apologize for any disruption caused by that filing to the Court's normal processes. Defendants had agreed to that statement in the optimistic hopes of streamlining the upcoming settlement approval process by obtaining from the few non-settling plaintiffs consent to the class action settlement reached between Defendants and the Settling Plaintiffs. However, Defendants appear to have misapprehended the circumstances and discovered today that their hopes were misplaced.

3. Accordingly, Defendants reaffirm the proposals made in the Settling Parties' Statement and Proposed Case Management Schedule (ECF No. 6) filed on August 21, 2020. That statement represents the current position of all Defendants and the vast majority of all Plaintiffs/Plaintiffs' counsel in this MDL, and the proposed schedule therein should be adopted by the Court.

Respectfully submitted,

DATED: August 24, 2020            WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                  By:   /s/Anthony J Weibell
                                        650 Page Mill Road
                                        Palo Alto, CA 94304-1050
                                        Telephone: (650) 493-9300
                                        Facsimile: (650) 565-5100
                                        Email: aweibell@wsgr.com

                                        *Counsel for all Defendants*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2020, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issues through the Court's Electronic Case Filing System on this date.

                                              */s/Anthony J Weibell*
                                              Anthony J Weibell