**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,** | ) | **MDL No. 2948** |
| | ) | **Master Docket No. 20 C 4699** |
| | ) | **Judge John Z. Lee** |
| | ) | **Magistrate Judge Sunil R. Harjani** |
| **This Document Relates to All Cases** | ) | |

**EMERGENCY MOTION TO COMPEL DEFENDANTS AND SETTLING PLAINTIFFS TO COMPLY WITH THE COURT'S CASE MANAGEMENT ORDER NO. 1**

Undersigned Interim Plaintiffs' Counsel respectfully move this Court for an order Compelling Defendants and the Settling Plaintiffs to immediately comply with Case Management Order No. 1 (the "CMO") by: (1) disclosing to all Interim Counsel the terms and conditions of their purported settlement (pursuant to the standard mediation confidentiality agreement already entered into); (2) including undersigned Interim Counsel and all Interim Counsel in all aspects of the ongoing oral and written settlement discussions and negotiations between Defendants and the Settling Plaintiffs; and (3) meeting and conferring with all Interim Counsel on the other specific items in the CMO that Defendants and the Settling Plaintiffs have refused to address with undersigned Interim Counsel to date, including data preservation.

In support of this Motion, undersigned Interim Counsel submit the Declaration of Ekwan E. Rhow and the exhibits attached thereto. Undersigned Interim Counsel have separately filed a Memorandum of Law in Support of this Motion.

Respectfully submitted,

DATED: August 27, 2020

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: */s/ Ekwan E. Rhow*

Ekwan E. Rhow
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Telephone: (310) 201-2100
Email: erhow@birdmarella.com

MDL Interim Counsel
Attorneys for Plaintiffs Misty Hong, minor A.S., through her mother and legal guardian Laurel Slothower, and minor A.R., through her mother and legal guardian Gilda Avila

DATED: August 27, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Kara M. Wolke*

Kara M. Wolke
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Los Angeles, California 90067-2561
Email: info@glancylaw.com

MDL Interim Counsel
Attorneys for Plaintiffs Misty Hong, minor A.S., through her mother and legal guardian Laurel Slothower, and minor A.R., through her mother and legal guardian Gilda Avila

DATED: August 27, 2020

**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**

By: */s/ David M. Given*

David M. Given
39 Mesa Street, Suite 201, The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900
Email: dmg@phillaw.com

MDL Interim Counsel
Attorneys for Plaintiffs Meghan Smith, minors C.W. and I.W., through their mother and legal guardian Mikhaila Woodall, and minor R.P., through her mother and legal guardian Lynn Pavalon

DATED: August 27, 2020

**HAUSFELD LLP**

By: */s/ Megan E. Jones*

Megan E. Jones
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Email: mjones@hausfeld.com

MDL Interim Counsel
Attorneys for Plaintiffs minor P.S., through her legal guardian Cherise Slate, and minor M.T.W., through her legal guardian, Brenda Washington

DATED: August 27, 2020

**BURNS CHAREST LLP**

By: */s/ Amanda Klevorn*

Amanda Klevorn
365 Canal Street, Suite 1170
New Orleans, Louisiana 70115
Telephone: (504) 779-2845
Email: aklevorn@burnscharest.com

MDL Interim Counsel
Attorneys for Plaintiffs minor P.S., through her legal guardian Cherise Slate, and minor M.T.W., through her legal guardian, Brenda Washington

DATED: August 27, 2020

**LAWRENCE KAMIN, LLP**

By: */s/ Peter E. Cooper*

Peter E. Cooper
300 S. Wacker Dr., Ste. 500
Chicago, IL 60606
Telephone: (312) 372-1947
Email: pcooper@lawrencekamin.com

MDL Interim Counsel
Attorneys for Plaintiffs Misty Hong, minor A.S., through her mother and legal guardian Laurel Slothower, and minor A.R., through her mother and legal guardian Gilda Avila, Meghan Smith, minors C.W. and I.W., through their mother and legal guardian Mikhaila Woodall, and minor R.P., through her mother and legal guardian Lynn Pavalon, P.S., through her legal guardian Cherise Slate, and minor M.T.W., through her legal guardian, Brenda Washington

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2020, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issues through the Court's Electronic Case Filing System on this date.

*/s/ Ekwan E. Rhow*
Ekwan E. Rhow