EXHIBIT 14

| | |
|---|---|
| **From:** | Katrina Carroll |
| **To:** | Weibell, Tony |
| **Cc:** | Tom R. Freeman; Marc E. Masters; Jonathan Rotter; Marc L. Godino; Kara Wolke; Lionel Glancy; David M. Given; Nicholas A. Carlin; James J. Pizzirusso; Megan E. Jones; Amanda Klevorn; Korey Nelson; dgirard@girardsharp.com; jelias@girardsharp.com; apolk@girardsharp.com; bfj@chimicles.com; bmm@chimicles.com; Kyle Shamberg; Nicholas Lange; lweaver@bfalaw.com; akeller@dicellolevitt.com; dmillen@fklmlaw.com; bhogan@fklmlaw.com; Jon Jagher; kjustice@fklmlaw.com; jsprengel@caffertyclobes.com; dherrera@caffertyclobes.com; nhagman@caffertyclobes.com; rrg@gordonlawchicago.com; jgs@sstriallawyers.com; tviatras@gmail.com; casey@lawofficeflynn.com; francisflynn@gmail.com; jbk@sstriallawyers.com; twolfson@ahdootwolfson.com; rahdoot@ahdootwolfson.com; tmaya@ahdootwolfson.com; bking@ahdootwolfson.com; rstephan@stephanzouras.com; jzouras@stephanzouras.com; aficzko@stephanzouras.com; mshannon@stephanzouras.com; elangeland@langelandlaw.com; jtostrud@tostrudlaw.com; fbottini@bottinilaw.com; achang@bottinilaw.com; ykolesnikov@bottinilaw.com; jcotchett@cpmlegal.com; mmolumphy@cpmlegal.com; tredenbarger@cpmlegal.com; nrahman@cpmlegal.com; ehg@classlawgroup.com; dmb@classlawgroup.com; jbk@classlawgroup.com; william.a.baird.1@gmail.com; jguglielmo@scott-scott.com; ecomite@scott-scott.com; jpettigrew@scott-scott.com; ekirkwood1@bellsouth.net; Wichmann@onderlaw.com; Onder@onderlaw.com; ssklaver@susmangodfrey.com; Kalpana Srinivasan; mgervais@susmangodfrey.com; ecc@fmcolaw.com; kcc@fmcolaw.com; rmf@fmcolaw.com; beth@feganscott.com; melissa@feganscott.com; jonathan@feganscott.com; Benyamin, Ryan; Kowalk, Curtis; Ekwan E. Rhow |
| **Subject:** | [EXTERNAL] RE: Demand Letter |
| **Date:** | Tuesday, August 25, 2020 8:34:28 AM |
| **Attachments:** | image007.png image008.png image009.png image010.png image011.png image012.png image013.png |

Tony:

Following up on our conversation last night, Jon and I continue to believe that it is in the best interests of the class to share (under Rule 408 and any other necessary confidentiality orders) the settlement terms we reached on August 13th with all plaintiffs' counsel. To that end, as you already know, we waived mediation privilege last week regarding the August 13th settlement. Further, to the extent that defendant is willing to discuss with the non-settling plaintiffs whether they can agree to the settlement terms already negotiated or alternatively, to add value to the settlement, we are fully supportive of those endeavors, whether they be conducted through Layn Phillips or not. We would willingly participate in those discussions and assist in the process in any way we can.

Best,

Katrina

KATRINA CARROLL
Partner
CARLSON LYNCH LLP
111 W. Washington Street
Suite 1240
Chicago, IL 60602
Main:   312.750.1265
Direct: 312.750.1591
Fax:    773.598.5609
kcarroll@carlsonlynch.com
carlsonlynch.com



REDACTED