EXHIBIT 15

| From: | Weibell, Tony |
| --- | --- |
| To: | Katrina Carroll |
| Cc: | Tom R. Freeman; Marc E. Masters; Jonathan Rotter; Marc L. Godino; Kara Wolke; Lionel Glancy; David M. Given; Nicholas A. Carlin; James J. Pizzirusso; Megan E. Jones; Amanda Klevorn; Korey Nelson; dgirard@girardsharp.com; jelias@girardsharp.com; apolk@girardsharp.com; bfj@chimicles.com; bmm@chimicles.com; Kyle Shamberg; Nicholas Lange; lweaver@bfalaw.com; akeller@dicellolevitt.com; dmillen@fklmlaw.com; bhogan@fklmlaw.com; Jon Jagher; kjustice@fklmlaw.com; jsprengel@caffertyclobes.com; dherrera@caffertyclobes.com; nhagman@caffertyclobes.com; rrg@gordonlawchicago.com; jqs@sstriallawyers.com; tviatras@gmail.com; casey@lawofficeflynn.com; francisflynn@gmail.com; jbk@sstriallawyers.com; twolfson@ahdootwolfson.com; rahdoot@ahdootwolfson.com; tmaya@ahdootwolfson.com; bking@ahdootwolfson.com; rstephan@stephanzouras.com; jzouras@stephanzouras.com; aficzko@stephanzouras.com; mshannon@stephanzouras.com; elangeland@langelandlaw.com; jtostrud@tostrudlaw.com; fbottini@bottinilaw.com; achang@bottinilaw.com; ykolesnikov@bottinilaw.com; jcotchett@cpmlegal.com; mmolumphy@cpmlegal.com; tredenbarger@cpmlegal.com; nrahman@cpmlegal.com; ehg@classlawgroup.com; dmb@classlawgroup.com; jbk@classlawgroup.com; william.a.baird.1@gmail.com; jguglielmo@scott-scott.com; ecomite@scott-scott.com; jpettigrew@scott-scott.com; ekirkwood1@bellsouth.net; Wichmann@onderlaw.com; Onder@onderlaw.com; ssklaver@susmangodfrey.com; Kalpana Srinivasan; mgervais@susmangodfrey.com; ecc@fmcolaw.com; kcc@fmcolaw.com; rmf@fmcolaw.com; beth@feganscott.com; melissa@feganscott.com; jonathan@feganscott.com; Benyamin, Ryan; Kowalk, Curtis; Ekwan E. Rhow; Steuer, David; Jih, Victor |
| Subject: | [EXTERNAL] RE: Demand Letter |
| Date: | Tuesday, August 25, 2020 9:59:24 AM |
| Attachments: | image001.png image002.png image003.png image004.png image005.png image006.png image007.png image009.png image011.png image013.png image015.png image017.png image019.png |

Hi Katrina,

Thank you for your email and for all of your efforts to coordinate the numerous plaintiff groups that are involved in this MDL. We know it has been a Herculean effort. We have been considering whether and to what extent the class settlement terms can be shared as you described in your email. We are working on a solution to that problem. Normally, for myriad reasons, such things are kept confidential until they are presented to the Court for approval. Here, some of those reasons include the highly sensitive matters that TikTok is dealing with in terms of being courted by multiple potential suitors for acquisition, each of whom are vying to obtain confidential information such as these terms, the intense media pressure to obtain such confidential information, the political operatives who are prying for potential talking points for the political speeches being made, as well as other similar considerations. But we are working to see whether and to what extent it would be beneficial to get around those issues and let the settlement be shared with others prior to submission to the Court for preliminary approval.

Thanks,

Tony



**WILSON SONSINI**

**Anthony J Weibell | Partner | Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road | Palo Alto, CA 94304-1050 | direct: 650.354.4134 | aweibell@wsgr.com



REDACTED