EXHIBIT 16

| From: | Ekwan E. Rhow |
|---|---|
| To: | Weibell, Tony; Katrina Carroll |
| Cc: | Tom R. Freeman; Marc E. Masters; Jonathan Rotter; Marc L. Godino; Kara Wolke; Lionel Glancy; David M. Given; Nicholas A. Carlin; James J. Pizzirusso; Megan E. Jones; Amanda Klevorn; Korey Nelson; dgirard@girardsharp.com; jelias@girardsharp.com; apolk@girardsharp.com; bfj@chimicles.com; bmm@chimicles.com; Kyle Shamberg; Nicholas Lange; lweaver@bfalaw.com; akeller@dicellolevitt.com; dmillen@fklmlaw.com; bhogan@fklmlaw.com; Jon Jagher; kjustice@fklmlaw.com; jsprengel@caffertyclobes.com; dherrera@caffertyclobes.com; nhagman@caffertyclobes.com; rrg@gordonlawchicago.com; jgs@sstriallawyers.com; tviatras@gmail.com; casey@lawofficeflynn.com; francisflynn@gmail.com; jbk@sstriallawyers.com; twolfson@ahdootwolfson.com; rahdoot@ahdootwolfson.com; tmaya@ahdootwolfson.com; bking@ahdootwolfson.com; rstephan@stephanzouras.com; jzouras@stephanzouras.com; aficzko@stephanzouras.com; mshannon@stephanzouras.com; elangeland@langelandlaw.com; jtostrud@tostrudlaw.com; fbottini@bottinilaw.com; achang@bottinilaw.com; ykolesnikov@bottinilaw.com; jcotchett@cpmlegal.com; mmolumphy@cpmlegal.com; tredenbarger@cpmlegal.com; nrahman@cpmlegal.com; ehg@classlawgroup.com; dmb@classlawgroup.com; jbk@classlawgroup.com; william.a.baird.1@gmail.com; jguglielmo@scott-scott.com; ecomite@scott-scott.com; jpettigrew@scott-scott.com; ekirkwood1@bellsouth.net; Wichmann@onderlaw.com; Onder@onderlaw.com; ssklaver@susmangodfrey.com; Kalpana Srinivasan; mgervais@susmangodfrey.com; ecc@fmcolaw.com; kcc@fmcolaw.com; rmf@fmcolaw.com; beth@feganscott.com; melissa@feganscott.com; jonathan@feganscott.com; Benyamin, Ryan; Kowalk, Curtis; Steuer, David; Jih, Victor |
| Subject: | Re: Demand Letter |
| Date: | Tuesday, August 25, 2020 8:16:24 PM |
| Attachments: | image001.png image002.png image003.png image004.png image005.png image006.png image007.png image009.png image011.png image013.png image015.png image017.png image019.png |

Dear Counsel –

We write to provide notice of our emergency motion for a court order compelling your compliance with Judge Lee's Case Management Order No. 1. Specifically, we will ask the Court to enter an order requiring you to immediately (i) meet and confer on the terms and conditions of the purported settlement; (ii) include us in all ongoing settlement discussions; and (iii) meet and confer on the other specific items in the CMO. The emergency nature of the motion is tied to the Trump administration's executive orders that mandate a sale of the domestic entities and the destruction of data which, depending on how any sale is structured, could permanently prevent the Class from (a) securing evidence it requires to establish Defendants' liability and/or (b) obtaining monetary relief from Defendants. We have attempted to resolve our differences in good faith, and welcome you to reconsider, but your positions have shifted over time and we are no closer to resolution now than at the beginning. We remain hopeful that you will have a change of heart and thus we will wait until 1:30 pm PST / 3:30 pm CST tomorrow (August 26) before filing our emergency motion. Please note that Judge Lee's rules concerning emergency motions are located at:

https://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=695

Sincerely,

Ekwan

**Ekwan E. Rhow**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: erhow@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

