# EXHIBIT 17



REDACTED

**From:** Weibell, Tony <aweibell@wsgr.com>
**Sent:** Wednesday, August 26, 2020 2:40 PM
**To:** Ekwan E. Rhow <erhow@birdmarella.com>; Katrina Carroll <kcarroll@carlsonlynch.com>; Jon Jagher <jjagher@fklmlaw.com>
**Cc:** Kowalk, Curtis <ckowalk@wsgr.com>; Benyamin, Ryan <rbenyamin@wsgr.com>; Steuer, David <DSteuer@wsgr.com>; Jih, Victor <vjih@wsgr.com>
**Subject:** [EXTERNAL] RE: Demand Letter

Hi Ekwan,

I am responding just to you and also to Katrina and Jon, as I understand that you speak for those who are interested in the emergency motion you describe below, and that Katrina and Jon have coordinated communications with the remaining counsel in the MDL. I also understand there are talks that are ongoing that may impact some of these issues, but wanted to get you a response in writing to your email while we wait to see the outcome of those talks. I will use a bulleted list for convenience:

- Regarding the emergency nature of the motion, there is no emergency. The Aug. 6 and Aug. 14 orders do not required spoliation of evidence, only transfer of ownership, such that all data, along with the duty to preserve, would be transferred to any acquiring entity who will continue to comply with litigation document preservation obligations.
- Regarding the request to meet and confer about the settlement, that is what we have been

- doing with you in many hours of phone calls and other communications this past week, which are still ongoing.
- Regarding any other items in the CMO that you are concerned about, our positions were stated in the Aug. 21 filing with the Court. If you would like to confer on any of those points, we are happy to do so.

Thanks,

Tony



**Anthony J Weibell | Partner | Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road | Palo Alto, CA 94304-1050 | direct: 650.354.4134 | aweibell@wsgr.com

