# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** In Re: TIKTOK, Inc., a Consumer Privacy Litigation

**Case Number:** 20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:
Cherise Slate (on behalf of minor P.S.) and Brenda Washington (on behalf of minor M.W.)

**Attorney name (type or print):** Shannon M. McNulty

**Firm:** Clifford Law Offices, P.C.

**Street address:** 120 N. LaSalle Street, Suite 3100

**City/State/Zip:** Chicago, IL 60602

**Bar ID Number:** 6281984
(See item 3 in instructions)

**Telephone Number:** 312-899-9090

**Email Address:** smm@cliffordlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** August 27, 2020

**Attorney signature:** S/ Shannon M. McNulty
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015