## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re:                          Case Number: 20-cv-4699/MDL No. 2948
TikTok, Inc., Consumer Privacy Litigation

An appearance is hereby filed by the undersigned as attorney for:
P.S., through her legal guardian, Cheryl Slate and M.T.W., through her legal guardian, Brenda Washington

Attorney name (type or print): Robert A. Clifford

Firm: Clifford Law Offices, P.C.

Street address: 120 N. LaSalle Street, Suite 3100

City/State/Zip: Chicago, IL 60602

Bar ID Number: 0461849          Telephone Number: 312-899-9090
(See item 3 in instructions)

Email Address: rac@cliffordlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                         ☐ Appointed Counsel
                                                         If appointed counsel, are you a
                                                         ☐ Federal Defender
                                                         ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/27/2020

Attorney signature:    S/ Robert A. Clifford
                                 (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015