**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC., ) | |
| CONSUMER PRIVACY ) | MDL No. 2948 |
| LITIGATION, ) | |
| ) | |
| ) | Master Docket No. 20 C 4699 |
| ) | |
| ) | Judge John Z. Lee |
| ) | |
| ) | Magistrate Judge Sunil R. Harjani |
| **This Document Relates to All Cases** ) | |

**APPLICATION OF ROBERT M. FOOTE FOR
APPOINTMENT TO THE STEERING COMMITTEE**

**NOW COMES**, Robert M. Foote, and pursuant to this Court's Case Management Order No.1 and No. 2, submits his Application for Appointment to the Steering Committee and in support thereof states as follows:

**I.      INTRODUCTION**

Federal Rule of Civil Procedure 23(g)(3) provides that the Court "may designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3). Furthermore, the MANUAL FOR COMPLEX LITIGATION (the "Manual") provides guidance regarding the organization of complex litigation, including the responsibilities and duties of counsel appointed to lead such actions, the importance of the appointment of "designated" counsel and the various organizational structures. *See* MANUAL FOR COMPLEX LITIGATION (FOURTH) at §§10.2, 10.21, 10.22, 10.221, and 10.224 (2004). As the Manual explains, "[e]arly organization of the counsel who have filed the various cases transferred or consolidated for pretrial purposes is a critical case-management task." *Id.* §22.62.

In appointing class counsel, the court "must consider":

  (i) the work counsel has done in identifying or investigating potential claims in the action;

  (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;

  (iii) counsel's knowledge of the applicable law; and

  (iv) the resources that counsel will commit to representing the class.

## II.  **ROBERT M. FOOTE SHOULD BE APPOINTED TO PLAINTIFFS' STEERING COMMITTEE**

I, Robert M. Foote, am currently counsel in *Morgan Kukovec v. TikTok, Inc., et al.*, 1:20-cv-04170 pending before this Court in this MDL proceeding. In that regard, I have been an active participant in the mediation and settlement discussions in this matter. I am member of the Trial Bar in the Northern District of Illinois. I am willing and available to commit to this time-consuming project as are Kathleen C. Chavez and Elizabeth C. Chavez, who are also Members of the Trial Bar in this District. As set forth in more detail below, I have held Lead Counsel and Executive Committee and/or Steering Committee positions in multidistrict litigation, both in this District, and throughout the country.

As examples, I have served on the Steering Committee of *In Re Managed Care Litigation,* MDL No. 1334, Case No. 04-CV-21589 (M.D. Fla.), appointed by Judge Frederico Moreno of the Southern District of Florida, and where settlements totaling approximately $1 billion dollars to date have been obtained on behalf of healthcare providers. I also served on the Executive Committee *of In Re Insurance Brokerage Antitrust Litigation*, MDL No. 1663, Civ. No. 04-518(FSH) (D.N.J.), where settlements have accumulated to over $400 million dollars to date. I am currently on the Executive Committee appointed by the Honorable Judge Proctor *In Re: Blue Cross Blue Shield Antitrust Litigation,* MDL 2406. Some other appointments to Leadership positions in multidistrict litigation include:

      In Re Managed Care, MDL 1334
      In Re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation, MDL 1401
      In Re Lupron Marketing and Sales Practices Litigation, MDL 1430
      In Re Insurance Brokerage Antitrust Litigation, MDL 1663
      In Re OxyContin Antitrust Litigation, MDL 1603
      In Re Neurontin Marketing and Sales Practices Litigation, MDL 1629
      In Re Pharmacy Benefits Manager Antitrust Litigation, MDL 1782
      In Re Relafen Antitrust Litigation No 01-12239 (D. Mass)
      In Re U.S. Foodservice, Inc., Price Litigation, MDL 1894

      I have also served as Lead Counsel in several class action matters including :

      Co-Lead Counsel, *Tipsword v. I.F.D.A. Services, Inc*., et al., Case No. 09-CV-00390(GPM) (S.D. Ill.)
      Class Counsel, *Westgate Ford Truck Sales v. Ford Motor Company*, Case No. 02-CV-483526 (Ohio Cir. Ct.)
      Co-Lead Counsel, *Havlish v. bin Laden,* Case No. 03-MDL- 1570 (S.D. NY), September 11, 2001
      Lead Class Counsel, *Lee v. Allstate, Case* No. 03-LK-127 (Ill. Cir. Ct.)
      Co-Lead Class Counsel, *Adelphia v. Heritage Crystal Kleen*, 15 LK 386 (Ill. Cir. Ct)

