IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | 

MDL No. 2948

Master Docket No. 20 C 4699

Judge John Z. Lee

Magistrate Judge Sunil R. Harjani

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 8, 2020, Plaintiffs filed the attached **_AMENDED_ EXHIBIT A** in reference to the APPLICATION OF JAMES B. ZOURAS IN SUPPORT OF (1) HIS APPOINTMENT TO THE STEERING COMMITTEE AND (2) THE APPOINTMENT OF KATRINA CARROLL AND JONATHAN JAGHER AS CO-LEAD COUNSEL (Document #28) with the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully Submitted,

_/s/ James B. Zouras_
James B. Zouras
Ryan F. Stephan
Andrew C. Ficzko
Megan E. Shannon
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza,
Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 _f_
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com
mshannon@stephanzouras.com

*Counsel for Plaintiff H.S., a minor, through*
*her guardian, J.S.*

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on September 8, 2020, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

<u>  /s/ James B. Zouras</u>

2