IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC. CONSUMER PRIVACY LITIGATION<br><br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20 C 4699<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE, AND NOMINATION OF LEAD COUNSEL**

I, Mark C. Molumphy, declare as follows:

1. I submit this Declaration in support of my application for appointment to Plaintiffs' Steering Committee, along with Albert Chang ("Chang") of Bottini & Bottini. I also submit this Declaration in support of our nomination of Katrina Carroll ("Carroll") of Carlson Lynch LLP and Jonathan Jagher ("Jagher") of Freed Kanner London & Millen LLC to serve as Co-Lead Counsel. I have personal knowledge of the facts stated herein.

2. I am a partner at Cotchett, Pitre & McCarthy, LLP ("CPM"), based in Burlingame, California.

3. I am counsel of record for Plaintiff A.J., through her guardian, Aaron Johnson, who filed a case against TikTok, Inc. and ByteDance, Inc. in the Northern District of California, No 5:20-cv-03390.

1

### *Nomination of Carroll and Jagher as Co-Lead Counsel*

4. My client has nominated Carroll and Jagher to serve as Co-Lead Counsel in this case. Prior to the JPML's transfer order, Carroll and Jagher alone sought out my views about the direction of the case, even though it was filed in the Northern District of California, where TikTok was headquartered. After the cases were consolidated and transferred to this District by the JPML, Carroll and Jagher continued to coordinate with my firm, seeking our input on matters relating to case management and compliance with meet and confer requirements set by this Court in its case management orders. Based on these first-hand experiences, I believe Carroll and Jagher are the best choice to serve as Co-Lead counsel in this case.

### *Application to Serve on Plaintiffs' Steering Committee*

5. I respectfully seek appointment on the Steering Committee, and believe that I would provide the Court, and the Class, with a unique and independent perspective.

6. I have been practicing for nearly three decades at CPM, one of the most experienced class action firms in America. While based in Northern California, we also have offices in Los Angeles and New York, and practice in state and federal courts throughout the United States. My office is near TikTok's headquarters in San Jose, California, as well as TikTok's counsel of record, Wilson Sonsini, based in Palo Alto, California.

7. I chair CPM's consumer protection and privacy practices, and have a leadership role in many of the nation's most prominent privacy and data breach cases, including *In re Apple Inc. Device Performance Litigation,* a nationwide class action against Apple alleging violations of state and federal computer intrusion statutes, which recently settled for payment of $310-$500 million, *In re Yahoo! Shareholder Litigation*, where we successfully negotiated injunctive and monetary relief following the two largest data breaches in history, and *In Re: Zoom Video*

*Communications, Inc. Privacy Litigation*, where I serve as co-lead counsel and am pursuing claims against Zoom for obtaining and sharing private information without user consent. I have also been appointed by state and federal courts to serve as lead counsel in several national class actions and have successfully coordinated the efforts of large teams of lawyers and professional staff.

8. My firm has the necessary resources to devote to this action, whether through settlement, trial or appeal. For example, in *In People of the State of California v. Atlantic Richfield*, et al., No. 1-00-CV-788657 (Santa Clara Super. Ct.), CPM represented California cities and counties in a public nuisance action against manufacturers of lead-based paint, involving conduct dating back half a century. After over a decade of litigation, including trial and appeals, the case resulted in a judgment of $1.15 billion.

9. My firm has experience litigating complex cases in this district. CPM is currently lead counsel for the Commercial & Institutional Indirect Purchaser Plaintiff class in the *In re Broilers Antitrust Litigation*, No. 1:16-cv-08637 (N.D. Ill) and a member of the Plaintiffs' Executive Committee in *In re Ethiopian Airlines Flight ET 302 Crash*, No. 1:19-cv-02170 (N.D. Ill).

10. If selected to serve as a member of Plaintiffs' Steering Committee, in addition to my experience and ability to work cooperatively with other counsel, I believe that I will provide a unique and independent perspective to the leadership team.

11. A true and correct copy of my CV is attached hereto as **Exhibit 1**. Additional information concerning CPM can also be found on my firm's website, www.cpmlegal.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2020, at Burlingame, California.

                                                              /s/ Mark C. Molumphy
                                                              Mark C. Molumphy

# **EXHIBIT 1**

**COTCHETT PITRE & McCARTHY LLP**

Cotchett, Pitre & McCarthy, LLP ("CPM") is one of the nation's leading plaintiff firms, and its dedication to prosecuting or defending socially just actions has earned it a national reputation. Based on the San Francisco Peninsula, CPM also has offices in New York and Los Angeles. CPM's team of 33 trial lawyers are highly experienced in federal and state law.

