IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, | MDL No. 2948 |
| | Master Docket No. 20 C 4699 |
| | Judge John Z. Lee |
| **This Document Relates to All Cases** | Magistrate Judge Sunil R. Harjani |

**MEMORANDUM IN SUPPORT OF APPOINTMENT OF**
**<u>KATRINA CARROLL AND JONATHAN M. JAGHER AS CO-LEAD COUNSEL</u>**

Cafferty Clobes Meriwether & Sprengel LLP ("CCMS"), counsel for Plaintiff in the action originally styled *L.B. v. TikTok, Inc. et al.*, 1:20-cv-02889 (N. D. Ill., filed May 13, 2020), respectfully submits this memorandum in support of (1) Katrina Carroll of Carlson Lynch LLP and Jonathan Jagher of Freed Kanner London & Millen LLC's joint application for appointment as Co-Lead Counsel ("Proposed Co-Lead Counsel"), and (2) the appointment of a Plaintiffs' Steering Committee consisting of Robert Foote (Foote, Mielke, Chavez & O'Neil, LLC); Michael Gervais (Susman Godfrey LLP); Joseph Guglielmo (Scott+Scott Attorneys at Law LLP); Tina Wolfson (Ahdoot & Wolfson, PC) and James Zouras (Stephan Zouras, LLP).

CCMS has, since this action's inception, worked closely with Proposed Co-Lead Counsel and others to consolidate and organize the various actions originally filed within this District. CCMS thus can attest to Proposed Co-Lead Counsel's tireless efforts to manage this litigation with only one goal in mind: to secure expansive and meaningful relief for the putative Class. Indeed, it is precisely because of the undersigned's first-hand experience working with Proposed Co-Lead Counsel that CCMS urged this Court to appoint Katrina Carroll Temporary Interim Lead Counsel

pending transfer and centralization by the Judicial Panel on Multidistrict Litigation. *See E.R. v. TikTok, Inc. et al.* 1:20-cv-02810, ECF No. 12 (May 21, 2020 "Consent by All Parties to Consolidate Cases and Uncontested Motion for Appointment of Temporary Interim Lead Counsel Pending MDL Proceedings").

The Court ultimately appointed Ms. Carroll to that role and, respectfully, Proposed Co-Lead Counsel's efforts over the ensuing months have justified that decision. Proposed Co-Lead Counsel repeatedly has worked late into the night to investigate Defendants' alleged malfeasance and the ever-shifting political and regulatory landscape within which it operates, secure transfer of these now-consolidated actions to this District and engage Defendants in settlement discussions that, given the grit and determination Proposed Co-Lead Counsel have demonstrated, undoubtedly will exceed the expectations of the Class and Court alike. Their efforts should be applauded. However, it is *the manner* in which Proposed Co-Lead Counsel have moved this litigation towards a successful conclusion that merits commendation and their appointment as Co-Lead Counsel.

Proposed Co-Lead Counsel has opted for an inclusive approach. They have leveraged the substantial collective experience of *all* Plaintiffs' counsel who wished to participate in prosecuting this action by assigning each tasks suited to their unique expertise, and consistently solicited input with respect to any and all strategic decisions. Nowhere is their collaborative philosophy more evident than in their successful efforts to engage Defendants in settlement discussions, which required Proposed Co-Lead Counsel to secure the participation of counsel for Plaintiffs in actions pending across the country, and whose interests may not necessarily have aligned.

In Case Management Order No. 1, the Court noted that among the criteria for appointment as lead counsel are "counsel's willingness to commit to a time-consuming project [and] ability to work cooperatively with others . . . ." MDL Docket, ECF No. 4. Proposed Co-Lead Counsel check

both boxes. They have proven themselves dedicated to the task at hand (and ahead), and willing and able to collaborate with all counsel for the benefit of Plaintiffs and the Class. Accordingly, CCMS respectfully submits that this Court should appoint Katrina Carroll and Jonathan Jagher as Co-Lead Counsel, and appoint a Plaintiffs' Steering Committee consisting of Robert Foote; Michael Gervais; Joseph Guglielmo; Tina Wolfson and James Zouras.

Dated: September 8, 2020        Respectfully submitted,

                                                            */s/* Daniel O. Herrera
                                                    Jennifer W. Sprengel
                                                    Daniel O. Herrera
                                                    Nickolas J. Hagman
                                                    **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
                                                    150 S. Wacker, Suite 3000
                                                    Chicago, Illinois 60606
                                                    Telephone: 312-782-4880
                                                    Facsimile: 318-782-4485
                                                    jsprengel@caffertyclobes.com
                                                    dherrera@caffertyclobes.com
                                                    nhagman@caffertyclobes.com

**CERTIFICATE OF SERVICE**

      I, Daniel O. Herrera, an attorney, hereby certify that on September 8, 2020, service of the ***Memorandum in Support Of Appointment of Katrina Carroll and Jonathan M. Jagher as Co-Lead Counsel*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                          *s/   Daniel O. Herrera*
                                          Daniel O. Herrera