# EXHIBIT 2

**2019** YEAR IN REVIEW





FROM OUR
**MANAGING PRINCIPAL**

**Paul S. Chan** Managing Principal

# We are pleased to present to you our 2019 Year in Review.

As we embark on a new decade, it gives us great pride to reflect on another extraordinary year at Bird Marella. 2019 was marked by unique challenges, significant growth, and notable achievements for our firm's clients, as we continued to demonstrate why we are considered one of the premier litigation firms in the nation.

Last year, we secured victories for clients in several precedent-setting cases. We won a complete defense verdict for one of the world's largest microchip manufacturers in a case with nine-figure exposure. In one of the largest environmental crime trials in California history, we successfully obtained a reduced fine that was 400 times lower than the amount originally sought by prosecutors. And in an internationally publicized pro bono matter, we won bail for a former U.S. Marine fighting extradition based on an incident at a North Korean embassy.

As in years past, our lawyers continued to garner recognition from peers, colleagues, and various media outlets. In 2019, many of our attorneys received honors from ranking guides such as Chambers and Partners, Benchmark Litigation, and Lawdragon 500 as well as prominent legal publications such as the Daily Journal, Law360, and the National Law Journal. Alongside these recognitions, we are equally proud of our firm's continuing and unwavering commitment to pro bono and community service. Nearly 90% of our attorneys committed time to pro bono matters in 2019, enabling the firm to contribute thousands of hours to public interest litigation. The firm also contributed directly to nearly 40 different legal and charitable nonprofits, with many of our attorneys serving in leadership and board positions within these organizations.

While the foundation of Bird Marella remains rooted in the traditions and values established by our founding principals nearly forty years ago, we've also maintained a focus on the future. In the past year, we added and elevated several exceptionally talented attorneys who will only enhance the firm's talented ranks of multigenerational and diverse lawyers. These attorneys represent the next generation of litigators who will make their mark at Bird Marella.

On behalf of the firm, we are grateful to all our attorneys, paralegals, and supporting staff for their hard work and dedication in making 2019 a remarkable year. And we thank our valued clients for entrusting Bird Marella with their most significant legal matters. We look forward to another decade of providing innovative and effective representation.

Sincerely,

Paul S. Chan
Managing Principal

## NEW ADDITIONS



### Jonathan M. Jackson
*Associate*

Jonathan specializes in complex commercial and intellectual property litigation. He has successfully represented clients in a variety of high stakes matters in state and federal court, at both the trial and appellate level, in commercial arbitration proceedings, and before the United States Patent & Trademark Office (USPTO). He received his J.D. from UCLA School of Law.

### Oliver Rocos
*Associate*

A graduate of Boston University School of Law, Oliver represents individuals, media, technology, and financial industry clients in complex commercial disputes involving breach of contract, breach of fiduciary duty, fraud, negligence employment claims, and securities and regulatory actions. Prior to joining the firm, he practiced as a barrister for three years in London, England.



**BY THE NUMBERS: REPUTATION**

## Top 20

Recognized as a "Top 20" litigation boutique by associates in a nationwide survey (*Vault*)



**BY THE NUMBERS: DIVERSITY**

**54%** Percentage of Minority Attorneys

# NEW
# ELEVATION

**Naeun Rim**
*Principal*



*Bird Marella announced the elevation of Naeun Rim to principal on January 1, 2019. Naeun previously served as of counsel, concentrating her practice on white collar criminal defense, complex civil litigation, and internal investigations. Since joining the firm in 2016, she has secured acquittals, dismissals, and favorable sentencing results in high-profile criminal matters in addition to winning major victories for clients in arbitrations and multi-million dollar civil cases.*

Plains defense team
from left to right:
**Ariel A. Neuman**
**Naeun Rim**
**Gary S. Lincenberg**
**Ray S. Seilie**



# OUR
# VICTORIES

HIGHLIGHT **PLAINS ALL AMERICAN PIPELINE**

## Bird Marella Persuades Judge to Reject Prosecutors' Request for Billion Dollar Fine

Following the successful 2018 defense of Plains All American Pipeline in a four-month jury trial involving an oil spill in Santa Barbara, Bird Marella prevailed at the sentencing hearing held on April 25, 2019. The Plains defense team, led by principals Gary Lincenberg and Ariel Neuman along with principal Naeun Rim and associate Ray Seilie, successfully persuaded a California state judge to reject the prosecutor's demand for a $1.2 billion penalty and to agree with Plains' request for a $3 million fine, an amount 400 times lower than what the prosecution originally sought.

