IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**SAUDER SCHELKOPF'S MEMORANDUM IN SUPPORT OF KATRINA CARROLL AND JONATHAN JAGHER'S APPLICATION FOR APPOINTMENT AS CO-LEAD COUNSEL AND PLAINTIFFS' STEERING COMMITTEE PURSUANT TO FED. R. CIV. P. 23(g)**

Sauder Schelkopf LLC, counsel for Plaintiff in the action originally styled *Marks v. TikTok, Inc. et al.*, 1:20-cv-02883 (N. D. Ill., filed May 13, 2020), respectfully submits this memorandum in support of (1) Katrina Carroll of Carlson Lynch LLP and Jonathan Jagher of Freed Kanner London & Millen LLC's joint application for appointment as Co-Lead Counsel ("Proposed Co-Lead Counsel") and (2) the appointment of a Plaintiffs' Steering Committee consisting of Robert Foote (Foote, Mielke, Chavez & O'Neil, LLC); Michael Gervais (Susman Godfrey LLP); Joseph Guglielmo (Scott+Scott Attorneys at Law LLP); Tina Wolfson (Ahdoot & Wolfson, PC) and James Zouras (Stephan Zouras, LLP).

We have years of firsthand experience working alongside Ms. Carroll in numerous prior matters, including the MDL matter *In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation*, 1:15-cv-1364 (N.D. Ill.), where Ms. Carroll served as Co-Lead Counsel. Our firm is currently serving as Co-Lead with Ms. Carroll in *Bishop et al. v. Behr Process Corp. et al.*, No. 1:17-cv-4464 (N.D. Ill.), national products liability class action relating

1

to defective deck paint. From this experience, we do not hesitate to recommend Ms. Carroll. She has all the necessary skills and will devote her attention to litigating this case to the fullest extent possible. Also, from our specific experience in this case, we also recommend Mr. Jagher, who has at all times worked cooperatively for the benefit of all plaintiffs and the class.

Throughout this case, we have worked collaboratively with Proposed Co-Lead Counsel and others to consolidate and organize the various actions originally filed within this District. The undersigned can attest to Proposed Co-Lead Counsel's efforts to manage and coordinate this litigation to secure broad and significant relief for the putative Class. Based on our past record and first-hand experience working with Ms. Carroll, we originally supported her appointment as Temporary Interim Lead Counsel pending transfer and centralization by the Judicial Panel on Multidistrict Litigation. *See* Docket for *E.R. v. TikTok, Inc. et al.* 1:20-cv-02810, ECF No. 12 (May 21, 2020 "Consent by All Parties to Consolidate Cases and Uncontested Motion for Appointment of Temporary Interim Lead Counsel Pending MDL Proceedings").

Proposed Co-Lead Counsel's continued efforts over the last several months support their appointment. Proposed Co-Lead Counsel worked tirelessly to investigate Defendants' alleged malfeasance and the ever-shifting political and regulatory landscape within which it operates, secured transfer of these now-consolidated actions to this District and engaged Defendants in settlement discussions that, given their determination Proposed Co-Lead Counsel have demonstrated, undoubtedly will exceed the expectations of the Class and Court alike.

While some attempted to fracture plaintiffs' counsel, *see E.R.* Docket ECF No. 46 (order denying motion to intervene), Proposed Co-Lead Counsel pursued an inclusive approach. They have leveraged the substantial collective experience of *all* Plaintiffs' counsel who wished to participate in the prosecution of this action by assigning each task suited to their expertise, and

consistently solicited input with respect to any and all strategic decisions. Nowhere is their collaborative philosophy more evident than in their successful efforts to engage Defendants in settlement discussions, which required Proposed Co-Lead Counsel to secure the participation of counsel for Plaintiffs in actions pending across the country, and whose interests may not necessarily have aligned.

In Case Management Order No. 1, the Court noted that among the criteria for appointment as lead counsel are "counsel's willingness to commit to a time-consuming project [and] ability to work cooperatively with others . . . ." MDL Docket, ECF No. 4. Proposed Co-Lead Counsel check both boxes. They have proven themselves dedicated to the task at hand (and ahead), and willing and able to collaborate with all counsel for the benefit of Plaintiffs and the Class.

We also support Proposed Co-Lead Counsel's proposed Steering Committee, which represents a sampling of counsel and cases from other Districts comprising the MDL. All of these lawyers are well-qualified and should be appointed to serve in committee roles.

Accordingly, Sauder Schelkopf respectfully submits that this Court should appoint Katrina Carroll and Jonathan Jagher as Co-Lead Counsel, and appoint a Plaintiffs' Steering Committee consisting of Robert Foote; Michael Gervais; Joseph Guglielmo; Tina Wolfson and James Zouras.

Dated: September 8, 2020

By: /S/ Richard R. Gordon
Richard R. Gordon
**Gordon Law Offices, Ltd.**
111 West Washington Street
Suite 1240
Chicago, Illinois 60602
Tel: (312) 332-5200
Fax: (312) 242-4966

3

rrg@gordonlawchicago.com

Attorneys for Plaintiff and Putative Class

Joseph G. Sauder
Joseph B. Kenney
**Sauder Schelkopf LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: 610-200-0580
jgs@sstriallawyers.com
jbk@sstriallawyers.com

Attorneys for Plaintiff and Putative Class