# Attachment A

HAUSFELD®

BERLIN BOSTON BRUSSELS DÜSSELDORF LONDON NEW YORK PARIS PHILADELPHIA SAN FRANCISCO STOCKHOLM WASHINGTON, DC **www.hausfeld.com**

# Hausfeld Firm Summary

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier in private enforcement of antitrust/competition law in both the United States and the United Kingdom by *The Legal 500* and *Chambers & Partners*. Our German office was also ranked by *The Legal 500* for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Berlin, Brussels, Paris, Düsseldorf, Stockholm, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of antitrust/competition, consumer protection, data breach and privacy, environmental threats, human and civil rights, mass torts, and securities fraud. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. *The New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while *Washingtonian Magazine* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

## Antitrust and Competition Litigation

Hausfeld's reputation for leading groundbreaking antitrust class actions in the United States is well-earned. Having helmed more than 40 antitrust class actions, Hausfeld attorneys are prepared to **litigate and manage cases with dozens of defendants** (*In re Blue Cross Blue Shield Antitrust Litigation*, with more than thirty defendants), **negotiate favorable settlements for class members and clients** (*In re Air Cargo Shipping Services Antitrust Litigation*, settlements of more than $1.2 billion), **take on the financial services industry** (*In re Foreign Exchange Antitrust Litigation*, with settlements of more than $2.3 billion), **take cartelists to trial** (*In re Vitamin C Antitrust Litigation,* trial victory of $162 million against Chinese manufacturers of vitamin C), and **push legal boundaries where others have not** (*O'Bannon v. NCAA*, another trial victory in which the court found that NCAA rules prohibiting additional scholarship payments to players as part of the recruiting process are unlawful).

## Consumer Protection Litigation

Hausfeld also pursues consumer protection, defective product, and Lanham Act cases on behalf of a variety of litigants including consumers, entertainers, financial institutions, and other businesses. For example, we served on the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Litigation* helping to recover over $14 billion for U.S. consumers and are currently representing tens of thousands of VW purchasers in Europe. We have obtained class-wide settlements for purchasers of **defective products** (*Wolph v. Acer America Corp.*; *In re Sony PS3 "Other OS" Litigation*) **victims of unfair and deceptive practices** (*Brown v. Transurban (USA), Inc.*; *Radosti v. Envision EMI, LLC; In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation*); and domestic beekeepers and honey packers for **fraudulent mislabeling** of imported honey (*In re Honey Transshipping Litigation*).

## Data Breach and Privacy

Hausfeld's attorneys have been at the forefront of seeking and obtaining recovery for victims of data breaches. We currently serve on the Plaintiffs' Steering Committee in *In re Equifax*, taking the lead on a complex 50-state plaintiff discovery process. Hausfeld's attorneys have also served on the Financial Institution Plaintiffs' Steering Committee in *In re Target,* leading to a groundbreaking $60 million in settlement; chaired the FI Steering Committee in *In re Home Depot* ($40 million settlement, fee award pending on appeal); and served as a co-lead in *In re Kmart* ($18.5 million settlement). In addition, we are currently serving in leadership positions in *Arby's* (co-lead); *Wendy's* (steering committee, $50 million settlement pending); and *In re Premera* (executive committee).

# Hausfeld: A Global Reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. Its inventive cross border solutions work to the benefit of the multinational companies it often represents.

## Creative Solutions to Complex Legal Challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the *Financial Times,* which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, *The Legal 500* has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

## Unmatched Global Resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 100 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Berlin, Düsseldorf, Brussels, Paris, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (*The Legal 500*).

> "Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms."
>
> *– The Legal 500*

# Litigation Achievements

## Significant Trial Victories

While many law firms like to talk about litigation experience, Hausfeld lawyers regularly bring cases to trial—and win. Among our trial victories are some of the largest antitrust cases in the modern era. For example, in ***O'Bannon v. NCAA* (N.D. Cal.)**, we conducted a three-week bench trial before the chief judge of the Northern District of California, resulting in a complete victory for college athletes who alleged an illegal agreement among the National Collegiate Athletic Association and its member schools to deny payment to athletes for the commercial licensing of their names, images, and likenesses. Our victory in the *O'Bannon* litigation followed the successful trial efforts in ***Law v. NCAA* (D. Kan.)**, a case challenging earning restrictions imposed on assistant college coaches in which the jury awarded **$67 million** to the class plaintiffs that one of our lawyers represented.

