UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TIKTOK, INC., | ) | |
| CONSUMER PRIVACY | ) | MDL No. 2948 |
| LITIGATION, | ) | |
| | ) | Master Docket No. 20 C 4699 |
| | ) | |
| | ) | Judge John Z. Lee |
| | ) | |
| | ) | Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | ) | |

### APPLICATION BY SHANNON M. MCNULTY
### FOR APPOINTMENT AS LIAISON COUNSEL AND IN SUPPORT OF THE
### LEADERSHIP APPLICATION BY THE LITIGATING PLAINTIFFS (EKWAN RHOW AND MEGAN JONES FOR CO-LEAD COUNSEL, KARA WOLKE, DAVID GIVEN, AND AMANDA KLEVORN FOR THE PLAINTIFFS' STEERING COMMITTEE)

Consistent with this Court's Order [ECF No. 4], Shannon M. McNulty respectfully submits application for appointment as liaison counsel. In coordination with respected counsel for the Litigating Plaintiffs [See ECF No. 40], the undersigned has been proposed to serve as Liaison Counsel. Ms. McNulty supports the leadership plan proposed by the Litigating Plaintiffs' and incorporates the Plan by reference, as if fully stated, herein. As proposed, the Plan [ECF No. 40] fairly, competently, and comprehensively advances, and protects, the interests of the putative class and their counsel. The Plan fully adheres to the Court's case management orders.

I.   **INTRODUCTION**

As set forth below, the undersigned respectfully submits for appointment as liaison counsel, and further suggests that Ms. McNulty possesses the experience and disposition to satisfy the demands of this litigation and the qualifications provided by Court.

The Manual for Complex Litigation (4th) establishes the function of liaison counsel, stating, in pertinent part:

> Liaison counsel. Charged with essentially administrative matters, such as communications between the court and other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the group), convening meetings of counsel, advising parties of developments, and otherwise assisting in the coordination of activities and positions. Such counsel may act for the group in managing document depositories and in resolving scheduling conflicts. Liaison counsel will usually have offices in the same locality as the court.

Ms. McNulty is confident she can manage the administrative matters associated with this litigation, and further notes her familiarity with this Court's local rules and the more general practical aspects of managing litigation in the Northern District of Illinois, where Ms. McNulty is based. Whenever necessary, Ms. McNulty can convene and host meetings, including in-person when necessary[1], manage document repositories, and coordinate scheduling. Ms. McNulty can best satisfy the Court's criteria for liaison counsel.

## II.     SATISFACTION OF CRITERIA

### A.  Shannon M. McNulty Is Willing and Able To Commit To This Case.

The undersigned stands ready to serve as liaison counsel. Litigation that involves global entities; counsel and clients across the full spectrum of time zones; additional time-sensitivities; and factual and legal complexities, demands the rigor, commitment and resources for which Clifford Law Offices is known. This Court is aware of the quality of work in matters pending in this District for which Ms. McNulty and her firm, Clifford Law Offices, P.C., have served as lead or liaison counsel. Ms. McNulty and her firm are committed to this litigation and its success. As

---

[1] Clifford Law Offices retained an infectious disease expert to assist in developing workspaces that made returning to work safer for employees and visitors to our office. Clifford Law Offices uses touchless thermal temperature scans upon egress from each elevator; new plexiglass partitions between workspaces; very frequent, full-time, disinfecting of high-touch surfaces; complimentary masks; touchless sanitizer throughout; spacing prompts and reminders; increased remote work resources; rotating staff assignments to reduce in-person capacity; and, an outdoor meeting space. If or when an in-person meeting becomes necessary, Clifford Law Offices can safely and securely host such a meeting, and has adequate space to safely accommodate an executive committee and/or opposing counsel.

set forth in the supporting Declaration of Shannon M. McNulty (Exhibit A), Ms. McNulty has the skill and experience to serve as liaison counsel. Further, Clifford Law Offices has more than adequate capital and personnel resources to vigorously prosecute this action, and to assist lead counsel, the plaintiffs' steering committee, and this court, in whatever way suits the needs of the case and the class.

### B. Shannon M. McNulty Works Cooperatively With Others.

Consistent with her reputation, Ms. McNulty will work cooperatively with all plaintiff's counsel and maintain the highest level of civility and candor with all counsel and the court. Ms. McNulty and her firm routinely engage in matters of great complexity and adversity. Irrespective of how adversarial any particular issue(s) may become in a case, Ms. McNulty and her firm are well-known for promoting civility, maintaining professionalism and making room for all who wish to prepare a case for the benefit of the client, the court and, ultimately, a jury. Moreover, Ms. McNulty is frequently requested, including by many of the plaintiff's counsel before the Court in this matter, to join litigation initiated in and/or transferred to this District. The regular offers to collaborate are an endorsement of the reputation of Clifford Law Offices and Ms. McNulty, for whom civility, professionalism, and trial preparedness remain core values.

### C. Shannon M. McNulty Has the Skill and Requisite Experience to Serve As Liaison Counsel In This Matter.

Ms. McNulty has successfully litigated cases against defendants located in China, Japan, Germany, Mexico, Canada. Ms. McNulty understands the work-up of a case involving foreign entities, including for third-party discovery or preservation, because her firm routinely litigates cases involving complicated issues and significant damages against defendants from a variety of foreign countries. Presently, the firm has cases with global defendants and has been retained by

clients from countries outside of the U.S., including several from China. Clifford Law Offices is careful to consider cultural norms and distinctions (including for discovery and preservation) that facilitate the advancement of a case to trial.

Moreover, Ms. McNulty has served in a variety of leadership positions in consolidated matters, including many in this District. (See, Exhibit A, Declaration). Ms. McNulty has experience in data breach and data security cases, and appreciates the nuances concerning the data security at issue in this case. (Exhibit A). Ms. McNulty has never been sanctioned; nor has she been the subject of any complaint of alleged wrongdoing.

### III. CONCLUSION

For these reasons, the undersigned respectfully requests that the Court appoint the undersigned Liaison Counsel.

Respectfully submitted,

DATED:  September 8, 2020        CLIFFORD LAW OFFICES, P.C.

/s/ Shannon M. McNulty
Shannon M. McNulty
Kristofer S. Riddle
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
312.899.9090
SMM@cliffordlaw.com
KSR@cliffordlaw.com

*Attorneys for Plaintiffs Cherise Slate, on behalf of minor P.S.; Brenda Washington, on behalf of minor M.W.; Gilda Avila, on behalf of minor A.R.; Meghan Smith; Mikhaila Woodall, on behalf of minors C.W and I.W., Misty Hong; Laurel Slothwer, on behalf of minor A.S.; Lynn Pavalon, on behalf of minor R.P.*

## **CERTIFICATE OF SERVICE**

      I, Shannon M. McNulty, an attorney, hereby certify that on September 8, 2020, I served the above and foregoing, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

> */s/ Shannon M. McNulty*
> Shannon M. McNulty
> CLIFFORD LAW OFFICES, P.C.
> 120 N. LaSalle Street, Suite 3100
> Chicago, IL 60602
> (312) 899-9090
> SMM@cliffordlaw.com