IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

### DECLARATION OF JONATHAN M. JAGHER IN SUPPORT OF LEADERSHIP APPLICATION

I, Jonathan M. Jagher, declare as follows:

1. I submit this Declaration in support of a motion for appointment of leadership under Fed. R. Civ. P. 23(g) in this matter, in which I, together with Katrina Carroll of Carlson Lynch LLP, am seeking appointment as Co-Lead Counsel. I have personal knowledge of the facts stated herein.

2. I am a senior partner at Chicago-based Freed Kanner London & Millen LLC ("Freed Kanner"), a nationally recognized class action firm.

3. I am counsel of record for Plaintiff D.M. and filed *D.M. v. TikTok, Inc. et al.,* 1:20-cv-02884 (N.D. Ill.)) on May 13, 2020, shortly after Katrina Carroll filed the first related action in this Court on May 8, 2020 (*E.R. v. TikTok, Inc. et al.,* 1:20-cv-02810 (N.D. Ill.)). From the day that I filed the *D.M.* case, Ms. Carroll and I have worked together cooperatively, cohesively, and in a transparent all-inclusive manner to try and organize *all* of the related actions in this MDL. Ms. Carroll details our shared history, describing these efforts in the Declaration of

Katrina Carroll in Support of Leadership Application accompanying our Application for Appointment as Co-Lead Counsel which I adopt as if fully integrated herein.

### *My Experience, Qualifications and Ability to Serve as Co-Lead Counsel*

4. Throughout my career in the class action arena, I have built a practice representing plaintiffs in consumer and antitrust class actions and have recovered close to $1 billion for my clients and represented classes. I have always taken the "team first approach" which is essential in leading class action cases on the plaintiffs' side, developing personal and business relationships with most if not all of the attorneys and their firms in this MDL. These pre-existing relationships have facilitated our coordination efforts.

5. My vast litigation experience importantly includes high level data privacy litigation where Ms. Carroll and I have worked cooperatively, collaboratively and efficiently as co-counsel representing clients whose personally identifiable information was exposed in data breaches such as: *Culbertson et al. v. Deloitte Consulting* LLP, 1:20-cv-03962-LJL (S.D. NY); *Dalton v. Morgan Stanley Smith Barney LLC*, 1:20-cv-06468-AT (S.D. NY); and *In re: MGM Resorts International Data Breach Litigation*, 2:20-CV-00376-JAD-NJK (D. Nev.).

6. I am currently serving a lead role for Freed Kanner as an Executive Committee member in a case involving mobile apps (such as TikTok) in *Cameron et. al. v. Apple, Inc.* 4:19-cv-03074 (N.D. Cal.).

7. Aside from my experience in data privacy and technology cases, I have spent over 13 years at the helm of high-stakes antitrust litigation against global defendants.

8. Prior to opening Freed Kanner's Philadelphia office in January 2019, I was a partner at Spector Roseman & Kodroff ("SRK") where I practiced for 12 years and took a lead role in several cases including *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D.

2

Mich.) ("Auto Parts"), which has been recognized as the largest antitrust case in U.S. history in terms of fines. My current firm Freed Kanner and my former firm serve as co-lead counsel in this ongoing MDL consisting of over 25 different coordinated actions in which settlements to date total over $550 million. Importantly, Ms. Carroll also played a key role in this litigation, working seamlessly and efficiently with me on depositions and in overseeing several aspects of discovery.

9. I also served in a lead role in *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (E.D. Pa.) (SRK was co-lead counsel and $120 million was recovered for the class) and *In re Online DVD Rental Antitrust Litigation*, MDL No. 2029 (N.D. Cal.) (SRK served on the Plaintiffs' Steering Committee and recovered over $27 million for the class).

10. At Freed Kanner, I have continued to be called on by other firms to conduct high level work such as in *In re Broiler Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill.) where I have been tasked with deposing the top executives of several of the world's largest poultry processors.

11. Freed Kanner, recognized by Chambers USA as a "famous class action firm," ranking it as one of the nation's top plaintiffs' class action firms, provides me with the resources necessary to serve as a co-lead counsel in this case. Freed Kanner currently serves or has served as co-lead counsel in the following class actions (among many others)[1]: *In re Peanut Farmers Antitrust Litigation*, No. 19-cv-00463 (E.D. Va.); *In re Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litig.*, No. 18-cv-4171 (N.D. Ill.); *In re Opana ER Antitrust Litig.*, No. 14-cv-10150 (N.D. Ill.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 05-md-1720 (E.D.N.Y.); *Kleen Products, et al. v. International*

---

[1] Freed Kanner's resume is attached hereto as **Exhibit A**.

3

*Paper, et al.*, No. 10-cv-05711 (N.D. Ill.) ($376 million recovered for the class); and *In re High Fructose Corn Syrup Antitrust Litig.*, MDL 1087 (C.D. Ill.) ($531 million recovered for the class).

12. Prior to entering the class action arena in 2007, I conducted extensive investigations and tried over 40 cases to a jury as a prosecutor in Massachusetts where I began my legal career in 2001.

13. I currently serve on the Advisory Board of Loyola University School of Law's Institute for Consumer Antitrust Studies and frequently serve as a guest speaker on a multitude of class action issues on panels throughout the United States.

14. If given the opportunity to serve as co-lead counsel in this MDL, Ms. Carroll and I promise to dedicate ourselves to this case and to work cooperatively and efficiently with the other attorneys involved, as we have since we filed our respective actions.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 8, 2020

*/s/ Jonathan M. Jagher*
Jonathan M. Jagher