# Exhibit A

| | |
|---|---|
| **From:** | Katrina Carroll <kcarroll@carlsonlynch.com> |
| **Sent:** | Tuesday, August 11, 2020 5:20 PM |
| **To:** | Amy Keller |
| **Cc:** | Lesley Weaver; Angelica Ornelas; Jon Jagher |
| **Subject:** | Re: In re TikTok Mediation |

Thanks for reaching out, Amy. I understand Lesley called Jon separately, so I am adding him to this chain.

As you know, we have been preparing for Thursday's mediation for over two months and have repeatedly invited counsel from the cases pending in the Northern District of California to attend (you and Leslie included). The mediation attendee list is now set and includes highly qualified counsel from the ND Cal cases and we are confident that all members of the class will be more than adequately represented.

Sent from my iPhone

On Aug 11, 2020, at 11:17 AM, Amy Keller <akeller@dicellolevitt.com> wrote:

Katrina,

Now that things have settled down and the JPML decided that the litigation is heading to the Northern District of Illinois, we believe that it makes sense and is in our clients' (and the other class members we represent in our complaints) best interests that we should participate in the mediation. Please let us know if there's anything we can do to assist with preparation, and—if you could—arrange for us to receive copies of any materials exchanged thus far.

Thanks so much,

Amy

<image001.jpg>

Amy E. Keller

**DICELLO LEVITT GUTZLER**

Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

*Gender pronouns: she/her/hers*

This email has been scanned for spam and viruses. Click here to report this email as spam.

2