# Exhibit C



| **Chicago** | **Cleveland** | **New York** | **St. Louis** | **Washington, D.C.** |
|---|---|---|---|---|
| Ten North Dearborn Street | Western Reserve Law | 444 Madison Avenue | 9200 Litzsinger Road | 1101 Pennsylvania Ave. NW |
| Sixth Floor | Building | Fourth Floor | First Floor | Suite 300 |
| Chicago, Illinois 60602 | 7556 Mentor Avenue | New York, New York 10022 | St. Louis, Missouri | Washington, D.C. 20004 |
| 312.214.7900 | Mentor, Ohio 44060 | 646.933.1000 | 63144 | 202.975-2288 |
|  | 440.953.8888 |  | 440.953.8888 |  |

## DiCello Levitt Gutzler LLC's Experience and Representative Cases

Representing institutional investors, individuals, businesses, and public clients, the firm's attorneys have successfully prosecuted and settled numerous complex cases and class actions, resulting in billions of dollars in recoveries for their clients and other class members. Partners Mark DiCello, Adam Levitt, and Greg Gutzler lead a top-notch team of recognized leaders who share a collective depth of experience and steadfast commitment to justice. Their tireless advocacy on behalf of their clients is well-known, recently leading Mike Bowers, Georgia's former Attorney General, to characterize a settlement obtained by Adam Levitt and Amy Keller on behalf of small business owners against a major credit card processor as a "work of art," and "one of the best pieces of legal work I have ever observed." *Champs Sports Bar & Grill v. Mercury Payment Systems*, *LLC,* No. 16-cv-00012 (N.D. Ga.).

Based in Chicago, Cleveland, New York, and St. Louis with a nationwide practice, the firm's attorneys have successfully led—and are presently leading—many large class and multidistrict actions, including against industry titans such as Apple, Intel, General Motors, Marriott, and Equifax, and representing businesses and investors in arbitrations and litigation in multiple courts.

| REPRESENTATIVE MULTIDISTRICT AND CLASS ACTION CASES | | |
|---|---|---|
| *Arnold Black v. Detective Randy Hicks, et al.*, No. 108958 (Ct. App. Ohio) | $50 million jury verdict affirmed for victim of civil rights abuses. | Trial and Appellate Counsel |
| *Attorney General Dana Nessel, on behalf of the people of the State of Michigan v. 3M Company, et al.*, No. 20-003366-NZ (Cir. Ct. Kent County) | Action on behalf of the State of Michigan for damages caused by per- and polyfluoroalkyl chemicals. | Special Assistant Attorneys General |
| *Attorney General Dana Nessel, on behalf of the people of the State of Michigan v. E.I. du Pont de Nemours and Company, et al.*, No. 20-cv-00787 (W.D. Mich.) | Action on behalf of the State of Michigan for environmental damages caused by aqueous film-forming foam chemicals. | Special Assistant Attorneys General |
| *In re Fairlife Milk Products Marketing and Sales Practices Litigation*, No. 19-cv-3924 (N.D. Ill.) | Nationwide multidistrict class action involving sales practices of milk products. | Co-Lead Counsel |
| *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litig.*, No. 19-md-2904 (D.N.J.) | Data breach affecting millions of patients whose personal information in laboratory records was exposed by a collections company. | Co-Lead Counsel |
| *In Re: Marriott International, Inc., Customer Data Security Breach Litigation,* No. 19-md-02879 (D. Md.) | Data breach affecting nearly 400 million people. | Co-Lead Counsel |
| *T.S. Kao, Inc., et al. v. North American Bancard, LLC, et al.*, No. 16-cv-4219 (N.D. Ga.) | Nationwide settlement for $15 million pending approval for merchants who were overcharged for credit card processing services. | Co-Lead Counsel |
| *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, No. 18-md-02828 (D. Or.) | Nationwide class action related to security flaws in Intel-manufactured CPUs. | Plaintiffs' Steering Committee |

