# Exhibit D



*In re: TikTok, Inc., Consumer Privacy Litigation*
Honorable John Z. Lee

## OVERVIEW

Bleichmar Fonti & Auld LLP ("BFA" or the "Firm") is a boutique powerhouse firm that has recovered more than $16 billion for its clients since its founding in 2014. The Firm focuses solely on affirmative litigation in highly significant matters, including consumer, securities and antitrust actions both in the United States and abroad. We represent a wide range of domestic and foreign clients, including some of the largest institutional investors and asset managers in the world as well as small businesses and individual consumers. We have offices in New York, California and Toronto, Canada and litigate in state and federal courts through the country.

Three unique aspects of our firm distinguish BFA from others: (1) our selectivity in choosing cases; (2) the high quality lawyering our diverse team provides; and (3) a commitment to our clients' needs ahead of our own. Because of this, BFA enjoys a reputation as a highly ethical, discerning, and sophisticated boutique firm.

***First***, we are extremely selective in the cases we choose to litigate, and the strength of our litigation skills is second to none. Our clients' reputations are at stake in every case they pursue, and we guard their reputations zealously. As a result, we are often asked by our clients to serve as the dissenting voice when our peers are recommending a case we do not like. We only recommend cases that fit within our clients' objectives and do so very seldomly.

We strive for quality and not quantity in every aspect of our practice. This allows us to dedicate a significant amount of resources to each individual case. Complex litigation requires a substantial investment of money, time, and resources. It is only with dedicated resources that a well-thought-out litigation strategy can be executed forcefully and effectively. We don't spread ourselves too thin and instead strive to take cases deep into litigation. Our results, discussed below, show that we obtain outsized settlements and reflect the high quality of our work product.

***Second***, we strive to provide our clients with objective, comprehensive counsel, including about whether or not participation in specific litigation serves the best interests of the client. We have a strong commitment to candid and unvarnished advice, made possible through our independence from litigation funding. In addition, BFA provides advice on multiple other aspects such as the development of the law and the risk of fee-shifting provisions, as well as the reputational risk, if any, of participating in any particular litigation.

**Third**, BFA's attorneys have decades of experience litigating complex, high profile cases of import. We launched BFA in large measure to break away from many of the standard practices of the more established and larger plaintiffs' firms. We do not hold an "inventory" of cases (which effectively includes weak ones) to ensure a steady cash-flow stream over the years. The high quality of our lawyers and successful case resolutions allows us to carry out that strategy.

In sum, we are distinguished by our candid counsel, deep experience, and proven results.

## CONSUMER LITIGATION HIGHLIGHTS

Lesley Weaver has been appointed to leadership positions in some of the most significant consumer actions of recent years: *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, which resulted in settlements totaling greater than $15 billion, *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability*, which resulted in a settlement of $307.5 million, and *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, which is currently pending. These, and additional matters, are described below.

| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* <br>• MDL No. 2672 <br>• Northern District of California, No. 3:15-md-02672 | **Total Settlements: $15 Billion** |
|---|---|

Background: This landmark case resolved claims against Volkswagen, Audi and Porsche in connection with the widely-reported news that the companies had installed emission systems created to avoid regulator detection and defraud customers who believed they were buying Volkswagen and Audi vehicles with "clean diesel" engines. VW admitted that it installed these "defeat devices," which eliminated the emissions reduction during normal driving, and only allowed for reduced fuel emissions when the automobiles were being tested. More than 500 federal lawsuits have been filed and consolidated into one complaint against the automaker for its "dirty diesel" vehicles.

<u>BFA's Role</u>: Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee, which, along with lead counsel, has been described as the "dream team" prosecuting this high-profile emissions scandal. Judge Breyer selected Ms. Weaver from a field of 150 of the nation's finest attorneys. Ms. Weaver's leadership position in the case included spearheading the investigation that ultimately uncovered German auto supplier Robert Bosch GmbH's significant role in multiple schemes to place software in vehicles purposefully designed to evade emissions laws. She also led the investigation into additional claims relating to defeat devices in certain gas vehicles, resulting in an additional $96.5 million settlement for the Class.

<u>Result</u>: Lead Counsel and the Plaintiffs' Steering Committee have achieved settlements for Plaintiffs worth approximately $15 billion, the largest automotive class action recovery in history. This includes a $14.7 billion dollar settlement on behalf of eligible owners of Volkswagen and Audi 2.0-liter TDI cars, who were offered a buyback of their cars. In accordance with the consent decree, $2.7 billion of the settlement will be allocated to projects to reduce nitrogen oxides emissions, with a focus on improving air quality in areas that "bear a disproportionate share of the air pollution burden within their jurisdiction." As the Justice Department's top environmental attorney John Cruden has highlighted, this focus on remediation in low income and minority communities is "unique," and a significant response to the disproportionate pollution burden felt by these communities.

Recently, on October 4, 2019, Judge Breyer granted preliminary approval of a $96.5 million settlement for more than 100,000 consumers who purchased or leased certain gasoline-powered Audi, Volkswagen, Porsche, and Bentley vehicles that were initially labeled and marketed with overstated fuel economy and understated carbon dioxide emissions.

| | |
|---|---|
| *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation* <br>• MDL No. 2777 <br>• Northern District of California, No. 3:17-md-02777 | **Total Settlements: $307.5 Million** |

Background: The class alleges that Fiat Chrysler Automobiles deliberately cheated on emission testing of 2014-2016 model Dodge and Jeep trucks marketed and sold as environmentally friendly "eco-diesel" vehicles. The case has settled for $307.5 million in cash in addition to extended warranties for consumers.

BFA's Role: Judge Edward Chen of the U.S. District Court for the Northern District of California appointed Ms. Weaver as one of nine members of the Plaintiffs' Steering Committee. Ms. Weaver played a key role in litigating the action, including taking depositions and coordinating with experts.

| | |
|---|---|
| *In re Facebook, Inc. Consumer Privacy User Profile Litigation* <br>• MDL No. 2843 <br>• Northern District of California, No. 3:18-md-02843 | **Case Status: Pending** |

Background: This high profile case seeks redress for Facebook users in the U.S and U.K. whose private content was unlawfully shared with thousands of third parties. The detailed complaint documents Facebook's violations of consumer fraud and privacy laws in allowing third party apps, including Cambridge Analytica, to bundle and sell Facebook users' private information without their knowledge or consent. In September 2019, Judge Chhabria of the Northern District of California largely denied Facebook's motion to dismiss, finding Facebook's argument that plaintiffs have no right to allege a breach of privacy based upon Facebook's sharing of their information with third parties "could not be more wrong."

BFA's Role: In a contested and highly competitive field, Judge Chhabria of the Northern District of California appointed Ms. Weaver as Co-Lead Counsel for Plaintiffs.

| *Julie Treppa v. American Honda Motor Co., Inc.*<br>• Superior Court of California, County of Alameda, No. RG19039655 | **Case Status:**<br>**Pending** |

Background: The class alleges that Honda knowingly marketed and sold the Acura RDX, model years 2019 and 2020, with a defective infotainment system. The infotainment system freezes up on a regular basis, displays error messages and repeatedly resets. The defective system constitutes a safety risk, with system error messages and interruptions distracting the driver and preventing the driver from using the car's purported safety features, such as the backup camera.

BFA's Role: BFA is acting as co-lead counsel in this action in California Superior Court, County of Alameda on behalf of California consumers who purchased or leased a defective vehicle.

## U.S. ANTITRUST LITIGATION HIGHLIGHTS

| *In re German Automotive Manufacturers Antitrust Litigation*<br>• MDL No. 2796<br>• Northern District of California, No. 3:17-md-2796 | **Case Status:**<br>**Pending** |

Background: BFA was one of the first law firms to file suit against German automobile manufacturers. The action claims that Audi, BMW, Daimler/Mercedes-Benz, Porsche, and Volkswagen engaged in a 20-year cartel to suppress the development of technology in their automobiles from 1996 until at least 2015, as admitted by Daimler and VW to European regulators. The cartel allowed the car manufacturers to reduce research and development costs amongst themselves, while charging customers premiums for their supposed "quality and innovation" and suppressing alternatives that would have been provided by real competition. The European Commission, the antitrust regulatory body for the European Union, has issued an order determining liability and fines in excess of billions of dollars against the manufacturers are expected.

BFA's Role: Judge Charles R. Breyer appointed Lesley Weaver to the Plaintiffs'

Steering Committee from a field of 38 applicants. Ms. Weaver is leading the investigation in Germany, as well as interfacing with economic and technical experts.

| *In re Inductors Antitrust Litigation* <ul><li>Northern District of California, No. 5:18-cv-00198</li></ul> | **Case Status: Pending** |
|---|---|

Background: Plaintiffs allege that Defendants, leading Japanese manufacturers of inductors such as Murata and Panasonic Corp., colluded to fix, inflate, or stabilize the price of inductors from at least 2003 until the summer of 2014, in violation of Section 1 of the Sherman Antitrust Act. Inductors are electronic components that work to regulate and store energy in a circuit and are found in thousands of products that rely on electronic circuits for power, such as computers, cars, and televisions. There is a criminal investigation by the Department of Justice pending.

