# EXHIBIT A

# Katrina Carroll

**CARLSON LYNCH**

## CONTACT

☎ 312-750-1591

✉ kcarroll@carlsonlynch.com

Carlson Lynch LLP
111 West Washington Street
Suite 1240
Chicago, IL 60602

## EDUCATION

Seton Hall University School of Law, *Juris Doctor*,
June 2000

Northwestern University
*Bachelor of Arts in Political Science, with honors*,
June 1997

## JUDICIAL RECOGNITION

During the final approval hearing in a products liability MDL where Ms. Carroll served as Co-Lead Counsel, the Honorable Amy J. St. Eve of the United States District Court for the Northern District of Illinois, now a sitting Justice of the Seventh Circuit, praised her as a "*model I wish all lawyers would follow*."

## LEGAL EXPERIENCE

Partner                                                                 *June 2019-present*
*Carlson Lynch LLP, Chicago, Illinois*

Co-Chair of the firm's Executive Management Committee and founder of Chicago office. Career litigation history of over one hundred class actions, resulting in over $1 billion in recoveries. Represents plaintiffs in leadership roles in privacy, product defect, consumer fraud and antitrust cases. Caseload includes a major environmental class action involving nuclear contamination and extensive property damage. Serves as lead decision-maker on litigation strategy and manages team of junior attorneys and support staff. Maintains vast network of co-counsel relationships with leading class action practitioners across the country.

Member                                                              *March 2007-June 2019*
*Lite DePalma Greenberg, Chicago, Illinois*

Re-joined former firm, became Member as of January 2010 and pioneered firm's Chicago office. Developed and managed extensive caseload of class action matters and a demonstrated track record of success. Obtained personal counsel appointments in lead, executive and liaison roles.

Associate                                                            *July 2005-March 2007*
*Much Shelist, P.C., Chicago, Illinois*

Worked on various class action cases with primary emphasis on securities fraud and antitrust litigation. Extensively involved in all phases of litigation including briefing, preparation of pleadings and e-discovery.

Associate                                                          *December 2001-July 2005*
*Lite DePalma Greenberg, LLC, Newark, New Jersey*

Served as lead associate on firm's largest securities class actions, including *In re Motorola Securities Litigation* (N.D. Ill.) and in *In re Tenet Healthcare Corp. Securities Litigation* (C.D. Cal.), which settled for hundreds of millions of dollars. Acted as liaison counsel in dozens of securities, ERISA, antitrust and consumer matters.

Associate                                                        *November 2000-December 2001*
Law Clerk                                                          *June 1998-November 2000*
*Killian & Salisbury, P.C., Clark, New Jersey*

Practiced at a litigation boutique specializing in plaintiff-side complex litigation, including insurance coverage litigation for environmental liability.



## BAR ADMISSIONS

State Courts:
*Illinois*
*New Jersey*

Federal Courts:
*Seventh Circuit Court of Appeals*
*Third Circuit Court of Appeals*
*Northern District of Illinois*
*Central District of Illinois*
*Southern District of Illinois*
*Northern District of Ohio*
*District of Colorado*

## AWARDS

Top 25 Class Action Trial Lawyers in the State of Illinois, National Trial Lawyers Association: 2018-present

Illinois Super Lawyers: 2018-present

## MEMBERSHIPS

Law360 Products Liability Litigation Editorial Advisory Board, Board Member (2020)

Advisory Board of Loyola University School of Law Institute for Consumer and Antitrust Studies, Board Member (2017-present)

American Bar Association, Member

Chicago Bar Association, Member

American Association for Justice, Member

The John C. Lifland American Inn of Court, Member (2003)

## SPEAKING ENGAGEMENTS

*"The Shifting Ground on Standing Issues in Consumer Law,"* Chicago Bar Association, Chicago, IL, March 2020.

*"The Interplay of Depositions & E-Discovery,"* Complex Litigation E-Discovery Forum, Minneapolis, MN, September 2019.

*"Supreme Court Roundup: Latest Decisions on Arbitration, Standing, and Class Management,"* Mass Torts Made Perfect Conference, Las Vegas, NV, April 2019.

*"Class Actions and Jurisdiction: Significant Developments After Bristol-Meyers Squibb,"* 30th National Forum on Consumer Finance Class Actions and Government Enforcement, American Conference Institute, Chicago, IL, July 2019.

*"Ethical Issues in Class Actions: Finding Plaintiffs, Problems in Settlement Negotiation, Recent Ethics Cases,"* Mass Torts Made Perfect Conference, Las Vegas, NV, October 2018.

*"New Adventures in Personal Jurisdiction,"* Class Action Mastery Program, HB Litigation Conferences, New York, NY, May 2018.

*"You Can't Please All of the People—Or How to Settle Class Actions,"* American Bar Association Section of Litigation Annual Conference, San Diego, CA, May 2018.

*"Class Action Settlement Developments,"* Practicing Law Institute Consumer Financial Services Institute, Chicago, IL, May 2018.

*"The Next Generation of Women Trial Lawyers"* panel presented at "May it Please the Court: Symposium on Women Lawyers in the Courtroom," United States District Court for the Northern District of Illinois, Chicago, IL, April 2018.

*"Forcing the Issue: Mandatory Arbitration,"* Consumer Law Review Symposium, Loyola University School of Law, Chicago, IL, April 2017.

*"Class Actions in the Trump Presidency,"* Chicago Bar Association, Chicago, IL, February 2017.

Class Action Panel Discussion, American Association for Justice Annual Convention, Los Angeles, CA, July 2016.

*"Checking In On Discovery Under the New Federal Rules,"* Chicago Bar Association, Chicago, IL, June 2016.

