IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, | MDL No. 2948 |
| | Master Docket No. 20-cv-4699 |
| | Judge John Z. Lee |
| This Document Relates to All Cases | Magistrate Judge Sunil R. Harjani |

## NOTICE IN SUPPORT OF MOTION TO APPOINT KATRINA CARROLL AND JONATHAN M. JAGHER AS CO-LEAD COUNSEL AND TO APPOINT THEIR PROPOSED PLAINTIFFS' LIAISON COUNSEL AND PLAINTIFFS' STEERING COMMITTEE

Plaintiff L.M., a minor, by and through Guardian S.M.., respectfully supports the appointment of Katrina Carroll of Carlson Lynch, LLP ("Ms. Carroll") and Jonathan M. Jagher, Esq. of Freed Kanner London & Millen LLC ("Mr. Jagher") as Co-Lead Counsel ("Proposed Co-Lead Counsel"), Beth Fegan of Fegan Scott LLC as Plaintiffs' Liaison Counsel, and Robert M. Foote of Foote, Mielke, Chavez & O'Neil, LLC, James B. Zouras of Stephan Zouras, LLP, Michael Gervais of Susman Godfrey L.L.P., Tina Wolfson of Ahdoot & Wolfson, P.C., and Joseph P. Guglielmo of Scott+Scott Attorneys at Law LLP, for the Plaintiffs' Steering Committee ("PSC").

Proposed Co-Lead Counsel are well-qualified to represent the proposed class under the criteria established for selection of lead counsel by Fed. R. Civ. P. 23(g)(1)(A) and the factors highlighted by this Court.

First, Proposed Co-Lead Counsel have demonstrated expertise in successfully managing complex MDL litigation, have incredible experience and expertise litigating complex class action cases generally - and particularly in cases under privacy law and/or Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS/14 – and have represented that they are willing and available to commit time and financial resources to this important project.

Second, and importantly, to date, in this case, Katrina Carroll and Jonathan M. Jagher have

1

been beyond cooperative, inviting the other class action attorneys, including undersigned counsel, to coordinate in an organized fashion. From the minute the mediation opportunity presented itself, Proposed Co-Lead Counsel swiftly and efficiently worked to put together a formidable team of experienced class action attorneys, so that the unique opportunity to resolve the case did not elude the class members.

Third, Katrina Carroll and Jonathan M. Jagher have devoted a significant amount of time already to this case and have indicated they are willing and able to devote nearly all of their time to this case in the future. The additional members of the leadership structure are also willing and available to commit to this project, and have participated meaningfully to date.

Fourth, this team went on to achieve a settlement in principal, and now Katrina Carroll and Jonathon M. Jagher should be appointed Co-Lead Counsel to bring the settlement in principal to final approval. Should the settlement in principal not proceed to preliminary and/or final approval, Proposed Co-Lead Counsel and their team, as indicated above, are well-suited to litigate this case to judgment.

For the foregoing reasons, Plaintiff L.M. a minor, by and through Guardian S.M.., respectfully supports the appointment of Ms. Carroll and Mr. Jagher as Proposed Co-Lead Counsel and their proposed PSC and Liaison Counsel pursuant to Rule 23(g).

Date:  9/8/2020           By:            /s/      James G. Onder
                                James G. Onder #06200444
                                ONDERLAW, LLC
                                110 E. Lockwood Ave, 2nd Floor
                                St. Louis, MO 63119
                                Toll Free: 866.828.4699
                                Office: 314.963.9000
                                Fax: 314.963-1700
                                Email: Onder@onderlaw.com

                                **ATTORNEYS FOR PLAINTIFF IN L.M.
                                V. TIKTOK, INC.**

## **CERTIFICATE OF SERVICE**

      I, James G. Onder, hereby certify that on September 8, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

                                      By:    /s/    *James G. Onder*
                                                         **JAMES G. ONDER**