IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, | ) ) MDL No. 2948 ) ) Master Docket No. 20 C 4699 ) ) Judge John Z. Lee ) |
| This Document Relates to All Cases | ) Magistrate Judge Sunil R. Harjani ) |

## NOTICE OF FILING AND SERVICE

TO: All parties registered to receive notice in this matter via the Court's CM/ECF System.

Please take notice that on September 9, 2020, in the matter of *T.K. v. ByteDance Technology Co., Ltd.*, No. 1:19-cv-7915 (N.D. Ill.) (Blakey, J.), I caused to be filed: (a) Objector Mark S.'s Motion for Enforcement of Preliminary Injunction and for Reassignment and Consolidation of the Related TikTok MDL (Dkt. 51); and (b) Objector Mark S.'s Memorandum in Support of Motion for Enforcement of Preliminary Injunction and for Reassignment and Consolidation of the Related TikTok MDL (Dkt 52), copies of which are submitted with this Notice.

Dated: September 9, 2020

Respectfully submitted,

MARK S.

By: /s/ Scott R. Drury
SCOTT R. DRURY
*One of the attorneys for Mark S.*

Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mike@loevy.com
drury@loevy.com

## CERTIFICATE OF SERVICE

I, Scott R. Drury, an attorney, hereby certify that, on September 9, 2020, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Scott R. Drury
*One of the attorneys for Mark S.*