# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| T.K., THROUGH HER MOTHER, SHERRI LESHORE, and A.S., THROUGH HER MOTHER, LAURA LOPEZ, individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| | Case No. 19 C 7915 |
| Plaintiffs, ) ) | Judge John Robert Blakey |
| vs. ) ) | Magistrate Judge M. David Weisman |
| BYTEDANCE TECHNOLOGY CO., LTD., MUSICAL.LY INC., MUSICAL.LY THE CAYMAN ISLANDS CORPORATION, and TIKTOK, INC., ) ) ) ) ) ) | |
| Defendants. ) | |

**OBJECTOR MARK S.'s MOTION FOR ENFORCEMENT OF
PRELIMINARY INJUNCTION AND FOR REASSIGNMENT
AND CONSOLIDATION OF THE RELATED TIKTOK MDL**

For the reasons set forth in Objector Mark S.'s Motion for Enforcement of Preliminary Injunction and for Reassignment and Consolidation of the Related TikTok MDL, filed contemporaneously herewith, pursuant to Federal Rules of Civil Procedure 42(a) and 71 and Local 40.4, as well as the Court's inherent powers, Objector Mark S., by his attorneys, respectfully moves the Court to: (a) enforce its December 19, 2019 preliminary injunction prohibiting members of the settlement class from filing certain claims; (b) find that the related multidistrict litigation captioned *In re: TikTok, Consumer Privacy Litig.*, No. 1:20-cv-4699 (MDL 2948) (N.D. Ill.) (Lee, J.) (the "TikTok MDL") is related to this case; (c) reassign the TikTok MDL to this Court; and (d) consolidate the TikTok MDL herewith. As an alternative to reassignment and consolidation, Objector respectfully requests that the Court informally coordinate with Judge Lee to ensure the just and proper administration of this case and the TikTok MDL.

1

WHERFORE, Objector Mark S. respectfully requests that the Court: (a) enforce its preliminary injunction; (b) find that the TikTok MDL is related to this case; (c) reassign the TikTok MDL to this Court; and (d) consolidate the TikTok MDL herewith. As an alternative to reassignment and consolidation, Objector respectfully requests that the Court informally coordinate with Judge Lee to ensure the fair and proper administration of these overlapping matters.

Dated: September 9, 2020                                  Respectfully submitted,

                                                                                      MARK S.

                                        By:    /s/ Scott R. Drury
                                                       SCOTT R. DRURY
                                                       *One of the attorneys for Mark S.*

Mike Kanovitz
Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mike@loevy.com
drury@loevy.com

## **CERTIFICATE OF SERVICE**

I, Scott R. Drury, an attorney, hereby certify that, on September 9, 2020, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Scott R. Drury
*One of the attorneys for Mark S.*

Case 1:09-cv-04595 Document #: 591 Filed: 09/09/20 Page 4 of 4 PageID #:2053