# EXHIBIT 8

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | MDL Docket No. 2948 |

## NOTICE OF RELATED ACTIONS

Pursuant to Rules 1.1(h) and 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant TikTok, Inc. ("TikTok") gives notice of the following related actions:

1. *H.S., a Minor, through her Guardian, J.S., individually and on behalf of all others similarly situated, v. TikTok, Inc., Beijing Bytedance Technology Co. Ltd, Musical.ly, and ByteDance, Inc.*, 1:20-cv-03007 (N.D. Ill.) (Hon. John Z. Lee), filed May 20, 2020.

2. *M.E., through her guardian, Anna Marie Emmerich, individually and on behalf of all others similarly situated, v. TikTok Inc., and ByteDance Inc.*, 4:20-cv-03555-DMR (N.D. Cal.) (Magistrate Judge Donna M. Ryu), filed May 27, 2020.

3. *L.M., a minor through Guardian, S.M., individually and on behalf of all others similarly situated, v. TikTok Inc. and ByteDance Inc.*, 3:20-cv-00498-RJD (S.D. Ill.) (Magistrate Judge Reona J. Daly), filed June 4, 2020.

Copies of the docket sheets and complaints for each action are submitted with this Notice. The actions contain questions of fact and law that are common to the matters listed on the Schedule of Actions previously submitted by Plaintiff (Dkt. No. 1-2) and identified in subsequent Notices of Related Actions (Dkt. Nos. 13, 24), and are premised on the same core issues as the other actions pending before the Panel. These actions are therefore related actions for purposes of these proceedings.  For example:

-1-

The *H.S.* action alleges violations of the Illinois Biometric Information Privacy Act ("BIPA") on behalf of a class of minor Illinois residents based on TikTok Defendants' alleged unlawful collection, storage, dissemination, and use of TikTok App users' biometric identifiers. This action has already been related to and consolidated with *E.R. v. TikTok, Inc., et al.,* 1:20-cv-02810 (N.D. Cal.), before Hon. John Z. Lee, which is among the actions included in this MDL.

The *M.E.* action alleges violations of BIPA on behalf of a class of Illinois residents based on defendants TikTok, Inc. and ByteDance, Inc.'s alleged unlawful collection, storage, use, and disclosure of TikTok App users' biometric information.

The *L.M.* action alleges violations of BIPA on behalf of a class of minor Illinois residents based on defendants TikTok, Inc. and ByteDance, Inc.'s alleged unlawful collection, storage, use, and disclosure of TikTok App users' biometric information.

Dated:  June 5, 2020          By:    /s/  *Anthony J Weibell*

                              Anthony J Weibell
                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation
                              650 Page Mill Road
                              Palo Alto, CA 94304-1050
                              Telephone:  (650) 493-9300
                              Facsimile:   (650) 565-5100
                              Email: aweibell@wsgr.com

                              *Attorneys for all Defendants*