# EXHIBIT 11

| | |
|---|---|
| **From:** | Weibell, Tony |
| **To:** | Scott Drury |
| **Cc:** | Michael Kanovitz |
| **Subject:** | RE: T.K. v. ByteDance Technology Co., Ltd. |
| **Date:** | Wednesday, September 2, 2020 12:20:08 AM |

Hi Scott,

It is public knowledge that VPPA claims are covered by the MDL settlement because VPPA claims have been publicly asserted in the MDL, and the settling parties have publicly said that the settlement covers all claims asserted in the MDL. I have not discussed or disclosed any confidential settlement terms to any counsel in the TK litigation. Nor do I intend to until that settlement is public.

Hope that helps.

Tony

**From:** Scott Drury <drury@loevy.com>
**Sent:** Tuesday, September 1, 2020 7:09 PM
**To:** Weibell, Tony <aweibell@wsgr.com>
**Cc:** Michael Kanovitz <mike@loevy.com>
**Subject:** T.K. v. ByteDance Technology Co., Ltd.

[External]
Tony:

On August 28, 2020, the Plaintiffs represented in their supplemental filing that "Defendants' counsel in this case indicates that the MDL settlement encompasses the Video Privacy Protection Act claims purportedly at issue in this case." (Dkt. 49 at 2). It is my understanding that you have not revealed any details of any contemplated settlement in the TikTok MDL to Plaintiffs' counsel in the above-referenced matter. It is my further understanding that you have not indicated, represented or otherwise stated to Plaintiffs' counsel that the "MDL settlement encompasses the Video Privacy Protection Act claims" at issue in the above-referenced matter. Can you please confirm that my understanding is accurate? I understand that you are not in position to disclose terms of any settlement, and I am not requesting that information.

--Scott

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.