# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: TIKTOK, Inc., a Consumer Privacy Litigation

Case Number: 20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff A.J., through her guardian Aaron Johnson

Attorney name (type or print): Julia Q. Peng

Firm: Cotchett, Pitre & McCarthy LLP

Street address: 840 Malcolm Road, Suite 200

City/State/Zip: Burlingame, CA 94010

Bar ID Number: CA Bar No. 318396
(See item 3 in instructions)

Telephone Number: 650-697-6000

Email Address: jpeng@cpmlegal.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 10, 2020

Attorney signature: S/ Julia Q. Peng
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015