# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                                                Plaintiff,

v.                                                    Case No.: 1:20–cv–04699
                                                             Honorable John Z. Lee

TikTok Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2020:

      MINUTE entry before the Honorable John Z. Lee: Defendants' response to Plaintiff M.G.'s motion for temporary restraining order [62] is stricken as moot. By order dated 9/11/20, the Court struck Plaintiff M.G.'s motion for temporary restraining order for failure to comply with Case Management Order No. 1. See M.G. v. TikTok Inc. et al., No. 20C5305, ECF No. 8. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.