# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: TIKTOK, Inc., a Consumer Privacy Litigation

Case Number: 20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:

Gilda Avila (on behalf of minor A.R.); SEE ATTACHMENT

Attorney name (type or print): Shannon M. McNulty

Firm: Clifford Law Offices, P.C.

Street address: 120 N. LaSalle Street, Suite 3100

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6281984
(See item 3 in instructions)

Telephone Number: 312-899-9090

Email Address: smm@cliffordlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 11, 2020

Attorney signature: S/ Shannon M. McNulty
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**An appearance is hereby filed by the undersigned as attorney for:**

Mikhaila Woodall on behalf of minors C.W. and I.W.

Misty Hong

Meghan Smith

Laurel Slothower on behalf of minor A.S.

Lynn Pavalon on behalf of minor R.P.

Cherise Slate on behalf of minor P.S.

Brenda Washington on behalf of minor M.W.