# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: In Re: TikTok, Inc., Consumer Privacy Litigation

Case Number: 20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:
Morgan Kukovec

Attorney name (type or print): Elizabeth Chavez

Firm: Foote, Mielke, Chavez & O'Neil, LLC

Street address: 10 West State Street, Suite 200

City/State/Zip: Geneva, IL 60134

Bar ID Number: 6323726
(See item 3 in instructions)

Telephone Number: 630-232-7450

Email Address: ecc@fmcolaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/11/2020

Attorney signature: S/ Elizabeth C. Chavez

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015