## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: TikTok Inc. Consumer Privacy Litigation

Case Number: 20-cv-4699

An appearance is hereby filed by the undersigned as attorney for:
E.R., a Minor, through her Guardian, L.H.

Attorney name (type or print): Anthony M. Carter

Firm: Tostrud Law Group, P.C.

Street address: 1925 Century Park East, Suite 2100

City/State/Zip: Los Angeles, CA 90067

Bar ID Number: Virginia Bar No. 39736
(See item 3 in instructions)

Telephone Number: (310) 278-2600

Email Address: acarter@tostrudlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 11, 2020

Attorney signature: S/ Anthony M. Carter
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015