**EXHIBIT A**

# COURT ADMISSION – PHILIP L. FRAIETTA

| COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| New York Bar | 02/25/2015 | Yes |
| New Jersey Bar | 10/31/2014 | Yes |
| United States Court of Appeals for the Second Circuit | 02/25/2015 | Yes |
| United States District Court for the Southern District of New York | 03/10/2015 | Yes |
| United States District Court for the Eastern District of New York | 03/10/2015 | Yes |
| United States District Court for the Northern District of New York | 02/26/2018 | Yes |
| United States District Court for the Western District of New York | 08/14/2018 | Yes |
| United States District Court for the Eastern District of Michigan | 06/23/2016 | Yes |
| United States District Court for the Western District of Michigan | 1/29/2019 | Yes |
| United States District Court for the District of New Jersey | 11/20/2014 | Yes |