U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: In Re: TikTok Inc. Consumer Privacy Litigation

Case Number: 1:20-cv-04699

An appearance is hereby filed by the undersigned as attorney for: Plaintiffs D.M. and A.M., minors, by and through their guardian, Porchia Heidelberg, A.O., a minor, by and through his guardian, Jasmin Beverly, and M.P., a minor, by and through her guardian, Requeenis Gilder in case no. 3:20-cv-03185 (N.D. Ca.)

Attorney name (type or print): Benjamin F. Johns

Firm: Chimicles Schwartz Kriner & Donaldson-Smith LLP

Street address: 361 W. Lancaster Avenue

City/State/Zip: Haverford, PA 19041

Bar ID Number: 201373
(See item 3 in instructions)

Telephone Number: 610-642-8500

Email Address: bfj@chimicles.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 14, 2020

Attorney signature: S/ Benjamin F. Johns
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015