## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

## NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Philip L. Fraietta, hereby withdraw my motion for admission *pro hac vice* (Dkt. 71). The motion was filed inadvertently and is not necessary pursuant to CMO-1, Paragraph 5. I apologize for this oversight.

Dated: September 14, 2020

Respectfully submitted,

/s/  *Philip L. Fraietta*

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com

*Counsel for Plaintiff, by and through his father and legal guardian Bartosz Grabowski, and the Putative Class*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/   *Philip L. Fraietta*