# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,** | MDL No. 2948 |
| | Master Docket No. 20 C 4699 |
| | Judge John Z. Lee |
| **This Document Relates to All Cases** | Magistrate Judge Sunil R. Harjani |

### OBJECTION TO EKWAN E. RHOW'S APPLICATION FOR CO-LEAD COUNSEL AND NOMINATION OF MEGAN JONES AS CO-LEAD COUNSEL, KARA WOLKE, DAVID GIVEN, AND AMANDA KLEVORN AS MEMBERS OF THE PLAINTIFFS' STEERING COMMITTEE, AND SHANNON MCNULTY AS LIAISON COUNSEL

Chimicles Schwartz Kriner & Donaldson-Smith LLP ("CSKD"), co-counsel for Plaintiffs along with Girard Sharp LLP ("Girard Sharp") in the action originally styled *D.M. et al v. TikTok, Inc. et al.*, No. 20-cv-03185 (N.D. Cal., filed May 8, 2020), respectfully submits this objection to Ekwan E. Rhow's Application for Co-Lead Counsel and Nomination of Megan Jones as Co-Lead Counsel, Kara Wolke, David Given, and Amanda Klevorn as Members of the Plaintiffs' Steering Committee, and Shannon McNulty as Liaison Counsel. *See* ECF No. 40. CSKD instead supports the joint application of Katrina Carroll of Carlson Lynch LLP and Jonathan Jagher of Freed Kanner London & Millen LLC for appointment as Co-Lead Counsel ("Carroll and Jagher"). *See* ECF No. 49. CSKD also supports appointment of Girard Sharp to the Steering Committee. *See* ECF No. 44.

Carroll and Jagher are best suited to represent the proposed Class. CSKD has worked closely with Ms. Carroll in this action and numerous other matters, and from this experience, can attest to her tireless efforts to manage litigation efficiently and in the best interests of class members. Ms. Carroll is inclusive, competent and has all of the necessary skills to bring this matter to a successful result. Also, from our specific experience in this case, we recommend Mr. Jagher,

who has been handling this case efficiently and cooperatively for the benefit of Plaintiffs and members of the Class. Carroll and Jagher's expertise in successfully managing complex MDL litigation and complex class action cases makes them well-suited to serve as Co-Lead Counsel in this action.

Carroll and Jagher's continued efforts over the last several months support their appointment. Carroll and Jagher thoroughly investigated Defendants' alleged malfeasance, secured transfer of these now-consolidated actions to this District and engaged Defendants in productive settlement discussions. Moreover, Carroll and Jagher have taken an inclusive approach and leveraged the substantial collective experience of all Plaintiffs' counsel who wish to participate in prosecuting this action by assigning tasks uniquely suited to each attorney's area of expertise, and consistently soliciting input with respect to any and all strategic decisions. This collaborative philosophy is clearly demonstrated by Carroll and Jagher's successful efforts to engage Defendants in settlement discussions, for which Carroll and Jagher secured the participation of counsel for Plaintiffs in actions pending across the country.

The Court set forth in its Case Management Order No. 1 that, among the criteria for appointment as lead counsel, is "counsel's willingness to commit to a time-consuming project [and] ability to work cooperatively with others …." MDL Docket, ECF No. 4. Carroll and Jagher have shown that they meet this criterion and are willing and able to dedicate themselves to the task at hand while working cooperatively and efficiently with all counsel.

CSKD also supports appointing Girard Sharp to a position on Plaintiffs' Steering Committee. The Girard Sharp attorneys have extensive experience with contested class action proceedings in federal courts, which makes them uniquely qualified to add value to these proceedings. CSKD has worked closely with Girard Sharp on numerous matters and can attest to

Girard Sharp's specialization in challenging class actions and ability to work cooperatively and effectively with other firms to zealously advocate for class members' interests. *See, e.g.*, *In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF, 2019 U.S. Dist. LEXIS 106192, at *5 (N.D. Cal. May 3, 2019) (appointing Girard Sharp and CSKD as co-lead class counsel); *In re Nexus 6P*, 2019 WL 6622842, at *10, *12 (N.D. Cal. Nov. 12, 2019) (approving a $9.75 million class settlement and noting that "Class counsel has extensive experience representing plaintiffs and classes in complex litigation and consumer class actions…. [T]he quality of their work is reflected in the results achieved for the class."); *Weeks v. Google LLC*, No. 5:18-cv-00801-NC, 2019 U.S. Dist. LEXIS 124332, at *5 (N.D. Cal. July 22, 2019) (appointing Girard Sharp and CSKD as co-lead class counsel). CSKD thus knows first-hand that Girard Sharp is ready to commit its time and resources for the benefit of class members and is particularly well-positioned to accomplish the best possible outcome for the Class here.

CSKD opposes the appointment of Mr. Rhow and his slate of proposed attorneys and instead believes that Carroll and Jagher are best suited to fill this role and represent Plaintiffs and the Class. Thus, CSKD respectfully submits that this Court should appoint Katrina Carroll and Jonathan Jagher as Co-Lead Counsel. CSKD also submits that Girard Sharp should be appointed to serve on Plaintiffs' Steering Committee, or in such other capacity as the Court may order.

Dated: September 15, 2020   Respectfully submitted,

       */s/ Benjamin F. Johns*
Benjamin F. Johns
Beena M. McDonald
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Email: bfj@chimicles.com
      bmm@chimicles.com