# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: TikTok, Inc., Consumer Privacy Litigation

Case Number: 1:20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:

N.T. and L.T. by and through their guardian Darcy Tellone and S.P., J.P., K.P., G.P. by and through their guardian, Katie Patterman

Attorney name (type or print): Melissa Ryan Clak

Firm: FEGAN SCOTT LLC

Street address: 140 Broadway. 46th Floor

City/State/Zip: New York, NY 10005

Bar ID Number: NY 4560538
(See item 3 in instructions)

Telephone Number: (347) 353.1150

Email Address: melissa@feganscott.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 21, 2020

Attorney signature: S/ Melissa Ryan Clark
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015