**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,**<br><br>**This Document Relates to All Cases** | No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

NOTICE OF APPEARANCE

Erik H. Langeland, a member in good standing of the bar of the State of New York and the United State District Court for the Southern District of New York, hereby enters his appearance for Plaintiff, H.S., a Minor, through her Guardian, J.S., individually and on behalf of all others similarly situated, in the above matter.

September 23, 2020

Respectfully Submitted,

/s/ Erik H. Langeland
Erik H. Langeland
733 Third Avenue, 16 Floor
New York, NY 10017
(212) 354-6270
(212) 898-9086 fax
elangeland@langelandlaw.com