## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                                        Plaintiff,

v.                                                               Case No.: 1:20–cv–04699
                                                                     Honorable John Z. Lee

TikTok Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2020:

      MINUTE entry before the Honorable John Z. Lee:Final pretrial conference held on 9/24/20. Video status hearing set for 11/4/20 at 2:00 p.m. Dial in invitation to follow.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.