**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,** | **MDL No. 2948** |
| | **Master Docket No. 20-cv-4699** |
| | **Judge John Z. Lee** |
| | **Magistrate Judge Sunil R. Harjani** |
| **This Document Relates to All Cases** | |

**JOINT STATUS REPORT**

Pursuant to Section II (2) of Case Management Order No. 3, Plaintiffs' Co-Lead Counsel and Defendants jointly submit this status report and state as follows:

1. **Consolidated Complaint**: As previously stated in Plaintiffs' October 9, 2020 status report, Plaintiffs' Co-Lead Counsel (with input from the PSC) is working to draft a Consolidated Amended Complaint to be filed on or before November 23, 2020. After the Consolidated Amended Complaint is filed, the parties have agreed to meet and confer concerning a schedule for Defendants' responsive pleading, if any.

2. **Fact Discovery**: The parties do not believe that setting a discovery schedule is necessary at this time. The parties have agreed to meet and confer concerning a discovery schedule, if appropriate, after Defendants' responsive pleading is filed.

3. **Expert Discovery**: The parties do not believe that setting an expert discovery schedule is necessary at this time. The parties have agreed to meet and confer concerning an expert discovery schedule, if appropriate, after Defendants' responsive pleading is filed.

4. **Class Certification Issues**: The parties do not wish to raise any class certification related issues at this time.

5. **Settlement Status**: On September 4, 2020, prior to the Court's appointment of Plaintiffs' Leadership Group, Defendants and certain plaintiffs and their counsel executed a complete class settlement agreement. At the hearing on September 24, 2020, Defendants promised to disclose the settlement agreement and its terms to the non-settling portion of Plaintiffs' Leadership Group no later than October 19, 2020. Since that time, Plaintiffs' Leadership Group negotiated early disclosure of the settlement terms, which disclosure was agreed to by Defendants on September 29, 2020. As of October 6, 2020, all members of Plaintiffs' Leadership Group have received full transparency on the settlement negotiations and process for both rounds of mediation. Having exchanged all relevant information, Plaintiffs' Leadership Group participated in multiple conferences concerning the settlement. Plaintiffs' Leadership Group continues its analysis of the agreement with the goal of supporting it and suggesting revisions as necessary.

6. **Related State Court Actions**: A state court matter, *S.W. v. TikTok,Inc. et al.*, No. 2020-CH-05839 (Cook Cty.) was filed on September 11, 2020 and is currently pending before the Honorable Raymond W. Mitchell. That action asserts claims under Illinois' BIPA that are already included in this MDL and that are covered by the class settlement agreement that will be presented to this Court for approval. Defendants intend to remove the state court action to this Court no later than November 16, 2020, at which point that action will be automatically consolidated with the MDL by operation of Case Management Order No. 1 (ECF No. 4) ¶ 2 ("Any 'tag-along actions' later filed in, removed to or transferred to this Court, or directly filed in the Northern District of Illinois, will automatically be consolidated with this action without the necessity of future motions or orders.").

7. **Impact of *T.K. et al. v. ByteDance Tech Co., Ltd. Et al.*, Case No. 19-cv-7915 (N.D. Ill.) (Blakey, J.)**: The *T.K.* action alleges a different plaintiff class (children under age 13) and a different theory of relief (the failure to obtain verified parental consent to the collection of children's information) than the actions in the MDL, and *T.K.* does not involve any allegation regarding the collection of biometric information. The *T.K.* action was also settled last year, prior to the filing of any of the actions in the MDL. The class settlement in *T.K.* was preliminarily approved by Judge Blakey last year in December 2019 and was originally scheduled for a final approval hearing on May 6, 2020 (which hearing was delayed until August due to this District's COVID-19 scheduling orders). The motion for final approval of the class settlement in *T.K.* has now been fully briefed, argued, and under submission with Judge Blakey for some time, leaving no litigation activities in *T.K.* left to be coordinated with the MDL. For these reasons, despite some overlapping issues of fact and law in the pleadings, no party in the MDL or in *T.K.* has ever believed that action satisfied the requirements of 28 U.S.C. § 1407 to be included in the MDL. To eliminate any potential impact of the *T.K.* settlement on the settlement class in the MDL, the settling parties in the MDL have expressly negotiated the right of class members in the *T.K.* settlement class (which consists solely of minors under age 13) to participate in the MDL settlement class, such that approval of the settlement in *T.K.* will not preclude participation in the MDL settlement, and approval of the MDL settlement will not preclude participation in the *T.K.* settlement. Because the *T.K.* action will have no impact on the MDL should the settlement in *T.K.* be finally approved by Judge Blakey, this Court need not consolidate or coordinate that action with the MDL.

Dated: October 30, 2020

Respectfully Submitted,

By: */s/ Katrina Carroll*
Katrina Carroll

CARLSON LYNCH, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
kcarroll@carlsonlynch.com

*By: /s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@hbsslaw.com

By*: /s/ Ekwan Rhow*
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs Co-Lead Counsel*

Dated: October 30, 2020

By: /s/ Anthony J Weibell
Anthony J Weibell
WILSON SONSINI
GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
aweibell@wsgr.com

*Lead Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Katrina Carroll, an attorney, affirm that the foregoing was filed on October 30, 2020 on ECF, which automatically served all counsel of record.

Dated: October 30, 2020 By: *<u>/s/ Katrina Carroll</u>*
Katrina Carroll