Tina Wolfson Active Cases in Northern District of Illinois:

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:19-cv-07164 | Acaley v. Vimeo, Inc. | Honorable Matthew F. Kennelly |
| 1:15-cv-02980 | Bakov V. Consolidated World Travel | Honorable Harry D. Leinenweber |
| 1:20-cv-04699 | In Re: TikTok, Inc., Consumer Privacy Litigation | Honorable John Z. Lee |
| 1:20-cv-04723 | In re: TikTok, Inc. Privacy Litigation | Honorable John Z. Lee |
| 1:19-cv-04722 | Miracle-Pond et al v. Shutterfly, Inc. | Honorable Mary M. Rowland |
| 1:14-cv-00561 | Moyer v. Michaels Stores Inc. | Honorable Elaine E. Bucklo |
| 1:19-cv-06627 | Powell Prescription et al v. Surescripts et al | Honorable John J. Tharp, Jr |
| 1:14-cv-01735 | Remijas v. The Neiman Marcus Group, LLC | Honorable Sharon J. Coleman |
| 1:16-cv-02714 | Rivera et al v. Google LLC. | Honorable Edmond E. Chang |
| 1:20-cv-05090 | Rossi v. Claire's Stores, Inc. et al | Honorable Andrea R. Wood |
| 1:20-cv-04729 | S.A. v. TikTok, Inc. et al | Honorable John Z. Lee |
| 1:20-cv-02553 | Williams v. Volkswagen Group of America, Inc. et al | Honorable Virginia M. Kendall |