**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

TikTok, Inc., Consumer Privacy Litigation, et al.
                                                                    Plaintiff,
v.                                                          Case No.: 1:20–cv–04699
                                                                    Honorable John Z. Lee
TikTok Inc., et al.
                                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 4, 2020:

   MINUTE entry before the Honorable John Z. Lee:Status hearing held on 11/4/20. The parties provided an update to the Court regarding settlement discussions. Plaintiffs should submit a proposed order for time and expenses and contact the courtroom deputy when they have done so. Status hearing set for 12/2/20 at 2:00 p.m. via Microsoft Teams. The telephone dial in number is 872–703–5321, conference ID 648899934#. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court–imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge–.info.aspx?4Qf 5zc8loCI5U7rfMP9DHw==.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.