# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                                            Plaintiff,

v.                                                                                Case No.: 1:20–cv–04699
                                                                               Honorable John Z. Lee

TikTok Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2020:

      MINUTE entry before the Honorable John Z. Lee: Due to a last−minute conflict, the Court resets the status hearing currently set for 12/2/20 to 12/11/20 at 1:00 (Central time). Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.