UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC. CONSUMER PRIVACY LITIGATION | MDL No. 2948 |
| | Master Docket No. 20 C 4699 |
| | Judge John Z. Lee |
| This Document Relates to: Case No. 1:20-cv-6737 | Magistrate Judge Sunil R. Harjani |

**NOTICE OF TAG-ALONG ACTION**

Pursuant to the Court Case Management Order No. 1 (Dkt. No. 4), Defendant TikTok, Inc. ("TikTok") gives notice of the following tag-along action removed to this Court:

1. *S.W., a minor, through her Guardian JASON WILLIAMS, individually and on behalf of similarly situated individuals, v. TikTok, Inc., and ByteDance, Inc.,* Case No. 1:20-cv-6737 (ND Ill), removed November 12, 2020.

The action contains questions of fact and law that are common to the actions assigned to MDL No. 2948, and are premised on the same core issues as the other actions pending before the Court. *See* Notice of Removal filed concurrently herewith. Like the actions in this MDL, the *S.W.* action alleges violations of the Illinois Biometric Information Privacy Act ("BIPA") based on defendants TikTok, Inc. and ByteDance, Inc.'s alleged possession of TikTok App users' biometric information. Pursuant to Case Management Order No. 1, the *S.W.* action should therefore be automatically consolidated with this multidistrict litigation for pretrial purposes. *See* Dkt. No. 4 at ¶ 2 ("Any 'tag-along actions' later filed in, removed to or transferred to this Court, or directly filed in the Northern District of Illinois, will automatically be consolidated with this action without the necessity of future motions or orders.").

Dated: November 12, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Anthony J Weibell*
    Anthony J Weibell
    Curtis S. Kowalk
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
    Email: aweibell@wsgr.com
          ckowalk@wsgr.com

    Victor Jih
    Ryan S. Benyamin
    633 West Fifth Street, Suite 1550
    Los Angeles, CA 90071-2027
    Telephone: (323) 210-2900
    Email: vjih@wsgr.com
          rbenyamin@wsgr.com

*Counsel for all Defendants*

## **PROOF OF SERVICE**

I hereby certify that on November 12, 2020, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Filing System on this date.

Dated: November 12, 2020        By:   */s/ Anthony J Weibell*

                                                     Anthony J Weibell
                                                     Email: aweibell@wsgr.com

                                                     *Attorneys for all Defendants*