UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.
                                                    Plaintiff,
v.                                                            Case No.: 1:20−cv−04699
                                                              Honorable John Z. Lee
TikTok Inc., et al.
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 13, 2020:

    MINUTE entry before the Honorable John Z. Lee:Defendants have filed a notice of ta−along action. Defendants' request to reassign the case S.W., a minor, through her Guardian JASON WILLIAMS, individually and on behalf of similarly situated individuals, v. TikTok, Inc., and ByteDance, Inc. (Case No. 1:20−cv−6737), to this Court's docket and designated as part of this MDL and related to this case (Master Docket No. 20−cv−4699) is granted. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.