# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

## AGREED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR CONSOLIDATED AMENDED COMPLAINT

Plaintiffs, by and through Co-Lead Class Counsel, for their Motion for Extension of Time, state as follows:

1. Pursuant to the Court's October 13, 2020 minute entry, ECF No. 97, Plaintiffs' Consolidated Amended Complaint is due November 23, 2020.

2. The parties are currently working on settlement-related issues, which they intend to complete by December 18, 2020.

3. Plaintiffs thus request that the due date for their Consolidated Amended Complaint be extended to December 18, 2020.

4. Plaintiffs' Co-Lead Counsel conferred with Defendant's counsel, who has consented to this extension.

WHEREFORE, Plaintiffs respectfully request until December 18, 2020 to file their Consolidated Amended Complaint and such other and further relief as this Court deems appropriate.

Dated: November 19, 2020                                  Respectfully Submitted,

                                                          By: /s/ *Elizabeth A. Fegan*

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

By: /s/ *Katrina Carroll*
Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
Ph: (312) 750-1265
kcarroll@carlsonlynch.com

By: /s/ *Ekwan Rhow*
Ekwan Rhow
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Ph: (310) 201-2100
erhow@birdmarella.com

*Plaintiffs Co-Lead Counsel*

Shannon Marie McNulty
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090
smm@cliffordlaw.com

*Plaintiffs' Liaison Counsel*

Jonathan Jagher
Freed Kanner London & Millen LLC
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6487
jjagher@fklmlaw.com

Megan E. Jones

Hausfeld LLP
1700 K Street NW, Suite 650
Washington, D.C. 20006
(202) 540-7200
mjones@hausfledllp.com

Michael Gervais
Susman Godfrey LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 789-3100
mgervais@susmangodfrey.com

Amanda K. Klevorn
Burns Charest LLP
365 Canal Street
Suite 1170
New Orleans, LA 70130
(504) 799-2845
aklevorn@burnscharest.com

Albert Y. Chang
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
(858) 914-2001
achang@bottinilaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Fegan, an attorney, affirm that the foregoing was filed on November 19, 2020 on ECF, which automatically served all counsel of record.

    Dated: November 19, 2020

                                              By: /s/ Elizabeth A. Fegan

                                                  Elizabeth A. Fegan
                                                  FEGAN SCOTT LLC
                                                  150 S. Wacker Dr., 24th Floor
                                                  Chicago, IL 60606
                                                  Ph: 312.741.1019
                                                  Fax: 312.264.0100
                                                  beth@feganscott.com