

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Bradley Keith King

Firm  Ahdoot & Wolfson, PC

Street Address  2600 West Olive Avenue, Suite 500

City/State/Zip Code  Burbank, California 91505

Phone Number  310-474-9111

Email address  bking@ahdootwolfson.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:19-cv-07164 | Acaley v. Vimeo, Inc. | Matthew F. Kennelly |
| 1:20-cv-04699 | In Re: TikTok, Inc., Consumer | John Z. Lee |
| 1:20-cv-04723 | In re: TikTok, Inc. Privacy | John Z. Lee |
| 1:16-cv-02714 | Rivera et al v. Google LLC. | Edmond E. Chang |
| 1:20-cv-05090 | Rossi v. Claire's Stores, Inc. | Andrea R. Wood |
| 1:20-cv-04729 | S.A. v. TikTok, Inc. et al | John Z. Lee |

/s/ Bradley Keith King  
Signature of Attorney

November 25, 2020  
Date

Rev. 01272016