

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name   Robert Ahdoot

Firm   Ahdoot & Wolfson, PC

Street Address   2600 West Olive Avenue, Suite 500

City/State/Zip Code   Burbank, California 91505

Phone Number   310-474-9111

Email address   rahdoot@ahdootwolfson.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| Please see attachment | | |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Robert Ahdoot                                              November 25, 2020
_____                    _____
Signature of Attorney                                              Date

Rev. 01272016