Robert Ahdoot Active Cases in Northern District of Illinois:

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:15-cv-02980 | Bakov V. Consolidated World Travel | Honorable Harry D. Leinenweber |
| 1:18-cv-1771 | Boone v. MB Financial Bank | Honorable Charles P. Kocoras |
| 1:15-cv-01662 | Duncan Place v. Danze, Inc. | Honorable Edmond E. Chang |
| 1:20-cv-04699 | In Re: TikTok, Inc., Consumer | Honorable John Z. Lee |
| 1:20-cv-04723 | In re: TikTok, Inc. Privacy Litigation | Honorable John Z. Lee |
| 1:16-cv-02714 | Rivera et al v. Google LLC. | Honorable Edmond E. Chang |
| 1:20-cv-04729 | S.A. v. TikTok, Inc. et al | Honorable John Z. Lee |