**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**JOINT STATUS REPORT**

Pursuant to this Court's orders entered on October 13, 2020 (ECF No. 97) and November 23, 2020 (ECF No. 107), Plaintiffs' Co-Lead Counsel and Defendants jointly submit this status report and state as follows:

1. **Current Deadlines/Referral to Magistrate Judge**: As ordered by this Court on November 23, 2020 (ECF No. 107), Plaintiffs will file a consolidated amended complaint on or before December 18, 2020. The matter has not been referred to the Magistrate Judge in any fashion.

2. **Progress of Discovery**: The parties have agreed to meet and confer concerning a discovery schedule, if appropriate, after Defendants' responsive pleading is filed.

3. **Status of Briefing on Unresolved Motions**: There are no outstanding motions.

4. **Status of Settlement Discussions**: As the parties apprised this Court in the October 30, 2020 Joint Status Report (ECF No. 99), Plaintiffs' Leadership Group is continuing to analyze the executed settlement agreement with the goal of supporting it and suggesting revisions if necessary.

5. **<u>Future Court Dates</u>**: This Court has scheduled a status conference for December 11, 2020 at 2 p.m. The parties suggest that the Court reschedule that conference to take place after Plaintiffs' consolidated amended complaint is filed, sometime in early January.

Dated: December 3, 2020        Respectfully Submitted,

By: */s/ Katrina Carroll*
Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
kcarroll@carlsonlynch.com

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@hbsslaw.com

By: */s/ Ekwan Rhow*
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs Co-Lead Counsel*

Dated: December 3, 2020        By: */s/ Anthony J Weibell*
Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
aweibell@wsgr.com

*Lead Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I, Katrina Carroll, an attorney, affirm that the foregoing was filed on December 3, 2020 on ECF, which automatically served all counsel of record.

| | |
|---|---|
| December 3, 2020 | By: _/s/ Katrina Carroll_ |
| |    Katrina Carroll |