IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, | MDL No. 2948 |
| | Master Docket No. 20-cv-4699 |
| | Judge John Z. Lee |
| | Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | |

## JOINT STATUS REPORT

As ordered by this Court on November 23, 2020 (ECF No. 107), Plaintiffs filed their Consolidated Amended Complaint on December 18, 2020. Notwithstanding the filing of the Consolidated Amended Complaint, the Plaintiffs' Leadership Group is completing their analysis of the executed settlement agreement, and the parties anticipate that, if consensus is reached, a motion for preliminary approval of that settlement will be filed prior to the next status hearing set for January 14, 2021.

Dated: December 19, 2020

Respectfully Submitted,

By: /s/ Katrina Carroll
Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
kcarroll@carlsonlynch.com

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor

                                                          Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@hbsslaw.com

By: */s/ Ekwan Rhow*
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs Co-Lead Counsel*

Dated: December 19, 2020       By: */s/ Anthony J Weibell*
Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
aweibell@wsgr.com

*Lead Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Katrina Carroll, an attorney, affirm that the foregoing was filed on December 19, 2020 on ECF, which automatically served all counsel of record.

December 19, 2020          By: */s/ Katrina Carroll*
                                               Katrina Carroll