IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, | MDL No. 2948 |
| | Master Docket No. 20-cv-4699 |
| | Judge John Z. Lee |
| | Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | |

**JOINT STATUS REPORT AND
REQUEST FOR 30 DAY STAY OF PROCEEDINGS**

As the Court is aware and as was previously reported by the parties in their Joint Status Reports filed on October 30, 2020 and December 19, 2020, Plaintiffs filed their Consolidated Amended Complaint (the "CAC") on December 18, 2020, and the parties have since met and conferred concerning a schedule for Defendants' responsive pleading. Plaintiffs' Leadership Group is also completing their analysis of the executed settlement agreement. In light of the procedural posture of this matter, the parties believe that deferring a responsive pleading and any briefing related thereto is appropriate while the settlement is being reviewed by the parties and the Court. The parties thus jointly request an initial 30-day stay of the proceedings commencing January 14, 2021 to enable the parties to complete their discussions, reach consensus on the settlement and move for preliminary approval if consensus is reached. The parties also request that if a motion for preliminary approval is filed, the stay remain in effect pending the Court's decision on that motion.

Dated: January 11, 2021      Respectfully submitted,

By: */s/ Katrina Carroll*
Katrina Carroll

1

        CARLSON LYNCH, LLP
        111 W. Washington St.
        Suite 1240
        Chicago IL 60602
        312.750.1265
        kcarroll@carlsonlynch.com

        By: */s/ Elizabeth A. Fegan*
        Elizabeth A. Fegan
        FEGAN SCOTT LLC
        150 S. Wacker Dr., 24th Floor
        Chicago, IL 60606
        Ph: 312.741.1019
        Fax: 312.264.0100
        beth@hbsslaw.com

        By: */s/ Ekwan Rhow*
        Ekwan Rhow
        BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
        DROOKS, LINCENBERG & RHOW, P.C.
        1875 Century Park East, 23rd Floor
        Los Angeles, CA 90067
        (310) 201-2100
        erhow@birdmarella.com

        *Plaintiffs Co-Lead Counsel*

Dated: January 11, 2021        By: */s/ Anthony J Weibell*
        Anthony J Weibell
        WILSON SONSINI GOODRICH & ROSATI, P.C.
        650 Page Mill Road
        Palo Alto, CA 94304-1050
        Telephone: (650) 493-9300
        Facsimile: (650) 565-5100
        aweibell@wsgr.com

        *Lead Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Katrina Carroll, an attorney, affirm that the foregoing was filed on January 11, 2021 on ECF, which automatically served all counsel of record.

January 11, 2021          By:   */s/ Katrina Carroll*
                                                Katrina Carroll