IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF <u>CLASS ACTION SETTLEMENT</u>**

1. The Local Rules prohibit the filing of briefs in excess of 15 pages without prior approval of the court. Local Rule 7.1.

2. In this complex MDL, Plaintiffs' Co-Lead Counsel intend to file a motion for preliminary approval of the parties' class action settlement that discusses the terms of the settlement, the appropriateness of granting preliminary approval of the settlement, and the requisite requirements of Fed. R. Civ. P. 23.

3. To ensure that the Court is fully informed regarding all applicable terms and governing law in determining whether to grant preliminary approval, Plaintiffs' Co-Lead Counsel request permission to exceed the 15-page limitation and file a motion of up to 50 pages in length.

Dated: February 23, 2021

Respectfully Submitted,

<u>By: /s/ Katrina Carroll</u>
Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265

1

785583.4

kcarroll@carlsonlynch.com

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

By: */s/ Ekwan Rhow*
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs' Co-Lead Counsel*

Dated: February 23, 2021

By: */s/ Anthony J Weibell*
Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
aweibell@wsgr.com

*Lead Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Katrina Carroll, an attorney, affirm that the foregoing was filed on February 23, 2021 on ECF, which automatically served all counsel of record.

February 23, 2021        By: */s/ Katrina Carroll*
                    Katrina Carroll

785583.4