# EXHIBIT B

# EXHIBIT B

## Proposed Class Representatives

Representatives marked with an asterisk [*] are also Proposed Illinois Subclass Representatives.

| Plaintiff Name | Pre-MDL Consolidation Case Number | Counsel |
|---|---|---|
| Misty Hong | 5:2019-cv-07792 (N.D. Cal.) | Ekwan Rhow, Marc Masters, Tom Freeman, Kara Wolke, Jonathan Rotter, and Marc Godino<br><br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. and Glancy Prongay & Murray LLP |
| Meghan Smith* | 5:2019-cv-07792 (N.D. Cal.) | Nicholas A. Carlin and David M. Given<br><br>Phillips, Erlewine, Given & Carlin LLP |
| Morgan Kukovec* | 1:20-cv-04170 (N.D. Ill) | Kathleen Chavez, Elizabeth Chavez, and Robert Foot<br><br>Foote, Mielke, Chavez & O'Neil, LLC |
| A.S., by and through plaintiff's guardian, Laurel Slothower | 5:2019-cv-07792 (N.D. Cal.) | Ekwan Rhow, Marc Masters, Tom Freeman, Kara Wolke, Jonathan Rotter, and Marc Godino<br><br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. and Glancy Prongay & Murray LLP |
| A.S., by and through plaintiff's guardian, A.S.* | 3:20-cv-00457 (S.D. Ill.) | Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr.<br><br>Consumer Protection Legal, LLC and Law Office of Francis J. Flynn, Jr. |

| | | |
|---|---|---|
| A.R., by and through plaintiff's guardian, Gilda Avila | 5:2019-cv-07792 (N.D. Cal.) | Ekwan Rhow, Marc Masters, Tom Freeman, Kara Wolke, Jonathan Rotter, and Marc Godino<br><br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. and Glancy Prongay & Murray LLP |
| G.R., by and through plaintiff's guardian, Mayra De La Cruz | 2:20-cv-04537 (C.D. Cal.) | Joseph P. Guglielmo<br><br>Scott+Scott Attorneys at Law LLP |
| C.W., by and through plaintiff's guardian, Mikhaila Woodall* | 5:2019-cv-07792 (N.D. Cal.) | Nicholas A. Carlin and David M. Given<br><br>Phillips, Erlewine, Given & Carlin LLP |
| I.W., by and through plaintiff's guardian, Mikhaila Woodall* | 5:2019-cv-07792 (N.D. Cal.) | Nicholas A. Carlin and David M. Given<br><br>Phillips, Erlewine, Given & Carlin LLP |
| N.T., by and through plaintiff's guardian, Darcy Tellone* | 1:20-cv-03771 (N.D. Ill.) | Elizabeth A. Fegan and Melissa Ryan Clark<br><br>Fegan Scott LLC |
| L.T., by and through plaintiff's guardian, Darcy Tellone* | 1:20-cv-03771 (N.D. Ill.) | Elizabeth A. Fegan and Melissa Ryan Clark<br><br>Fegan Scott LLC |
| S.P., by and through plaintiff's guardian, Katie Pattermann* | 1:20-cv-03771 (N.D. Ill.) | Elizabeth A. Fegan and Melissa Ryan Clark<br><br>Fegan Scott LLC |
| J.P., by and through plaintiff's guardian, Katie Pattermann* | 1:20-cv-03771 (N.D. Ill.) | Elizabeth A. Fegan and Melissa Ryan Clark<br><br>Fegan Scott LLC |
| K.P., by and through plaintiff's guardian, Katie Pattermann* | 1:20-cv-03771 (N.D. Ill.) | Elizabeth A. Fegan and Melissa Ryan Clark<br><br>Fegan Scott LLC |

