# EXHIBIT C

## PLAN OF ALLOCATION AND DISTRIBUTION OF SETTLEMENT FUNDS

Pursuant to Section 5.2 of the Settlement Agreement, the Settlement Fund shall be distributed according to the following preferential order:

First, payment of all expenses incurred by the Settlement Administrator for the Notice Plan and settlement administration;

Second, payment of any taxes associated with the Settlement Fund;

Third, payment of any Fee Award plus any interest or income earned on the Fee Award portion of the Settlement Fund and Incentive Awards within 14 days of the Effective Date;

Fourth, payment of the remaining unallocated portion of the Settlement Fund to Class Members in accordance with the Final Approval Order or any subsequent order of the Court within 14 days of the Effective Date; and

Last, payment of any residue of the Settlement Fund as set forth in the Settlement Agreement, subject to a reduction for any associated administrative costs.

The net settlement funds, i.e., the total settlement funds, less all taxes, class notice and claim administration expenses, any Court-approved service awards for the named plaintiffs, and attorneys' fees and costs awarded by the Court to Class Counsel ("Net Settlement Funds"), will be distributed to qualifying claimants who are members of the Nationwide Class or Illinois Subclass, who submit timely and valid Claim Forms and whose Claims are approved by the Claims Administrator ("Authorized Claimants").

## Timing of the Distribution

The distribution of Net Settlement Funds to Authorized Claimants will take place after the following: (1) final approval of the settlement by the Court and/or final judgment, and the expiration of any period for further review or appeal of the Court's orders of approval and/or final judgments or the resolution of any such review or appeal; (2) receipt of Claim Forms by the Claims Administrator; and (3) review of the Claim Forms by the Claims Administrator and the determination of the amounts to be paid to Authorized Claimants.

**Determination of Authorized Claimants**

Distribution of the Net Settlement Funds will be based on Authorized Claimants' use of the TikTok application (and/or its predecessor application, Musical.ly) and Authorized Claimants' place of residence. Persons who used the TikTok application can submit a claim providing the information specified in the Claim Form. The Claims Administrator will use the information you provide in your Claim Form to determine whether you are a member of one of the classes.

**Allocation of Net Settlement Funds**

The Net Settlement Funds will be divided into *pro rata* shares that are equal to the sum of (1) the total number of valid claims submitted by Nationwide Class members (including Illinois Subclass members) and (2) the total number of valid claims submitted by Illinois Subclass members multiplied by five.

$$\frac{\text{Net Settlement Funds}}{(\text{Nationwide Valid Claims}) + (\text{Illinois Valid Claims} * 5)} = \text{Value of 1 } Pro\ Rata \text{ Share}$$

Each Authorized Claimant who is a member of the Illinois Subclass shall be paid six *pro rata* shares, one as a member of the Nationwide Class and five as a member of the Illinois Subclass. Each Authorized Claimant who is a member of the Nationwide Class and is not a member of the Illinois Subclass shall be paid one *pro rata* share.

**Additional Information about Submitting a Claim**

Please note that submission of a Claim Form does not necessarily assure the right to payment out of the Net Settlement Funds. The Claims Administrator may deny, in whole or in part, any claim if it determines that the claimant is excluded from the definition of the settlement classes or if there are legal or equitable grounds for the rejection of such claim.

Payment pursuant to the Plan of Allocation shall be conclusive against all Authorized Claimants. No person shall have any claim against Class Counsel, the Settling Parties, the Claims Administrator, or any other person designated by Class Counsel based on distributions made substantially in accordance with the Plan of Allocation or further orders of the Court.

All Class Members who fail to complete and submit a valid and timely Claim Form shall be barred from participating in distributions from the Net Settlement Funds (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the settlement, including the terms of the judgments entered and the releases given pursuant to the settlement.

The deadline for the submission of Claim Forms is **DATE**. You should check the settlement website for updated information regarding the submission of Claim Forms. Please note that the Court may modify the Plan of Allocation without further notice to the class. Any such modifications will be described in subsequent postings on the settlement website.