# EXHIBIT E

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
*In Re: TikTok, Inc., Consumer Privacy Litigation*, MDL No. 2948, 20-cv-4699 (N.D. Ill.)

## CLAIM FORM INSTRUCTIONS

This claim form is for Settlement Class Members. The Settlement Class includes the following persons: All persons who reside in the United States who used the TikTok - Make Your Day video-sharing application (and/or its Musical.ly predecessor) distributed in the U.S. (the "App") prior to DATE of issuance of the Preliminary Approval Order. To receive a payment from the settlement, you must complete and submit this form.

### How To Complete This Claim Form

1. There are two ways to submit this claim form to the Settlement Administrator: (a) online at the settlement website, www.tiktokdataprivacysettlement.com; or (b) by U.S. Mail sent to the following address: TikTok Data Privacy Settlement c/o Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. If you submit your claim by U.S. mail, make sure the completed and signed claim form are postmarked by **DATE**.

2. If you have any questions, please contact the Settlement Administrator by email at Info@TikTokDataPrivacySettlement.com or by telephone at 1-XXX-XXX-XXXX or send your question to the Settlement Administrator by U.S. mail using the address above.

3. **You must notify the Settlement Administrator if your contact information changes after you send your Claim Form.**

4. **DEADLINE --** If you send in a Claim Form by U.S. mail, it must be postmarked by **DATE**. If you file a Claim Form online, then you must do so by **11:59 p.m. EST on DATE**.

1

| | | |
|---|---|---|
| **Your claim must be postmarked by:** <u>XXXXXXX</u> | **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**<br>*In Re: TikTok, Inc., Consumer Privacy Litigation*, MDL No. 2948, 20-cv-4699 (N.D. Ill.)<br># Claim Form | **TIK** |

## I. YOUR CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form. NOTE: For any class member who is a minor, the Claim form needs to be completed and signed by the Parent and/or Guardian of the Class Member.

**Class Member's First Name**

**Class Member's Last Name**

**Parent/Guardian First Name (for minors)**

**Parent/Guardian Last Name (for minors)**

**Street Address**

**City**        **State**        **Zip Code**

( )    -
**Current Phone Number**

**Current Email Address**

( )    -
**Mobile Phone Number Associated with your TikTok Account, If Any**

**Email Address Associated with your TikTok Account, If Any**

**Please enter your Notice ID #**         (If you received a notice by email. If you do not have a notice ID, you may still be eligible to submit a claim.)

2

## II. CLASS MEMBER DETAILS

| | |
|---|---|
| Do you currently reside in the United States? | Yes ☐ <br> No ☐ |

| | |
|---|---|
| Are you both (1) a resident of Illinois (2) who used the TikTok – Make Your Day video-sharing application (and/or its Musical.ly predecessor) to **create** videos while living in Illinois? | Yes ☐ <br> No ☐ |

| | |
|---|---|
| Did you use the TikTok - Make Your Day video-sharing application (and/or its Musical.ly predecessor) distributed in the U.S. prior to <mark>DATE of issuance of the Preliminary Approval Order</mark>? | Yes ☐ <br> No ☐ |

| | |
|---|---|
| Enter all usernames for TikTok accounts used by you or your minor child in the box to the right. <br><br> *If you have additional TikTok accounts, please submit a list of your additional usernames with this Claim Form.* | 1. _____ <br> 2. _____ <br> 3. _____ <br> 4. _____ <br> 5. _____ |

## III. PAYMENT SELECTIONS

Please select **one** of the following payment options:

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo -** Enter the mobile number associated with your Venmo account: \_\_ \_\_ \_\_-\_\_ \_\_ \_\_-\_\_ \_\_ \_\_ \_\_

☐ **Virtual Prepaid Card –** Enter the email address where you will receive the Virtual Prepaid Card:

_____

☐ **Physical Check -** Payment will be mailed to the address provided in Section I of this Claim Form.

3

## IV. VERIFICATION AND ATTESTATION UNDER OATH

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that the information provided in this Claim Form is, to the best of my knowledge, true and correct, and that I have not submitted another claim in connection with this Settlement and know of no other person having done so on my behalf.

|  | Date: |
|---|---|
| Your signature | MM    DD    YYYY |

Your name

### REMINDER CHECKLIST

1. Please make sure you answered all the questions on the claim form. Be sure to select only **one** payment option.

2. Please make sure that you signed and dated the claim form.

3. Please keep a copy of your completed claim form for your own records.

4. If you have any questions, please first refer to the settlement website, www.tiktokdataprivacysettlement.com. You may also contact the Settlement Administrator by calling the toll-free number, 1-XXX-XXX-XXXX, by email to Info@TikTokDataPrivacySettlement.com, or by writing via U.S. mail addressed to TikTok Data Privacy Settlement c/o Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.