**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,** | **MDL No. 2948** |
| | **Master Docket No. 20-cv-4699** |
| | **Judge John Z. Lee** |
| | **Magistrate Judge Sunil R. Harjani** |
| **This Document Relates to All Cases** | |

**DECLARATION OF KATRINA CARROLL IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

KATRINA CARROLL, declares as follows:

### *My Experience and Qualifications*

1.      I am the managing partner of the Chicago, Illinois office of Carlson Lynch LLP, a nationally recognized litigation boutique specializing in the prosecution of plaintiff-side class actions. I have been appointed by the Court as Co-Lead Counsel for Plaintiffs in this matter, I have personal knowledge of the facts stated herein, and I submit this Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement.

2.      By way of my background, I have litigated complex matters and class actions for twenty years and have devoted my career to representing plaintiffs in class cases like this one.  In total, I have litigated over one hundred class actions and have obtained recoveries in excess of $1 billion in all types of cases, including consumer, securities and antitrust cases.  I have been recognized as one of the top 25 class action lawyers in the State of Illinois by the National Trial Lawyers Association and have been named multiple times as a Super Lawyer.

3.      Outside of the courtroom, I am an active participant and panelist at symposiums and conferences related to class action topics and the promotion of women attorneys in the field. In April 2018, I was honored to appear as a panelist at "May it Please the Court: Symposium on Women Lawyers in the Courtroom," sponsored by the United States District Court for the Northern District of Illinois and the Chicago Bar Association.  I currently serve on the Law360 Products Lability Litigation Editorial Advisory Board and am also an active Board member of the Advisory Board of Loyola University School of Law's Institute for Consumer and Antitrust Studies.

4.      I have significant experience litigating biometric privacy matters arising from the collection and use of data by technology companies, including some of the earliest cases on record in this District, including cases against Google and Shutterfly that have shaped BIPA jurisprudence across the country. *See e.g., Norberg v. Shutterfly, Inc.*, 152 F. Supp. 3d 1103 (N.D. Ill. 2015) (finding jurisdiction against defendant and that plaintiff stated a claim under the Illinois Biometric Information Privacy Act); *Rivera v. Google Inc.*, 238 F. Supp. 3d 1088, 1095-96 (N.D. Ill. 2017) (interpreting meaning of "biometric identifier" within the meaning of BIPA).

5.      I am currently litigating other BIPA matters in various courts against some of the largest companies in the world, including IBM, Amazon, Google, Microsoft and Facebook. *See e.g., Vance v. International Business Machines Corp.*, No. 20cv577 (N.D. Ill.) (Carlson Lynch appointed as Co-Lead Counsel); *Wise v. Ring LLC*, No. 20-cv-1298 (W.D. Wash.); *Vance, et al. v. Amazon.com, Inc.*, No.: 2:20-cv-01084 (W.D. Wash.); *Vance, et al. v. Google, LLC*, No.: 5:20-cv-04696 (N.D. Cal.); *Vance, et al. v. Microsoft Corporation*, No.: 2:20-cv-01082 (W.D. Wash.); *Whalen v. Facebook, Inc.*, No. 5:20-cv-06361-NC (N.D. Cal.).

6.    I have been personally appointed to leadership positions in numerous complex class

cases, including privacy-related actions like this one.  Some of my personal appointments as Co-

Lead Counsel include:

- *Bishop et al. v. Behr Process Corp. et al.*, No. 1:17-cv-4464 (N.D. Ill.): (national products liability class action matter relating to defective deck paint resulting in substantial settlement).

- *Albrecht v Oasis Power, LLC*, No. 1:18-cv-01061 (N.D. Ill.) (TCPA class action; class settlement approved).

- *Mednick v. Precor, Inc*., No. 14-cv-03624 (N.D. Ill.) (in products liability class action, plaintiffs obtained class certification for a multi-state consumer class and the case ultimately settled on a class-wide basis).

- *Lewert v. PF Chang's China Bistro, Inc.*, No. 1:14-cv-04787 (N.D. Ill.): (one of the first data breach cases on record with landmark ruling in the Seventh Circuit on Article III standing, hailed by Law360 as one of the "top privacy cases" of 2016).

- *Salam v. Lifewatch, Inc.*, No. 1:13-cv-09305 (N.D. Ill.): (plaintiffs prevailed on contested class certification motion and matter is currently being actively litigated).

- *Bakov v. Consolidated World Travel Inc.*, No. 1:15-cv-02980 (N.D. Ill.) (TCPA litigation proceeding on behalf of a certified class of consumers).

7.    I also have extensive MDL experience and have been personally appointed to serve

in leadership in several national matters. For instance, I successfully served as co-lead counsel in

*In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation*, 1:15-cv-

1364 (N.D. Ill.), a sprawling products liability MDL class action which ended in a favorable class

settlement. My other personal MDL appointments include *In re Community Health Systems, Inc.,*

*Customer Data Security Breach Litigation*, 2:15-cv-00222, MDL 2595 (N.D. Ala.) (member of

the plaintiffs' steering committee in consolidated multidistrict litigation stemming from data

breach involving one of the nation's largest hospital chains) and *In re Ashley Madison Customer*

*Data Security Breach Litig.,* MDL No. 2669 (E.D. Mo.) (member of executive committee in well-

publicized data breach relating to social media company; significant class settlement for $11.2 million was approved in November 2017).

8.     Apart from my own appointments, my firm has additional and far-ranging MDL experience in some of the country's largest privacy and data breach matters including: *In re Equifax, Inc. Customer Data Security Breach Litig.*, MDL 2800 (N.D. Ga.); *In re Marriott International Customer Data Security Breach Litigation,* MDL No. 2879 (D. MD.); *In re Home Depot Customer Data Breach Litig.*, 1:14-md-02583, MDL 2583 (N.D. Ga.); *In re Target Corporation Customer Data Breach Litig.*, 0:14-md-02522, MDL 2522 (D. Minn.) and *In re Vizio, Inc. Consumer Privacy Litig.*, MDL No. 2693 (C.D. Cal.).

9.     I have personally devoted my full attention to litigating this matter since its inception and I have a full understanding of the case merits and litigation risks.  Based on my experience and analysis, I believe that the Settlement is the product of collaboration among some of the most experienced class action attorneys in the field, extensive negotiations with defense counsel, and an excellent result for the Class.

### *Pre-MDL Proceedings in the Northern District of Illinois Consolidated Action*

10.     The actions comprising this MDL are nearly all putative class actions against Defendants, TikTok Inc. and ByteDance Technology Inc. arising from alleged privacy violations.

11.     Related cases pending in various districts across the country became the subject of a May 15, 2020 petition filed before the Judicial Panel on Multi-District Litigation ("MDL") by counsel from the Southern District of Illinois seeking transfer and coordination in the Southern District of Illinois, or in the alternative, in this Court.

12.     With respect to the pre-MDL proceedings in this District, I am counsel of record in the first-filed of the Northern District of Illinois related actions (*E.R. v. TikTok, Inc. et al.,* 1:20-

cv-02810 (N.D. Ill.)). Having filed the first matter in this Court, both before and during the pendency of the MDL petition, I worked to organize and coordinate the various other related actions for the benefit of all parties and the putative class.

13. Prior to the creation of an MDL in this Court in August 2020, six related cases were proceeding as a Consolidated Action in this District. [ECF Nos. 10, 18]. Recognizing the fact that the cases would potentially be related in the MDL and that a leadership process in the Consolidated Action would not bind cases outside of our District, I suggested (with the agreement of all counsel then involved) that the Court appoint me as interim lead counsel during the pendency of the MDL without prejudicing the rights of anyone to seek leadership post-MDL. [*E.R.* Docket, at ECF No. 12]. The Court agreed. [*Id., at* ECF No. 18].

14. In my designated role as interim lead counsel during the MDL proceedings, and in an effort at substantive coordination of the various related cases, I communicated extensively with counsel for Defendants and other plaintiffs' counsel to explore a global settlement opportunity beginning in late May and early June of 2020.

15. Because of my efforts, all Plaintiffs' counsel in this District coordinated seamlessly and worked toward the common goal of litigating efficiently. Together, we filed a Consolidated Complaint for the Northern District of Illinois cases, served discovery, and prepared for the August 13, 2020 mediation, which became the foundation for the settlement now being presented to the Court.

### *Pre-MDL Coordination and Preparation for Settlement*

16. At the time defense counsel and I discussed the possibility of a global settlement and scheduled an August 13, 2020 mediation, seventeen related cases were pending in four federal Districts and the MDL panel had not yet ruled on centralization. [ECF No. 11]. The MDL transfer

order would not be issued until August 4, 2020, nine days before the mediation was scheduled to occur. [MDL Docket, ECF No. 2].

17.     Recognizing the state of procedural uncertainty while preserving this opportunity for the class, I galvanized an inclusive process among plaintiffs' counsel involved in the MDL and organized a team representing multiple districts to pursue mediation.  Our team collaborated extensively in preparing for mediation.  We retained a top expert in code analysis, communicated extensively with defense counsel, researched settlement value and the merits of our legal claims and prepared a detailed mediation statement.

18.     As part of this organizational process, sixteen firms[1] came together and collaborated in the months leading up to the August 13, 2020 mediation. These sixteen firms agreed on a delegation of seven representatives to attend the mediation session.

19.     Jonathan Jagher, now a Court-appointed PSC member, and I traveled to California during the pandemic to appear in person for the extensive, hard-fought, arms-length negotiations conducted for over twelve hours with Judge Phillips, one of the country's most prominent mediators.   Since we were asked to limit in-person attendees due to COVID-19 restrictions, five additional delegates actively participated by teleconference throughout the duration of our negotiations: Robert Foote (Foote, Mielke, Chavez & O'Neil, LLC); Michael Gervais (Susman Godfrey LLP); Joseph Guglielmo (Scott+Scott Attorneys at Law LLP); Tina Wolfson (Ahdoot & Wolfson, PC) and Tiffany Yiatras (Consumer Protection Legal, LLC).

---

[1] The sixteen firms are: Carlson Lynch LLP; Freed Kanner London & Millen LLC; Cafferty Clobes Meriwether & Sprengel LLP; Sauder Schelkopf LLP; Gordon Law Offices, Ltd.; Stephan Zouras, LLP; Erik H. Langeland P.C.; Tostrud Law Group, P.C.; Consumer Protection Legal, LLC; Scott+Scott Attorneys at Law LLP; Baird Law Firm; Wood Law Firm, LLC; Ahdoot & Wolfson, PC; Susman Godfrey LLP; Fegan Scott, LLC and Foote, Mielke, Chavez & O'Neil, LLC.

20.    At the conclusion of the mediation session on August 13, 2020, all of the delegates executed a binding term sheet concerning the material terms of the settlement.    Post-mediation, we continued our collaborative process. All of the delegates were involved in negotiating the September 4, 2020 Settlement Agreement and are signatories to that document.

### *The Unique Timing of the Settlement Opportunity*

21.    As it considers the value of Settlement, the Court should be aware of the political and business climate TikTok was facing.

22.    The August 13, 2020 mediation occurred at a particularly challenging time for TikTok, as the company began facing unprecedented business challenges and political pressure from former President Donald Trump just days before settlement talks were to begin.  By the time the parties met with Judge Phillips on August 13, the pressure had mounted significantly, creating a unique settlement opportunity.

23.    Just one week before the mediation, on August 6, 2020, President Trump issued an "Executive Order on Addressing the Threat Posed by TikTok" (the "First Executive Order"). In the First Executive Order, President Trump stated that TikTok presented a "national emergency" that "threaten[s] the national security, foreign policy, and economy of the United States." The First Executive Order stated that the TikTok App would be banned in the U.S. unless ByteDance Ltd. sold or spun-off its domestic TikTok operations to a U.S. Company within 45 days.

24.    The 45 day sell-off window was later extended to 90 days, by subsequent executive order titled, "Regarding the Acquisition of Musical.ly by ByteDance Ltd." (the "Second Executive Order"), issued on August 14, 2020, the day after the mediation. The Second Executive Order also prohibited ByteDance from any ownership interest in Musical.ly and required that ByteDance divest: (i) any interests in assets or property in the operation of TikTok in the United States; (ii)

any data obtained or derived from TikTok or musical.ly; and (iii) immediately upon divestment, destroy any data obtained or derived from TikTok or Musical.ly.

