UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.
                                                        Plaintiff,
v.                                                      Case No.: 1:20−cv−04699
                                                        Honorable John Z. Lee
TikTok Inc., et al.
                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 25, 2021:

MINUTE entry before the Honorable John Z. Lee: Minute order [123] is amended: Plaintiffs in this action filed a motion for preliminary approval of class action settlement today 122. In order to provide the Court with an opportunity to review it, the status hearing previously scheduled for 2/25/21 at 3:00 p.m. is hereby stricken, and the motion is set for a hearing on 3/2/21 at 1:00 p.m. The hearing will take place via Microsoft Teams. The public may listen to the hearing using the following: telephone call−in number 872−703−5321, conference ID 61852040#. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge−.info.aspx?4Qf 5zc8loCI5U7rfMP9DHw==. To the extent that counsel of record or members of the putative class would like to address the Court at that time, they should contact the courtroom deputy as least 24 hours prior to the hearing. Members of the Plaintiffs' Leadership Group and Defendant's Lead Counsel are exempt from this requirement. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.