# EXHIBIT 2

| | |
|---|---|
| **From:** | Scott Drury |
| **To:** | Elizabeth Fegan; Katrina Carroll; erhow@birdmarella.com |
| **Cc:** | Michael Kanovitz |
| **Subject:** | RE: TikTok |
| **Date:** | Sunday, September 27, 2020 4:54:13 PM |
| **Attachments:** | image001.png<br>56. TikTok"s Resp to Objector Mark S"s Mot to Enforce Prelim Inj.pdf |

Beth:

Thank you for the quick response. To the extent you have not seen TikTok's most recent filing, I am attaching it here. The purpose of the call is to open a dialogue regarding the respective matters, and the call need not be lengthy. If there is any time between Tuesday and Friday that works, let me know. If not, let me know what works for you.

--Scott

**From:** Elizabeth Fegan <beth@feganscott.com>
**Sent:** Sunday, September 27, 2020 4:26 PM
**To:** Scott Drury <drury@loevy.com>; Katrina Carroll <kcarroll@carlsonlynch.com>; erhow@birdmarella.com
**Cc:** Michael Kanovitz <mike@loevy.com>
**Subject:** RE: TikTok

Hi Scott,

This is a tough week for a call. We are familiar with the complaint, settlement, and briefs in the other case - if there is something we should be aware of outside those documents, please feel free to forward our way.

Sincerely,
Beth

Elizabeth A. Fegan | **Fegan Scott LLC** | 312.741.1019

**feganscott**

**From:** Scott Drury <drury@loevy.com>
**Sent:** Sunday, September 27, 2020 3:06 PM
**To:** Katrina Carroll <kcarroll@carlsonlynch.com>; erhow@birdmarella.com; Elizabeth Fegan <beth@feganscott.com>
**Cc:** Michael Kanovitz <mike@loevy.com>
**Subject:** TikTok

Counsel:

Congratulations on your appointment as lead counsel in the TikTok MDL ("MDL"). For those of you who do not know me, I am counsel for the Objector Mark S. in the matter *T.K. v. ByteDance Technology Company, Ltd.*, 1:19-cv-7915 (N.D. Ill.) (Blakey, J.) ("*T.K.*"). Given the overlapping nature of *T.K.* and the MDL – *e.g.*, overlapping facts/issues, classes and settlements – I believe it would be helpful to schedule a conference call to discuss the two matters. Please let me know your availability on September 29, 2020 at 2:30 pm (CDT). Dial-in information is set forth below. If you are unavailable at that time, please let me know alternatives dates/times. I look forward to speaking with you.

DIAL-IN
605-472-5232
Access Code: 333851

--Scott

_____

Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
drury@loevy.com