# EXHIBIT 3

| | |
|---|---|
| **From:** | Scott Drury |
| **To:** | "Weibell, Tony"; "Elizabeth Fegan" |
| **Cc:** | "Katrina Carroll"; "erhow@birdmarella.com"; Michael Kanovitz |
| **Subject:** | RE: TikTok MDL / T.K. v. ByteDance Technology Co., Ltd. |
| **Date:** | Wednesday, February 24, 2021 5:08:00 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |

Tony and Beth:

I respectfully request that you reconsider your decision to not discuss the TikTok MDL and *T.K.* until the MDL settlement becomes public. Given our offer to enter into an appropriate non-disclosure/confidentiality agreement, it does not appear that any issue precludes the requested discussion. There is no downside to engaging in the requested dialogue.

--Scott

**From:** Weibell, Tony <aweibell@wsgr.com>
**Sent:** Wednesday, February 24, 2021 4:13 PM
**To:** Scott Drury <drury@loevy.com>; Elizabeth Fegan <beth@feganscott.com>
**Cc:** Katrina Carroll <kcarroll@carlsonlynch.com>; erhow@birdmarella.com; Michael Kanovitz <mike@loevy.com>
**Subject:** RE: TikTok MDL / T.K. v. ByteDance Technology Co., Ltd.

Hi Scott,

Thanks for looping me in. We have been working closely for the past 6 months with the more than eight separate law firms appointed by the Court to have the settlement reviewed for any concerns regarding the fairness of the settlement to class members.  That group includes several of the finest consumer class action attorneys in America, and several law firms that were not a part of the original settlement. Rest assured, the class members are in good hands.

Thanks,

Tony

---



## WILSON SONSINI

**Anthony J Weibell | Partner | Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road | Palo Alto, CA 94304-1050 | direct: 650.354.4134 | aweibell@wsgr.com

**From:** Scott Drury <drury@loevy.com>
**Sent:** Wednesday, February 24, 2021 1:36 PM
**To:** Elizabeth Fegan <beth@feganscott.com>
**Cc:** Katrina Carroll <kcarroll@carlsonlynch.com>; erhow@birdmarella.com; Michael Kanovitz <mike@loevy.com>; Weibell, Tony <aweibell@wsgr.com>
**Subject:** RE: TikTok MDL / T.K. v. ByteDance Technology Co., Ltd.

[External]
Beth:

Thank you for your response. It seems that it serves everyone's interests, including the Defendants, to begin these discussions now to address any concerns or issues that may exist. We are willing to enter into an appropriate non-disclosure agreement/confidentiality agreement to allow the discussions to proceed. Given that the Biden administration currently is not pursuing a sale of Tik Tok (https://apnews.com/article/donald-trump-jen-psaki-ca5e68d8b23cb26a0e964b3ea5fe826d), the bases TikTok has given for requiring total secrecy no longer exist. I have copied Tony Weibell on this email so that he can also be part of this dialogue. Based on the above, I suggest we schedule a call this week to work through the confidentiality issue.

--Scott

**From:** Elizabeth Fegan <beth@feganscott.com>
**Sent:** Wednesday, February 24, 2021 3:24 PM
**To:** Scott Drury <drury@loevy.com>
**Cc:** Katrina Carroll <kcarroll@carlsonlynch.com>; erhow@birdmarella.com; Michael Kanovitz <mike@loevy.com>
**Subject:** RE: TikTok MDL / T.K. v. ByteDance Technology Co., Ltd.

Scott,

As soon as we can publicly discuss the settlement, we would be happy to schedule a call.

Beth

Elizabeth A. Fegan | **Fegan Scott LLC** | 312.741.1019



**From:** Scott Drury <drury@loevy.com>
**Sent:** Wednesday, February 24, 2021 12:25 PM
**To:** Elizabeth Fegan <beth@feganscott.com>
**Cc:** Katrina Carroll <kcarroll@carlsonlynch.com>; erhow@birdmarella.com; Michael Kanovitz <mike@loevy.com>
**Subject:** TikTok MDL / T.K. v. ByteDance Technology Co., Ltd.

Beth:

I am writing to renew my request for a telephone conference to discuss the overlapping issues in the TikTok MDL and *T.K. v. ByteDance Technology Company, Ltd.*, 1:19-cv-7915 (N.D. Ill.) (Blakey, J.) ("*T.K.*"). In *T.K.*, we objected to a proposed settlement that failed to provide adequate relief for millions of TikTok users under the age of 13. As a result of our objection, the proposed settlement in *T.K.* has not yet been approved. Further, as a result of our objection, the *T.K.* class members have not been subjected to the broad release in the proposed settlement in that case. Given our substantial efforts on behalf of the millions of *T.K.* class members, we are concerned that we have not been provided any information regarding the relief being sought for them, if any, in the TikTok MDL. Please let us know your availability for the requested call.

--Scott

_____

Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
drury@loevy.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.