# EXHIBIT 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION | Case No. 15-cv-03747-JD<br><br>CLASS ACTION<br><br>**DECLARATION OF LANA LUCCHESI RE: NOTICE PROCEDURES AND CAFA MAILING** |

1

DECLARATION OF LANA LUCCHESI RE: NOTICE PROCEDURES AND CAFA MAILING

I, Lana Lucchesi, declare and state as follows:

1.  I am a Director with Gilardi & Co. LLC and KCC Class Action Services, LLC (collectively "Gilardi"), located in San Rafael, California. Pursuant to the Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") dated August 19, 2020, the Court appointed Gilardi as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## CAFA NOTIFICATION

2.  In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Gilardi compiled a CD-ROM containing the following documents: Class Action Complaint and Demand for Jury Trial filed by Carlo Licata in the Circuit of Cook County, Illinois County Department, Chancery Division (Case No. 1:15-cv-04022), Class Action Complaint filed by Adam Pezen in the Northern District of Illinois, Eastern Division (Case No. 1:15-cv-03484), Class Action Complaint for Violations of the Illinois Biometric Information Privacy Act filed by Nimesh Patel in the Northern District of Illinois, Eastern Division (Case No. 3:15-cv-03747-JD), Consolidated Class Action Complaint filed in the Northern District of California, San Francisco Division (Case No. 3:15-cv-03747-JD), Plaintiffs' Unopposed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities in Support Thereof, Declaration of Jay Edelson, [Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement, Claim Form, Email Notice, Jewel Notice, News Feed Notice, Publication Notice, Long Form Notice, and Stipulation of Class Action Settlement, which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3.  On May 18, 2020, Gilardi caused fifty-eight (58) CAFA Notice Packets to be

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Stipulation of Class Action Settlement, dated July 22, 2020 (the "Amended Stipulation") and/or the Preliminary Approval Order.

mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

4.  In further compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Gilardi compiled a supplemental CD-ROM containing the following documents: Notice of Amended Stipulation of Class Action Settlement (as filed on July 22, 2020, Dkt. No. 468), Amended Stipulation of Class Action Settlement (as filed on July 22, 2020, as Exhibit A to Notice of Amended Stipulation of Class Action Settlement), Claim Form (as filed on July 22, 2020, as Exhibit A to Amended Stipulation of Class Action Settlement), Jewel Notice (as filed on July 22, 2020, as Exhibit B to Amended Stipulation of Class Action Settlement), Publication Notice (as filed on July 22, 2020, as Exhibit C to Amended Stipulation of Class Action Settlement), News Feed Notices (as filed on July 22, 2020, as Exhibits D and E to Amended Stipulation of Class Action Settlement), Email Notice (as filed on July 22, 2020, as Exhibit F to Amended Stipulation of Class Action Settlement), Long Form Notice (as filed on July 22, 2020, as Exhibit G to Amended Stipulation of Class Action Settlement), and Banner Ad Notices (as filed on July 22, 2020, as Exhibit H to Amended Stipulation of Class Action Settlement), which accompanied a cover letter (collectively, the "Supplemental CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit C.

5.  On July 28, 2020, Gilardi caused fifty-eight (58) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties identified in Exhibit B.

6.  As of the date of this declaration, Gilardi has received no response to either the CAFA Notice Packet or Supplemental CAFA Notice Packet from any of the recipients identified in paragraph 3 above.

## CLASS LIST

7.  On August 31, 2020, Gilardi received from Defendant a list of 16,741,162 records

3

DECLARATION OF LANA LUCCHESI RE: NOTICE PROCEDURES AND CAFA MAILING

identified as the Class List. The Class List included names, email addresses, phone numbers, and whether Facebook's record indicated there was a face template. For several records in the Class List, the data contained multiple distinct email addresses associated with the same record. The Parties instructed Gilardi to send notice to each of these email addresses. Gilardi entered the Class List information into its proprietary database and prepared a data file for the initial emailing. Prior to emailing, Gilardi caused the 18,197,758 total emails in the Class List to be run through an email cleanse in order to confirm the validity of the addresses. This process resulted in a total of 15,372,960 emails to be sent the initial email notice associated with 12,340,049 accounts. This process also identified a total of 2,608,319 emails that were no longer a valid address.

## EMAILED NOTICE AND REMINDER NOTICE

8. From September 18, 2020 through September 23, 2020, Gilardi caused the Email Notice to be emailed to the 15,372,960 addresses in the Class List. A true and correct copy of the Email Notice is attached hereto as Exhibit D.

