# EXHIBIT 11



# How to start advertising on TikTok

TikTok Ads Manager offers easy-to-use tools to create and manage ads on TikTok. It only takes a few minutes to set up and you don't have to be an expert to get started. Here's how it works:

Get Started











# Ready to create your first ad?

