IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, <br><br> This Document Relates to All Cases | MDL No. 2948 <br><br> Master Docket No. 20-cv-4699 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Sunil R. Harjani |

**MOTION FOR LEAVE TO FILE EXHIBIT A TO DECLARATION OF STEVEN WEISBROT, ESQ. OF ANGEION GROUP LLC
RE: ESTIMATED COSTS OF NOTICE AND ADMINISTRATION UNDER SEAL**

Pursuant to Local Rule 26.2, Plaintiffs' Co-Lead Counsel respectfully moves for leave to file Exhibit A to the Declaration of Steven Weisbrot, Esq. Of Angeion Group LLC Re: Estimated Costs Of Notice And Administration ("Second Weisbrot Declaration") under seal. In support thereof, Co-Lead Counsel states as follows:

1. On February 25, 2021, Plaintiffs' Co-Lead Counsel filed their Motion For Preliminary Approval of Class Settlement.

2. On March 1, 2021, Plaintiffs' Co-Lead Counsel filed the Second Weisbrot Declaration to provide the Court with an estimate of notice and administration costs. The publicly filed declaration includes a breakdown of notice and administration costs per class member and per claim – at both the notice and administration phase of the settlement -- using Plaintiffs' estimated claim filing percentages.

3. Exhibit A to the Second Weisbrot Declaration is Angeion's comprehensive cost estimate, which contains the detailed breakdown of the costs per line item, such as "email blast setup fee" and cost to respond to individual requests for long-form notice. This pricing is

proprietary and the types of line items on which third party notice and settlement administrators compete. Accordingly, Angeion has requested that the detailed cost estimate be submitted under seal.

4. Defense counsel does not object to this request.

WHEREFORE, Plaintiffs' Co-Lead Counsel respectfully requests that the Court grant their request for leave to file Exhibit A to the Declaration of Steven Weisbrot, Esq. Of Angeion Group LLC Re: Estimated Costs Of Notice And Administration under seal.

Dated: March 1, 2021

Respectfully Submitted,

By: /s/ Katrina Carroll
Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
kcarroll@carlsonlynch.com

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

By: /s/ Ekwan Rhow
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW,
P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs' Co-Lead Counsel*