IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, <br><br> This Document Relates to All Cases | MDL No. 2948 <br><br> Master Docket No. 20-cv-4699 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Sunil R. Harjani |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES
IN SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1. The Local Rules prohibit the filing of briefs in excess of 15 pages without prior approval of the court. Local Rule 7.1.

2. On February 25, 2021, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement ("Motion"). ECF No. 122.

3. At the March 2, 2021 hearing on that Motion, the Court asked Co-Lead Counsel to submit a supplemental memorandum further addressing three issues related to that Motion: (1) the representation of minor class members; (2) the process through which Co-Lead Counsel valued the claims; and (3) consideration of class notice by email and/or in-App notifications. *See* Transcript of 03/02/21 Hearing, pp. 45-47.

4. To ensure that the Court is fully informed regarding these issues, Plaintiffs request permission to exceed the 15-page limitation and file a motion of up to 25 pages in length.

Dated: March 22, 2021        Respectfully Submitted,

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC

1

785583.4

150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

By: */s/ Katrina Carroll*
Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
kcarroll@carlsonlynch.com

By: */s/ Ekwan Rhow*
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs Co-Lead Counsel*

2

785583.4

## **CERTIFICATE OF SERVICE**

      I, Elizabeth A. Fegan, an attorney, affirm that the foregoing was filed on March 22, 2021 on ECF, which automatically served all counsel of record.

March 22, 2021                                      By: */s/ Elizabeth A. Fegan*
                                                                                    Elizabeth A. Fegan