**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: IN RE: TIKTOK, INC. CONSUMER PRIVACY LITIGATION

Case Number: 20 CV 4699

An appearance is hereby filed by the undersigned as attorney for:
Objectors Brian Behnken and Joshua Dugan

Attorney name (type or print): Michael D. Smith

Firm: Law Office of Michael D. Smith, P.C.

Street address: 231 South LaSalle Street, Suite 2100

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6210109
(See item 3 in instructions)

Telephone Number: 312 546 6138

Email Address: msmith@smithlawchicago.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 2, 2021

Attorney signature: S/ Michael D. Smith
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015