UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC. CONSUMER PRIVACY LITIGATION | MDL No. 2948 |
| | Master Docket No. 20 C 4699 |
| | Judge John Z. Lee |
| This Document Relates to All Cases | Magistrate Judge Sunil R. Harjani |

### DEFENDANT TIKTOK, INC.'S UPDATE TO ITS SUPPLEMENTAL ANSWERS TO THE COURT'S QUESTIONS ABOUT PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Defendant TikTok, Inc. ("TikTok") submits the following update to its March 23, 2021 Supplemental Answers to the Court's Questions about Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 139). This update relates to the Court's question about the effect of the MDL Settlement on the action filed in *T.K., et al v. Bytedance Technology Co., Ltd, et al*, No. 1:19-cv-07915 (N.D. Ill.) (the "*TK*" action). Specifically, following TikTok's March 23, 2021 submission, the court in the *TK* action issued an order on March 29, 2021, postponing final approval of the *TK* Settlement and asking the parties to that action to provide a supplemental notice and claims period for the *TK* Settlement to account for this District's March 2020 "general orders that, among other things, moved all civil cases deadlines in response to the COVID-19 pandemic." *TK* ECF No. 62. As explained in TikTok's March 23, 2021 submission, the delays to final approval of the *TK* Settlement (caused by COVID-19) have no bearing on the MDL Settlement because neither settlement, if approved, would preclude class members from participating in the other settlement, even though both settlements contain a release of all claims for the *TK* class.

1

Respectfully submitted,

DATED: April 2, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Anthony J Weibell
   Anthony J Weibell

*Lead Counsel for all Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issues through the Court's Electronic Case Filing System on this date.

*/s/Anthony J Weibell*
Anthony J Weibell
