# EXHIBIT B

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FACEBOOK BIOMETRIC INFORMATION PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 3:15-cv-03747-JD<br><br>[PROPOSED] ORDER RE PROPOSED CURATIVE NOTICE BY LEVI & KORSINSKY, LLP<br><br>Hon. James Donato |

Having received and reviewed Levi & Korsinsky, LLP's proposed curative notice, IT IS HEREBY ORDERED THAT:

1. Within two (2) business days from the date of this Order, Levi & Korsinsky, LLP shall send the proposed corrective notice out via email to the 3,724 impacted class members who responded to the ad posted by Levi & Korsinsky, LLP;

2. Within five (5) business days from the date the curative notice is sent, Levi & Korsinsky, LLP shall provide the Settlement Administrator, Gilardi & Co. LLC, with a list of the names and email addresses of those 3,724 individuals; and

3. Within five (5) business days from the date the curative notice is sent, Levi & Korsinsky, LLP shall file an affidavit with the Court affirming that notice has been completed.

IT IS SO ORDERED.

DATED: 10/8/2020

_____
Honorable James Donato
United States District Judge

Master File No. 3:15-cv-03747-JD
[PROPOSED] ORDER RE PROPOSED CURATIVE NOTICE BY LEVI & KORSINSKY, LLP