

February 7, 2022

United States District Court for the Northern District of Illinois
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
Submitted Electronically Per General Order 21-0027 via ECF at
Temporary_E-Filing@ilnd.uscourts.gov


RE:     *TikTok, Inc., Consumer Privacy Litigation*
        MDL No. 2948
        20-cv-4699
        **Supplemental Evidence in Support of Objection and Notice of Intention
        To Appear at Fairness Hearing**

Dear Judge Lee:

      One day after I filed my objection to the proposed settlement, the settling parties altered the Settlement Website without Court permission.[1]  This was done to "fix" a serious due process problem raised in my objection concerning *Mercury Interactive Corp. Sec. Litig. v. Mercury Interactive Corp.*, 618 F.3d 988, 993-94 (9th Cir. 2010).[2]

      Based on screenshots from the Internet Archive[3], Class counsel's alternation of the Settlement Website objection instructions occurred on January 25, 2022.  The alteration modified the objection instruction as follows:

---

[1] I respectfully request leave of Court to submit this letter.

[2] After I filed my objection, two other Objectors presented similar arguments.  However, the "fix" compounded the underlying problem, which should not have occurred in the first place.

[3] The Internet Archive is an American digital library with the stated mission of "universal access to all knowledge."  It provides free public access to collections of digitized materials, including websites, software applications/games, music, movies/videos, moving images, and millions of books.  In addition to its archiving function, the Archive is an activist organization, advocating a free and open Internet. As of December 2021, the Internet Archive holds over 34 million books and texts, 7.4 million movies, videos and TV shows, 797,000 software programs, 13,991,923 audio files, 4.1 million images, and 640 billion web pages in the Wayback Machine.

"**Write to the Court if you do not like the Settlement.** Deadline: January 31, 2022

***Deadline for responses to Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees: April 14, 2022***"

*See*, Screenshots from Internet Archive dated January 25, 2022; January 29, 2022; and February 5, 2022 (emphasis added to reflect the newly included language).

The original instruction which the Court preliminarily approved (and was reflected on the Settlement Website from November 15, 2021, to January 24, 2022, and in the written Notice) reflected:

"Write to the Court if you do not like the Settlement. Deadline: January 31, 2022"

*See*, Screenshots from Internet Archive dated stamped November 15; January 1, 2022; January 12, 2022; January 16, 2022; January 21, 2022; January 23, 2022; and January 24, 2022; Notice, p. 1.

To be clear, the deadline for responses to Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees: April 14, 2022, was *not* disclosed to the Class prior to January 25, 2022. Pursuant to § 15 of the Notice, Class members are informed Class counsel may seek fees to be awarded by the Court. However, class members are not informed of their right to object or otherwise "respond" to the application *after* it is filed.

Attached are screenshots of the Settlement Website which confirm the content of the alteration and its timing.[4]

If this alteration was a correction made with or without Court approval, it was just six days prior to the objection deadline. It was substantially *after* notice was first widely distributed directly to the class. Most class members surely missed the new information.

If this alteration is a revision or augmentation to the objection procedure, it is untimely, misleading and confusing. It is also inconsistent with the Preliminary Approval Order,

---

[4] These screenshots should not be disputed. They are derived from the Internet Archive**.** As of February 7, 2022, the Internet Archive reflects 146 captures from the Settlement Website between November 15, 2021, and February 5, 2022. A capture is a digital image of the website.

2

Settlement Agreement and Notice. See, e.g., Settlement Agreement, §§ 11.1-11.8 [objection procedures]; § 13.1 [fees]; Preliminary Approval Order, ¶¶ 6 – 8.

It is unclear from where the so-called "response" date was derived. The hearing date is May 18, 2022. Generally, opposition affidavits, would be due seven days before the hearing. See Fed. R. Civ. Proc., Rule 6 (c)(2). Moreover, this Court's Standing Order specifies that "Briefing schedules are generally set by Court order." Standing Order Memorandum. After the filing of the moving papers on March 31, 2022, there is no briefing schedule set by the Preliminary Approval Order.

Moreover, it is plain the Preliminary Approval Order does not contemplate any response from Class members. See, e.g., Preliminary Approval Order, ¶¶ 8-9.

*Arguendo*, for example, the newly altered objection instruction is, in fact, accurate and authorized, then class members were not informed prior thereto (*e.g.*, from November 15, 2021, to January 24, 2022) that they had a separate right to "respond" to any fee application sought by Class counsel. This is a monumental omission.

It is unclear how, if at all, it affects, if it does, the objection deadline or whether it constitutes an extension. Preliminary Approval Order, ¶ 7 seems to foreclose any extension, making the alteration, ambiguous and potentially misleading. See, *Molski v. Gleich* 318 F.3d 937 (9th Cir. 2003)[a class settlement notice that is misleading violates due process].

