IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES IN THEIR MEMORANDUM IN SUPPORT OF
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1. Pursuant to the Court's October 1, 2021 order (ECF No. 162), Plaintiffs' Motion and Memorandum in Support of Final Approval, including responses to any Objections ("Approval Motion") and Motion for Attorneys' Fees and Service Awards ("Fee Motion") are due on Thursday, March 31, 2022.

2. The Local Rules prohibit the filing of briefs in excess of 15 pages without prior approval of the court. Local Rule 7.1.

3. To ensure that the Court is fully informed regarding the issues supporting the motions, Plaintiffs request permission to exceed the 15-page limitation and file a memorandum in support of the Approval Motion of up to 60 pages in length and a memorandum in support of the Fee Motion of up to 30 pages in length.

Dated: March 29, 2022

Respectfully Submitted,

By: /s/ Katrina Carroll
Katrina Carroll
LYNCH CARPENTER
111 W. Washington St.
Suite 1240

1

785583.4

Chicago IL 60602
312.750.1265
katrina@lcllp.com

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

By: */s/ Ekwan Rhow*
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs' Co-Lead Counsel*