# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA DIXON, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE WASHINGTON & JANE SMITH HOME, ) *et al.*, ) ) Defendants. ) | Case No. 1:17-cv-08033 Hon. Matthew F. Kennelly |

**ORDER GRANTING APPROVAL OF ATTORNEYS' FEES, COSTS,
AND SERVICE PAYMENT TO THE CLASS REPRESENTATIVE**

On August 20, 2019, the Court heard Class Counsel's Unopposed Petition for Approval of Attorneys' Fees and Service Payment to the Class Representative (the "Fee Petition"). The Court has considered the Fee Petition and other related materials submitted by Plaintiffs, as well as Plaintiff's presentation at the Final Approval Hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

1. Class Counsel are awarded $451,584.00 in attorneys' fees.

2. Class Counsel are awarded $15,000.00 in litigation costs.

3. Class Counsel are awarded $17,000.00 in settlement administration expenses.

4. The Court finds that Named Plaintiff and Class Representative Cynthia Dixon, in prosecuting the case on behalf of the Class, made a substantial contribution to its outcome, and is therefore deserving of a service payment in recognition of her efforts. A Service Payment in the amount of $10,000.00 is therefore awarded to the Class Representative, in addition to any share of the settlement fund to which she is entitled.

5. The foregoing awards shall be paid from the Settlement Fund of $1,356,000.00.

IT IS SO ORDERED.

Date: August 20, 2019

_____
Hon. Matthew F. Kennelly
United States District Court Judge