# Exhibit 16

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
*SUMMARY OF TIER 1 (CO-LEAD COUNSEL) LODESTAR AND EXPENSES*

| FIRM | LITIGATION ROLE | REPORTED LODESTAR | EXPENSES |
|---|---|---|---|
| Lynch Carpenter | Co-Lead Counsel | $2,586,757.50 | $27,374.44 |
| Bird Marella | Co-Lead Counsel | $2,331,093.50 | $256,057.67 |
| Fegan Scott | Co-Lead Counsel | $623,468 | $611.10 |
| | **TOTALS FOR CO-LEADS** | **$5,541,319.00** | **$284,043.21** |

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
*SUMMARY OF TIER 2 (EXECUTIVE COMMITTEE) LODESTAR AND EXPENSES*

| FIRM | ROLE | REPORTED LODESTAR | EXPENSES |
|---|---|---|---|
| Freed Kanner London & Millen | Executive Committee (2nd Mediation team; settlement signatory) | $1,321,645.00 | $11,555.07 |
| Susman Godfrey | Executive Committee (2nd Mediation team; settlement signatory) | $265,180.00 | $1,871.63 |
| Hausfeld LLP | Executive Committee | $635,329.50 | $3,315.95 |
| Bottini & Bottini, Inc. | Executive Committee | $467,891.50 | $9,867.45 |
| Burns Charest | Executive Committee | $608,217.50 | $1,511.10 |
| Clifford Law Offices | Liaison Counsel | $21,365.00 | $175.30 |
| **TOTALS FOR TIER 2** | | **$3,319,628.50** | **$28,296.50** |

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
*SUMMARY OF TIER 3 (MEDIATION TEAMS) LODESTAR AND EXPENSES*

| FIRM | LITIGATION ROLE | REPORTED LODESTAR | EXPENSES |
|---|---|---:|---:|
| Glancy Prongay | 1st Mediation team | $1,657,690.50 | $309,218.63 |
| Phillips Erlewine | 1st Mediation team | $339,509.00 | $10,529.00 |
| Ahdoot & Wolfson, PC | 2nd Mediation team; settlement signatory | $169,630.00 | $1,345.60 |
| Consumer Protection Legal, LLC | 2nd Mediation team; settlement signatory | $286,913.90 | $969.00 |
| Scott+Scott Attorneys at Law LLP | 2nd Mediation team; settlement signatory | $261,526.00 | $624.24 |
| Foote, Mielke, Chavez & O'Neil, LLC | 2nd Mediation team; settlement signatory | $139,495.00 | $688.30 |
| Erik H. Langeland P.C. | 2nd Mediation team | $228,000.00 | $0.00 |
| Cafferty Clobes Meriwether & Sprengel | 2nd Mediation team | $286,825.00 | $995.05 |
| Sauder Schelkopf LLP | 2nd Mediation team | $163,840.00 | $0.00 |
| Baird Law Firm | 2nd Mediation team | $45,150.00 | $0.00 |
| Stephan Zouras, LLP | 2nd Mediation team | $255,242.50 | $1,803.11 |
| Tostrud Law Group, P.C. | 2nd Mediation team | $208,905.00 | $1,928.08 |
| Wood Law Firm, LLC | 2nd Mediation team | $39,525.00 | $1,767.35 |
| Gordon Law Offices LLC | 2nd Mediation team | $72,502.00 | $400.00 |
| **TOTALS FOR TIER 3** | | **$4,154,753.90** | **$330,268.36** |

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
*SUMMARY OF TIER 4 (OTHER COUNSEL) LODESTAR AND EXPENSES*

| FIRM | ROLE | REPORTED LODESTAR | EXPENSES |
|---|---|---|---|
| Cotchett, Pitre & McCarthy, LLP | Tier 4 | $211,130.00 | $681.89 |
| DiCello Levitt | Tier 4 | $126,810.00 | $420.00 |
| Bleichmar Fonti | Tier 4 | $341,962.50 | $4,523.92 |
| Chimicles Schwartz Kriner & Dona | Tier 4 | $49,322.50 | $968.81 |
| Girard Sharp LLP | Tier 4 | $235,485.00 | $1,401.44 |
| Onderlaw LLC | Tier 4 | $10,822.50 | $705.06 |
| Baer Law | Tier 4 | $29,549.00 | $0 |
| Lawrence Kamin | Tier 4 | $40,350.00 | $16.90 |
| **TOTALS FOR TIER 4** | | **$1,045,431.50** | **$8,718.02** |