**APPENDIX OF SUPPORTING COUNSEL DECLARATIONS**

| EXHIBIT TAB | FIRM |
|---|---|
| A | Freed Kanner London & Millen |
| B | Susman Godfrey |
| C | Hausfeld LLP |
| D | Bottini & Bottini, Inc. |
| E | Burns Charest |
| F | Clifford Law Offices |
| G | Glancy Prongay |
| H | Phillips Erlewine |
| I | Ahdoot & Wolfson, PC |
| J | Consumer Protection Legal, LLC |
| K | Scott+Scott Attorneys at Law LLP |
| L | Foote, Mielke, Chavez & O'Neil, LLC. |
| M | Erik H. Langeland P.C. |
| N | Cafferty Clobes Meriwether & Sprengel LLP |
| O | Sauder Schelkopf LLP |
| P | Baird Law Firm |
| Q | Stephan Zouras, LLP |
| R | Tostrud Law Group, P.C. |
| S | Wood Law Firm, LLC |
| T | Gordon Law Offices LLC |
| U | Cotchett, Pitre & McCarthy, LLP |
| V | DiCello Levitt |

|    |                                              |
|----|----------------------------------------------|
| W  | Bleichmar Fonti                              |
| X  | Chimicles Schwartz Kriner & Donaldson-Smith LLP |
| Y  | Girard Sharp LLP                             |
| Z  | Onderlaw LLC                                 |
| AA | Baer Law                                     |
| BB | Lawrence Kamin                               |