# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | MDL No. 2948 <br><br> Master Docket No. 20-cv-4699 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | |

**DECLARATION OF MEGAN E. JONES IN SUPPORT OF PLAINTIFFS' PETITION
FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF HAUSFELD LLP**

I, MEGAN E. JONES, declare and state as follows:

1.      I am a Partner of the law firm of Hausfeld LLP.  My firm's resume is attached hereto as **Exhibit 1**.  I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2.      My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs, including investigation; factual and legal research; discovery; motions practice; case management; court appearance; and settlement analysis.  The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 621 hours.  The total lodestar for my firm in this time period is $528,542.50.

3.      For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs: factual and legal research; discovery; case management; court appearance; and settlement analysis. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 122.1 hours.  The total lodestar for my firm in this time period is $106,787.00.

4.      The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 743.1 hours.  The total lodestar for my firm is $635,329.50. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters.  The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5.      Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6.      As detailed in **Exhibit 3**, my firm has incurred a total of $3,315.95 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7.      The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of March 2022 at Palo Alto, California.


_/s/ *Megan E. Jones*_____

Megan E. Jones

# Exhibit 1



**HAUSFELD**
FOR THE CHALLENGE

FIRM RESUME
HAUSFELD CONSUMER PRACTICE

# About Hausfeld

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier in private enforcement of antitrust/competition law in both the United States and the United Kingdom by The Legal 500 and Chambers & Partners. Our German office was also ranked by The Legal 500 for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Brussels, Paris, Düsseldorf, Stockholm, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of Antitrust/Competition, Commercial and Financial Disputes, Environmental and Product Liability, Human Rights, and Technology and Data Breach. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. The New York Times has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while Washingtonian Magazine characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

## Data breach and privacy

Hausfeld's attorneys have been at the forefront of seeking and obtaining recovery for victims of data breaches. We currently serve as co-lead counsel in *In re Marriott* where we won a groundbreaking decision on standing and damages on defendants' motion to Dismiss. We served on the Plaintiffs' Steering Committee in *In re Equifax* serving on the settlement committee and helping to negotiate a $1.5 billion settlement — the largest of its kind. Hausfeld's attorneys have also served in leadership positions in *In re Target* ($60 million in settlement); *In re Home Depot* ($35 million settlement); *In re Arby's* ($5 million settlement) *In re Kmart* ($18.5 million settlement); *Wendy's* ($50 million settlement) and *In re Premera* ($74 million), among other cases.

## Antitrust and competition litigation

Hausfeld's reputation for leading groundbreaking antitrust class actions in the United States is well-earned. Having helmed more than 40 antitrust class actions, Hausfeld attorneys are prepared to **litigate and manage cases with dozens of defendants** (*In re Blue Cross Blue Shield Antitrust Litigation*, with more than thirty defendants), **negotiate favorable settlements for class members and clients** (*In re Air Cargo Shipping Services Antitrust Litigation*, settlements of more than $1.2 billion, and *In re Blue Cross Blue Shield Antitrust Litigation*, $2.67 billion settlement), **take on the financial services industry** (*In re Foreign Exchange Antitrust Litigation*, with settlements of more than $2.3 billion), **take cartelists to trial** (*In re Vitamin C Antitrust Litigation,* trial victory of $162 million against Chinese manufacturers

# HAUSFELD
## FOR THE CHALLENGE

of Vitamin C), and **push legal boundaries where others have not** (*O'Bannon v. NCAA,* another trial victory in which the court found that NCAA rules prohibiting additional scholarship payments to players as part of the recruiting process are unlawful).

## Consumer protection litigation

Hausfeld also pursues consumer protection, defective product, and Lanham Act cases on behalf of a variety of litigants including consumers, entertainers, financial institutions, and other businesses. For example, we served on the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Litigation* helping to recover over $14 billion for U.S. consumers and are currently representing tens of thousands of VW purchasers in Europe. We have obtained class-wide settlements for purchasers of **defective products** (*Wolph v. Acer America Corp.; In re Sony PS3 "Other OS" Litigation*) **victims of unfair and deceptive practices** (*Brown v. Transurban (USA), Inc.; Radosti v. Envision EMI, LLC; In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation*); and domestic beekeepers and honey packers for **fraudulent mislabeling** of imported honey (*In re Honey Transshipping Litigation*).

