# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION** | **MDL No. 2948** |
| | **Master Docket No. 20-cv-4699** |
| | **Judge John Z. Lee** |
| | **Magistrate Judge Sunil R. Harjani** |
| **This Document Relates to All Cases** | |

**DECLARATION OF AMANDA KLEVORN IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF BURNS CHAREST LLP**

I, AMANDA KLEVORN declare and state as follows:

1.      I am a PARTNER of the law firm of BURNS CHAREST LLP.  My firm's resume is attached hereto as **Exhibit 1**.  I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2.      I am a member of the Plaintiffs' Steering Committee, and my firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action.  During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs:  Investigating, developing, and filing the first lawsuit alleging a BIPA violation against the TikTok defendants along with our co-counsel at Baer Law LLC and Hausfeld in 2020. Multiple law firms filed suit based on the same allegations in our lawsuit soon after, leading to the creation of this MDL. The total number of hours expended

on this litigation by my firm from case inception through February 28, 2022, is 714.60 hours. The total lodestar for my firm in this time period is $608,217.50.

3.     For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs:  My firm was appointed as a member of the Plaintiffs' Steering Committee by the court, and we performed all settlement work requested by Co-Lead Counsel. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 82.40 hours.  The total lodestar for my firm in this time period is $69,032.50.

4.     The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 714.60 hours.  The total lodestar for my firm is $608,217.50.  My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters.  The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5.     Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6.     As detailed in **Exhibit 3**, my firm has incurred a total of $1,511.10 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not

include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

      7.     The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on this 30th day of March 2022 at New Orleans, Louisiana.

_____
Amanda K. Klevorn

# Exhibit 1

# Burns Charest LLP

Dallas
900 Jackson Street, Suite 500
Dallas | Texas | 75202
Tel: (469) 904-4550

New Orleans
365 Canal Street, Suite 1170
New Orleans | Louisiana | 70130
Tel: (504) 799-2845

Washington, D.C.
4725 Wisconsin Ave. NW Suite 200
Washington | D.C. | 20016
Tel: (202) 577-3977

www.burnscharest.com

Burns Charest is a young firm with a dynamic and impressive pedigree. Our founders were partners and attorneys at some of the finest commercial litigation boutiques in the nation. In 2015, we came together to build a new, aggressive platform to pursue our clients' interests.

We know that experience matters to clients and judges. And we have it. Our lawyers have actually tried a complex class action to verdict, served as co-lead counsel in multi-district litigation, secured a $106 million judgment in the first of the 2008 mortgage meltdown cases to go to trial, obtained significant settlements in royalty-owner disputes, and regularly represented individuals and businesses in complex, bet-the-company cases.

We currently serve as co-lead counsel in national antitrust and commodity class actions. We represent numerous royalty owners in disputes against oil and gas giants. We serve hundreds of individuals whose lives have been threatened by exposure to asbestos. And we are helping landowners clean up decades of environmental damage.

We have a strong team. Our lawyers are some of the most experienced and talented of their generation, and we are happy to match our credentials against others.

Our focus is on the future. We believe firmly that our nation's legal system was designed to protect individuals and businesses from the wrongdoing of others and to assure a level playing field. As lawyers, we have an incredibly important role to play in making that system work for our clients. And we will not shy away from a fight to protect their interests.

# We are Burns Charest LLP.

- Member of seven-person executive committee: *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation* (D.N.J.). Representing over 500 women alleging that talcum powder products cause ovarian cancer.

- Co-lead counsel: *In re: Asbestos, Catalyst, and Silica Toxic Dust Exposure Litigation*, Master Docket No. SX-15-CV-096 (U.S.V.I. Sup. Ct.). Representing several hundred individual workers exposed to asbestos while working in a refinery on St. Croix, U.S.V.I.

- Co-liaison counsel: *In re: Chesapeake Barnett Royalty Litigation #2*, MDL No. 96-000003-15 (96th District Court, Tarrant County, Texas). Representing royalty and mineral owners in mass action against operator for royalty underpayments.

- Co-lead counsel: *In re: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, MDL No: 2785 (D. Kan.). Representing tens of thousands of American consumers and businesses in a multidistrict class action designed to recoup the overpayments on the life-saving EpiPen device.

- Co-lead counsel: *Scola v. Facebook Inc. and Pro Unlimited Inc.* (Superior Court in the State of California) Negotiated $52 million class action settlement on behalf of content moderators class who worked for Facebook vendors. Settlement included Facebook improving safety of U.S.-based content moderators by improving review tools and providing counseling. Listed among the "Top Commercial Litigation Moments of 2020" by The Texas Lawbook.

- Co-lead counsel: *In re Upstream Addick and Barker Flood-Control Reservoirs.* (U.S. Court of Federal Claims) Representing property owners in federal takings case relating to flooding during Hurricane Harvey.

- Co-lead counsel: *In re Plaid Inc. Privacy Litigation* (N.D. Ca.) Representing consumers against fintech apps for collecting sensitive transactional private banking data without consumers' knowledge or consent.

- Member of Plaintiff Steering Committee: *In re TikTok, Inc., Consumer Privacy Litigation* (N.D. Ill.). Representing app users against TikTok, Inc. and ByteDance, Inc. for their use of biometric information obtained from app users without prior consent.

- Co-lead counsel: *In re Anadarko Basin Oil and Gas Lease Antitrust Lit.* (W.D. Okla.). Representing mineral owners against oil and gas companies for conspiring to rig bids and limit competition for oil and gas leases.

