# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK, INC.,<br>CONSUMER PRIVACY<br>LITIGATION**<br><br><br><br><br><br><br>**This Document Relates to All Cases** | **MDL No. 2948**<br><br>**Master Docket No. 20-cv-4699**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Sunil R. Harjani** |

**DECLARATION OF SHANNON M. McNULTY IN SUPPORT OF PLAINTIFFS'
PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF
CLIFFORD LAW OFFICES, P.C.**

I, SHANNON M. McNULTY, declare and state as follows:

1.      I am a PARTNER of the law firm of CLIFFORD LAW OFFICES, P.C.  My firm's resume is attached hereto as **Exhibit 1**.  I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2.      My firm has acted as liaison counsel for Plaintiffs and Plaintiffs' classes in this action.  During the period from September 28, 20202 through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs:  receiving orders and notices from the Court; maintaining complete files, with copies of all documents served upon them, and make such files available to the other Plaintiffs' counsel upon request; maintaining an up-to-date service list; assisting in the coordination of meetings amongst plaintiffs' steering committee as well as hearings. The total number of hours expended

on this litigation by my firm from case inception through October 31, 2020, is 9.7 hours. The total lodestar for my firm in this time period is $6,790.00.

3.    For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs:  receiving orders and notices from the Court; maintaining complete files, with copies of all documents so as to make such files handily available to the other Plaintiffs' counsel upon request; receiving and maintaining orders and notices from the JPML; maintaining an up-to-date service list; and assisting in the coordination of meetings amongst plaintiffs' steering committee, as well as hearings. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 17.5 hours. The total lodestar for my firm in this time period is $14,575.00.

4.    The total number of hours expended on this litigation by my firm from September 28, 2020 through February 28, 2022, is 27.2 hours. The total lodestar for my firm is $21,365.00. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters.  The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5.    Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6.     As detailed in **<u>Exhibit 3</u>**, my firm has incurred a total of $175.30 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7.     The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of March, 2022 at Chicago, Illinois.


_____
SHANNON M. McNULTY

# Exhibit 1

## CLIFFORD LAW OFFICES
### Firm Biography

Clifford Law Offices, a Chicago-based boutique litigation firm, has emerged as a leader in obtaining substantial verdicts and settlements on behalf of its clients since its inception 34 years ago. The firm, now expanded to 22 lawyers, has worked to establish a national reputation, and is consistently named by the National Law Journal as one of the Top 10 Litigation Boutiques in the country, as well as topping the U.S. News/Best Lawyers in America list as among the best in several areas of law including Commercial Litigation; Bet-the-Company Litigation; Personal Injury Litigation – Plaintiffs; Mass Tort Litigation / Class Actions – Plaintiffs; Product Liability Litigation – Plaintiffs; and Qui Tam Law. The Chicago Lawyer has annually named Clifford Law Offices one of the city's top firms in its Annual Settlement Survey. The firm's success is dependent on the expertise and acumen of its partners, six of whom have earned an AV preeminent rating from Martindale-Hubbell, the highest rating available. Its lawyers together represent hundreds of years of experience in litigation.

Since expanding its personal injury and wrongful death concentration to include class actions and multi-district litigation in the past decade, the firm has negotiated several significant settlements including the $1.2 billion settlement of numerous property damage claims following the collapse of the Twin Towers in New York following the tragedy of Sept. 11. (*In Re: September 11th Litigation,* 21 MC 101**).** Other class action litigation handled by the firm includes *In Re: Herbal Supplements, Marketing and Sales Practices Litigation*, 1:15-cv–05070, where founder and senior partner Robert A. Clifford served as a co-lead counsel. Mr. Clifford also was lead counsel in the multi-million-dollar settlement involving Pella Windows. *Eubank, et al. v. P)ella Corp.*, 1:06-cv-04481. The firm's consumer and class action practice group, is led by partner, Shannon McNulty, and also includes securities litigation (*In re: Dealer Management System Antitrust Litigation*, C.A. No. 18-C-864, MDL No. 2817 (N.D. Ill.)), athletic concussion litigation against the NCAA (liaison counsel in *In Re: National Collegiate Athletic Association Student - Athlete Concussion Litigation*) and artificial hip litigation against DePuy (*Bulwa, et al v. DePuy Orthopaedics, Inc., et al*, 2012 L 9209), to name but a few.

