# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION** | **MDL No. 2948** |
| | **Master Docket No. 20-cv-4699** |
| | **Judge John Z. Lee** |
| | **Magistrate Judge Sunil R. Harjani** |
| **This Document Relates to All Cases** | |

**DECLARATION OF DAVID M. GIVEN IN SUPPORT OF PLAINTIFFS'
PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**

I, David M. Given, declare and state as follows:

1.       I am a founding partner in the law firm of Phillips, Erlewine, Given & Carlin

LLP, with offices in San Francisco and Los Angeles.  Attached hereto as **Exhibit 1** are selected

pages from the firm's website with details of our firm's and my background and class action

experience. I submit this declaration in support of Plaintiffs' Petition for an award of attorneys'

fees and reimbursement of costs and expenses in connection with services rendered and expenses

incurred by my firm in connection with this litigation.

2.       My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action.

During the period from March 2020 through October 31, 2020 (the first reporting period

pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense

Protocol [Dkt. 105]), my firm (including myself and two other lawyers, associate Brian Conlon

(Harvard Law '11) and partner Nicholas Carlin, a Harvard-trained physicist and former computer

programmer with years of experience in the technology and start-up fields and a former

registered patent agent) conducted the following activities for the common benefit of Plaintiffs (all in close coordination and consultation with Co-Lead Counsel at the Bird Marella law firm):

- Researched and prepared memoranda on various legal issues relating to the data privacy claims against TikTok, such as: 1) jurisdiction and venue; 2) standing; 3) potential causes of action (including under BIPA), and 4) damages.

- Researched and substantially assisted in drafting 89-page consolidated amended complaint in *Hong*, including helping to develop the factual and legal predicates for the newly-introduced BIPA claim.

- Identified, retained, and consulted with programming and data privacy/biometric data experts to analyze the functionality of and data retention and transfers performed from the TikTok app, especially as it related to the collection, transmission and use of biometric data.

- Researched, reviewed and analyzed the TikTok/Bytedance corporate structure, including the complex foreign entity relationships.

- Researched, reviewed and analyzed the TikTok/Bytedance terms of use and privacy policies and their presentation or lack thereof to users of the TikTok app.

- Researched, reviewed and analyzed various TikTok/Bytedance patents.

- Researched, reviewed and analyzed other TikTok/Bytedance public filings and statements and consulted with our investigators including one in China regarding the foregoing.

- Participated in April 6, 2020 all-day mediation conducted by the Hon. Layn Phillips (Ret.), along with Glancy Prongay & Murray and Bird Marella, prepared mediation statements (opening and reply), conducted additional related research for the mediation, and follow-up communications in post-mediation efforts to settle the case.

• Following contested leadership motion practice, appointed by Judge Koh as one of a five-member Plaintiffs' Executive Committee and took primary responsibility among our team of lawyers for the expert work and code analysis in the case, thereafter coordinating such efforts for the PEC in the *Hong* case.

• Coordinated on various procedural and substantive matters with other Interim Counsel of Record (as defined in the Court's Case Management Order No. 1, ECF No. 3), participated in various meet and confer conferences including in the leadup to the second mediation session with Judge Phillips, continued communication and coordination with co-counsel in the *Hong* case as well as Interim Counsel of Record, attended court hearings, continued review and analysis of the technical and corporate and business aspects of TikTok and its app, and prepared papers for submission to the MDL Panel as well as for the leadership application before this Court on behalf of our group of law firms from the *Hong* case.

3. The total number of hours expended on this litigation by my firm in the eight months from March 2020 through October 31, 2020 is 409.2 hours. The total lodestar for my firm in this time period is $326,802.

4. For the time period November 1, 2020 through February 28, 2022 (second reporting period), and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs: reviewed template for consolidated amended complaint, conducted calls with experts, reviewed/analyzed confidentiality and settlement agreements, communicated with leadership and our Plaintiff on same, attended telephonic status conference, and worked on the vetting of Plaintiffs and Plaintiff questionnaires. The total number of hours expended on this litigation by my firm for the time period

November 1, 2020 through February 28, 2022 is 15.3 hours. The total lodestar for my firm in this time period is $12,707.

5.     The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 424.50 hours. The total lodestar for my firm is $339,509. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

6.     Attached hereto as **<u>Exhibit 2</u>** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

7.     As detailed in **<u>Exhibit 3</u>**, my firm has incurred a total of $10,529 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

8.     The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of March 2022 at San Francisco, California.

/s/     David M. Given
       David M. Given

# Exhibit 1



# Phillips, Erlewine, Given & Carlin LLP

San Francisco @ 415-398-0900
Los Angeles @ 310-436-0900

---

### home   practice   attorneys   news   contact ———

Our profession's highest calling is to do justice. We strive to meet that calling every day in our law firm's litigation and trial practice. That practice is national in scope, and we consider it a privilege to represent each of our clients in every matter in which we are engaged. Our values include dignity, responsibility, restraint and respect in and for the practice and rule of law. The firm's principals are seasoned, AV-rated "Preeminent" lawyers who, in the 25+ years they have practiced law together, have maintained a successful record in a range of legal matters. We're proud of our legacy. **LESS**.

The firm traces its origin to the mid-1970s. While over the years we have represented clients in a variety of situations, our legal practice now focuses primarily on these three areas:

## Intellectual Property & Entertainment Law

The firm has a robust and nationally-recognized practice in intellectual property law, with deep roots in the entertainment and technology industries. Over the years, the firm has served as counsel in a number of high-profile intellectual property and entertainment law cases, and its attorneys have represented many mainstays of the Bay Area music scene. The firm is also closely involved with clients in managing their intellectual property. While this can mean bringing suit when a client's trademark, copyright or right of publicity or privacy has been violated, or when monies are owed a royalty participant, it also includes advising clients on a range of related legal issues such as digital rights management and licensing, online distribution of entertainment-related content, and copyright and

trademark law. The firm has given transactional advice to clients on a range of IP-related contracts, as well as conducted IP due diligence for venture capital investors and others.

