# EXHIBIT J

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | MDL No. 2948 |
| | Master Docket No. 20-cv-4699 |
| | Judge John Z. Lee |
| | Magistrate Judge Sunil R. Harjani |
| **This Document Relates to All Cases** | |

### DECLARATION OF TIFFANY MARKO YIATRAS IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF CONSUMER PROTECTION LEGAL, LLC

I, Tiffany Marko Yiatras, declare and state as follows:

1. I am the Founding Member of the law firm of Consumer Protection Legal, LLC. My firm's résumé is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by the attorneys at my firm in connection with this litigation. The attorneys for Consumer Protection Legal, LLC who have worked on this Litigation are Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr.[1] My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], these attorneys conducted the following activities for the common benefit of Plaintiffs:

Client interview and pre-suit factual investigation, including analysis of terms and

---

[1] Francis J. "Casey" Flynn, Jr. was originally with the Law Offices of Francis J. Flynn Jr. but is now an attorney for Consumer Protection Legal, LLC, so he has been included in Consumer Protection Legal, LLC's Declaration, notably for considerations of administrative efficiency.

conditions and Biometric law; Retain class representative and update proposed class representative at various times; maintaining Privacy of minor Class Representatives; drafting, finalizing, and filing of Complaint and initiating documents; research, drafting, and filing of Motion, Memorandum, Reply Memorandum, and Supplemental Information Memorandum in Support of Transfer for Coordination or Consolidation to Transfer and associated documents including the Proof of Service, Schedule of Actions, Exhibits and Attachments thereto and service of documents on Related Parties; effecting service of JPML Pleadings on transferor courts; preparing other requisite pleadings in JPML Panel; coordinating with other counsel regarding position and sharing argument time; listening in on JPML Panel Hearing; meeting and conferring with counsel in other pending cases regarding MDL transfer issues and voluntary transfer to a centralized district; meeting and conferring with Defendant regarding consent briefing schedule regarding Defendants' response to Complaint; drafting and filing of requests for extension of same to conserve party resources, judicial resources, and encourage judicial economy; review, researching, and drafting successful Opposition to Plaintiffs' Motion to Intervene in the Southern District of Illinois case and Motion to Stay or Dismiss case; researching, drafting, meeting and conferring, and filing of an unopposed motion to relate, reassign, and consolidate A.S., a Minor, through Guardian, A.S., individually and on behalf of all others similarly situated v. TikTok and ByteDance Inc., Case No. 3:20-cv-00457-NJR (S.D. Ill.) and a second action—L.M., a minor, by and through Guardian S.M. v. TikTok, Inc. and ByteDance, 3:20-cv-00498 (S.D. Ill.) (the "L.M. action") (collectively, with the instant action, "the S.D. Illinois Actions")—as well as to appoint Tiffany Marko Yiatras of Consumer Protection Legal, LLC temporary interim lead counsel (the "Unopposed Motion to Consolidate and Appoint Lead Counsel"); filing of a Motion to Set Time to Respond to the Operative Complaint and Briefing Schedule; Participation in pre-mediation conferences with

Mediation Delegates; drafting and circulating Mediation Strategy call minutes; participating in call with Defense Counsel to discuss Defendant's mediation position and Plaintiffs' response; preparing, finalizing, and circulating minute notes from mediation call with Defense Counsel; filing of a Joint Motion to Stay the A.S. Action pending a decision by the JPML Panel on Plaintiff-Movant's 1407 Motion to Transfer to conserve judicial resources; researching and reviewing technology articles that touch on information discussed during the mediation call with Defense Counsel; performing legal and factual research regarding the issues raised by Defendant during the mediation related call with Defense Counsel; acting pursuant to Court Order dated June 29, 2021 as Temporary Interim Lead Plaintiffs' Counsel on behalf of Plaintiffs in the S.D. Ill. Related Actions for the purposes of conducting the consolidated litigation and communicating with this Court on behalf of all plaintiffs and the putative classes alleged in the S.D. Ill. Related Actions until such time as the MDL proceedings in this litigation are resolved and the matters are consolidated in the transferee forum or denial of the pending JPML motion ("JPML Resolution"); meeting and conferring regarding JPML transfer motion; coordinating with other counsel regarding JPML hearing; taking steps to engage mediator; active participation in mediation related activities leading up to Mediation, including factual and legal research and drafting of the technology and liability section of the Mediation Statement; coordinating with various Plaintiffs' Counsel from around the nation, including reviewing and signing a Joint Prosecution Agreement; reviewing and revising Mediation Statement; reviewing, analyzing, conferring, various drafts of term sheet; participation in several Mediation Delegate calls related to the Mediation Statement; participating in call with Defense Counsel in advance of the mediation to hear Defendant's position; review and execution of Mediation Privacy document; keeping apprised of activities in other jurisdictions and the Panel proceedings; review and analysis of TikTok Arbitration

