# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

DECLARATION OF KATHLEEN CHAVEZ IN SUPPORT OF PLAINTIFFS'
PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC

I, KATHLEEN CHAVEZ, declare and state as follows:

1. I am a PARTNER of the law firm of FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC ("FMCO"). My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs:

        a. Kathleen Chavez and Robert Foote attended the mediation which resulted in the resolution of this matter in or around August 2020;

    b. Kathleen Chavez's and Robert Foote's participation in mediation was absolutely essential to the resolution of this matter, and both were signatories to the original settlement agreement reached during the mediation.

    c. Additionally, FMCO actively engaged in case investigation and analysis including, but not limited to:

      i. Extensive legal research pertaining to overall biometric data class claims, arbitration, arbitration for minor plaintiffs, expanded federal claims;

      ii. Filed pleadings in support of consolidation to a federal MDL in front of Judge Lee;

      iii. Participated in numerous case analysis/case development and strategy calls with lead counsel in anticipation of mediation.

3. The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is approximately 196.75 hours. The total lodestar for my firm in this time period is $139,495.00.

4. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 198.90 hours. The total lodestar for my firm is $139,495.00. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6. As detailed in **Exhibit 3**, my firm has incurred a total of $688.30 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of March 2022 at Geneva, Illinois.

*/s/ Kathleen Chavez*
KATHLEEN CHAVEZ

# Exhibit 1

**Foote, Mielke, Chavez & O'Neil**
—— ATTORNEYS AT LAW ——

## About Us

Foote, Mielke, Chavez & O'Neil, LLC (FMCO) is a highly regarded boutique complex civil litigation law firm with a large national footprint. Founding partners Kathleen Chavez and Robert Foote pride themselves on having established one of the most recognized and innovative complex litigation law firms in the United States. FMCO has offices in Geneva, Chicago, and Washington D.C. FMCO's attorneys offer a diverse array of skills, knowledge, determination, compassion, curiosity, experience, and creativity. In our complex practice, we routinely provide legal representation to governments, individuals, employees, trusts, unions, and corporations. Our lawyers have impressive academic credentials, as well as decades of experience in national, multi-district, class, collective, and complex civil litigation.

## Innovative Approach

FMCO offers its clients a unique and unconventional approach to litigation. We believe that tough problems are solved through innovative approaches, flexibility, collaboration and the hard work and concentrated efforts of a committed team of lawyers. We work closely with our clients to achieve successful outcomes, from record-setting recoveries to important changes in policies and practices. Our attorneys understand that achieving optimal outcomes often requires flexibility, "out-of-the-box" thinking, and innovative approaches to litigation and dispute resolution efforts.

## FMCO Cases

FMCO seeks out the kinds of cases many lawyers run away from --- interesting cases that offer us a chance to get creative, think deeply, challenge unclear or inconsistent precedent, shape the direction of our state and federal law, and achieve transformative justice. We are not afraid of, or opposed to, forging the path; to the contrary, we pride ourselves on being innovators and leaders. FMCO is committed to exceptional advocacy and relentlessly pursuing justice, in the most challenging scenarios. Transformative litigation is often high risk, requiring years of hard work, substantial financial expenditures, and a tireless commitment to obtaining justice for your clients. FMCO understands what it takes to achieve success and is willing to spend the resources necessary to achieve record-setting results in cases involving novel, emerging and complex legal issues.

---

**Foote, Mielke, Chavez & O'Neil**
—— ATTORNEYS AT LAW ——

# $20+ Billion for our Clients

Including from: judgments, verdicts, mediations, arbitrations, administrative proceedings, and settlements

## Practice Areas

- Complex Civil Litigation
- Class, Collective and Mass Tort
- Antitrust/Competition
- Unfair Trade Practices
- Contract Law
- Consumer Fraud
- Technology and Internet Law
- RICO
- Environmental Law
- Qui Tam (whistleblower claims)
- Intellectual Property Law
- Employment Law
- Civil Rights
- Insurance Law
- FINRA Arbitrations
- Equal Employment Opportunity ("EEOC") charges
- Illinois Department of Human Rights ("IDHR") charges.

