# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

### DECLARATION OF ERIK H. LANGELAND IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF ERIK H. LANGELAND, P.C.

I, ERIK H. LANGELAND, declare and state as follows:

1. I am a the founder and a partner of the law firm of Erik H. Langeland, P.C.. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105]), my firm conducted the following activities for the common benefit of Plaintiffs: legal analysis of claims; factual and legal investigation and research; preparation of memoranda, pleadings, and briefs; discovery; legal research; research requested by Lead Counsel; preparing for and attending meetings, conferences, and proceedings; and assisting in settlement negotiations. The total number of hours expended on this litigation by my firm from case inception

through October 31, 2020, is 283.2 hours. The total lodestar for my firm in this time period is $212,400.00.

3. For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs: factual investigation and analysis of claims; research regarding damages, review of settlement agreement, review and revision of preliminary approval motion and related documents, confidentiality agreement, and review of the Court's decision denying Plaintiffs' motion for preliminary settlement approval. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 20.8 hours. The total lodestar for my firm in this time period is $15,600.00.

4. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 304 hours. The total lodestar for my firm is $228,000. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6. Although I have incurred expenses, I do not seek to recoup them in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of March 2022 at New York, New York.

_____
ERIK H. LANGELAND

# Exhibit 1

# ERIK H. LANGELAND, P.C.

## FIRM PROFILE

**ERIK H. LANGELAND, P.C.** was established in 2003 to represent clients in a broad range of civil litigation and business matters, including employment, personal injury, business disputes, medical malpractice, privacy violations, discrimination, and violations of the Americans with Disabilities Act. The firm advises businesses regarding intellectual property, licensing, copyright, contracts, and other matters.

Based in New York City, Erik H. Langeland, P.C. litigates cases in federal and state courts throughout the United States. The firm has assisted thousands of workers who have been unfairly denied proper compensation.

## ERIK H. LANGELAND

Erik H. Langeland is a graduate of Boston College Law School, where he earned his Juris Doctor in 1994. He earned a Master of International Affairs from Columbia University in 1991, concentrating in International Law and Human Rights. He received a Bachelor of Arts, *Cum Laude,* from Bowdoin College in 1989. Mr. Langeland has been practicing law for more than twenty-five years and has been admitted to the bar in both Massachusetts and New York State. He is also admitted to practice in the United States District Court for the Eastern, Southern, and Northern Districts of New York, as well as the District of Massachusetts. He is a frequent contributing author to the American Bar Associations' *Midwinter Report* on the Fair Labor Standards Act. Mr. Langeland is proficient in Spanish, Norwegian, and Swedish.

## REPRESENTATIVE CLASS/COLLECTIVE ACTION CASES

Erik H. Langeland, P.C. was appointed lead or co-lead counsel, litigated and achieved significant verdicts or settlements in the following class and collective actions:

**Kuck v. Planet Home Lending, LLC,** Case No. 17-cv-04769 (U.S. District Court for the Eastern District of New York);

**Rocha v. Gateway Funding Diversified Mortgage Services, L.P.,** Case No. 15 cv 0482 (U.S. District Court for the Eastern District of Pennsylvania);

**Franco v. Ideal Mortgage Bankers, Ltd.,** Case No. 07 cv 3956 (U.S. District Court for the Eastern District of New York);

**Bristol v. Continental Home Loans, Inc.,** Case No. 12 cv 1120 (U.S. District Court for the Eastern District of New York);

**Struett v. Susquehanna Bank**, 15 cv 176 (U.S. District Court for the Eastern District of Pennsylvania);

**Pomphrett v. American Home Bank, et al.,** Case No. 12 cv 02511 (U.S. District Court for the Eastern District of Pennsylvania);

**Cedeno v. Home Mortgage Desk, Corp., et al**, Case No.: 08 cv 1168 (U.S. District Court for the Eastern District of New York);

**Daniels v. Premium Capital Funding, LLC, et al**, Case No.: 08 cv 4736 (U.S. District Court for the E.D.N.Y);

**Sexton v. Franklin First Financial, et al**, Case No. 08 cv 04950 (U.S. District Court for the Eastern District of New York);

**Searson v. Concord Mortgage Corporation**, Case No. 07 cv 3909 (U.S. District Court for the Eastern District of New York);

**Franco v. Ideal Mortgage Bankers,** Case No. 07 cv 3956 (U.S. District Court for the Eastern District of New York);

**Ferrante v. 411 Rest. Corp.,** Case No. 07 cv 11167 (U.S. District Court for the Southern District of New York);

**Casale v. Provident Bank,** No. 04 cv 2009 (U.S. District Court for the District of New Jersey);

**Reinsmith v. Castlepoint Mortgage,** No. 05 cv 01168 (U.S. District Court, District of Massachusetts);

**Billman v. National City Bank**, No. 06 cv 138 (U.S. District Court, Southern District of Ohio);

**Flynn v. Mortgage IT**, No. 05 cv 3120 (U.S. District Court, Southern District of Ohio).

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

*EXHIBIT 1*

*TIME REPORT SUMMARY AT CURRENT RATES*

| Firm Name: | Erik H. Langeland, P.C. | | Reporting Period: | | Inception through February 28, 2022 | | | |
|---|---|---|---|---|---|---|---|---|

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery
    (Written / Deposition Taking & Defending / Meet & Confer / etc. )
4) Document Review
    (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)

5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts

11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep
    (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

**TITLE:**

(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Erik H. Langeland | | 73.00 | | 34.20 | 103.60 | | | | 1.10 | 11.20 | 80.90 | | | | | 0.00 | 304.00 | 304.00 | $750.00 | $0.00 | $228,000.00 | **$228,000.00** |
| Name (P) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 73.00 | 0.00 | 34.20 | 103.60 | 0.00 | 0.00 | 0.00 | 1.10 | 11.20 | 80.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 304.00 | 304.00 | | $0.00 | $228,000.00 | $228,000.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| **GRAND TOTAL:** | 0.00 | 73.00 | 0.00 | 34.20 | 103.60 | 0.00 | 0.00 | 0.00 | 1.10 | 11.20 | 80.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 304.00 | 304.00 | | $0.00 | $228,000.00 | $228,000.00 |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:** _____

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | | |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | | |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$0.00** |