# EXHIBIT O

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**DECLARATION OF JOSEPH G. SAUDER IN SUPPORT OF PLAINTIFFS' PETITION
FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF
SAUDER SCHELKOPF LLC**

I, Joseph G. Sauder, declare and state as follows:

1.  I am a partner of the law firm of Sauder Schelkopf LLC. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2.  My firm has acted as counsel to Plaintiffs in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs: researching and drafting the JPML papers, drafting deposition by written questions to TikTok, investigating potential claims to include in a complaint, participation in numerous teleconferences between counsel, interviewing potential class members, and preparing a complaint. The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 231.40 hours. The total lodestar for my firm in this time period is $150,787.5.

3. For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities: reviewing the settlement and consulting with retained client regarding the settlement, working with the client to complete client questionnaire for co-lead counsel, and participating in meetings and teleconferences regarding the settlement. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 23.20 hours. The total lodestar for my firm in this time period is $13,052.50.

4. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 254.60 hours. The total lodestar for my firm is $163,840.00. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of March 2022 at Berwyn, Pennsylvania.

_____
Joseph G. Sauder

# Exhibit 1

# SAUDER | SCHELKOPF
## Attorneys at Law

Telephone: 888.711.9975
Facsimile: 610.421.1326
1109 Lancaster Avenue
Berwyn, PA 19312
www.sauderschelkopf.com

## Attorneys

- Joseph G. Sauder
- Matthew D. Schelkopf
- Lori G. Kier
- Joseph B. Kenney
- Alice M. Elmer

## Practice Areas

- Automobile Defects and False Advertising
- Consumer Fraud Class Actions
- Sexual Misconduct and Gender Discrimination
- Employee Rights Class Actions
- General Complex Litigation

## Case Highlights

## Joseph G. Sauder, Partner

Joseph G. Sauder handles complex cases on behalf of individuals, sexual misconduct victims, consumers, small businesses and employees. Mr. Sauder currently serves as court appointed lead counsel in state and federal courts across the country. He has successfully litigated cases against some of the largest companies in the world.



*The Legal Intelligencer* named Mr. Sauder in its 2020 Pennsylvania Trailblazers list recognizing 31 lawyers who "have taken extra measures to contribute to positive outcomes . . . and who are truly agents of change." *The Legal* highlights Joe's innovative work on advocacy as class counsel in large institutional sex abuse cover-ups, women's, and children's rights. Since 2012, Mr. Sauder has been selected by the National Trial Lawyers Association as one of the Top 100 Trial Lawyers in Pennsylvania. Since 2011, Mr. Sauder has been selected as a Pennsylvania SuperLawyer, a distinction held by the top 5% of attorneys in PA, as chosen by their peers and through the independent research of Law & Politics. The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named Mr. Sauder as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession and make a significant commitment to their community.

From 1998 to 2003, Mr. Sauder was a prosecutor in the Philadelphia District Attorney's Office where he tried hundreds of criminal cases to verdict. Mr. Sauder received his Bachelor of Science, magna cum laude in Finance from Temple University in 1995. He graduated from Temple University School of Law in 1998, where he was a member of Temple Law Review.

Mr. Sauder is admitted to practice before the Supreme Courts of Pennsylvania and New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the District of New Jersey and the District of Colorado. Mr. Sauder currently serves as a lead counsel in numerous class actions related to product, construction and automotive defect cases pending throughout the country.

## Matthew D. Schelkopf, Partner

Matthew D. Schelkopf has extensive trial and courtroom experience throughout the United States, with an emphasis on class actions involving automotive defects, consumer protection, defective products and mass torts litigation.

*The Legal Intelligencer* named Mr. Schelkopf in its [2020 Pennsylvania Trailblazers](#) list recognizing 31 lawyers who "have taken extra measures to contribute to positive outcomes . . . and who are truly agents of change." *The Legal* highlights Matthew's work on behalf of clients who have been victimized by corporations. Since 2010, Mr. Schelkopf has been selected by Pennsylvania Super Lawyers as a Rising Star (a distinction held by the top 2.5% of attorneys in PA) and then a Pennsylvania Super Lawyer, as chosen by their peers and through the independent research of Law & Politics. In 2012, The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named Mr. Schelkopf as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession and make a significant commitment to their community. Mr. Schelkopf was also selected as a Top 40 under 40 by the National Trial Lawyers in 2012-2015.

Mr. Schelkopf began his legal profession as a criminal prosecutor with the District Attorney's Office of York County. He quickly progressed to Senior Deputy Prosecutor where he headed a trial team responsible for approximately 300 felony and misdemeanor cases each quarterly trial term.

