# EXHIBIT P

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | MDL No. 2948 <br><br> Master Docket No. 20-cv-4699 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Sunil R. Harjani |
| **This Document Relates to All Cases** | |

**DECLARATION OF WILLIAM A. BAIRD IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF BAIRD LAW FIRM, APC**

I, WILLIAM A. BAIRD, declare and state as follows:

1. I am the Managing Attorney of the BAIRD LAW FIRM, APC. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs: These activities involved case preparation, drafting pleadings and motions, researching matters, providing input on briefs, taking part in leadership structure planning, and taking part in settlement discussions through and with co-counsel. The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 60.2 hours. The total lodestar for my firm in this time period is $ 45,150.

3. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 60.2 hours. The total lodestar for my firm is $ 45,150. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. Mr. Baird's rates have been routinely approved in other class actions. *See E.g., Hernandez vs. Alco General Contractors, Case No.* 34-2014-00172517-CU-OE-GDS, Superior Court of California, Sacramento County (Sept 2020) (approving fee request with $750 hourly rate); *Santillan v. JSBM, INC.,* Case No. 2016536, Superior Court of California, Stanislaus County (Feb 2021)(approving fee request with $750 hourly rate). The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

4. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

5. My firm is not submitting a request for unreimbursed expenses in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of March 2022 at Westlake Village, Ca.

*Tony Baird*
WILLIAM A. BAIRD

# Exhibit 1

**WILLIAM A. BAIRD, Esq.**
**Baird Law Firm, APC**
2625 Townsgate Road, Suite 330
Westlake Village, Ca. 91361
Phone: 805-267-1209
Tbaird@bairdlawfirm.org

**Background**

**William A. Baird**, Esq., is the managing attorney of the Baird Law Firm, APC. Before starting the Baird Law Firm in 2019, Mr. Baird worked in some of the most successful Plaintiffs' firms in California. Mr. Baird has extensive experience in handling wildfire cases. The firm and his co-counsel currently represent over two hundred properties (including homeowners, renters, and various businesses) that were damaged in either the Thomas or Woolsey Fire. To date his team has been involved in over 30 million dollars worth of settlements stemming from these fires.

In addition to fire litigation, Mr. Baird has extensive experience litigating consumer class actions, employment litigation, mass torts (fire litigation and medical products), insurance actions and catastrophic injury cases. Mr. Baird as lead counsel, co-lead counsel, or as counsel, has represented thousands of employees, insureds, consumers, and the injured in such cases throughout California as well as the country. During the course of this time, he has helped to obtained millions of dollars in compensatory relief on behalf of his clients.

Mr. Baird has lectured on the topics of fire litigation, insurance bad faith, and consumer class actions. He has also contributed to practice handbooks dealing with insurance claims and class actions. He has been involved in trials in State Court and Federal Court as well as arbitrations. In addition to his other trials, he was a member of the legal team that obtained the largest verdict of its type in a case where a child was blinded as a result of improper neonatal care.

Mr. Baird is admitted to practice in California State Courts and the United States District Courts for the Eastern, Central, and Southern Districts of California. He is a member of The Consumer Attorneys of California as well as The Consumer Attorneys of Los Angeles.

Mr. Baird obtained his Juris Doctor Degree from Pepperdine University School of Law, graduating *cum laude,* where he was a staff writer for the Pepperdine Law Review and the recipient of the Dean's, President's, and Howard A. White Scholarships. He graduated from Pepperdine University, *cum laude*, with a Bachelor of Arts degree in History.

# Exhibit 2

IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION

EXHIBIT 1

TIME REPORT SUMMARY AT CURRENT RATES

| Firm Name: | Baird Law Firm | | | | | | Reporting Period: | | | Inception through February 28, 2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Categories: | 1) Legal Research<br><br>2) Investigation / Factual Research<br><br>3) Discovery<br>    (Written / Deposition Taking & Defending / Meet & Confer / etc.)<br><br>4) Document Review<br>    (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review) | 5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)<br><br>6) Class Certification<br><br>7) Summary Judgment<br><br>8) Appeals<br><br>9) Court Appearance and Prep<br><br>10) Experts | 11) Settlements & Mediation<br><br>12) Case Management<br><br>13) Class Notice<br><br>14) Trial Prep<br>    (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)<br><br>15) Trial | **TITLE:** | (P) Partner<br><br>(A) Associate<br><br>(LC) Law Clerk<br><br>(SPL) Senior Paralegal<br><br>(PL) Paralegal | |

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William A Baird (P) | | | | | 36.60 | | | | | | 16.30 | 7.30 | | | | Same as current | 60.20 | 60.20 | $750.00 | $0.00 | $45,150.00 | **$45,150.00** |
| SUB-TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 36.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.30 | 7.30 | 0.00 | 0.00 | 0.00 | 0.00 | 60.20 | 60.20 | | $0.00 | $45,150.00 | $45,150.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| SUB-TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| GRAND TOTAL: | 0.00 | 0.00 | 0.00 | 0.00 | 36.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.30 | 7.30 | 0.00 | 0.00 | 0.00 | 0.00 | 60.20 | 60.20 | | $0.00 | $45,150.00 | $45,150.00 |