# EXHIBIT R

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | MDL No. 2948 |
| | Master Docket No. 20-cv-4699 |
| | Judge John Z. Lee |
| | Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | |

**DECLARATION OF JON TOSTRUD IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF TOSTRUD LAW GROUP**

I, JON TOSTRUD, declare and state as follows:

1.     I am the Founder and Partner of the law firm of Tostrud Law Group, PC. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2.     My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs: initial factual investigation; legal research and drafting the complaint; conducting legal research regarding Plaintiffs' potential claims; assisting in drafting pleadings including the consolidated and amended complaint and several motions relating to case consolidation and the MDL; corresponding with counsel for Defendant; attending court hearings; dealing with experts in both the United States and the Asia-Pacific region; conducting overarching and widespread

review and analysis of settlement and defendant-related media and news coverage; and strategizing with lead counsel regarding settlement, mediation and the ultimate resolution of this matter. The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 263.9 hours. The total lodestar for my firm in this time period is $201,670.50.

3.      For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs: continuing monitoring of defendant and settlement-related media coverage; strategizing with lead and co-counsel; and responding to inquiries from class members regarding the settlement and their rights and obligations relating to the settlement. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 9.1 hours. The total lodestar for my firm in this time period is $7,234.50.

4.      The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 273.0 hours. The total lodestar for my firm is $208,905.00. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5.      Attached hereto as **<u>Exhibit 2</u>** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6.      As detailed in **Exhibit 3**, my firm has incurred a total of $1,928.08 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7.      The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of March, 2022 at Los Angeles, CA.

Jon Tostrud

# EXHIBIT 1



TOSTRUD LAW GROUP, P.C.
1925 CENTURY PARK EAST
SUITE 2100
LOS ANGELES, CA 90067
TEL: 310.278.2600
FAX: 310.278.2640
WWW.TOSTRUDLAW.COM

## FIRM RESUME

Tostrud Law Group, P.C was founded in 2011 with offices in Los Angeles and Minneapolis. We have a diversified legal practice, and courts have appointed us to leadership positions in significant class action cases throughout the nation. Tostrud Law Group successfully represents plaintiffs in the areas of personal injury, securities and financial fraud, employment discrimination, unlawful employment practices including wage and hour disputes, product defect, consumer protection, antitrust and intellectual property, False Claims Act, and human rights. Our clients include individuals, classes or groups of persons, businesses, and public and private entities.

## FIRM BIOGRAPHY:

**JON A. TOSTRUD,** Admitted to practice in the State of California and the State of Minnesota; U.S. District Court, District of Minnesota; U.S. District Court, Eastern District of California; U.S. District Court, Southern District of California; U.S. District Court, Northern District of California; U.S. District Court, Central District of California; *Education:* William Mitchell College of Law; *Memberships*: State Bar of California; State Bar of Minnesota.

**ANTHONY M. CARTER**, Admitted to practice in the Commonwealth of Virginia; U.S. District Court, Eastern District of Virginia; U.S. District Court, Western District of Virginia; U.S. District Court, District of North Dakota; *Education:* James E. Rogers College of Law at the University of Arizona; *Memberships*: State Bar of Virginia.

**SETTLED CASES**

a. **In Re: Pork Antitrust Litigation**, No. 18-cv-1776 (United States District Court for the District of Minnesota). Tostrud Law Group, P.C. was appointed to the Plaintiffs' Steering Committee in this antitrust litigation involving allegations of price-fixing by major pork manufacturer defendants. Plaintiffs negotiated a multi-million dollar settlement with defendant JBS Foods.

b. **Engquist, et al. v. City of Los Angeles** No. BC591331 (Superior Court of California, County of Los Angeles). Tostrud Law Group, P.C., served as co-counsel for a class of taxpayers who reside in the City of Los Angeles who paid taxes for gas services that were improperly collected by the City. Tostrud Law Group, P.C. sought refunds of taxes collected for gas services on behalf of consumers who paid the City Gas User Tax ("GUT") improperly collected by the City of Los Angeles. After several years of litigation, Plaintiffs negotiated a settlement in the amount of $32.5 million for credit refunds of taxes improperly collected, as well as cessation of the tax.

