# EXHIBIT S

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**DECLARATION OF E. KIRK WOOD IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF WOOD LAW FIRM, LLC**

I, E. KIRK WOOD, declare and state as follows:

1. I am the MANAGING PARTNER of the law firm of WOOD LAW FIRM, LLC. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs: The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 26.70 hours. The total lodestar for my firm in this time period is $22,695.00.

3. For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common

benefit of Plaintiffs: The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 19.80 hours. The total lodestar for my firm in this time period is $16,830.00.

4. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 46.50 hours. The total lodestar for my firm is $39,525.00. My firm's lodestar figures are based on the firm's historic hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's historic hourly billing rates from case inception through February 28, 2022.

6. As detailed in **Exhibit 3**, my firm has incurred a total of $1,767.35 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  23rd  day of March 2022 at Birmingham, Alabama.

/s/ *E. Kirk Wood*
E. Kirk Wood

# Exhibit 1

**FIRM RESUME**

**E. Kirk Wood - Managing Partner**
**Wood Law Firm, LLC**
**P.O. Box 382434; Birmingham, AL 35238**
**Phone: (205) 612-0243; Fax: 866-747-3905**
**ekirkwood1@bellsouth.net**

**EDUCATION:**
BS, University of Alabama 1976; MS, Troy University 1984; JD, Cumberland School of Law 1987

**LICENSED:**
Alabama and Florida Bar

**INSTRUCTION:**
Adjunct Professor of Law, University of Alabama, 1992

**ADMITTED:**
Supreme Court of Alabama; Supreme Court of Florida; US District Court for the Northern District of Alabama; US District Court for the Middle District of Alabama; US District Court for the Northern District of Florida; US Court of Appeals for the Eleventh Circuit; US Court of Appeals for the Fourth Circuit
United States Supreme Court

**MEMBER:**
American Bar Association; Alabama Bar Association; Florida Bar Association; Birmingham Bar Association; Federal Bar Association

**CURRENT MULTI DISTRICT AND CLASS LITIGATION MATTERS:**

*In re: Blue Cross Blue Shield Antitrust Litigation (Plaintiffs Local Facilitating Counsel; Plaintiffs Steering Committee);*
*In re: Generic Pharmaceuticals Pricing Antitrust Litigation*
*In re: Local TV Advertising Antitrust Litigation*
*In re: Amiodarone Drug Litigation*
*In re: Woolsey Fire Litigation*
*In re: Google Assistant Privacy Litigation*
*In re: TikTok, Inc. Consumer Privacy Litigation*
*In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation;*

**RECENT REPRESENTATIVE MULTI DISTRICT AND CLASS LITIGATION MATTERS:**
**(All of which are now closed):**

*In re: TJX Retail Security Breach Litigation (*Plaintiffs' Steering Committee)
*In re: Vioxx Products Liability Litigation*
*In re: Bausch & Lomb Contact Lens Solution Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Heparin Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Total Body Formula Products Liability Litigation* (Co-Lead and Liaison Counsel; Plaintiffs Executive Committee)
*In re: Puerto Rico Cabotage Antitrust Litigation* (Plaintiffs Steering Committee)
*In re: Countrywide Security Breach Litigation* (Plaintiffs Steering Committee)
*In re: Hydroxycut Marketing and Sales Practices Litigation*
*In re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation*
*Denise Howerton, et al. vs. Cargill, Inc. (Truvia)*
*In re: Zappos.com, Inc., Customer Data Security Breach Litigation;*
*In re: DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation;*
*In re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation;*
*In re: Community Health Systems, Inc., Customer Security Data Breach Litigation* (Plaintiffs' Steering Committee)*;*

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

**EXHIBIT 1**

*TIME REPORT SUMMARY AT CURRENT RATES*

| Firm Name: | WOOD LAW FIRM, LLC | | Reporting Period: | Inception through March 22, 2022 | | TITLE: | |
|---|---|---|---|---|---|---|---|

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc.)
4) Document Review (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)
5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts
11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep (Exhibit & Witness List/Jury Instruction/Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E. Kirk Wood | | 8.00 | 5.70 | | 19.80 | | | | 2.40 | | 10.60 | | | | | 0.00 | 46.50 | 46.50 | $850.00 | $0.00 | $39,525.00 | **$39,525.00** |
| Name (P) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 8.00 | 5.70 | 0.00 | 19.80 | 0.00 | 0.00 | 0.00 | 2.40 | 0.00 | 10.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.50 | 46.50 | | $0.00 | $39,525.00 | **$39,525.00** |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | **$0.00** |
| **GRAND TOTAL:** | 0.00 | 8.00 | 5.70 | 0.00 | 19.80 | 0.00 | 0.00 | 0.00 | 2.40 | 0.00 | 10.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.50 | 46.50 | | $0.00 | $39,525.00 | **$39,525.00** |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:** WOOD LAW FIRM, LLC

**REPORTING PERIOD:** Inception through March 22, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | | $1,600.00 |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | $100.90 |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | | |
| Photocopies - in House | | $66.45 |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$1,767.35** |

556281    Ex 2 Expense Summary