# EXHIBIT T

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**DECLARATION OF RICHARD R. GORDON IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF GORDON LAW OFFICES, LTD.**

I, RICHARD R. GORDON, declare and state as follows:

1. I am a Partner of the law firm of Gordon Law Offices, Ltd. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs: plaintiff vetting and investigation, plaintiff status updates, litigation strategy and analysis, court appearances, participation in pleading and motion drafting, plaintiff communication regarding status. The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 69.1 hours. The total lodestar for my firm in this time period is $45,584.50.

3. For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs: continued plaintiff investigation, plaintiff status updates, litigation strategy and analysis, court appearances, participation in pleading and motion drafting, plaintiff communication regarding status. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 42.5 hours. The total lodestar for my firm in this time period is $26,917.50.

4. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 111.6 hours. The total lodestar for my firm is $72,502.00. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6. As detailed in **Exhibit 3**, my firm has incurred a total of $400.00 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of March 2022 at Chicago, Illinois.

_____
Richard R. Gordon

# Exhibit 1



**FIRM SUMMARY**

Gordon Law Offices, Ltd. ("GLO"), founded in 2014 by Richard Gordon, is a leading Chicago-area personal injury and workers' compensation law firm. GLO has litigated thousands of complex personal injury and workers' compensation matters since its 2014 inception. GLO's class action practice has participated in nearly a dozen complex class-action matters involving consumer fraud, data breach, labor and employment, and wage and hour claims. Litigation prosecuted by GLO has resulted in substantial monetary recoveries and injunctive benefits on behalf of class members, described in more detail below.

**REPRESENTATIVE CASES**

***In Re: TikTok, Inc., Consumer Privacy Litigation***, MDL No. 2948, 1:20-cv-04699 (N.D. Ill.): Richard Gordon serves as local counsel in this data privacy class action involving the popular app and the creation of short videos on mobile devices.

***Burger v. Spark Energy***, 1:19-cv-08321: Richard Gordon serves as local counsel in this consumer fraud action brought by consumers against a natural gas utility engaging in deceptive marketing practices. The case is currently pending and in mediation.

***Gooden v. XSport Fitness, Inc.***, 1:18-cv-02200: Richard Gordon served as co-lead counsel in this wage-and-hour case brought under the Fair Labor Standards Act, the Illinois Minimum Wage Law and the Illinois Wage Payment and Collection Act on behalf of personal trainers and employees of a franchised gym operating in and around the Chicagoland area. Mr. Gordon was instrumental in negotiating a confidential settlement on behalf of the class.

***Friend v. FGF Brands, Inc., et al.***, 1:18-cv-07644: Richard Gordon served as co-lead counsel in this consumer fraud action brought on behalf of persons who purchased a mislabeled food product. Mr. Gordon conducted discovery, took depositions and participated in mediation that ultimately led to a confidential settlement in the class's favor.

***Keith, et al. v. Ferring Pharmaceuticals, Inc.***, 1:15-cv-10381: Richard Gordon served as liaison counsel in this breach of warranty and consumer fraud case on behalf of individuals who used a defective pharmaceutical instrumental in the invitro fertilization process. Mr. Gordon handled all of the expert discovery and deposition work in this case. The case was confidentially settled in the class's favor.

***Mednick v. Precor, Inc.***, No. 14-cv-03624 (N.D. Ill.): Richard Gordon served as co-lead counsel in this products liability matter concerning the heart rate monitoring feature on Precor fitness machines. Due to Mr. Gordon's efforts, the plaintiffs defeated a contested class certification motion and obtained class certification for a multi-state consumer class. Mr. Gordon was instrumental in negotiating a class settlement providing meaningful relief for class members.

Gordon Law Offices, Ltd.
111 W. Washington Street | # 1240
Chicago, Illinois 60602
T 312.332.5200 | F 312.242.4966
www.gordonlawchicago.com



***Lewert v. PF Chang's China Bistro, Inc.***, No. 1:14-cv-04787 (N.D. Ill.): Richard Gordon served as counsel representing P.F. Chang's customers who had their personal financial information compromised in a 2014 security breach. This matter was one of the first data breach cases on record. Mr. Gordon participated in the appellate briefing and ultimately obtained a landmark ruling in the Seventh Circuit on Article III standing, hailed by Law360 as one of the top privacy cases" of 2016.

***Gugliotta, et al. v. Samsung Telecommunications America, LLC***, 1:14-cv-01946: Richard Gordon represented Plaintiffs in this consumer fraud action that settled on an individual basis.

