# EXHIBIT Z

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

### DECLARATION OF LAWANA S. WICHMANN IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF ONDERLAW, LLC.

I, Lawana S. Wichmann, declare and state as follows:

1. I am a Partner of the law firm of OnderLaw, LLC. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs: review documents, research, analysis, and draft complaint. The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 10.4 hours. The total lodestar for my firm in this time period is $8,014.20.

3. For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common

benefit of Plaintiffs: Review questionnaire, review emails, and finalize complaint. The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 3.7 hours. The total lodestar for my firm in this time period is $2,808.30.

4. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 14.1 hours. The total lodestar for my firm is $10,822.50. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6. As detailed in **Exhibit 3**, my firm has incurred a total of $705.06 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of March 2022 at St. Louis, Missouri.

*Lawana S. Wichmann*
Lawana S. Wichmann

# Exhibit 1



OnderLaw, LLC is a preeminent law firm with offices in St. Louis, Missouri, Newport Beach, California, and Nashville, Tennessee. We are proud to represent victims of dangerous and defective products and corporate fraud throughout the United States. As founders of important litigations, including mini blinds and talcum powder-related ovarian cancer claims, we take great pride in creating positive change for generations to come. Our accomplished team of 29 attorneys and over 150 dedicated staff members believes our job goes beyond providing expertise and legal experience. With every case we represent, we are changing the way people and corporations think, act, and do business—for the better.

The firm has earned a Martindale-Hubbell AV peer review rating; has multiple members serving on the board of governors of the Missouri Association of Trial Attorneys; achieved a Super Lawyers designation; is a member of the Multi-Million Dollar Advocates Forum, The American Society of Legal Advocates, and National Trial Lawyers Top 100 Trial Lawyers; and has received the National Litigator Award, among numerous additional recognitions.

OnderLaw, LLC was founded in 2002, and has since earned a prominent reputation among trial lawyers nationwide as a successful, skilled, and passionate law firm. In 2016, the firm was awarded the first, second, and third largest verdicts in the state of Missouri, and the third-highest verdict the following year. In total, OnderLaw has won more than $4 billion in settlements, verdicts, and judgments representing the interests of our clients.

OnderLaw, LLC has extensive experience handling complex litigation. Law firms across the country utilize the decades of hard-earned experience by OnderLaw, LLC's attorneys in a variety of contexts, including representing clients in cases involving toxic chemicals, dangerous and defective drugs and medical devices, and deceptive marketing practices. The firm has handled to conclusion hundreds of catastrophic injury and death product liability claims against some of the nation's largest corporations and industries involving mini blinds, automobiles, trucks, forklifts, tires, and cranes.

OnderLaw, LLC has the resources necessary, including a large team of diverse and capable attorneys and support staff, to advance complex litigation in a timely fashion. The firm also has the financial wherewithal needed to pursue large-scale, complex actions. With a proven record of accomplishments in Missouri, Illinois, California, Tennessee, and several other states, OnderLaw, LLC has aptly earned its status among the top 1% of law firms in the country.

**REPRESENTATIVE LITIGATION**

The following cases are representative samples of the types of cases OnderLaw, LLC's attorneys have handled since the firm's formation in 2002:

***In re: Talcum Powder-Related Ovarian Cancer Litigation*** – MDL No. 2738 United States District Court District of New Jersey; JCCP No. 4872 California Superior Court for Los Angeles County; MCL 300 New Jersey Vicinage 1 Superior Court; State of Missouri City of St. Louis Circuit Court; St. Louis County Circuit Court; and Jefferson County Circuit Court.

OnderLaw is a founder of talcum powder-related ovarian cancer litigation. Our team filed the second case in the nation and the first in the State of Missouri in 2014, effectively creating Missouri ovarian cancer litigation. We currently represent 24,546 women who have suffered talcum powder-related cancer and their survivors. Ours is believed to be the largest such docket in the country.

Among those we represent, over 500 cases are pending in Missouri courts, including the Circuit Courts of the City of St. Louis, St. Louis County and Jefferson County. Our team serves as primary or local counsel for the overwhelming majority of these cases. We have led six trial teams representing plaintiffs who have obtained verdicts totaling in excess of $300 million, and we are actively involved in New Jersey and California courts.

In the New Jersey MDL, our team has been active on Bellwether, Expert, and Daubert Committees and participated in the Daubert hearing. Two clients we represent have been selected for bellwether workup and trial.

In New Jersey consolidated litigation, our team serves on the Bellwether Trial Team with clients in both A and B trial groups. OnderLaw was among the earliest filers in New Jersey and assisted in the appeal of the early adverse expert witness ruling.

