# EXHIBIT AA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK, INC.,<br>CONSUMER PRIVACY<br>LITIGATION<br><br><br><br>This Document Relates to All Cases | MDL No. 2948<br><br>Master Docket No. 20-cv-4699<br><br>Judge John Z. Lee<br><br>Magistrate Judge Sunil R. Harjani |

**DECLARATION OF CASEY C. DEREUS IN SUPPORT OF PLAINTIFFS' PETITION
FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF BAER LAW, LLC**

I, Casey C. Dereus, declare and state as follows:

1.      I am an Associate of the law firm of Baer Law, LLC.  My firm's resume is attached hereto as **Exhibit 1**.  I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2.      My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs:  Identifying the BIPA claim and the initial BIPA claimants in this action nationwide; researching and drafting the initial complaint, and coordinating with class representatives about their claims, settlement discussions, and their claim forms.  The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 53.50 hours.  The total lodestar for my firm in this time period is $22,644.00.

3.      For the time period November 1, 2020 through February 28, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs:  N/A.  The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 0 hours.  The total lodestar for my firm in this time period is $0.

4.      The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 69.90 hours.  The total lodestar for my firm is $$29,549.00. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters.  The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

5.      Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

6.      As detailed in **Exhibit 3**, my firm has incurred a total of $0 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

7.      The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of March 2022 at New Orleans, Louisiana.


Casey C. DeReus

# Exhibit 1



**BAER LAW LLC**

3000 Kingman Street, Suite 200
Metairie, LA 70006
504.372.0111 | info@baerlawllc.com



## ABOUT US

Baer Law LLC is a boutique law firm that focuses on catastrophic personal injury cases, negligent security, and post-disaster insurance recovery. We have a reputation for preparing every case for trial, and our attorneys have handled countless trials in state and federal courts. We've also handled high-volume and class action matters, including mass-consolidated property insurance claims; *In Re Taxotere (Docetaxel) 2:16md-2740-JTM-MBM; In Re: Chinese Manufactured Drywall Products Liability* Litigation (E.D. La. 2010); etc.

Baer Law attorneys have built their careers helping personal injury victims and wrongful death and survival claimants get the money they are owed in high-stakes, contested-liability cases. We are a leading litigation and trial firm in the Gulf South.

Each attorney's profile is included below.



# Jason M. Baer

Founder and Managing Partner

Jason Baer is the founder and Managing Partner of Baer Law LLC. Jason has a reputation in the Louisiana legal community as an aggressive litigator, a shrewd negotiator, and a successful trial lawyer.

Over the past few years, Jason has developed a thriving personal injury practice. In fact, leading attorneys throughout Louisiana seek Jason out to co-counsel with them on complicated, high-stakes trucking, negligent security, and commercial motor vehicle collision cases.

Prior to founding Baer Law, Jason was a Partner at a local New Orleans plaintiff's firm, where he not only led the Personal Injury Division, but also worked on more than 800 property insurance cases for Louisiana policyholders.

Jason's background is part of what has made him so successful as a "lawyer's lawyer." After almost ten years as a successful defense attorney, Jason made the switch to the plaintiff side. Since that time, Jason has used his defense background—and especially his background in defending large trucking casualty cases—to outmaneuver his opponents in both personal injury and first-party property cases. Because Jason has extensive experience doing defense work, he's able to anticipate insurance companies' arguments and head them off.

Currently, Jason focuses his practice on trucking and transportation casualty, premises liability, and negligent security cases. He also handles complex insurance coverage matters. Jason has successfully litigated complex cases involving catastrophic injuries and has secured favorable settlements and verdicts for his clients in state and federal court.

Mr. Baer has been recognized by Super Lawyers as a Rising Star, by the American Institute of Personal Injury Attorneys as one of the 10 Best in Client Satisfaction, by Attorney and Practice Magazine as a Top 10 Personal Injury Attorney, by the National Academy of Personal Injury Attorneys in their Top 10 Under 40, by the National Trial Lawyers: Top 100 Trial Lawyers, as well as their Top 40 under 40, by the Lawyers of Distinction, and by both the Million Dollar Advocates Forum and Multi-Million Dollar Advocates Forum. Also, New Orleans CityBusiness chose Jason for their 2020 Leadership in Law class, recognizing area professionals in the field of law for their career and community accomplishments.





