# EXHIBIT BB

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION**<br><br>**This Document Relates to All Cases** | **MDL No. 2948**<br><br>**Master Docket No. 20-cv-4699**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Sunil R. Harjani** |

**DECLARATION OF PETER E. COOPER IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES FILED ON BEHALF OF LAWRENCE KAMIN, LLC**

I, PETER E. COOPER, declare and state as follows:

1. I am a Member of the law firm of LAWRENCE KAMIN, LLC. My firm's resume is attached hereto as **Exhibit 1**. I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense Protocol [Dkt. 105], my firm conducted the following activities for the common benefit of Plaintiffs at the direction of Co-Lead Counsel for Plaintiffs, Ekwan Rhow of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.:

- Researched, coordinated and drafted pleadings and appeared in Court concerning the consolidation and rationalization of class action litigation regarding TikTok, including violations of the Illinois Biometric Information Privacy Act ("BIPA") pending among

various U.S. District Courts for consolidation as MDL in the U.S. District Court for the Northern District of Illinois.

The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 75.30 hours. The total lodestar for my firm in this time period is $40,350.00.

3. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

4. As detailed in **Exhibit 3**, my firm has incurred a total of $16.90 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

5. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of March, 2022 at Chicago, Illinois.

_____
Peter E. Cooper

# Exhibit 1

# FIRM RESUME

Lawrence Kamin, LLC ("Lawrence Kamin") has concentrated on the representation of the securities industry since the stock market crash of 1929. For over 90 years of dynamic change and restructuring, Lawrence Kamin has been actively representing securities, futures and derivatives firms and professionals.

The Firm has decades of experience advising on the formation, organization, operation, capitalization and compliance procedures of broker-dealers, investment advisors and other financial service firms. We're called upon to assist companies on various supervisory and compliance matters, including the design and implementation of compliance systems and internal controls, counsel on the requirements of the federal and state securities laws and the intricate rules and regulations of self-regulatory organizations and exchanges, regulatory exams, and internal investigations and defending enforcement actions when potential violations have occurred. We also represent broker-dealers, investment advisors and their affiliated personnel in regulatory compliance matters, including investigations and enforcement proceedings. Many of our securities attorneys have backgrounds working at the Securities and Exchange Commission or various stock markets and exchanges, and all have worked with regulators for decades. This experience often provides a twofold benefit: We can anticipate the focus of regulatory inquiries, and our credibility with regulators allows us to achieve prompt and satisfactory resolutions.

Lawrence Kamin's experience has permeated virtually every area of the Federal and State Securities Laws. Lawrence Kamin has assisted financial professionals in the creation, formation, reorganization, operation, registration, compliance of securities related business, including proprietary trading firms, money management firms, broker-dealers, and investment advisors, prepare operating agreements, and advise on related regulatory and organizational issues, provide assistance in registration, and help prepare firm filings. The Firm has represented advisers, fund managers, sponsors and investors with respect to money management issues. We have advised clients on investment management opportunities, including structuring hedge funds and private equity funds, and has consulted on the regulatory issues related to private fund management.

The Firm has represented issuers of and investors in private placement offerings and financing, prepared securities offering materials, including disclosure documents and subscription agreements, assist clients in the preparation or revision of company documents, and provide advice on the filings necessary to comply with federal and state securities laws, including Form 10-K disclosures.

Lawrence Kamin also has been a part of the rich history of the nation's commodities and futures trading and is among the highly-regarded futures and derivatives firms in Chicago. As the futures and derivatives markets have diversified and shifted to international exchanges and virtual markets, the Firm's practice evolved to address new investment contracts in expanded markets. Lawrence Kamin attorneys have represented clients in the organization and registration of new FCMs, introducing brokers, proprietary trading firms and money managers such as CTAs and CPOs, through the design and implementation of financial controls and compliance systems, to the sale or liquidation of brokerage firms, Lawrence Kamin attorneys assist clients in identifying their objectives and implementing strategies to accomplish them.

Lawrence Kamin has advised firms and traders regarding electronic trading and market making, prepared proprietary trading agreements, counselled on risk management concerns and regulatory issues that arise in upstairs trading and remote market making. The Firm has advised clients in the areas of capital and margin

regulation, clearance and settlement, correspondent and clearing arrangements and on capital and operational questions. We also have counselled accounting firms performing audits of securities and commodities professionals.

Members of Lawrence Kamin have successfully represented clients in investigations and enforcement proceedings before an array of agencies and self-regulatory organizations, including the Securities and Exchange Commission (SEC), the Commodity Futures Trading Commission, the Financial Industry Regulatory Authority (FINRA ), the New York Stock Exchange (NYSE), the National Futures Association (NFA), the Chicago Board Options Exchange (CBOE), the Chicago Mercantile Exchange (CME) and the Chicago Board of Trade (CBOT).