      I have also participated in recent consumer privacy data breach cases including *In Re: Equifax, Inc., Customer Data Security Breach Litigation,* MDL No. 2800 and *In Re: Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522. Additionally, I have been involved in numerous cases throughout my career involving complex technology issues: *In Re Google AdWords Litigation,* Docket No. 08-CV-03369 (N.D. CA); *UBID, Inc. v. The GoDaddy Group, Inc., and GoDaddy.com, Inc*., Docket No. 1:09-CV-02123 (N.D. Ill.); *Vulcan Golf, LLC, et al. v. Google Inc*., Docket No. 07-CV-3371 (N.D. Ill.); *Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc*., Docket No. 10-CV-3738 (C.D. CA); *Commonwealth of Kentucky v. 140 Internet Domain Names*, Civil Action No. 08-CI-01409.

      Respectfully, my past accomplishments in these complex cases demonstrate my ability to work cooperatively with others. Finally, I remain willing to dedicate my time, and make available others in my firm, and resources, to pursue the successful prosecution of this case. Those resources

include not only other dedicated attorneys in my office who have also held leadership positions in multidistrict litigation but also the financial wherewithal to fund the inevitable expenses in this type of litigation.

### III. KATRINA CARROLL AND JON JAGHER SHOULD BE APPOINTED CO-LEAD COUNSEL

I further support the proposal submitted by Ms. Carroll and Mr. Jagher of Plaintiffs' Steering Committee consisting of: Robert M. Foote (Foote, Mielke, Chavez & O'Neil, LLC); Michael Gervais (Susman Godfrey LLP); Joseph Guglielmo (Scott+Scott); Tina Wolfson (Ahdoot & Wolfson, PC); and James Zouras (Stephan Zouras, LLP). For the same reasons set forth herein, Applicant believes the proposed Plaintiffs' Steering Committee will inclusively and efficiently serve the interests of the putative classes.

I also offer my full support for the applications of Katrina Carroll and Jon Jagher as Co-Lead Counsel. As I stated earlier, I have been involved in the settlement discussions in this case and have seen their dedication and skill in the instant litigation in trying to bring about consensus among as many parties as possible towards a complete resolution of the class claims. Given Ms Carroll's experience with biometric privacy litigation, including BIPA cases against Google and Shutterfly *See e.g., Norberg v. Shutterfly, Inc.*, 152 F. Supp. 3d 1103 (N.D. Ill. 2015) (finding jurisdiction against defendant and that plaintiff stated a claim under the Illinois Biometric Information Privacy Act); *Rivera v. Google Inc.*, 238 F. Supp. 3d 1088, 1095-96 (N.D. Ill. 2017) (interpreting meaning of "biometric identifier" within the context of BIPA), coupled with both Ms. Carroll and Mr. Jagher's vast class action experience, I am confident that Ms. Carroll and Mr. Jagher have and will continue to work with all parties in a professional and cooperative manner to achieve the best possible outcome for all members of the Class.

**WHEREFORE**, for the foregoing reasons, it is respectfully requested that Mr. Foote be appointed to Plaintiffs' Steering Committee, that Ms. Carroll and Mr. Jagher be appointed co-Lead Counsel, and that Ms. Fegan should be appointed as Liaison Counsel.

Dated: September 8, 2020                                     Respectfully submitted,

/s/ Robert M. Foote
Robert Foote, Esq. (03124325)
Kathleen C. Chavez, Esq. (06255735)
Elizabeth C. Chavez, Esq. (6323726)
FOOTE, MIELKE, CHAVEZ & O'NEIL,LLC
10 W. State Street, Suite 200
Geneva, IL 60134
Tel. No.: (630) 232-7450
Fax No.: (630) 232-7452
Email: rmf@fmcolaw.com
            kcc@fmcolaw.com
            ecc@fmcolaw.com

***ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS***

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2020, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

      By: /s/Robert M. Foote