CPM also has substantial resources in house to devote to cases of national magnitude. CPM's attorneys are supported by over 50 professionals, including paralegals and investigators with extensive class action experience. CPM has technical expertise and experience to handle complex cases and associated discovery, as well as the financial resources required to fund and litigate cases through trial and appeal. CPM has repeatedly demonstrated that commitment in many of the largest cases in the United States. Indeed, CPM can stay the course for cases that require decades to resolve and has done exactly that, including the lead paint public nuisance cases on behalf of California public entities, which resulted in a $1.15 billion trial verdict after 13 years of litigation and 6 years of appeals.



### MARK C. MOLUMPHY, PARTNER

Mark C. Molumphy is a partner at CPM and chairs the firm's Securities, Consumer Protection, and Privacy practices. Molumphy, a lifelong resident of the Bay Area, attended the University of California, Berkeley, Edinburgh University, and the University of San Francisco, and has spent his entire legal career at CPM, now over 27 years. During this time, Molumphy has served as a lead or co-lead counsel in some of the largest and most complex actions litigated in the country, and obtained historic results.

Molumphy has represented institutions, public entities, and individual consumers alike. Molumphy is currently co-lead counsel in a nationwide class action against *Zoom* based on misappropriation of personal information of platform users. Molumphy and his firm are also co-lead counsel in the *Apple Batteries* litigation, and following years of contested litigation, helped secure a settlement worth between $310 to $500 million and pending final approval. Molumphy represented a nationwide class of senior citizens in *Medical Capital* who lost their life's savings when the company was suddenly put in receivership. After defeating efforts by the SEC to take over the case and settle the claims for pennies, Molumphy took the case to the eve of trial and negotiated the largest Ponzi-scheme recovery in California history. In *Yahoo!*, Molumphy served as co-lead counsel for shareholders asserting claims following the revelation of the two largest data breaches in U.S. history, personally deposed Yahoo's Chief Information Security Officer about the scope of the breaches, and obtained one of the largest monetary recoveries ever in a derivative case based on privacy violations. Molumphy is also active in pro bono cases, and currently suing to hold the world's largest plastic manufacturers responsible for creating a public nuisance in California's waterways.

In these cases and others detailed below and in CPM's website, www.cpmlegal.com, Molumphy and CPM have demonstrated both knowledge of the law, the ability to work with others, and the resources and commitment to obtain justice for clients.

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP                                           Page 2

In *In re Apple Inc. Device Performance Litigation,* No. 5:18-md-02827-EJD (N.D. Cal.), CPM served as co-lead counsel in the MDL alleging that Apple misled iPhone customers to install an operating system software update that secretly slowed down or "throttled" the performance of their iPhones. After multiple rounds of motions to dismiss, handled by Molumphy, District Judge Edward Davila allowed claims to proceed based on California's UCL and CDAFA, the CFAA, and trespass to chattels. Molumphy coordinated the review of millions of documents and depositions of Apple employees and proposed class representative plaintiffs. In May 2020, Judge Davila preliminary approved the settlement by which Apple will pay a minimum of $310 million and up to $500 million to Apple iPhone consumers.

In *In re Yahoo! Inc. Shareholder Litigation*, No. 17-CV-307054 (Santa Clara Super. Ct.), Molumphy served as co-lead counsel and successfully negotiated a $29 million settlement in January 2019, the first of its kind recovery in a derivative action based on data breaches. The action followed two massive security breaches of Yahoo's computer network, impacting billions of customers, and revealed just prior to Yahoo's merger with Verizon. By seeking additional injunctive relief relating to the merger, Molumphy successfully obtained expedited discovery and deposed Yahoo's then Chief Information Security Officer. After a preliminary injunction hearing, the Santa Clara Superior Court required amendments to the proxy and, shortly thereafter, defendants settled the derivative claims for $29 million. His work was instrumental in shaping data breach related derivative litigation.

In *Chicago Laborers Pension Fund, et al. v. Alibaba Group Holding Limited, et al.,* No. CIV535692 (San Mateo Super. Ct.), Molumphy served as co-lead counsel for a class of investors in Alibaba's billion initial public offering, the largest in United States history at the time. Following the IPO, Alibaba revealed that its online platform had been the subject of Chinese regulator investigation and required forms. The action was brought in San Mateo Superior Court, where Alibaba maintained its US headquarters. After extensive motion practice, and multi-national discovery, including depositions of Alibaba employees based in China, the case settled for $75 million.