### Prevailed at Trial for Fortune 500 Company in Multi-Million Dollar Wrongful Termination Suit

*Jeremy D. Matz • Ray S. Seilie*

Won a total defense victory in a four-week, multi-plaintiff, multi-million dollar wrongful termination jury trial on behalf of a Fortune 500 company. After the plaintiffs presented their case-in-chief, the Court entered judgment for the company before the case ever reached the jury for deliberations.

### Obtained Complete Dismissal of Federal Class Action on Behalf of Medical Device Company

*Terry W. Bird • Hernán D. Vera • Ashley D. Bowman*

Secured complete dismissal of a consumer protection class action brought against a software and medical device company in Arizona federal court against claims of unjust enrichment, economic harm, and violations of the California Unfair Competition Law.

### Won Bail for Marine Corps Veteran in Internationally Publicized Extradition Case

*Ekwan E. Rhow • Naeun Rim • Christopher J. Lee*

Successfully convinced the Court to acknowledge that "special circumstances" existed to obtain the release on bail for a pro bono client, a former U.S. Marine veteran, who had been detained pending extradition to Spain based on allegations relating to an incident at the North Korean embassy in Madrid.

### Won Affirmance of Summary Judgment on Behalf of National Law Firm

*Mark T. Drooks • Douglas A. Fretty • Fanxi Wang*

Obtained summary judgment on behalf of a national law firm accused of negligence and misrepresentation in connection with issuance of opinion letters in a loan transaction. Secured affirmance of the decision before the Ninth Circuit Court of Appeals.

**BY THE NUMBERS: EXPERTISE**

**40** Industries and Practice Areas Represented

# OUR VICTORIES

## Obtained Summary Judgment for Prominent Tech Company in Breach of Contract Suit

*Gary S. Lincenberg • Nicole Rodriguez Van Dyk • Ashley D. Bowman*

Achieved summary judgment on a multi-million dollar breach of contract claim, and dismissal of all tort claims, on behalf of a Los Angeles-based technology company alleging company executives engaged in fraud and civil conspiracy in connection with government contracts.

## Won Writ Petition in Unique False Claims Act Lawsuit Against Prominent Law Firm

*Paul S. Chan • Thomas R. Freeman • Marc E. Masters • Elliot C. Harvey Schatmeier*

Successfully defended one of the largest law firms in California against claims that it violated the California False Claims Act by "fraudulently" inducing its former client, a public agency, to disburse several million dollars in funds towards a public works project.

## Secured Favorable Resolution of Pulse-Based Snack Maker in Trademark Dispute

*Timothy B. Yoo*

Resolved a global trademark dispute on behalf of pulse-based snack food manufacturer, World Peas Brand, against the Frito-Lay company. Litigated and ultimately achieved a favorable coexistence arrangement allowing the company to preserve and continue to extend the brand equity built upon their packaging and product lines.

## Won Dismissal of Wage & Hour Class Action Utilizing Standing Argument at the Pleading Stage

*Ekwan E. Rhow • Kate S. Shin*

Won dismissal of a wage and hour class action on behalf of multiple corporate and individual defendants. The class action plaintiff, a former employee of the defendant, sought millions in damages for the putative class comprised of hundreds of former and current workers.