In ***In re Vitamin C Antitrust Litigation* (E.D.N.Y.)**, we obtained, on behalf of our direct purchaser clients, a **$148 million** jury verdict and judgment against Chinese pharmaceutical companies that fixed prices and controlled export output of Vitamin C—on the heels of $22.5 million in settlements with other defendants, which represented the first civil settlements with Chinese companies in a U.S. antitrust cartel case. Years earlier, we took on a global vitamin price-fixing cartel in ***In re Vitamins* (D.D.C.)**, in which we secured a **$1.1 billion settlement** for a class of vitamin purchasers and then took the remaining defendants to trial, culminating in a **$148 million jury verdict**.

Our trial experience extends to intellectual property matters and general commercial litigation as well. Recently, we represented entertainment companies that sought to hold internet service provider Cox Communications accountable for willful contributory copyright infringement by ignoring the illegal downloading activity of its users. Following a trial in ***BMG Rights Management (US) LLC, v. Cox Enterprises, Inc.* (E.D. Va.),** the jury returned a **$25 million verdict** for our client. After the defendants appealed and prior to a new trial, the parties settled.

## Exceptional Settlement Results

Over the past decade, Hausfeld has recouped over $20 billion for clients and the classes they represented. We are proud of our record of successful dispute resolution. Among our settlement achievements, a selection of cases merit special mention.

In the high profile ***In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y.),** we negotiated settlements totaling more than $2.3 billion with fifteen banks accused of conspiring to manipulate prices paid in the foreign-exchange market. In another case involving allegations of pricefixing among the world's largest airfreight carriers, ***In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.),** we negotiated settlements with more than 30 defendants totaling over $1.2 billion—all in advance of trial. In the ongoing ***In re: LIBOR-Based Financial Instruments Antitrust Litigation* (S.D.N.Y.)** case, we have secured settlements to date totaling $590 million with Barclays ($120 million), Citi ($130 million), Deutsche Bank ($240 million), and HSBC ($100 million). The court has granted final approval to each of these settlements.

Most recently, Hausfeld served as class counsel in ***Hale v. State Farm Mutual Automobile Insurance Co.* (S.D.Ill.).** This case involved allegations that State Farm worked to help elect an Illinois state supreme court justice in order to overturn a billion-dollar judgment against it. On the day opening statements were to be delivered to the jury, State Farm agreed to settle for $250 million. Finally, in the global ***Marine Hose*** matter, we broke new ground with the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation. That settlement enabled every one of Parker ITR's non-US marine-hose purchasers to recover up to 16% of their total purchases.

These cases are just five among dozens of recent landmark settlements across our practice areas.

# Reputation and Leadership in the Bar

## Court Commendations

Judges across the country have taken note of Hausfeld's experience and results achieved in litigation.

**"All class actions generally are more complex than routine actions… But this one is a doozy. This case is now I guess nearly more than ten years old. The discovery as I've noted has been extensive. The motion practice has been extraordinary… The recovery by the class is itself extraordinary. The case, the international aspect of the case is extraordinary. Chasing around the world after all these airlines is an undertaking that took enormous courage."**

**– Judge Brian M. Cogan**
*In re Air Cargo Shipping Services Antitrust Litigation*, No. 06-md-1775 (E.D.N.Y.)

**Comparing Hausfeld's work through trial to *Game of Thrones*: "where individuals with seemingly long odds overcome unthinkable challenges… For plaintiffs, their trial victory in this adventurous, risky suit, while more than a mere game, is nothing less than a win…"**

**– Magistrate Judge Nathanael M. Cousins**
*O'Bannon v. Nat'l College Athletic Ass'n*, No. 09-cv-3329 (N.D. Cal.)

**Hausfeld lawyers achieved "really, an outstanding settlement in which a group of lawyers from two firms coordinated the work… and brought an enormous expertise and then experience in dealing with the case." "[Hausfeld lawyers are] more than competent. They are outstanding."**

**– Judge Charles R. Breyer**
*In re International Air Passenger Surcharge Antitrust Litig.*, No. 06-md-01793 (N.D. Cal.) (approving a ground-breaking $200 million international settlement that provided recovery for both U.S. purchasers under U.S. antitrust laws, and U.K. purchasers under U.K. competition laws.)