| | | |
|---|---|---|
| *In re Apple Inc. Device Performance Litigation*, No. 18-md-02827 (N.D. Cal.) | Nationwide class action concerning device throttling; settlement of up to $500 million. | Plaintiffs' Executive Committee |
| *In re Polaris Marketing, Sales Practices, and Products Liability Litigation*, No. 18-cv-0939 (D. Minn.) | Nationwide class action against off-road vehicle manufacturer related to design defects impacting driver safety. | Co-Lead Counsel |
| *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 17-MD-02800 (N.D. Ga.) | Nationwide settlement for $1.5 billion related to data breach impacting 147 million individuals. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit brought by state attorney general involving defective and dangerous airbags. | Counsel by Special Commission |
| *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga.) | Card processing fee class action resulting in nationwide settlement of $52 million for small businesses. | Co-Lead Counsel |
| *Sloan v. General Motors LLC*, No. 16-cv-07244 (N.D. Cal.) | Excessive oil consumption defect class action. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America*, No. D-101-CV-2016-00131 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit related to corporation's use of defeat device to circumvent state consumer and environmental laws. | Counsel by Special Commission |
| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, No. 15-md-2672 (N.D. Cal.) | Vehicle emissions/defeat device class action litigation resulting in over $16 billion in total settlements for consumers. | Plaintiffs' Steering Committee |
| *In re General Motors LLC Ignition Switch Litigation*, No. 14-md-2543 (S.D.N.Y.) | Ignition switch defect class action. | Executive Committee |
| *In re Navistar MaxxForce Litigation*, No. 14-cv-10318 (N.D. Ill.) | Nationwide truck emissions control system defect class action resulting in a $35 million settlement. | Co-Lead Counsel |
| *NCUA v. RBS Securities, Inc.*, No. 13-cv-6726 (S.D.N.Y.) | Securities litigation related to residential mortgage-backed securities; accepted offer of judgment for $129.6 million, plus fees | Represented Government Agency |
| *In re Adobe Systems, Inc. Privacy Litigation*, No. 13-cv-05226 (N.D. Cal.) | Data breach affecting 38 million customer accounts. | Executive Committee |
| *CMFG Life Ins. Co. v. RBS Sec. Inc.,* No. 12-cv-037 (W.D. Wis.) | Securities litigation related to residential mortgage-backed securities; recovery amounts confidential. | Counsel for Large Wisconsin Corporation |

| | | |
|---|---|---|
| *Roberts v. Electrolux Home Products, Inc.*, No. 12-cv-1644 (C.D. Cal.) | Defective dryer class action resulting in $35.5 million nationwide settlement. | Co-Lead Counsel |
| *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2284 (E.D. Pa.) | Tree and shrub damage from defective herbicide class action resulting in $550 million settlement. | Co-Lead Counsel |
| *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-02258 (S.D. Cal.) | Data breach case affecting 77 million accounts. | Co-Lead Counsel |
| *In re Michaels Stores Pin Pad Litigation*, No. 11-cv-3350 (N.D. Ill.) | Data breach lawsuit concerning compromised payment information. | Co-Lead Counsel |
| *In re StarLink Corn Products Liability Litigation*, No. 01-md-1403 (N.D. Ill.) | Biotechnology class action concerning contamination of U.S. corn supply with unapproved genetically modified trait resulting in $110 million settlement. | Co-Lead Counsel |
| *In re Genetically Modified Rice Litigation*, No. 06-md-1811 (E.D. Mo.) | Biotechnology mass tort concerning contamination of U.S. rice supply resulting in aggregate settlements exceeding $1.1 billion. | Co-Lead Counsel |
| *In re Porsche Cars Plastic Coolant Tubes Litigation*, No. 11-md-2233 (S.D. Ohio) | Nationwide class action involving defective engine coolant tubes resulting in $45 million settlement. | Co-Lead Counsel |
| *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass.) | False advertising class action resulting in $25 million, non-reversionary settlement fund. | Class Counsel |
| *In re Pharmatrak, Inc. Privacy Litigation*, No. 00-cv-11672 (D. Mass.) | Internet privacy lawsuit related to collection of personal information without consent. | Co-Lead Counsel |
| *NCUA v. Barclays Capital, Inc.*, No. 13-cv-6727 (S.D.N.Y.) & No. 12-cv-1631 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $325 million combined. | Represented Government Agency |
| *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719 (S.D.N.Y.) & No. 11-2649 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $53 million combined. | Represented Government Agency |
| *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-6705 (S.D.N.Y.) & No. 13-cv-2418 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $225 million combined. | Represented Government Agency |
| *NCUA v. RBS Securities, Inc., et al.*, No. 11-cv-2340 (D. Kan.) & No. 11-cv-5887 (C.D. Cal.) | Securities litigation related to residential mortgage-backed securities; settled for $1.1 billion. | Represented Government Agency |

| | | |
|---|---|---|
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 07-cv-543 (E.D. Mo) | Breach of licensing agreement related to access to Monsanto's newest patented soybean technology; resulted in favorable settlement agreement. | Represented Large Biotechnology Corporation |
| *Gulf Power v. Peabody*, No. 06-cv-270 (N.D. Fla.) | Defending breach of coal supply agreement; tried to successful verdict. | Represented Large Energy Company |
| *Monsanto Co. v. Delta & Pine Land Company* | Confidential arbitration re licensing fees and obligations related Monsanto's patented cotton technology. | Represented Large Biotechnology Corporation |
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 2107CC-01361 (Missouri State Court, St. Louis County) | Licensing dispute related to Monsanto's patented soybean technology; tried to successful verdict; received all remedies sought, including declaratory judgment and injunctive relief. | Represented Large Biotechnology Corporation |
| *Monsanto Co. v. Garst Seed Co.*, No. 2104CC-04999 (Missouri State Court – St. Louis County) | Breach of contract case. Won summary judgment. | Represented Large Biotechnology Corporation |
| *In re DoubleClick, Inc. Privacy Litigation*, No. 00-cv-0641 (S.D.N.Y.) | Internet privacy class action. | Co-Lead Counsel |
| *Supnick v. Amazon.com, Inc.,* No. C00-0221P (W.D. Wash.) | Internet privacy lawsuit related to installation of tracking software. | Co-Lead Counsel |
| *Monsanto Co. v. E.I. du Pont De Nemours & Co. Inc.,* No. 00-cv-00952 (E.D. Mo.) | Patent infringement lawsuit; tried to successful $1 billion verdict, the fourth-largest patent-infringement jury verdict in U.S. history | Represented Large Biotechnology Corporation |