BFA's Role: Judge Edward J. Davila appointed Lesley Weaver as Co-Lead Class Counsel, noting that "the efforts expended by BFA and Hausfeld to promptly identify and investigate the claims, coupled with the extensive amount of resources which they have available to expend on this case, renders them superior to represent the putative class."

| *In re Domestic Airlines Travel Antitrust Litigation* <ul><li>District of Columbia, No. 1:15-mc-01404</li></ul> | **Case Status: Pending** |
|---|---|

Background: Plaintiffs allege a conspiracy by the four largest commercial air passenger carriers in the United States—American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc.—to fix prices for domestic air passenger transportation services in violation of the Sherman Act by colluding to limit capacity on their respective airlines. Plaintiffs have settled for $15 million with Defendant Southwest Airlines and $45 million with Defendant American Airlines.

BFA's Role: BFA is a key part of Plaintiffs' nonparty discovery committee and has led meet and confer negotiations with dozens of nonparties, resulting in the production of some of Plaintiffs' best evidence.

| | |
|---|---|
| ***In re Local TV Advertising Antitrust Litigation*** <br> • MDL No. 2867 <br> • Northern District of Illinois, No. 1:18-cv-0678 | **Case Status:** <br> **Pending** |

<u>Background</u>: Plaintiffs allege a price fixing cartel facilitated by an anticompetitive information exchange between and among certain major television station owners and operators to artificially inflate the prices of broadcast television spot advertisements.

<u>BFA's Role</u>: BFA acts as counsel for One Source Heating & Cooling, LLC and is an integral member of the litigation team.

| | |
|---|---|
| ***In re Disposable Contact Lens Antitrust Litigation*** <br> • MDL No. 2626 <br> • Middle District of Florida, No. 3:15-md-02626 | **Case Status:** <br> **Pending** |

<u>Background</u>: Plaintiffs allege claims for horizontal and vertical conspiracies in violation of state and federal antitrust laws due to unilateral pricing policies of four leading contact lens manufacturers. Plaintiffs have settled with Defendant CooperVision, Inc. for $3 million.

<u>BFA's Role</u>: BFA is leading discovery efforts against the largest manufacturer, Johnson & Johnson.

| | |
|---|---|
| ***In re Mexican Government Bonds Antitrust*** <br> • S.D.N.Y., No. 1:18-cv-02830 | **Case Status:** <br> **Pending** |

<u>Background</u>: Plaintiffs allege that Defendant broker-dealers have fixed auctions for securities issued by the Mexican government and manipulated the bid-ask spread in transactions to U.S.-based investors, causing U.S.-based investors to pay artificially inflated prices for their Mexican government bonds.

<u>BFA's Role</u>: BFA represents Southeastern Pennsylvania Transit Authority and is assisting the team litigating the case in the Southern District of New York.

| *In re Packaged Seafood Products Antitrust Litigation* <br>• MDL No. 2670 <br>• Southern District of California, No. 3:15-md-02670 | **Case Status:** **Pending** |
|---|---|

Background: Plaintiffs allege defendants entered into a conspiracy involving packaged seafood product in violation of the Sherman Act and state antitrust law.

BFA's Role: BFA is part of a critical discovery effort against a key defendant.

| *In re Blood Plasma Antitrust Litigation* <br>• MDL No. 2109 <br>• Northern District of Illinois, No. 1:09-cv-07666 | **Total Settlements:** **$128 Million** |
|---|---|

Background: Plaintiffs allege that Defendants participated in a multi-year conspiracy to restrict output and fix prices of Ig and Albumin in the United States. This matter ultimately settled for $128 million.

BFA's Role: Ms. Weaver played a significant role, including deposing the Chief Operating Officer and Chief Marketing Officer of one of the main defendants.

| *In re Lithium Ion Batteries Antitrust Litigation* <br>• MDL No. 2420 <br>• Northern District of California, No. 4:13-md-02420 | **Total Settlements:** **$64.5 Million** |
|---|---|

Background: Plaintiffs allege that defendants and their co-conspirators engaged in an unlawful conspiracy to fix the prices of lithium ion battery cells, affecting the prices indirect purchasers paid for lithium ion batteries and lithium ion products. Indirect Purchaser Plaintiffs have settled their claims for $19.5 million from Sony Corp., $39 million from LG Chem Ltd., $3.45 million from Hitachi Maxwell Ltd., and $2.5 million from NEX Corp.

BFA's Role: BFA represents the cities of Palo Alto and Richmond, California.

Result: On October 27, 2017, the Court gave final approval to the settlement between the IPPs and Hitachi Maxell, NEC Corporation, and LG Chem. The

settlement is worth $45 million, bringing the total settlements with IPPs to $64.5 million.

\*          \*          \*

## U.S. SECURITIES LITIGATION HIGHLIGHTS

BFA partners have represented lead plaintiffs in more than a dozen securities class actions in the last decade, including seven since the Firm was founded, as described below.

| *Alexandre Pelletier v. Endo International PLC, et al.* | **Case Status: Pending** |
|---|---|
| • Eastern District of Pennsylvania, No. 17-cv-5114<br>• Clients: Park Employees' Annuity and Benefit Fund of Chicago | |

<u>Background</u>: Plaintiffs allege that Endo International made materially false and misleading statements that concealed the fact that the company and its wholly owned subsidiary Par Pharmaceutical Companies, Inc. engaged in anticompetitive practices, including choosing not to compete and to instead dramatically increase generic drug prices in lock-step with so-called competitors.

<u>BFA's Role</u>: BFA is sole Lead Counsel for Court-Appointed Lead Plaintiff Park Employees' Annuity and Benefit Fund of Chicago ("Chicago Park Employees").

<u>Status</u>: The Court appointed Chicago Park Employees as Lead Plaintiff and approved its choice of BFA as Lead Counsel on June 19, 2018. BFA filed an amended complaint on August 3, 2018.

| | |
|---|---|
| **Ontario Teachers' Pension Plan Board, et al v. Teva Pharmaceutical Industries Ltd. et al.**<br>• District of Connecticut, No. 17-cv-00558<br>• Clients: Ontario Teachers' Pension Plan Board and Anchorage Police and Fire Retirement System | **Case Status: Pending** |

Background: Plaintiffs allege that the company and its senior management made materially false and misleading statements that concealed that Teva had engaged in a multi-year scheme to exponentially increase generic drug prices by over 1000% across over 50 drugs. Often, these increases were in lock-step with so-called competitors.

BFA's Role: BFA is sole Lead Counsel for Court-appointed Lead Plaintiff Ontario Teachers' and named plaintiff Anchorage Police and Fire Retirement System.

Status: The Court appointed Ontario Teachers' as Lead Plaintiff and approved its choice of BFA as Lead Counsel on July 11, 2017. BFA filed an amended complaint on June 22, 2018.

| | |
|---|---|
| **In re MF Global Holdings Ltd. Securities Litigation**<br>• Southern District of New York, No. 11-cv-07866<br>• Client: Alberta Investment Management Corp. (AIMCo) | **Total Settlements: $234.3 Million** |

Background: This litigation arose from MF Global's dramatic bankruptcy in October 2011. Plaintiffs alleged that Defendants misrepresented the company's risk controls, liquidity position, and exposure to European sovereign debt, and failed to properly account for its deferred tax assets.

BFA's Role: BFA represented Court-appointed Co-Lead Plaintiff AIMCo. Partners Javier Bleichmar and Dominic Auld represented AIMCo in this case since its inception in November 2011, and served as Court-appointed Co-Lead

Counsel for the putative class since January 2012. When BFA launched in August 2014, the Court approved AIMCo's selection of BFA to serve as Co-Lead Counsel for the putative class, continuing the core litigation team's representation.

Status: Lead Counsel achieved five partial settlements worth a total of just over $234 million on behalf of investors: (1) a $74 million settlement with Goldman Sachs and certain other underwriters of the company's securities; (2) a $64.5 million settlement with former officers and directors, including MF Global's former CEO Jon Corzine; (3) a $65 million settlement with auditor PricewaterhouseCoopers; (4) a $29.825 million settlement with Jefferies and other underwriters of the final bond offering issued during the Class Period; and (5) a separate $932,828 settlement with another underwriter defendant associated with that last offering. These settlements represent a recovery of approximately 35% of the alleged damages – an excellent result, particularly in light of the issuer's bankruptcy.

These settlements were achieved after years of hard fought litigation. Following the Court's ruling sustaining the Complaint and denying Defendants' six motions to dismiss in their entirety, Co-Lead Counsel reviewed millions of documents produced by Defendants and third-parties, and conducted more than 50 depositions of former employees of MF Global and other key witnesses, including four days of testimony from former CEO Jon Corzine. The Court granted Plaintiffs' motion for class certification on October 14, 2015, which assisted in achieving the settlements.

| *In re Genworth Financial Inc. Securities Litigation* | **Total Settlement:** |
|---|---|
| • Eastern District of Virginia, No. 14-cv-00682<br>• Client: Alberta Investment Management Corp. (AIMCo) | **$219 Million** |

Background: Plaintiffs alleged that Defendants misrepresented the profitability of the company's core business and reported false financial results by grossly understating long-term care insurance reserves. When Genworth announced a $531 million charge to its reserves, the company's stock price fell more than 55%

– wiping out billions in market capitalization – and credit rating agencies downgraded the company and its corresponding debt to "junk" status.