*"Class Action Settlements,"* Perrin Class Action Litigation Conference, Chicago, IL, May 2015.

Class Action Panel Discussion, 18th Annual National Institute on Class Actions, American Bar Association, Chicago, IL, October 2014.

*"The Ethics of Class Action Settlements,"* Chicago Bar Association, Chicago, IL, June 2014.



# REPRESENTATIVE MATTERS

**Current Cases**

*Bishop v. Behr Process Corp.*, No. 1:17-cv-4464 (N.D. Ill.) (Co-Lead Counsel; products liability).

*Bakov v. Consolidated World Travel Inc.*, No. 1:15-cv-02980 (N.D. Ill.) (Co-Lead Counsel; privacy).

*Steward et al. v. Honeywell Int'l, Inc.*, No. 3:18-cv-01124 (S.D. Ill.) (environmental contamination).

**Past Cases**

*In Re: Rust-Oleum Restore Mkt'g, Sales Pracs. and Prods. Liab. Litig.*, No. 1:15-cv-1364 (N.D. Ill.) (Co-Lead Counsel; products liability MDL).

*Albrecht v Oasis Power, LLC*, No. 1:18-cv-01061 (N.D. Ill.)(Co-Lead Counsel; privacy).

*Mednick v. Precor, Inc.*, No. 14-cv-03624 (N.D. Ill.) (Co-Lead Counsel; products liability).

*In re Community Health Sys., Inc.*, No. 15-cv-222 (N.D. Al.) (Executive Committee; data breach MDL).

*In re Ashley Madison Cust. Data Security Breach Litig.*, No. 4:15-md-2669 (E.D. Mo.) (Executive Committee; data breach MDL).

*Storm et al. v. Paytime, Inc.*, No. 1:14-cv-1138 (M.D. Pa.) (data breach).

*Greater Chautauqua Fed. Credit Union v. Kmart Corp et al.*, No. 1:15-cv-2228 (N.D. Ill.) (Liaison Counsel; data breach).

*Lewert v. PF Chang's China Bistro, Inc.,* No. 1:14-cv-04787 (N.D. Ill.) (Co-Lead Counsel; data breach).

*In re Life Time Fitness, Inc., Tel. Consumer Prot. Act (TCPA) Litig.*, No. 14-md-2564 (D. Minn.) (Co-Lead Counsel; privacy MDL).

*Keith v. Ferring Pharm., Inc.*, No. 15-cv-10381(Co-Lead Counsel; products liability).

*In re JP Morgan Chase Mortgage Modification Litigation*, No. 1:11-md-2290 (D. Mass.) (mortagage modification MDL).

*In re Tenet Healthcare Corp. Securities Litigation,* No. 02-cv-8462 (C.D. Cal.) (securities fraud).



# REPORTED OPINIONS

*Bakov v. Consol. World Travel, Inc.*, No. 15 C 2980, 2019 WL 1294659 (N.D. Ill. Mar. 21, 2019) (certifying TCPA class of Illinois residents).

*Alea v. Wilson Sporting Goods Co.*, No. 17 C 498, 2017 WL 5152344 (N.D. Ill. Nov. 7, 2017) (sustaining claims in warranty and consumer fraud class action).

*Nicks v. Koch Meat Co.*, No. 16-CV-6446, 2017 WL 2080420 (N.D. Ill. May 15, 2017) (in class action under the Fair Labor Standards Act, denying defendants' complex jurisdictional motion in its entirety).

*Mednick v. Precor, Inc.*, No. 14 C 3624, 2017 WL 1021994 (N.D. Ill. Mar. 16, 2017) (certifying multi-state consumer fraud class in product defect case).

*Keith v. Ferring Pharm., Inc.*, No. 15 C 10381, 2016 WL 5391224 (N.D. Ill. Sept. 27, 2016) (allowing most claims in fertility drug class action).

*Salam v. Lifewatch, Inc.*, No. 13 CV 9305, 2016 WL 8905321 (N.D. Ill. Sept. 6, 2016) (certifying national TCPA class).

*Lewert v. P.F. Chang's China Bistro, Inc.*, 819 F.3d 963 (7th Cir. 2016) (district court erred in dismissing data breach-related claims for lack of standing).

*In re Rust-Oleum Restore Mktg., Sales Practices & Prod. Liab. Litig.*, 155 F. Supp. 3d 772 (N.D. Ill. 2016) (sustaining majority of plaintiffs' claims in defective products MDL; *opinion cited over 200 times*).

*Norberg v. Shutterfly, Inc.*, 152 F. Supp. 3d 1103 (N.D. Ill. 2015) (finding jurisdiction against defendant and that plaintiff stated a claim under the Illinois Biometric Information Privacy Act).

*In re Life Time Fitness, Inc., Tel. Consumer Prot. Act (TCPA) Litig.*, 847 F.3d 619 (8th Cir. 2017) (sustaining class settlement and fee award).

*Mednick v. Precor, Inc.*, No. 14 C 3624, 2014 WL 6474915 (N.D. Ill. Nov. 13, 2014)(permitting consumer fraud and warranty claims relating to defective heart rate monitoring equipment).

*Shelton v. Restaurant.com, Inc.*, 214 N.J. 419 (N.J. 2013) (answering certified questions regarding New Jersey's Truth in Consumer Contract, Warranty and Notice Act ("TCCWNA")).

*New Jersey v. Sprint Corp.*, 531 F. Supp. 2d 1273 (D. Kan 2008) (sustaining complaint for securities fraud under *Tellabs* standard).

*In re Motorola Securities Litig.*, 505 F. Supp. 2d 501, 504 (N.D. Ill. 2007) (denying in substantial part defendants' motions for summary judgment in certified nationwide securities fraud class action; case settled on eve of trial for $190 million).