| | | |
|---|---|---|
| G.P., by and through plaintiff's guardian, Katie Pattermann* | 1:20-cv-03771 (N.D. Ill.) | Elizabeth A. Fegan and Melissa Ryan Clark<br><br>Fegan Scott LLC |
| L.M., by and through plaintiff's guardian, Stephanie Mohler* | 3:20-cv-498 (S.D. Ill.) | James G. Onder and Lawana S. Wichmann<br><br>OnderLaw, LLC |
| A.J., by and through plaintiff's guardian, Aaron Johnson* | 5:20-cv-3390 (N.D. Cal.)<br>1:20-cv-5214 (N.D. Ill.) | Albert Y. Chang<br><br>Bottini & Bottini, Inc. |
| E.R., by and through plaintiff's guardian, L.H.* | 1:20-cv-2810 (N.D. Ill.) | Katrina Carroll<br><br>Carlson Lynch LLP |
| S.A., by and through plaintiff's guardian, Maritza Albarran* | 5:20-cv-3294 (N.D. Cal.) | Theodore Maya and Tina Wolfson<br><br>Ahdoot & Wolfson, PC |
| L.B., by and through plaintiff's guardian, Molly Janik* | 1:20-cv-02889 (N.D. Ill.) | Daniel O. Herrera and Nickolas J. Hagman<br><br>Cafferty Clobes Meriwether & Sprengel LLP |
| L.P., by and through plaintiff's guardian, Requeenis Gilder* | 3:20-CV-03185 (N.D. Cal.) | Simon Grille<br><br>Girard Sharp LLP |
| M.P., by and through plaintiff's guardian, Requeenis Gilder* | 3:20-CV-03185 (N.D. Cal.) | Simon Grille<br><br>Girard Sharp LLP |
| A.O., by and through plaintiff's guardian, Jasmin Beverly | 3:20-CV-03185 (N.D. Cal.) | Simon Grille<br><br>Girard Sharp LLP |
| H.S., by and through plaintiff's guardian, Joshua Schubkegel* | 1:20-cv-3007 (N.D. Ill.) | Erik H. Langeland, James Zouras, and Jon Tostrud<br><br>Erik H. Langeland, P.C., Stephan Zouras, LLP, and Tostrud Law Group, P.C. |
| K.M., by and through plaintiff's guardian, Charlene Marks* | 1:20-cv-02883 (N.D. Ill.) | Joseph G. Sauder and Tod Rottman<br><br>Sauder Schelkopf and Gordon Law Offices, Ltd. |
| C.H., by and through plaintiff's guardian, Marc Halpin* | 2:20-cv-05036 (C.D. Cal.) | Michael Gervais, Steven Sklaver, and Kalpana Srinivasan |

| | | |
|---|---|---|
| | | Susman Godfrey LLP |
| D.M., by and through plaintiff's guardian, D.H.* | 1:20-cv-02884 (N.D. Ill.) | Jonathan Jagher<br><br>Freed Kanner London & Millen LLC |
| P.S., by and through plaintiff's guardian, Cherise Slate* | 5:2019-cv-07792 (N.D. Cal.) | Amanda Klevorn and Megan Jones<br><br>Burns Charest LLP and Hausfeld LLP |
| M.T.W., by and through plaintiff's guardian, Brenda Washington* | 5:2019-cv-07792 (N.D. Cal.) | Amanda Klevorn and Megan Jones<br><br>Burns Charest LLP and Hausfeld LLP |
| Katherine Czajka* | 1:20-cv-04728 (N.D. Ill.) | Amy Keller and Lesley Weaver<br><br>DiCello Levitt Gutzler LLC and Bleichmar Fonti & Auld LLP |
| Aparna Iyer | 1:20-cv-04728 (N.D. Ill.) | Amy Keller and Lesley Weaver<br><br>DiCello Levitt Gutzler LLC and Bleichmar Fonti & Auld LLP |
| Brandy Johnson* | 1:20-cv-04728 (N.D. Ill.) | Amy Keller and Lesley Weaver<br><br>DiCello Levitt Gutzler LLC and Bleichmar Fonti & Auld LLP |
| Karina Quinteiro* | 1:20-cv-04728 (N.D. Ill.) | Amy Keller and Lesley Weaver<br><br>DiCello Levitt Gutzler LLC and Bleichmar Fonti & Auld LLP |
| R.S., by and through plaintiff's mother and guardian* | 1:20-cv-04728 (N.D. Ill.) | Amy Keller and Lesley Weaver<br><br>DiCello Levitt Gutzler LLC and Bleichmar Fonti & Auld LLP |

5

| J.S., by and through plaintiff's mother and guardian* | 1:20-cv-04728 (N.D. Ill.) | Amy Keller and Lesley Weaver |
| --- | --- | --- |
| | | DiCello Levitt Gutzler LLC and Bleichmar Fonti & Auld LLP |

5

| J.S., by and through plaintiff's mother and guardian* | 1:20-cv-04728 (N.D. Ill.) | Amy Keller and Lesley Weaver<br><br>DiCello Levitt Gutzler LLC and Bleichmar Fonti & Auld LLP |
| --- | --- | --- |