25.     Thus, the August 13, 2020 mediation session occurred with TikTok motivated to resolve this litigation while it was urgently marketing itself for sale to U.S. technology mega-companies like Microsoft and Oracle. I am confident that we capitalized on this pressure effectively during the negotiations to achieve the greatest possible value for the Class.

### *Post-MDL Coordination and Additional Settlement Negotiations*

26.     As noted above, at the time of the August 13, 2020 mediation, the MDL was in a state of procedural limbo: the administrative transfer of the related actions had not been fully effectuated and the Court had not yet created any leadership structure for the MDL. ECF No. 18.

27.     Prior to the appointment of the Leadership Group on September 28, 2020, confirmatory discovery on the settlement was underway and was in varying stages of completion.

28.     Once the Leadership Group was appointed, Co-Lead Counsel began collaborating immediately to vet the September 4, 2020 Settlement Agreement and in the ongoing confirmatory discovery efforts.  Co-Lead Counsel also continued negotiations with defense counsel, entered into the February 2021 Addendum, and ultimately reached consensus on the settlement terms Plaintiffs now present to the Court for approval. This process is detailed in the Declaration of Co-Lead Counsel Elizabeth Fegan.

### *Pre-Mediation Investigation and Post-Settlement Confirmatory Discovery*

29.     Prior to mediation and in preparing for the session, PSC Member Jonathan Jagher and I retained Bob Zeidman of Zeidman Consulting as Plaintiffs' source code expert.  Mr. Zeidman's *curriculum vitae* is attached hereto as **Exhibit A**.  The practice is well regarded and its professionals are generally recognized as belonging among the world's leading experts for source

code analysis. Atif Hashmi, also associated with Zeidman Consulting, served as one of the plaintiffs' experts in the Facebook biometric case pending in the Northern District of California. Mr. Jagher and I worked directly with Bob Zeidman in preparing for mediation and in connection with settlement related confirmatory discovery efforts. Mr. Zeidman was personally involved in the code review and in the analysis of the relevant issues.

30.     After the September 4, 2020 Settlement Agreement was executed by the delegates to the mediation (prior to the Court's appointment of the Leadership Group), Mr. Zeidman, Mr. Jagher and I traveled to California to conduct an in-person source code inspection. Mr. Jagher and I spent several days at the initial stage of the project with Mr. Zeidman, along with settlement signatory Tina Wolfson. Mr. Zeidman assumed responsibility thereafter.

31.     Mr. Zeidman was assisted from time to time by Nik Baer of Zeidman Consulting. In total, the in-person code review lasted from September 8th until September 25th. As part of the review, these experts inspected relevant code for the TikTok app (both iOS and Android platforms) and also relevant server code. Throughout the weeks of review, Mr. Jagher had lead responsibility for liaising with the experts to ensure that code was made available and technical issues were appropriately resolved.

32.     Mr. Zeidman's code review subsequently formed the basis for supplemental interrogatory questions concerning the function and purpose of terms Mr. Zeidman observed in the source code. Mr. Zeidman's work was also used to elicit testimony from a representative of TikTok, as specified in the settlement agreement.

33.     While Mr. Zeidman's source code inspection was ongoing in September of 2020, I assigned various settlement-related tasks to various counsel among the 16 firms involved in the mediation effort.

9

34. With the assistance of counsel participating in the mediation, we conducted a competitive bidding process for claims administration and class notice. Three separate proposals were fully vetted by the group. Ultimately, we selected Angeion taking various factors into consideration including price, media plan recommendations and prior experience. Further, Angeion is currently administering a settlement for TikTok in a related case and has institutional knowledge and familiarity with TikTok (including TikTok's available records to notify class members). Though this was not the only factor considered, we determined that Angeion's institutional knowledge will result in quicker ramp-up times and administrative cost-savings, yielding significant benefits for the Class.

35. In September 2020, prior to the Court's leadership appointment, I also assigned tasks to various counsel in connection with drafting supplemental written discovery.

36. Though this work was under way by the time the Court's leadership order was issued, immediately after the Court appointed the Leadership Group, I instructed non-appointed counsel to stop all work in progress and to deliver work product to me, which I ultimately shared with Co-Lead Counsel.

37. Post-appointment, Co-Lead Counsel (assisted by Mr. Jagher on the PSC) worked extensively with Mr. Zeidman to analyze his findings, which were used to generate additional written discovery and deposition questions for purposes of settlement. Through collaboration and analysis with the input of experts, Co-Lead Counsel was ultimately able to negotiate key provisions in the Addendum to benefit the class.

38. The expert analysis and collaboration allowed Co-Lead Counsel to explore and ultimately achieve a more expansive definition of the TikTok "App" to include activities on both the app and server levels. Addendum § 2.1.

39.     Mr. Zeidman's code review also enabled us to gain an understanding of TikTok's technology to assess TikTok's warranty in Section 7 of Settlement Agreement that TikTok "has not used the App to collect biometric identifiers or biometric information as defined by [BIPA]..." Mr. Zeidman's code review assisted counsel in clarifying that warranty in the addendum to focus the warranty on the technology itself:

> The warranty in Section 7.1 of the Agreement is not intended to cover features and operations of the App that are not used to identify an individual, such as image landmarking operations used for special effects and demographic classification, speech-to-text operations used to generate text of words spoken in a video, and similar non-identifying operations. The warranty is only meant to cover the use of the App to collect biometric data to identify individual App users—whether that biometric data is collected directly upon being uploaded to TikTok's servers through the App or whether that biometric data is later collected after being extracted from other user content that has been uploaded through the App to TikTok's servers.

Addendum§ 5.1

40.     Co-Lead Counsel, working together, also achieved additional important settlement clarifications concerning injunctive relief.  Specifically, the Addendum clarifies that the injunctive relief applies broadly to "any of Defendants' Released Parties to the extent they are engaged in the operation of the App or involved in receiving or accessing user data obtained through the App." Addendum § 5.1.  The Addendum also clarifies that TikTok will continue to comply with the Video Privacy Protection Act (18 U.S.C. § 2710).  *Id.*, at § 4.1.1.  Co-Lead Counsel also analyzed categories of data maintained by TikTok which should be deleted, ultimately securing TikTok's agreement to delete "Pre-Uploaded User Generated Content." *Id.*,at § 4.2.   The Addendum also clarifies specific compliance provisions concerning TikTok's hiring a third-party to conduct data privacy law compliance training for three years and provide verification of this training to Co-Lead Counsel. *Id.*,at § 4.3.

41.     All of these important clarifications are the result of significant collaboration among counsel for the benefit of the Class.  As a result, Co-Lead Counsel now present to the Court a fair, reasonable, and adequate Settlement which offers the class $92 million and valuable injunctive relief.

I declare under penalty of perjury that the foregoing is true and correct.


Date: February 23, 2021

_____

Katrina Carroll

# EXHIBIT A

*Bob Zeidman*



8050 Palm Cove Court
Las Vegas, NV 89129
Tel (650) 741-5809
Email Bob@ZeidmanConsulting.com
Website www.ZeidmanConsulting.com

## PROFESSIONAL SUMMARY

Bob Zeidman has management experience in the founding and daily operation of various high-tech companies as well as hands-on experience designing, analyzing, and reverse-engineering hardware and software. Mr. Zeidman is considered a pioneer in the fields of analyzing and synthesizing software source code and the creator of the field of Software Forensics. Mr. Zeidman is also considered one of the leading experts in the Verilog hardware description language as well as ASIC and FPGA design. He has written several engineering texts and regularly teaches courses in these areas at conferences throughout the world. Mr. Zeidman is also an experienced and well-regarded expert in intellectual property disputes. Bob is certified in the use of CodeSuite®. He holds a B.A. in Physics and a B.S. in Electrical Engineering from Cornell University and a master's degree in Electrical Engineering from Stanford University.

## EXPERIENCE

10/1987 - present: Zeidman Consulting - founder and president

- Provides engineering hardware and software design services to companies.
- Provides engineering support and expert witnesses for high-tech litigation.

8/2007 - present: Software Analysis and Forensic Engineering Corporation - company founder and president

- Software tools for intellectual property litigation.
- Created patented CodeSuite® software including BitMatch®, CodeCLOC®, CodeCross®, CodeDiff®, CodeMatch®, and SourceDetective® for efficiently finding correlation between source code files of different programs.
- Developed CodeSuite-MP for running CodeSuite® on multiple cores of a multicore processor.
- Architected CodeGrid for running CodeSuite® on a supercomputer grid.

1/2002 - present: Zeidman Technologies - founder and president

- Software tools for embedded software development.
- Created patented SynthOS® software that automatically synthesizes source code for a real time operating system.
- Created patented Molasses® virtualization software that enables a slow speed hardware emulator or prototype to be attached to a high-speed network to emulate network hardware in a live system.

1/2003 - 4/2008: Semizone.com - advisor

- Web-based training for engineers.
- Advisor on issues relating to e-learning content, development, presentation, and delivery.
- Instructor for various electrical engineering courses.

1/1999 - 12/2002: The Chalkboard Network - founder and president

- Web-based training for engineers and business professionals.
- Developed Depth Control®, a unique instructional design methodology for Web-based training.

<u>1/1997 - 12/1997: Apple Computer - consultant</u>

<u>7/1995 - 9/1995</u>
- Firmware development for a multimedia projection system.
- Firmware development for the Apple Studio Display, an advanced flat panel monitor.

<u>7/1996 - 12/1996: Hitachi Computer Products (America) - consultant</u>
- Helped define an architecture and functional specification for an ATM switch.

<u>10/1995 - 6/1996: Cisco Systems - consultant</u>

<u>3/1995 - 10/1995</u>

<u>10/1994 - 1/1995</u>
- Wrote Verilog behavioral models and developed a Verilog simulation environment for a 10baseT switch.
- Performed schematic capture, Verilog design, and simulation of an FDDI hub.
- Performed schematic capture, Verilog design, and simulation of an ATM router.

<u>5/1997 - 6/1997: Quickturn Design Systems - consultant</u>

<u>3/1995 - 7/1995</u>

<u>1/1994 - 2/1994</u>

<u>5/1993 - 6/1993</u>
- Designed custom memory boards for emulation of a supercomputer.

<u>7/1993 - 3/1994: Adaptive Video - consultant</u>
- Managed a team designing DSP-based medical imaging boards.

<u>1/1993 - 3/1993: Wireless Access - consultant</u>
- Supervised the design of an FPGA-based prototype for a telecommunications encoding and decoding scheme.

<u>1/1992 - 4/1999: eVAULT Remote Backup Service - founder and president</u>
- Invented the concept of remote backup.
- Set up a remote backup system with a central file server and communication lines including ISDN.
- Wrote remote backup software for DOS, Windows, and OS/2 including a GUI, a backup scheduler and file compression, encryption, and communication routines.

<u>6/1991 - 9/1991: STEP Engineering - consultant</u>
- Reviewed and optimized RISC hardware and software.

<u>12/1990 - 8/1991: Ricoh Corporation - consultant</u>
- Led a team that designed four RISC-based controllers for laser printers, scanners, faxes, and copiers.

<u>9/1989 - 11/1990: DAVID Systems - consultant</u>
- Designed network interface boards for 10BaseT, 10Base2, and FOIRL.
- Led an international team that tested an AMI encoding scheme and designed an ASIC for a digital phone set.

5/1993 - 8/1993: Ikos Systems - consultant

8/1992 - 2/1993

3/1988 - 8/1989

- Designed a high speed SBUS to MXIbus interface and a high-speed controller for a parallel processor.
- Architected, designed, and wrote diagnostic software for a RISC-based controller for a simulation accelerator.

10/1987 - 10/1988: Stanford University - consultant

- Led a team of graduate students under Professor Mike Flynn in the design and testing of a neural network memory.

1/1986 - 3/1988: Telestream Corporation - staff engineer

- Developed an architecture model for a telecom parallel processor system.
- Modeled, simulated, and tested a proprietary bus.
- Designed a telecom processing element ASIC.
- Designed a telecom system backplane.