9. Of the 15,372,960 Email Notices that were sent, 10,295,502 emails were successfully delivered to at least one of the email addresses associated with an account.

10. On October 6, 2020, Gilardi was instructed by the Parties to initiate resends to Gmail email addresses only. From October 7, 2020 through October 8, 2020, Gilardi caused the Email Notice to be re-sent via email to the 5,775,431 Gmail addresses.

11. Of the 5,775,431 Email Notices that were re-sent, 5,774,687 were successfully delivered and 744 were undeliverable.

12. From November 3, 2020 through November 9, 2020, Gilardi caused a follow-up email reminder campaign (the "Reminder Email Notice") to be emailed to 12,888,208 addresses in the Class List. A true and correct copy of the Reminder Email Notice is attached hereto as Exhibit E.

13. Of the 12,888,208 Reminder Email Notices that were sent, 9,956,299 were successfully delivered and 2,931,909 were undeliverable.

14. Ultimately, of the 34,036,599 total emails that were sent, 25,336,835 (74.4%) were

4

successfully delivered. Delivery of at least one email was successful to 11,326,353 of the 12,340,049 accounts on the Class List that was associated with an email (91.8%).

## PUBLICATION OF THE SUMMARY NOTICE

15. Gilardi caused the Summary Notice to be published in the September 23, 2020 editions of the *Chicago Tribune* and *Chicago Sun-Times*. A true and correct copy of the Summary Notice as it appeared in each newspaper is attached hereto as Exhibit F.

16. In addition, Gilardi purchased 27,100,000 impressions to be distributed via the Google Display Network. The impressions appeared on both mobile and desktop devices from September 23, 2020 through October 23, 2020. A total of 27,907,627 impressions were delivered, resulting in an additional 807,627 impressions at no extra charge. Confirmation of the digital notices as they appeared on a variety of websites is attached hereto as Exhibit G.

## SETTLEMENT WEBSITE

17. On September 18, 2020, Gilardi established a website [www.facebookbipaclassaction.com] dedicated to this matter to provide information to the Class Members and to answer frequently asked questions. The website URL was set forth in the Email Notice, Reminder Email Notice, Long-Form Class Notice (English and Spanish versions), and the Summary Notice. Visitors of the website can download copies of the Long-form Class Notice in English or Spanish, Claim Form, and other case-related documents. In addition, on October 16, 2020, the Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards was posted to the settlement website. A true and correct copy of the Long-Form Class Notice (English and Spanish versions) and the paper Claim Form are attached hereto as Exhibit H. Visitors can also submit claims online. As of December 1, 2020, the website has received 6,230,922 visits.

## TELEPHONE HOTLINE

18. Gilardi established and continues to maintain a toll-free telephone number (1-844-799-2417) for potential Class Members to call and obtain information about the Settlement, request a Notice Packet, and/or seek assistance from a live operator during regular business hours.

The telephone hotline became operational on September 17, 2020, and is accessible 24 hours a day, 7 days a week. As of December 1, 2020, Gilardi has received a total of 5,063 calls to the telephone hotline.

## CLAIM FORMS

19. The postmark deadline for Class Members to file claims in this matter was November 23, 2020. To date, Gilardi has received 1,571,608 timely-filed claim forms and 487 claims received after the deadline. Gilardi expects additional timely-filed paper claim forms to arrive over the next few weeks.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

20. The Notice informs Class Members that requests for exclusion from the Class must be postmarked no later than November 23, 2020. As of the date of this declaration, Gilardi has received 110 requests for exclusion. Of these, one was received after the deadline and is considered late. A list of the 109 Class Members timely requesting to be excluded is attached hereto as Exhibit I.

## OBJECTIONS TO THE SETTLEMENT

21. The postmark deadline for Class Members to object to the settlement was November 23, 2020. As of the date of this declaration, Gilardi has not received any objections to the settlement.

## ADMINISTRATION COSTS

22. As of December 1, 2020, Gilardi estimates its total cost of administration to be $1,828,009.89. This amount includes costs to date as well as through the completion of this matter.

23. Gilardi's estimated fees and charges are based on certain information provided to Gilardi by the parties as well as significant assumptions. Accordingly, the estimate is not

intended to limit Gilardi's actual fees and charges, which may be less or more than estimated due to the scope of actual services or changes to the underlying facts or assumptions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of December 2020 at San Rafael, California

_____
Lana Lucchesi

7
DECLARATION OF LANA LUCCHESI RE: NOTICE PROCEDURES AND CAFA MAILING