On the other hand, if this was only a notification to those class members who filed objections, it is mystifying why class counsel simply did not tell them.

Regrettably, it appears the Settlement Website may have been altered in the misplaced hope the timing for the alteration would be missed; and it would always appear that class members knew, early on, that an opportunity for a response, may remain open. But, even if this is the case, none of this would square with the objection procedure reflected in the Preliminary Approval Order, which plainly requires objections are filed on or before January 31, 2022, and not on some sort of *ad hoc* rolling basis.

Whatever the reasons for the alteration, it is too little and too late. Against this backdrop, Class members were given insufficient notice, making an already unconstitutional procedural deprivation even worse.

*steven helfand*
_____
STEVEN FRANKLYN HELFAND
410 Southeast 16th Court, Apartment 730
Fort Lauderdale, Florida 33316
786-676-1018

3

Steven.Helfand1400@outlook.com

cc: This document was served on the following persons electronically:

| | |
|---|---|
| Katrina Carroll<br>CARLSON LYNCH LLP<br>111 West Washington Street<br>Suite 1240<br>Chicago, Illinois 60602<br>kcarroll@carlsonlynch.com | Anthony J. Weibell<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>aweibell@wsgr.com |
| Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>jjagher@fklmlaw.com | Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 South Wacker Drive<br>24th Floor<br>Chicago, IL 60606<br>beth@feganscott.com |
| Ekwan E. Rhow<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>erhow@birdmarella.com | Musical.ly and/or TikTok Class Action<br>Attn: Objections<br>P.O. Box 58220<br>Philadelphia, PA 19102<br>Info@tiktokdataprivacysettlement.com |

     I declare under penalty of perjury of the laws of the United States that the foregoing factual matters are true and correct.

*steven helfand*

STEVEN FRANKLYN HELFAND
410 Southeast 16th Court, Apartment 730
Fort Lauderdale, Florida 33316
786-676-1018
Steven.Helfand1400@outlook.com

- You may submit a claim on your own behalf or on behalf of your minor child.

- Your legal rights are affected whether you act or don't act. Read the notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). **Deadline: March 1, 2022** |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. **Deadline: January 31, 2022** |
| **OBJECT** | Write to the Court if you do not like the Settlement. **Deadline: January 31, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

- These rights and options - and the deadlines to exercise them - are explained in the Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved,

- Your legal rights are affected whether you act or don't act. Read the notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). **Deadline: March 1, 2022** |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. **Deadline: January 31, 2022** |
| **OBJECT** | Write to the Court if you do not like the Settlement. **Deadline: January 31, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

- These rights and options - and the deadlines to exercise them - are explained in the Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.

• Your legal rights are affected whether you act or don't act. Read the notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). **Deadline: March 1, 2022** |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. **Deadline: January 31, 2022** |
| **OBJECT** | Write to the Court if you do not like the Settlement. **Deadline: January 31, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

• These rights and options - and the deadlines to exercise them - are explained in the Notice.

• The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.

In Re: TikTok, Inc., Consumer Privacy Litigation
MDL No. 2948, 20-cv-4699
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Submit a Claim

MENU

Home
Submit a Claim
Important Documents
FAQs
Contact Us

If you and/or your minor child used the TikTok and/or Musical.ly application, You May Be Entitled to a Payment from a Class Action Settlement.

If you live in Illinois and used the TikTok app in Illinois to create videos, you may be entitled to up to 6x the Payment.

Plaintiffs filed a class action complaint alleging that TikTok, Inc. f/k/a Musical.ly, Inc; ByteDance, Inc.; Musical.ly n/k/a TikTok, Ltd. and Beijing ByteDance Technology Co. Ltd. (collectively, the "Defendants"), violated federal and state law by collecting and using, without sufficient notice and consent, Plaintiffs' personal data in connection with their use of the TikTok - Make Your Day video-sharing application (and/or its predecessor app Musical.ly) distributed in the U.S. (the "App.").

Defendants deny these allegations and other material allegations in the operative complaint.

The Settlement1 that has been reached in this case affects the following persons (collectively the "Settlement Class"):

Nationwide Class: All persons who reside in the United States who used the App prior to September 30, 2021.

Illinois Subclass: All persons who reside in the State of Illinois and used the App in the State of Illinois to create videos prior to September 30, 2021.

The Settlement, if approved, would provide $92,000,000 to pay the members of the Settlement Class who file valid claims, as well as to pay Plaintiffs' attorneys' fees, costs, a service award for the named plaintiffs, and the administrative costs of the settlement. It would also provide injunctive relief to protect App users' information. The Settlement avoids the further cost and risk associated with continuing the lawsuits; it pays money to those persons whose rights Plaintiffs contend were violated; and it releases Defendants from further liability.