# Hausfeld: a global reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. Its inventive cross border solutions work to the benefit of the multinational companies it often represents.

## Creative solutions to complex legal challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the Financial Times, which honored Hausfeld's European team

with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, The Legal 500 has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

## Unmatched global resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 140 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Brussels, Paris, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (The Legal 500).



**Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms.**

The Legal 500

**HAUSFELD**

FOR THE CHALLENGE

# Litigation achievements

## Significant trial victories

Hausfeld lawyers regularly bring cases to trial—and win. Among our trial victories are some of the largest antitrust cases in the modern era. For example, in *O'Bannon v. NCAA* **(N.D. Cal.)**, we conducted a three-week bench trial before the chief judge of the Northern District of California, resulting in a complete victory for college athletes who alleged an illegal agreement among the National Collegiate Athletic Association and its member schools to deny payment to athletes for the commercial licensing of their names, images, and likenesses. Our victory in the *O'Bannon* litigation followed the successful trial efforts in *Law v. NCAA* **(D. Kan.)**, a case challenging earning restrictions imposed on assistant college coaches in which the jury awarded **$67 million** to the class plaintiffs that one of our lawyers represented.

In *In re Vitamin C Antitrust Litigation* **(E.D.N.Y.)**, we obtained, on behalf of our direct purchaser clients, a **$148 million** jury verdict and judgment against Chinese pharmaceutical companies that fixed prices and controlled export output of Vitamin C—on the heels of $22.5 million in settlements with other defendants, which represented the first civil settlements with Chinese companies in a U.S. antitrust cartel case. Years earlier, we took on a global vitamin price- fixing cartel in *In re Vitamins* **(D.D.C.)**, in which we secured a **$1.1 billion settlement** for a class of vitamin purchasers and then took the remaining defendants to trial, culminating in a **$148 million jury verdict**.

Our trial experience extends to intellectual property matters and general commercial litigation as well. We represented entertainment companies that sought to hold internet service provider Cox Communications accountable for willful contributory copyright infringement by ignoring the illegal downloading activity of its users. Following a trial in *BMG Rights Management (US) LLC, v. Cox Enterprises, Inc.* **(E.D. Va.)**, the jury returned a **$25 million verdict** for our client. After the defendants appealed and prior to a new trial, the parties settled.

## Exceptional settlement results

Over the past decade, Hausfeld has recouped over $20 billion for clients and the classes they represented. We are proud of our record of successful dispute resolution. Among our settlement achievements, a selection of cases merit special mention.

Most recently, on November 30, 2020, the Court granted preliminary approval to the proposed settlement agreement in *In re Blue Cross Blue Shield Antitrust Litigation* **(M.D. Ala.)**, resolving the claims of Blue Cross Blue Shield subscribers represented by Hausfeld for $2.67 billion. In addition to monetary relief, the settlement proposes systemic injunctive relief that will change the landscape for competition in healthcare.

In the high profile *In re Foreign Exchange Benchmark Rates Antitrust Litigation* **(S.D.N.Y.)**, we negotiated settlements totaling more than $2.3 billion with fifteen banks accused of conspiring to manipulate prices paid in the foreign-exchange market. In another case involving allegations of pricefixing among the world's largest airfreight carriers, *In re Air Cargo Shipping Services Antitrust Litigation* **(E.D.N.Y.)**, we negotiated settlements with more than 30 defendants totaling over $1.2 billion—all in advance of trial. In the ongoing *In re: LIBOR-Based Financial Instruments Antitrust Litigation* **(S.D.N.Y.)** case, we have secured settlements to date totaling $590 million with Barclays ($120 million), Citi ($130 million), Deutsche Bank ($240 million), and HSBC ($100 million). The court has granted final approval to each of these settlements.

Most recently, Hausfeld served as class counsel in *Hale v. State Farm Mutual Automobile Insurance Co.* **(S.D.Ill.)**. This case involved allegations that State Farm worked to help elect an Illinois state supreme court justice in order to overturn a billion-dollar judgment against it. On the day opening statements were to be delivered to the jury, State Farm agreed to settle for $250 million. Finally, in the global *Marine Hose* matter, we broke new ground with the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation. That settlement enabled every one of Parker ITR's non-US marine-hose purchasers to recover up to 16% of their total purchases.