- Executive committee member: *In re: Domestic Airlines Antitrust Litigation* (D.D.C.). Representing millions of Americans who overpaid for airline tickets after the nation's largest carriers entered into an illegal conspiracy to fix prices and limit airline capacity.

- Co-lead counsel: *Bhatia et al v. 3M Company* (D. Minn.). Representing thousands of American dentists who purchased faulty material from one of the nation's largest dental manufacturers for use in dental crowns, which failed at unprecedented rates.

- Co-lead counsel: *In re: Crude Oil Commodity Futures Litigation* (S.D.NY.). Represented thousands of investors who lost money after rogue trading companies manipulated the market for crude oil. Burns Charest settled the case in 2015 and are administering the settlement.

# Exhibit 2

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION* | | | | | | | | | | | | | | | | | | | | | | | |
| *EXHIBIT 1* | | | | | | | | | | | | | | | | | | | | | | | |
| *TIME REPORT SUMMARY AT CURRENT RATES* | | | | | | | | | | | | | | | | | | | | | | | |

**Firm Name:** [NAME] BURNS CHAREST LLP  **Reporting Period:** Inception through 2/28/22

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc. )
4) Document Review (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)
5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts
11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial+'[time-report.xlsx]Time Report'!$C$7:$M$18

**TITLE:**
(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abu-Orf, Leila (A) | 0.50 | | | | | | | | | | 1.40 | 6.20 | | | | 0.00 | 8.10 | 8.10 | $700.00 | $0.00 | $5,670.00 | $5,670.00 |
| Bosarge, Claire (A) | 25.50 | | | | 5.00 | | | | | | | 2.90 | | | | 0.00 | 33.40 | 33.40 | $700.00 | $0.00 | $23,380.00 | $23,380.00 |
| Burns, Warren (P) | | | | | 3.00 | | | | 8.00 | | 8.00 | 23.50 | | | | 0.00 | 42.50 | 42.50 | $1,050.00 | $0.00 | $44,625.00 | $44,625.00 |
| Charest, Daniel (P) | | | | | | | | | | | | 1.70 | | | | 0.00 | 1.70 | 1.70 | $1,050.00 | $0.00 | $1,785.00 | $1,785.00 |
| Cormier, Chis (P) | | | | | 1.30 | | | | | | | | | | | 0.00 | 1.30 | 1.30 | $950.00 | $0.00 | $1,235.00 | $1,235.00 |
| Herman, Russ (A) | 1.10 | 1.50 | | | 16.60 | | | | | | | 6.90 | | | | 0.00 | 26.10 | 26.10 | $750.00 | $0.00 | $19,575.00 | $19,575.00 |
| Klevorn, Amanda (P) | 48.30 | 18.20 | 3.50 | | 141.40 | | | | 10.00 | | 56.90 | 44.20 | | | | 0.00 | 322.50 | 322.50 | $850.00 | $0.00 | $274,125.00 | $274,125.00 |
| Murphree, Patrick (A) | 6.70 | 7.40 | | | 39.90 | | | | | | 5.60 | 8.50 | | | | 0.00 | 68.10 | 68.10 | $750.00 | $0.00 | $51,075.00 | $51,075.00 |
| Nelson, Korey (P) | 30.90 | 22.70 | | | 47.50 | | | | 10.30 | | 9.50 | 34.60 | | | | 0.00 | 155.50 | 155.50 | $1,050.00 | $0.00 | $163,275.00 | $163,275.00 |
| Steinhause, Alessandro (A) | | 2.00 | | | | | | | | | | | | | | 0.00 | 2.00 | 2.00 | $550.00 | $0.00 | $1,100.00 | $1,100.00 |
| Thompson, Will (P) | | | | | 3.90 | | | | | | | 4.80 | | | | 0.00 | 8.70 | 8.70 | $850.00 | $0.00 | $7,395.00 | $7,395.00 |
| **SUB-TOTAL** | **113.00** | **51.80** | **3.50** | **0.00** | **258.60** | **0.00** | **0.00** | **0.00** | **28.30** | **0.00** | **81.40** | **133.30** | **0.00** | **0.00** | **0.00** | **0.00** | **669.90** | **669.90** | | **$0.00** | **$593,240.00** | **$593,240.00** |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anderson, Mark (SPL) | | | | | | | | | | | | 2.50 | | | | 0.00 | 2.50 | 2.50 | $425.00 | $0.00 | $1,062.50 | $1,062.50 |
| Bynum, Andrew (SPL) | | | | | | | | | | | | 2.00 | | | | 0.00 | 2.00 | 2.00 | $425.00 | $0.00 | $850.00 | $850.00 |
| Lopez, Hanna (PL) | | 0.30 | | | 9.60 | | | | | | | 30.30 | | | | 0.00 | 40.20 | 40.20 | $325.00 | $0.00 | $13,065.00 | $13,065.00 |
| **SUB-TOTAL** | **0.00** | **0.30** | **0.00** | **0.00** | **9.60** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **34.80** | **0.00** | **0.00** | **0.00** | **0.00** | **44.70** | **44.70** | | **$0.00** | **$14,977.50** | **$14,977.50** |
| **GRAND TOTAL:** | **113.00** | **52.10** | **3.50** | **0.00** | **268.20** | **0.00** | **0.00** | **0.00** | **28.30** | **0.00** | **81.40** | **168.10** | **0.00** | **0.00** | **0.00** | **0.00** | **714.60** | **714.60** | | **$0.00** | **$608,217.50** | **$608,217.50** |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME: Burns Charest LLP**

**REPORTING PERIOD:** INCEPTION - FEBRUARY 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | | $930.00 |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | Pacer | $581.10 |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$1,511.10** |