The practice groups of Clifford Law Offices also include consumer fraud, financial and insurance fraud, data protection, digital privacy, False Claims Act actions and whistleblower litigation. Its experience involves non-U.S. litigation in countries including England, China, Japan and China. Its foreign clients, both public and private come from as far away as the U.K., Europe, Mexico, Hungary, Amsterdam and Mexico. The firm has frequently partnered with U.K. barristers and European counsel in its international practice.

The firm and its lawyers have been recognized for its many accomplishments and its active participation in lawyer groups throughout the country. For example, Mr. Clifford serves on the Board of Overseers of the Rand Institute for Civil Justice, a California-based think tank. The firm endowed DePaul University School of Law with its first chair in Tort Law and Social Policy that has conducted a free two-day symposium for the past 25 years on a timely topic dealing with the relationship between tort law and societal needs. The firm was the first to sponsor closed captioning on locally produced programming at WTTW, Chicago's public television station, more than 10 years ago. Its lawyers have served in leadership positions, including presidencies of local bar associations. Mr. Clifford has consistently ranked among the Top 100 Most Powerful Chicagoans and was recognized for his civility and ethics in receiving the Professionalism Award from the U.S. Court of Appeals for the Seventh Circuit as well as the Justice John Paul Stevens Award from the Chicago Bar Association, its highest honor. The firm has supported many community activities including Lawyers Lend-A-Hand to Youth, the Mexico-Puerto Rico Hurricane Relief fund, the Naples Children and Education Foundation and the DePaul University College of Law Center for Public Interest Law.

The philosophy of Clifford Law Offices is based upon a dedication to protecting and preserving the dignity and rights of all individuals.

# Exhibit 2

| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION |
|---|
| EXHIBIT 1 |
| TIME REPORT SUMMARY AT HISTORIC RATES |

| Firm Name: | Clifford Law Offices, P.C. | | | | | Reporting Period: | | | | | Inception through 2/1/2022 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Categories:**

1) Legal Research

2) Investigation / Factual Research

3) Discovery
  (Written / Deposition Taking &
   Defending / Meet & Confer / etc. )

4) Document Review
  (Including for depo prep, class cert,
  experts, liability issues,
  jurisdictional issues, and meetings
  re doc review)

5) Pleadings, Briefs & Motions (Drafting,
Research, Serving & Filing)

6) Class Certification

7) Summary Judgment

8) Appeals

9) Court Appearance and Prep

10) Experts

11) Settlements & Mediation

12) Case Management

13) Class Notice

14) Trial Prep
  (Exhibit & Witness List/Jury Instruction/
  Vior Dire/Opening Statements/Closing
  Arguments/Demonstratives/etc.)

15) Trial

**TITLE:**

(P) Partner

(A) Associate

(LC) Law Clerk

(SPL) Senior Paralegal

(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shannon M. McNulty, P | | | | | | | | | | | | | | | | 11.70 | | 11.70 | $700.00 | $0.00 | $8,190.00 | $8,190.00 |
| | | | | | | | | | | | | | | | | 0.00 | 15.50 | 15.50 | $850.00 | $0.00 | $13,175.00 | $13,175.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.70 | 0.00 | 27.20 | | $0.00 | $21,365.00 | $21,365.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| GRAND TOTAL: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.70 | 0.00 | 27.20 | | $0.00 | $21,365.00 | $21,365.00 |

Ex 1 Time Report Summary

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME: CLIFFORD LAW OFFICES, P.C.**

**REPORTING PERIOD:** Inception through [DATE]

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | Court Reporter (9/29/2020) | $157.30 |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | | |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$157.30** |