## Employment & Labor

The firm prosecutes employment disputes in state and federal courts and before government agencies touching virtually every aspect of the employer/employee relationship. These include wage and hour claims (including class actions and PAGA claims), in which the firm has succeeded in collecting tens of millions of dollars in back wages and penalties on employees' behalf.  It also includes race, age, gender, pregnancy and religious discrimination claims, harassment and retaliation claims, claims under the Americans With Disabilities Act and the Family Medical Leave Act, wrongful discharge, whistleblower, defamation, unfair competition and trade secret claims. The firm has achieved multiple seven-figure verdicts and settlements on behalf of executives (including CEOs) and other employees. These include several "Me Too" cases involving allegations of sexual harassment and assault.  The firm has had particular success in trade secret cases involving the employment relationship in both seeking and avoiding early stage motions for preliminary injunctive relief. (The outcome of such motions frequently resolves the case in favor of the prevailing party on such motions.) The firm also has expertise in representing entrepreneurs and executives in connection with negotiating compensation packages and in their relationships with their employers and investors.

## Consumer Protection & Class Action

The firm is committed to the pursuit of justice on a collective basis, and has had several important victories in the class action field. In Nov. 2011, a federal court judge in Miami granted final approval of a $410 million settlement on the claims made by the firm on behalf of customers of Bank of America over that bank's overdraft fee practices.  Partners David Given and Nick Carlin were later honored as "Consumer Attorneys of the Year" finalists by the Consumer Attorneys of California for their work on the case. (The firm played a role in settling similar litigation against Bank of the West and M&T Bank for $18 million and $4 million, respectively.)  In Feb. 2013, a state court judge in San Francisco gave final approval to a settlement the firm helped conclude with the City of San Francisco on behalf of emergency room patients unlawfully "balanced billed" by San Francisco General Hospital, resulting in a 100 cents on the dollar recovery for those patients. In Sept. 2015, the firm launched the first in a series of cases against The Honest Company alleging deceptive advertising in connection with that company's "all natural" products, and partner Nick Carlin, who was named interim co-lead counsel in a consolidated court proceeding in the matter, led the effort to beat back Honest's legal attack on the class claims; a federal judge in New York granted final approval to a $7.35 million settlement of those claims.  In April 2016, a federal judge gave final approval to the second of two settlements together totaling $23 million that the firm helped conclude as court-appointed lead counsel in two

different class actions against Warner Music Group and Universal Music Group involving the accounting for income from digital downloads of recorded music. In March 2018, following success against multiple legal attacks as well as on the first class certification motion in the case, federal district court judge Jon S. Tigar granted final approval to a $5.3 million settlement of breach of privacy claims against several app defendants and Apple in connection with the unauthorized collection of users' data from iDevices. In December 2019, the firm filed a $2.5 billion class action complaint against Pacific Gas & Electric on behalf of customers who incurred losses as a result of PG&E's planned power outages; firm partner Nick Carlin recently argued for the plaintiffs in the Ninth Circuit Court of Appeal in the matter.

For more about our firm's law practice, click here. For news about our firm and its attorneys and legal matters, click here. For professional and biographical information about our attorneys, click here.

---

39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129

1925 Century Park East
Suite 2100
Los Angeles, CA 90067

©2021 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

San Francisco @ 415-398-0900
Los Angeles @ 310-436-0900

home  practice  attorneys  news  contact

## Class Action
## Intellectual Property
## Commercial
## Employment & Labor
## Entertainment
## Personal Injury

Here are some examples of our work in this area:

- Plaintiff's Supplemental Opposition to Uber's Motion to Compel Arbitration
- DCH Tech Workers' Motion for Final Approval of Class Action Settlement

**Consumer Class Actions**

The firm litigates on behalf of consumers, protecting their rights in fields such as health care, banking, and privacy rights. Our partners have previously been selected by the Consumer Attorneys of California as "Consumer Attorney of the Year" finalists for their work in this area.

**Artist Class Actions**

Our attorneys have experience battling large music concerns such as Universal Music Group and Warner Music Group on behalf of artists seeking proper compensation for their work.

**Employee Class Actions**

The firm handles class-wide employee wage and hour claims against employers who abuse employee rights, including access to or compensation for meal and rest breaks and overtime payment.

- Plaintiffs' Motion for Class
  Certification Re Path App

- Honest Company Class
  Action Plaintiffs' Complaint

---

39 Mesa Street, Suite
201
The Presidio
San Francisco, CA 94129

1925 Century Park East
Suite 2100
Los Angeles, CA 90067

©2021 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

San Francisco @ 415-398-0900
Los Angeles @ 310-436-0900

home   practice   attorneys   news   contact



dmg@phillaw.com
He/Him/His

**EDUCATION**

- A.B.
  (French),
  College of
  Arts and
  Sciences,
  Cornell
  University

- J.D., School
  of Law,

## David M. Given

**David is the managing partner and general counsel as well as a co-founder of the firm. He began his career with the law firm of the esteemed New York trial attorney** Louis Nizer**. His current practice spans both commercial and class action litigation as well as transactional matters, the latter with a special emphasis on entertainment, technology and intellectual property law.**

Over the last dozen years, David has served in several leadership roles in complex class action litigation. He also has a wide-ranging entertainment practice, encompassing both litigation and transactional work. His experience in both transactional and litigation matters spans all areas of the music industry, with particular expertise in intra-band dynamics and talent management. And David has frequently been called upon to counsel and advise individuals and estates on the disposition of their creative property

**IN THE NEWS**

**Firm files suit for members of SUPERTRAMP in royalty row**

**Court appoints firm partner to leadership role in TikTok privacy class action**

University of
Virginia

**PROFESSIONAL
AFFILIATIONS**

- State Bar of
California

- State Bar of
New York

- American
Bar
Association
- Section on
Litigation
- Section on
Intellectual
Property
- Forum on
Entertainme
nt & Sports
Industries
(Chair, 2000-
02)

- Bar
Association
of San
Francisco
-
Entertainme
nt and
Sports Law
Section
(Chair, 1997-
99)

**PUBLISHED
DECISIONS**

*Krisko v. Marvel*

(i.e., songs, recordings, literary material, visual art,
etc.) and royalty interests, including on the subject
of copyright reversion.