provisions; review and analysis of iterations of Privacy Policies; review and analysis of TikTok technologies; review and analysis of Privacy cases and related settlements and preparation of chart of analysis related thereto; reviewing Executive Branch activity as it relates to the barring of US Companies from doing business with Byte Dance; participating in mediation call with mediator's office; additional legal research and analysis in advance of the mediation related to various issues raised; active participation in the mediation itself; reviewing, analyzing, revising, and meeting and conferring and participating in various calls with Mediation Delegates analyzing the terms of the settlement agreement after the mediation through execution of the Settlement Agreement; preparation of additional information regarding privacy related settlements; Participation on Media and Source Committee, including researching, summarizing, and citing to various media articles, journals, newspapers, and technology materials to aid with factual allegations for Consolidated Complaint; meeting and conferring and participating in various calls with regarding leadership structure and working together; research regarding cases in which different allocations were awarded to different subclasses based on different claims values and different inherent risks of claims; agree to extend terms of Joint Prosecution Agreement; filing notice in Support of Leadership Structure; preparing analysis of settlement allocation variables and claims rate variables in anticipation of estimated class member benefit to account for claims benefit estimate.

   The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 348.0 hours. The total lodestar for my firm in this time period is $276,212.00.

   2.  For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs: Conducting, drafting, and submitting Plaintiff Vetting Questionnaire on

4

behalf of SDIL Plaintiff and minor; prepare Complaint insert for Consolidated Amended Complaint; and procuring signatures from Plaintiffs regarding confidentiality of settlement; discussing settlement with SDIL Plaintiff and procuring consent. The total number of hours expended on this litigation from the attorneys at my firm from for the time period November 1, 2020 through February 28, 2022, is 14.1 hours.  The total lodestar for my firm in this time period is $10,701.90.

3. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 362.1 hours. The total lodestar for my firm is $286,913.90.

4. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys, and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters.  The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr., who have been involved in this litigation from case inception through February 28, 2022 and the lodestar calculation is based on my firm's current hourly billing rates.

6. As detailed in **Exhibit 3**, my firm has incurred a total of $969.00 in unreimbursed expenses during the period from case inception through February 28, 2022.

7. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of March 2022 at Saint Louis, Missouri.

_____
TIFFANY MARKO YIATRAS

6

# Exhibit 1

# **CONSUMER PROTECTION LEGAL, LLC**

Consumer Protection Legal, LLC is a plaintiff litigation firm with an office in Saint Louis County, Missouri. The firm focuses its practice on consumer protection litigation, with a particular focus on class action lawsuits.

Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr. have collectively helped achieve more than $127 million in recoveries on behalf of their clients and are expected to nearly double that figure in early 2022. These results are both nationally recognized settlements on behalf of thousands of injured clients.

The successful track record of Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr. stems from their commitment to the achievement of the greatest possible result for their clients.

Recognition of their success has been demonstrated in the appointment of Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr. as Co-Lead and/or as Executive Committee members in highly recognized national cases.

## **CONSUMER PROTECTION LITIGATION**

Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr. have represented plaintiffs nationwide in a variety of complex consumer class actions. Ms. Yiatras and Mr. Flynn have taken the leading role or provided significant support to those in a leading role in many large state and federal consumer protection class action cases throughout the nation. Examples of current and prior cases include:

- ***In re: Bank of America Credit Protection Marketing & Sales Practices Litigation*** **- MDL No. 2269.** Tiffany Marko Yiatras and Francis J. Flynn, Jr., through their previous firm, were active participants of the Plaintiffs' Executive Committee in this Multi-District litigation involving Bank of America's marketing and sales practices relating to its debt suspension/debt cancellation product Credit Protection. In addition to their work on the Plaintiffs' Executive Committee, they served as part of the Expert Sub-Committee and the Legal Writing Subcommittee. Final approval was ultimately granted, before the United States District Court for the Northern District of California. Francis J. "Casey" Flynn, Jr. was also part of the mediation team, which resulted in a $20 million dollar settlement to the class. Francis J. "Casey" Flynn, Jr. was ultimately named Co-Lead Counsel in the matter and argued in part the motion for final approval, which was ultimately granted, before the United States District Court for the Northern District of California.