## Reputation for Excellence

Numerous recognitions, distinctions, and inclusion in selective and peer-reviewed organizations, such as Super Lawyers®, Leading Lawyers®



**www. FMCOLAW.com**



# Foote, Mielke, Chavez & O'Neil
#### ATTORNEYS AT LAW

## KATHLEEN C. CHAVEZ

 KCC@FMCOLAW.COM   (630)232-7450   WWW.FMCOLAW.COM

**PROFESSIONAL EXPERIENCE**

Ms. Chavez is nationally recognized as a highly skilled trial attorney who has extensive experience in all aspects of complex civil litigation. She has spent her career advocating for the rights of plaintiffs, including infants, children, individuals, employees, and governmental entities, who have been injured or suffered loss due to fraud, deception, unfair competition, discrimination, harassment, illegal pay practices, environmental contamination, breach of contract, defective products, automobile accidents and a host of other injustices.

- Class, Collective, and Complex Civil Cases
- Competition/Antitrust
- Consumer Fraud
- Unfair Trade Practices
- Environmental
- Technology/Intellectual
- Wage and Hour
- Insurance
- Property
- Employment Law
- Civil Rights
- Contract Law
- Racketeering Influenced and Corrupt Organizations Act (RICO)
- EEOC and IDHR Charges

Her practice is focused on complex civil cases (including class, multi-plaintiff, mass tort and individual) involving competition, consumer fraud, unfair trade practices, environmental, technology, trademark, qui tam, civil rights, breach of contract, Racketeering Influenced and Corrupt Organizations Act ("RICO"), employment, wage and hour, insurance and other state and federal statutory and common law claims. Ms. Chavez is actively involved in all aspects of her cases and has extensive experience in every stage of litigation, such as: initial case investigation, preparing pleadings, legal research, crafting strategies, discovery, e-discovery, document review, motion practice, witness preparation, depositions, trial (including class action, multi-plaintiff, collective, federal, state, and administrative), appeals and mediation/settlements.

**Education & Training**

Northwestern University School of Law
J.D., 1998

Northern Illinois University
B.S., Finance, 1995

Duke Law, Bolch Judicial Institute, Mass Tort MDL Certification and Advanced Mass Tort MDL Certification

**Licenses & Admissions**

State Bar of Illinois

State Bar of California

District of Columbia Bar

United States Federal Court of Claims

United States Court of Appeals for the 7th Circuit

United States District Court for the Northern District of Illinois

Trial Bar for the United States District Court for the Northern District of Illinois

United States District Court for the Central District of Illinois

United States District Court for the Southern District of Illinois

Ms. Chavez is a member of the American Bar Association ("ABA"), the Chicago Bar Association ("CBA"), the Federal Bar Association ("FBA"), the

Foote, Mielke, Chavez & O'Neil
ATTORNEYS AT LAW

National Employment Lawyers Association ("NELA") and the Kane County Bar Association ("KCBA") and the Women's Bar Association of Illinois ("WBAI"). Ms. Chavez's has received numerous recognitions and distinctions, and inclusion in selective and peer-reviewed organizations, such as: Super Lawyers®, Leading Lawyers®; Top 25 Women National Women Trial Lawyers; Top 100 National Trial Lawyers; Top 20 Illinois Verdicts; Leading Women Lawyers; Top Employment Lawyers for Employees, *Chicago Lawyer Magazine*; Top 10 % of Lawyers in the USA; Lawyers of Distinction Board of Directors; Top Women Lawyers, *Chicago Lawyer Magazine*; Esteemed Lawyers of America® and Lawyers of Distinction; Illinois 16th and 18th Judicial Circuit Arbitrator; certification as an American Arbitration Association ("AAA") Employment Panel Arbitrator; and Illinois State Bar Association 40 Hour Mediation Certification. Ms. Chavez is a frequent lecturer at conferences, symposiums, and other continuing legal education (CLE) programs.