In 2004, Mr. Schelkopf then associated with a suburban Philadelphia area law firm, litigating civil matters throughout Pennsylvania and New Jersey. In 2006, he was co-counsel in a Philadelphia County trial resulting in a $30,000,000.00 jury verdict in favor of his clients – the largest state verdict recorded for that year. Mr. Schelkopf currently serves as a lead and co-lead counsel in numerous class actions related to product and automotive defect cases pending throughout the country.

Outside of the office, Mr. Schelkopf enjoys spending time with his family, mountain and road biking, skiing and restoring classic automobiles. Three of his auto restorations have been featured in nationally circulated automotive publications.

## Lori Kier, Counsel

With a broad litigation background, Lori G. Kier serves as Of Counsel to the firm. For nearly 25 years, Ms. Kier served as senior attorney at the U.S. Environmental Protection Agency in Philadelphia. Prior to her time at EPA, Ms. Kier was a staff attorney at the U.S. Court of Appeals for the Third Circuit and a Law Clerk to U.S. District Judge Fred I. Parker (D. Vt.).



At EPA, Ms. Kier developed and prosecuted enforcement cases (administrative and judicial) under multiple state and federal environmental statutes, and participated in all aspects of litigation, both as primary counsel and in support of the U.S. Department of Justice. She led various teams in developing enforcement initiatives, most prominently in the areas of municipal and industrial stormwater. Other statutory areas covered included: Clean Water Act, Emergency Planning and Community Right-to-Know Act, Federal Insecticide, Fungicide, and Rodenticide Act National Historic Preservation Act, Resource Conservation and Recovery Act, Safe Drinking Water Act, and Toxic Substances Control Act.

As an active participant in her local community, Ms. Kier is currently a member of the East Goshen Township Zoning Hearing Board and previously served on the Township's Planning Commission. She serves as a Democratic Committee Person and has also been a mock trial coach for two local high schools as well as a judge for high school, college, and law school mock trial and moot court competitions

## Joseph B. Kenney, Associate



Joseph B. Kenney has experience representing consumers in class actions involving defective products, automotive defects, false and misleading advertising, and other consumer protection litigation.

Joe received his J.D., *cum laude*, from Villanova University School of Law in 2013. He was elected as a Managing Editor of Student Works for the Jeffrey S. Moorad Journal of Sports Law for his third year of law school. As a staff writer, his comment was selected for publication in the Spring 2012 Volume of the Journal. Prior to law school, Joe attended Ursinus College where he was a member of the men's varsity soccer team.

Joe is admitted to practice before the Supreme Courts of Pennsylvania and New Jersey and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. In 2017 and 2018, Joe was distinguished as a Pennsylvania SuperLawyer Rising Star.

# Alice M. Elmer,
## Associate



Alice is a graduate of Temple University James E. Beasley School of Law, with a [Certificate in Business Law](). She was a [Law & Public Policy Scholar]() and a Weisman Fellow. Prior to working at Sauder Schelkopf, Alice interned with the [Office of Attorney General]() in Pennsylvania, and with the [U.S. Attorney's Office]() in Washington, D.C. She has studied economics through the lens of law, written on the topics of Federal student loan debt and elder abuse financial frauds, and completed projects analyzing housing issues local to Philadelphia with the support of City Council and the [Sheller Center for Social Justice](). Valuing Temple's vibrant scholarly community, she held leadership positions with Outlaw, the Asian Pacific American Law Student Association, and the Women's Law Caucus. Out of a commitment to service, she participated in the Employment Advocacy Project, the Name Change Project, and the Pro Se Asylum Clinic—all experiences where she helped clients.

Alice holds a B.A. degree in Art and Gender Studies from the Johnston Center for Integrative Studies at the University of Redlands. As an undergraduate student, she studied in Prague and in Paris, where she focused on photography and European culture. Prior to law school, Alice worked in book publishing for five years. She learned the value of good design and cultivated an editor's attention to detail. Driven to create great change in people's lives, she has since harnessed her experiences in writing and storytelling for the study of law.

Outside of work, Alice enjoys cooking, the outdoors, and traveling as often as possible.

## Practice Area: Consumer Fraud Class Actions

The attorneys at Sauder Schelkopf have prosecuted and resolved numerous consumer fraud class actions on behalf of millions of consumers against nationally known corporations for deceptive and unfair business practices. Sauder Schelkopf's experience includes the following types of consumer fraud class action cases:

*Automotive Defects* – Automobiles are a major expense and consumers expect them to provide safe and reliable transportation for themselves and their family and friends. Some vehicles, however, may contain manufacturing or design defects that can pose a danger to our families and others on the road. Even if these defects do not create a potential safety issue, they might result in costly repairs to consumers.