c. **Juan Jordan, et al. v. Meridian Bank, et al.**, No. 17-cv-5251 (United States District Court for the Eastern District of Pennsylvania). Tostrud Law Group, P.C. served as co-counsel in this class action on behalf of inside sales loan officers who were employed by Defendant Meridian Bank. Plaintiffs alleged Defendants violated the Fair Labor Standards Act and state labor laws by misclassifying them as exempt from receiving overtime pay and by failing to compensate them at the federally-mandated minimum wage. On March 19, 2019, the court granted conditional certification in part for those loan officers who were denied overtime wages for all time worked in excess of 40 hours per workweek. On April 3, 2019, the court approved the parties' form of notice to be

2

distributed to the putative class. On September 30, 2019, the court issued an order granting preliminary approval of settlement of the case.

d. **Grahl v. Circle K Stores, Inc.**, No. 2:14-cv-305 (United States District Court for the District of Nevada). Tostrud Law Group, P.C., served as co-counsel for a nationwide class of Store Managers employed by defendant Circle K Stores. Plaintiffs alleged Circle K Stores knowingly misclassified its Store Managers as exempt employees and failed to properly pay them the required minimum and overtime wages. On August 26, 2015, the court granted Plaintiff's motion for conditional certification and agreed the case should proceed as a national class action. On December 21, 2018, the court preliminarily approved the parties' settlement of claims. On April 8, 2019, the parties received final approval of the $8.25 million settlement for more than 1,200 current and former store mangers who joined the case seeking to recover unpaid wages.

e. **Granados v. County of Los Angeles,** No. BC361470 (Superior Court for the County of Los Angeles). Tostrud Law Group, P.C. served as co-counsel in this class action for the improper collection of telephone user taxes ("TUT") on behalf of all individuals and businesses in the unincorporated areas of the County of Los Angeles who paid for residential landline, business landline, and/or mobile telephone services. The Hon. Maren E. Nelson granted final approval of a $16.9 million settlement for refunds of the telephone taxes on October 29, 2018.

f. **McWilliams v. City of Long Beach,** No. BC361469 (Superior Court for the County of Los Angeles). Tostrud Law Group, P.C. served as co-counsel in this class action for the imposition and collection of a Utility Users Tax ("UUT") on behalf of all individuals and businesses within the City of Long Beach who paid for residential landline, business

3

landline, and/or mobile telephone services. In 2013, Plaintiffs won a landmark appeal in the California Supreme Court, allowing the case to proceed. The Hon. Maren E. Nelson granted final approval of a $16.6 million settlement for refunds of the telephone taxes on October 30, 2018.

g. **Eaton v. Hamilton Group Funding, et al.,** No. 18-cv-21463 (United States District Court for the Southern District of Florida). Tostrud Law Group, P.C. served as co-counsel in this class action on behalf of inside sales loan officers who were employed by Defendant Hamilton Group Funding. Plaintiffs alleged Defendant violated the Fair Labor Standards Act by misclassifying them as exempt from receiving overtime pay and by failing to compensate them at the federally-mandated minimum wage. In March 2019, the parties entered into a settlement agreement for an undisclosed amount and are currently awaiting final approval from the court.

h. **Luis Bautista, et al. v. Carl Karcher Enterprises, LLC**, No. BC649777 (Superior Court of California, County of Los Angeles). Tostrud Law Group, P.C. served as co-counsel in a class action lawsuit for employees who worked for Carl's Jr. restaurants. Plaintiffs alleged that Carl's Jr.'s parent company, CKE, colluded with its franchisees to suppress the wages of the restaurant-based managers through a "no hire" agreement that expressly forbids franchises from employing or seeking to employ any of the restaurant-based managers who work for other franchisees or for CKE directly. Tostrud Law Group, P.C. recovered damages on behalf of the individual named plaintiffs, and successfully negotiated to permanently enjoin Defendants from enforcing the "no hire" term in its franchise agreement with franchisees.