***Zahn v. North American Power & Gas LLC***, 1:14-cv-08370: Richard Gordon acted as local counsel in this breach of contract, unjust enrichment and consumer fraud action brought by a class of individuals who had contracted for alternative retail electricity. Interestingly, the case presented a novel question of whether the Illinois Commerce Commission had exclusive jurisdiction over the claim. The matter was appealed to the Illinois Supreme Court who ruled in favor of the class members. The matter was subsequently settled.

***In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation***, MDL No. 2492, 1:13-cv-09116: Richard Gordon served as objector's counsel in this groundbreaking student-athlete concussion litigation that resulted in settlement between the NCAA and millions of student-athletes, establishing a $70 million medical monitoring fund to pay for assessments of self-reported concussion symptoms and medical evaluations.

**ATTORNEYS**

**Richard Gordon**: Richard always wanted to be a lawyer. He grew up watching his father-a well--respected Chicago attorney-stand up for the rights of the wrongfully injured and disadvantaged against some of the most powerful corporate law firms in town.

After earning his law degree from Loyola University Chicago School of Law, Richard specialized in commercial litigation. He represented insurance companies against accident victims in state and federal courts at the trial and appellate levels.

Richard opened Gordon Law Offices in 2014 to help the "underdog"- the accident victim whose physical injuries and legal rights the insurance companies were so adept at sidestepping. He wanted to use his experience and knowledge of insurance company strategy to protect and preserve the dignity and the rights of injured individuals.

Richard has a record of success, earning his clients millions in settlements and being recognized as both a Super Lawyer and one of Chicago's Top Forty under 40 attorneys to watch.



**Tod Rottman**: Tod began his career as an insurance defense attorney, Today, as a personal injury attorney at Gordon Law Offices, Tod brings a unique perspective on how insurance companies and their lawyers evaluate cases.

Coming from a family of police officers, Tod was always fascinated by the law and how it impacts people on a daily basis. Following this passion to Benedictine University and then the DePaul University College of Law, Tod would go on to become heavily involved in cases related to medical malpractice, nursing home discrimination, product liability, automobile and trucking accidents and other catastrophic personal injury matters. His trial experience extends to car accidents, medical malpractice, slip-and-fall liability and traumatic brain injury, several of which resulted in million-dollar verdicts.

Tod is frequently complimented for his ability to objectively examine the nuances of his cases, blending his strong advocacy on our client's behalf with a practical assessment of every aspect of the case. As a result, he isn't blinded by unforeseen developments and keeps clients well apprised of what lies ahead, so our clients always have realistic expectations of the results they may receive.

Gordon Law Offices, Ltd.
111 W. Washington Street | # 1240
Chicago, Illinois 60602
T 312.332.5200 | F 312.242.4966
www.gordonlawchicago.com

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

**EXHIBIT 1**

**TIME REPORT SUMMARY AT CURRENT RATES**

| Firm Name: | GORDON LAW OFFICES, LTD. | | Reporting Period: | Inception through 3-28-22 | | | | |
|---|---|---|---|---|---|---|---|---|
| Categories: | 1) Legal Research | | 5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing) | | 11) Settlements & Mediation | | TITLE: | (P) Partner | |
| | 2) Investigation / Factual Research | | 6) Class Certification | | 12) Case Management | | | (A) Associate | |
| | 3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc.) | | 7) Summary Judgment | | 13) Class Notice | | | (LC) Law Clerk | |
| | | | 8) Appeals | | 14) Trial Prep (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.) | | | (SPL) Senior Paralegal | |
| | 4) Document Review (Including for depo prep, class cert, experts, jurisdictional issues, and meetings re doc review) | | 9) Court Appearance and Prep | | | | | (PL) Paralegal | |
| | | | 10) Experts | | 15) Trial | | | | |

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Gordon (P) | X | 22.70 | X | 6.50 | 53.10 | X | X | X | 4.00 | X | X | X | X | X | X | 0.00 | 86.30 | 86.30 | $695.00 | $0.00 | $59,978.50 | $59,978.50 |
| Tod Rottman (P) | X | 17.20 | X | X | 6.10 | X | X | X | 2.00 | X | X | X | X | X | X | 0.00 | 25.30 | 25.30 | $495.00 | $0.00 | $12,523.50 | $12,523.50 |
| Name (A) | | | | | | | | | | | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (A) | | | | | | | | | | | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (A) | | | | | | | | | | | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 0.00 | 39.90 | 0.00 | 6.50 | 59.20 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 111.60 | 111.60 | | $0.00 | $72,502.00 | $72,502.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| GRAND TOTAL | 0.00 | 39.90 | 0.00 | 6.50 | 59.20 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 111.60 | 111.60 | | $0.00 | $72,502.00 | $72,502.00 |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:**

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | Marks Filing Fee | $400.00 |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | | |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$400.00** |