OnderLaw's legal team is active on the Plaintiff's Steering Committee in the California JCCP, leading Bellwether, Expert and Sargon Committees. Two of our clients' cases were selected for bellwether trials scheduled to be held in early 2022.

***In re: Imerys Talc America, Inc. Bankruptcy Litigation*** – No. 19-10289 United States Bankruptcy Court for the District of Delaware – In Imerys Talc America Bankruptcy, Case No. 19-10289 in United States Bankruptcy Court for the District of Delaware, OnderLaw, LLC serves as counsel for Timothy Faltus, a member of the Imerys Talc Creditors' Committee. In doing so, we not only represent our client's interests, but assist him in acting on behalf of tens of thousands of additional plaintiff creditors.

***In re: Bayer-Monsanto Roundup Coordinated Action*** – JCCP No. 4953 California Superior Court for the County of Alameda; MDL 2741 United States District Court for the Northern District of California; State of Missouri City of St. Louis Circuit Court, St. Louis County Circuit Court, Jackson County Circuit Court, and Jefferson County Circuit Court – OnderLaw, LLC is currently leading Missouri litigation and representing more than 24,000 plaintiffs from across the country who have been affected by multiple cancers, including non-Hodgkin's lymphoma, suffered after long-term use of Roundup herbicide.

***In re: Syngenta Paraquat Product Liability Litigation*** – JJCP No. 5031 California Superior Court of Contra Costa County – Our team serves on the litigation's Leadership Committee, acting on behalf of farmers and other agricultural workers with Parkinson's disease allegedly caused by long-term use of Paraquat pesticide, a known neurotoxin.

***In re: Tasigna (Nilotinib) Products Liability Litigation*** – MDL No. 3006 United States District Court for the Middle District of Florida – A dedicated OnderLaw attorney serves as national co-lead counsel on this litigation, acting on behalf of hundreds of individuals with atherosclerotic injuries or death allegedly caused by chronic myeloid leukemia drug Tasigna.

***In re: Truvada Products Liability Litigation*** – JCCP No. 5043 Superior Court of California, County of San Francisco – The OnderLaw legal team represents more than 9,000 clients against the makers of Truvada (tenofovir) for claims that the HIV prevention drug caused unnecessary bone loss and kidney damage. The OnderLaw legal team is taking on a leadership role on the Plaintiff's Steering Committee.

***In re: Zantac Products Liability Litigation*** – JCCP No. 5150 California Superior Court for the County of Alameda – The firm is taking an active role on the Plaintiff's Executive Committee and is currently representing over 8,700 plaintiffs and growing who developed several different types of cancer following long-term use of Zantac.

***In re: 3M Combat Arms Earplug Products Liability Litigation*** – MDL No. 2885 United States District Court for the Northern District of Florida – The firm represents approximately 2,000 current and former military service members who suffered hearing loss and tinnitus following use of CAEv2 earplugs supplied by 3M to the U.S. military. Our client was chosen for the first bellwether trial and was awarded $2.26 million; a second OnderLaw client is expected to go to trial in spring 2022.

***In re: Yasmin and Yaz (Drospierenone) Marketing, Sales Practices, and Relevant Products Liability Litigation*** – MDL No. 2100 United States District Court for the Southern District of Illinois; JCCP No. 4608 Superior Court of the State of California County of Los Angeles – The firm held a position as national co-lead counsel, acting on behalf of over 10,000 individuals for injuries caused by oral contraceptives Yasmin, Yaz, and Ocella, including strokes, heart attacks, pulmonary embolism, deep vein thrombosis, and gallbladder injuries. Firm attorneys served as national co-chair of the Plaintiffs' Law and Briefing Committee, as well as on Discovery, Science and Expert Committees for both the MDL and JCCP. A settlement of $2 billion was reached on behalf of the plaintiffs.

***In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*** – MDL No. 2385 United States District Court for the Southern District of Illinois – Our team served as national co-liaison counsel, acting on behalf of thousands of individuals with injuries allegedly caused by prescription blood thinner, Pradaxa. The firm also served as national co-chair of the Plaintiffs' Law and Briefing Committee. A settlement of $600 million was reached on behalf of the plaintiffs.

***In re: Gadolinium-Based Contrast Agents Product Liability Litigation*** – MDL No. 1909 United States District Court for the Northern District of Ohio – Firm attorneys served on Science and Expert Committees for plaintiffs who suffered kidney damage after injection of gadolinium-based contrast agents prior to undergoing MRIs.

***Syngenta Corn Mass Action*** – The firm served as local and national coordinating council in a certified mass action based in United States District Court for the Southern District of Illinois

representing farmers with nearly three million acres of affected corn, in coordination with multidistrict litigation and the coordinated action in Minnesota state courts. A settlement of $1.5 billion was reached on behalf of the plaintiffs.