## EDUCATION

- Juris Doctor, Loyola University College of Law.
- Bachelor of Science, Louisiana State University.

## BAR AND COURT ADMISSIONS

- Louisiana State Bar, Federal Court Admissions: U.S. District Court for the Eastern District of Louisiana, U.S. District Court of the Middle District of Louisiana, U.S. District Court for the Western District of Louisiana, U.S. District Court for the Southern District of Texas, Louisiana Notary Public.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS

- Federal Bar Association, Board Member of Young Lawyers Section (2012-2014), American Bar Association, Louisiana State Bar Association, Board Member of Young Lawyers Section (2012-2014), Jefferson Bar Association, Board Member of Young Lawyers Section, (2013-2014), Claims & Litigation Management Alliance, Louisiana Association of Defense Counsel, Louisiana Association for Justice, Defense Research Institute, Young Leadership Council, New Orleans, Greater New Orleans Sports Foundation, Board Member (2010- 2013), Mentor for Jesuit High School Mock Trial Program (2010-2012)

## PUBLICATIONS

- "Diminished Value Claims in Louisiana," New Orleans Bar Association Blog Post, May 20, 2020.

## AWARDS

- Super Lawyers Rising Star.
- American Institute of Personal Injury Attorneys, 10 Best in Client Satisfaction.
- Attorney and Practice Magazine, Top 10 Personal Injury Attorney.
- The National Academy of Personal Injury Attorneys Top 10 Under 40.
- The National Trial Lawyers Top 100 Trial Lawyers and Top 40 under 40.
- The Lawyers of Distinction Recognition.
- Million Dollar Advocates Forum Recognition.
- Multi-Million Dollar Advocates Forum Recognition.
- New Orleans City Business, Leadership in Law, Class of 2020.



# CASEY C. DEREUS

Associate

Casey is an Associate with Baer Law. Attorneys in the greater New Orleans area come to Casey for help on complicated legal matters and for her writing skills. She is known as a smart, thorough, and hard-working advocate.

Casey moved to New Orleans in 2010 and fell in love with the city. She attended graduate school at Tulane where she earned her Master's and met her husband. Later, Casey attended law school at Loyola University New Orleans College of Law where she served as Managing Print Editor on the Loyola Law Review and graduated magna cum laude.

Since graduating, Casey has been a devoted personal injury attorney and first-party property attorney. Before starting with Baer Law, LLC, Casey focused on property insurance claims and personal injury cases. In fact, in her first few years out of law school, she handled more than 1,000 first-party property cases, including business interruption claims and flood insurance and hurricane claims. Her experience includes handling Hurricane Sandy claims, Hurricane Harvey claims, and flood insurance claims from the 2016 Louisiana floods.

Although Casey is interested in many areas of the law, she currently focuses her personal injury practice on motor vehicle crash cases (especially those involving ride-sharing services like Uber and Lyft), negligent security cases (especially involving third-party criminal actors), and livestock personal injury cases (such as when escaped cattle or other animals become involved in car wrecks). She also continues to handle post-disaster property damage & business interruption cases, including Coronavirus cases. Recently, Casey also developed a class action lawsuit against TikTok for violations of privacy laws, resulting in a $92 million proposed settlement.



Casey is knowledgeable about how climate change is affecting property insurance. She is proud of her past service as a member of the American Bar Association's Disaster Legal Services Program. The ABA's Disaster Legal Services Program provides immediate temporary legal assistance to disaster survivors at no charge. She also volunteers as the Women's Caucus Publications Chair for the Louisiana Association of Justice.

She has been recognized by Super Lawyers as a Rising Star, and by the National Trial Lawyers in their Top 40 Under 40. Casey is fluent in French and can accommodate clients from France or other Francophone countries.



## EDUCATION
- Juris Doctor, Loyola University of New Orleans.
- Master of Arts, Tulane University.
- Bachelor of Arts, College of William and Mary.