Much of our success is due to the professional experience of the members of our practice groups. These attorneys not only have decades of experience representing members of the financial services industry before regulatory authorities, but also have worked as counsel for the SEC and/or for some of the exchanges conducting inquiries. The depth of their experience assists us in anticipating the direction of investigations and enforcement proceedings and in structuring resolutions with regulators.

Our diversified practice groups and experienced attorneys enable us to aggressively represent clients in financial services matters in a broad spectrum of litigation, ranging from brokers and underwriters in nationwide class actions, to FCM's and traders in industry arbitrations and to dealers and registered representatives in customer disputes. Lawrence Kamin has previously served as liaison counsel in several securities class action matters before the Northern District of Illinois. When pursuing or defending securities claims, we strive to not only understand the facts of a given case, but also to learn the details of the firm or company's operations and procedures.

**LAWRENCE KAMIN LITIGATION, BUSINESS, AND SECURITIES INDUSTRY PARTNERS**

**Thomas F. Bennington, Jr.,** is a partner with Lawrence Kamin's Businesses & Corporations practices, concentrates his practice in business sales and purchases, commercial real estate, wealth protection, and business succession planning.

**Peter E. Cooper** joined Lawrence Kamin in July 1998, after positions with a Chicago securities litigation boutique and two diversified New York law firms. Peter's practice includes representing broker-dealers and registered representatives in customer complaints and securities arbitrations and lawsuits, and representing both plaintiffs and defendants in non-securities litigation ranging from business torts and breaches of contract to trust and estates disputes. An adjunct professor at the IIT Chicago-Kent School of Law, Peter previously served as the chair of the Securities Litigation and Enforcement Subcommittee of the Chicago Bar Association Securities Law Committee.

**Katelyn M. Hodgman** is a litigation attorney representing both corporate and individual clients in a wide range of commercial litigation issues. She astutely advises small businesses, financial institutions, product manufacturers, distributors, installers, and vendors involved in contract disputes, restrictive covenant issues, insurance defense, collection matters, and fiduciary litigation.

**Ted Harman** is of counsel with the firm, and possesses solid experience in counseling clients on disputes and regulatory matters since 1989. Ted is the consummate problem solver when it comes to his clients. Whether working to conclude an existing dispute in the most advantageous manner possible for his clients or planning for disputes which may arise, he aims to find the best solutions on the legal issues facing his clients. He works with his

clients to identify their needs and goals as well as the risks and benefits of the available courses of action to solve their problems.

**Kent Lawrence** is a sought-after mediator and arbitrator who is retained either directly by counsel or through organizations such as the American Arbitration Association, Financial Industry Regulatory Authority (FINRA, f/k/a NASD), National Futures Association and the Center for Conflict Resolution. His mediations often focus on matters involving securities, options, commodities and futures, general commercial and real estate, but he has also mediated as a volunteer in employment discrimination, divorce fee and community matters.

**John S. Monical**, Lawrence Kamin's managing partner, has been with the firm since 1998. His primary area of practice is litigation, including commercial disputes, representing the financial services industry in regulatory investigations, arbitration, mediation and litigation of disputes between broker-dealers, their registered representatives and their clients and in defending major manufacturers of juvenile products in their product liability actions across the country. Opposing counsel have most often complimented John for his tenacious attention to detail. Through his active membership in the CBA Securities Law Committee, the Defense Research Institute (DRI) and the Securities Industry and Financial Markets Association (SIFMA), John stays current on legal developments and contributes to the ongoing discussion of cutting-edge arguments for his clients. John is the Illinois State Liaison to the ABA Committee on the State Regulation of Securities and a past chair of the CBA Securities Law Committee.

**Myra Mormile-Wolper** is a seasoned business and financial regulatory lawyer and commercial litigator licensed in Illinois and Georgia. Myra represents financial service entities including broker-dealers and investment advisors, as well as financial advisors and registered representatives in compliance matters; state, SEC, and FINRA regulatory investigations and enforcement proceedings; customer litigation and arbitration; and employment disputes. With almost 20 years of professional practice, Myra has amassed a successful track record in general counsel and senior in-house counsel roles. Myra was instrumental in the formation and implementation of a Legal, Compliance and AML-Fraud department for an online brokerage firm. Additionally, she provided legal counsel and training on information security, incident response and open source software for a multi-billion dollar financial services firm providing online investing, brokerage and banking services to millions of retail investors. Myra has substantial experience serving as a financial services litigator and regulatory counsel, often representing clients in state and federal courts, arbitration, negotiations, witness preparation, depositions, and on-the-record interviews.

**Raymond E. Saunders** centers his practice around corporate structure, business transactions, income tax, mergers and acquisitions, and trusts, estate and gift tax (including cross-generational transfer and ownership of business). He is technically proficient as a Certified Public Accountant, but his strength is his pragmatic approach and ability to craft simple solutions to complex problems. He has developed the skill of being able to provide concise and simple oral and written explanations of complex legal andbusiness matters.