In *In re LendingClub Securities Litigation*, No. CIV537300 (San Mateo Super. Ct.) Molumphy was co-lead counsel for a certified class of shareholders based on LendingClub's initial public offering. The state court action was coordinated with a class action filed in the Northern District of California, before District Judge William Alsup, and plaintiffs joined in discovery and settlement efforts. The actions ultimately settled for $125 million.

In *Kerrigan Capital LLC v. Strohm, et al*. (San Mateo Super. Ct.), Molumphy served as lead counsel for a certified class of Oportun's common shareholders who alleged that their ownership interests were unfairly diluted by a series of insider financing rounds led by Oportun's largest preferred shareholders, including venture capital funds that had representatives on Oportun's Board of Directors. The action raised novel issues of first impression including recovery of dilution-based damages by minority shareholders, the applicable standard of care to management of a private corporation, and the existence of conflicts of interest impacting Board-sponsored financing. The action ultimately settled shortly before trial for $7.5 million.

## OTHER NOTABLE CPM ACTIONS

In *In re Ethiopian Airlines Flight ET 302 Crash*, No. 1:19-cv-02170 (N.D. Ill.), CPM currently serves on the Plaintiffs' Executive Committee, representing families who lost loved ones when Ethiopian Airlines Flight ET 302 crashed on March 10, 2019, in Ethiopia, killing all 157 people on board. CPM alleges that Boeing was aware of the vulnerabilities of its aircraft but deliberately concealed and downplayed the danger in order to protect its bottom line.

*In re Broilers Antitrust Litigation*, No. 1:16-cv-08637 (N.D. Ill.), CPM currently serves as lead counsel for the Commercial & Institutional Indirect Purchaser Plaintiff class, alleging that defendants conspired and combined to fix the prices of poultry in the United States.

In *In re Vizio, Inc. Consumer Privacy Litigation,* No. 16-md-02693-JLS (C.D. Cal.), CPM served as co-lead counsel for consumers who alleged that Vizio violated privacy and consumer-protection laws by secretly collecting sensitive information about what was displayed on Smart TVs for years and then selling the data to advertisers. The action settled for $17 million and substantial injunctive relief and was granted final approval by District Court Judge Josephine Staton.

In *In re Lenovo Adware Litigation,* No. 5:15-md-02624-HSG (N.D. Cal.), CPM served as co-lead counsel in a class action alleging that Lenovo surreptitiously installed malware on computers that illegally intercepted users' behavioral data, including browsing history and electronic communications. The action settled for $8.3 million and was granted final approval by District Judge Haywood S. Gilliam, Jr.

In *I.C. et al v. Zynga, Inc.*, No. 3:20-cv-01539-YGR (N.D. Cal.), CPM seeks to represent a class of consumers alleging that Zynga failed to safeguard their personally identifiable information and failed to disclose unauthorized access by third parties through a data breach. The action is currently pending before District Court Judge Yvonne Gonzalez Rogers.

In *People of the State of California v. Atlantic Richfield, et al.,* No. 1-00-CV-788657 (Santa Clara Super. Ct.), CPM represented the state of California alongside ten California cities and counties in a public nuisance action. The six defendants included the largest historical manufacturers of lead-based paint and lead pigments in the country. After over a decade of litigation, the case went to trial and resulted in a judgment of $1.15 billion in 2013.

In *In re Wells Fargo & Company Litigation*, No. CJC-18-004966 (San Francisco Super. Ct.), CPM was appointed lead counsel in case arising from the Bank's fraudulent sales incentive system and creation of millions of fake accounts for unwitting customers. The action ultimately settled, in tandem with related federal action, for monetary payment, clawback of equity awards, and extensive governance reforms.

In *In re Medical Capital Securities Litigation,* No. 8:10-ml-02145-DOC-RNB (C.D. Cal.) CPM was co-lead counsel for noteholders who invested in Medical Capital, a receivable company that turned out to be a Ponzi scheme. After years of litigation, Bank of New York Mellon agreed to pay $114 million to resolve the actions. Shortly thereafter, and on the eve of trial, Wells Fargo agreed to pay $105 million dollars to resolve the actions. The combined $219 million recovery in 2013 represents one of the largest recoveries against indenture trustees in United States history and the largest Ponzi recovery in California history.

## ATTESTATION OF FILING

I, Albert Y. Chang, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of September 2020, at La Jolla, California.

Dated: September 8, 2020 /s/ *Albert Y. Chang*
Albert Y. Chang