**MARK T. DROOKS PRINCIPAL**

*The stakes are often extremely high but we are privileged to handle cases that are almost always interesting and challenging. We try to bring to every case a combination of strong analysis, good judgment, and elite trial skills.*



SK Hynix defense team, left to right:

**Joyce J. Choi**
**Ekwan E. Rhow**
**Timothy B. Yoo**
**Emerson H. Kim**

HIGHLIGHT **SK HYNIX AMERICA, INC.**

## Bird Marella Wins Jury Trial in $175 Million Breach of Contract Suit

After a three-week jury trial in the Western District of Washington, Bird Marella achieved a complete defense verdict on behalf of SK Hynix, one of the world's largest microchip manufacturers, in a $175 million breach of contract lawsuit. Led by principals Ekwan Rhow and Timothy Yoo, the Bird Marella trial team warded off claims that SK Hynix had breached a DRAM chip supply contract with Microsoft, impacting the 2013 launch of its Xbox One gaming console. Following four days of deliberation, the jury returned with a unanimous verdict in favor of SK Hynix finding that the company did not breach the supply contract, ultimately rejecting all of Microsoft's alleged damages.

From left: **Fanxi Wang, Benjamin N. Gluck, Nicole Rodriguez Van Dyk**



## OUR
## ACCOLADES

**BY THE NUMBERS: RECOGNITION**

**81** Total Firm
and Individual
Awards in 2019

CHAMBERS AND PARTNERS

**Litigation: White-Collar Crime &
Government Investigations**
Firm (Band 2)
Terry W. Bird
Benjamin N. Gluck
Gary S. Lincenberg (Band 1)
Vincent J. Marella
Ariel A. Neuman

**Litigation: General Commercial**
Firm (Band 4)
Mark T. Drooks
Ekwan E. Rhow

**Litigation: Media & Entertainment**
Ronald J. Nessim

**Litigation: Trial Lawyers USA (Global)**
Terry Bird

AMERICAN COLLEGE OF TRIAL LAWYERS

**Judicial Independence Committee**
A. Howard Matz

### BENCHMARK LITIGATION

**Benchmark Litigation 2020**
Firm: Highly Recommended,
Securities Litigation (Tier 1)

**2019 US Awards**
Securities Litigation Firm of the Year

**Local Litigation Stars**
Benjamin N. Gluck
Gary S. Lincenberg
Ronald J. Nessim
Ariel A. Neuman
Ekwan E. Rhow
Dorothy Wolpert

**Top 100 Trial Lawyers in America**
Gary S. Lincenberg
Ekwan E. Rhow

**Top 20 Trial Lawyers in California**
Ekwan E. Rhow

**40 & Under Hot List**
Ariel A. Neuman
Nicole Rodriguez Van Dyk
Timothy B. Yoo

### U.S. NEWS

**Best Lawyers**
Sharon Ben-Shahar Mayer
Terry W. Bird
Joel E. Boxer
Paul S. Chan
Mark T. Drooks
Thomas R. Freeman
Benjamin N. Gluck
Gary S. Lincenberg
Vincent J. Marella
Jeremy D. Matz
Ronald J. Nessim
Thomas V. Reichert
Nicole Rodriguez Van Dyk
Dorothy Wolpert

**Los Angeles Lawyer of the Year:
Trust & Estates**
Joel E. Boxer

**Los Angeles Lawyer of the Year:
Securities**
Paul S. Chan

### U.S. NEWS (CONT'D.)

**Best Law Firms**
Appellate
Commercial Litigation (Tier 1)
Environmental Law
Healthcare (Tier 1)
Securities
Trust & Estates
White Collar (Tier 1)

### THE HOLLYWOOD REPORTER

**Power Lawyers**
Ronald J. Nessim

### LAWDRAGON

**500 Leading Lawyers**
Paul S. Chan
Ekwan E. Rhow

### DAILY JOURNAL

**Top 100 Lawyers in California**
Gary S. Lincenberg



**RONALD J. NESSIM** PRINCIPAL

*When I began at the firm in 1987, and still today, we get most of our work from referrals from other lawyers who have themselves seen our commitment to our clients and the quality of our work. I love working here because we are a law firm first and a business second.*