**Hausfeld has "the breadth of experience, resources and talent necessary to navigate a case of this import." Hausfeld "stands out from the rest."**

**– District Judge Morrison C. England Jr.**
*Four In One v. SK Foods*, No. 08-cv-3017 (E.D. Cal.)

**"The class is represented by what I would describe as an all-star group of litigators…"**

**– District Judge David R. Herdon**
*Hale v. State Farm, No. 12-cv-00660-DRH-SCW (S.D. Ill.)*



# Megan E. Jones

Partner

Megan Jones (@MeganJonesEsq) is a California Bay Area-based lawyer who focuses on recovering damages for companies who are victims of antitrust cartels for price-fixing, tying, restraints of trade, and other competition violations. With 19 years of experience in antitrust class actions, Megan has an "extraordinary depth of expertise in cartel-related matters." Companies that buy things to make things have typically bought cartelized products, and Megan helps them recover damages for such purchases. Able to analyze a corporation's purchases around the world, Megan can then offer a panoply of options for recovery in multiple jurisdictions. She emphasizes the non-litigation options a corporation has when appropriate, and she is as adept at settling a case in a conference room as she is in a courtroom. The *Legal 500* has selected Megan as one of the *Top Leading Lawyers* in the U.S. in plaintiffs' representation for antitrust every year since 2012, and she has twice been listed on *Global Competition Review's* Women in Antitrust.

Trusted by courts to lead large and complex antitrust cases, Megan has been called a "trailblazer," who brings efficiency, creativity, attention to detail, and a relentless trial-focused instinct to her cases. She is currently leading *In re Blue Cross Antitrust Litigation* (Plaintiffs' Steering Committee), *In re Local TV Advertising Antitrust Litigation* (Lead Counsel), and *In re Diisocyanates Antitrust Litigation* (Co-Lead counsel). Megan prides herself on the ability to create and lead teams of lawyers of any size (having organized teams of 80 law firms, in one particular case) to create a record that either wins the case, drives settlement, and /or obtains a decision upheld at the appellate level. Part of her success is due to Ms. Jones' belief in using diverse and inclusive litigation teams, which she has helped foster over a decade by creating and running a conference for women antitrust lawyers to exchange best practices. She has been profiled as a Female Powerbroker in her field, as well as chosen to be an Equity Champion to help provide an economic incentive to close the gender gap in law. Ms. Jones, described as "personable, very smart and really capable" by *Chambers and Partners,* is adept at representing both classes of businesses that were harmed as well as individual businesses.

Megan's competition litigation efforts get results: *In re Municipal Derivatives Antitrust Litigation* (over $200 million for the class); *In re Polyester Staple Antitrust Litigation* (W.D.N.C.) ($63.5 million on behalf of class); *In re Compact Disc Antitrust Litigation* (C.D. Cal.) (over $50 million on behalf of class); *In re Rubber Chemicals Antitrust Litigation* (N.D. Cal.) (over $100 million on behalf of class); *In re MMA Antitrust Litigation* (E.D. Pa.) (over $20 million on behalf of class); *In re EPDM Antitrust Litigation* (D. Conn.) ($81 million on behalf of class). Megan was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.

Called one of the "nation's best lawyers in an MDL" and a "professional problem solver,"[1] Megan is both reasonable and relentless. She carefully chooses her legal battles, and eschews gamesmanship for the sake of gamesmanship. Mindful of scarce judicial resources in complex antitrust

## PRACTICE AREAS

Commercial Contingency

Antitrust / Competition

Sports and Entertainment

## EDUCATION

University of North Carolina at Chapel Hill School of Law, J.D., 1999

North Carolina State University in Raleigh, NC, *magna cum laude*, B.A., 1995

## BAR ADMISSIONS

California

Distict of Columbia

North Carolina

**MEGAN E. JONES**

cases that can last years, she develops a strategy at the outset about what particular legal issues need judicial attention and clears the board of the rest. She is highly respected from all contingents because she brings that same strategy to settlements, using her almost two decades' of negotiation experience from being at Hausfeld LLP to craft settlement strategy and terms in even the most difficult cases. Just one example of this creativity is that in one of her cases, Megan worked with and joined Select State Attorneys General to co-negotiate and jointly settle a class claim on behalf of certain states as well as the civil litigation class.