**DiCello Levitt Gutzler LLC's Experienced Roster of Attorneys**

Acknowledged as Super Lawyers and Leading Lawyers by Law Dragon, and AV-Rated by Martindale-Hubbell, the attorneys of DiCello Levitt are recognized as best in their field by prominent legal publications. In addition, the firm's attorneys have been included in the Law Bulletin's 40 Under 40 award, National Trial Lawyers 40 Under 40 list, and the *Best Lawyers in America* publication.

Beyond recognition from legal publications, the firm's attorneys have contributed to the legal community through scholarship and speaking engagements, including as a panelist for the Women's Bar Association of Illinois, testifying before the Illinois Supreme Court Rules Committee on class action practice, and chairing an annual class action litigation conference in Chicago.



**Amy E. Keller**
Partner

EMAIL:
akeller@dicellolevitt.com

### EDUCATION

The John Marshall Law School,
Chicago, Illinois, J.D., *Law Review*

University of Michigan,
Ann Arbor, Michigan, B.A.

### PRACTICE AREAS

- Antitrust Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Data Security Litigation
- Employment Litigation
- Financial Litigation
- Human Trafficking Litigation
- Privacy Litigation
- Product Liability Litigation

### HONORS

- Honoree, Elite Women of the Plaintiffs' Bar, *ALM* and *National Law Journal* (2020)
- Women Worth Watching, *Profiles in Diversity Journal* (2019)
- Super Lawyer: Rising Star, Illinois (2016-present)
- National Trial Lawyers, Top 40 Under 40 (2018)
- Plaintiff Trailblazer, *National Law Journal* (2018)

### ACTIVITIES

- American Law Institute
- Public Justice Foundation
- Sedona Conference Working Group 11
- *Law 360* Editorial Advisory Board

***Amy has built a national reputation as a zealous consumer advocate, directing litigation in nationwide class action cases.***

Amy Keller has experience successfully litigating a variety of complex litigation cases in leadership positions across the United States. As the Firm's Technology Practice Chair, which was recently recognized as "practice group of the year" for privacy and data breach litigation by ALM, Ms. Keller is the youngest woman ever appointed to serve as co-lead class counsel in a nationwide class action. In the multidistrict litigation pending against Equifax related to its 2017 data breach, Ms. Keller represents nearly 150 million class members and helped to secure a $1.5-billion settlement. *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 17-md-02800 (N.D. Ga.). In another case, against Marriott, Ms. Keller represents nearly 300 million consumers. *In re Marriott International, Inc. Customer Data Security Breach Litig.*, No. 19-md-02879 (D. Md.). And in another, Ms. Keller is co-lead counsel for patients whose private medical information was potentially exposed in a nationwide data breach. *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litig.*, No. 19-md-2904 (D.N.J.). Ms. Keller's numerous other leadership positions have also required sophistication in not only understanding complex legal theories, but also presenting multifaceted strategies to ensure a favorable result. *See, e.g., Catalano v. BMW of North America, LLC, et al.*, No. 15-cv-04889 (S.D.N.Y.) (settlement counsel, nationwide settlement providing replacement of certain electrical parts in automobiles); *Roberts, et al. v. Electrolux Home Prods., Inc.,* No. 12-cv-01644 (C.D. Cal.) (co-lead settlement counsel, $35 million relief).

Ms. Keller's expertise spans a wide variety of practice areas and topics—including consumer protection, warranty, product liability, and financial fraud litigation. Ms. Keller's experience also extends to the development of briefing and strategy at the district and appellate court level concerning ascertainability of class members in consumer class actions, personal jurisdiction challenges in multi-state cases, complex damages models, and the enforceability of arbitration clauses in consumer contracts. See, e.g., *Conagra Brands, Inc. v. Briseño, et al.*, 138 S. Ct. 313 (2017); *Bell v. PNC Bank, Nat. Ass'n*, 800 F.3d 360 (7th Cir. 2015); and *Sloan v. General Motors LLC*, 27 F. Supp. 3d 840 (N.D. Cal. 2018), among others. A staunch advocate for animal rights and environmental protection, Ms. Keller also serves as co-lead counsel in the pending livestock welfare case, *In re Fairlife Milk Products Litig.*, No. 19-cv-3924 (N.D. Ill.), and as an appointed Special Assistant Attorney General for the State of Michigan related to litigation against chemical manufacturers and distributors for pollution across the state. *Attorney General Dana Nessel, on behalf of the people of the State of Michigan v. 3M Company, et al.*, No. 20-003366-NZ (Cir. Ct. Kent County); *Attorney General Dana Nessel, on behalf of the people of the State of Michigan v. E.I. du Pont de Nemours and Company, et al.*, No. 20-cv-00787 (W.D. Mich.).