BFA's Role: BFA represented Court-appointed Co-Lead Plaintiff AIMCo. In November 2014, the Court approved AIMCo's selection of BFA to serve as Co-Lead Counsel for the putative class.

Notably, BFA secured one of the most thoroughly-reasoned, investor-oriented decisions after the then-recent decision in *Omnicare v. Laborers District Council Construction Industry Pension Fund*, 135 S. Ct. 1318 (2015).[1] The District Court ruled that Lead Plaintiffs had sufficiently pled that Defendants' statements were intended to mislead investors and to provide false assurances regarding the company's reserves. The District Court also largely sustained allegations that Defendants falsely certified that the company's internal controls were adequate.

Status: On March 10, 2016, Genworth announced a proposed settlement of $219 million, the largest ever securities class action recovery achieved in Virginia, and as much as 44% of recoverable damages available at trial. BFA and AIMCo sought and achieved a significant contribution from the company beyond available insurance; despite significant liquidity issues, the company paid $69 million, and the remaining $150 million was funded by insurance.

The settlement was reached after 15 months of intense and complex litigation. The Eastern District of Virginia is known as the "rocket docket" for its rapid disposition of cases and strict adherence to scheduled deadlines. In December 2014, Lead Plaintiffs filed a consolidated complaint and, in February 2015, Defendants filed a motion to dismiss. Partner Joseph Fonti successfully argued against the motion on April 28, 2015, and the securities fraud claims were sustained on May 1, 2015. Lead Plaintiffs filed their motion for class certification on December 3, 2015; fact discovery closed on January 15, 2016; and expert

---

[1] The decision in *Omnicare* clarified the legal standard about pleading statements by defendants that are deemed to be opinions, rather statements of fact. The Supreme Court sought to limit liability for opinion statements, making it more difficult for plaintiffs to sustain their allegations. The decision secured in *Genworth*, on behalf of BFA's client AIMCo, ruled that certain categories of statements around accounting reserves were not opinions, and therefore actionable.

discovery closed on February 11, 2016. In effect, BFA conducted two to four years of litigation in just 15 months. This effort included more than 20 depositions, extensive trial preparation, and full briefing on motions for class certification and summary judgment. At the time of settlement, BFA attorneys were preparing for trial, which was scheduled to begin on May 9, 2016.

| *In re Weatherford International Securities Litigation*<br>• Southern District of New York, No. 12-cv-02121<br>• Client: Anchorage Police and Fire Retirement System | **Total Settlement:**<br>**$120 Million** |
| --- | --- |

Background: Plaintiffs alleged that Weatherford, one of the world's largest oil and gas servicing companies, issued false financial statements that misled investors about its tax structure and internal controls. The company allegedly overstated its earnings by more than $900 million and was forced to issue three restatements due to its failure to comply with Generally Accepted Accounting Principles.

BFA's Role: BFA represented Court-appointed Co-Lead Plaintiff Anchorage in this case, and BFA partner Javier Bleichmar represented Anchorage continuously since the case was filed in March 2012.

Status: In June 2015, the company agreed to settle all claims for $120 million of out-of-pocket cash, with no available insurance, or approximately 30% of recoverable damages. Achieving this settlement required more than three years of intense litigation, including defeating Defendants' motion to dismiss in its entirety; obtaining class certification; completing fact discovery, after more than 20 depositions and the review of more than eight million pages of documents; filing four expert reports; and preparing for expert discovery and summary judgment.

| *In re Computer Sciences Corp. Securities Litigation* | Total Settlement: |
|---|---|
| • Eastern District of Virginia, No. 11-cv-00610 <br> • Client: Ontario Teachers' Pension Plan Board | $97.5 Million |

<u>Background</u>: Plaintiffs alleged that the company and two of its executive officers misrepresented (i) a multi-billion dollar contract with the United Kingdom's National Health Service, and (ii) that the company's internal controls were adequate.

<u>BFA Role</u>: BFA partners Javier Bleichmar, Joseph A. Fonti, and Dominic Auld represented Court-appointed Lead Plaintiff Ontario Teachers' at all stages of this case. Upon the founding of the Firm, the Court approved Ontario Teachers' selection of BFA as counsel, continuing the team's representation.

<u>Status</u>: On September 2013, the Court granted final approval to the $97.5 million settlement. At that time, the settlement was the second largest all cash recovery ever achieved in the Eastern District of Virginia, and represented as much as 38% of recoverable damages at trial.

| *In re Celestica Inc. Securities Litigation* | Total Settlement: |
|---|---|
| • Southern District of New York, No. 07-cv-00312 <br> • Client: New Orleans Employees' Retirement System | $30 Million |

<u>Background</u>: Plaintiffs alleged false and misleading statements relating to a significant corporate restructuring plan, earnings, profitability, and financial outlook. When Celestica ultimately disclosed the truth, its stock price dropped 50%, reducing market capitalization by $1.3 billion.

<u>BFA's Role</u>: BFA partners Joseph Fonti and Erin Woods represented Lead Plaintiffs in this litigation. Notably, Joseph was successful in arguing before the Court of Appeals for the Second Circuit, securing an investor-oriented interpretation of the pleading standard for scienter. Joseph also successfully argued in favor of Plaintiffs' class certification and summary judgment motions

before the District Court, securing the first lower court decision after *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398 (2014) in favor of investors on the issue of class-wide reliance.

Status: In April 2015, Plaintiffs filed a motion for preliminary approval of a proposed $30 million settlement resolving all claims against the company and officer defendants. The final approval hearing was held on July 28, 2015 and, later that day, the Court approved the $30 million settlement.

## TEAM PROFILES

| LESLEY WEAVER<br>*Partner* | Oakland | • **Email: lweaver@bfalaw.com**<br>• **Tel: +1 415 455 4004**<br>• **www.bfalaw.com/lesley-weaver** |
|---|---|---|

Lesley Weaver leads the Firm's Antitrust and Consumer Litigation Practice. Lesley joined BFA as a partner in 2016, opening the Firm's California office. In her twenty-year career, Lesley has focused primarily on cases that protect the public interest, consumers, and public entities. She has substantial leadership experience litigating complex antitrust and consumer-oriented class litigation, and has been appointed to leadership positions in some of the largest class actions in the country. In 2018, Lesley was honored as a "California Lawyer of the Year" ("CLAY") for for her work in *In re Volkswagen* "*Clean Diesel*" *Marketing, Sales Practices, and Products Liability Litigation* and was recognized as a "Plaintiff Trailblazer" by the National Law Journal (2018). In 2017 and 2018, she was named a "Super Lawyer" in the field of Class Action & Mass Torts Attorneys.

In July 2018, Judge Chhabria of the Northern District of California appointed Lesley as co-lead counsel for plaintiffs in *In re Facebook, Inc. Consumer Privacy User Profile Litigation*. This high profile case seeks redress for Facebook users in the U.S and U.K. whose content specifically marked private was shared with thousands of third parties with no oversight and for the purpose of creating revenue for Facebook only. The more than four hundred page complaint documents how Facebook violated consumer fraud and privacy laws in allowing

hundreds of third party apps, including Cambridge Analytica, to bundle and sell Facebook users' private information without their knowledge or consent.

On April 27, 2018, Judge Edward J. Davila appointed Lesley as interim Co-Lead Counsel in *In re Inductors Antitrust Litigation*, representing a class of purchasers of inductors, a passive electronic component that is a key element of electronic circuits found in smart phones, laptops, computers, and other consumer electronic devices.

In June 2017, Judge Edward M. Chen appointed Lesley to the Plaintiffs' Steering Committee in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation*. Lesley worked closely with technical experts in that matter to determine if proposed fixes to the subject vehicles inflict additional damages upon class members. In May 2019, Plaintiffs secured final approval of a settlement of $307.5 million in cash as well as extended warranties.

In December 2017, Judge Charles R. Breyer appointed Lesley to the Plaintiffs' Steering Committee in *In re German Automotive Manufacturers Antitrust Litigation*. Consumers and suppliers allege that German automakers engaged in a 20-year cartel—the single largest known automobile cartel in U.S. and European history—to suppress the development of technology in their automobiles.

In 2015, Judge Charles R. Breyer appointed Lesley to the Plaintiffs' Steering Committee in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*. Lesley's leadership position in this litigation included spearheading the investigation that ultimately uncovered German auto supplier Robert Bosch GmbH's significant role in multiple schemes to place software in vehicles purposely designed to evade emissions laws. Plaintiffs in the Volkswagen litigation have recovered approximately $15 billion for class members and the environment, the largest automotive class action recovery ever.