9/1985 - 12/1985: American Supercomputers - staff engineer

- Designed a data cache and the register section logic for a CRAY compatible supercomputer.
- Assisted with the implementation of a behavioral simulator.

1/1985 - 8/1985: ROLM Corporation - staff engineer

- Simulated, debugged, and tested cache and memory control ASICs for a minicomputer.
- Microcoded the character string instructions.

4/1983 - 12/1984: Signetics Corporation - staff engineer

- Project leader for a CMOS DMA Interface chip (68431).
- Simulated a TTL VME bus controller chip (68172).
- Redesigned and simulated an oxide isolated ISL Enhanced Video Attribute Controller chip (2675T).
- Simulated a TTL Disk Phase Locked Loop chip (68459).
- Created a standard procedure for developing ASICs.

**LEGAL CONSULTING**

7/2019 - present: Neodron v. Samsung, Microsoft, Amazon, Lenovo, Motorola, Dell, and HP
Law Firm: Russ August & Kabat
Client: Neodron
Court: U.S. International Trade Commission
Case: Inv. No. 337-TA-1162

- Alleged patent infringement of capacitive touch screens
- Wrote expert reports
- Testified in two depositions

6/2019 - 11/2019: iReviewNow & SecurTest v. Datamaxx Applied Technologies
Law Firm: Ausley & McMullen,
Client: iReviewNow & SecurTest
Venue: American Arbitration Association
Case: 01-18-0004-6193

- Alleged breach of contract and trade secret theft of a system for verifying and authenticating background reports and consumer records
- Wrote a declaration and an expert report

- Testified at arbitration hearing

5/2019 - present: ECI Software Solutions. v. John Plyler Plumbing and Hardware, Olshan Lumber Company, Prosperity Computer Solutions, Greg Matatall, Wade Frazier, and Ed Baldridge

Law Firm: Lewis Brisbois Bisgaard & Smith LLP
Client: Prosperity Computer Solutions
Court: U.S. District Court, Northern District of Texas
Case: 3:18-cv-02758-S

- Alleged copyright infringement and trade secret theft of enterprise resource planning software
- Wrote expert report
- Testified in deposition

10/2018 – 2/2020: Automotive Data Solutions v. Directed Electronics Canada

Law Firm: Trojan Law Offices
Client: Automotive Data Solutions
Court: U.S. District Court, Central District of California
Case: 2:18-cv-01560-GW-E

- Alleged copyright infringement of aftermarket automobile remote starter devices
- Alleged trade secret misappropriation of aftermarket automobile remote starter devices
- Wrote expert reports
- Testified in deposition

6/2018 - 3/2019: Sarine Technologies v. Diyora & Bhanderi, et al

Client: I was a neutral expert appointed by the court
Court: Commercial Court at Vadodara, Gujarat, India
Case: Commercial Trademark Suit No. 8 of 2017

- Alleged copyright infringement of diamond imaging software
- Compared code using CodeSuite
- Wrote an expert report
- Affirmed as an expert by the Supreme Court of India

4/2018 - 5/2018: The State of Missouri v. Eric Greitens

Law Firm: St. Louis Circuit Attorney's Office
Client: The State of Missouri
Court: 22nd Circuit Court, Missouri
Case: Cause No. 1822-CR00642

- Alleged criminal privacy violation
- Researched, analyzed, and compared smartphone camera shutter sounds
- Researched smartphone mechanism for transmission of pictures
- Wrote expert reports
- Testified in deposition

1/2018 - 9/2019: Video Gaming Technologies v. Castle Hill Studio, et al

Law Firm: Saul Ewing Arnstein & Lehr LLP
Client: Castle Hill Studios
Court: U.S. District Court, Northern District of Oklahoma
Case: 17-cv-454-GKF-JF

- Alleged trade secret misappropriation of Class II gaming software
- Compared code using CodeSuite
- Wrote an expert report
- Testified in deposition

12/2017 - 9/2018: U.S. Ex Rel Maria Uchytil v. Avanade, et al.

Law Firm: Lowe Graham Jones PLLC

Client: Maria Uchytil
Court: U.S. District Court, Western District of Washington
Case: C12-2091-JCC
- Alleged fraudulent procurement of government contracts for computer software
- Compared software source code using CodeSuite
- Wrote expert report
- Testified in deposition

1/2017 - present: CamSoft Data Systems v. Southern Electronics Supply Company, et al.

Law Firm: Melancon Rimes
Client: CamSoft Data Systems
Court: 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana
Case: Docket No. 582,741
- Alleged trade secret misappropriation of wireless network configuration technology
- Wrote an expert report
- Testified in deposition

12/2016 - 11/2018: Papst Licensing v. Apple, LG Electronics, ZTE Corporation, Samsung Electronics, Lenovo, Motorola Mobility, and Huawei Technologies

Law Firm: DiNovo Price Ellwanger
Client: Papst Licensing
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: Civil Action No. 6:15-cv-1095
- Alleged patent infringement of mobile phones
- Read patents
- Examined mobile phones
- Analyzed software source code
- Wrote expert reports
- Testified in 6 depositions
- Testified at trial

9/2016 - 9/2017: CSS v. Christopher Herrington, Gene Yoho and Compiled Technologies

Law Firm: Robinson & McElwee
Client: Christopher Herrington, Gene Yoho and Compiled Technologies
Court: U.S. District Court, Southern District of West Virginia, Charleston Division
Case: Civil Action 2:16-cv-01762
- Alleged copyright infringement of government document management software
- Alleged trade secret misappropriation of government document management software
- Compared software source code using CodeSuite
- Wrote an expert report
- Testified in two depositions

7/2016 - 1/2017: Commonwealth of MA v. Figuereo, et al.

Law Firm: Committee for Public Counsel Services
Client: Figuereo, et al.
Court: Massachusetts District Court and Boston Municipal Court
Case: 1248CR1075
- Supervised a team of engineers analyzing and testing Draeger Alcotest breathalyzer hardware and firmware for accuracy, consistency, and reliability.

5/2016 - present: In re Papst Licensing GmbH & Co. KG Patent Litigation

Law Firm: Desmarais
Client: Papst Licensing GmbH & Co. KG
Court: U.S. District Court, District of Columbia

Case: Miscellaneous Action No. 07-493-RMC
- Alleged patent infringement of camera interface software
- Read patents and proposed a claim construction
- Wrote a declaration
- Testified in deposition
- Testified at Markman hearing

1/2016 - 6/2016: Verasonics v. Alpinion Medical Systems

Law Firm: Davis Wright Tremaine
Client: Verasonics
Venue: American Arbitration Association, International Centre for Dispute Resolution
Case: 01-15-0002-9484
- Alleged trade secret theft of software for an ultrasound research platform
- Compared software source code using CodeSuite
- Wrote a declaration and an expert report
- Testified at arbitration hearing

12/2015 - 2/2017: ACI Worldwide v. MasterCard Technologies

Law Firms: Faegre Baker Daniels / Robins Kaplan
Client: ACI Worldwide
Venue: U.S. District Court, District of Nebraska
Case: 8:14cv-00031
- Alleged trade secret theft of financial transaction middleware
- Compared software source code using CodeSuite
- Wrote declarations and expert reports
- Testified at depositions

10/2015 - 6/2017: Phoenix Technologies v. VMware

Law Firm: Cooley
Client: Phoenix Technologies
Venue: U.S. District Court, Northern District of California, Oakland Division
Case: 5:15-cv-01414
- Alleged copyright infringement of BIOS code
- Compared software source code using CodeSuite
- Wrote two expert reports
- Testified at deposition
- Testified at trial

7/2015 - 5/2016: Oracle America v. Google

Law Firm: Orrick, Herrington & Sutcliffe
Client: Oracle America
Court: U.S. District Court, Northern District of California
Case: C 10-03561 WHA
- Software copyright infringement of Java API packages
- Wrote expert report
- Testified in deposition

2/2015 - present: Intellisoft v. Acer America

Law Firm: Balaban & Spielberger
Client: Intellisoft
Court: Superior Court of California, County of Santa Clara
Case: 1-14-CV-272381
- Alleged trade secret misappropriation of power management hardware and software
- Examined personal computer hardware and software

- Read patents
- Read industry specifications
- Wrote expert reports
- Testified twice at deposition

2/2015 - 1/2016: NNG v. Ava Enterprises
Law Firm: Lewis Roca Rothgerber Christie LLP
Client: NNG, Kft
Court: U.S. District Court, Central District of California
Case: 2:2014-CV-00220
- Alleged copyright infringement of GPS navigation software
- Wrote expert report

10/2014 - 4/2018: ObjectiVision v. Visionsearch Pty Ltd and University of Sydney
Law Firms: K&L Gates / Marque Lawyers / Allens
Client: ObjectiVision
Court: Federal Court of Australia
Case: NSD 385 of 2014
- Alleged copyright infringement of software for a visual electrophysiology device
- Compared software source code using CodeSuite
- Researched algorithms
- Wrote expert reports
- Collaborated in an expert conclave
- Testified in trial

10/2014 - 6/2016: AAMP of America v. Automotive Data Solutions
Law Firm: Trojan Law Offices
Client: Automotive Data Solutions
Court: U.S. District Court, Middle District of Florida, Tampa Division
Case: 8:13-cv-2019-T-35TGW
- Alleged patent infringement of aftermarket stereo interface devices
- Wrote expert reports
- Participated in inter partes review
- Testified in two depositions

11/2013 - 9/2014: United Services Automobile Association v. Mitek Systems
Law Firm: Wilson Sonsini Goodrich & Rosati / Scheper Kim & Harris
Client: Mitek Systems
Court: U.S. District Court, Western District of Texas, San Antonio Division
Case: SA-12-CA-0282-FB
- Alleged trade secret misappropriation of mobile banking and check imaging software
- Alleged patent infringement of mobile banking and check imaging software
- Analyzed software and examined specifications
- Wrote expert reports

6/2013 - 1/2014: Cellebrite Mobile Synchronization v. Micro Systemation
Law Firm: Pearl Cohen Zedek Latzer Baratz LLP
Client: Cellebrite Mobile Synchronization
Court: U.S. District Court, Virginia Eastern District Court, Alexandria Division
Case: 1:13-cv-01014-TSE-TRJ
- Alleged copyright infringement and trade secret misappropriation of mobile device forensic software
- Compared software binary code using CodeSuite
- Wrote an expert report

<u>4/2013 - 12/2012: Audionics System v. AAMP of Florida</u>

Law Firm: Trojan Law Offices
Client: Audionics System
Court: U.S. District Court, Central District of California, Western Division
Case: 2:12-cv-10763-MMM-JEM
- Alleged patent infringement of aftermarket stereo interface devices
- Wrote expert reports
- Testified in two depositions

<u>2/2013 - 5/2017: Metropolitan Health Corporate v. Neil Harvey Associates</u>

Law Firm: Kritzinger & Co / Attorneys Zumpt
Client: Metropolitan Health Corporate
Venue: Western Cape High Court, Cape Town, South Africa
Case: 10264/2010
- Alleged copyright infringement of healthcare administration software
- Compared software source code using CodeSuite
- Wrote expert reports

<u>10/2012 - 12/2012: E-Tech USA v. 2lemetry</u>

Law Firm: Reed Smith
Client: 2lemetry
Court: U.S. District Court, District of Colorado
Case: cv-03371-REB-KMT
- Alleged trade secret misappropriation of cloud platform software
- Compared software source code using CodeSuite
- Wrote an expert report

<u>8/2012 - 4/2015: Round Rock Research v. SanDisk</u>

Law Firm: Desmarais
Client: Round Rock Research
Court: U.S. District Court, District of Delaware
Case: 12-569 (SLR)
- Alleged patent infringement of flash memory devices
- Analyzed hardware and firmware and examined specifications
- Wrote expert reports
- Testified twice in deposition
- Testified twice in court

<u>8/2012 - 4/2015: SanDisk v. Round Rock Research</u>

Law Firm: Desmarais
Client: Round Rock Research
Court: U.S. District Court, Northern District of California
Case: 1-cv-05243-RS
- Alleged patent infringement of flash memory devices
- Analyzed hardware and firmware and examined specifications
- Wrote expert reports
- Testified in deposition

<u>7/2012 - 5/2013: Kenneth C. Henry v. Petrolink v. Digital Well File</u>

Law Firms: Wright & Close; Martin, Disiere, Jefferson & Wisdom
Client: neutral expert
Court: District Court of Harris County, Texas, 133rd Judicial District
Case: 2010-08178
- Alleged copyright infringement of real-time decision-making software for oilfield data

- Alleged trade secret theft
- Compared software source code using CodeSuite
- Wrote two expert reports

7/2012 - 6/2013: Elan Microelectronics v. Pixcir Microelectronics

Law Firm: Alston & Bird LLP
Client: Elan Microelectronics
Court: U.S. District Court, District of Nevada
Case: 2:10-cv-00014-GMN-(PAL)
- Alleged patent infringement of capacitive touch controller hardware and software

1/2012 - 5/2014: Intellectual Ventures v. Altera, Microsemi, Lattice Semiconductor, and Xilinx

Law Firm: Desmarais LLP
Client: Intellectual Ventures
Court: U.S. District Court, District of Delaware
Case: C.A. No. 10-1065-LPS
- Alleged patent infringement of FPGA and ASIC integrated circuits
- Examined schematics and Verilog code
- Wrote expert reports
- Testified at two depositions

1/2012 - 6/2014: ThinkOptics v. Nintendo of America, et al.