You may submit a claim on your own behalf or on behalf of your minor child.

Your legal rights are affected whether you act or don't act. Read the **notice** carefully.

YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| SUBMIT A CLAIM FORM | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). Deadline: March 1, 2022 |
| EXCLUDE YOURSELF | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. Deadline: January 31, 2022 |
| OBJECT | Write to the Court if you do not like the Settlement. Deadline: January 31, 2022 |
| GO TO A HEARING | Ask to speak in Court about the fairness of the Settlement. |
| DO NOTHING | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

These rights and options - and the deadlines to exercise them - are explained in the **Notice**.

The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.

1 Capitalized terms herein have the same meanings as those defined in the **Settlement Agreement**.

If you participated in the class action lawsuit captioned, T.K., Through Her Mother, Sherri Leshore, and A.S. Through Her Mother, Laura Lopez, et al. v. Bytedance Technology Co., LTD., Muscial.Ly Inc., Musical.Ly The Cayman Islands Corporation, and TikTok, Inc., held in the United States District Court For The Northern District of Illinois, Eastern Division, you MAY also participate in this settlement by **filing a claim form HERE**.

Copyright © 2022 **Privacy Policy**

• Your legal rights are affected whether you act or don't act. Read the [notice](#) carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). **Deadline: March 1, 2022** |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. **Deadline: January 31, 2022** |
| **OBJECT** | Write to the Court if you do not like the Settlement. **Deadline: January 31, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

• These rights and options - and the deadlines to exercise them - are explained in the [Notice](#).

• The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.

• Your legal rights are affected whether you act or don't act. Read the notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). **Deadline: March 1, 2022** |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. **Deadline: January 31, 2022** |
| **OBJECT** | Write to the Court if you do not like the Settlement. **Deadline: January 31, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

• These rights and options - and the deadlines to exercise them - are explained in the Notice.

• The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, who submit qualifying Claim Forms. Please be patient.



In Re: TikTok, Inc., Consumer Privacy Litigation
MDL No. 2948, 20-cv-4699
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Submit a Claim

MENU

Home
Submit a Claim
Important Documents
FAQs
Contact Us

If you and/or your minor child used the TikTok and/or Musical.ly application, You May Be Entitled to a Payment from a Class Action Settlement.

If you live in Illinois and used the TikTok app in Illinois to create videos, you may be entitled to up to 6x the Payment.

Plaintiffs filed a class action complaint alleging that TikTok, Inc. f/k/a Musical.ly, Inc; ByteDance, Inc.; Musical.ly n/k/a TikTok, Ltd. and Beijing ByteDance Technology Co. Ltd. (collectively, the "Defendants"), violated federal and state law by collecting and using, without sufficient notice and consent, Plaintiffs' personal data in connection with their use of the TikTok - Make Your Day video-sharing application (and/or its predecessor app Musical.ly) distributed in the U.S. (the "App.").

Defendants deny these allegations and other material allegations in the operative complaint.

The Settlement[1] that has been reached in this case affects the following persons (collectively the "Settlement Class"):

Nationwide Class: All persons who reside in the United States who used the App prior to September 30, 2021.

Illinois Subclass: All persons who reside in the State of Illinois and used the App in the State of Illinois to create videos prior to September 30, 2021.

The Settlement, if approved, would provide $92,000,000 to pay the members of the Settlement Class who file valid claims, as well as to pay Plaintiffs' attorneys' fees, costs, a service award for the named plaintiffs, and the administrative costs of the settlement. It would also provide injunctive relief to protect App users' information. The Settlement avoids the further cost and risk associated with continuing the lawsuits; it pays money to those persons whose rights Plaintiffs contend were violated; and it releases Defendants from further liability.

You may submit a claim on your own behalf or on behalf of your minor child.

Your legal rights are affected whether you act or don't act. Read the notice carefully.

YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

SUBMIT A CLAIM FORM — If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). Deadline: March 1, 2022

EXCLUDE YOURSELF — You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. Deadline: January 31, 2022

OBJECT — Write to the Court if you do not like the Settlement. Deadline: January 31, 2022

GO TO A HEARING — Ask to speak in Court about the fairness of the Settlement.

DO NOTHING — You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case.

These rights and options - and the deadlines to exercise them - are explained in the Notice.

The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.

1 Capitalized terms herein have the same meanings as those defined in the Settlement Agreement.

If you participated in the class action lawsuit captioned, T.K., Through Her Mother, Sherri Leshore, and A.S. Through Her Mother, Laura Lopez, et al. v. Bytedance Technology Co., LTD., Muscial.Ly Inc., Musical.Ly The Cayman Islands Corporation, and TikTok, Inc., held in the United States District Court For The Northern District of Illinois, Eastern Division, you MAY also participate in this settlement by filing a claim form HERE.