These cases are just five among dozens of recent landmark settlements across our practice areas.



# Reputation and leadership in the antitrust bar

## Court commendations

Judges across the country have taken note of Hausfeld's experience and results achieved in litigation.



**All class actions generally are more complex than routine actions… But this one is a doozy. This case is now I guess nearly more than ten years old. The discovery as I've noted has been extensive. The motion practice has been extraordinary… The recovery by the class is itself extraordinary. The case, the international aspect of the case is extraordinary. Chasing around the world after all these airlines is an undertaking that took enormous courage.**

**– Judge Brian M. Cogan**
*In re Air Cargo Shipping Services Antitrust Litigation*, No. 06-md-1775 (E.D.N.Y.)



**Comparing Hausfeld's work through trial to** *Game of Thrones*: **'where individuals with seemingly long odds overcome unthinkable challenges… For plaintiffs, their trial victory in this adventurous, risky suit, while more than a mere game, is nothing less than a win…'**

**– Magistrate Judge Nathanael M. Cousins**
*O'Bannon v. Nat'l College Athletic Ass'n,* No. 09-cv-3329 (N.D. Cal.)



**Hausfeld lawyers achieved 'really, an outstanding settlement in which a group of lawyers from two firms coordinated the work… and brought an enormous expertise and then experience in dealing with the case.' Hausfeld lawyers are 'more than competent. They are outstanding.'**

**– Judge Charles R. Breyer**
*In re International Air Passenger Surcharge Antitrust Litig.*, No. 06-md-01793 (N.D. Cal.) (approving a ground-breaking $200 million international settlement that provided recovery for both U.S. purchasers under U.S. antitrust laws, and U.K. purchasers under U.K. competition laws.)



**Hausfeld has 'the breadth of experience, resources and talent necessary to navigate a case of this import.' Hausfeld 'stands out from the rest.'**

**– District Judge Morrison C. England Jr.**
*Four In One v. SK Foods*, No. 08-cv-3017 (E.D. Cal.)



**The class is represented by what I would describe as an all-star group of litigators…**

**– District Judge David R. Herdon**
*Hale v. State Farm, No. 12-cv-00660-DRH-SCW (S.D. Ill.)*

# Megan E. Jones

**Partner**
San Francisco



she / her / hers

✉ mjones@hausfeld.com

📞 +1 415 744 1951

in http://www.linkedin.com/pub/megan-e-
jones/9/3a8/53b/

## / EXPERIENCE

### Antitrust/Competition

- *In re Blue Cross Blue Shield Antitrust Litigation* – In which Megan has been appointed to the Plaintiffs' Steering Committee.
- *In re Local TV Advertising Antitrust Litigation* – In which Megan has been appointed Lead Counsel.
- *In re Diisocyanates Antitrust Litigation* – In which Megan has been appointed Co-lead Counsel.
- *In re Municipal Derivatives Antitrust Litigation* – Resulted in over $200 million on behalf of the class.
- *In re Polyester Staple Antitrust Litigation* – Resulted in $63.5 million on behalf of class.
- *In re Compact Disc Antitrust Litigation* – Resulted in over $50 million on behalf of class.
- *In re Rubber Chemicals Antitrust Litigation* – Resulted in over $100 million on behalf of class.
- *In re MMA Antitrust Litigation* – Resulted in over $20 million on behalf of class.
- *In re EPDM Antitrust Litigation* – Resulted in $81 million on behalf of class.
- Megan was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.