For a two-year term, David served as chairman of
the American Bar Association's Forum on the
Entertainment and Sports Industries. He has been
a panelist and featured speaker at numerous
entertainment, technology and video game
industry events. In 2007, he co-chaired with
Microsoft's lead in-house copyright attorney the
LSI-sponsored Entertainment Technology Law
Summit in Seattle. That same year, the American
Bar Association chose him to present its annual
Presidential Showcase Program, "Privacy,
Copyright and Parental Control in the Age of
YouTube, MySpace and Beyond." And he was a
featured speaker over the years at the South by
Southwest Interactive/Music Conference in Austin,
Texas, on topics ranging from recent developments
in music industry litigation to the future of cloud
computing.

For four consecutive spring semesters, David
lectured in law at the University of California at
Berkeley, School of Law (Boalt Hall), where he
helped develop and implement the core
curriculum for the school's entertainment law
class. David has also guest lectured at the law
schools of the University of San
Francisco, Pepperdine and Stanford University,
among others.

_____

**REPRESENTATIVE MATTERS**

**Appellate
court
reverses
trial
court,
awards
client
costs and
attorneys'
fees**

**Firm
moves to
certify
class of
restauran
t workers
in Charlie
Palmer
case**

**Case
against
makers of
FEAR THE
WALKING
DEAD
resolved**

**Firm
closes
"Spirit in
the Sky"
sale**

**Firm
guides
music
publisher
in sale of**

*Entm't*, 473 F. Supp. 3d 288 (S.D.N.Y. 2020)

*Samsky v. State Farm*, 37 Cal.App.5th 517 (2019)

*Smith v. AMC Networks*, 129 U.S.P.Q.2d 1366 (N.D. Cal. 2019)

*Opperman v. Path*, 205 F.Supp.3d 1064 (N.D. Cal. 2016)

*One Media IP v. S.A.A.R.,* 122 F.Supp.3d 705 (M.D. Tenn. 2015)

*Opperman v. Path,* 84 F.Supp.3d 962 (N.D. Cal. 2015)

*Stewart v. Screen-Gems-EMI Music,* 81 F.Supp.3d 938 (N.D. Cal. 2015)

*In re Checking Account Overdraft Lit.*, MDL No. 2036, 674 F.3d 1252 (11th Cir. 2012)

Multi-Platinum Recording Act v. Record Label. Led year-long renegotiation of multi-platinum selling rock band's omnibus agreement with record label, triggered by copyright termination notices prepared by the firm for band members on the band's biggest-selling albums. New deal reset the band's relationship with its record label on worldwide basis (band was a chart-topper in 14 countries) and included uplifts of royalty rates paid to the band on all formats. Label also made substantial non-recoupable advance to re-up with band and secure ongoing rights to recorded music catalog.

Record Producer v. Singer-Songwriter. Represented famed record producer who worked with Bay Area singer-songwriter, propelling him to considerable renown, including multiple Grammy nominations and MTV Music Video awards, in negotiations over entitlements to copyrights and royalties in recordings appearing on artist's first seven albums. Client was first approached by artist manager regarding potential buyout. Upon engagement by client and subsequent due diligence, firm discovered various accounting discrepancies and questionable business practices relating to the client's copyright interests, leading to an enhanced purchase price three times greater than artist's initial offer. Firm handled all aspects of the final deal concluded by the parties, from due diligence to close.

Anonymous v. Anonymous. Settlement of just under $9 million in a "Me Too" sexual harassment case. The client was a foreign national working for a foreign subsidiary of an American company. Her supervisor, who was a foreign national but also in the worldwide leadership group of the company, harassed the client for months, forcing her into a sexual relationship, and attempting to get her to

**song rights**

**Court rejects NRA's attempt to halt discovery in copyright dispute**

**Firm partner honored for service at ABA event**

**Partner to speak at Bar Association event**

**Firm files copyright infringement case for renowned sculptor against NRA**

**Firm guides long-time record**

*USA Technologies v. Doe*, 713 F.Supp.2d 901 (N.D. Cal. 2010)

*Newton v. Diamond*, 388 F.3d 1189 (9th Cir. 2004)

*Mendler v. Winterland Production*, 207 F.3d 1119 (9th Cir. 2000)

*Dead Kennedys v. Biafra*, 37 F.Supp.2d 1151 and 46 F.Supp.2d 1028 (N.D. Cal. 1999)

*Systems XIX v. Parker*, 30 F.Supp.2d 1225 (N.D. Cal. 1998)

*Ahern v. Scholz*, 85 F.3d 774 (1st Cir. 1996)



provide sexual favors to others to obtain business for the company. The matter presented complex issues of foreign, U.S. and international law. It settled confidentially in late 2019 after a two-day mediation and before the filing of a lawsuit.

Smith v. AMC Network. Represented comic book writer in copyright infringement claim against makers of *Fear the Walking Dead*. Case settled on confidential terms at mediation shortly after firm prevailed on defendants' motion to dismiss claiming a lack of substantial similarity between the two works in question.

Faith No More v. Manifesto Records. Represented iconic hard rock band in claim against record label that it was dealing in band's debut album *We Care A Lot* without the right to do so. Case settled on confidential financial terms at mediation shortly after firm prevailed in the Second District Court of Appeal on defendants' copyright preemption argument and anti-SLAPP motion. Settlement included return by defendants of all unsold inventory together with entry of court order permanently enjoining defendants from dealing in any way with album.

Opperman et al. v. Path et al. Served as co-lead counsel in class action litigation against Apple and a host of App Developers over the alleged surreptitious harvesting of consumers' contact information; obtained $5.3 million settlement approved by court in March 2018.