- ***Esslinger, et al. v. HSBC Bank Nevada, N.A., et al.*****, Case No. 2-10-cv-03213-BMS.** Francis J. "Casey" Flynn, Jr. and Tiffany Marko Yiatras acted as Class Counsel in this nationwide litigation involving HSBC's marketing and sales practices related to its debt suspension/debt cancellation products. Francis J. "Casey" Flynn, Jr. and Tiffany Marko Yiatras were heavily involved in the drafting of key motions and memoranda throughout the case. Mr. Flynn, Jr. and Ms. Yiatras were also part of the document review team and

1

the mediation team, which ultimately resulted in a $23.5 million dollar nationwide settlement approved by the United States District Court for the Eastern District of Pennsylvania. Francis J. "Casey" Flynn, Jr. and Tiffany Marko Yiatras also played a significant role in the drafting of the settlement agreement, the preliminary approval motion, and documentation in support.

- ***In re: Discover Payment Protection Plan Marketing and Sales Practices Litigation, MDL No. 2217.*** Francis J. "Casey" Flynn, Jr. and Tiffany Marko Yiatras were involved in the drafting of multiple motions and memoranda throughout the case. Tiffany Marko Yiatras was part of the document review team and the mediation team, which resulted in a $10.5 million dollar settlement on behalf of the class. The settlement was finally approved in the Northern District of Illinois.

- ***Paige Cooperman, et al. v. Galeos, LLC, et al.*, Case No. 8:10-cv-01815-JVS-FFM.** Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr., through their previous firm, acted as Co-Lead Counsel in a case involving allegations that Defendants' marketing, packaging, and nutritional information on the food labels for their purportedly low-fat, low-calorie salad dressing products were inaccurate and deceptive. The litigation resulted in a class action settlement which was preliminarily and finally approved.

- ***Hive, L.C., d/b/a The Hive, et al. v. Aspen Waste Systems of Missouri, Inc.,*** Tiffany Marko Yiatras and Francis J. "Casey" Flynn, Jr. were appointed Co-Lead Counsel in a state court class action against Aspen Waste Management of Missouri's regarding its practice of charging customers an overweight charge based on the use of unregulated scales that was resolved by way of class settlement that was preliminarily and finally approved in the City of St. Louis.

- ***Tucker v. Papa Johns' International, Inc., et al.*, Case No. 16-L-49.** Tiffany Marko Yiatras was appointed Co-Lead Counsel in a state court class action against Papa John's International, Inc. regarding its practice of improperly charging sales tax on delivery fees to Illinois residents that was resolved in a class settlement that was preliminarily and finally approved in Madison County, Illinois.

- ***Griggs v. Walgreen Co., d/b/a Walgreens, et al.*, Case No. 11-L-685, Circuit Court of the Twentieth Judicial Court, St. Clair County, Illinois**. Tiffany Marko Yiatras was appointed Co-Lead Counsel in a state court class action Tiffany Marko Yiatras was appointed Co-Lead Counsel in a state court class action against Walgreen Co., d/b/a Walgreens regarding its practice of overcharging for a copy a customer's pharmacy records that resulted in a class settlement that was preliminarily and finally approved in St. Clair County, Illinois. Francis J. "Casey" Flynn, Jr. was a member of the Plaintiff's Executive Committee in this case.

- ***Leggett and Dimas v. Walgreen Co., d/b/a Walgreens, et al.* Case No. BC606632, Superior Court of California (Los Angeles)** Francis J. "Casey" Flynn, Jr. was appointed Co-Lead Counsel in a state court class action against Walgreen Co., d/b/a Walgreens regarding its practice of overcharging for a copy a customer's pharmacy records that

- resulted in a class settlement that was preliminarily and finally approved in Los Angeles, California.