**CASES**

Ms. Chavez frequently serves in leadership roles, on leadership committees, and as a team member in some of the most challenging and transformative complex civil litigation nationwide. Ms. Chavez has utilized her diverse experience and unique background to consistently provide invaluable contributions in cases that require the cooperation and collaboration of multiple plaintiffs' counsel. Whether as a leader or a team member, Ms. Chavez consistently offers an unparalleled level of advocacy, energy, enthusiasm, and commitment to her clients. Recoveries from the cases in which she has been involved (including verdicts, judgments, and settlements) exceed $15 billion dollars and involve a diverse range of complex civil claims, for example:

*In Re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406: Plaintiff's Steering Committee (PSC) member in nationwide class action by subscribers alleging antitrust/competition claims.

*In Re Testosterone Replacement Therapy Products Liability Litigation, MDL 2545:* Plaintiff's Steering Committee (PSC) member in nationwide mass tort action involving pharmaceuticals.

*Tipsword v. I.F.D.A. Services, Inc., et al.,* served as co-Lead counsel for the consumer class in resolving a $58 million dollar claim, before Judge G. Patrick Murphy of the Southern District of Illinois, for damages occasioned by the collapse of the Illinois Funeral Directors Association Pre-Need Trust.

*Annoereno, et al., v. Claire's Stores, Inc., 14-cv-07744*: Lead counsel for nationwide collective and class action alleging Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and similar state wage and overtime laws.

*In Re Jimmy John's Overtime Litigation, 14-cv-05509*: leadership counsel in nationwide collective and class action alleging Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and similar state wage and overtime laws, as well as claims challenging the validity of non-competition agreements. The case drew significant attention because the non-competition agreements were expansive in scope, geography, and were unfairly restricting entry-level employees' ability to seek alternative

**Foote, Mielke, Chavez & O'Neil**
ATTORNEYS AT LAW

employment. Illinois and other states successfully challenged and resolved the non-compete claims of thousands of workers.

*LaFleur v. Dollar Tree Stores, Inc.*, 12-cv-00363, in the United States District Court for the Eastern District of Virginia: co-Lead Counsel in nationwide collective and class action alleging Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and similar state wage and overtime laws.

*Havlish v. bin Laden*, Docket No. 03-MDL- 1570 (S.D. NY): counsel for surviving families of those killed in the 9/11 attacks on the World Trade Centers. Plaintiffs obtained a $6 billion dollar judgment. The Court found the Islamic Republic of Iran, its Supreme Leader Ayatollah Ali Hosseini Khameni, the former Iranian President Ali Akbar Hashemi Rafsanjani, and other Iran Agencies and instrumentalities all materially aided and supported al Qaeda before and after 9/11.

*In Nash et al v. CVS Corporation*, in the United States District Court for the District of Rhode Island served as Co-Lead Settlement Counsel on behalf of current and former assistant managers and assistant store managers claiming they were not properly paid overtime because they were misclassified by the company as "exempt" from federal and state overtime pay requirements. The case was brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and similar state wage and overtime laws. The case was settled, and the defendant agreed to pay up to $34 million into a fund for class member claims.

*In Re Managed Care Litigation*, MDL 1344: before Judge Frederico Moreno of the Southern District of Florida, counsel for nationwide class of physicians and medical associations alleging civil conspiracy in violation of RICO, brought against nine of the largest managed care companies in the United States.

*Westgate Ford Truck Sales v. Ford Motor Company*, Docket No. 02-CV-483526 (Ohio Cir. Ct.): served as a member of the trial team that resulted in a $2 billion dollar judgment on behalf of class of dealers who purchased medium duty of heavy-duty trucks from the defendant. The case was tried as a breach of contract action alleging a systematic breach of the dealers Sales and Service Agreements which required Ford to sell products to every dealer using prices, charges and discounts that are published in advance. The class alleged that Ford breached the agreement through the operation of a pricing program known as the Competitive Price Assistance Program. The judgment was reversed.