*Construction Defects* – When consumers purchase a home, they expect the plumbing and other basic functions of the home to work without fail. Certain companies, however, are known to cut corners when designing and manufacturing their products. When an essential component of the home fails, it can lead to costly repair bills, damage to the surrounding property in the home, and high homeowner's deductibles.

*Consumer Electronics Defects* – As technology continues to evolve, more and more consumers purchase and depend upon electronic devices in their daily routines. From smartphones to state-of-the art drones, many manufacturers rush products to sale to take advantage of high consumer demand. As these products are rushed to market, consumers often are left between the difficult choice of paying expensive repair bills or placing their expensive product on the shelf to gather dust.

*Medical Device Defects* – Manufacturers of medical devices are held to high standards in the design, manufacturing, and marketing of their products. When a manufacturer learns of a defect in their medical device that could cause bodily harm to the end-user, the law imposes a strict duty on them to institute a recall immediately. Many times, however, manufacturers seek to place profits above the safety of their customers

# Practice Area: Sexual Misconduct and Gender Discrimination

Sauder Schelkopf has a nationally recognized sexual misconduct practice with significant experience fighting for victims. Our former prosecutors have extensive experience investigating and trying cases. Sauder Schelkopf currently represents victims of clergy sexual abuse in dioceses throughout the country. We have numerous class action lawsuits pending throughout the country on behalf of sexual abuse survivors.

## Practice Area: Employee Rights Class Actions

The attorneys at Sauder Schelkopf have protected workers' rights. Employees are given numerous protections under state and federal law. The attorneys at Sauder Schelkopf has held employers accountable to their obligations under the law when hiring, employing, and firing their workers.

If employees face discrimination based on their race, color, country of origin, religion, gender, sexual orientation, the employer is violating the law. In addition, many employees do not receive their due compensation as numerous employers engage in wage and hour violations. Whether you are a potential whistleblower, or your case is associated with any technical or creative legal matter, the attorneys at Sauder Schelkopf are available to discuss your potential case.

# Case Highlights

The attorneys at Sauder Schelkopf have played a lead role in cases throughout the country including:

- *In re Checking Account Overdraft Litig.*, **(S.D. Fla.)** (class action resulting in a $55 million settlement with US Bank; $14.5 million settlement with Comerica);
- *Afzal v. BMW of North America, LLC*, **(D.N.J.)** (class action on behalf of purchasers and lessees of BMW M3 vehicles with S65 engines containing an alleged rotating assembly defect resulting in engine failure);
- *Ajose v. Interline Brands, Inc.*, **(M.D. Tenn.)** ($16.5 million nationwide class action settlement on behalf of purchasers of defective toilet connectors);
- *Rangel v. Cardell Cabinetry, LLC*, **(W.D. Tex.)** ($800,000 settlement on behalf of hundreds of former employees of a Texas cabinetry maker for Worker Adjustment and Retraining Notification (WARN) violations when they were fired without notice);
- *In re: Outer Banks Power Outage Litigation (E.D.N.C.)* ($10.3 million settlement on behalf of businesses impacted by massive power outage and evacuation cause by a bridge builder);
- *Guill, Jr. v. Alliance Resource Partners, L.P. et al* **(S.D. Ill)** (WARN Act class action on behalf of 200 coal miners);
- *Bang v. BMW of North America, LLC*, **(D.N.J.)** (nationwide class action settlement on behalf of hundreds of thousands of purchasers and lessees of certain BMW vehicles with N63 engines containing alleged oil consumption defect);
- *Traxler v. PPG Industries, Inc.* **(N.D. Ohio)** ($6.5 million class action settlement on behalf of homeowners who purchased and used defective deck stain);
- *Physicians of Winter Haven v. Steris Corp.*, **(N.D. Ohio)** ($20 million class action settlement on behalf of surgical centers to recoup out-of-pocket expenses related to recalled medical device);