4

i. **Small v. University Medical Center of Southern Nevada**, No. 12-cv-395 (United States District Court for the State of Nevada). Tostrud Law Group, P.C. serves as co-counsel representing employees who allege defendant University Medical Center ("UMC") failed to pay them properly for missed meal breaks under the Fair Labor Standards Act. After the court granted Plaintiffs' motion for conditional certification on June 14, 2013, approximately 600 current and former UMC employees agreed to join the case. After a granting Plaintiffs' motion to compel in July 2013, the court appointed a Special Master to oversee the discovery process. The Special Master ultimately made numerous factual findings in support of Rule 23 class certification and concluded in a 78-page Report and Recommendation that defendant UMC had failed to identify, preserve, search for, collect and process relevant evidence. Magistrate Judge Leen overruled Defendants' objection on August 9, 2018 in a 123-page ruling. On May 29, 2019, the United States District Judge Andrew Gordon granted approval to a $4.25 million dollar settlement of the action.

j. **Lane v. First National Bank of Layton**, No. 01-15-0005-5682 (American Arbitration Association). Tostrud Law Group, P.C. helped secure a settlement for a group of former inside sales loan officers who worked for Respondent First National Bank of Layton ("Layton") for alleged violations of the Fair Labor Standards Act and Maryland state labor laws. Claimants received compensatory damages due to Layton's misclassification of its inside loan officers as exempt employees and failure to properly pay these employees the required minimum and overtime wages.

k. **Rocha, et al. v. Gateway Funding,** No. 15-cv-00482 (United States District Court for the Eastern District of Pennsylvania). Tostrud Law Group, P.C. helped secure a seven figure settlement of behalf of a class of inside sales loan officers who worked for defendant

Gateway Funding. Plaintiffs received compensatory damages due to Gateway Funding's misclassification of its inside loan officers as exempt employees and failure to properly pay these employees the required minimum and overtime wages.

l. **Ardon v. City of Los Angeles,** No. BC363959 (Superior Court for the County of Los Angeles). Tostrud Law Group, P.C., helped secure a $92.5 million dollar settlement on behalf of millions of Los Angeles city residents and businesses who paid taxes for telephone services that were improperly collected by the city. In October 2016, the City of Los Angeles agreed to provide refunds of taxes collected for telephone services on behalf of consumers who paid telephone utility user taxes to the City of Los Angeles for residential landline, business landline, and mobile telephone services.

m. **Struett v. Susquehanna**, No. 5:15-cv-176 (United States District Court for the Eastern District of Pennsylvania). Tostrud Law Group, P.C. helped secure a settlement on behalf of a Section 216(b) collective class and Rule 23 class of residential mortgage bankers for misclassification violations and failure to properly pay overtime wages.

n. **Pomphrett, et al. v. American Home Bank, et al.,** No. 1:12-cv-10330 (United States District Court for the District of Massachusetts). Tostrud Law Group, P.C. helped achieve a seven figure settlement of behalf of a Section 216(b) collective class and Rule 23 class of several hundred former loan officers for the failure to pay overtime wages.

o. **Wyler –Wittenberg, et al. v. Metlife Home Loans, Inc,** No. 2:12-cv-00366 (United States District Court for the Eastern District of New York). Tostrud Law Group, P.C. helped achieve a seven figure settlement of behalf of a Section 216(b) collective class and Rule 23 class of current and former loan officers for the failure to pay overtime wages.

p. **Ord, et al. v. First National Bank of Pennsylvania and F.N.B. Corp.**, No. 12-cv-00766 (United States District Court for the Western District of Pennsylvania). Tostrud Law Group, P.C. helped achieve a seven figure settlement of behalf of a Rule 23 class of several hundred account holders at First National Bank of Pennsylvania who were improperly charged overdraft fees on their checking accounts.