***In re: Trace Foster, et al. v. Pfizer, Inc., et al.*** – Firm attorney served as local liaison counsel in the multi-plaintiff Zoloft-related litigation in the Circuit Court of the City of St. Louis. This litigation involved allegations that mothers' use of Zoloft while pregnant caused minor plaintiffs to suffer various birth defects.

***Lynne A. Booker, et al. v. Forest Laboratories, Inc., et al. (Consolidated Proceedings)*** – OnderLaw, LLC attorneys played an active role in the coordination and consolidated discovery process for the benefit of the more than 100 plaintiffs who filed cases against the makers and sellers of the anti-depressant medication Lexapro. These cases, filed in Circuit Court of Cole County, Missouri, involved allegations that mothers' use of Lexapro while pregnant caused minor plaintiffs to suffer various birth defects.

***Johnson, et al. v. Apple, Inc.*** – The firm represented a nationwide class in a consumer class action in the Superior Court of the State of California, County of Santa Clara against Apple, Inc. arising from allegations pertaining to the labeling of Apple's iTunes Gift Cards and the pricing of songs on the iTunes website.

***Hedrick, et al. v. Ameristar Casino St. Charles, Inc.*** – 4:08-cv-1670 United States District Court for the Eastern District of Missouri – The firm assisted with the representation of a class of persons alleging violations of the Fair Labor Standards Act by Ameristar Casino.

***Alsup, et al. v. Three-Day Blinds, et al***. – Firm attorneys pursued putative class action involving claims of deceptive marketing against the makers and sellers of mini blinds throughout the United States in the Circuit Court for the County of Madison, State of Illinois.

***In re: McAffee, et al. v. Domino's, Inc., et al.*** – The firm represented a class of persons in the Circuit Court of City of St. Louis, State of Missouri alleging that Domino's Pizza engaged in deceptive practices in conjunction with representations that it was offering "free delivery" of pizzas, while at the same time charging higher prices for these pizzas.

***In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*** – MDL No. 2023 United States District Court for the Eastern District of New York – Firm attorney served as a court-appointed member of the Plaintiffs' Executive Committee for this consolidated class action relating to alleged deceptive marketing of the pharmaceutical products Bayer Aspirin with Heart Advantage and Bayer Low Dose Women's Aspirin + Calcium.

***In re: Actos (Pioglitazone)*** – MDL No 2299 United States District Court for Western District of Louisiana***; in re: Ortho Evra Product Liability Litigation,*** MDL No. 1742 United States District Court for the Northern District of Ohio; JCCP No. 4696 Los Angeles Superior Court – OnderLaw, LLC attorneys represented plaintiffs in litigation on behalf of victims who suffered bladder cancer and heart problems after using Type 2 diabetes drug Actos. OnderLaw attorneys served on the MDL Science and Expert Committees, as well as the Plaintiffs' Steering Committee in the JCCP.

*In re: Fosamax Products Liability Litigation* – MDL No. 2243 United States District Court for the District of New Jersey – Firm attorneys served on Science and Expert Committees for litigation resulting from failure to warn of the potential for Fosamax, a drug used to treat osteoporosis, to cause osteonecrosis of the jaw and femoral fractures.

*In re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation* – MDL No. 2342 United States District Court for the Northern District of California; and *in re: Zoloft Birth Defect Litigation* – JCCP No. 4771 United States District Court for the Eastern District of Pennsylvania – Firm attorneys served on Science, Expert, and Daubert Committees in the MDL and Plaintiffs' Steering Committee in the JCCP while representing the interests of plaintiffs whose children were born with birth defects following maternal use of Zoloft anti-depressant while pregnant.

*In re: Vioxx Products Liability Litigation* – MDL No. 1657 United States District Court Eastern District of Louisiana – OnderLaw, LLC attorneys served on the Science, Expert, and Daubert Committees while representing victims and their survivors in litigation against pharmaceutical maker, Merck, after arthritis drug Vioxx was linked to potentially fatal heart attacks and strokes.

*In re: Bextra and Celebrex Marketing, Sales Practices and Product Liability Litigation* – MDL No. 1699 United States District Court for the Northern District of California – Firm attorneys represented victims and their survivors in litigation against Pfizer after Celebrex and its successor, Bextra, were linked to sometimes-fatal cardiovascular events and dangerous skin side effects.

*In re: Cordis IVC Filter Cases* – JCCP No. 4977 Superior Court for the State of California – OnderLaw, LLC is presently represented on the Plaintiff's Steering Committee for litigation involving IVC filters, which have been linked to blood clots as well as tissue and organ perforation.