## BAR AND COURT ADMISSIONS
- Louisiana State Bar; Federal Court Admissions: U.S. District Court for the Eastern District of Louisiana, U.S. District Court for the Middle District of Louisiana, U.S. District Court for the Western District of Louisiana, U.S. District Court for the Southern District of Texas, U.S. Court of Appeals for the Fifth Circuit; Louisiana Notary Public.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS
- Louisiana State Bar Association, American Bar Association: YLD DLS Team Member (2018-2021), YLD Vice Chair of the Solo, Small Firm, and General Practice Committee (2019-2020), Louisiana Association for Justice: Chair of Women's Caucus Publications Committee (2019-Present), American Association for Justice, Federal Bar Association, Jefferson Bar Association.

## PUBLICATIONS
- "Inclusion in Action: LSBA Suit Up for the Future High School Summer Legal Institute and Internship Program," The Advocate, Winter Edition 2022, Vol. 31, No. 2, Federal Bar Association, New Orleans Chapter.
- "Don't Fall for this Defense Trick! | How Dismissal Affects Prescription Under Current La. C.C. Article 3463," Louisiana Advocates, Aug. 2021, Vol. XXXXVI, No. 8.
- "Time for a change? Rule 1.10 and the General Rule for Imputations of Conflicts of Interest," Louisiana Advocates, June 2021, Vol. XXXVI, No. 6.
- "'Qualification' Under F.R.E. 702: Fifth Circuit v. Eleventh Circuit Perspectives," The Advocate, Spring Edition, Vol. 30, No. 3.
- "Louisiana Fourth Circuit vacates dismissal on prescription grounds, remands case," Louisiana Advocates, February 2021, Vol. XXXVI, No. 2.
- "Getting it right: properly issuing a subpoena under FRCP 45," Louisiana Advocates, September 2020, Vol. XXXV, No. 9.
- "The rear-end presumption and how to rebut it," Louisiana Advocates, January 2020, Vol. XXXV, No. 1.
- "Piercing the Corporate Veil with the Single Business Enterprise Doctrine," Louisiana Bar Journal, August/September 2019, Vol. 67, No. 2.
- "What's fair game in a 30(b)(6) deposition? Almost everything!" Louisiana Advocates, March 2019, Vol. XXXIV, No. 3.
- "Suing for Punitive Damages Under Another State's Law," Louisiana Advocates, July 2018, Vol. XXXIII, No. 7.
- "Bozeman and the Dual Nature of the Collateral Source Rule," Louisiana Advocates, February 2018, Vol. XXXIII, No. 2.

## AWARDS
- Super Lawyers Rising Stars (2020-2022), The National Trial Lawyers Top 40 Under 40 (2020)



# Joshua A. Stein

Associate

Josh is an Associate with Baer Law. He has a background in personal injury and first-party property insurance cases. Since joining Baer Law, Josh has focused his career on personal injury, with practice areas ranging from motor vehicle crashes to premises liability issues. Josh has developed a reputation for successful resolution of major trucking casualty cases. Josh is also involved in a recently-filed class action and is building his maritime personal injury practice. His dedication to his clients and his perceptive negotiating tactics allow him to help clients resolve their claims in an efficient and favorable way.

Josh was born and raised in New Orleans where he attended Brother Martin High School. Josh graduated from Loyola University New Orleans College of Law in 2017, receiving a certificate in International Legal Studies and being inducted into the Order of Barristers. While at Loyola, Josh had the honor to serve as the Vice President for the Student Bar Association and as the school's representative to the American Bar Association.

Josh also served as Vice President of the Loyola Trial Advocacy Program and competed twice on the program's National American Association of Justice Competition team. He earned the Law Excellence Award in Civil Procedure and participated in the Stuart H. Smith Law Clinic, where he represented underprivileged defendants. Prior to attending Loyola, he graduated from Louisiana State University with a Bachelor's Degree in Political Science.

Josh is a respected speaker and makes it a priority to engage with the legal community. He has presented on the topic of "Case Management Platforms and Programs: A Pros and Cons Shootout for the Small Office Practitioner" with LSBA's Tech Tuesday Legal Program in August of 2021. Additionally, Josh was a panelist of the "Doctor Depositions" CLE in December 2019 and the "Managing Medicals to Maximize Settlements" CLE in June 2019.

He has been recognized by Super Lawyers as a Rising Star, the National Trial Lawyers in their Top 40 Under 40 and America's Top 100 Personal Injury Attorneys.