**Michael Wise** joined Lawrence Kamin in 1989. His practice centers on the financial services industry, encompassing compliance, transaction and litigation matters.Michael counsels brokers, advisers, derivatives market participants and private funds. He regularly handles compliance issues and complex transactions. He has been active in helping clients respond to new requirements mandated by the Dodd Frank Act. Michael represents firms and individuals before the SEC, self-regulatory organizations and state regulators in investigations and enforcement proceedings. Michael's litigation activities include arbitrations before securities and futures exchanges, and appearing on behalf of investment professionals in disciplinary proceedings. Michael also advises corporate and investment company officers and directors in governance and employment related matters, including internal investigations, and regularly represents professionals, such as accountants and other attorneys working in the financial services area. In addition to serving as a seminar panelist for various industry association events, Michael has co-authored

articles on financial services issues with Paul Uhlenhop, including "Managing Regulatory Investigations," published in *The Review of Securities and Commodities Regulation* and "Regulatory Examinations For Cause."

**Mitchell B. Goldberg** (Retired—Appointed as Judge, Circuit Court of Cook County, Illinois).  Prior to his departure from Lawrence Kamin, Mitchell focused his practice on commercial litigation, concentrating in securities and commodity futures law and alternative dispute resolution. He is also a trained mediator.  Mitch's active membership on the boards of various legal committees and law societies, including the Chicago Bar Association and the Decalogue Society of Lawyers, reinforces his intent to continually improve the legal profession, as well as his desire to provide the best possible guidance to clients by keeping abreast of the latest developments in the law.  Mitch has lectured to the Decalogue Society of Lawyers and taught securities litigation at IIT's Chicago-Kent College of Law.  In September 2021, Mitchell was appointed Associate Judge, Circuit Court of Cook County, Illinois, and left the firm.

# Exhibit 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

*EXHIBIT 1*

*TIME REPORT SUMMARY AT CURRENT RATES*

| Firm Name: | Lawrence Kamin, LLC | | Reporting Period: | Inception through February 28, 2022 | | | |
|---|---|---|---|---|---|---|---|

| Categories: | 1) Legal Research<br><br>2) Investigation / Factual Research<br><br>3) Discovery<br>　(Written / Deposition Taking &<br>　Defending / Meet & Confer / etc.)<br><br>4) Document Review<br>　(Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review) | 5) Pleadings, Briefs & Motions<br>　(Drafting, Research, Serving & Filing)<br><br>6) Class Certification<br><br>7) Summary Judgment<br><br>8) Appeals<br><br>9) Court Appearance and Prep<br><br>10) Experts | 11) Settlements & Mediation<br><br>12) Case Management<br><br>13) Class Notice<br><br>14) Trial Prep<br>　(Exhibit & Witness List/Jury Instruction/<br>　Vior Dire/Opening Statements/Closing<br>　Arguments/Demonstratives/etc.)<br><br>15) Trial | TITLE: | (P) Partner<br><br>(A) Associate<br><br>(LC) Law Clerk<br><br>(SPL) Senior Paralegal<br><br>(PL) Paralegal |

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peter Cooper (P) | | 9.40 | | 0.70 | 51.30 | | | | 0.70 | | | | | | | 0.00 | 62.10 | 62.10 | $550.00 | $0.00 | $34,155.00 | **$34,155.00** |
| Mitchell Goldberg (P) | | 1.20 | | | 9.00 | | | | | | | | | | | 0.00 | 10.20 | 10.20 | $550.00 | $0.00 | $5,610.00 | **$5,610.00** |
| **SUB-TOTAL** | 0.00 | 10.60 | 0.00 | 0.70 | 60.30 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.30 | 72.30 | | $0.00 | $39,765.00 | $39,765.00 |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Guadalupe Sanchez (PL) | | | | | 3.00 | | | | | | | | | | | 0.00 | 3.00 | 3.00 | $195.00 | $0.00 | $585.00 | **$585.00** |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 | | $0.00 | $585.00 | $585.00 |
| **GRAND TOTAL:** | 0.00 | 10.60 | 0.00 | 0.70 | 63.30 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.30 | 75.30 | | $0.00 | $40,350.00 | $40,350.00 |

# Exhibit 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:** Lawrence Kamin, LLC

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | |
| Court Costs - Filing Fees | | |
| Experts/consultants | | |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | |
| Messenger/delivery | | |
| Hearing Transcripts | | |
| Investigation | | |
| Lexis/westlaw | PACER Online Research | $16.90 |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | |
| Travel - Meals ($75 per person / day cap) | | |
| Travel - Hotels | | |
| Miscellaneous | | |
| | | |
| **TOTAL EXPENSES** | | **$16.90** |