# OUR
# ACCOLADES



**Sharon Ben-Shahar Mayer** Principal

## SUPER LAWYERS

**Super Lawyers**
Terry W. Bird
Joel E. Boxer
Paul S. Chan
Mark T. Drooks
Thomas R. Freeman
Benjamin N. Gluck
Gary S. Lincenberg
Vincent J. Marella
Jeremy D. Matz
Ronald J. Nessim
Ariel A. Neuman
Thomas V. Reichert
Ekwan E. Rhow

**Top 100: White Collar**
Benjamin N. Gluck
Gary S. Lincenberg

**Rising Stars**
Julia B. Cherlow
Gopi K. Panchapakesan
Naeun Rim
Ray S. Seilie
Fanxi Wang

## LOS ANGELES BUSINESS JOURNAL

**Top Litigators & Trial Lawyers**
Mark T. Drooks

**Most Influential Minority Lawyers**
Paul S. Chan
Ekwan E. Rhow

## SOUTHERN CALIFORNIA CHINESE LAWYERS ASSOCIATION

**Trailblazer Award**
Paul S. Chan

## CALIFORNIA ACADEMY OF APPELLATE LAWYERS

**Appointed Member**
Thomas R. Freeman

## NATIONAL LAW JOURNAL

**Health Care Law Trailblazers**
Nicole Rodriguez Van Dyk

*LAW360*

**Rising Stars**
Ariel A. Neuman

*COLLEGE OF COMMERCIAL ARBITRATORS*

**Fellowship Honoree**
A. Howard Matz

**BY THE NUMBERS: INCLUSION**

## 4 Generations of Trial Specialists and Litigators

Founding Principals from left to right: **A. Howard Matz, Vincent J. Marella, Dorothy Wolpert, Terry W. Bird, Joel E. Boxer**



# COMMUNITY INVOLVEMENT

**BY THE NUMBERS: PRO BONO**

## 2400
Hours Dedicated to
Pro Bono Matters





















Throughout 2019, Bird Marella contributed to the following civic and
charitable organizations devoted to strengthening communities, supporting
human rights, and enhancing the lives of disadvantaged children.



**DOROTHY WOLPERT** PRINCIPAL

*Community service has been a core value of our firm since its beginning. All our lawyers engage in pro bono litigation, board service, or public projects of a wide diversity. Our commitment to such work defines our view of professional duty and social justice.*



Bird Marella litigates complex civil and white collar criminal matters in state and federal courts across the United States. For more than 35 years, we have built our reputation on the quality of our lawyers and the outstanding results we achieve for our clients.

1875 Century Park East, 23rd Floor • Los Angeles, CA 90067-2561 • (310) 201-2100 • www.BirdMarella.com

Attorney Advertising. Statements in this communication do not constitute a guarantee, warranty, or prediction regarding the outcome of your legal matter.



# ABOUT THE FIRM

## OVERVIEW

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. engages solely in the practice of complex civil and white collar criminal litigation. A litigation boutique by design, we are trial lawyers who represent national and multinational corporations, government agencies, closely held companies, partnerships, and individuals. We represent business contingency plaintiffs on a selective basis. The firm has been recognized in California and nationally by its peers, clients, and legal publications and has received numerous awards, notices of distinction, and accolades.

| PRINCIPALS | SENIOR COUNSEL | ASSOCIATES |
|---|---|---|
| Sharon Ben-Shahar Mayer | A. Howard Matz | Ashley D. Bowman |
| Terry W. Bird | David I. Hurwitz | Julia B. Cherlow |
| Joel E. Boxer | Steve E. Zipperstein | Joyce J. Choi |
| Paul S. Chan | | Elliot C. Harvey Schatmeier |
| Mark T. Drooks | **OF COUNSEL** | Jonathan M. Jackson |
| Thomas R. Freeman | Shoshana E. Bannett | Nithin Kumar |
| Benjamin N. Gluck | Grace W. Kang | Christopher J. Lee |
| Gary S. Lincenberg | Marc E. Masters | Cameron R. Partovi |
| Vincent J. Marella | | Darren L. Patrick |
| Jeremy D. Matz | | Oliver Rocos |
| Ronald J. Nessim | | Ray S. Seilie |
| Ariel A. Neuman | | Kate S. Shin |
| Gopi K. Panchapakesan | | Naomi S. Solomon |
| Thomas R. Reichert | | Jimmy Threatt |
| Ekwan E. Rhow | | Fanxi Wang |
| Naeun Rim | | Kimmy Yu |
| Nicole R. Van Dyk | | |
| Hernán D. Vera | | |
| Dorothy Wolpert | | |
| Timothy B. Yoo | | |