Megan is also a member of The Sedona Conference®, which is composed of leading jurists, lawyers, experts, academics and others, at the cutting edge of issues in electronic discovery. She is co-author of two Sedona publications: "The Sedona Conference Glossary: E-Discovery and Digital Information Management" (2nd edition), December 2007, and co-author of "Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors," published by The Sedona Conference®. She also testified before the Federal Rules Committee in 2014 on the impact of the changes of the rules on electronic discovery. In 2014, she also chosen to speak at the American Bar Association's 8th National E-Discovery Institute, where nationally-acclaimed e-discovery professionals convened for a full day to analyze and discuss the latest developments and best strategies for managing the e-discovery process.

1 Transcript of August 30, 2018 Hearing at 23, *In re Blue Cross Blue Shield Antitrust Litig.*, No. 2:13-cv-20000 (N.D. Ala.).



# James J. Pizzirusso

Partner

While still in law school, James argued and won his first trial in the Court of Federal Claims under the Vaccine Injury Compensation Program representing a family whose daughter had been severely injured (*Dela Rosa v. Sec'y. of Health and Human Services,* 2001 WL 1056928, NO. 93-433v (Aug. 14, 2001)). Since that time, he has pursued justice on behalf of his clients, both domestically and abroad, in a wide variety of practice areas and on behalf of notable clients — including musicians and professional athletes. James' distinctive approach to litigation has resulted in recoveries of hundreds of millions of dollars for his clients and class members and numerous professional accolades.

James is a partner in Hausfeld's Washington, DC office. He has a diverse practice centering on consumer protection and cybersecurity/privacy law, antitrust law (with an emphasis in agriculture), environmental torts, and sports and entertainment law. In addition to practicing law, James has served as a Visiting Professor at George Washington University Law School.

James has led Hausfeld's Consumer Protection practice group since the firm's inception and courts have personally appointed him to leadership positions in numerous successful consumer fraud class actions including: *In re Warner Music Group Corp. Digital Downloads Litig.,* No. CV-12-0559-RS (N.D. Cal.) (nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity); *James v. UMG Recordings, Inc.,* No. 11-CV-1613-SI (N.D. Cal.) (nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity); *Wolph v. Acer America Corp.,* No. CV-09-01314-VRW (N.D. Cal.) (disputed class involving defective computers certified on a nationwide basis, $22.7 million settlement later achieved); *Radosti v. Envision EMI, LLC,* No. 1:09-CV-00887-CCK (D.D.C.) ($17.5 million nationwide settlement); *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litig.,* C.A. 08-1982 (D. Md.) ($8 million nationwide settlement); *Brown v. Transurban (USA), Inc.,* No. 1:150CV000494-JCC-MSN (E.D. Va) (Co-lead) (nationwide settlement involving excessive toll lane fees); and *In re Honey Transshipping Litig.,* 1:13-cv-02905 (N.D. Ill.) ($4 million nationwide Lanham Act settlement).

Other cases in which he has served as lead counsel include: *In re Monsanto Company Genetically-Engineered Wheat Litig.,* 2:13-md-02473-KHV-KMH (D. Kansas) (chair of lead counsel group); *U.S. Hotel and Resort Management, Inc. et al v. Onity Inc.,* 0:13-cv-01499-SRN-FLN (D. Minn.); and *In re Sony PS3 "Other OS" Litig.,* No. CV-10-1811-RS (N.D. Cal.) (co-lead).