Ms. Keller is an elected member of the American Law Institute, and a two-time chair of the Chicago Bar Association Class Action Committee, where she gave a number of presentations on topics impacting large-scale consumer class actions, including presentations on emerging legal issues in privacy cases. Ms. Keller is recognized by Illinois Super Lawyers as a "Rising Star," and is a board member and Executive Committee member of Public Justice, a not-for-profit legal advocacy organization. She is a member of the Sedona Conference's Working Group 11, which focuses on litigation issues surrounding technology, privacy, artificial intelligence, and data security. In 2018, Ms. Keller was named a *National Law Journal* Plaintiff Trailblazer, and one of the "Top 40 Under 40" trial lawyers in Illinois by National Trial Lawyers. She is also on the production team, and is a writer and dancer for the Chicago Bar Association's annual Bar Show, now in its 97th year, and is the President of the Chicago Art Deco Society, where she has been recognized for her leadership in landmark preservation efforts.

## Additional Members of the Firm

Our attorneys have the ability to successfully try cases across the spectrum of complex commercial litigation, financial fraud and securities litigation, public litigation, class actions, defective drug and device cases, catastrophic injuries, and other areas of law. The firm boasts an impressive roster of additional attorneys.



**Mark A. DiCello**
Partner

EDUCATION
Cleveland-Marshall College of Law, J.D.

University of Dayton, B.A.

*One of the nation's leading plaintiffs' attorneys, Mark regularly acts as lead and co-lead counsel in major personal injury and mass tort actions, with substantial recoveries for victims of injustice.*

Mark DiCello has established a national practice representing victims ranging from individuals suffering catastrophic personal injuries to classes of plaintiffs affected by harmful medical devices, pharmaceutical products, chemicals, and automobiles. In recent years, he has been appointed co-lead counsel in massive multidistrict litigation involving defective pelvic mesh devices and was appointed to a plaintiffs' committee in a products liability litigation over metal hip implants, which ultimately led to over $12 billion in settlements. Always seeking to improve his craft, he has completed the curriculum of the Trial Lawyers College.

Mr. DiCello holds leadership positions in the Association of Plaintiffs' Interstate Trucking Lawyers of America, as well as The National Trial Lawyers. Mark is frequently asked to speak to gatherings of trial lawyers, and has addressed national organizations on topics ranging from defective medical devices, medical malpractice, environmental catastrophes, and advanced trial skills.



**Adam J. Levitt**
Partner

EDUCATION
Northwestern University Pritzker School of Law, J.D.

Columbia College, Columbia University, A.B., *magna cum laude*

*Adam operates one of the nation's leading commercial litigation practices, achieving billions in recoveries for clients.*

A founding partner of DiCello Levitt, Adam Levitt is one of the nation's leading advocates for plaintiffs in commercial litigation, class actions, mass torts, and public client cases. He has extensive experience leading multidistrict and other nationwide complex litigation lawsuits, with a substantial focus on deceptive trade practices, financial fraud, sophisticated technology issues, and new approaches to compound legal issues.

A leader in the field of developing novel approaches to damages methodologies, Mr. Levitt has recovered billions of dollars for clients and class members. As co-lead counsel in three of the largest biotechnology class actions in history, he recovered more than $1.7 billion for class members: *In re Genetically Modified Rice Litig.* (E.D. Mo.) (securing settlements exceeding $1.1 billion); *In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.) ($550 million settlement); and *In re StarLink Corn Products Liability Litig.* (N.D. Ill.) ($110 million settlement). Mr. Levitt devised the market loss damages model used in every similar case since *StarLink*. His legal writing related to these novel theories and damages modeling earned Mr. Levitt the Burton Award for Finest Law Firm Writer (2017) and the American Agricultural Law Association's Professional Scholarship Award (2017).



**Greg Gutzler**
Partner

EDUCATION
University of Michigan Law School, J.D.

University of California, Berkeley, B.A.

***Greg is a well-respected litigator, having represented both corporate clients and consumers in the largest cases in the country.***

Mr. Gutzler is an experienced trial lawyer with a track record of results in high-stakes cases, handling all aspects of complex commercial litigation, including securities fraud, antitrust, Lanham Act, whistleblower, ERISA, RICO, patent infringement, breach of contract, unfair competition, and appraisal litigation. Greg has litigated extensively on both the plaintiff and defense side, working at his own boutique firm, as well as one of the nation's most prestigious plaintiffs' firms, and before that, as a partner of an Am Law 100 defense firm. Greg is a trusted advocate, chosen by clients when they need candid, creative, and aggressive approaches to create business solutions and decisive litigation successes.