She represents the Cities of Palo Alto and Richmond, California in a municipal subclass in *In re Lithium Ion Batteries Antitrust Litigation*. In *In re Automotive Parts Antitrust Litigation*, Lesley represented Oakland County, Michigan; Traverse City, Michigan; the Village of Northport, New York; Mecklenburg County, North Carolina; and Richmond, California in the case against

manufacturers of wire harnesses that settled on a non-class basis far in excess of the entities' actual damages.

Lesley recently represented the National Black Farmers' Association ("NBFA"), pro bono, in challenging the terms of the proposed merger between BB&T and SunTrust Bank. On April 25, 2019, she testified on behalf of the NBFA at the joint public hearing held by the Federal Reserve Board and the Federal Deposit Insurance Corporation advocating for terms that will better serve small farmers. As a condition of securing merger approval from the Department of Justice, the banks have since agreed to sell off 28 branches in regions that BFA identified.

In addition, Lesley has extensive experience representing sophisticated institutional investors in landmark securities actions. Some of those cases include *In re Marsh & McLennan Cos., Inc. Securities Litigation* ($400 million settlement); *In re Cavanaugh Securities Litigation* (including an appeal to the Ninth Circuit concerning the method of selecting lead plaintiff and lead counsel after the enactment of the Private Securities Litigation Reform Act ("PSLRA")); *In re Cardinal Health Inc. Securities Litigation* ($600 million settlement); and *In re Cisco Systems, Inc. Securities Litigation* ($99 million settlement).

Lesley's extensive trial experience has spanned her career. In October 2014, Lesley tried an internet privacy case against a Chinese-owned, California-based internet site, recovering 100 percent of economic damages and a $15 million punitive damages jury verdict, as well as significant injunctive relief. Her first trial was in 1998 before the Honorable Vaughn Walker on behalf of Amanda Buritica, a U.S. citizen born in Colombia who was unlawfully detained by U.S. Customs at San Francisco International Airport; that case resulted in the largest verdict at the time under the Federal Tort Claims Act.

Lesley is committed to public service through volunteer efforts, and currently serves on the Advisory Council of the East Bay Community Law Center, as well as the Executive Committee of the Securities Section for the Bar Association of San Francisco. She is a past Co-Chair of the San Francisco LGBT Community Center, a past Co-Chair of Bay Area Lawyers for Individual Freedom, a past National Chair of the National Center for Lesbian Rights, and a past Vice

President and Director of the Board of the Frameline Film Festival. She has previously served on the boards of Women Lawyers of Alameda County, Equality California, the International Gay and Lesbian Human Rights Commission, and the Alice B. Toklas Democratic Club. She also is a member of the National Association of Public Pension Attorneys (NAPPA).

Lesley holds degrees from the University of Bonn (Germany) and Harvard College, and received a J.D. from the University of Virginia Law School (1997). She attended high school at Haderslev Katedraleskole in Denmark. She speaks German and Danish, and is proficient in French.

Lesley is admitted to practice in California (1997), the U.S. Court of Appeals for the Ninth Circuit (1998), and the U.S. District Courts for the Northern District (1997) and the Eastern, Central, and Southern Districts of California (1998) and the Eastern District of Michigan (2019).

| JAVIER BLEICHMAR<br>*Partner* | New York | • Email: jbleichmar@bfalaw.com<br>• Tel: +1 212 789 1341<br>• www.bfalaw.com/javier-bleichmar |
|---|---|---|

Javier Bleichmar leads BFA's U.S. Case Evaluation and U.S. Securities Litigation teams. He brings a long career of litigation success to his prosecution of large-scale fraud class actions on behalf of investors. Javier has nearly two decades of experience and has been "recommended" in the field of securities litigation by *The Legal 500*.

Javier was the lead attorney on the team that litigated *In re MF Global Holdings Ltd. Securities Litigation* on behalf of Her Majesty the Queen in Right of Alberta and MF Global investors, in connection with the company's dramatic collapse on October 31, 2011. Judge Marrero in the Southern District of New York sustained the complaint in its entirety, and the plaintiffs secured several settlements totaling more than $234 million, resolving claims against MF Global's former officers and directors, several underwriter defendants, and MF Global's outside auditor.

Javier similarly led the team that prosecuted *In re Weatherford International Securities Litigation* on behalf of the Anchorage Police & Fire Retirement System and Weatherford investors. The case alleged that Weatherford, which made three

restatements of its audited financial statements totaling approximately $1 billion, misled investors about the company's tax accounting. After more than three years of intense litigation, including 22 depositions and complex expert testimony, the plaintiffs secured a $120 million settlement.

In addition to driving daily litigation, Javier is a successful appellate advocate. After Javier argued before the Eighth Circuit in *Public Pension Fund Group v. KV Pharmaceutical, Co.*, the Eighth Circuit reversed an earlier dismissal and clarified the standard governing pharmaceutical companies' disclosures relating to notifications by the Food and Drug Administration.

Javier is active in educating investors on developing trends in the law, particularly the ability of global investors to participate in securities matters outside the United States. Through these efforts, many of his clients were able to join the organization representing investors in the first ever securities class action settlement, under then-recently enacted Dutch law, against Royal Dutch Shell. He also provides thought leadership as a regular contributor on securities law issues in the *New York Law Journal*. He most recently co-authored "*IndyMac* Leaves Uncertain Landscape for Opt-Out Litigation" and "The Evolving Legacy of *Fait v. Regions Financial*."

Prior to founding the Firm, Javier was a Partner of Labaton Sucharow LLP. He previously practiced at Bernstein Litowitz Berger & Grossmann LLP, where he was actively involved in *In re Williams Securities Litigation*, which resulted in a $311 million settlement for investors, as well as significant securities matters involving Lucent Technologies, Inc.; Conseco, Inc.; and Biovail Corp. Javier began his legal career at Kirkland & Ellis LLP. He also is an active member of the National Association of Public Pension Attorneys (NAPPA).

Javier earned a B.A. from the University of Pennsylvania and a J.D. from Columbia University School of Law (1998), where he was a Harlan Fiske Stone Scholar. During law school, he served as a law clerk to the Honorable Denny Chin, U.S. District Court Judge for the Southern District of New York. Javier is a native Spanish speaker and fluent in French.

Javier is admitted to practice in New York (1998), the U.S. Supreme Court (2010), and the U.S. Courts of Appeals for the Second Circuit (2010), Eighth

Circuit (2010), Ninth Circuit (2010), Tenth Circuit (2013), and Eleventh Circuit (2011). He is also admitted in the U.S. District Courts for the Southern and Eastern Districts of New York (1999).

| JOSEPH A. FONTI<br>*Partner* | New York | • **Email: jfonti@bfalaw.com**<br>• **Tel: +1 212 789 1342**<br>• **www.bfalaw.com/joseph-fonti** |
|---|---|---|

Joseph A. Fonti leads the Firm's U.S. Securities Litigation and Claims Filing teams. He has nearly twenty years of experience in prosecuting complex litigations on behalf of institutional investors. His commitment to clients, advocacy skills, and litigation results have earned him recognition as a *Law360* "Rising Star." He also has been "recommended" in the field of securities litigation by *The Legal 500*.

Joseph served as co-lead counsel in *In re Genworth Financial Inc. Securities Litigation*, in the notoriously fast-paced jurisdiction of the Eastern District of Virginia, known as the "rocket docket." In defeating the defendants' motion to dismiss, he secured one of the first opinions favorable for investors following the Supreme Court's recent decision in the *Omnicare* matter. Joseph led the litigation to a remarkable recovery for the class, securing a settlement of $219 million, the largest ever securities class action recovery in Virginia.

Joseph previously achieved notable success in the Eastern District of Virginia as the lead lawyer in a fraud litigation on behalf of Computer Science Corp. shareholders. After prevailing at class certification, and only four weeks before trial, Joseph and his team secured a $97.5 million settlement – at the time the second largest cash securities settlement in that court's history.

Joseph's career also is marked by significant successes in the area of auditor liability and stock options backdating. While representing investors in a class action against HealthSouth Corp., which settled for $671 million, Joseph played a significant role in recovering $109 million from outside auditor Ernst & Young LLP – one of the largest ever recoveries against an auditing firm. He also contributed to securing a $173.5 million settlement in a class action against Broadcom Corp. relating to options backdating - at the time the second-largest

cash settlement in such a case. That also was the only such case in which claims against the auditors were sustained.

Joseph has achieved notable success as an appellate advocate. His argument in *In re Celestica Inc. Securities Litigation* resulted in the Second Circuit's reversal of an earlier dismissal, turning the tide of then-recent decisions by realigning pleading standards in favor of investors. He also was instrumental in the advocacy before the Ninth Circuit in *In re Broadcom Corp. Securities Litigation*, where the appellate victory marked the first occasion a court sustained allegations against an outside auditor related to options backdating.