Law Firm: Nix Patterson & Roach LLP
Client: ThinkOptics
Court: U.S. District Court, Eastern District Of Texas, Tyler Division
Case: 6:2011cv00454
- Alleged patent infringement of video game controller hardware
- Wrote expert reports
- Testified at two depositions

1/2012 - 9/2012: E-Micro Corporation v. Google, et al.

Law Firm: Nix Patterson & Roach LLP
Client: E-Micro
Court: U.S. District Court, Eastern District Of Texas, Tyler Division
Case: 6:11-CV-465 (JDL)
- Alleged patent infringement of mobile commerce software

7/2011 - 12/2011: Facebook v. Power Ventures

Law Firm: Orrick, Herrington & Sutcliffe
Client: Facebook
Court: U.S. District Court, Northern District of California
Case: 5:08-cv-05780 JW (HRL)
- Alleged copyright infringement of social network software
- Alleged trademark infringement of social network software
- Alleged DMCA violation
- Alleged violation of the CAN-SPAM Act
- Alleged violation of the Computer Fraud and Abuse Act ("CFAA")
- Alleged violation of the California Comprehensive Computer Data Access and Fraud Act
- Alleged unfair competition
- Wrote expert report

4/2011 - 4/2014: Motorola Mobility, Google v. Microsoft

Law Firm: Sidley Austin
Client: Microsoft

Court: U.S. District Court, Southern District of Florida
Case: 1:10-cv-2406J-MORENO
- Alleged patent infringement of voicemail software
- Alleged patent infringement of graphics software
- Analyzed patents
- Examined source code
- Wrote expert reports
- Testified in deposition

8/2010 - 3/2011: Cross Match Technologies v. Suprema and Mentalix

Law Firm: Latham & Watkins
Client: Cross Match Technologies
Court: U.S. International Trade Commission
Investigation: 337-TA-720
- Alleged patent infringement of fingerprint scanning and imaging software
- Analyzed patents
- Examined source code
- Compared software source code using CodeSuite
- Wrote an expert report
- Testified in deposition

7/2010 - 4/2011: Xpoint Technologies v. Symantec

Law Firm: Quinn Emanuel Urquhart & Sullivan
Client: Symantec
Court: U.S. District Court, District of Delaware
Investigation: 09-CV-0026 (SLR)
- Alleged patent infringement of backup software
- Analyzed patents
- Examined software
- Wrote an expert report

4/2010 - 7/2012: Brocade v. A10 Networks

Law Firms: Orrick, Herrington & Sutcliffe; McDermott, Will & Emery
Client: Brocade
Court: U.S. District Court, Northern District of California, San Jose Division
Case: C 10-03428 LHK (PSG)
- Alleged copying of software for network controllers
- Compared software source code using CodeSuite
- Measured software development using CodeCLOC
- Wrote an expert report and several declarations
- Testified in deposition
- Testified at trial

3/2010 - 9/2010: Datamaxx v. Computer Products of Illinois

Law Firm: Ausley & McMullen
Client: Computer Products of Illinois
Court: U.S. District Court, Northern District Of Florida, Tallahassee Division
Case: 4:09cv435-RH/WCS
- Alleged copying of software to enable law enforcement
- Compared software source code using CodeSuite
- Wrote a declaration and a rebuttal expert report
- Testified in deposition

2/2010 - 7/2010: SplitFish v. Bannco

Law Firm: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Client: SplitFish
Court: U.S. District Court, Northern Easter District of Virginia, Alexandria Division
Case: l:10cv297
- Preliminary injunction against defendant granted
- Alleged copying of firmware for video game controllers
- Compared software binary code using CodeSuite
- Wrote two declarations

12/2009 - 7/2013: Robin Antonick v. Electronic Arts

Law Firm: Keker & Van Nest LLP
Client: Electronic Arts
Court: U.S. District Court, Northern District of California
Case: 3:11-cv-01543-CRB (EDL)
- Contract dispute
- Examined source code and binary code
- Compared software binary code and source code using CodeSuite
- Wrote expert reports
- Testified in deposition
- Testified in court

10/2009-11/2009: Sigma Six Technologies and Sigma Six Consulting. v. Nagarro and T-Systems Enterprise Services.

Law firm: Ropers, Majeski, Kohn & Bentley PC
Client: Nagarro
Court: U.S. District Court, Northern District of California
Case: C 08-05633 JW
- Alleged trade secret infringement case involving enterprise client user interface software

8/2009 - 11/2010: Zynga v. Green Patch

Law firm: Quinn Emanuel Urquhart & Sullivan
Client: Zynga
Court: U.S. District Court, Northern District of California
Case: CV-09-3636 SC (EMC)
- Alleged copyright infringement case involving web-based social networking game software
- Compared software source code using CodeMatch
- Wrote two declarations and an expert report

8/2009 - 5/2012: De Lage Landen Operational Services v. Third Pillar Systems

Law Firm: Wilson Sonsini Goodrich & Rosati
Client: Third Pillar Systems
Court: U.S. District Court, Eastern District of Pennsylvania
Case: 09-cv-02439-HB
- Alleged trade secret misappropriation and contract dispute involving lending and leasing software
- Compared software source code using CodeSuite
- Wrote an expert report and a rebuttal expert report
- Testified in deposition
- Testified at trial

2/2009 - 10/2009: Minden Schipper & Associates v. Cancercare Manitoba (Varian Medical Systems)

Client: Varian Medical Systems
Court: Queen's Bench, Winnipeg Centre, Canada
Case: CI 05-01-45377

- Alleged trade secret misappropriation and copying of oncology diagnosis expert system software.
- Compared software source code using CodeSuite
- Wrote an expert report

11/2008 - 1/2010: Applied Materials v. Advanced Micro-Fabrication Equipment Co.

Law firm: Goodwin Procter
Client: Applied Materials
Court: U.S. District Court, Northern District Of California
Case: C07 05248 JW (PVT)
- Alleged copying of software for semiconductor manufacturing machines
- Compared software source code using CodeSuite
- Wrote expert reports
- Testified in deposition

9/2008 - 9/2009: Abanco Investments v. GuestLogix

Law firm: Patterson, Thuente, Skaar & Christensen
Client: GuestLogix
Court: U.S. District Court, Northern District of Illinois
Case: 07 C 1071
- Alleged trade secret theft involving point-of-sale software
- Compared software source code using CodeSuite
- Wrote an expert report

9/2008 - 3/2010: Personnel Department v. CareerBuilder

Law firm: Jones, Day, Reavis & Pogue
Client: CareerBuilder
Court: U.S. District Court, District of Vermont
Case: 2:08-cv-59-wks
- Alleged trade secret theft involving resume building software
- Compared software source code using CodeSuite
- Wrote an expert report

9/2008 - 12/2008: Honeywell, Metrologic, OmniPlanar v. Datalogic

Law firm: Robins, Kaplan, Miller & Ciresi
Client: OmniPlanar
Court: U.S. District Court, District of New Jersey
Case: 1:2008cv05234
- Alleged copyright infringement and trade secret theft involving bar code scanner firmware
- Compared software source code to software binary code using CodeSuite

7/2008-10/2008: Facebook v. StudiVZ

Law firm: Orrick, Herrington & Sutcliffe
Client: Facebook
Court: U.S. District Court, Northern District of California
Case: 5:08-CV-03468 JF
- Alleged copyright infringement case involving web-based social networking software
- Compared software source code using CodeSuite

4/2008 - 12/2010: Esbin & Alter v. Zappier, et al.

Law firm: Alter & Alter
Client: Esbin & Alter
Court: U.S. District Court, Southern District of New York
Case: 08 Civ. 313
- Contract dispute case involving billing and document management software

- Compared software source code using CodeSuite
- Wrote two declaration and two expert reports

4/2008 - 12/2008: Piper Jaffray v. Vermilion Capital Management
Law firm: Patterson, Thuente, Skaar & Christensen
Client: Vermilion Capital Management
Court: Minnesota District Court, Fourth Judicial District, County of Hennepin
Case: 07-20203
- Alleged trade secret case involving stock market technical analysis software
- Compared software source code using CodeSuite
- Wrote an expert report

4/2008 - 11/2008: Intelligraphics v. Marvell Semiconductor
Law firm: Sommers and Schwartz
Client: Intelligraphics
Court: U.S. District Court, Northern District Of California, San Francisco Division
Case: C-07-2499 JCS
- Contract dispute case involving WLAN firmware and drivers
- Compared software source code using CodeSuite
- Wrote an expert report
- Testified at deposition

3/2008 - 8/2008: Optovue v. Carl Zeiss Meditec
Law firm: Nixon Peabody
Client: Carl Zeiss Meditec
Court: U.S. District Court, Northern District of California, Oakland Division
Case: C 07-03010 CW
- Alleged copyright/trade secret theft case involving optical coherence tomography software
- Compared software source code using CodeSuite
- Wrote an expert report

2/2008 - 4/2008: Gemstar v. Digeo
Law firm: Ropes & Gray
Client: Gemstar
Court: U.S. District Court, Central District of California, Western Division
Case: CV-06-6519
- Alleged patent infringement case involving program guide displays
- Wrote an expert report

1/2008 - 4/2014: MSC Software v. Altair Engineering, et al.
Law firm: Dykema Gossett
Client: MSC Software
Court: U.S. District Court, Eastern District of Michigan, Southern Division
Case: 2:07-cv-12807
- Alleged trade secret theft case involving motion simulation software
- Compared software source code using CodeSuite
- Wrote a declaration and an expert report
- Testified at a hearing
- Testified in deposition

5/2007 - 12/2008: The MathWorks v. COMSOL
Law firm: Jones, Day, Reavis & Pogue
Client: The MathWorks, Inc.
Court: U.S. District Court, Eastern District of Texas, Tyler Division

Case: 6:06-CV-335
- Alleged copyright infringement case involving mathematical modeling software
- Compared software source code using CodeSuite

<u>5/2007 - 12/2008: The MathWorks v. COMSOL</u>

Law firm: Jones, Day, Reavis & Pogue
Client: The MathWorks, Inc.
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: 6:06-CV-334
- Alleged patent infringement case involving mathematical modeling software

<u>5/2007 - 6/2007: Third Party Verification v. SignatureLink</u>

Law firm: Law Offices of Brian S. Steinberger
Client: Third Party Verification
Court: U.S. District Court, Middle District of Florida
Case: 6:06-cv-00415
- Alleged copyright infringement case involving web-based signature capture software
- Compared software source code using CodeSuite
- Wrote an expert report

<u>4/2007 - 7/2008: Symantec v. Commissioner of Internal Revenue</u>

Law firm: Baker & McKenzie
Client: Symantec
Court: U.S. Tax Court
Case: 12075-06
- Software transfer pricing tax dispute
- Software comparison using CodeDiff and CLOC methodology
- Wrote an expert report
- Testified at trial