Copyright © 2022 Privacy Policy

INTERNET ARCHIVE
WayBackMachine
https://www.tiktokdataprivacysettlement.com/
146 captures
15 Nov 2021 - 5 Feb 2022
DEC JAN FEB
2021 25 2023
2022
About this capture

In Re: TikTok, Inc., Consumer Privacy Litigation
MDL No. 2948, 20-cv-4699
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Submit a Claim

MENU

Home
Submit a Claim
Important Documents
FAQs
Contact Us

If you and/or your minor child used the TikTok and/or Musical.ly application, You May Be Entitled to a Payment from a Class Action Settlement.
If you live in Illinois and used the TikTok app in Illinois to create videos, you may be entitled to up to 6x the Payment.
Plaintiffs filed a class action complaint alleging that TikTok, Inc. f/k/a Musical.ly, Inc; ByteDance, Inc.; Musical.ly n/k/a TikTok, Ltd. and Beijing ByteDance Technology Co. Ltd. (collectively, the "Defendants"), violated federal and state law by collecting and using, without sufficient notice and consent, Plaintiffs' personal data in connection with their use of the TikTok - Make Your Day video-sharing application (and/or its predecessor app Musical.ly) distributed in the U.S. (the "App").
Defendants deny these allegations and other material allegations in the operative complaint.
The Settlement1 that has been reached in this case affects the following persons (collectively the "Settlement Class"):
Nationwide Class: All persons who reside in the United States who used the App prior to September 30, 2021.
Illinois Subclass: All persons who reside in the State of Illinois and used the App in the State of Illinois to create videos prior to September 30, 2021.
The Settlement, if approved, would provide $92,000,000 to pay the members of the Settlement Class who file valid claims, as well as to pay Plaintiffs' attorneys' fees, costs, a service award for the named plaintiffs, and the administrative costs of the settlement. It would also provide injunctive relief to protect App users' information. The Settlement avoids the further cost and risk associated with continuing the lawsuits; it pays money to those persons whose rights Plaintiffs contend were violated; and it releases Defendants from further liability.
You may submit a claim on your own behalf or on behalf of your minor child.
Your legal rights are affected whether you act or don't act. Read the notice carefully.

YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

SUBMIT A CLAIM FORM    If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). Deadline: March 1, 2022

EXCLUDE YOURSELF    You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. Deadline: January 31, 2022

OBJECT    Write to the Court if you do not like the Settlement. Deadline: January 31, 2022
Deadline for responses to Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees: April 14, 2022

GO TO A HEARING    Ask to speak in Court about the fairness of the Settlement.

DO NOTHING    You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case.

These rights and options - and the deadlines to exercise them - are explained in the Notice.
The Court in charge of this case still has to decide whether to approve the Settlement. If it does, and after any appeals are resolved, benefits will be distributed to those who submit qualifying Claim Forms. Please be patient.
1 Capitalized terms herein have the same meanings as those defined in the Settlement Agreement.
If you participated in the class action lawsuit captioned, T.K., Through Her Mother, Sherri Leshore, and A.S. Through Her Mother, Laura Lopez, et al. v. Bytedance Technology Co., LTD., Muscial.Ly Inc., Musical.Ly The Cayman Islands Corporation, and TikTok, Inc., held in the United States District Court For The Northern District of Illinois, Eastern Division, you MAY also participate in this settlement by filing a claim form HERE.
Copyright © 2022 Privacy Policy



• Your legal rights are affected whether you act or don't act. Read the notice carefully.

| | YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). **Deadline: March 1, 2022** |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement. **Deadline: January 31, 2022** |
| **OBJECT** | Write to the Court if you do not like the Settlement. **Deadline: January 31, 2022** **Deadline for responses to Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees: April 14, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

• Your legal rights are affected whether you act or don't act. Read the notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a member of the Settlement Class, you must submit a completed Claim Form to receive a payment. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will receive your payment by electronic means (unless you opt for an alternative form of payment). **Deadline: March 1, 2022** |
| **EXCLUDE YOURSELF** | You may request to be excluded from the Settlement and, if you do, you will receive no benefits from the Settlement.<br>**Deadline: January 31, 2022** |
| **OBJECT** | Write to the Court if you do not like the Settlement.<br>**Deadline: January 31, 2022**<br>**Deadline for responses to Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees: April 14, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not receive a payment if you fail to timely submit a completed Claim Form, and you will give up your right to bring your own lawsuit against Defendants about the Claims in this case. |

• These rights and options - and the deadlines to exercise them - are explained in the Notice.