## / OVERVIEW

### Experience

Megan Jones (@MeganJonesEsq) is a California Bay Area-based lawyer who focuses on recovering damages for companies who are victims of antitrust cartels for price-fixing, tying, restraints of trade, and other competition violations. With 19 years of experience in antitrust class actions, Megan is trusted by courts to lead large and complex antitrust cases:

1. *In re Local TV Advertising Litigation* (Sole Lead counsel)
2. *In re Diisocyanates Antitrust Litigation* (Co-Lead counsel)
3. *In re Beef Antitrust Litigation* (Co-Lead Counsel)

4. *In re Blue Cross Blue Shield Antitrust Litigation* (Plaintiff Steering Committee)

5. *In re Marriott International Customer Data Security Breach Litigation* (Plaintiff Steering Committee)

Megan is known for her creativity on settlement issues.[1]  For example, in *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.), Ms. Jones was co-lead counsel and recovered over $220 million dollars for a class of cities and municipalities.  Notably, Ms. Jones co-negotiated several of the settlements obtained in that class with Select State Attorneys General, who trusted class counsel to administer notice and the claims process for the joint proceeds.  The American Antitrust Institute recognized this unusual public/private partnership, and awarded Megan (and her team) the "Outstanding Antitrust Litigation Achievement in Private Law Practice" in 2016.  Other settlements Ms. Jones negotiated include:

- *In re Municipal Derivatives Antitrust Litigation* – Resulted in over $200 million on behalf of the class.
- *In re Polyester Staple Antitrust Litigation* – Resulted in $63.5 million on behalf of class.
- *In re Compact Disc Antitrust Litigation* – Resulted in over $50 million on behalf of class.
- *In re Rubber Chemicals Antitrust Litigation* – Resulted in over $100 million on behalf of class.
- *In re MMA Antitrust Litigation* – Resulted in over $20 million on behalf of class.
- *In re EPDM Antitrust Litigation* – Resulted in $81 million on behalf of class.
- Megan was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.

As one of the few women in the plaintiffs' bar inducted into the *Legal 500* Hall of Fame for continued excellence in litigation, Ms. Jones has a national reputation for excellence that has been obtained the old-fashioned way, by trying to be the best team member in the trenches. See "Female Powerbrokers Q&A: Hausfeld's Megan Jones," April 30, 2014;  see also *Chambers and Partners*' description of Ms. Jones as "personable, very smart and capable."  She is known for creating effective multi-firm teams that focus with laser-like precision on the specific litigation strategy designed with input from diverse sources.  She is also known for her relentless pursuit of the facts, and is well-regarded for her electronic discovery prowess (speaking and training others on best practices via the prestigious Sedona Conference®).

Whether leading enormous cases with 20+ defendants or small regional matters, Ms. Jones masters the intricacies of economic markets and works with experts to develop economic models for her clients' recovery, which support class certification motions, settlement negotiations, and discovery efforts. Megan prides herself on the ability to create and lead teams of lawyers of any size (having organized teams of 80 law firms, in one particular case) to create a record that either wins the case, drives settlement, and /or obtains a decision upheld at the appellate level. Part of Megan's success is due to her belief in using diverse and inclusive litigation teams, which she has helped foster over a decade by creating and running a conference for women antitrust lawyers to exchange best practices.

Megan is both reasonable and relentless. She carefully chooses her legal battles, and eschews gamesmanship for the sake of gamesmanship. Mindful of scarce judicial resources in complex antitrust cases that can last years, she develops a strategy at the outset about what particular legal issues need judicial attention and clears the board of the rest. She is highly respected from all contingents because she brings that same strategy to settlements, using her almost two decades of negotiation experience from being at Hausfeld to craft settlement strategy and terms in even the most difficult cases. Just one example of this creativity is that in one of her cases, Megan worked with and joined Select State Attorneys General to co-negotiate and jointly settle a class claim on behalf of certain states as well as the civil litigation class.

[1] https://podcast.ourcuriousamalgam.com/episode/48-how-do-you-get-to-the-final-yes/ (ABA's Antitrust Section podcast, featuring Megan Jones, May 2020).

## Clients

Companies that buy things to make things have typically bought cartelized products, and Megan helps them recover damages for such purchases. Able to analyze a corporation's purchases around the world, Megan can then offer a panoply of options for recovery in multiple jurisdictions. She emphasizes the non- litigation options a

corporation has when appropriate, and she is as adept at settling a case in a conference room as she is in a courtroom.