In re: Digital Download Litigation. Served as co-lead counsel in two class actions against UMG/EMI and Warner Music over the alleged systematic failure to account properly for income derived from digital downloads and ringtones; obtained $23 million cumulatively-valued settlement and prospective

**label client in sale of assets**

**Federal court approves class settlement in data privacy case**

**Firm concludes successful infringement defense of life-style brand SUPREME**

**Appellate court sides with firm client FAITH NO MORE in anti-SLAPP spat**

**Firm partner confirmed to speak**

royalty adjustments on behalf of recording artists, producers and others.

In re: Checking Account Overdraft Litigation (Multidistrict Litigation). Class action litigation against major US banks for their overdraft fee practices; firm served as co-team leader and class counsel, obtaining over $430 million in settlement proceeds on behalf of three different banks' customers.

The Lovin' Spoonful v. Sony Music. Represented members of 60s folk-rock group and its record producer in claims against major record label relating to label's royalty accounting practices, including its treatment of income derived from digital distribution of the group's recorded music via iTunes, Spotify, Pandora and other music ISPs. Case settled on confidential financial terms four months after filing following two-day mediation in New York City.

Medical Self Care v. NBC. Prevailed on summary judgment in dispute regarding the assignment of almost $10 million in advertising time on the NBC television network.

Black v. Lucasfilm. Defended Lucasfilm Ltd. against claims for $4 million in unpaid royalties to plaintiff claiming rights to *Raiders of the Lost Ark* book; settlement entailed dismissal of case and no monies paid.

Dunbar v. Gottwald. Represented songwriters for the pop group THE RUBINOOS in lawsuit against pop superstar AVRIL LAVIGNE and her producer and co-writer Lukasz ("DR. LUKE") Gottwald for copyright infringement, alleging that the Lavigne/Gottwald song "Girlfriend," which was a No. 1 worldwide hit song for much of 2007,

**at South by Southwest music conference**

**Firm to defend DEAD KENNEDYS in copyright infringement dispute**

**Oxford University journal publishes partner's article on copyright termination**

**Firm successfully defends former BOSTON guitarist in trademark infringement trial**

infringed on The Rubinoos' 1979 hit song "I Wanna Be Your Boyfriend."

---

**SELECTED PUBLICATIONS**

"US copyright termination: re-monetizations final frontier," *Journal of Intellectual Property Law & Practice,* 2016, Vol. 11, No. 11: 826-832.

"U.S. Copyright Termination: Remonetization's Final Frontier," in *The Monetization of the Global Music Business* Ch. 3.5 at 292 (Marcelo Goyanes & William Lewis eds., 2016).

"Music in the Cloud -- A Business and Legal Primer," *Entertainment and Sports Lawyer* (Winter 2012).

"Clash of the Titans: Viacom v. YouTube," *Daily Journal* (January 25, 2010).

"A Modern Pandora's Box: Music, the Internet and the Dilemma of Clearing Public Performance Rights," *Entertainment and Sports Lawyer* (Fall 2008).

"Online Music Comparisons, A Practical Guide," *Entertainment and Sports Lawyer* (Fall 2000).

First Amendment Protection for Trademark Use, Practicing Law Institute (1998).

Review of *Law and Business of the Entertainment Industries (Third Edition)*, *Entertainment and Sports Lawyer* (Spring 1996).

**Court certifies class against Path, Apple, for damages in invasion of privacy case**

**Partner gives paper on copyright termination at international music conference**

**Court sends copyright tourist packing**

"Plus Ca Change, Plus C'est La Meme Chose": European Coproduction Remains Viable, For Now," *Entertainment and Sports Lawyer* (Fall 1995).

Interview with Frank Zappa, *Entertainment and Sports Lawyer,* Vol. 9, No. 2, (Summer 1991).

---

**SELECTED SPEAKING ENGAGEMENTS**

Virginia Sports and Entertainment Law Journal Symposium. (October 20, 2021; Charlottesville, Virginia)

Recent Developments in Music Copyright Law. Intellectual Property Section of the Bar Association of San Francisco and the Copyright Society of the U.S. (September 12, 2018; San Francisco, California)

Death, Taxes and Legacy Management. SXSW Conference and Festival (March 17, 2017; Austin, Texas)

Monetisation of the Global Music Business - From Creators to Major Industry.  MIDEM Conference.  (June 4, 2016; Cannes, France)

Workshop on Copyright Termination of Transfer. Berkeley Center for Law & Technology (October 30, 2015; UC Berkeley Law)

Issues and Case Law Updates in Entertainment Litigation. 6th Annual International Legal Symposium on the World of Music, Film, Television, and Sports (April 23, 2015; Miami, Florida)

Copyright Policy, Creativity, and Innovation in the Digital Economy. Department of Commerce Internet Policy Task Force Green Paper Roundtable on Remix, Sampling, and Mashups (July 30, 2014; UC Berkeley Law)

Actions, Reactions and Class Actions: Music Business Litigation. SXSW Conference and Festival (2014; Austin, Texas)

Fast Forward! Protecting and Selling Music in the Digital Age. Berkeley Center for Law & Technology, California Lawyers Association, and Sports and Entertainment Law Society of Berkeley Law (January 2013; UC Berkeley Law)

Run for Cover: The Future of Cloud Commerce. SXSW Conference and Festival (2012; Austin, Texas)

The Impact of Recent Big Music Cases. SXSW Conference and Festival (2011; Austin, Texas)

Is Copyright Law Harming or Helping the Music Industry? Northern California Chapter of the Copyright Society of the U.S.A. (February 21, 2011)

Clash of the Titans: Viacom v. YouTube -- Will Copyright Law Undo Google's Internet Juggernaut? American Bar Association Forum on the Entertainment and Sports Industries (August 6, 2010; San Francisco, CA)

Recent Developments in Digital Copyright Litigation. Bar Association of San Francisco (November 20, 2008)

The Ongoing Transformation of the Music Business: Lessons from the History of New Approaches for Online Distribution and Industry