- ***In Re: TD Bank, N.A., Debit Card Overdraft Fee Litigation*, MDL No. 2613**. Ms. Yiatras and Mr. Flynn were appointed Class Counsel in this Multi-District litigation involving several of TD Bank's overdraft fee practices that resulted in a $70 million dollar class settlement that was preliminarily and finally approved in the District of South Carolina after successfully obtaining class certification.

- ***In re: TikTok Inc. Data Privacy Litigation*.** Ms. Yiatras was appointed <u>*interim*</u> lead counsel for the **Southern District of Illinois Consolidated cases** in *In re: TikTok Inc. Data Privacy Litigation*, Case No. 3:20-cv-00457 until such time as the MDL proceedings in the litigation were resolved and the matters were consolidated in the transferee forum or denial of the pending JPML motion ("JPML Resolution"). On August 4, 2020, the JPML Panel ordered transfer of the ten actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Ms. Yiatras was part of the mediation team in the matter which resulted in a $92 million dollar settlement in addition to injunctive relief. The Settlement was preliminarily approved and a Final Approval Hearing has been set for May 18, 2022.

- ***Culbertson et al. v. Deloitte Consulting LLP., Case No. 1:20-cv-03962-LJL (Deloitte Data Breach Litigation)*.** Ms. Yiatras was appointed as Member of the Deloitte Data Breach Litigation Executive Committee. The case involved a class of 237,675 individuals impacted by a data breach involving various Pandemic Unemployment Insurance websites. A settlement was reached, which named Tiffany Marko Yiatras of Consumer Protection Legal, LLC as Class Counsel, and has since been preliminarily approved. The settlement was recently finally approved. Francis J. "Casey" Flynn, Jr. actively participated throughout the case on the Law and Briefing Committee.

## INDIVIDUAL ATTORNEY BIOGRAPHIES

**TIFFANY MARKO YIATRAS**, born in Godfrey, Illinois, graduated *cum laude* with a Bachelor of Social Work from Missouri State University in 2002. She earned a Juris Doctor degree from Saint Louis University School of Law in 2005. Of note, she received Saint Louis University School of Law's Pro Bono Legal Services Award in 2005, earned an A+ in Advanced Legal Research, and earned a 161 on the Multistate Bar Exam.

Ms. Yiatras became a member of the Illinois Bar in 2005 and the Missouri Bar in 2006. She was admitted to practice before the United States District Court for the Southern District of Illinois in 2005, the United States District Court for the Eastern District of Arkansas in 2008, the United States District Court for the Western District of Arkansas in 2008, the United States District Court, Eastern District of Missouri in 2010, and the United States District Court for the Northern District of Illinois in 2010, the United States Court of Appeals for the Third Circuit in 2013, the United States Court of Appeals for the Ninth Circuit in 2013; the United States Court of Appeals for the D.C. Circuit in 2020. Ms. Yiatras is expected to be sworn in to practice before the Western District of Missouri in November of 2021.

3

Ms. Yiatras concentrates her practice in the areas of consumer protection class actions. She has taken/defended over 100 pharmaceutical product liability cases, both lay and expert. Litigated multiple consumer protection class action cases, which have resulted in multi-million dollar settlements to millions of class members, from inception of the cases through final approval, which included signing up new cases, identifying and investigating the claims, maintaining client contact, drafting complaints, negotiating deals with competing law firms, preparing JPML pleadings, drafting oppositions to motion to dismiss, drafting discovery requests and discovery responses, drafting subpoenas, reviewing documents, drafting mediation briefs, drafting formal settlement agreements and exhibits thereto, engaging in confirmatory discovery, drafting preliminary approval pleadings, drafting final approval pleadings, and obtaining final approval.

**FRANCIS J. "CASEY" FLYNN, JR.**, born in St. Louis, Missouri, graduated *cum laude* from Saint Louis University High School in 1989, *cum laude* with a B.S. from Georgetown University, School of Foreign Service in 1993, and *cum laude* with a J.D. from St. Louis University School of Law in 2000, where he was in the top 6% of his class.