*Barnes v. Canadian National Railway Company, et al.*: served as co- Lead Class Counsel in the Northern District of Illinois and recovered $3 million and important nonmonetary relief (i.e., training, monitoring, reporting, etc.) on behalf of a class of African American railroad workers subjected to racial discrimination in the workplace. The complaint maintained the defendants' conduct was unlawful under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981 & § 1981(A).

*In Re Insurance Brokerage Antitrust Litigation*, MDL 1663: served as counsel to a class of plaintiff policyholders who alleged the insurance brokerage firms and companies conspired with one another to allocate customers and markets resulting in artificially inflated premiums paid by

Foote, Mielke, Chavez & O'Neil — ATTORNEYS AT LAW

policyholders. Plaintiffs brought claims under the RICO Act, 18 U.S.C. § 1962(c) and (d), Section 1 of the Sherman Act, 15 U.S.C. § 1, and similar state laws.

*In Re Lupron Marketing and Sales Practices Litigation, MDL 1430*: served as class settlement counsel in a class action against the manufacturer and marketers of the drug Lupron. The Court approved a $150 million settlement for patients, insurance companies and health and welfare benefit plans that purchased the drug. Plaintiffs successfully claimed the defendants engaged in a scheme to artificially inflate the average wholesale price. Plaintiffs maintained such claims under RICO 18 U.S.C. § 1962(c) and (d) as well as the consumer protection laws of 34 states.

*Amft v. United States Dep't of Transp.*, EEOC Case No. 210-2004-00139X: Lead counsel in class administrative action against the Federal Aviation Administration (FAA) asserting gender-based Title VII claims.

*Bolden v. Walsh Construction Company*, Docket No. 06-cv-4104 (N.D. IL): co-Lead counsel in class action maintaining the defendants' conduct was unlawful under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981 & § 1981(A).

*Byas, et al. v. Union Pacific Railroad*, Docket No. 06-CV-475 (S.D. IL): co-Lead Counsel representing a class of employees asserting race discrimination claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981 & § 1981(A).

*Douglas Powers and Suzan McCarthy, et al., v. U.S. Department of Transportation, Agency*, EEOC Case Nos. 210-2002-6091X: Lead Counsel representing a nationwide class of air traffic controllers alleging age and gender claims action against the Federal Aviation Administration (FAA).

*Academy of Motion Picture Arts and Sciences v. GoDaddy.com*, Inc., Docket No. 10-CV-3738 (C.D. CA), served as co-Lead counsel in intellectual property litigation involving cybersquatting and infringements.

*In Re Google AdWords Litigation*, Docket No. 08-CV-03369 (N.D. CA): counsel in nationwide class action involving internet advertising practices.

*Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's London*, Docket No. 2:08-cv-00235-CCC-PS: class counsel in nationwide class action involving insurance brokerage and RICO claims.

*McManus, et al. v Countrywide Financial Corp., et al.*: Docket No. 09-CV-1705 (N.D. Ill.): Lead Counsel in nationwide class and collective action alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and similar state wage and overtime laws.

Foote, Mielke, Chavez & O'Neil
— ATTORNEYS AT LAW —

*U.S. Equal Employment Opportunity Commission, et al., v. Gonnella Baking Co.*, No. 08-CV-5240 (N.D. Ill.); co-Lead counsel with the EEOC on claims alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

*UBID, Inc. v. The GoDaddy Group, Inc., and GoDaddy.com, Inc.*, Docket No. 1:09-CV-02123 (N.D. Ill.): co-Lead Counsel in case involving cybersquatting and intellectual property claims.

*Vulcan Golf, LLC, et al. v. Google Inc.*, Docket No. 07-CV-3371 (N.D. Ill.): co-Lead counsel in case involving cybersquatting and intellectual property claims.

### *Municipal and Government Litigation*

Representing a group of 24 states against Major Oil Companies in Qui Tam Litigation across the country, including:

- *State of Colorado, et al, v. ConocoPhillips Company*, Docket No. 12-CV-0451 (CO Cir. Ct.)