- *In re Stericycle Inc., Sterisafe Contract Litigation,* **(N.D. Ill.)** ($295 million class action settlement on behalf of medical waste disposal customers of Stericycle regarding alleged automated price increases in violation of contractual terms);
- *Desio et al. v. Insinkerator et al.* **(E.D. WA)** ($3.8 million class action settlement on behalf of homeowners who purchased defective water filters);
- *Davitt v. Honda North America, Inc.,* **(D.N.J.)** (class action nationwide settlement on behalf of hundreds of thousands of purchasers and lessees of Honda CR-V vehicles with alleged defective door lock actuators);
- *McCoy v. North State Aviation,* **(M.D.NC)** ($1.5 million settlement on behalf of hundreds of former employees for Worker Adjustment and Retraining Notification (WARN) violations when they were fired without notice);
- *Henderson v. Volvo Cars of North America LLC,* **(D.N.J.)** (class action nationwide settlement on behalf of 90,000 purchasers and lessees of Volvo vehicles with defective GM4T65 automatic transmissions);
- *Klug v. Watts Regulatory Co.,* and *Ponzo v. Watts Regulatory Co* **(D. Neb.)** ($14 million settlement on behalf of homeowners with defective toilet connectors and water heater connectors manufactured by Watts);
- *Lax v. Toyota Motor Corporation* **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Toyota vehicles with alleged oil consumption defect);
- *Mendoza v. Hyundai Motor America, Inc.,* **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Hyundai Sonata vehicles with alleged connecting rod bearing defect resulting in engine failure);
- *Neale v. Volvo Cars of North America LLC,* **(D.N.J.)** (certified class action on behalf of hundreds of thousands of purchasers and lessees of certain Volvo vehicles with alleged defective sunroof water drainage systems);
- *Rivera v. Ford Motor Company,* **(E.D. Mich.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Ford Focus vehicles with alleged defective Evaporative Emission Control (EVAP) systems causing sudden and unexpected engine stalling);

- *Wallis v. Kia Motors America, Inc.*, **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Kia vehicles with alleged connecting rod bearing defect resulting in engine failure);
- *Whalen v. Ford Motor Co.*, **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Ford and Lincoln vehicles with alleged defective MyFord Touch infotainment systems);
- *Tolmasoff v. General Motors*, **(E.D. MI.)** ($6 million nationwide class action settlement on behalf of purchasers and lessees alleging overstated MPG);
- *Yaeger v. Subaru of America, Inc.*, **(D.N.J.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Subaru vehicles with alleged oil consumption defect);
- *Smith v. Gaiam*, **(D. Colo.)** ($10 million consumer class action settlement, which provided full relief to the class).
- *International Brotherhood of Electrical Workers Local 98 Pension Fund v Encore*, **(San Diego, CA)** (shareholder derivative settlement implemented industry-leading reforms to its risk management and corporate governance practices, including creating Chief Risk Officer and Chief Compliance Officer positions, various compliance committees, and procedures for consumer complaint monitoring)

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

*EXHIBIT 1*

*TIME REPORT SUMMARY AT CURRENT RATES*

| **Firm Name:** | Sauder Schelkopf LLC | | **Reporting Period:** | Inception through February 28, 2022 | | **TITLE:** | (P) Partner |
|---|---|---|---|---|---|---|---|

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc.)
4) Document Review (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)
5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts
11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph Sauder (P) | | 4.80 | 13.00 | | 50.60 | | | | | | 7.70 | 37.50 | | | | 0.00 | 113.60 | 113.60 | $750.00 | $0.00 | $85,200.00 | **$85,200.00** |
| Matthew Schelkopf (P) | 4.70 | 10.40 | | | 7.10 | | | | | | | 35.70 | | | | 0.00 | 57.90 | 57.90 | $700.00 | $0.00 | $40,530.00 | **$40,530.00** |
| Lori Kier (A) | | | 0.80 | | | | | | | | | 3.90 | | | | 0.00 | 4.70 | 4.70 | $500.00 | $0.00 | $2,350.00 | **$2,350.00** |
| Joseph Kenney (A) | 5.60 | 1.00 | 10.90 | | 36.20 | | | | | | 5.20 | 13.70 | | | | 0.00 | 72.60 | 72.60 | $475.00 | $0.00 | $34,485.00 | **$34,485.00** |
| SUB-TOTAL | 10.30 | 16.20 | 24.70 | 0.00 | 93.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.90 | 90.80 | 0.00 | 0.00 | 0.00 | 0.00 | 248.80 | 248.80 | | $0.00 | $162,565.00 | **$162,565.00** |
| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
| Paula Lyons (PL) | | | | | | | | | | | | 2.70 | | | | 0.00 | 2.70 | 2.70 | $300.00 | $0.00 | $810.00 | **$810.00** |
| Heather Swadley (LC) | | | 3.10 | | | | | | | | | | | | | 0.00 | 3.10 | 3.10 | $150.00 | $0.00 | $465.00 | **$465.00** |
| SUB-TOTAL | 0.00 | 0.00 | 3.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.70 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 | 5.80 | | $0.00 | $1,275.00 | **$1,275.00** |
| **GRAND TOTAL:** | 10.30 | 16.20 | 27.80 | 0.00 | 93.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.90 | 93.50 | 0.00 | 0.00 | 0.00 | 0.00 | 254.60 | 254.60 | | $0.00 | $163,840.00 | **$163,840.00** |