q. **Molyneux, et al. v. Securitas Security Services, Inc.**, No. 4:10-cv-588 (United States District Court for the Southern District of Iowa). Tostrud Law Group, P.C. helped achieve a six figure settlement of behalf of a Section 216(b) collective class and Rule 23 class of hundreds of hourly paid security officers for failure to pay for off-the-clock work.

r. **Hansen, et al v. Per Mar Security Services, et al,** No. 4:09-cv-00459 (United States District Court for the Southern District of Iowa). Tostrud Law Group, P.C. helped achieve a confidential settlement of behalf of a Section 216(b) collective class and Rule 23 class of hundreds of hourly paid security officers for back wages.

## CASE PROFILES

### Current Cases

a. **In Re Turkey Antitrust Litigation**, No. 19-cv-08318 (United States District Court for the Northern District of Illinois). Tostrud Law Group, P.C. serves as co-counsel on behalf of indirect purchasers of turkey products from several turkey suppliers. Plaintiffs allege defendants violated federal and state antitrust laws by conspiring to illegally fix, raise, and maintain the price of turkey in order to secure massive profits. Plaintiffs are seeking damages sustained by them as a result of Defendants' unlawful behavior.

b. **In Re Cattle and Beef Antitrust Litigation**, No. 20—cv-01319 (United States District Court for the Northern District of Minnesota). Tostrud Law Group, P.C. was appointed to

the Plaintiffs' Steering Committee on behalf of indirect purchasers of beef products from several beef suppliers. Plaintiffs allege Defendants violated federal and state antitrust laws by conspiring to illegally fix, raise and maintain the price of beef.

c. **Gustavo Lopez De La Fuente, et al. v. American Family Insurance, et al.**, No. 19HA-cv-21-717 (Minnesota Judicial Branch, First Judicial District). Tostrud Law Group, P.C. serves as co-counsel on behalf of a group of Hispanic individuals who paid premiums for insurance services from Defendant American Family Insurance ("AFI") when, in fact, there was no insurance coverage. Plaintiffs seek damages sustained by them as a result of Defendants' fraudulent conduct and an award of actual and punitive damages to all class members.

d. **Nicolás Montalvo v. California Lutheran University**, No. 21STCV38140 (Superior Court for the County of Los Angeles). Tostrud Law Group, P.C. serves as co-counsel seeking to represent a class of students who paid tuition and fees to attend Defendant California Lutheran University for the time period affected by COVID-19 and had their course work moved to online learning. Plaintiffs seek reimbursement of those fees and tuition paid to Defendant for the time Plaintiffs did not receive the benefits of the on-campus, in-person educational experience.

e. **Springmeyer v. Marriott International, Inc.**, No. 20-cv-00867 (United States District Court for the District of Maryland). Tostrud Law Group, P.C. serves as co-counsel seeking to represent a class of consumers whose personal information was stolen from Defendant Marriott International. Plaintiffs allege Marriott failed in its duty to protect its guests' sensitive information by not implementing adequate and reasonable cyber-security

procedures and protocols for its databases. Plaintiffs seek an injunction and award of damages as a result of Defendant's negligent and unlawful actions.

f. **In Re: Plaid Inc. Privacy Litigation**, No. 20-cv-3056 (United States District Court for the Northern District of California). Tostrud Law Group, P.C. serves as co-counsel seeking to represent a class of individual users of the financial application, Venmo, created by Defendant Plaid Inc. Plaintiffs allege Defendant improperly collects the transactional history and other financial data of its app users without consent and sells this data to third parties. Plaintiffs seek declaratory and injunctive relief as well as an award of damages as a result of Defendants' unlawful actions.