*Window Covering Litigation* – A child dies every two weeks from strangulation on blind cords. OnderLaw, LLC continues to represent families in wrongful death and injury cases arising out of such strangulations in more than 30 states, including Missouri, Ohio, Florida, California, New Jersey, Illinois, Connecticut, Virginia, Maryland, Georgia, Alabama, Kentucky, Arkansas, North Carolina, Maine, Michigan, Indiana, Wisconsin, Minnesota, Iowa, Texas, Colorado, Arizona, Montana, Oregon, Washington, and Utah. This litigation has resulted in industry-wide changes that have saved countless lives.

*Other Pharmaceutical Litigation* – OnderLaw, LLC has served in various capacities in multiple large-scale litigations involving pharmaceutical products or medical devices, including Risperdal, Invokana, Lipitor, testosterone, Fleet Phospho-Soda, Digitek, hormone replacement therapy (HRT), transvaginal mesh, hernia mesh, Zimmer knees, DePuy hip implants, Hydroxycut, Levaquin, Avandia, and breast implants.

*Class Actions* – OnderLaw, LLC has led dozens of notable large-scale class action and multi-district litigations, including dozens of consumer protection class action lawsuits nationwide relating to repossession and sale of vehicles. The firm's attorneys have recovered well over $1 billion to date in those cases.

**Awards and Commendations**

OnderLaw attorneys' commendations and awards include and are not limited to the following:
- Martindale Hubbell AV Preeminent Rating of Excellence, Top 5% of Lawyers in Missouri
- Multi-Million Advocates Forum (limited to top 1% of lawyers with multi-million-dollar verdicts)
- American Society of Legal Advocates – Top 1.5% of Lawyers Nationwide
- National Trial Lawyers – Top 100 Trial Lawyers
- America's Top 100 High-Stakes Litigators
- Lawyers of Distinction – 5-Star Rating
- Top 50 Verdicts in the United States, 2016
- 9-Figure Litigators – America's Premier High-Stakes Lawyers
- American Institute of Personal Injury Attorneys – 10 Best Attorneys
- American Society of Legal Advocates – Top 100 Litigation Lawyer
- Missouri Lawyers Weekly – Most Influential Lawyers Award
- Missouri Lawyers Weekly – Top 3 verdicts 2016
- Missouri Lawyers Weekly – Second largest verdict 2017
- Rue Ratings – Best Attorneys in America
- America's Top 100 Litigations – Lifetime Achievement Award
- American Association for Justice – Leaders' Forum
- Missouri Association of Trial Attorneys Board of Governors
- America's Most Honored Professionals – Top 1%
- Kansas City Magazine's – Top Product Liability Lawyer
- SuperLawyers – Top 5% of Missouri Lawyers
- AVVO Superb Score 10 of 10
- Thompson Reuters Super Lawyers Designation
- Public Justice Trial Lawyer of the Year Finalist
- American Bar Association Toxic Tort & Environmental Law Vice-Chair
- California Lawyer Attorney of the Year
- The Nation's Top One Percent
- National Association of Distinguished Counsel
- Southern California Super Lawyers
- Top 50 Women Southern California
- The Bar Register of Preeminent Lawyers
- The Bar Register of Preeminent Women Lawyers

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

*EXHIBIT 1*

*TIME REPORT SUMMARY AT CURRENT RATES*

| Firm Name: | OnderLaw, LLC | | | Reporting Period: | | Inception through February 28, 2022 | | |
|---|---|---|---|---|---|---|---|---|

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery
   (Written / Deposition Taking & Defending / Meet & Confer / etc.)
4) Document Review
   (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)

5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts

11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep
   (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

**TITLE:**
(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawana Wichmann (P) | | | | | | | | | | | | X | | | | 2.20 | 0.00 | 2.20 | $747.00 | $7,768.80 | $0.00 | **$7,768.80** |
| Lawana Wichmann (P) | | X | | | | | | | | | | | | | | 10.70 | 0.00 | 10.70 | $759.00 | $2,808.30 | $0.00 | **$2,808.30** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (A) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.90 | 0.00 | 12.90 | | $10,577.10 | $0.00 | **$10,577.10** |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kathy Griffin (SPL) | | | | | X | | | | | | | | | | | 0.60 | 0.00 | 0.60 | $203.00 | $121.80 | $0.00 | **$121.80** |
| Kathy Griffin (SPL) | | | | | X | | | | | | | | | | | 0.60 | 0.00 | 0.60 | $206.00 | $123.60 | $0.00 | **$123.60** |
| Name (LC) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 0.00 | 1.20 | | $245.40 | $0.00 | **$245.40** |
| **GRAND TOTAL:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.10 | 0.00 | 14.10 | | $10,822.50 | $0.00 | **$10,822.50** |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:**

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | | $400.00 |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | $280.00 |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | | $25.06 |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$705.06** |