## EDUCATION
- Juris Doctor, Loyola University New Orleans College of Law.
- Bachelor of Arts, Louisiana State University.

## BAR AND COURT ADMISSIONS
- Louisiana State Bar.
- Federal Court Admissions: U.S. District Court for the Eastern District of Louisiana, U.S. District Court for the Middle District of Louisiana, U.S. District Court for the Western District of Louisiana.
- Serves as Louisiana Notary Public.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS
- Louisiana State Bar Association.
- Federal Bar Association.
- American Association for Justice.
- American Bar Association.
- Jefferson Bar Association.
- Louisiana Association for Justice.
- Young Leadership Council New Orleans.

## PUBLICATIONS
- "The Quest for the Holy Grail (of Case Management Platforms)," New Orleans Bar Association Blog Post (January 2021).

## AWARDS
- Super Lawyers Rising Stars (2020-2022).
- The National Trial Lawyers Top 40 Under 40 (2019).
- America's Top 100 Personal Injury Attorneys (2020).

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

*EXHIBIT 1*

*TIME REPORT SUMMARY AT CURRENT RATES*

| Firm Name: | Baer Law, LLC | | | | | Reporting Period: | | Inception through February 28, 2022 | | | | | | | | | | | | | |

**Categories:**

1) Legal Research

2) Investigation / Factual Research

3) Discovery
   (Written / Deposition Taking & Defending / Meet & Confer / etc. )

4) Document Review
   (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)

5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)

6) Class Certification

7) Summary Judgment

8) Appeals

9) Court Appearance and Prep

10) Experts

11) Settlements & Mediation

12) Case Management

13) Class Notice

14) Trial Prep
   (Exhibit & Witness List/Jury Instruction/ Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)

15) Trial

**TITLE:**

(P) Partner

(A) Associate

(LC) Law Clerk

(SPL) Senior Paralegal

(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casey C. DeReus (A) | 11.20 | 6.40 | 0.30 | 0.00 | 6.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.90 | 14.10 | 0.00 | 0.00 | 0.00 | 0.00 | 43.70 | 43.70 | $400.00 | $0.00 | $17,480.00 | $17,480.00 |
| Jason M. Baer (P) | 2.40 | 0.20 | 0.00 | 0.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 5.20 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 | 11.50 | $550.00 | $0.00 | $6,325.00 | $6,325.00 |
| Joshua A. Stein (A) | 0.10 | 0.10 | 0.70 | 0.00 | 2.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 14.30 | 14.30 | $400.00 | $0.00 | $5,720.00 | $5,720.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 13.70 | 6.70 | 1.00 | 0.00 | 12.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.10 | 25.80 | 0.00 | 0.00 | 0.00 | | 69.50 | 69.50 | | $0.00 | $29,525.00 | $29,525.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dana Ward (SPL) | | 0.40 | | | | | | | | | | | | | | 0.00 | 0.40 | 0.40 | $60.00 | $0.00 | $24.00 | $24.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SUB-TOTAL | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.40 | | $0.00 | $24.00 | $24.00 |
| GRAND TOTAL: | 13.70 | 7.10 | 1.00 | 0.00 | 12.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.10 | 25.80 | 0.00 | 0.00 | 0.00 | 0.00 | 69.90 | 69.90 | | $0.00 | $29,549.00 | $29,549.00 |

Ex 1 Time Report Summary

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:**

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | $0.00 |
| Court Costs - Filing Fees | | $0.00 |
| Experts/consultants | | $0.00 |
| Federal Express / UPS /Ontrac | | $0.00 |
| Postage / U.S. Mail | | $0.00 |
| Service of Process | | $0.00 |
| Messenger/delivery | | $0.00 |
| Hearing Transcripts | | $0.00 |
| Investigation | | $0.00 |
| Lexis/westlaw | | $0.00 |
| Photocopies - in House | | $0.00 |
| Photocopies - Outside | | $0.00 |
| Telephone/telecopier | | $0.00 |
| Travel - Transportation (Airplanes - Coach Fares Only) | | $0.00 |
| Travel - Meals ($75 per person / day cap) | | $0.00 |
| Travel - Hotels | | $0.00 |
| Miscellaneous | | $0.00 |
| | | |
| **TOTAL EXPENSES** | | **$0.00** |