## NATIONWIDE TRIAL AND LITIGATION COUNSEL

From our base in Los Angeles, we represent clients nationwide with global business interests, including numerous Pacific Rim matters. Bird Marella attorneys litigate and try cases at every level, up to and including the Supreme Court of the United States. Our clients' cases are often complex, span diverse subject areas, and frequently involve multiple forums and parallel civil and criminal actions. The common theme in our cases is not the underlying legal issues but the sophistication of the challenge and the need for innovative and insightful representation. Although limited to litigation, our practice is unusually diversified. It includes substantial involvement in the following substantive areas:

| | | |
|---|---|---|
| Administrative Law | Environmental Law | Partnership Law |
| Antitrust Law | ERISA Litigation | Probate & Trust Litigation |
| Business and Commercial Law | Health Care Fraud and Abuse | Products Liability |
| Class Action Litigation | Insurance Coverage Disputes | Real Estate Litigation |
| Construction Law | Intellectual Property | RICO (Civil and Criminal) |
| Copyright Law | Law Firm Disputes | Savings and Loan Litigation |
| Defamation | Law of Eminent Domain | Securities Law |
| Employment Law | Legal Malpractice | Tax and Tax Shelter Litigation |
| Entertainment Law | Municipal and Public Utility Law | White Collar Crimes |

## CIVIL AND WHITE COLLAR CRIMINAL TRIAL AND LITIGATION EXCELLENCE

Since the firm's founding by two former Assistant United States Attorneys in 1981, we have handled some of the most important litigation in the western United States. Our attorneys' collective experience spans virtually every contentious commercial issue to arise in the past 40 years, from antitrust, insider trading, RICO and environmental claims to consumer class actions, entertainment royalty disputes and Internet commerce litigation. When our matters and clients attract media interest, we manage that attention discreetly and effectively.

The firm's criminal defense practice, which has obtained a nationwide reputation for excellence, is restricted to economic and business crimes. We are also especially gratified that other lawyers retain us for their own representation in disputes involving partnership rights, dissolution, fee allocation and malpractice claims.

## CLIENT INDUSTRIES AND MATTERS

Bird Marella clients are prominent in a wide range of industries and public and private enterprises. Clients range from Fortune 500 technology leaders, Wall Street executives and health care providers to global retailers, entertainment companies and Internet start-ups. We also represent individuals, including entrepreneurs, health care professionals, prominent members of the financial community, media and sports figures, and international investors and investment advisors. The matters for which our clients retain us range from traditional, high-demand contract breaches to cutting-edge intellectual property disputes, appeals, shareholder class actions, and claims of fraud and regulatory violations, as well as all types of criminal or regulatory investigations and prosecutions. Although our cases frequently involve complex issues and high exposure, we are equally skilled in providing cost-effective counsel in relatively small matters.



Clients can expect that the attorneys whom they retain are the actual attorneys who will try their cases. Many of the clients we have performed substantial legal work for are corporations and other institutions. They include:

| | | |
|---|---|---|
| Alaska Public Utilities Commission | Henry Mayo Newhall Memorial | Qwest |
| American Red Cross | Hyundai Motor Company | Raytheon |
| Aramark Uniform & Career Apparel, Inc. | IBM Corp. | Ricoh Electronics, Inc. |
| Azusa Pacific University | International Game Technology (IGT) | Rockwell International |
| Beasley Broadcasting Group, Inc. | JM Eagle | Samsung Telecommunications |
| Broadcom Corporation (Special Comm.) | KB Home | South Coast AQMD |
| Bugle Boy Industries | Lincoln Electric Company | Stone Boardwear, Inc. |
| Charles Schwab, Inc. | LG Electronics USA, Inc. | Suzuki Motor Corporation |
| Canon U.S.A., Inc. | Los Angeles County Metropolitan | Takata |
| Chemical Waste Management, Inc. | Transportation Authority | Tawa Supermarket, Inc. |
| City of Anaheim | Lucasfilm Ltd. | Thrifty Oil Company |
| City of Carson | Mattel, Inc. | Toll Brothers, Inc. |
| City of Hermosa Beach | McDonnell Douglas Corporation | Toyota Motor Sales U.S.A., Inc. |
| City of Hope Medical Group | Mission Power Energy Company | Twentieth Century Fox Film |
| City of Los Angeles | National Partnership Investments Corp. | Corporation |
| City of Riverside | Nissan Motor Corporation in USA | Ultramar, Inc. |
| City of Santa Monica | Newegg, Inc. | UCLA |
| CJ Entertainment & Media | Nokia, Inc. | Vizio, Inc. |
| Damson Oil Company | Paragon Homes/Development, Inc. | The Walt Disney Company |
| E*TRADE Securities, Inc. | Plains All American Pipeline | Western Digital Corporation |
| Forever 21 | Prospect Medical Group | Wyle Laboratories |
| Fox Studios | PBS | Xerox |
| GAF Materials Corporation | Purex Industries, Inc. | Yahoo! |
| Hanmi Bank | Qualcomm, Inc. | Yale University |

## CULTURE

Our culture is multigenerational, collegial, unrelenting in expectations of excellence, and deeply committed to the profession of law. Bird Marella lawyers, many of whom are former judicial clerks and former Assistant United States Attorneys, combine extensive trial experience with proven technical ability. This balance informs our handling of cases

**BIRD**
**MARELLA** P.C.

BIRD ▪ MARELLA ▪ BOXER ▪ WOLPERT ▪ NESSIM ▪ DROOKS ▪ LINCENBERG ▪ RHOW

from inception through discovery, trial, and, if necessary, appeal. We excel at presenting complicated fact patterns and complex business transactions in understandable and persuasive ways to judges, juries, and arbitrators.

## REPUTATION

We are proud of the seamless connection between our internal culture and outside reputation. *Chambers and Partners* has ranked the firm in "Litigation: White-Collar Crime & Government Investigations" and "Litigation: General Commercial," calling us "top-flight lawyers" who are "as good as it gets." The firm's ratings as preeminent lawyers by leading legal publications are matched by our prominence as leaders in national and local Bar organizations, as well as our selection to federal and state Bench-Bar committees. Many Bird Marella attorneys are members of the American College of Trial Lawyers. The firm's professional renown helps us achieve our clients' goals in the courtroom and facilitates prompt, just, and favorable pretrial settlements without the expense of a trial. Ultimately, the results we obtain for our clients are the source of our firm's reputation. While Bird Marella has had its share of headline-grabbing cases, many of our victories are achieved by under-the-radar resolutions because that is how our clients want it.

## RECOGNITION

Our firm has garnered recognition from a variety of publications, media outlets, and organizations including *Chambers and Partners USA*, *The National Law Journal*, the *Daily Journal*, and *Law360.* Some of the more notable accolades and awards the firm has been honored with include:

*American Civil Liberties Union*
Pro Bono Award

*Chambers and Partners USA*
Ranked in Band 2 for "Litigation: White Collar Crime & Government Investigations" and Band 4 for "Litigation: General Commercial"

*Benchmark Litigation*
Highly Recommended Litigation Law Firm in California

*The Daily Journal*
Top Boutiques, Top Verdicts, Top Defense Results

*Law360*
One of the Best Law Firms for Minority Attorneys

*National Asian Pacific American Bar Association (NAPABA)*
Law Firm Diversity Award

*National Law Journal*
Litigation Boutique Hot List

*Vault*
One of The Best Litigation Boutique Law Firms