He also been appointed to serve in a leadership capacity in several data breach cases including *In re Target Corporation Customer Data Security Breach Litig.,* MDL No. 14-25522 (D. Minn.) (Steering Committee on behalf of financial institutions, nationwide class certification granted, $60 million settlement approved), *Greater Chautauqua Federal Credit Union v. Kmart Corp.,* No. 1:15-cv-02228 (N.D. Ill.) (One of three Co-Leads) ($18.5 million settlement); *In re The Home Depot, Inc. Customer Data Security Breach Litig.,* No. 14-md-02583 (N.D. Georgia) (Chair of the Plaintiffs' Steering

**PRACTICE AREAS**

Deceptive Business Practices and Consumer Protection

Environmental Threats

Mass Torts and Public Health Threats

Sports and Entertainment

Antitrust / Competition

**EDUCATION**

George Washington University Law School, J.D., with honors, 2001

University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998

**BAR ADMISSIONS**

District of Columbia

Virginia

The Supreme Court of the United States

The Fourth Circuit Court of Appeals

The Sixth Court of Appeals

The Ninth Court of Appeals

Several Federal District Courts

**JAMES J. PIZZIRUSSO**

Committee) ($25 million settlement pending); *First Choice Federal Credit Union v. Wendy's,* Case No. 2:16-cv-00506 (W.D. Pa.) (Plaintiffs' Executive Committee); *In re Premera Blue Cross Customer Data Breach Litig.*, No. 3:15-md-2633-SI (D. Or.) (Executive Leadership Committee); and *In re: Arby's Restaurant Group, Inc. Data Security Litig.*, Civil No. 1:17-cv-514-AT (N.D. Ga.) (Co-Lead).

In the antitrust practice area, James represents clients alleging price fixing and collusion in various agricultural sectors. He is one of the firm's principal attorneys in *In re Processed Egg Products Antitrust Litig.,* No. 2:08-cv-04653 (E.D. Pa.) ($136 million in settlements reached, class certification granted against remaining defendants) and *In re Fresh and Process Potatoes Antitrust Litig.*, No. 4:10-MD-2186-BLW (D. Idaho) ($19.5 million settlement reached). He was also involved in *In re: Southeastern Milk Antitrust Litig.,* 2:08-md-01000 (E.D. Tenn.) ($300 million settlement). Currently, James is also one of the firm's attorneys working on *In re: Packaged Seafood Products Antitrust Litig.*, MDL No. 2670. He presently serves as Co-Chair of the ABA Antitrust Section's Food and Agriculture Committee, having previously served as a Vice Chair from 2014-2016.

In the sports and entertainment area, James has represented several prominent musicians — including Chuck D of Public Enemy ("Fight the Power"), Sister Sledge ("We Are Family"); Gary Wright ("Dream Weaver"), and hip hop group The Black Sheep ("The Choice is Yours") — in seeking compensation for unpaid digital download royalties from their records labels. He also represented several prominent retired football players, including Jim Brown and Billy Joe Dupree, in the *Dryer v. Nat'l Football League,* No. 0:09-cv-02182-PAM-AJB (D. Minn.) ($50 million settlement) asserting copyright and publicity rights claims from the NFL's use of retired players' images and likenesses.

Mr. Pizzirusso's practice also includes domestic and international environmental and public health litigation. He successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill. James has also represented farmers and other entities seeking damages related to unauthorized releases of genetically modified crops. Domestically, he has represented municipalities and individuals suffering harm related to lead paint and other toxic products.

In 2012, James was named as one of four "Rising Stars under 40" by Law360 in Consumer Protection and Privacy law. *The International Who's Who of Competition Lawyers & Economists* recognized James as one of the leading US competition lawyers for plaintiffs in 2014. Additionally, *The Benchmark Plaintiff Guide to America's Leading Plaintiff's Firms and Attorneys* recognized James as one of the country's top sixteen "Antitrust Litigation Stars" in 2012 and one of DC's "Local Litigation Stars" from 2013-2015. In 2016, James was recognized by Super Lawyers as a Top Rated Class Action & Mass Torts Attorney in Washington, DC. *Who's Who Legal: Competition* named him as one of the country's leading antitrust practitioners in 2017. James has been asked to appear as a panelist at several conferences around the country and presented on topics including antitrust, consumer protection, toxic torts, and public interest litigation. James is also the author of several published papers.