Greg represents hedge funds, private equity funds, venture capitalists, individuals, companies, and governmental entities in complex lawsuits in federal and state court, and arbitration, across the United States and internationally. Greg currently represents a series of hedge funds and private equity investors in multiple commercial arbitrations in the finance sectors, involving damages in the billions.



**Kenneth P. Abbarno**
Partner

EDUCATION
Cleveland-Marshall College of Law, J.D.

Canisius College, B.A.

***Kenneth has led multiple million-dollar trials involving medical malpractice, products liability, and transportation claims.***

Mr. Abbarno's practice includes a wide range of civil litigation including, but not limited to, catastrophic injury cases, transportation industry litigation, toxic torts, products liability, professional liability, employer intentional tort, and other complex litigation. He has tried well over 50 civil lawsuits, and has handled cases in Ohio, Pennsylvania, West Virginia, Virginia, Kentucky, Indiana and New York.

Selected as an Ohio Super Lawyer every year since 2010, Mr. Abbarno is also an Inside Business Leading Lawyer, rated by The Best Lawyers in America, and named Transportation Lawyer of the Year in Cleveland. He has a Superb Avvo rating of 10 out of 10.



**F. Franklin Amanat**
Partner

EDUCATION
Harvard Law School, J.D. *cum laude*

University of Pennsylvania, B.A. *summa cum laude*

Editor, *The Harvard Law Review*, Volumes 103-04

*Frank Amanat has almost three decades of litigation expertise, shepherding the largest single recovery the Department of Justice has ever obtained in a civil penalty action under FIRREA.*

Frank Amanat is a veteran litigator with over 29 years of experience in a broad range of complex legal matters, with particular expertise in areas of constitutional and administrative law, as well as class action litigation, complex and mass torts, financial fraud, regulatory fraud, health care fraud, pharmaceutical litigation, False Claims Act litigation, asset forfeiture, civil rights, environmental, labor and employment, bankruptcy, and immigration. He regularly addresses legal issues of considerable complexity and importance, and litigate, or provide legal advice on, significant questions of constitutional, statutory, and common law. At DiCello Levitt Gutzler, he specializes in representing victims of fraudulent and illegal conduct, as well as whistleblowers, governmental entities, and other plaintiffs, in a wide range of complex litigation, including class actions and multidistrict litigation, focusing on financial and securities fraud, health care fraud, civil rights, mass torts, and other commercial litigation.

Prior to joining DiCello Levitt Gutzler, Frank spent 24 years at the Department of Justice, including more than two decades as an Assistant United States Attorney and then Senior Counsel at the U.S. Attorney's Office for the Eastern District of New York (Brooklyn), plus stints at the Office of Legal Policy and the Office of Immigration Litigation. From 2013 to 2018, Frank served as lead counsel for the Government in the successful investigation and prosecution of Barclays Bank and two of its former executives for fraud in connection with the sale of residential mortgage-backed securities (RMBS); the $2 billion settlement, reached in early 2018, is the largest single recovery the Department of Justice has ever obtained in a civil penalty action filed under FIRREA.



**Bruce D. Bernstein**
Partner

EDUCATION
The George Washington University Law School, J.D.

University of Vermont, B.S., *summa cum laude*

*Bruce Bernstein has successfully handled a wide range of commercial litigation including suits at all levels, including before the U.S. Supreme Court.*

As a Trial Attorney in the Civil Fraud Section of the U.S. Department of Justice, Bruce investigated, litigated, and resolved complex qui tam actions asserting claims under the False Claims Act. In addition, on behalf of the United States, he oversaw the litigation of a large action, pending in Germany, asserting securities fraud-type claims against a multinational automobile manufacturer, which was brought to recover losses incurred by the Federal Thrift Savings Plan, one of the largest defined contribution plans in the world. In private practice, he successfully litigated some of the largest securities fraud actions ever filed. Bruce was a pivotal member of the team that secured significant decisions from the Third Circuit and U.S. Supreme Court in the securities class action against Merck & Co., Inc., which arose out of Merck's alleged misrepresentations about the cardiovascular safety of its painkiller drug Vioxx. That action was ultimately resolved for more than $1 billion, which at the time of its resolution, was the largest securities recovery ever achieved on behalf of investors against a pharmaceutical company.



**Robert F. DiCello**
Partner

EDUCATION
Cleveland-Marshall College of Law, J.D.

Northwestern University, M.A.

University of Dayton, B.A.

***A powerful storyteller and trial lawyer, Robert has earned multi-million-dollar recoveries for victims.***

Mr. DiCello has extensive experience advocating for clients in mass tort and class action litigation, in addition to maintaining a growing practice focused on curbing police misconduct, government abuse, and catastrophic injury. He represents victims of police abuse around the country, earning jury verdicts of $22 million in 2016, $8.7 million in 2017, and $50 million in 2019 (recently affirmed) for various cases involving police misconduct. A powerful storyteller before juries, he also frequently represents clients before appellate courts.