Joseph represents several of Canada's largest pension systems and asset managers. He led the prosecution of securities class action against NovaGold Resources Inc., which resulted in the largest class settlement under Canada's securities laws at the time. He also provides thought leadership on issues particularly relevant to these clients. For example, he recently co-authored "Cross-Listed Securities Cases Present Challenges" in the *National Law Journal*, addressing interpretations of the Supreme Court's *Morrison* decision in light of modern financial markets.

Prior to founding the Firm, Joseph was a Partner of Labaton Sucharow LLP. He also practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP and began his legal career at Sullivan & Cromwell LLP, where he represented Fortune 100 corporations and financial institutions in complex securities litigation and in multifaceted SEC investigations and trials. He also is a member of the National Association of Public Pension Attorneys (NAPPA).

Joseph earned a B.A., *cum laude*, from New York University and a J.D. from New York University School of Law (1999), where he was a member of the Marden Moot Court. He is admitted to practice in New York (2000), the U.S. Supreme Court (2007), and the U.S. Courts of Appeals for the Second Circuit (2010), Ninth Circuit (2007), and Tenth Circuit (2013). He also is admitted in the U.S. District Courts for the Southern and Eastern Districts of New York (2001).

| **DOMINIC J. AULD**<br>*Partner* | **Toronto** | • **Email: dauld@bfalaw.com**<br>• **Tel: +1 212 789 1344**<br>• **www.bfalaw.com/dominic-auld** |

Dominic J. Auld leads BFA's Non-U.S. Litigation team. He has more than a decade of experience in representing and advising institutional clients in large-scale securities and investment-related lawsuits. Dominic has been named a "Super Lawyer" in the field of securities litigation by *Super Lawyer* awards and has been "recommended" in the field of securities litigation by *The Legal 500*.

Dominic is responsible for BFA's outreach to pension systems, asset managers, and sovereign wealth funds outside the United States – regularly advising clients in Europe, Australia, Asia, and across his home country of Canada.

Dominic and his team have served as liaison counsel to global investors in many shareholder and investor litigations outside the United States, including class and collective actions against Olympus Corp. (Japan); OZ Minerals Ltd. (Australia); Fortis (Belgium and the Netherlands); Vivendi Universal (France); and Volkswagen AG (Germany).

Dominic is sought after as a commentator on topics such as corporate governance, shareholder activism, fiduciary duty, corporate misconduct, and international class and collective litigation. He has been a regular speaker and panelist at law and investment conferences, including past events such as the Canadian Foundation for Advancement of Investor Rights (FAIR Canada) and Osgoode Hall Law School conference on public and private securities enforcement and investor recovery in Toronto, the IMF Bentham shareholder class action conference in Sydney, and the Annual International Bar Association meeting in Dubai.

Dominic is the author of various articles of interest to the Firm's client base, including a recent analysis of shareholder remedies in Japan in *Law360*, and a piece regarding custodian bank fees and their impact on pension funds globally in *Nordic Regions Pensions and Investment News* magazine. He is quoted frequently in publications including *The Economist*, *The Financial Times*, *The New York Times*, *USA Today*, *The Times of London*, *The Evening Standard*, *The Guardian*, and *The Daily Mail*, and trade publications such as *Global Pensions*, *OP Risk and*

*Regulation*, *The Lawyer*, *Investments and Pensions Europe*, *Professional Pensions*, and *Benefits Canada*. He also was interviewed by *Corporate Counsel* for a feature article on rogue trading.

Prior to founding the Firm, Dominic was a Partner of Labaton Sucharow LLP. He also practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP, where he began his career as a member of the team responsible for prosecuting the landmark action *In re WorldCom Inc. Securities Litigation*, which resulted in a settlement of more than $6 billion.

Dominic has years of experience working directly with institutional clients affected by securities fraud. For example, he worked extensively with the Ontario Teachers' Pension Plan Board as it led securities actions *In re Nortel Networks Corp. Securities Litigation*, *In re Williams Securities Litigation*, and *In re Biovail Corp. Securities Litigation* – cases that recovered a total of more than $1.7 billion for investors.

Dominic earned a B.A. from Queen's University in Canada and a J.D. from Lewis and Clark Law School (1998). He is admitted to practice in New York (1998), and in the U.S. District Courts for the Southern and Eastern Districts of New York (2011).

| **PETER BORKON** *Partner* | **Oakland** | • **Email: pborkon@bfalaw.com** • **Tel: +1 415 445 4007** • **www.bfalaw.com/peter-borkon** |
|---|---|---|

Peter Borkon is a partner and Co-Director of Institutional Investor Relations at BFA. Over his more than twenty-year career, Peter has prosecuted complex civil cases including large-scale securities fraud class actions on behalf of institutional and individual investors. In addition to his litigation successes, he maintains a counseling practice on issues of financial fraud and fiduciary law.

Peter played a pivotal role in bringing corporate governance claims against McKesson Corporation related to its participation in the opioid crisis that is gripping the nation. He co-drafted the complaint that in May of 2018 Northern District of California Judge Claudia Wilken upheld as demonstrating that any demand the board take action to rectify the alleged wrongdoing would be futile.

Peter's other high-profile corporate governance cases include serving as a lead team member in the *In re Pacific Gas & Electric (San Bruno Explosion)* case which resulted in a significant payment to the corporation and cutting edge corporate governance reforms for the board of directors and operations at the gas operating company.

Peter's career as an advocate also includes litigating securities class action cases like *In re Homestore.com Securities Litigation* on behalf of the California State Teachers Retirement System and Homestore.com investors, in connection with the company's 2001 financial fraud. After multiple rounds of motions to dismiss and summary judgment Judge Pechman, sitting by designation in the Central District of California, approved settlements totaling over $100 million, to resolve claims against Homestore.com and its auditor PWC.

Peter also had a key role in prosecuting *In re Charles Schwab YieldPlus Fund Securities Litigation*, on behalf of fund investors. The case alleged that Charles Schwab Corporation and the fund's underwriters deceived investors about the underlying risk in the fund, which was sold as a cash alternative, but in fact was deeply invested in highly speculative and risky mortgage-related structured debt, according to the complaint. After three years of intense litigation, including dozens of depositions, motions for summary judgment and contentious negotiations during which Schwab changed counsel, the parties announced a $235 million settlement. Peter was also the lead lawyer in *Nallagonda v. Osiris Therapeutics, Inc.*, spearheading an investigation and prosecution that resulted in a 2018 settlement that is valued between 36% and 86% recovery of losses for defrauded investors.

Peter also has decades of experience serving institutional investors as an advisor. He developed his prior firm's Portfolio Monitoring and Case Evaluation practice. He regularly provides institutional investor clients with educational programs and brings his years of teaching experience to every advisory engagement. Peter regularly speaks on issues of importance to institutional investors like corporate governance, fiduciary duty, open records acts, Environmental Social and Governance (ESG) investment and the intersection of those principles with federal and state securities laws.

Peter's broad involvement in public service through volunteer enterprises includes his current service on the San Francisco AIDS Foundation's Board of Directors where he is a member of that Board's Audit Committee. He is a past Co-Chair of the AIDS Legal Referral Panel's Board of Directors and a past Co-Chair of the Bay Area Lawyers for Individual Freedom's Judicial Nominations and Endorsements Committee. He also is a member and frequently speaks at conferences of the National Association of Public Pension Attorneys (NAPPA) and the National Conference on Public Employee Retirement Systems (NCPERS).

Peter is also a Director at the Northern District of California's Federal Practice Program Board, an At-Large Member of the Ninth Circuit's Circuit Executive Committee and a past Co-Chair of the Lawyer Representatives of the Northern District of California to the Ninth Circuit Judicial Conference (2017).

Peter holds degrees from DePauw University (1992), the Southern Illinois University School of Law (1996) and a Certification in Corporate Governance from the Institute for Executive Education at New York University School of Law.

Peter is admitted to practice in Illinois (1996) and California (2001), the U.S. Supreme Court (2003), the U.S. Court of Appeals for the Ninth Circuit (2001) and Third Circuit (2017), and the U.S. District Courts for the Northern District of California (2001), the Central District of California (2001), the Northern District of Illinois (2009), the District of Colorado (2003), the Eastern District of Wisconsin (2003), and the Western District of Wisconsin (2003).

| **Nancy A. Kulesa**<br>*Partner* | **New York** | • **Email: nkulesa@bfalaw.com**<br>• **Tel: +1 212 789 1343**<br>• **www.bfalaw.com/nancy-kulesa** |
|---|---|---|

Nancy Kulesa has extensive experience in complex litigation in federal and state courts, including securities litigation, Employee Retirement Income Security Act of 1974 (ERISA) litigation, consumer fraud litigation, mergers and acquisitions cases and antitrust litigation.

Nancy represents public pension funds, Taft-Hartley funds, and other institutional investors in securities class actions and derivative litigation. She has nearly two decades of assisting clients in identifying material losses in their securities portfolios caused by corporate wrongdoing. Nancy consults with institutional investors to help them monitor litigation and to evaluate opportunities for recovery. She also assists clients in evaluating whether to pursue an opt-out and in determining whether such action is likely to maximize recovery.