<u>4/2007 - 5/2007: Kernius & Frise v. International Electronics</u>

Law firm: Zito tlp
Client: Kernius & Frise
Case: 05-CV-1927
Court: U.S. District Court, District of Maryland
- Alleged patent infringement case involving modems and call waiting
- Wrote an expert report
- Testified in deposition

<u>2/2007 - 8/2008: Quantum Research Group (Atmel) v. Apple, Cypress, Fingerworks</u>

Law firm: Zito tlp, Sidley Austin
Client: Quantum Research Group (Atmel)
Court: U.S. District Court, District of Maryland
Case: 05-cv-03408-WMN
- Alleged patent infringement case involving capacitive sensing devices
- Assisted with claim construction
- Wrote an expert report
- Testified in deposition

<u>8/2006 - 8/2007: AdTech RFID v. Adept Identification Technologies, et al.</u>

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Adept Identification Technologies
Court: Superior Court of Santa Clara County California
Case: 1:06-CV-057464
- Alleged trade secret theft case involving RFID software

- Compared software source code using CodeSuite
- Wrote an expert report

<u>6/2006 - 2/2007: Medinformatix v. AcerMed</u>

Law firm: Timothy McGonigle
Client: MedInformatix
Arbitration: JAMS
Ref: 1220035252
- Alleged trade secret case involving electronic medical records software.
- Assisted with determination of trade secrets
- Compared software source code using CodeSuite
- Wrote declarations
- Testified in deposition

<u>5/2006 - 11/2006: Iconix v. NetPickle, et al.</u>

Law firm: Orrick, Herrington & Sutcliffe
Client: NetPickle
Court: U.S. District Court, Northern District of California, Oakland Division
Case: 4:06-cv-02201
- Alleged copyright infringement case involving web-based presentation software
- Compared software source code using CodeSuite
- Wrote a declaration
- Wrote an expert report
- Testified in deposition

<u>4/2006 - 10/2006: Forgent v. Microsoft et al.</u>

Law firm: Susman Godfrey
Client: Forgent
Court: U.S. District Court, Northern District of California, San Jose Division
Case: M:05-CV-01654
- Alleged patent infringement case involving JPEG encoding of pictures in files
- Reverse engineered video equipment

<u>2/2006 - 5/2008: Rasterex Holdings v. Research in Motion</u>

Law firm: Kilpatrick Stockton
Client: Rasterex Holdings
Court: Superior Court of Fulton County, State of Georgia
Case: 2003-cv-76785
- Alleged copyright infringement case involving mobile document translation and storage software
- Compared software source code using CodeSuite
- Wrote an expert report
- Testified in deposition

<u>2/2006 - 9/2006: Medinformatix v. Camtronics Medical Systems</u>

Law firm: Timothy McGonigle
Client: MedInformatix
Court: U.S. District Court, Central District of California
Case: 2:05-cv-04829 SJO
- Alleged trade secret theft case involving electronic medical records software
- Assisted with determination of trade secrets
- Wrote declarations

<u>8/2005 - 12/2007: Moneygram Payment Systems v. Enterprise Payment Solutions</u>

Law firm: Michael Best & Friedrich LLP

Client: Moneygram
Court: U.S. District Court, Eastern District of Tennessee
Case: 1:05-cv-00172
- Alleged copyright infringement case involving ACH financial software
- Compared software source code using CodeSuite
- Wrote an expert report

8/2005 - 8/2006: Silvaco v. Specular

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Specular
Court: Superior Court of Santa Clara County California
Case: 1:04-cv-031951
- Alleged trade secret case involving electronic design automation (EDA) software
- Compared software source code using CodeSuite
- Wrote an expert report

7/2005-2/2008: ConnectU v. Facebook, et al.

Law firm: Orrick, Herrington & Sutcliffe
Client: Facebook
Court: U.S. District Court, District of Massachusetts
Case: 1:04-cv-11923
- Alleged copyright infringement case involving social network software
- Compared software source code using CodeSuite

4/2005 - 3/2007: Merchant Transaction Systems, et al. v. Nelcela, et al.

Law firm: Lewis & Roca
Client: Merchant Transaction Systems/POST Integration/Ebocom
Court: U.S. District Court, District of Arizona
Case: 2:02-cv-01954
- Alleged copyright infringement involving credit card processing software
- Compared software source code using CodeSuite
- Wrote an expert report
- Testified in deposition

4/2005: Brod v. Lev, et al.

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Lev
Court: Superior Court of Santa Clara County California
Case: 1:03-cv-005813
- Alleged copyright infringement case involving Internet acceleration software
- Compared software source code using CodeSuite

3/2005 - 12/2005: American Video Graphics v. Electronic Arts, et al.

Law firm: McKool Smith
Client: AVG
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: 6:04-CV-398
- Alleged patent infringement case involving 3D graphics software algorithms
- Examined source code for over 50 video games
- Wrote claim charts for each video game

3/2005 - 12/2005: American Video Graphics v. Sony Corporation of America, et al.

Law firm: McKool Smith
Client: AVG
Court: U.S. District Court, Eastern District of Texas, Tyler Division

Case: 6:04cv399
- Alleged patent infringement case involving 3D graphics hardware algorithms
- Examined graphic chips

8/2004 - 12/2007: Creative Science Systems v. Forex Capital Markets

Law firm: Baker & McKenzie/Sommers and Schwartz
Client: Creative Science Systems
Court: U.S. District Court, Northern District of California
Case: 5:04-cv-03746
- Alleged copyright infringement involving web-based financial software
- Compared software source code using CodeSuite
- Compared software object code
- Wrote a declaration and an expert report
- Testified in deposition

8/2004 - 3/2005: XIOtech v. Compellent Technologies, et al.

Law firm: Faegre & Benson
Client: Compellent
Court: Minnesota District Court, Fourth Judicial District, County of Hennepin
Case: 04-5065
- Alleged trade secret theft involving storage area network (SAN) software
- Compared software source code using CodeSuite
- Compared features and researched prior art for storage area network (SAN) software
- Wrote an expert report

8/2004 - 9/2004: OpenTable v. Smart Restaurant Solutions

Law firm: Wilson Sonsini Goodrich & Rosati
Client: Smart Restaurant Solutions
Court: Superior Court of the State of California for the County of San Francisco
Case: CGC-03-424516
- Alleged copyright infringement involving restaurant management software
- Compared software source code using CodeSuite
- Wrote an expert report

7/2004 - 2/2005: Zoran and Oak Technology v. MediaTek, et al.

Law firm: Wilson Sonsini Goodrich & Rosati /Hogan & Hartson
Client: MediaTek
Court: U.S. International Trade Commission
Investigation: 337-TA-506
- Alleged patent infringement involving CD-ROM/DVD controller hardware
- Examined VHDL for two CD-ROM/DVD controller chips to determine their architectures and implementations
- Wrote an expert report and created exhibits for trial
- Testified in deposition
- Testified at trial

4/2004 - 11/2004: Agere Systems v. Intersil

Law firm: Kirkland & Ellis
Client: Agere
Court: U.S. District Court, Eastern District of Pennsylvania
Case: 02-CV-08219, 02-CV-1544
- Alleged copyright infringement and contract dispute involving WLAN chips
- Compared firmware source code using CodeSuite
- Examined Verilog and VHDL source code

– 17 –

- Wrote an expert report and rebuttal to opposition expert report

4/2003 - 5/2003: Alvis v. Hewlett-Packard

Law firm: Drinker Biddle & Reath
Client: Hewlett Packard
Court: U.S. District Court, District Court of Jefferson County, Texas
Case: A-164,880
- Class action suit involving reliability of floppy disk drives and software patches
- Wrote an expert report
- Testified in deposition

4/2003 - 5/2003: MediaTek Software Clean Room Development Project

Law firm: MacPherson Kwok
Client: MediaTek
- Clean room code development
- Reviewed source code and compared different source code routines for similarities

3/2003 - 5/2003: Research In Motion v. Good Technology

Law firm: Jones, Day, Reavis & Pogue
Client: Research In Motion
Court: U.S. District Court, District of Delaware
Case: 02-556-JJF, 02-1286-JJF, 02-1338-JJF
- Alleged patent infringement case involving handheld wireless devices and supporting software
- Analyzed software source code
- Assisted with deposition of opposing expert
- Wrote claim charts

8/2001 - 9/2001: Intel v. VIA Technologies

Law firm: Howrey Simon Arnold & White
Client: Intel
Court: U.S. District Court, Northern District of California
Case: C99-03062
- Alleged patent infringement case involving computer motherboards
- Examined computer motherboards for patent infringement

7/2001 - 4/2003: Intel v. VIA Technologies

Law firm: Dewey Ballantine/Brobeck, Phleger & Harrison
Client: Intel
Court: U.S. District Court, Western District of Texas
Case: A-01-CA-602-SS
- Alleged patent infringement cases involving CPUs and computer chipsets
- Assisted with claim construction
- Wrote test case software in assembly language
- Examined computer motherboards
- Analyzed Verilog code of CPUs
- Wrote several expert reports
- Wrote several claim charts

3/2001 - 3/2001: KRS Distributing v. Gatten Insurance

Law firm: Stone & Hiles
Client: Gatten Insurance
- Insurance claim
- Examined a fax machine to retrieve stored documents

– 18 –

7/1997 - 3/1999: Texas Instruments v. Hyundai Electronics Industries Co.

Law firm: Jones, Day, Reavis & Pogue
Client: Texas Instruments
Court: U.S. District Court, Eastern District of Texas
Case: 2:98CV74
- Alleged patent infringement involving semiconductor wafer handling hardware, software, and communication protocols
- Reverse engineered hardware and software in order to determine infringement.
- Constructed exhibits
- Assisted with the writing of expert reports
- Assisted with the writing of claim charts

8/1996 - 12/1996: Texas Instruments v. Samsung Electronics, et al.

Law firm: Jones, Day, Reavis & Pogue
Client: Texas Instruments
Court: U.S. District Court, Eastern District of Texas
Case: 2:96-CV-1, 2:96-CV-2
- Alleged patent infringement involving semiconductor wafer handling hardware, software, and communication protocols
- Reverse engineered hardware and software in order to determine infringement
- Constructed exhibits
- Assisted with the writing of expert reports
- Assisted with the writing of claim charts

2/1996 - 7/1996: Cirrus Logic v. Agarwal, et al.

Law firm: Morrison & Foerster
Client: Cirrus Logic
Court: Superior Court of Santa Clara County California
Case: CV 745373
- Alleged trade secret case involving semiconductors and LCD display technology
- Examined validity of trade secrets
- Reconstructed the history of an internal engineering project
- Researched prior art

**HONORS, AWARDS, AND DISTINCTIONS**

**Engineering and Science**

1. 2018 CREST (Cupertino Recognizes Extra Steps Taken) Award, Innovator of the Year

2. Outstanding Engineer in a Specialized Field: For Pioneering Contributions to the Field of Forensic Software Analysis, IEEE Region 6 Central Area, 2015.

3. Outstanding Engineer in a Specialized Field: For Pioneering Contributions to the Field of Forensic Software Analysis, IEEE Santa Clara Valley Section, 2015.

4. Final Round, 2011 Jolt Awards, for the book The Software IP Detective's Handbook: Measurement, Comparison, and Infringement Detection.

5. Outstanding Engineer in a Specialized Field: For Innovative Contributions in the Area of Forensic Software Analysis, IEEE Santa Clara Valley Section, 2010.