## EDUCATION

University of North Carolina at Chapel Hill School of Law, J.D., 1999

North Carolina State University, *magna cum laude*, B.A., 1995

## BAR ADMISSIONS

California

District of Columbia

North Carolina

# James J. Pizzirusso

**Partner**
Washington, DC

✉ jpizzirusso@hausfeld.com

📞 +1 202 540 7154

in  http://www.linkedin.com/pub/james-pizzirusso/6/505/811



## EXPERIENCE

### Antitrust/Competition

- *In re Processed Egg Products Antitrust Litig.* – $136 million in settlements reached on behalf of direct purchasers of shell eggs.
- *In re Fresh and Process Potatoes Antitrust Litig.* – $19.5 million settlement reached on behalf of purchasers of potatoes.
- *In re New Jersey Tax Sale Certificates Antitrust Litig.* – $9.5 million settlement on behalf of victims of bid-rigging conspiracy related to tax sale certificates.

### Deceptive Business Practices & Consumer Protection

- *Morris v. Bank of America, N.A.* – Appointed co-lead, settlement pending.
- *In re Sony PS3 "Other OS" Litig.* – Appointed co-lead counsel in case involving falsely advertised PlayStations; $4 million settlement.
- *Radosti v. Envision EMI, LLC* – $17.5 million nationwide settlement.
- *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litig.* – $8 million nationwide settlement.
- *Brown v. Transurban (USA), Inc.* – Appointed co-lead counsel; nationwide settlement in this case involving excessive toll lane fees.
- *In re Honey Transshipping Litig.* – $4 million nationwide Lanham Act settlement on behalf of honey producers.
- Represented Vital Farms in Lanham Act litigation against competitor resulting in confidential settlement.

### Environmental & Product Liability

- *Bhatia v. 3M Company* – Appointed Chair of the Plaintiffs' Executive Committee; $32.5 million settlement for dentists who purchased defective Lava crown material.
- *Wolph v. Acer America Corp.* – Appointed co-lead counsel; disputed class involving defective computers certified on a nationwide basis; $22.7 million settlement later achieved.
- *Pelletz v. Weyerhaeuser Company* – Case involving defective decking product; nationwide settlement.
- *In re Monsanto Company Genetically-Engineered Wheat Litig.* – Chair of lead counsel group; settled claims for individual wheat farmers impacted by contamination from genetically engineered wheat.

- Represented numerous farmers and landowners in Barbados related to jet fuel contamination claims, confidential settlement achieved.

## Public Entity

We have extensive experience representing public and governmental entities, including state Attorneys General Offices, municipal utility boards, and counties in high-stakes investigations and litigation involving a variety of legal practice areas, including antitrust, consumer protection, financial services, and environmental law. The firm's public entity portfolio includes:

- Retention by state Attorneys General Offices for antitrust litigation against Big Tech platforms.
- Retention by the largest public water supplier in the country relating to environmental contamination.
- Retention by public entities to pursue antitrust claims relating to fraud in financial markets; and
- Retention by the state of West Virginia in one of the earliest cases against the pharmaceutical industry relating to the opioid crisis, filed decades before the current wave of opioid litigation.

## Sports & Entertainment

- *In re Warner Music Group Corp. Digital Downloads Litig.* – Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *James v. UMG Recordings, Inc.* - Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.

- *Dryer v. Nat'l Football League* – $50 million settlement on behalf asserting copyright and publicity rights claims from the NFL's use of retired players' images and likenesses.

## Technology & Data Breach

- *In re Equifax, Inc. Customer Data Security Breach Litig.* – Appointed to Plaintiffs' Steering Committee and Settlement Committee; $1.5 billion settlement.
- *In re Target Corporation Customer Data Security Breach Litig.* – Appointed to Steering Committee on behalf of financial institutions, nationwide class certification granted, $60 million settlement.
- *First Choice Federal Credit Union v. Wendy's* – Appointed to Plaintiffs' Executive Committee); $50 million settlement.
- *In re The Home Depot, Inc. Customer Data Security Breach Litig.* – Chair of the Plaintiffs' Steering Committee; $40 million settlement.
- *In re Premera Blue Cross Customer Data Sec. Breach Litig.* – Appointed to Executive Leadership Committee; $74 million settlement.
- *In re Arby's Rest. Group, Inc. Data Security Litig.* – Appointed as Co-Lead; $3 million settlement.
- *Greater Chautauqua Federal Credit Union v. Kmart Corp.* – Appointed as co- lead; $18.5 million settlement.
- *In re Marriott International Inc., Customer Data Security Breach Litig.* – Appointed as co-lead; motion to dismiss denied, case pending.
- *In re TikTok, Inc. Consumer Privacy Litig.* – $92 million settlement for BIPA and privacy violations pending.