Responses to New Technologies and Players. Entertainment Technology Law Summit (August 16-17, 2007; Seattle, Washington)

---

39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129

1925 Century Park East
Suite 2100
Los Angeles, CA 90067

©2021 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

San Francisco @ 415-398-0900

Los Angeles @ 310-436-0900

home    practice    attorneys    *news*    contact



nac@phillaw.com
He/Him/His

**EDUCATION**

- B.A.
  (Physics),
  Harvard
  University

# Nicholas A. Carlin

**With a passion for justice, tempered by decades of experience handling high profile cases, Nick is a versatile litigator and trial lawyer specializing in class actions, complex litigation, catastrophic injury, and bet your company cases. Nick has recovered over $500 million for his clients in such areas as consumer rights, intellectual property (copyright, trademark, trade secrets, right of publicity), technology, entertainment, employment, financial fraud, business disputes, and traumatic brain injury.**

Among his many achievements, Nick has handled the first high profile song infringement case to be extensively discussed on the internet and one of the largest consumer class action settlements in history. Nick was named a finalist for 2012 Consumer Attorney of the Year by the Consumer Attorneys of California for his work on the latter case.

**IN THE NEWS**

**Firm launches copyright infringement action over iconic Bay Area hip hop anthem**

**Firm joins class action over data privacy against TikTok**

- J.D., University of California Hastings College of the Law

**PROFESSIONAL AFFILIATIONS**

- State Bar of California:
  - Business Law
  - Intellectual Property
  - Litigation
- Bar Association of San Francisco
  - Founding member, Entertainment and Sports Law Section
- San Francisco Trial Lawyers Association
- Consumer Attorneys of California
- American Board of Trial Advocates

Nick's background as a technology entrepreneur, chess master and performing musician gives him a unique breadth of experience, perspective, judgment and common sense. A former registered US Patent Agent, Nick worked in Silicon Valley for several years as an entrepreneur and CEO of a technology company. Mr. Carlin is a US National Chess Master and an accomplished cellist who has played with Berkeley Symphony, Verismo Opera and many other Bay Area groups.

Nick has served as vice chair of the San Francisco PUC Citizens Advisory Committee, and chair of the Civil Justice and National Security planks for the California Democratic Party Platform Committee.

Nick has been a partner at Phillips, Erlewine, Given & Carlin since 2008. He is a 1983 graduate of Hastings College of the Law. He graduated from Harvard University in 1978 in Physics. He has lectured at Hastings College of the Law, the University of California at Berkeley Law School, and the University of San Francisco School of Law.

---

**REPRESENTATIVE MATTERS**

Gantner v. PG&E. (2019) Class action lawsuit against PG&E on behalf of firm client Anthony Gantner and a proposed class of some 800,000 PG&E customers, arising out of PG&E's planned power outages in October and November 2019. The plaintiffs contend that the outages were made necessary by PG&E's negligence in maintaining its transmission lines. The complaint seeks damages from PG&E for at least $2.5 billion to compensate PG&E customers for losses caused by the outages.

**Firm wins appeal limiting forced arbitration in wage theft case**

**Court rejects attempt to dismiss client's right of publicity case**

**Firm moves for approval of $1.2 million settlement in wage theft case**

**Firm moves to certify class of restaurant workers in Charlie Palmer case**

**Firm scores million dollar**

- ABA "Entertainment and Sports Lawyer" - Visual Arts Editor 1998-2001

**BAR ADMISSIONS**

- U.S. District Court, Southern District of California: 2020

- U.S. Court of Appeal, 11th Circuit: 2012

- U.S. District Court, Eastern District of California: 2009

- U.S. District Court, Central District of California: 1990

- U.S. District Court, Northern District of California: 1985

Anonymous v. Anonymous. Settlement of just under $9 million in a "Me Too" sexual harassment case. The client was a foreign national working for a foreign subsidiary of an American company. Her supervisor, who was a foreign national but also in the worldwide leadership group of the company, harassed the client for months, forcing her into a sexual relationship, and attempting to get her to provide sexual favors to others to obtain business for the company. The case presented complex issues of foreign, U.S. and international law. It settled confidentially in late 2019 after a two-day mediation and before the filing of a lawsuit.

Samsky v. State Farm. (2019) Bad faith insurance settlement of $450,000. Firm client Aaron Samsky was involved in a rear end collision. After collecting the $15,000 policy limit from the driver who rear-ended him, he made a claim with his insurer State Farm for the balance of his $100,000 underinsured motorist coverage. When State Farm lowballed that claim, offering him $3,920, Mr. Samsky was forced to go to arbitration to collect what he was entitled to from State Farm. In the arbitration, State Farm continued its bad faith conduct by blaming Mr. Samsky for the collision (which State Farm previously determined was 100% the fault of the driver who hit him) and raising non-credible doubts about his well-documented concussion and wrist injury. Following an arbitration award completely vindicating him, Mr. Samsky sought his costs and attorneys' fees for having to prove those matters, eventually leading to a published appellate decision against State Farm. He also began a bad faith action for State Farm's handling of his claim. The amount State Farm agreed to pay represents over 100 times State Farm's original offer to Mr. Samsky.