Mr. Flynn was admitted to bar in the state of Illinois in 2000, the state of Missouri in 2006, and the state of California in 2015. He was admitted to admitted to practice before United States District Court, Eastern District of Missouri in 2002, the United States Court of Appeals for the Eighth Circuit in 2004, the United States District Court for the Southern District of Illinois in 2010, the United States District Court for the Northern District of Illinois in 2010, the United States Court of Appeals for the Third Circuit in 2013, the United States Court of Appeals for the Ninth Circuit in 2013, the United States District Court for the Southern District of California and the United States District Court for the Northern District of California in 2016, and the United States District Court for the Central District of California in 2017.

Mr. Flynn practices in the areas of consumer class action litigation, complex commercial litigation, medical malpractice, and products liability litigation. Mr. Flynn has drafted and prepared appellate briefs (roughly 60); researched, drafted, and prepared memoranda of law: summary judgment, *Daubert*, venue, etc., totaling several hundred memoranda of law (between 300 and 400); worked on more than fifty class actions; motions for class certification, class-wide discovery, application for approval of class settlement as well as accompanying documents, and interlocutory appeals regarding class certification; appeared in court to argue motions; prepared pleadings, discovery documents, other law and motion documents; taken and defend depositions, including over 200 defense expert depositions; first and second chaired trials to jury verdict; and managed thousands of Fen-Phen, Vioxx, Bextra, Avandia, and Yaz cases.

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

**EXHIBIT 2**

*TIME REPORT SUMMARY AT CURRENT RATES*

**Firm Name:** Consumer Protection Legal, LLC  
**Reporting Period:** Inception through February 28, 2022

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc.)
4) Document Review (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)
5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts
11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep (Exhibit & Witness List/Jury Instruction/Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

**TITLE:**
- (P) Partner
- (A) Associate
- (LC) Law Clerk
- (SPL) Senior Paralegal
- (PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tiffany Marko Yiatras (P) | 6.10 | 22.70 | 0.10 | 0.00 | 94.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 154.60 | 8.10 | 0.00 | 0.00 | 0.00 | 286.60 | 0.00 | 286.60 | $759.00 | $217,529.40 | $0.00 | $217,529.40 |
| Francis J. "Casey" Flynn, Jr. (P) | 0.00 | 0.00 | 0.00 | 0.00 | 22.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.60 | 1.70 | 0.00 | 0.00 | 0.00 | 75.50 | 0.00 | 75.50 | $919.00 | $69,384.50 | $0.00 | $69,384.50 |
| **SUB-TOTAL** | 6.10 | 22.70 | 0.10 | 0.00 | 117.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 206.20 | 9.80 | 0.00 | 0.00 | 0.00 | 362.10 | 0.00 | 362.10 | | $286,913.90 | $0.00 | $286,913.90 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| **GRAND TOTAL:** | 6.10 | 22.70 | 0.10 | 0.00 | 117.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 206.20 | 9.80 | 0.00 | 0.00 | 0.00 | 362.10 | 0.00 | 362.10 | | $286,913.90 | $0.00 | $286,913.90 |

556281

Ex 2 Time Report Summary

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 3**
**EXPENSE REPORT SUMMARY**

**FIRM NAME: Consumer Protection Legal, LLC**

**REPORTING PERIOD: Inception through February 28, 2022**

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | $0.00 |
| Court Costs - Filing Fees | SDIL Action | $400.00 |
| Experts/consultants | | $0.00 |
| Federal Express / UPS /Ontrac | | $0.00 |
| Postage / U.S. Mail | | $0.00 |
| Service of Process | | $444.00 |
| Messenger/delivery | Attempted delivery of copy of JPML Motion to SDIL and successful delivery of JPML Motion to USPS. | $125.00 |
| Hearing Transcripts | | $0.00 |
| Investigation | | $0.00 |
| Lexis/westlaw | | $0.00 |
| Photocopies - in House | | $0.00 |
| Photocopies - Outside | | $0.00 |
| Telephone/telecopier | | $0.00 |
| Travel - Transportation (Airplanes - Coach Fares Only) | | $0.00 |
| Travel - Meals ($75 per person / day cap) | | $0.00 |
| Travel - Hotels | | $0.00 |
| Miscellaneous | | $0.00 |
| **TOTAL EXPENSES** | | **$969.00** |

556281  Ex 3 Expense Summary