- *State of Montana, et al, v. BP plc, et al.*, Docket No. DDV-2011-193 (MT Cir. Ct.)

- *State of South Dakota, et al, v. BP plc, et al.*, Docket No. 10-257(S.D. Cir. Ct.)

*DeKalb County, et al. v. Federal Housing Finance Agency, et al*, Docket No. 3:12-cv-50227 (N.D. Ill.)

Ms. Chavez has participated and served as counsel in many complex, class action and MDL matters, including but not limited to:

*Vennett, et al. v. American Intercontinental University, et al.*, Docket No. 05-CV-4889 (N.D. Ill.)
*United States of America ex. rel. Mark Eugene Duxbury et al., v. Ortho Biotech Products, L.P.*, Docket No. 03-CV-12189-RWZ (D. Mass.)
*Carter v. Allstate*, Docket No. 02 L 717 (Ill. Cir. Ct.)
*Dremak, et al. v. Groupon, Inc.*, Docket No. 11-CH-876 (Ill. Cir. Ct.)
*Potts v. United Parcel Service, Inc.*, Docket No. 07-cv-3949 (N.D. Ill.)
*In Re Sears Roebuck & Co. ERISA Litigation*, Docket No. 1:02-cv-08324 (N.D. Ill.)
*Love, et al. v. Blue Cross and Blue Shield Association, et al.*, Dkt No.: 03-CV-21296 (S.D. FL)
*Whitworth, et al. v. Nationwide Mutual Ins. Co.*, Dkt No. 00CVH-08-6980 (Oh. Ct. Com. Pl.)
*Tipsword v. Merrill Lynch, et al.*, Docket No. 3:09-CV-00390 (S.D. Ill.)
*In Re Air Cargo Shipping Service Antitrust Litigation*, MDL 1775
*In Re Bayer Corp. Products Litigation*, MDL 2023
*In Re Comcast Set-Top Box Litigation*, MDL 2034
*In Re Household Goods Movers Antitrust Litigation*, MDL 1865
*In Re Insurance Brokerage Antitrust Litigation*, MDL 1663
*In Re Lupron Marketing and Sales Practices Litigation*, MDL 1430
*In Re Managed Care Litigation*, MDL 1334

**Foote, Mielke, Chavez & O'Neil**
— ATTORNEYS AT LAW —

*In Re Neurontin Marketing and Sales Practices Litigation*, MDL 1629
*In Re OxyContin Antitrust Litigation*, MDL 1603
*In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL 1720
*In Re Pharmacy Benefits Manager Antitrust Litigation*, MDL 1782
*In Re Pre-Filled Propane Tank Litigation*, MDL 2086
*In Re RC2 Corp. Toy Lead Paint Products Liability Litigation*, MDL 1893
*In Re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation*, MDL 1401
*In Re Text Messaging Antitrust Litigation*, MDL 1997
*In Re U.S. Foodservice, Inc.*, Price Litigation, MDL 1894
*In Re Wholesale Grocery Products Antitrust Litigation*, MDL 2090
*In re TikTok Consumer Privacy Litigation*, MDL 2948