g. **Angell Chevas, et al. v. California Baptist University**, No.CVRI2000805 (Superior Court of California, County of Riverside). Tostrud Law Group, P.C. serves as co-counsel seeking to represent a class of students attending California Baptist University who were deprived of the benefit of on-campus learning due to the cancellation of classes due to COVID-19. Plaintiffs allege Defendant failed to issue tuition refunds despite Plaintiffs' inability to receive on-campus instructions and access campus facilities. Plaintiffs seek injunctive relief and a return of monies wrongfully obtained for tuition and fees.

h. **In Re: TikTok, Inc. Consumer Privacy Litigation**, No. 20-cv-4699 (United States District Court for the Northern District of Illinois). Tostrud Law Group, P.C. serves as co-counsel seeking to represent a class of individual users of the social media platform, TikTok, created and administered by Defendants. Plaintiffs allege TikTok improperly scans and collects users' biometric identifiers in violation of the state of Illinois' Biometric Information Privacy Act ("BIPA"). Plaintiffs seek an injunction and an award of statutory damages to all class members.

i. **O'Garro v. City of Jersey City**, No. 20-cv-5282 (United States District Court for the District of New Jersey). Tostrud Law Group, P.C. serves as co-counsel on behalf of persons with mobility disabilities against Defendants Mayor Steven Fulop and the City of Jersey City. Plaintiffs are seeking declaratory and injunctive relief for Defendants' failure to provide accessible pedestrian rights of way within the City of Jersey City in violation of Title II of the Americans with Disabilities Act.

j. **In Re: Pork Antitrust Litigation**, No. 18-cv-1776 (United States District Court for the District of Minnesota). Tostrud Law Group, P.C. was appointed to the Plaintiffs Steering Committee by the Honorable Hildy Bowbeer on behalf of indirect purchasers of pork products from defendant pork suppliers. Plaintiffs allege defendants violated federal and state antitrust laws by conspiring to illegally fix, raise, and maintain the price of pork in order to secure massive profits. Plaintiffs are seeking damages sustained by them as a result of Defendants' unlawful behavior.

k. **In Re: Generic Pharmaceuticals Pricing Antitrust Litigation**, MDL No. 2724 (United States District Court for the Eastern District of Pennsylvania). Tostrud Law Group, P.C. was appointed to serve on the Plaintiffs Steering Committee as counsel in a class action lawsuit seeking to represent thousands of independent pharmacies against several defendant generic drug manufacturers. Plaintiffs allege these drug manufacturers violated federal and state antitrust laws. Plaintiffs seek damages sustained by them as a result of Defendants' unlawful behavior and an award of statutory damages to all class members.

l. **In Re EKSO Bionics Holding Corp. Derivative Litigation**, No. 18-cv-1348 (United States District Court for the Northern District of California). Tostrud Law Group, P.C. serves as liaison counsel in this shareholder derivative action for the benefit of

LendingClub shareholders who were damaged by, among other things, certain of LendingClub's officers and directors who made false and misleading statements and representations about the company's financial condition and future business prospects. Plaintiffs seek damages sustained by them as a result of Defendants' breach of fiduciary duties owed to their company.

In addition, while with the firm of Cuneo Gilbert &. LaDuca, LLP, Mr. Tostrud headed the wage and hour practice and was appointed lead or co-lead counsel and achieved seven-figure and eight-figure settlements in several class and collective actions including:

a. **Nerland v. Caribou Coffee. Inc. et al.**, Civil No. 05-1847 (United States District Court for the District of Minnesota). As co-lead class counsel, Cuneo Gilbert & LaDuca, LLP achieved a $2.7 million settlement on behalf of retail store managers improperly classified as exempt from overtime. The class action suit first filed in 2005, charged Caribou with wrongfully denying overtime pay due to current and former Caribou store managers. The lawsuit contended that Caribou misclassified its Store Manager position as exempt under the Minnesota and Federal Fair Labor Standards Acts to avoid paying overtime compensation. After nearly three years of litigation, the parties entered into a Settlement whereby, the Court granted final approval and Caribou Coffee Co. compensated participating class members.