Working in the largest prosecutor's office in the country out of law school—the Cuyahoga County Prosecutor's Office—Mr. DiCello rose to manage as many as eight prosecutors in four different courts. During that time, he tried more than 40 jury trials, involving major felonies from financial crimes to violent crimes to drug offenses.

He received a master's degree in music from Northwestern University, and his law degree from Cleveland-Marshall College of Law, where he served as Editor-in-Chief of *The Cleveland State Law Review*. In 2014, he attended and completed the curriculum of the Trial Lawyer's College.



**Daniel R. Flynn**
Partner

EDUCATION
Indiana University Maurer School of Law, J.D., *cum laude*

Illinois Wesleyan University, B.A.

***Dan has dedicated his career to protecting the environment and ensuring that people are afforded a safe and healthful place to work.***

Dan's work includes the representation of governmental entities, individual consumers, and corporate clients—all with one primary goal in mind: ensuring the protection of human health and the environment. His stewardship ensures not only that polluters be held responsible for contamination and clean-up, but that corporate entities understand their responsibilities under state and federal environmental laws. As a result of Dan's advocacy in counseling clients on compliance, his corporate clients lead their respective industries in environmental stewardship efforts under a number of rules and regulations including the Clean Water Act (CWA), the Clean Air Act (CAA), the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), the Emergency Planning and Community Right-to-Know Act (EPCRA), and the Resource Conservation and Recovery Act (RCRA). Most recently, Dan joined a team of other DiCello Levitt attorneys and appointed Special Assistant Attorneys General to file lawsuits against polluters in the State of Michigan, seeking to hold them responsible for contaminating the environment with poly- and perfluoroalkyl chemicals, sometimes referred to as "forever chemicals."

Dan frequently counsels clients on developing and maintaining state-of-the-art safety and health programs that ensure all employees enjoy safe and healthful workplaces, and works closely with both his clients and the Occupational Safety and Health Administration (OSHA) to enhance employee safety and health well beyond OSHA's minimum requirements.



**Chris Stombaugh**
Partner

EDUCATION
Drake University School of Law, J.D., *with honors*

University of Wisconsin, B.A.

*Chris uses a multidisciplinary approach to trial advocacy through the use of cognitive neuroscience.*

Mr. Stombaugh concentrates his practice in the areas of personal injury, wrongful death, medical negligence and product liability. He has been a consistent thought leader on applying cognitive neuroscience techniques to trial advocacy as a trial lawyer and as a frequent instructor to other trial lawyers trial lawyers for most of his 25-year career.

His expertise has led to several record setting jury verdicts, often seven and eight figures. The Wisconsin native's professional passion is to empower deserving people to have their stories heard and cared about by juries in courtrooms across America.

A member of the Wisconsin Association for Justice since 1997, Mr. Stombaugh served as the organization's President for the 2014 term. He is also a member of the Iowa Association for Justice as well as the American Association for Justice. He has been chosen as a Wisconsin Super Lawyer every year since 2010 and has a 10/10 Avvo Rating. He speaks regularly to state bar and trial lawyer associations nationwide on modern and effective trial advocacy.



**John E. Tangren**
Partner

EDUCATION
University of Chicago Law School, J.D.

University of Chicago, B.A.

*John has gained widespread recognition as an extraordinary attorney with particular success in nationwide consumer and antitrust class actions.*

John Tangren maintains a national practice in consumer class action litigation, with vast experience in the field of automotive defect litigation. Mr. Tangren—who has spent the last decade advocating for plaintiffs—is presently leading DiCello Levitt's efforts in several nationwide class cases, including *Sloan v. Gen. Motors LLC* (N.D. Cal.) and *In re Polaris Mktg., Sales Practices, and Prods. Liab. Litig.* (D. Minn.).

Mr. Tangren has also successfully represented consumer plaintiffs on the appellate level. He played a significant role in the briefing for two impactful Seventh Circuit decisions in the class action field: *Messner v. Northshore University HealthSystem*, 669 F.3d 802 (7th Cir. 2012), which reversed the district court's denial of class certification and has been cited in over 400 cases since then for its guidance regarding class certification; and *In re Text Messaging Antitrust Litigation*, 630 F.3d 622 (7th Cir. 2010), which was decided on the briefs in an opinion written by Judge Posner. In both cases, Mr. Tangren crafted successful narratives regarding highly technical facts (in the health care and cellular services contexts) and applied them to complex areas of law (the sufficiency of complaint allegations and class certification showings) in such a way as to demonstrate to the appeals court why the consumer plaintiffs should carry the day.



**Mark Hamill**
Senior Counsel

EDUCATION
Northwestern University Law School, J.D., *cum laude*

Washington & Jefferson College, B.A.

*Mark represents plaintiffs in all aspects of direct and class actions.*

Mr. Hamill concentrates on commercial, antitrust, securities, and consumer cases, often taking a lead role with expert witnesses in finance, accounting, and economics topics. He also serves as eDiscovery counsel in many of his cases, leveraging his depth of experience in this area as an attorney, and as an eDiscovery project manager serving Fortune 500 and major accounting firm clients in large-scale, high intensity projects.