Nancy has been counsel in numerous high-profile securities fraud litigations which have recovered hundreds of millions of dollars for shareholders including:

- In re CIT Group Securities Litigation, 1:08-06613 (S.D.N.Y.) ($75 million)
- Klugmann v. American Capital Ltd., 09-cv-0005 (D. Md.) ($18 million)
- In re Nuvelo, Inc. Securities Litigation, 07-cv-4056 (N.D. Cal.) ($8.9 million)
- Bauer v. Prudential, Inc., 09-cv-1120 (JLL) (D. NJ) ($16.5 million)
- Carlson v. Xerox Corporation, 3:00CV01621 (ATW) (D Conn) ($750 million)
- Fragala v. 500.com Ltd., 2:15-cv-01463-MMM (C.D. Cal.) ($2.5 million)

Nancy represented a Taft-Hartley Fund in the historic settlement with Twenty-First Century Fox, Inc., regarding allegations surrounding workplace harassment incidents at Fox News which resulted in a $90 million derivative settlement and wide-ranging corporate governance reforms at the company.

Nancy has also represented consumers in complex, class action litigation involving false advertising and defective product claims including serving as court-appointed Lead Counsel in Logan Landes, et al, v. Sony Mobile Communications, et al., 17-cv-02264-JFB-SIL (EDNY) which resulted in settlement relief to consumers valued at over $6 million. In that litigation, the Honorable Joseph F. Bianco recognized the high quality of her work, "The quality of the representation, as I noted, has been extremely high, not just in terms of the favorable outcome in terms of the substance of the settlement, but in terms of the diligence and the hard work that has gone into producing that outcome.

Prior to joining BFA, Nancy was a partner at a well-established national securities litigation firm where she represented investors in securities class actions and created and directed the firm's Portfolio Monitoring Services practice. Nancy has experience in representing corporations seeking antitrust clearance of mergers and acquisitions and has also handled commercial litigation matters and contractual disputes.

Nancy frequently speaks on topics related to securities litigation and investor rights at educational forums for public pension funds and Taft-Hartley funds.

She is a member of the National Conference on Public Employee Retirement Systems ("NCPERS"), International Foundation of Employee Benefit Plans ("IFEBP"), Texas Association of Public Employee Retirement Systems ("TEXPERS"), Florida Public Pensions Trustees Association ("FPPTA"), Michigan Association of Public Employee Retirement Systems ("MAPERS") and Illinois Public Pension Fund Association ("IPFFA"). Nancy serves as an Officer to the National Association of Shareholder & Consumer Attorneys (NASCAT) as Treasurer.

| **ERIN WOODS**<br>*Partner* | **New York** | • **Email: ewoods@bfalaw.com**<br>• **Tel: +1 212 789 1353**<br>• **www.bfalaw.com/erin-woods** |
| --- | --- | --- |

Erin Woods leads the Firm's outreach to institutional investors in the United States, advising public pension funds and other entities on securities, antitrust, and consumer litigation. She also is a member of the Firm's U.S. Case Evaluation team.

Erin has more than ten years of experience in securities law and the class action industry. Prior to joining BFA, Erin was a Director of Business Development for the Garden City Group, where she provided both plaintiff and defense counsel comprehensive, accurate, and practical approaches to class action and mass tort settlement administration.

Erin worked with the BFA attorneys as an associate at Labaton Sucharow LLP prior to joining the Garden City Group, litigating securities class actions such as *In re Celestica Inc. Securities Litigation* ($30 million settlement); *In re NovaGold Resources Inc. Securities Litigation* ($26.6 million cross-border settlement) – at the time the largest ever class recovery under Canada's securities laws; and two related cases against OppenheimerFunds ($100 million settlement).

Erin earned a B.A. from Villanova University and a J.D. from Brooklyn Law School (2008). She is admitted to practice in New York (2009), the U.S. Courts of Appeals for the Ninth Circuit (2010) and Second Circuit (2011), and the U.S. District Court for the Southern District of New York (2009). She also is a member of the National Association of Public Pension Attorneys (NAPPA), the American Bar Association, the New York State Bar Association.

| **KENDRA SCHRAMM**<br>*Of Counsel* | **New York** | • **Email: kschramm@bfalaw.com**<br>• **Tel: +1 212 789 1358**<br>• **www.bfalaw.com/kendra-schramm** |
|---|---|---|

Kendra Schramm is a highly valued litigator with more than six years of experience prosecuting complex securities class actions. Kendra is a key member of the Firm's Non-U.S. Litigation and Claims Filing teams. She also assists the Client Reporting and Data Analysis team in assessing clients' loss exposure in both domestic and international matters.

Kendra acts as liaison counsel to institutional investors in securities and investment-related actions across the globe – including in Australia, Europe, and Japan. She provides highly pragmatic advice to sophisticated clients on the risks of participation in these cases, which often require a formal decision to pursue a claim. She is instrumental to BFA's outreach to institutional clients outside the United States. In addition, Kendra recently co-authored "A Look at Shareholder Remedies in Japan" in *Law360*, commenting on the evolving Japanese litigation regime.

Prior to joining the Firm, Kendra was an associate at Labaton Sucharow LLP, where she was a member of the team that recovered more than $1 billion in total

settlements in the landmark securities class action against American International Group and numerous related defendants. She also was instrumental in prosecuting the complex securities litigation against the Federal National Mortgage Association (Fannie Mae), which successfully alleged that investors' losses were caused by the defendants' misstatements and misconduct, rather than the recent financial crisis, and recovered $170 million.

Kendra earned a B.A. from New York University and a J.D. from Brooklyn Law School (2011), where she was an Associate Managing Editor of the *Journal of Law & Policy*. During law school, she served as a law clerk to the Honorable Elizabeth S. Stong, U.S. Bankruptcy Court Judge for the Eastern District of New York. She is admitted to practice in New York (2012), New Jersey (2012), the U.S. Supreme Court (2014), and the U.S. District Courts for the Southern District of New York (2012) and the District of New Jersey (2012).

| **ROSS SHIKOWITZ** *Of Counsel* | **New York** | • **Email: rshikowitz@bfalaw.com**<br>• **Tel: +1 212 789 1349**<br>• **www.bfalaw.com/ross-shikowitz** |
| --- | --- | --- |

For nearly a decade, Ross Shikowitz has been advising many of the world's largest and most sophisticated institutional investors concerning their rights and potential legal claims arising out of securities-related matters. He is a senior member of the firm's Client Monitoring and Case Evaluation Group in which he, together with a team of attorneys and financial analysts, develops and recommends legal strategies to the firm's clients. For his dedication to investors, Ross has consistently been named by Super Lawyers as a New York "Rising Star" in the area of securities litigation.

Prior to joining the firm, Ross was an associate at Bernstein Litowitz Berger & Grossmann LLP where he was a senior member of its New Matter Department. Ross was also an instrumental member of the litigation teams responsible for recovering hundreds of millions of dollars on behalf of injured investors that were misled when purchasing residential mortgage-backed securities. He also served as a member of the litigation team prosecuting the securities fraud class action against Volkswagen, which resulted in a recovery of $48 million for investors in

Volkswagen American Depositary Receipts. Ross also served as a member of the team litigating the securities class action concerning GT Advanced Technologies, which has resulted in $36.7 million in recoveries to-date.

Ross earned a B.A., *cum laude*, from Skidmore College, and an M.A. from Indiana University-Bloomington. He earned a J.D., *cum laude*, from Brooklyn law School (2010) where he worked as a research assistant to Brooklyn Law School Professor of Law Emeritus Norman Poser, a widely respected expert in international and domestic securities regulation. He also served as a judicial intern to the Honorable Brian M. Cogan of the Eastern District of New York, a legal intern for the Major Narcotics Investigations Bureau of the Kings Country District Attorney's Office, and a summer associate at a prominent defense firm.

| **SARA SIMNOWITZ**<br>*Special Counsel* | **New York** | • **Email: ssimnowitz@bfalaw.com**<br>• **Tel: +1 212 789 2309**<br>• **www.bfalaw.com/sara-simnowitz** |
|---|---|---|

Sara Simnowitz has focused her practice in complex commercial and securities litigation for fifteen years and brings significant trial experience to the Firm.

Sara is dedicated to prosecuting securities, antitrust, and consumer fraud class actions on behalf of institutional, municipal, and individual clients. Sara draws on her extensive litigation experience while playing a key role in prosecuting each of the firm's antitrust and consumer cases, including *In re Inductors Antitrust Litigation*; *In re: Facebook, Inc. Consumer Privacy User Profile Litigation; In re German Automotive Manufacturers Antitrust Litigation*; *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability*; *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig.*; *In re Disposable Contact Lens Antitrust Litigation*; *In re Packaged Seafood Antitrust Litigation*; and *In re Domestic Airlines Travel Antitrust Litigation*.

Before joining BFA, Sara was a senior associate at Arnold & Porter LLP, where she focused on complex commercial litigation. She previously practiced at Heller Ehrman LLP in New York and Foley Hoag LLP in Massachusetts, where she focused on complex commercial and securities litigation.