6. Session's Best Paper Award, The11th World Multi-Conference on Systemics, Cybernetics and Informatics, 2007.

7. The Number 5 Programmable Logic "How To" article of 2006, Programmable Logic DesignLine newsletter.

8. Finalist, Design News magazine 2006 Golden MouseTrap Award: Design and Development Software Tools, for SynthOS.

9. Winner, Software Development magazine 2003 Jolt Reader's Choice Award for the book *Designing with FPGAs and CPLDs*.

10. Senior Member, ACM

11. Senior Member, IEEE

12. Top PLD/FPGA News and Feature Article for 2003, CMP Media

13. Winner, Wyle/EE Times American By Design Contest, 1994

14. Stanford Graduate Engineering Fellowship

15. Eta Kappa Nu (Electrical Engineering honor society)

16. Association for Educational Data Systems Honorable Mention

17. Bausch & Lomb Honorary Science Award

**Writing and Filmmaking**

1. Indie Excellence 2013 Winner, Humor category, for the novel *Good Intentions*.

2. Indie Excellence 2013 Finalist, Political Thriller category, for the novel *Good Intentions*.

3. Honorable Mention, 2013 San Francisco Book Festival, for the novel *Horror Flick*.

4. Pinnacle Book Achievement Award 2012 for the novel *Good Intentions*.

5. Semifinalist, November 2011 Amazon Studios Best Kids and Family Script Award, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

6. Semifinalist, October 2011 Amazon Studios Best Script Award, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

7. Semifinalist, September 2011 Amazon Studios Best Script Award, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

8. Semifinalist, August 2011 Amazon Studios Best Script Award, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

9. Semifinalist, July 2011 Amazon Studios Best Script Award, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

10. Semifinalist, June 2011 Amazon Studios Best Sci-Fi/Action Script Award, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

11. Semifinalist, June 2011 Amazon Studios Best Script Award, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

12. Semifinalist, 2004 Cinequest Screenwriting Competition, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

13. Second Place, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay "Horror Flick."

14. Third Place, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

15. Honorary Mention, 2002 Autumn Moon Productions Screenplay Awards, for the screenplay "Sex and Violence."

16. Certificate of Merit, 2002 International Screenplay Competition, for the screenplay "Horror Flick."

17. Certificate of Merit, 2002 International Screenplay Competition, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

18. Certificate of Merit, 2002 International Screenplay Competition, for the screenplay "Sex and Violence."

19. First Place, 2001 Focus on Writers Contest, for the screenplay "Horror Flick."

20. Special Mention Winner, 2001 Screenwriting Showcase Awards, for the screenplay "Horror Flick."

21. Finalist, 2001 Empyrion Screenplay Competition, for the screenplay "Sex and Violence."

22. Finalist, 2001 New Century Writer Awards, for the screenplay "Horror Flick."

23. Top Ten Finalist, 2001 Tennessee Screenwriting Association Competition, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

24. Semifinalist, 2001 WordsFromHere Contest, for the screenplay "Horror Flick."

25. Semifinalist, 2001 Venice Arts Screenwriting Competition, for the screenplay "Horror Flick."

26. Semifinalist, 2001 National Screenwriting Competition, for the screenplay "Horror Flick."

27. Semifinalist, 2001 National Screenwriting Competition, for the screenplay "Sex and Violence."

28. Quarterfinalist, 2001 Fade In: Screenwriting Awards, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

29. Quarterfinalist, Texas Film Institute 2001 Screenplay Competition, for the screenplay "Horror Flick."

30. Top Finalist, BDR 2000 Productions New Millennium Screenplay 2001 Contest, for the screenplay "Horror Flick."

31. Certificate of Merit, Writer's Digest 2000 National Self-Published Book Awards, for the novel "Horror Flick."

32. Semifinalist, 2000 poetry.com North American Open Poetry Contest, for the poem "I Remember."

33. Quarterfinalist, 1999 New Century Writer Awards, for the novel "Horror Flick."

34. Quarterfinalist, 1999 New Century Writer Awards, for the screenplay "The Amazing Adventure of Edward and Dr. Sprechtmachen."

35. Third Place, 1998 Magnum Opus Discovery Awards of the C.C.S. Entertainment Group and the Hollywood Film Festival, for the novel "Horror Flick."

36. Quarterfinalist, 1998 Empire Screenplay Contest, for the screenplay "Sex and Violence."

37. A reading of my screenplay "Sex and Violence" was performed by the Independent Media Artists Group (IMAGE), on August 15th, 1998.

38. Vermont Studio Center scholarship to attend a one-month writing retreat, April 1998.

39. Semifinalist, 1997 Monterey County Film Contest, for the screenplay "Sex and Violence."

40. First Place, 1993 Foster City Annual Writer's Contest, for unpublished short story "The Contest."

41. Semifinalist, 1993 national Syndicated Fiction Project, for unpublished short story "The Contest."

42. First Place, 1990 Foster City Annual Writer's Contest, for unpublished short story "The Lost and Found Virginity."

43. 1989 Philadelphia International Film Festival showing of the short film "Writer's Block."

44.    First Place, 1988 Fremont Film Festival, for the short film "February 20, 1988."

**Miscellaneous**

1.    Albert Nelson Marquis Lifetime Achievement 2018.

2.    United Synagogue Award for Excellence

3.    Biography in Who's Who in America

4.    University Unions Distinguished Service Award

5.    Phi Beta Kappa

6.    Ivy League Honor Society

7.    Alpha Lambda Delta honor society

8.    Dual Degree Program, Cornell University

9.    National Merit Scholarship

10.    Literary Society Foundation Award Gold Medal, Excellence in German

11.    Literary Society Foundation Award Bronze Medal, Excellence in German

12.    Rumsey Scholarship, Cornell Club of Philadelphia

13.    City of Philadelphia Scholarship

14.    School District of Philadelphia Scholarship

15.    Fourth Prize, Colonial Philadelphia Historical Society Essay Contest

16.    Founder, Delaware Valley Teen Mensa


**SPECIAL KNOWLEDGE AND SKILLS**

- CodeSuite certified.
- Software source code analysis and synthesis
- Computer architectures: AMD 29000, CRAY XMP, Data General MV8000, IBM PC, IDT R4650, Intel 8051, Intel x86 family, Motorola 68000, 68HC11, 68HC08, 68HC05, TI TMS320Cxx, TMS340xx
- Networking protocols: ATM, Ethernet
- Buses: ADB, EISA $I^2C$, ISA, MXI, PCI, SBUS, VME
- Hardware programming languages: ABEL, AHDL, CUPL, PALASM, Verilog, VHDL
- Software programming languages: APL, BASIC, C, C++, Delphi, FOCAL, FORTRAN, Java, LISP, Pascal, Perl, PHP, PL/1, PowerBuilder, SQL, Visual BASIC, various assembly, machine languages
- Operating systems: AOS/VS, MSDOS, UNIX, VMS, Windows 3.1/NT/9x/2000/XP/Vista
- Workstations: Apple Macintosh, Daisy, IBM PC, Hewlett Packard, SUN, VALID
- Electronic Design Automation (EDA)
- CAD tools: Concept, Futurenet, MAX+Plus II (Altera), MDE (LSI Logic), Mentor, Orcad, PROCapture, P-CAD, Schema, Viewlogic, XACT (Xilinx)
- Simulation accelerators: Mentor Graphics, Cadence Design Systems
- Hardware emulators: Mentor Graphics, Cadence Design Systems
- ASIC design
- FPGA and CPLD design: Actel, Altera, Lattice, Xilinx
- Miscellaneous design experience: Cache memory, telecommunications, data communications, digital signal processing (DSP), digital logic (CMOS, ECL, TTL), analog
- Patent infringement
- Trade secret theft
- Copyright infringement

- Plagiarism detection
- Solid state theory
- Information theory

**EDUCATION**

Master of Science in Electrical Engineering, 1982, Stanford University

Bachelor of Science with distinction in Electrical Engineering, 1981, Cornell University

Bachelor of Arts cum laude in Physics and with distinction in all subjects, 1981, Cornell University

De Anza College Film Department, 1987 - 1990

**BOOKS**

1. Bob Zeidman, *Just Enough Electronics to Impress Your Friends and Colleagues*, Swiss Creek Publications, Cupertino, CA, 2013, 214pp.

2. Bob Zeidman, The Software IP Detective's Handbook: Measurement, Comparison, and Infringement Detection, Prentice-Hall, Upper Saddle River, NJ, 2011, 450pp.

3. Clive Maxfield, *FPGAs: World Class Designs*, Elsevier Inc., Burlington, MA, 2009, Chapter 1 (reprint).

4. Ashby, Baker, Ball, Crowe, Hayes-Gill, Hickman, Kester, Mancini, Grout, Pease, Tooley, Williams, Wilson, Zeidman, C*ircuit Design: Know It All*, Elsevier Inc., Burlington, MA, 2008, Chapters 27-29 (reprint).

5. R. C. Cofer, Clive Maxfield, Bob Zeidman, Richard Munden, Rick Gentile, *Newnes FPGAs: ebook Collection*, Elsevier Science & Technology Books, Burlington, MA, 2008 (reprint).

6. Bob Zeidman, *Designing with FPGAs and CPLDs*, CMP Books, Lawrence, KS, 2002, 220pp.

7. Bob Zeidman, *Introduction to Verilog*, IEEE Press, Piscataway, NJ, 2000, 99pp.

8. Bob Zeidman, *Verilog Designer's Library*, Prentice-Hall, Upper Saddle River, NJ, 1999, 411pp.

9. Bob Zeidman, *Good Intentions*, Swiss Creek Publications, Cupertino, CA, 2012, 259pp.

10. Bob Zeidman, *Horror Flick*, Swiss Creek Publications, Cupertino, CA, 1999, 341pp.

11. Bob Zeidman, *The Amazing Adventure of Edward and Dr. Sprechtmachen*, Swiss Creek Publications, Cupertino, CA, 1998, 73pp.

**PAPERS AND PRESENTATIONS**

1. Zeidman, Bob, "When Science Becomes Biased," The Epoch Times, https://www.theepochtimes.com/when-science-becomes-biased_3343739.html, May 9, 2020.

2. Zeidman, Bob, "A Progressive's Guide To Socialism," CD Media, https://creativedestructionmedia.com/opinion/2020/03/05/a-progressives-guide-to-socialism, March 5, 2020.

3. Zeidman, Bob, "The Other US Women's Champion Soccer Team," CD Media, https://creativedestructionmedia.com/analysis/2019/10/17/the-other-us-womens-champion-soccer-team, October 17, 2019.

4. Zeidman, Bob, "Clarifying the U.S. Approach to Copyright and Plagiarism," *IPWatchdog*, https://www.ipwatchdog.com/2019/08/06/clarifying-u-s-approach-copyright-plagiarism, August 6, 2019.

5. Zeidman, Bob, "The History of Digital Game Intellectual Property from Atari to Zynga," Vintage Computer Festival West, August 5, 2018.

6.  Zeidman, Bob, "Oracle v. Google: Protecting Software Development, Not Destroying It," *IPWatchdog*, http://www.ipwatchdog.com/2018/07/15/oracle-v-google-protecting-software-development/id=99359, July 16, 2018.

7.  Zeidman, Bob, "RPost Does Not Meet Any Definition of 'Patent Troll,'" *IPWatchdog*, (http://www.ipwatchdog.com/2017/12/05/rpost-not-patent-troll/id=90783), December 5, 2017.

8.  Zeidman, Robert, et al., In The Supreme Court of the United States, Brief of a Group of Inventors, Entrepreneurs, and Small Business Owners as Amici Curiae in Support of Petitioner, RPost Communications Limited, RMail Limited, RPost International Limited And RPost Holdings Incorporated, Petitioners, V. GoDaddy.com LLC Respondent, No. 17-695, December 1, 2017.

9.  Zeidman, Bob, "Was MS-DOS code copied from CP/M?" Vintage Computer Festival West, August 6, 2016.

10. Zeidman, Bob, "Facebook, Oculus, ZeniMax, and Nonliteral Copying of Code" *IPWatchdog* (http://www.ipwatchdog.com/2017/02/07/facebook-oculus-zenimax-nonliteral-copying-code), February 7, 2016.

11. Zeidman, Bob, "What If Someone Steals Your Code?" Better Software, Fall 2016.

12. Zeidman, Bob, "Source Code Comparison of DOS and CP/M," Journal of Computer and Communications (http://www.scirp.org/journal/PaperInformation.aspx?PaperID=71259), Vol.4 No.12, October 2016.

13. Zeidman, Bob, "Was DOS copied from CP/M?" *Embedded.com* (http://www.embedded.com/electronics-blogs/say-what-/4442498/Was-DOS-copied-from-CPM-), August 6, 2016.

14. Zeidman, Bob, "Software, Hard Case," *Legaltech News* (http://www.lawtechnews-digital.com/lawtechnews/august_2016?sub_id=4m2w4egdg99X&folio=30&pg=30#pg30), August 2016.

15. Zeidman, Bob and Gupta, Eashan, "Why Libertarians Should Support a Strong Patent System" *IP Frontline* (http://ipfrontline.com/2016/03/why-libertarians-should-support-a-strong-patent-system), March 15, 2016.