**OVERVIEW**

**Experience**

James has led Hausfeld's consumer protection practice group since the firm's inception and courts have personally appointed him to leadership positions in numerous successful consumer fraud class actions. He has a diverse practice centering on consumer protection and cybersecurity/privacy law, antitrust law (with an emphasis in agriculture), environmental torts, and sports and entertainment law. James' practice also includes domestic and international environmental and public health litigation.

**Clients**

James has pursued justice on behalf of his clients, both domestically and abroad, in a wide variety of practice areas and on behalf of notable clients -- including musicians and professional athletes. He has successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill. James has also represented farmers and other entities seeking damages related to unauthorized releases of genetically modified crops. Domestically, he has represented municipalities and individuals suffering harm related to lead paint and other toxic products.

James' distinctive approach to litigation has resulted in recoveries of hundreds of millions of dollars for his clients and class members.

# EDUCATION

George Washington University Law School, J.D., with honors, 2001

University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998

# BAR ADMISSIONS

District of Columbia

Virginia

The Supreme Court of the United States

The Fourth Circuit Court of Appeals

The Sixth Court of Appeals

The Ninth Court of Appeals

Several Federal District Courts



# Tae H. Kim

**Associate**
San Francisco

✉ tkim@hausfeld.com

📞 +1 415 744 1955

 **OVERVIEW**

Tae's practice focuses on antitrust, consumer protection, civil and human rights, and environmental litigation Tae earned his J D from Berkeley Law, where he served as an External Supervising Editor of *Berkeley Journal of International Law* and a Senior Article Editor of *Asian American Law Journal*. During his time at law school, he also externed in the District Court for the Central District of California with the Honorable Stephen V. Wilson. Additionally, he helped review and assess various types of contracts at a healthcare start-up. He also clerked at Legal Aid at Work and East Bay Community Law Center's Clean Slate Clinic, where he represented low-income working families and individuals affected by the criminal justice system in various legal controversies.

Before law school, Tae interned at major international law firms in Seoul and Beijing, gaining broad experience in foreign legal matters. He was also a recipient of the Chinese Government Scholarship and was invited as a visiting scholar to Beijing Language and Culture University.

Prior to joining the firm, Tae served as a federal Law Clerk to the Honorable Hal R. Ray, Jr. in the Northern District of Texas.

Tae is bilingual in English and Korean.

## EDUCATION

University of California, Berkeley, School of Law, J.D., 2019

Emory University, B A , 2013

## BAR ADMISSIONS

California

# Exhibit 2

**IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION**

**EXHIBIT 2**

**TIME REPORT SUMMARY AT CURRENT RATES**

**Firm Name:** HAUSFELD LLP

**Reporting Period:** Inception through February 28,2022

**Categories:**

| | |
|---|---|
| 1) Legal Research | 5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing) |
| 2) Investigation / Factual Research | 6) Class Certification |
| 3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc. ) | 7) Summary Judgment |
| | 8) Appeals |
| 4) Document Review (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review) | 9) Court Appearance and Prep |
| | 10) Experts |
| 11) Settlements & Mediation | |
| 12) Case Management | |
| 13) Class Notice | |
| 14) Trial Prep (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.) | |
| 15) Trial | |