**plus verdict in personal injury case**

**Trial begins in traumatic brain injury case**

**Firm presses insurer to pay client's costs**

**Firm secures $1.45 million recovery in brain injury case**

**Firm defeats another attempt to force arbitration of employment claims**

- State Bar of California: 1984

**PUBLISHED DECISIONS**

*Swain v. LaserAway Med. Grp., Inc.*, 57 Cal. App. 5th 59, 270 Cal. Rptr. 3d 786 (2020)

*Opperman v. Path, Inc.,* 87 F.Supp.3d 1018 (N.D. Cal. 2015)

*Stephanie Ford Stewart v. Screen Gems-EMI Music, Inc.,* 81 F.Supp.3d 938 (N.D. Cal. 2015)

*In re Checking Account Overdraft Lit.*, MDL No. 2036, 674 F.3d 1252 (11th Cir. 2012)

*USA Technologies, Inc. v. Doe*, 713 F.Supp.2d 901 (N.D. Cal. 2010)



*Figg v. Mann*. (2019). Following a three-week trial in Santa Clara County Superior Court, Mr. Carlin obtained a $1.25 million jury verdict (increased to over $1.3 million with the court's award of costs) in favor of firm client Darrick Figg in his personal injury case against the driver of a car that rear-ended him at 50 m.p.h. on Interstate 880 near San Jose. Mr. Figg sustained soft-tissue injuries to his shoulder, neck and back, as well as a mild concussion (a traumatic brain injury), on impact. The jury took less than half a day before reaching its verdict, awarding Mr. Figg over $500,000 for past and future medical costs and lost earnings, and $750,000 for past and future pain and suffering. The jury's award more than doubled what the defendants ever offered in settlement.

*Kapoor v. National Rifle Association*. (2018) Mr. Carlin represented Sir Anish Kapoor, the world renowned British sculptor. Without his permission, the NRA used an image of his sculpture "Cloud Gate" (also known colloquially as "The Bean") located in Millennium Park in Chicago, in a recruiting and fundraising video narrated by Dana Loesch entitled "The Violence of Lies." The video is a naked piece of propaganda that, according to the Washington Post, was "designed to provoke fear, if not incite violence," and according to the New York Times became "one of the latest flash points for partisan anger." Kapoor demanded that the NRA remove his sculpture from the video, but it refused, so Kapoor sued. After the NRA lost its bid to delay discovery, it agreed to remove the sculpture of its video.

*White v. Torres*. (2018) Client Herman White, a 57 year old financial services executive, was out jogging in Castro Valley and came to a crosswalk. A car stopped and waved him across. As he crossed, a second car, driven by defendant Torres, slammed

**Firm announces victory in case against NRA**

**Firm opposes NRA's efforts to move Cloud Gate case**

**Firm's Lithia Motor deal named top 20 class action settlement for 2017**

**Firm scores $630,000 victory against Cheesecake Factory**

**Firm files copyright infringement case for**

into the first car which struck White. White suffered a concussion/mild traumatic brain injury, PTSD, a broken wrist, and broken toe. The concussion was not diagnosed until over a year after the accident, in retrospect. The case settled for $1.45 million shortly before trial.

Wong v. Cheesecake Factory. (2018) Client Walter Wong, a semi-retired executive search professional, was celebrating his 67th birthday with his family at the Cheesecake Factory in San Mateo when he slipped and fell on a spilled drink that a waitress, after being warned about it by another customer, failed to clean up. He suffered a concussion/mild traumatic brain injury with persistent symptoms. The defendants accepted Mr. Wong's "statutory settlement offer" of $630,000 three days before trial.

In re: Honest Marketing Litigation. (2017) Class action against Jessica Alba's natural products company "The Honest Company," alleging that the products were falsely labeled as "natural" when they were not. The Honest Company agreed to pay $7,350,000 to the class and to change its labeling practices. Mr. Carlin was co-lead counsel for the class.

Sutton-Williams v. Rony's Car Pros, Inc. (2017) Client Francine Sutton-Williams, a 67 year old retired dialog coach, tripped and fell over an unsafely high threshold to a bathroom at defendant's auto repair shop in Los Angeles, suffering a broken hip. Defendant hotly contested liability. 12-0 jury verdict of $392,310 reduced by 10% for comparative fault to $353,097. In addition, plaintiff recovered costs of $35,118, for a total recovery of $388,215.

renowned sculptor against NRA

Panel agrees with firm on location of Facebook action

Firm files racketeering class complaint against Facebook and Cambridge Analytica

Firm opposes effort to force arbitration in employment dispute

Firm launches wage and hour case against

Smith v. Digirad. (2017) Wage and hour class action against Digirad Corporation for failure to provide compliant meal and rest breaks for its workers (nuclear medicine technicians and EMTs conducting mobile cardiac testing). The case settled for $1.3 million. Mr. Carlin was lead counsel for the class.

Santa Claus is Coming to Town. (2016) Mr. Carlin represented the heirs of John F. Coots, the composer of the classic Christmas song, Santa Claus is Coming to Town, in an audit claim against music publisher EMI Feist Catalog, Inc. The heirs contended that EMI was overcharging them for royalties earned overseas by paying themselves twice: 50% to their foreign affiliates ("sub-publishers") and then 50% of the remainder to the US entity; in other words, they were double dipping. EMI agreed to reduce the sub-publishing fees to 25% going forward and to pay back royalties.

Busch v. Dulcich. (2015) Right of publicity action on behalf of model/actress Cyndra Busch against Jakov Dulcich & Sons LLC, one of the largest grape producers in the country. Ms. Busch contended that Dulcich used her image for years without permission as the face of its "Pretty Lady" grapes marketing campaign.  After conducting preliminary discovery, the case settled for a confidential amount.

DCH Auto Group Cases. (2016) Mr. Carlin represented employees of DCH Auto Group, subsequently acquired by Lithia Motors, Inc., in a number of related wage theft actions, for failing to provide its employees meal and rest breaks, falsifying time records and other Labor Code violations. The cases settled for a combined $11.5 million.

the Charlie Palmer Group

State court will approve $6.5 million class settlement in wage case against DCH Auto

Federal court approves $7.35 million class deal with Honest Company

State court grants final approval to $1.3 million wage theft settlement

Paley v. Twist Animation. (2016) Mr. Carlin represented Emmy and Grammy award winning composer Andy Paley in a copyright infringement action against Twist Animation, an Israeli company, for allegedly using his music in a series of animated children's videos which had over 1 billion views on Youtube. The parties ultimately reached a confidential settlement.