## PRESENTATIONS & LECTURES

- *Attorney-Client Privilege and the Work Product Doctrine*, LawPracticeCLE (January 2021)
- *Advanced Employee Handbook Drafting*, LawPracticeCLE (September 2020)
- *Social Media & the Law: Intellectual Property, Employment and the Duty of Professionals*, LawPracticeCLE (January 2020)
- *Understand and Effectively Maximize Job-Protected Leave Entitlement Under the Family Medical Leave Act of 1993, as amended ("FMLA")*; LawPracticeCLE (January 2020)
- *When a "Gig" Becomes a "Gaffe": Protecting Worker Rights in the 21st Century American Workplace*, Northern Illinois University law Review Symposium, Lyft-ing the Veil on a Worker's Status in the Gig Economy (April 2019)
- *Workplace Changes and Challenges: Hot Topics and Emerging Employment Law Issues*; LawPracticeCLE (March 2019)
- *Hasta La Vista v. I'll Be Back: empowering employees to Understand and Effectively Maximize Job-Protected Leave Entitlement Under the Family Medical Leave Act of 1993, as amended ("FMLA")*; LawPracticeCLE (March 2019)
- *Drafting Employee Handbooks: Navigating the Complicated Practicality of the Employee Handbook*; LawPracticeCLE (December 2018)
- *Keep This Between Us: The Attorney-Client Privilege and Work Product Doctrine*; LawPracticeCLE (December 2018)
- *A Lawyer's Guide to the Employee Handbooks*; mylawCLE and Wolters Kluwer CLE Broadcast (October 2017)
- *HIPAA Law for Lawyers: A Must-Know Guide to New Compliance Requirements*; mylawCLE and Wolters Kluwer CLE Broadcast (September 2017)
- *Understanding the Basics and Not-So-Basics of the Attorney-Client Privilege and Work Product Doctrine*; mylawCLE and Wolters Kluwer CLE Broadcast (September 2017)
- *International Trademark Registration: Advantages and Disadvantages of International Registration (IR) Through the Madrid Protocol*; mylawCLE and Wolters Kluwer CLE Broadcast (September 2017)
- *Sexual Harassment and Hostile Work Environments*; Kane County Bar Association CLE Presentation (May 2017)

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

*EXHIBIT 1*

*TIME REPORT SUMMARY AT CURRENT RATES*

| Firm Name: | Foote, Mielke, Chavez & O'Neil, LLC | | | | | Reporting Period: | | | Inception through February 28, 2022 | | | | | | | | | |

| Categories: | 1) Legal Research | | | | | 5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing) | | | 11) Settlements & Mediation | | | | | TITLE: | (P) Partner | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2) Investigation / Factual Research | | | | | | | | 12) Case Management | | | | | | (A) Associate | | |
| | 3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc. ) | | | | | 6) Class Certification | | | 13) Class Notice | | | | | | (LC) Law Clerk | | |
| | | | | | | 7) Summary Judgment | | | 14) Trial Prep (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.) | | | | | | (SPL) Senior Paralegal | | |
| | | | | | | 8) Appeals | | | | | | | | | (PL) Paralegal | | |
| | 4) Document Review (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review) | | | | | 9) Court Appearance and Prep | | | | | | | | | | | |
| | | | | | | 10) Experts | | | 15) Trial | | | | | | | | |

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Kathleen Chavez (P) | 38.60 | 2.00 | | | 30.40 | | | | | | 24.20 | 11.30 | | | | | 106.50 | 106.50 | $750.00 | $0.00 | $79,875.00 | **$79,875.00** |
| Robert Foote (P) | | 2.80 | | | 6.00 | | | | 0.50 | | 28.80 | 3.20 | | | | | 41.30 | 41.30 | $850.00 | $0.00 | $35,105.00 | **$35,105.00** |
| Elizabeth Chavez (A) | 2.60 | 10.30 | | | 16.90 | | | | | | 4.00 | | | | | | 35.90 | 35.90 | $450.00 | $0.00 | $16,155.00 | **$16,155.00** |
| Matthew Herman (A) | 4.50 | 2.70 | | | 9.00 | | | | | | | | | | | | 16.20 | 16.20 | $550.00 | $0.00 | $8,910.00 | **$8,910.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 45.70 | 17.80 | 0.00 | 0.00 | 62.30 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 57.00 | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | | 199.90 | | $0.00 | $140,045.00 | $140,045.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| **GRAND TOTAL:** | 45.70 | 17.80 | 0.00 | 0.00 | 62.30 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 57.00 | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 199.90 | | $0.00 | $140,045.00 | $140,045.00 |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:** Foote, Mielke, Chavez & O'Neil, LLC

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | $400.00 |
| Court Costs - Filing Fees | | |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | $264.90 |
| Messenger/delivery | | |
| Hearing Transcripts | | $23.40 |
| Investigation | | |
| Lexis/westlaw | | |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$688.30** |