b. **Oliva, et al v. International Coffee and Tea. LLC d/b/a The Coffee Bean and Tea Leaf, et al.**, Case No. BC296435 (Superior Court of the State of California, County of Los Angeles). As co-lead class counsel, Cuneo Gilbert & LaDuca, LLP achieved a seven-figure settlement on behalf of retail store managers improperly classified as

exempt from overtime, as well as hourly-paid barristas who were not compensated for their meal and rest breaks.

c. **Lagunas v. Cargill Meat Solutions Corp.**, Case No. 10-cv-00220 (United State District Court for the Southern District of Iowa) (Final approval - 1/27/11 Cuneo Gilbert & LaDuca, LLP served as co-lead counsel in six-figure class settlement on behalf of meat processing plant employees who were not properly paid for donning and doffing activities performed before their shifts, during meal breaks and after their shifts.

d. **Wineland, et al v. Casey's General Stores, Inc.**, No. 08 CV 00020 (United States District Court for the Southern District of Iowa) (Final approval 10/22/09). Cuneo Gilbert & LaDuca, LLP along with co-counsel was appointed lead counsel and achieved a seven figure settlement on behalf of a Section 216(b) collective class and Rule 23 class of over 60,000 cooks and cashiers for unpaid wages, including time worked before and after their scheduled shifts and while off-the-clock.

e. **Cedeno et al v. Home Mortgage Desk. Corp. et al.**, No. 08 CV 1168 (United States District Court for the Eastern District of New York) (Final approval - 6/15/10). Cuneo Gilbert & LaDuca, LLP along with co-counsel was appointed lead counsel and achieved a six figure settlement on behalf of a Section 216(b) collective class of loan officers deprived of overtime wages.

f. **Jones, et al v. Casey's General Stores. Inc**., No. 07 CV 400 (United States District Court for the Southern District of Iowa) (Final approval - 10/22/09). Cuneo Gilbert & LaDuca, LLP along with co-counsel was appointed lead counsel and achieved a seven figure settlement on behalf of a Section 216(b) collective class and Rule 23 class of

more than 6,000 assistant store managers for unpaid wages, including time worked before and after their scheduled shifts and while off-the-clock.

In addition to the above representative cases, Tostrud Law Group, P.C. is currently prosecuting several other class and/or collective actions, including data breach and privacy cases, product liability and securities fraud class actions, and several antitrust cases against large companies.

# EXHIBIT 2

**IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION**

**EXHIBIT 1**

**TIME REPORT SUMMARY AT HISTORIC RATES**

Firm Name: **TOSTRUD LAW GROUP, P.C.**

Reporting Period: Inception through February 28, 2022

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc.)
4) Document Review (including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)
5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts
11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep (Exhibit & Witness List/Jury Instruction/Voir Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

**TITLE:**
(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| Timekeeper | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total Hrs | Title / Rate | Total Hrs | Lodestar | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tostrud, Jon (Partner) | 8.10 | 2.00 | 49.50 | 64.70 | 53.00 | 4.40 | 2.90 | | | | 0.60 | 7.10 | | | | 191.70 | (P) $795.00 | 191.70 | $152,401.50 | $152,401.50 |
| Carter, Anthony (Partner) | | | 69.20 | 0.90 | 9.10 | 2.10 | | | | | | | | | | 81.30 | (A) $695.00 | 81.30 | $56,503.50 | $56,503.50 |
| | | | | | | | | | | | | | | | | 0.00 | (LC) $0.00 | 0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | (SPL) $0.00 | 0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | (PL) $0.00 | 0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | | 0.00 | $0.00 | $0.00 |

# EXHIBIT 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:** Tostrud Law Group, P.C.

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | | $203.15 |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | | $875.00 |
| Photocopies - in House | | $188.24 |
| Photocopies - Outside | | |
| Telephone/telecopier | | $197.27 |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | $464.42 |
| Travel - Hotels | | |
| Miscellaneous | | $252.35 |
| | | |