Prior to joining the firm, Mr. Hamill represented Direct Action Purchaser plaintiffs in antitrust cases, advancing their interests and coordinating with counsel in parallel actions. He also represented shareholders in securities class actions at a securities boutique firm in New York, including a Chinese reverse merger case where his deposition and class certification work were instrumental to achieving a favorable settlement for the class.

Before taking on eDiscovery projects and plaintiff representations, Mr. Hamill practiced law with some of Chicago's most prominent firms, where he served on trial and arbitration hearing teams in antitrust and accounting cases.



**Laura Reasons**
Senior Counsel

EDUCATION
Chicago-Kent College of Law, J.D.
*Order of the Coif*

Washington University in St. Louis, B.A.

*Laura has over a decade of experience as a labor and employment attorney in matters ranging from workplace discrimination matters to counseling on compliance and best practices.*

Previously representing companies in collective and class action lawsuits under the Fair Labor Standards Act and state wage and hour laws, Ms. Reasons' experience spans multiple industries, including healthcare and hospitality. Now, as a plaintiffs' attorney, Ms. Reasons' experience has given her a unique perspective that translates well into pursuing justice for individual claimants.

Before joining private practice, Ms. Reasons served as a judicial extern to the Honorable George W. Lindberg of the Northern District of Illinois. She also has a history of performing pro bono work and community service. Throughout her career, she has served as a Public Interest Law Initiative (PILI) fellow at Domestic Violence Legal Clinic, having previously served on the organization's young professionals board. She has also represented individuals in immigration cases pro bono, including asylum seekers who were persecuted in their home countries for their sexual orientation and political party affiliation, DACA applicants, and incarcerated individuals.



**Mark M. Abramowitz**
Associate

EDUCATION
The University of Toledo College of Law, J.D.

University of Guelph, B.A.

*Mark is an emerging leader in national mass tort and technology litigation.*

Mark M. Abramowitz has established a national profile in class action and mass tort litigation, having represented plaintiffs in actions involving automotive and Internet technology issues. He has been selected to serve on national discovery review teams and participated in national mediations, resolving hundreds of cases and distributing millions of dollars to clients injured by corporations. *See In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.).

Outside of his own cases, Mr. Abramowitz actively investigates ways to integrate technology into the practice of law. Regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning the storage and security of data, Mr. Abramowitz is developing a reputation as an authority on computing issues. *See Electronics in the Courtroom*, 29th Annual accredited CLE (2016); *How to manage a mass tort inventory*, OAJ Annual Convention (2015); *Professional Conduct – efiling*, 27th Annual CLE Update (2014); *Marketing & Electronic Communications*, 26th Annual Accredited CLE (2013).



**Daniel R. Ferri**
Associate

EDUCATION
University of Illinois College of Law, J.D., *magna cum laude*

New York University, B.A., *cum laude*

*Daniel litigates consumer class actions, public client cases, and other complex commercial lawsuits.*

Mr. Ferri represents clients in a wide array of matters, litigating contract, patent, trade secret, copyright and antitrust disputes in federal and state courts throughout the country. He currently serves as appointed counsel for the State of New Mexico in a variety of matters, enforcing the State's unfair practices act, and also represents individuals in multi-state class actions involving consumer fraud, breach of warranty, and violations of ERISA and RICO.

An experienced litigator in technology issues, Mr. Ferri has represented plaintiffs asserting class claims against Volkswagen arising from the carmaker's "defeat devices" to evade federal and statewide emissions standards. He has also represented inventors and companies in intellectual property disputes throughout the country, acknowledging the importance of a trade secrets to advancing a business's interests and growing. *See, e.g., Research Frontiers Inc. v. E Ink Corp.*, Case No. 13-cv-01231 (D. Del.) and *Cascades Computer Innovation LLC v. RPX Corp.*, No. 12-cv-01143 (N.D. Cal.).

A thoughtful contributor to the bar's ongoing discussion of important legal issues, Mr. Ferri frequently offers legal analysis to fellow practitioners seeking clarity on complex subjects. *2019 Survey of Federal Class Action Law: A Circuit-by-Circuit Analysis*, American Bar Association (2019); *Curing the Ascertainability Fallacy—the Ninth Circuit Strikes Back*, American Association for Justice Class Action Litigation Newsletter (Winter 2017). Mr. Ferri is a volunteer with the Chicago Lawyers Committee for Human Rights.



**Justin J. Hawal**
Associate

EDUCATION
Cleveland-Marshall School of Law, J.D., *cum laude*

St. Louis University, B.A.

***Justin fights for individuals who have suffered harm from negligence, defective products, and civil rights abuses.***

Mr. Hawal brings a passion for justice to his work on behalf of victims of corporate and government wrongdoing. His work has spanned personal injury, product liability, and civil rights litigation. He has particular experience in cases involving defendants in the pharmaceutical and automotive industries.