Sara earned a B.A., *summa cum laude*, from Brandeis University, a J.D. from the University of Chicago Law School (2001), and an M.A. from the London School of Economics and Political Science (2002). She is admitted to practice in Massachusetts (2002), New York (2006), the U.S. Supreme Court (2008), the U.S. Court of Appeals for the First Circuit (2003), and the U.S. District Courts for the District of Massachusetts (2002), the Southern and Eastern Districts of New York (2006), and the Western District of New York (2008).

| **ANNE DAVIS** *Associate* | **Oakland** | • **Email: adavis@bfalaw.com** • **Tel: +1 415 445 4016** • **www.bfalaw.com/anne-davis** |
|---|---|---|

Anne Davis joined BFA in 2018. She has a decade of experience litigating complex matters in both federal and state courts, including the courts of California, Delaware, and Kansas. She focuses her practice on complex investigations and litigation of antitrust, consumer, and securities matters.

Anne plays a key role in litigating *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* and *In re Inductors Antitrust Litigation*; as well as a member of the *In re German Automotive Manufacturers Antitrust Litigation* and *In re Domestic Airlines Travel Antitrust Litigation* teams. She recently co-authored *That's The Ticket – Game On For Plaintiffs Challenging Suppression of the Market For Football Broadcasts* for the September edition of the Antitrust, UCL and Privacy Section E-Brief for California Lawyer's Association, and *The Interplay of the European Union's General Data Protection Regulation and U.S. E-Discovery—One Year Later, the View Remains the Same*, which was published in the Spring 2019 edition of Competition.

Prior to joining BFA, Anne served as a Principal Counsel for Sales Practice Enforcement at the Financial Industry Regulatory (FINRA), where she, as appropriate, brought charges and negotiated resolutions or litigated formal actions pertaining to violations of FINRA, U.S. Securities and Exchange Commission (SEC), and Municipal Securities Rulemaking Board (MSRB) rules, and the federal securities laws by registered individuals and FINRA member firms.

Before FINRA, she was a senior associate at Morrison & Foerster, LLP, where she specialized in securities litigation and enforcement, complex civil litigation, and internal investigations. She also maintained a pro bono practice involving Title IX compliance in California public schools, litigation on behalf of prisoners asserting Section 1983 excessive force claims, and asylum claims.

Anne earned a B.A. with honors from DePaul University (2002), a M.A. (Political Science) from the University of Michigan (2006), and a J.D. from the University of Michigan Law School (2008). She is admitted to practice in California (2009), and the U.S. District Courts for the Northern (2010), Central (2011) and Eastern (2014) Districts of California and the Eastern District of Michigan (2019).

| **EVAN KUBOTA**<br>*Associate* | **New York** | • **Email: ekubota@bfalaw.com**<br>• **Tel: +1 212 789 1347**<br>• **www.bfalaw.com/evan-kubota** |
| --- | --- | --- |

Evan brings substantial experience in all stages of litigation, from pre-suit investigation and strategic advice through motion practice, discovery, trial, and appeal. His experience includes complex securities and derivative actions, bankruptcy confirmation and adversary proceedings, and regulatory investigations. Evan currently plays a key role in litigating *Alexandre Pelletier v. Endo International PLC, et al.* and *Ontario Teachers' Pension Plan Board, et al v. Teva Pharmaceutical Industries Ltd. et al*.

He has taken and defended numerous depositions, worked closely with damages and industry experts, and participated in several trials.

Prior to joining BFA, Evan was an associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP for nine years, where he litigated high-profile matters on behalf of financial institutions and issuers in a variety of industries. Representative matters include plaintiff's counsel in breach of contract, fraud and civil RICO litigations against a distressed insurance company; debtor's counsel in a leading media company's Chapter 11 bankruptcy, which eliminated over $1 billion in debt; and the defense of numerous RMBS-related litigations, arbitrations, and investigations in the wake of the financial crisis.

Evan earned a B.A. *cum laude* from the University of Florida in 2007, and a J.D. *cum laude* from Harvard Law School in 2010. Evan is admitted to practice in New York (2011) and the U.S. District Courts for the Southern and Eastern Districts of New York (2011).

| THAYNE STODDARD<br>*Associate* | New York | • **Email: tstoddard@bfalaw.com**<br>• **Tel: +1 212 789 1355**<br>• **www.bfalaw.com/thayne-stoddard** |
|---|---|---|

Thayne Stoddard is a capable litigator with experience in all aspects of litigation, including investigating and drafting claims, briefing dispositive and other motions, coordinating discovery efforts, and preparing for and attending trial. At BFA, Thayne primarily prosecutes complex securities fraud cases on behalf of institutional investors.

Prior to joining BFA, Thayne was an associate at Kirkland & Ellis LLP for over three years and represented clients in numerous securities class action, complex commercial, shareholder, and bankruptcy cases.

Thayne earned a B.A. from Yale University in 2007, a J.D. from Duke University School of Law in 2014, and a M.A. from Duke University in 2014. Thayne is admitted to practice in New York (2015) and the U.S. District Court for the Southern District of New York (2016).

| NICHOLAS DENNANY<br>*Associate* | New York | • **Email: ndennany@bfalaw.com**<br>• **Tel: +1 212 789 1354**<br>• **www.bfalaw.com/nicholas-dennany** |
|---|---|---|

Nicholas Dennany is a member of the Firm's U.S. Case Evaluation and U.S. Securities Litigation teams. He has more than a decade of litigation experience, with specific expertise in discovery matters and managing large-scale electronic document reviews. Nick has been responsible for both the legal and technical aspects of the discovery process, and has routinely overseen production and receipt of electronic discovery in major securities actions.

He was a member of the team that prosecuted *Genworth Financial* in the notoriously fast-paced jurisdiction of the Eastern District of Virginia. The case alleged that the defendants misled investors about the true state of the company's deteriorating long-term care business. BFA recovered $219 million for investors – the largest ever class action settlement in Virginia.

Nick was also a key contributor to the Firm's success in *MF Global*, in connection with the company's dramatic collapse on October 31, 2011. The plaintiffs secured several settlements totaling more than $234 million, resolving claims against MF Global's former officers and directors, several underwriter defendants, and MF Global's outside auditor.

Prior to joining the Firm, Nick worked with many of the attorneys now at BFA while at Labaton Sucharow LLP, where he was a member of the team that successfully prosecuted securities claims *In re Broadcom Corp. Securities Litigation* ($173.5 million settlement) and *In re NovaGold Resources Inc. Securities Litigation* ($26.6 million settlement).

Nick earned a B.A., *cum laude*, from the University of Florida and a J.D. from the University of Florida, Levin College of Law (2004). He is admitted to practice in New York (2006).

| **JOSHUA SAMRA**<br>*Associate* | **Oakland** | • **Email: jsamra@bfalaw.com**<br>• **Tel: +1 415 445 4017**<br>• **www.bfalaw.com/joshua-samra** |
|---|---|---|

Joshua Samra is an associate in the Firm's Antitrust and Consumer practice group. Josh currently plays a significant role in the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*.

Prior to joining BFA, Josh was a Deputy District Attorney in Contra Costa County. As a Deputy District Attorney, Josh oversaw all parts of criminal prosecutions, including filing complaints, preparing and arguing motions, interviewing witnesses, trying cases before a jury, and litigating post-trial appeals. During his time in the District Attorney's office, Josh prosecuted ten jury trials to verdict.

Josh earned his B.A. from the University of California Berkeley (2013) and his J.D. from the University of California Los Angeles (2016), where he served as an Associate Editor for the UCLA Law Review. Josh is admitted to practice in California (2016) and the U.S. District Courts for the Northern (2019) and Central Districts of California (2019) and the Eastern District of Michigan (2019).

| **ANGELICA ORNELAS** *Associate* | **Oakland** | • **Email: aornelas@bfalaw.com** <br> • **Tel: +1 415 445 4011** <br> • **www.bfalaw.com/angelica-ornelas** |
|---|---|---|

Angelica has substantial experience litigating class actions and other complex matters in federal courts across the country. Prior to joining BFA, Angelica was an associate at Girard Sharp, where she specialized in consumer protection and financial products litigation. While at Girard Sharp, Angelica served as co-class counsel in *Prather v. Wells Fargo Bank, N.A.*, representing individuals who received illegal automated calls and text messages from the bank. Angelica was also a member of the litigation team in *Daccache v. Raymond James Financial, Inc.*, brought on behalf of victims of the Jay Peak investment fraud—the largest in the history of the EB-5 visa program—and *Larson v. John Hancock Life Insurance Company (U.S.A)*, a certified class action alleging that John Hancock improperly inflated cost of insurance charges deducted from its customers' life insurance policies.

Before Girard Sharp, Angelica was a Fellow at the California Monitor Program, a program of the California Attorney General, where she worked closely with Congresswoman Katie Porter to ensure that the nation's five largest mortgage servicers delivered the relief Senator Kamala Harris negotiated for Californians as part of the landmark $25 billion National Mortgage Settlement.