16. Zeidman, Bob, "Not Getting the Truth about the FBI, Apple, the San Bernardino Terrorists, and Hacking an iPhone" *IPWatchdog* (http://www.ipwatchdog.com/2016/02/22/youre-not-hearing-the-truth-about-the-fbi-apple-the-san-bernardino-terrorists-and-hacking-an-iphone), February 22, 2016.

17. Zeidman, Bob, "Drawing Accurate Forensic Conclusions," *Digital Forensics*, Issue 26, February 2016.

18. Zeidman, Bob and Gupta, Eashan, "Why Libertarians Should Support a Strong Patent System" *IPWatchdog* (http://www.ipwatchdog.com/2016/01/05/why-libertarians-should-support-a-strong-patent-system), January 5, 2016.

19. Zeidman, Bob, "The Anti-Marcus Lemonis Principle for Succeeding In Business," RealClearMarkets, http://www.realclearmarkets.com/articles/2015/12/02/the_anti-marcus_lemonis_principle_for_succeeding_in_business_101899.html, December 2, 2015.

20. Zeidman, Bob, "An Overview of Software Forensics," *IP Frontline*, http://ipfrontline.com/2015/10/an-overview-of-software-forensics, October 27, 2015.

21. Zeidman, Bob, "RISC needs to make a comeback," *Embedded Computing Design*, (http://embedded-computing.com/guest-blogs/risc-needs-to-make-a-comeback), September 15, 2015.

22. Zeidman, Bob, "Are wearables wearing thin?" *IT World*, (http://www.itworld.com/article/2979834/internet-of-things/are-wearables-wearing-thin.html), September 3, 2015.

23. Zeidman, Bob, "An inventor's perspective on patent reform" *The Hill* (http://thehill.com/blogs/congress-blog/technology/250593-an-inventors-perspective-on-patent-reform), August 10, 2015.

24. Zeidman, Bob, "How much does your thermostat know about you?" *IT World*, (http://www.itworld.com/article/2952744/internet-of-things/how-much-does-your-thermostat-know-about-you.html), July 30, 2015.

25. Zeidman, Bob, "Living in a multi-processor world," *Embedded Computing Design*, (http://embedded-computing.com/guest-blogs/living-in-a-multi-processor-world), June 19, 2015.

26. Zeidman, Bob, "Software Forensics: Qualifying Tools and Experts Who Use Them" *IPWatchdog* (http://www.ipwatchdog.com/2014/10/31/software-forensics-qualifying-tools-and-experts), October 31, 2014.

27. Zeidman, Bob, "Software Forensics: Objectively Proving Infringement or Misappropriation" *IPWatchdog* (http://www.ipwatchdog.com/2014/10/27/software-forensics-objectively-proving-infringement-or-misappropriation), October 27, 2014.

28. Zeidman, Bob, "Misunderstanding Plagues the Patent System" *Electronic Design* (http://electronicdesign.com/embedded/misunderstanding-plagues-patent-system), July 23, 2014.

29. Zeidman, Bob, "Sloppy, Misleading Yale Paper Challenges University Patenting" *IPWatchdog* (http://www.ipwatchdog.com/2014/07/15/sloppy-misleading-yale-paper-challenges-university-patenting), July 15, 2014.

30. Zeidman, Bob, "ASOS: A new software development paradigm for the Internet of Things" Embedded.com, http://www.embedded.com/design/operating-systems/4431826/NEW--ASOS--A-new-software-development-paradigm-for-the-Internet-of-Things---Part-1--Basic-building-blocks and http://www.embedded.com/design/operating-systems/4431775/2/ASOS--A-new-RTOS-paradigm-for-the-Internet-of-Things---Part-2--Building-a-project-file, June 30, 2014.

31. Zeidman, Bob, "A Code Correlation Comparison of the DOS and CP/M Operating Systems" *Journal of Software Engineering and Applications* (http://www.scirp.org/journal/PaperInformation.aspx?PaperID=46362#.U4WDefldWCU), May 27, 2014.

32. Zeidman, Bob, "The bogeymen destroying the patent system" *San Jose Mercury News* (http://www.mercurynews.com/opinion/ci_25579281/bob-zeidman-bogeymen-destroying-patent-system), April 17, 2014.

33. Zeidman, Bob, "Fortune Magazine's Unusual Position on Non-Practicing Entities" *IPWatchdog* (http://www.ipwatchdog.com/2014/04/10/fortune-magazines-unusual-position-on-non-practicing-entities), April 10, 2014.

34. Zeidman, Bob, "Did Bill Gates Steal the Heart of DOS?" *IEEE Spectrum* (http://spectrum.ieee.org/computing/software/did-bill-gates-steal-the-heart-of-dos), July 2012.

35. Zeidman, Bob, "This one really takes the cake—and the schematics," (http://www.edn.com/electronics-blogs/tales-from-the-cube/4390916/This-one-really-takes-the-cake-and-the-schematics) EDN magazine, July 2012.

36. Zeidman, Bob and Kovanis, Evan, "Round 2: Did Oracle Overlook the Smoking Gun in its Case against Google?" *IPWatchdog* (http://www.ipwatchdog.com/2012/07/11/round-2-did-oracle-overlook-the-smoking-gun-in-its-case-against-google), July 11, 2012.

37. Kovanis, Evan and Zeidman, Bob, "Did Oracle Overlook the Smoking Gun in its Case against Google?" *IPWatchdog* (http://www.ipwatchdog.com/2012/06/26/did-oracle-overlook-the-smoking-gun-in-its-case-against-google), June 26, 2012.

38. Melling, L. and Zeidman, B., "Comparing Android Applications to Find Copying," *Journal of Digital Forensics, Security and Law*, Vol. 7, No. 1, 2012.

39.  Zeidman, Bob, "Program Identifiability: How easily can you spot your code?" *Embedded.com* (http://www.embedded.com/design/embedded/4374526/Program-Identifiability--How-easily-can-you-spot-your-code-), June 7, 2012.

40.  Zeidman, Bob, "Setting the Record Straight: Patent Trolls vs. Progress" *IPWatchdog* (http://www.ipwatchdog.com/2012/05/01/setting-the-record-straight-patent-trolls-vs-progress), May 1, 2012.

41.  Baer, N. and Zeidman, B., "Measuring Whitespace Pattern Sequences as an Indication of Plagiarism," *Journal of Software Engineering and Applications*, 2012, April 2012.

42.  Zeidman, Bob, "Will Congress Break the Internet?" *IPWatchdog* (http://www.ipwatchdog.com/2012/02/08/will-congress-break-the-internet), February 2, 2012.

43.  Zeidman, Bob, "The Case of the Arrogant Expert," *Intellectual Property Today*, February 2012.

44.  Zeidman, Bob, "The Software IP Detective: Infringement Detection in a Nutshell," *IPWatchdog* (http://www.ipwatchdog.com/2011/11/20/the-software-ip-detective-infringement-detection-in-a-nutshell), November 20, 2011.

45.  Zeidman, Bob, "How Do I Infringe Thee? Let Me Count the Ways," *InformIT* (http://www.informit.com/articles/article.aspx?p=1750207&seqNum=3), Sep 21, 2011.

46.  Zeidman, Bob, "The history of digital game intellectual property from Atari to Zynga," The Museum of Art and Digital Entertainment, August 4, 2011.

47.  Shay, I., Baer, N., and Zeidman, R., "Measuring Whitespace Patterns in Computer Source Code as an Indication of Plagiarism," *Intellectual Property Today*, October 2010.

48.  Zeidman, B., "Software v. Software," *IEEE Spectrum* (http://spectrum.ieee.org/computing/software/software-forensics-tools-enter-the-courtroom) October 2010.

49.  Shay, I., Baer, N., and Zeidman, R., "Measuring Whitespace Patterns as an Indication of Plagiarism," ADFSL Conference on Digital Forensics, Security and Law, May 20, 2010.

50.  Hoehn, T. and Zeidman, R., "Measuring the Speedup of a Commercial Application on a Computer Grid," ISCA 22nd International Conference On Parallel And Distributed Computing And Communication Systems, September 24, 2009.

51.  Zeidman, R., "DUPE: The Depository of Universal Plagiarism Examples," 5th International Conference on IT Security Incident Management & IT Forensics, September 2009.

52.  Baer, N. and Zeidman, B., " Measuring Changes in Software with CLOC," *Embedded.com* (http://www.embedded.com/design/prototyping-and-development/4008330/Measuring-Changes-in-Software-with-CLOC), July 28, 2009.

53.  Baer, N. and Zeidman, B., "Measuring Changes in Software IP," *Intellectual Property Today* (http://www.iptoday.com/articles/2009-5-baer.asp) June 2009.

54.  Baer, N. and Zeidman, B., "Measuring Software Evolution with Changing Lines of Code," 24th International Conference on Computers and Their Applications (CATA-2009), April 10, 2009.

55.  Zeidman, B., "Detecting and Proving Software Theft and Infringement," SDForum: Emerging Tech SIG, December 10, 2008.

56.  Zeidman, B., "Find Your Copy-Cats With SCC," *Software Test & Performance*, October 2008, pp 18-23.

57.  Zeidman, B., "Software Intellectual Property," invited guest lecture, NALSAR University of Law, Hyderabad, India, October 27, 2008.

58.  Zeidman, B., "Detecting Stolen Code," EDAC Anti-Piracy Committee, June 12, 2008.

59. Zeidman, R., "Multidimensional Correlation of Software Source Code," The Third International Workshop on Systematic Approaches to Digital Forensic Engineering, May 22, 2008.

60. Zeidman, B., "Getting Better Search Results," *Dr. Dobb's Journal* (http://www.drdobbs.com/architecture-and-design/getting-better-search-results/207401584) May 2008, pp 44-48.

61. Zeidman, B. and Baer, N., "What, Exactly, Is Software Trade Secret Theft?" (http://www.iptoday.com/articles/2008-3-zeidman.asp) *Intellectual Property Today*, March 2008.

62. Berger, A., Hill, M., and Zeidman, B., "Software and RTOS synthesis: The next step in software development?" *Programmable Logic Design Line* (http://www.eetimes.com/design/programmable-logic/4015158/Software-and-RTOS-synthesis-The-next-step-in-software-development-), February 27, 2008.

63. Zeidman, R., "Iterative Filtering of Retrieved Information to Increase Relevance," *Journal of Systemics, Cybernetics and Informatics*, Vol. 5 No. 6, 2007, pp 91-96 (reprint).

64. Hoehn, T. and Zeidman, B., "Grid-Enabling Resource Intensive Applications," (http://www.drdobbs.com/parallel/grid-enabling-resource-intensive-applica/202401080) *Dr. Dobb's Journal*, November 2007, pp 22-28.

65. Zeidman, R., "Iterative Filtering of Retrieved Information to Increase Relevance," The 11th World Multi-Conference on Systemics, Cybernetics and Informatics, July 11, 2007.

66. Zeidman, B., "Who Stole My Software?" High Technology Crime Investigation Association, May 10, 2007.

67. Zeidman, B., "How to choose an RTOS for your FPGA and ASIC designs," *Programmable Logic Design Line* (http://www.eetimes.com/design/programmable-logic/4015109/How-to-choose-an-RTOS-for-your-FPGA-and-ASIC-designs), May 10, 2007.

68. Zeidman, B., "Sharing Videos With Invisible Commercials," The Thirty Third Asilomar Microcomputer Workshop, April 18, 2007.

69. Zeidman, B., "Real Time Operating Systems for Systems on a Chip," IEEE Consultants Network of Silicon Valley, April 17, 2007.

70. Zeidman, B., "What, Exactly, Is Software Plagiarism?" *Intellectual Property Today* (http://www.iptoday.com/pdf/2007/2/Zeidman-Feb2007.pdf) February 2007.

71. Zeidman, B., "Software Synthesis for Embedded Systems," Silicon Valley Code Camp, October 8, 2006.

72. Zeidman, B., "Who Stole My Code," Silicon Valley Code Camp, October 8, 2006.

73. Zeidman, B., "Software Source Code Correlation," 5th IEEE/ACIS International Conference on Computer and Information Science, July 12, 2006.