**TITLE:**
(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Katie Beran (P) | | | | | | 0.40 | | | | | | | | | | 0.00 | 0.40 | 0.40 | $725.00 | $0.00 | $290.00 | $290.00 |
| Melinda R. Coolidge (P) | | 1.00 | | | | | | | | | | | | | | 0.00 | 1.00 | 1.00 | $800.00 | $0.00 | $800.00 | $800.00 |
| Paul Gallagher (P) | | | | | | | | | | 4.10 | | | | | | 0.00 | 4.10 | 4.10 | $1,050.00 | $0.00 | $4,305.00 | $4,305.00 |
| Seth Gassman (OC) | 0.70 | 6.10 | | | | | | | | 14.70 | | | | | | 0.00 | 21.50 | 21.50 | $875.00 | $0.00 | $18,812.50 | $18,812.50 |
| Michael D. Hausfeld (P) | | 5.00 | | | | | | | | | | 0.50 | | | | 0.00 | 5.50 | 5.50 | $1,525.00 | $0.00 | $8,387.50 | $8,387.50 |
| Megan E. Jones (P) | 10.30 | 67.60 | 20.10 | | 8.20 | | | | | 127.10 | | 69.00 | | | | 0.00 | 302.30 | 302.30 | $960.00 | $0.00 | $290,208.00 | $290,208.00 |
| Tae Kim (A) | 0.70 | | 3.10 | | | | | | | 51.30 | | 3.00 | | | | 0.00 | 58.10 | 58.10 | $500.00 | $0.00 | $29,050.00 | $29,050.00 |
| Amanda Lee (A) | | 2.20 | | | | | | | | 31.70 | | 7.20 | | | | 0.00 | 41.10 | 41.10 | $610.00 | $0.00 | $25,071.00 | $25,071.00 |
| Michael P. Lehmann (P) | | 0.70 | | | 0.80 | 0.50 | | | | | | | | | | 0.00 | 2.00 | 2.00 | $1,275.00 | $0.00 | $2,550.00 | $2,550.00 |
| Jamie J. Pizzirusso (P) | | 151.30 | | 3.50 | | 0.50 | | 0.50 | | 51.20 | | 36.30 | | | 0.50 | 0.00 | 243.80 | 243.80 | $960.00 | $0.00 | $234,048.00 | $234,048.00 |
| Brian A. Ratner (P) | | | | | | | | | | 1.30 | | | | | | 0.00 | 1.30 | 1.30 | $975.00 | $0.00 | $1,267.50 | $1,267.50 |
| Halli Spraggins (A) | | 5.20 | | | | | | | | | | | | | | 0.00 | 5.20 | 5.20 | $500.00 | $0.00 | $2,600.00 | $2,600.00 |
| Bonny Sweeney (P) | | 0.70 | | | | | | | | 0.20 | | | | | | 0.00 | 0.90 | 0.90 | $1,275.00 | $0.00 | $1,147.50 | $1,147.50 |
| Kevin Wang (SA) | | | | | | | | | | 14.00 | | | | | | 0.00 | 14.00 | 14.00 | $260.00 | $0.00 | $3,640.00 | $3,640.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 11.70 | 239.80 | 23.20 | 3.50 | 9.00 | 1.40 | 0.00 | 0.50 | 0.00 | 295.60 | 0.00 | 116.00 | 0.00 | 0.00 | 0.50 | 0.00 | 701.20 | 701.20 | | $0.00 | $622,177.00 | $622,177.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Suzanne McPhail (P) | | 15.90 | | | | | | | | 5.10 | | | | | 2.30 | 0.00 | 23.30 | 23.30 | $325.00 | $0.00 | $7,572.50 | $7,572.50 |
| Darya Oborina (P) | | 1.00 | | | | | | | | | | | | | | 0.00 | 1.00 | 1.00 | $300.00 | $0.00 | $300.00 | $300.00 |
| Claudia Wu (P) | | 1.20 | | | 3.00 | | | | | 13.40 | | | | | | 0.00 | 17.60 | 17.60 | $300.00 | $0.00 | $5,280.00 | $5,280.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 0.00 | 18.10 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.30 | 0.00 | 41.90 | 41.90 | | $0.00 | $13,152.50 | $13,152.50 |
| GRAND TOTAL: | 11.70 | 257.90 | 23.20 | 3.50 | 12.00 | 1.40 | 0.00 | 0.50 | 0.00 | 314.10 | 0.00 | 116.00 | 0.00 | 0.00 | 2.80 | 0.00 | 743.10 | 743.10 | | $0.00 | $635,329.50 | $635,329.50 |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 3**
**EXPENSE REPORT SUMMARY**

**FIRM NAME: Hausfeld LLP**

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | | $1,236.00 |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | | $2,068.45 |
| Photocopies - in House | | |
| Photocopies - Outside | | $11.50 |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$3,315.95** |