Stewart v. Screen-Gems-EMI Music, Inc. et al. (2015) Mr. Carlin represented Stephanie Ford ("Buffy") Stewart against EMI Music Publishing, the world's largest music publisher, challenging EMI's practice of paying its own foreign affiliates 50% of foreign royalties before remitting the balance to itself, to split 50/50 with its legacy songwriters. Stewart, the widow of John Stewart, former member of the Kingston Trio and composer of hit tunes such as The Monkees' classic "Daydream Believer," alleged that EMI's self-dealing results in a drastic reduction in her (and others') share of such royalties. The case settled on confidential terms shortly after the Court (US District Court for the Northern District of California) denied EMI's motion to dismiss the complaint.

Given v. M&T Bank. (2015) Consumer class action against M&T Bank for unfair overdraft fee practices: $4 million settlement.

In Re Warner Music Group Corp. Digital Downloads Litigation. (2014) Class action on behalf of musical performing artists against Warner for underpayment of digital download royalties. $11.5 million settlement.

Orallo et al. v. Bank of the West. (2013) Consumer class action against Bank of the West for unfair overdraft fee practices: $18 million settlement.

**Jury returns unanimous verdict in firm client's favor**

**Firm concludes successful infringement defense of Supreme**

**Court grants preliminary approval to settlement in wage theft class action**

**Firm launches data breach class action against Equifax**

**Firm announce**

Yourke et al. v. Bank of America. (2012) Consumer class action against Bank of America for unfair overdraft fee practices: $410 million settlement.

Restaurant workers v. Restaurant group (names confidential). (2013) Class action and PAGA action on behalf of minimum wage restaurant workers for wage and hour violations under the California Labor Code. $1.9 million settlement fund for 525 class members.

Pyramid Interactive v. Wayneco. (2013) Commercial lease dispute. Arbitration award of approximately $250,000 and defeated $300,000 counterclaim.

Think Computer v. Facebook. (2009) Trademark proceeding on behalf of former Harvard classmate of Facebook founder Mark Zuckerberg. The case settled on confidential terms.

Dunbar v. Gottwald. (2010) Represented songwriters for the pop group The Rubinoos in a lawsuit against pop superstar Avril Lavigne and her producer and co-writer Lukasz ("Dr. Luke") Gottwald for copyright infringement, alleging that the Lavigne/Gottwald song "Girlfriend," which was a No. 1 worldwide hit song for much of 2007, infringed on The Rubinoos' 1979 hit song "I Wanna Be Your Boyfriend." Case settled for a confidential amount.

GPP v. Baerwald. (2003) Song authorship dispute. Represented estate of co-author of six time platinum hit song "Come What May" from hit film Moulin Rouge against co-author who falsely claimed sole authorship. Case settled for a confidential amount.

s $7.35 million settlement of class actions against The Honest Company

Court grants preliminary approval of second DCH class case

Court grants final approval for $4 million DCH mechanics settlement

Court preliminarily approves DCH mechanics settlement

*Vinyl v. Education Dynamics*. (2009) Leaving employee/trade secrets case on behalf of employer, obtaining Preliminary Injunction against defendants; case settled shortly thereafter.

*Potrero Media Corporation v. Matthew Jones et al*. (2012) Represented Potrero Media Corporation against leaving employee and the employee's new employer for misappropriation of trade secrets. Obtained Preliminary and Permanent Injunctions and Judgment of over $1,100,000. The action was subsequently settled.

---

## SELECTED SPEAKING ENGAGEMENTS

The Public Clash of the Titans: How The Lessons from the Entertainment Industry's Litigation Against Technology Companies Affect Your Risk Assessment on Business Decisions and Point to Solutions for Working Together. Entertainment Technology Law Summit (August 16-17, 2007; Seattle, Washington)

**Firm moves for preliminary approval of DCH mechanics settlement**

**Firm launches class action over stock options promised to Uber employees**

**Firm wins significant victory in consumer class action against The Honest Company**

**Firm sacks John Elway's car**

dealership in wage theft dispute

**Firm files class action on behalf of Lithia Motors/DCH Auto employees**

**Lithia Motors/DCH Auto Group to pay mechanics $4 million to settle labor claims**

**Judge rejects attempt to keep internal Apple, Path documents secret**

**Judge holds hearing,**

sets
dates, in
Honest
Company
case

Judge
rejects
further
delay,
resets
class
certificati
on motion
against
Apple,
Path

Firm
moves for
class
certificati
on
against
Apple,
Path in
breach of
privacy
case

Press
coverage
prompts
informati
onal
website
on Honest
Company
lawsuit

**Firm lawyers launch false advertising class action against The Honest Company**

**MORE**

39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129

1925 Century Park East
Suite 2100
Los Angeles, CA 90067

©2021 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

San Francisco @ 415-398-0900

Los Angeles @ 310-436-0900

home practice attorneys news contact



bsc@phillaw.com
He/Him/His

**EDUCATION**

- B.A., (Double
  Major in
  History and
  Comparative
  Literature;
  *magna cum
  laude,* Phi
  Beta Kappa),

## Brian S. Conlon

**Brian is a partner at Phillips, Erlewine, Given &
Carlin. Prior to joining the firm in 2014, Brian
graduated cum laude from Harvard Law School
and served as a staff attorney with the United
States Court of Appeals for the Eighth Circuit.
His practice focuses on appellate, intellectual
property, employment, and commercial law
matters. Brian is licensed to practice law in
California and New York.**

**REPRESENTATIVE MATTERS**

*Jarboe v. Hanlees Auto Group (2020)* 53 Cal. App.
5th 539, review denied (Dec. 9, 2020) —(prevailing
on appeal in putative wage and hour class and
representative PAGA action; affirming denial of
motion to compel arbitration for individual and

University of Rochester

- J.D., Harvard Law School (*cum laude*)

**PROFESSIONAL AFFILIATIONS**

- State Bar of California

- State Bar of New York

class claims against non-signatories to mandatory arbitration agreement and holding that trial court did not abuse its discretion in denying stay of PAGA claim pending arbitration of individual claims against signatory).