During law school, Justin was selected to join *The Cleveland State Law Review* and published a scholarly article on independent tort actions for spoliation of evidence under Ohio law. He was also an active member of the civil litigation clinic, through which he represented an asylum-seeking immigrant from Honduras, among other clients.



**Mary McKenna**
Associate

EDUCATION
University of Mississippi School of Law, J.D., *cum laude*

University of Illinois, B.A., *cum laude*

***With experience representing both plaintiffs and defendants, Mary's trial skills rival those of senior litigators.***

Mary is an experienced litigator in mass tort and complex litigation, having represented clients in a wide range of matters, including serious personal injury, products liability, and environmental litigation. Prior to joining DiCello Levitt, Mary began her legal career practicing insurance defense in Virginia, thereafter litigating mass toxic tort claims pending in Chicago and the greater Midwest.

Mary's passion for justice extends beyond the courtroom. She is a member of the Shriver Center on Poverty Law's Professionals' Council, which assists the Shriver Center's fight for economic and racial justice through fundraising efforts and advocacy. In law school, Mary was selected to participate in the Lott Leadership Graduate Exchange Program with Nelson Mandela University in South Africa, where she studied societal and racial reconciliation in Mississippi and South Africa on local and national levels. She was also an elected student senator and an executive board member of the *Mississippi Law Journal*.



**Adam Prom**
Associate

EDUCATION
The University of Texas Law School, J.D.

Marquette University, B.A

*Adam Prom employs his skills as a young trial attorney to achieve favorable results for his clients.*

Beyond his frequent trial work in the Circuit Court of Cook County, Law Division, Adam Prom's practice is focused on representing plaintiffs in complex litigation in federal courts across the United States.

He has been deeply involved in nationwide class actions regarding the use of sophisticated damages modeling in consumer product and vehicle defect lawsuits, where he played a key role in motion practice regarding plaintiffs' expert witnesses, class certification, and summary judgment. *See, e.g., Elward, et al. v. Electrolux Home Products, Inc.* (N.D. Ill.); *Ryseweyk, et al. v. Sears Holdings Corp., et al.* (N.D. Ill.); and *Catalano, et al. v. BMW of North America, et al.* (S.D.N.Y.) (resulted in nationwide settlement). He also represented plaintiffs in an ERISA class action concerning misclassification of insurance agents. *Jammal, et al. v. American Family Ins. Group, et al.* (N.D. Ohio).

Mr. Prom has demonstrated a commitment to serving underrepresented communities, volunteering as a mentor for high school students at the Legal Prep Charter Academy, a free, open-enrollment public high school in the West Garfield Park neighborhood of Chicago.

Prior to joining DiCello Levitt, Mr. Prom served as a judicial extern to a federal judge in the Northern District of Illinois and a federal magistrate judge in the Eastern District of Wisconsin.



**Brittany Hartwig**
Associate

EDUCATION
Loyola University Chicago School of Law, J.D., *Certificate in Advocacy*

University of Arizona, B.A.

*Brittany has a broad range of experience litigating matter that concern public entities and complex commercial structures.*

Brittany Hartwig is an associate in DiCello Levitt's Chicago office with experience litigating complex commercial cases and actions involving serious injuries. She represents individuals, businesses, and public entities in a wide range of disputes, protecting their interests in state and federal courts across the country.

Prior to joining the firm, Brittany represented individuals, corporations, municipalities, and nonprofit organizations through all stages of litigation, including pretrial, trial, and post-trial motions. After successfully representing the defendant in a federal antitrust bench trial, she led the litigation strategy related to the appeal and authored the subsequent appellee brief. She has acted as lead attorney in jury trials involving federal civil rights claims and state personal injury claims, obtaining favorable verdicts for her clients in each case.

Outside of the office, Brittany focuses on giving back to the Chicago community and serves on the Executive Board of the Children's Research Fund Junior Board in their philanthropic efforts to support the Anne & Robert H. Lurie Children's Hospital of Chicago and the Stanley Manne Children's Research Institute.



**Robert J. DiCello**
Of Counsel

EDUCATION
Cleveland-Marshall College of Law, J.D.

John Carroll University, B.A., *cum laude*

***Robert has been one of the leading personal injury and class action attorneys in the state of Ohio for the last four decades.***

A co-founder of one of DiCello Levitt's predecessor firms, Mr. DiCello has amassed more than 45 years of professional experience and an extensive list of seven- and eight-figure recoveries for victims of injustice. He has deep experience in a wide range of class actions, personal injury cases, complex mass torts, and probate matters. Over his long and successful career, he has won multiple appeals before the Ohio Supreme Court.

Robert put himself through Cleveland-Marshall College of Law while working as a safety director at U.S. Steel Corp. While in law school, he was selected to join *The Cleveland-Marshall Law Review*. He began his legal career as an assistant prosecutor in the Lake County Prosecutor's Office and later become President of the Lake County Bar Association. He formed his own firm in 1978, managing it with great success over nearly 40 years until its members founded DiCello Levitt.