Angelica earned an undergraduate degree from UC Los Angeles and completed a master's program at San José State University before receiving her law degree from UC Berkeley. After law school, she clerked for the United States District Court for the Northern District of California and the United States Bankruptcy Court for the District of Nevada.

Angelica is an active member of the Sedona Conference, Working Group 1 on Electronic Document Retention and Production. She recently presented at the California Employment Lawyers Association's Electronic Discovery Seminar on topics involving collection and production of electronically stored information and advanced search methodologies. Angelica is also a member of the Federal Bar Association and a Mentor for Centro Legal de la Raza's Youth Law Academy. She has been selected as a Northern California Rising Star every year since 2017 and was recently named to The National Trial Lawyers' list of "Top 40 Under 40 Civil Plaintiff Trial Lawyers in California."

| **FREDERICK WILLIAM GREEN**<br>*Senior Projects Associate* | **New York** | • **Email: wgreen@bfalaw.com**<br>• **Tel: +1 212 789 1348**<br>• **www.bfalaw.com/frederick-green** |
| --- | --- | --- |

Frederick William Green ('Will') joined the firm in 2014 and is currently a Senior Projects Associate. Will recently contributed to the Firm's discovery efforts in *In re Genworth Financial Inc. Securities Litigation*, managing the staff attorney discovery team from inception to settlement. The case alleged that Genworth, the largest seller of long-term care insurance in the U.S., misled investors about the true state of its deteriorating long-term care business. On May 1, 2015, U.S. District Judge James R. Spencer denied defendants' motion to dismiss. The parties reached a settlement of $219 million, establishing a record for securities litigations in the Eastern District of Virginia.

Will received a B.A. from Union College (2009) and a J.D. from Washington University in St. Louis (2013). Will is admitted to practice in New York (2015) and in Massachusetts (2013).

| | | |
|---|---|---|
| **FRANKLYN WILLIAMS**<br>*Senior Projects Associate* | **New York** | • **Email: fwilliams@bfalaw.com**<br>• **Tel: +1 212 789 1357**<br>• **www.bfalaw.com/franklyn-williams** |

Franklyn Williams brings nearly a decade of legal experience to his role as a Senior Projects Associate. As a Senior Projects Associate, Franklyn is an integral part of the team currently litigating *Ontario Teachers' Pension Plan Board, et al v. Teva Pharmaceutical Industries Ltd. et al*, which alleges that Teva fraudulently misled investors about its U.S. generics business, its financial performance, and its participation in a widespread generic drugs antitrust conspiracy. Prior to joining BFA, Franklyn served as a Team Leader on a variety of complex litigation. He was also contracted to serve as part of the team at Robbins Geller Rudman & Dowd that litigated *Beaver County Emps' Ret. Fund v. Tile Shop Holdings, Inc.*, resulting in a $9.5 million recovery.

Franklyn received his J.D. in 2006 from Boston University School of Law where he served as the Editor in Chief of the Boston University International Law Journal and participated in the Civil Litigation Clinic. Franklyn earned his BA in 2003 from Cornell University with a minor in Law & Society and majors in both government and philosophy. While attending Cornell, Franklyn externed with Judge Patricia Anne Williams of the Bronx County Supreme Court and summer interned with both NYC HRA Bureau of Fraud Investigation and NYC ACS Legal Division.

Franklyn is admitted to practice in New York (2008) and New Jersey (2007).

| | | |
|---|---|---|
| **JANELLE MOODY**<br>*Projects Associate* | **Oakland** | • **Email: jmoody@bfalaw.com**<br>• **Tel: +1 415 445 4006**<br>• **www.bfalaw.com/janelle-moody** |

Janelle Moody joined the firm in 2016 and is currently a Projects Associate in BFA's Oakland office. Janelle brings extensive experience in all phases of litigation to the Firm. She currently plays a significant role in managing discovery in *the In re Inductors Antitrust Litigation* and *In re Facebook, Inc. Consumer*

*Privacy User Profile Litigation*. Her role of providing strategic discovery advice was integral in the negotiation of electronic discovery issues in the *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Litigation*.

Janelle earned her J.D. from Northwestern School of Law at Lewis and Clark College (1997) and is admitted to practice in California (2003) and Oregon (1998).

| KATHERINE SULLIVAN<br>*Projects Associate* | Oakland | • Email: ksullivan@bfalaw.com<br>• Tel: +1 415 445 4014<br>• www.bfalaw.com/katherine-sullivan |
|---|---|---|

Katherine Sullivan ('Kasey") joined the firm in 2016 and is currently a Projects Associate in BFA's Oakland office. Kasey brings nearly two decades of experience to BFA. She currently plays a significant role in managing third party discovery in the *In re Domestic Airlines Travel Antitrust Litigation* and *In re Facebook, Inc. Consumer Privacy User Profile Litigation*.

Kasey earned her J.D. from Northwestern University School of Law (1999), and is admitted to practice in California (2000).

| SYLVIA SUM<br>*Staff Associate* | Oakland | • Email: ssum@bfalaw.com<br>• Tel: +1 415 445 4003<br>• www.bfalaw.com/sylvia-sum |
|---|---|---|

Sylvia Sum joined the firm in 2016, and is a staff associate at BFA's Oakland office where she focuses on prosecuting consumer and anti-trust class actions. Sylvia brings over twenty years of experience to BFA. She has played a meaningful role in litigating several matters including *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*; *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation*; and *In re German Automotive Manufacturers Antitrust Litigation*. In each of these litigations Sylvia's German language skills have been critical in analyzing the evidence underlying plaintiffs' claims.

Sylvia earned her J.D. from the UCLA School of Law (1997), and is admitted to practice in California (2000) and Oregon (1997).

| **GLEN TSURUDOME**<br>*Staff Associate* | **Oakland** | • **Email: gtsurudome@bfalaw.com**<br>• **Tel: +1 415 789 1348**<br>• **www.bfalaw.com/glen-tsurudome** |
|---|---|---|

Glen Tsurudome joined BFA's Oakland office in 2019 where he is currently a Staff Associate. Glen brings over a decade of experience to his role as staff associate at BFA's Oakland office where he focuses on prosecuting consumer and antitrust class actions. Glen is a key member of the team litigating the *In re Inductors Antitrust Litigation* where his Japanese language skills have played a critical role in investigating plaintiffs' claims.

Glen received a B.A. (2005) from the University of California, San Diego and a J.D. from the University of San Francisco School of Law (2005). Glen has also completed the Yamasa Institute Academic Intensive Japanese Program (2012). Glen is admitted to practice in California (2005).

| **Tracey Sheak**<br>*Marketing Director* | **New York** | • **Email: tsheak@bfalaw.com**<br>• **Tel: +1 212 789 1356**<br>• **www.bfalaw.com/tracey-sheak** |
|---|---|---|

Tracey is actively involved in the firm's plans and presentations at industry events, conferences, and organizations including the National Conference on Public Employee Retirement Systems (NCPERS), International Foundation of Employee Benefit Plans (IFEBP), as well as many state pension associations, including Texas, Massachusetts, Michigan, Florida, Georgia and Illinois.

A seasoned marketing professional, Tracey has nearly two decades of experience working closely with attorneys and assisting them to expand and enhance the firm's outreach. She also works with firm leadership on a variety of strategic initiatives to further the firm's leading brand and market position.

Outside the firm, Tracey is a successful entrepreneur and founder and president of a high-quality cosmetic and medicinal herbal product line. She has been involved

in her communities for many years, volunteering time with organizations including Massachusetts Special Olympics, Hole in the Wall Gang Camp SCUBA Experience, and St. Vincent De Paul warming shelters along with many local and global environmental and humanitarian initiatives. Tracey resides in Connecticut where she raised her family and still enjoys many outdoor sports and activities along the shore.

| **CHRISTOHER CAPUOZZO** *Senior Data Analyst* | **New York** | • **Email: ccapuozzo@bfalaw.com**<br>• **Tel: +1 212 789 2307**<br>• **www.bfalaw.com/christopher-capuozzo** |
|---|---|---|

Christopher Capuozzo has over a decade of experience in the securities class action filed. Chris is a member of the Firm's Client Reporting and Data Analysis team, contributing to BFA's Global Investment Monitoring Program and analyzing clients' loss exposure to financial fraud across the global marketplace. He also is a member of the Firm's Claims Filing team, and is instrumental in the preparation of claim documents on behalf of eligible clients. His financial analysis assists in the identification and evaluation of potential opportunities for the Firm's clients to serve as lead plaintiff, participate in direct actions, join actions outside the United States, and recover from settled matters.

Prior to joining BFA, Chris was a Data Analytics Manager at Labaton Sucharow LLP, where he managed a team of analysts providing portfolio monitoring services to the firm's client base, and also a Research Analyst at the Goal Group of Companies, a global leader in class action recovery services. Chris began his career at the Garden City Group, a prominent claims administrator, where he processed electronically filed claims from leading financial institutions.

| For more information, please visit: www.bfalaw.com |
|---|