74. Zeidman, B., "The Death of the Structured ASIC," *Programmable Logic Design Line* (http://chipdesignmag.com/display.php?articleId=386), April 18, 2006.

75. Zeidman, B., "All about FPGAs," *Programmable Logic Design Line* (http://www.design-reuse.com/articles/12884/all-about-fpgas.html), March 22, 2006.

76. Zeidman, B., "The pluses and minuses of being a consultant," IEEE Gold, Santa Clara Valley Chapter, February 9, 2006.

77. Zeidman, B., "Using software synthesis for multiprocessor OS and software development," *Embedded.com* (http://www.embedded.com/design/prototyping-and-development/4006506/Using-software-synthesis-for-multiprocessor-OS-and-software-development), January 6, 2006.

78. Zeidman, B., "Implementing Integrated Hardware/Software Projects With High Level Languages and Tools," Boston Section of the IEEE, December 1, 2005.

79.    Zeidman, B., "Back to the basics: Programmable Systems on a Chip," *Embedded.com* (http://www.eetimes.com/design/programmable-logic/4014776/Introduction-to-Programmable-Systems-on-a-Chip), July 27, 2005.

80.    Zeidman, B., "Who Stole My Code?" The Thirty First Asilomar Microcomputer Workshop, April 21, 2005.

81.    Zeidman, B., "Software Synthesis for OS-Independent Coding," *Dr. Dobb's Journal* (http://www.drdobbs.com/architecture-and-design/software-synthesis-for-os-independent-co/184406036) April 2005, pp 58-63.

82.    Zeidman, B., "RTOS Synthesis for Embedded Systems," Server Blade Summit, March 24, 2005.

83.    Zeidman, B., "RTOS Synthesis to Reduce Power Consumption," DesignCon 2005, February 1, 2005.

84.    Zeidman, B., "Software synthesis for embedded systems," *Embedded Systems Programming* (http://www.embedded.com/design/prototyping-and-development/4006439/Software-synthesis-for-embedded-systems) February 2005, pp 36-43.

85.    Zeidman, B., "Testing a Network Device Prototype in a Live Network," *Annual Review of Communications* Volume 4, 2004, p.803 (reprint).

86.    Zeidman, B., "Roll Your Own Real-Time OS," *BladeLetter*, Q3 2004, p. 8.

87.    Zeidman, B., "Detecting Source-Code Plagiarism," *Dr. Dobb's Journal* (http://www.drdobbs.com/architecture-and-design/detecting-source-code-plagiarism/184405734) July 2004, pp 55-60.

88.    Zeidman, B., "Software Synthesis for Embedded Systems," The Thirtieth Asilomar Microcomputer Workshop, April 27, 2004.

89.    Zeidman, B., "Smart Pills: The Royal Treatment," *IP Law & Business*, March 2004.

90.    Zeidman, B., "Emulating/Prototyping a Network Device in a Live Network," DesignCon 2004, February 3, 2004.

91.    Zeidman, B., "Software synthesis is productive for system design," *EE Times* (http://www.eetimes.com/document.asp?doc_id=1148219), January 12, 2004.

92.    Zeidman, B., "Guidelines for Effective E-Learning," *Chief Learning Officer* (http://www.clomedia.com/articles/guidelines_for_effective_e_learning) December, 2003, pp. 24-31.

93.    Zeidman, B., "Universal Design Methodology," *Embedded Systems Programming* (http://www.embedded.com/electronics-blogs/beginner-s-corner/4024888/The-universal-design-methodology) December, 2003, pp 55-56.

94.    Zeidman, B., "Test Your Next Hardware Design—in a Live Network," *Communication Systems Design* (https://www.academia.edu/1576191/Test_Your_Next_Hardware_Design-in_a_Live_Network) October 2003, p.18.

95.    Zeidman, B., "Platform FPGAs to Prevail," *Embedded Systems Programming* (http://business.highbeam.com/136935/article-1G1-109898412/platform-fpgas-prevail-before-long-platform-fpgas-containing) November, 2003, pp.28-31.

96.    Zeidman, B., "The Universal Design Methodology -- taking hardware from conception through production," *EDN* (http://www.edn.com/design/integrated-circuit-design/4345988/The-Universal-Design-Methodology-taking-hardware-from-conception-through-production) December 26, 2002, p53.

97.    Zeidman, B., "FPGAs vs. ASICs for Networking," Network Processor Conference West, October 2002, 11pp.

98. Zeidman, B., "How to Start A Consulting Business," *Embedded Systems Programming* (http://www.embedded.com/design/real-world-applications/4402268/How-to-Start-a-Consulting-Business-) December 2000, pp161-163.

99. Zeidman, B., "An Introduction to Remote Backup," *Disaster Recovery Journal*, Vol. 9 No. 2 (http://www.drj.com/drj-world-archives/data-processing-recovery/an-introduction-to-remote-backup.html) April/May/June 1996, p48.

100. Zeidman, B., "Testing System Memory Quickly and Efficiently," Design SuperCon 96 conference, February 1, 1996, 14pp.

101. Zeidman, B., "Remote Backup - Transmitting Critical Data Over Phone Lines for Offsite Storage," JAMCON '95 Communications Conference, August 20, 1995, pp97-99.

102. Zeidman, B., "Testing Memory Quickly," *Embedded Systems Programming*, Aug 1995, pp68-75

103. Zeidman, B., "Read-Ahead Logic: An Alternative to Cache," Design SuperCon 95 conference, March 1, 1995, 6pp.

104. Zeidman, B., "How to Make Money as a Consultant," *Income Opportunities*, Dec 1993, pp48-62

105. Zeidman, B., "Interleaving DRAMs for Faster Access," *ASIC & EDA*, November 1993, pp24-34.

106. Zeidman, B., "Starting Up Your Engineering Consulting Business," *High Technology Careers*, April/May 1993, p24.

107. Zeidman, B., "New Film Software for Independent Producers," *CUE*, September 1992, pp6-7.

108. Hafeman, D. and Zeidman, B., "Memory Architectures Compound RISC's Gains," *Electronic Design*, July 11, 1991, pp71-82.

109. Flynn, M. J., Zeidman, R. and Lochner, E., "Sparse Distributed Memory Prototype: Address Module Hardware Guide," Stanford University Computer Systems Laboratory CSL-TR-88-373, December 1988 72pp.

110. Flynn, M. J., Kanerva, P., Ahanin, B., Bhadkamkar, N., Flaherty, P., Hickey, P., Lochner, E., Webber, K., and Zeidman, R., "Sparse Distributed Memory Prototype: Principles of Operation," Stanford University Computer Systems Laboratory CSL-TR-88-338, December 1988 96pp.

## PATENTS

Named inventor on following patents and patent applications:

1. Zeidman, Robert M., "Visual tool for developing real time task management code," U.S. Patent 6,934,947.

2. Zeidman, Robert M., "Method for connecting a hardware emulator to a network," U.S. Patent 7,050,962.

3. Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," U.S. Patent 7,210,116.

4. Zeidman, Robert M., "Apparatus and method for connecting hardware to a circuit simulation," U.S. Patent 7,266,490, RE 42,227.

5. Zeidman, Robert M., "Software tool for detecting plagiarism in computer source code," U.S. Patent 7,503,035.

6. Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," U.S. Patent 7,620,928.

7. Zeidman, Robert M., Hafeman, Daniel R., "Method and apparatus for emulating a hardware/software system using a computer," U.S. Patent 7,647,583.

8. Zeidman, Robert M., "Detecting plagiarism in computer source code," U.S. Patent 7,823,127.

9.    Zeidman, Robert M., "Apparatus and method for connecting hardware to a circuit simulation," U.S. Patent 7,835,897.

10.    Zeidman, Robert M., "Software tool for synthesizing a real-time operating system," U.S. Patent 7,882,488.

11.    Zeidman, Robert M. and Snider, Gregory, "Using readily available driver and application source code with a synthesized operating system," U.S. Patent 7,900,187.

12.    Zeidman, Robert M., Hafeman, Daniel R., Barr, Michael, "Method and apparatus for synthesizing a hardware system from a software description," U.S. Patent 7,945,879.

13.    Zeidman, Robert M., "System and method for connecting a logic circuit simulation to a network," U.S. Patent 8,160,863.

14.    Zeidman, Robert M. "Use of hardware peripheral devices with software simulations," U.S. Patent 8,195,442

15.    Zeidman, Robert M., "Detecting copied computer source code by examining computer object code," U.S. Patent US 8,255,885.

16.    Zeidman, Robert M., "Software tool for detecting plagiarism in computer source code," U.S. Patent 8,261,237.

17.    Zeidman, Robert M., "Method for advertisers to sponsor broadcasts without commercials," U.S. Patent 8,316,390.

18.    Zeidman, Robert M., "Conveying Data From A Hardware Device To A Circuit Simulation," U.S. Patent 8,380,481.

19.    Zeidman, Robert, "Software for filtering the results of a software source code comparison," U.S. Patent 8,495,586.

20.    Zeidman, Robert M., "Detecting plagiarism in computer source code," U.S. Patent 9,003,366.

21.    Zeidman, Robert, and Hoehn, Timothy, "Searching the Internet for common elements in a document in order to detect plagiarism," U.S. Patent 9,043,375.

22.    Mylroie, Steve and Zeidman, Robert M., "Detecting plagiarism in computer markup language files," US Patent 9,053,296.

23.    Zeidman, Robert M., "Method for advertisers to sponsor broadcasts without commercials," US Patent 10,116,999.

24.    Zeidman, Robert M., "Method for advertisers to sponsor broadcasts without commercials," USPTO application number 16/125,730 (pending).

**TRAINING/TEACHING EXPERIENCE**

Presented seminars and courses on the following topics:

- Analysis of Software Copyright Infringement Cases
- A Crash Course in Verilog
- All About Patents
- ASIC Design
- All About Electronics
- Choosing an OS for your IoT device
- CPLD Design
- Creating a Multitasking System at the Push of a Button Using SynthOS
- Detecting Software IP Theft
- Electrical Engineering for non-EEs
- Finding and Utilizing Technical Consultants for IP Litigation
- FPGA Design

- FPGAs vs. ASICs for Networking
- The History of Digital Hardware Design
- How to Start a Consulting Business
- Introduction to Programmable Systems on a Chip
- Investigating Technology Theft
- Measuring Software Changes with the CLOC Method
- Memory Architectures
- Patent Litigation Tips
- Patents
- Programmable Systems on a Chip (SOCs)
- Protecting Your Intellectual Property
- Push-Button Creation of an Optimized Application Specific OS
- Real-Time Operating Systems for SOCs
- Software Copyright Infringement Allegations - Inside the Forensic Analysis
- Software Intellectual Property
- Software Synthesis
- Software Synthesis for Embedded Systems
- Starting a Consulting Business
- Technical Consultants for IP Litigation
- Testing Memory
- Understanding Innovation
- Universal Design Methodology
- Verilog and HDLs
- What I Did Right And What I Screwed Up - Lessons From A Parallel Entrepreneur
- You Invented It, Now Protect It!

At the following places:

- Association of Computing Machinery, Bay Area
- Cogswell College
- College of San Mateo
- Cornell Entrepreneur Network
- Design Automation Conference
- DesignCon
- Eastcon
- Easy Paths to Silicon Design
- Embedded Systems Conference

  - Boston
  - Chicago
  - Europe
  - India
  - London
  - Minneapolis
  - Silicon Valley
- Embedded TechCon
- Forensic Expert Witness Association National Conference
- Gigabit Ethernet Conference
- High-Level Electronic System Design Conference
- High Technology Crime Investigation Association
- Institute of Electrical and Electronics Engineers
- IoT Evolution Expo
- LancerHacks
- Maker Faire

- Microsoft Store, Stanford Shopping Center
- Midwest IP Institute
- NALSAR University of Law
- Network Processors Conference West
- Northcon
- Opportunity X
- Palo Alto Area Bar Association
- PCB Design East
- PCB Design West
- San Jose State University
- San Francisco State University
- Semizone.com
- Server Blade Summit
- Silicon Valley Code Camp
- Southcon
- Stanford University
- Vintage Computer Festival
- Westcon
- World Intellectual Property Technical Forum