*Swain v. LaserAway Med. Grp., Inc.*, 57 Cal. App. 5th 59, 270 Cal. Rptr. 3d 786 (2020), *as modified* (Nov. 3, 2020) (prevailing on appeal in consumer case; affirming denial of motion to compel arbitration because mandatory arbitration agreement was procedurally and substantively unconscionable).

*Samsky v. State Farm Mut. Auto. Ins. Co.*, 37 Cal. App. 5th 517, 519 (2019), *as modified on denial of reh'g* (July 23, 2019), *review denied* (Sept. 11, 2019) (prevailing on appeal in personal injury matter; reversing decision to deny plaintiff's post-trial motion for an award of costs of proving matters defendant insurance company denied in requests for admission; matter later settled).

*Parker v. Willmark Communities, Inc.*, No. D069466, 2017 WL 4707398 (Cal. Ct. App. Oct. 20, 2017) (prevailing on appeal on behalf of putative class of apartment complex tenants; dismissing apartment owner's appeal of interlocutory order enjoining improper settlement communications with putative class members and holding that such an order is non-appealable; matter later settled).

*Faith No More v. Manifesto Records, Inc.*, No. B271323, 2017 WL 1231387 (Cal. Ct. App. Apr. 4, 2017) (prevailing on appeal in music industry intentional interference with contractual relations matter; affirming denial of record company's anti-SLAPP motion and finding that band's claims were not preempted by the Copyright Act and that the

band satisfied its burden to show a probability of
prevailing; matter later settled).

*Krisko v. Marvel Entm't, LLC*, 473 F. Supp. 3d 288
(S.D.N.Y. 2020) (obtaining full dismissal of copyright
infringement claims against theme song
composer).

Brian has also served as class counsel in several
successful wage and hour class and representative
PAGA actions, obtaining millions of dollars on
behalf of California workers.

---

**SELECTED PUBLICATIONS**

*Dostoevsky v. The Judicial Reforms of 1864: How
and Why One of Nineteenth-Century Russia's
Greatest Writers Criticized the Nation's Most
Successful Reform*, (Vol. II, Issue IV, 2014)

*Dornton v. Gallop (2011)*, The Greenbag (Winter
2012)

---

39 Mesa Street, Suite
201
The Presidio
San Francisco, CA 94129

1925 Century Park East
Suite 2100
Los Angeles, CA 90067

©2021 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer

# Exhibit 2

**IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION**

*EXHIBIT 2*

*TIME REPORT SUMMARY AT CURRENT RATES*

Firm Name: **Phillips, Erlewine, Given & Carlin LLP**  Reporting Period: March 12, 2020 - February 28, 2022

Categories:

1) Legal Research

2) Investigation / Factual Research

3) Discovery
  (Written / Deposition Taking & Defending / Meet & Confer / etc. )

4) Document Review
  (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)

5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)

6) Class Certification

7) Summary Judgment

8) Appeals

9) Court Appearance and Prep

10) Experts

11) Settlements & Mediation

12) Case Management

13) Class Notice

14) Trial Prep
  (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)

15) Trial

TITLE:

(P) Partner

(A) Associate

(LC) Law Clerk

(SPL) Senior Paralegal

(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David M. Given (P) | 3.30 | 18.90 | 0.00 | 8.50 | 83.00 | 0.00 | 0.00 | 0.00 | 6.70 | 4.60 | 39.90 | 27.10 | 0.00 | 0.00 | 0.00 | 0.00 | 192.00 | 192.00 | $875.00 | $0.00 | $168,000.00 | $168,000.00 |
| Nicholas A. Carlin (P) | 7.00 | 15.80 | 0.00 | 10.80 | 26.80 | 0.00 | 0.00 | 0.00 | 4.70 | 32.10 | 26.00 | 14.70 | 0.00 | 0.00 | 0.00 | 0.00 | 137.90 | 137.90 | $875.00 | $0.00 | $120,662.50 | $120,662.50 |
| Brian S. Conlon (A) | 53.60 | 2.00 | 0.00 | 2.80 | 8.90 | 0.00 | 0.00 | 0.00 | 0.00 | 8.70 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 81.00 | 81.00 | $595.00 | $0.00 | $48,195.00 | $48,195.00 |
| SUB-TOTAL | 63.90 | 36.70 | 0.00 | 22.10 | 118.70 | 0.00 | 0.00 | 0.00 | 11.40 | 45.40 | 70.90 | 41.80 | 0.00 | 0.00 | 0.00 | 0.00 | 410.90 | 410.90 | | $0.00 | $336,857.50 | $336,857.50 |
| **NON-ATTORNEYS (LC, SPL, PL)** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
| (PL) | 0.40 | 3.80 | 0.00 | 0.00 | 6.20 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.70 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 13.60 | 13.60 | $195.00 | $0.00 | $2,652.00 | $2,652.00 |
| SUB-TOTAL | 0.40 | 3.80 | 0.00 | 0.00 | 6.20 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.70 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 13.60 | 13.60 | | $0.00 | $2,652.00 | $2,652.00 |
| GRAND TOTAL: | 64.30 | 40.50 | 0.00 | 22.10 | 124.90 | 0.00 | 0.00 | 0.00 | 12.40 | 45.40 | 72.60 | 42.30 | 0.00 | 0.00 | 0.00 | 0.00 | 424.50 | 424.50 | | $0.00 | $339,509.50 | $339,509.50 |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 3**
**EXPENSE REPORT SUMMARY**

**FIRM NAME: Phillips, Erlewine, Given & Carlin LLP**

**REPORTING PERIOD:** March 12, 2020 - February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Court Costs - Filing Fees | | $240.00 |
| Experts/Consultants | | $6,330.29 |
| Postage/U.S. Mail | | $14.30 |
| Investigation | Share of HK investigator fees | $2,666.00 |
| Lexis/Westlaw | | $1,154.00 |
| Photocopies - in House | $0.20/copy | $30.80 |
| Miscellaneous | Pacer | $93.80 |
| | | |
| **TOTAL EXPENSES** | | **$10,529.19** |