IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | MDL No. 2948 <br><br> Master Docket No. 20-cv-4699 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | |

### DECLARATION OF KATRINA CARROLL IN SUPPORT OF PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES

KATRINA CARROLL, declares as follows:

1. I am the managing partner of the Chicago, Illinois office of Lynch Carpenter LLP (formerly Carlson Lynch LLP), a nationally recognized litigation boutique specializing in the prosecution of plaintiff-side class actions. My firm's resume is attached hereto as **Exhibit 1**. I have been appointed by the Court as Co-Lead Counsel for Plaintiffs in this matter, I have personal knowledge of the facts stated herein, and I submit this Declaration in support of Plaintiffs' petition for an award of attorneys' fees and reimbursement of costs and expenses in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My previous Declaration in Support of Preliminary Approval of the Settlement, filed on February 25, 2021 [ECF No. 122-6] details my qualifications and efforts in this litigation preceding the Court's Preliminary Approval Order and is incorporated here by reference.

3. My firm has acted as counsel to Plaintiffs and Plaintiffs' classes in this action. During the period from case inception through October 31, 2020 (the first reporting period pursuant to the Court's Case Management Order No. 4: Common Benefit Fee and Expense

1

Protocol [Dkt. 105]), my firm conducted the following activities for the common benefit of Plaintiffs:

- Researched legal issues and filed the first of the Northern District of Illinois related actions (*E.R. v. TikTok, Inc. et al.*, 1:20- cv-02810 (N.D. Ill.)) bringing Illinois-centric biometric privacy claims claims against Defendants, TikTok Inc. and ByteDance Technology Inc.

- Researched arbitration issues extensively, including arbitrability of claims brought my minors and issues relating to consent and disaffirmance.

- Acted as Court-appointed interim lead counsel during the pendency of the proceedings before the Judicial Panel for Multidistrict Litigation ("MDL").

- During the pendency of the MDL proceedings, worked to organize and coordinate the numerous related actions for the benefit of all parties and the putative class.

- Briefed and successfully presented oral argument before the MDL Panel in support of centralization of the proceedings in this District.

- Communicated extensively with counsel for Defendants and other plaintiffs' counsel to explore a global settlement opportunity beginning in late May and early June of 2020.

- Organized counsel in the Northern District of Illinois cases and collaboratively filed a Consolidated Complaint in this District, served discovery, and prepared for the August 13, 2020 mediation, which became the foundation for the settlement now being presented to the Court.

- Assigned mediation related tasks to team of the following sixteen firms who participated on the mediation team: Freed Kanner London & Millen LLC; Cafferty Clobes Meriwether & Sprengel LLP; Sauder Schelkopf LLP; Gordon Law Offices, Ltd.; Stephan; Zouras, LLP; Erik H. Langeland P.C.; Tostrud Law Group, P.C.; Consumer Protection Legal, LLC;

Scott+Scott Attorneys at Law LLP; Baird Law Firm; Wood Law Firm, LLC; Ahdoot & Wolfson, PC; Susman Godfrey LLP; Fegan Scott, LLC; Foote, Mielke, Chavez & O'Neil, LLC and my firm, then known as Carlson Lynch LLP.

- Interviewed multiple experts and retained a top expert in code analysis, communicated extensively with defense counsel, researched settlement value and the merits of our legal claims and prepared a detailed mediation statement.

- Traveled to California (together with Mr. Jagher, now a Court-appointed PSC member) during the height of the pandemic to appear in person for the twelve hour mediation with Judge Phillips on August 13, 2020. Five additional delegates from our team participated in the mediation remotely: Robert Foote (Foote, Mielke, Chavez & O'Neil, LLC); PSC Member Michael Gervais (Susman Godfrey LLP); Joseph Guglielmo (Scott+Scott Attorneys at Law LLP); Tina Wolfson (Ahdoot & Wolfson, PC) and Tiffany Yiatras (Consumer Protection Legal, LLC).

- Drafted the September 4, 2020 Settlement Agreement and collaborated with signatory counsel to finalize same.

- With the assistance of counsel participating in the mediation, conducted a competitive bidding process for claims administration and class notice (three separate proposals were fully vetted by the group).

- Traveled again to California to conduct source code review at TikTok's offices alongside code expert and additional counsel (Mr. Jagher and settlement signatory Tina Wolfson of Ahdoot & Wolfson).

- Worked on confirmatory discovery efforts prior to the appointment of the Leadership Group on September 28, 2020 and assigned tasks to various counsel in connection with drafting supplemental written discovery.
- Began work as Co-Lead Counsel (discussed more in detail below).

The total number of hours expended on this litigation by my firm from case inception through October 31, 2020, is 1,810.8 hours. The total lodestar for my firm in this time period is $1,673,137.50.

4. For the time period November 1, 2020 through February 28, 2022, following my appointment by the Court as one of three Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs:

- Communicated extensively with defense counsel and the leadership group to ensure continuity in settlement dealings.
- Drafted MDL protocols for Court approval.
- Researched and analyzed legal and factual issues, and participated in the drafting of the Consolidated Amended Complaint, with other members of leadership.
- Actively participated in confirmatory discovery – including working with experts, analyzing source code, drafting written discovery, drafting deposition questions – with other members of leadership.
- Analyzed, negotiated and drafted February 2021 addendum to settlement agreement with other members of leadership.
- Oversaw class notice program with other members of leadership.
- Drafted motion for preliminary approval and supplemental submission for preliminary approval, in collaboration with other members of leadership.

- Presented two rounds of oral argument to the Court on preliminary approval of the settlement.

- Oversaw litigation fund.

- Oversaw creation of Qualified Settlement Fund for TikTok's settlement payment.

- Drafted opposition to "Class Member Edelson PC's Motion to Vacate or Modify Preliminary Injunction" with other members of leadership.

- Communicated with named plaintiffs concerning the settlement.

- Drafted final approval papers for settlement.

The total number of hours expended on this litigation by my firm from for the time period November 1, 2020 through February 28, 2022, is 991.75 hours. The total lodestar for my firm in this time period is $913,620.00.

5. The total number of hours expended on this litigation by my firm from case inception through February 28, 2022, is 2,802.55 hours. The total lodestar for my firm is $2,586,757.50. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys, and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of contemporaneous, daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

6. Attached hereto as **Exhibit 2** is a detailed summary indicating the amount of time spent by the partners, attorneys, and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through February 28, 2022.

7. As detailed in **Exhibit 3**, my firm has incurred a total of $27,374.44 in unreimbursed expenses during the period from case inception through February 28, 2022. These expenses do not include my firm's assessment payments to the common cost litigation fund maintained by Co-Lead Counsel.

8. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and represent an accurate recordation of the expenses incurred.

9. My firm was also responsible for maintaining the TikTok Litigation Fund and collecting assessments from members of the Leadership Group. Each Co-Lead Counsel contributed $25,000 to the Litigation Fund and each member of the PSC contributed $15,000. As of the date of this filing, $ 138,510.53 was paid out from the Litigation Fund for expert costs and $ 11,489.47 remains in this account. Co-Lead counsel requests further requests reimbursement on behalf of the leadership group for all amounts contributed to the fund.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 30, 2022

_____
Katrina Carroll

# EXHIBIT 1

Case: 1:20-cv-04699 Document #: 198 Filed: 03/31/22 Page 8 of 20 PageID #:4501



# LYNCH CARPENTER

Pittsburgh ▪ San Diego ▪ Chicago
Los Angeles ▪ Philadelphia

## FIRM RESUME

# **OUR MISSION**

Lynch Carpenter is a national law firm with a singular mission – to provide a voice to those who have been silenced by the disproportionate powers which too often exist in America. With lawyers based in Pittsburgh, San Diego, Los Angeles, Philadelphia, and Chicago, Lynch Carpenter has created an inclusive national community of like-minded legal talent to represent plaintiffs in complex litigation. Lynch Carpenter lawyers have developed strong collaborative working relationships with counsel throughout the nation and have been involved in numerous high-profile multidistrict litigation proceedings, frequently in leadership roles.

The Lynch Carpenter platform is self-made, without reliance upon the legacy of a long-established "repeat player" law firm, and is based upon the fundamental principle that input from a broad base of lawyers with diverse backgrounds, working together with mutual respect, will result in the strongest possible organization. At Lynch Carpenter, diversity is utilized, not tokenized. To this end, the firm strives to provide equal opportunities for promotion and leadership to its attorneys and supporting professionals. Eleven of the 22 Lynch Carpenter attorneys have been appointed to leadership positions in multidistrict or otherwise consolidated litigation, in class-action matters involving financial fraud (including securities fraud, derivative actions, and lending fraud), data breach, privacy, consumer fraud, breach of contract, labor and employment, antitrust, and civil rights, in federal and state courts throughout the country.

Lynch Carpenter represents a wide variety of clients, including individual consumers and employees, small businesses, non-profits, issue advocacy groups, and governmental entities. Over the past ten years, Lynch Carpenter lawyers emerged as national leaders in data breach and privacy litigation, and in that time have negotiated or contributed to class recoveries totaling more than $250 million in that sector alone. Along the way, the Lynch Carpenter team has generated seminal legal authority in both trial and appellate courts. For example, in 2018, as a direct result of Lynch Carpenter's tenacious appellate advocacy, the Pennsylvania Supreme Court became one of the first state high courts to recognize that a common-law duty of reasonable care applies to the collection and storage of sensitive electronically-stored data. This landmark opinion, *Dittman v. UPMC*, 196 A.3d 1036 (Pa. 2018), paved the way for data breach victims to bring viable negligence claims against companies whose inadequate security practices allow major breach incidents to happen.

In October 2020, *The Legal Intelligencer* named Lynch Carpenter (under its predecessor name) "Litigation Department of the Year" for general litigation in Pennsylvania. In 2021, the firm was named as a finalist for Litigation Department of the Year in the Pennsylvania region by *The American Lawyer*. Several of its partners co-author the current edition of *Class Actions: The Law of 50 States* published by Law Journal Press. Lynch Carpenter's attorneys are recipients of numerous additional individual awards, as described in more detail in the individual biographies on the firm's website.

Lynch Carpenter continues to grow and establish itself as a leader in representing plaintiffs in complex litigation throughout the country. The firm remains committed to developing its younger lawyers and providing them with opportunities for professional growth, both inside and outside of the firm. In leading major complex litigation, the firm draws strength from its decentralized management structure, which fosters collaboration within the firm and enables the assembly of internal litigation teams for each case. In this way, Lynch Carpenter epitomizes the synergistic benefits which result from a group of good lawyers working together to do good things.

# REPRESENTATIVE AND NOTABLE CASES

## PRIVACY & DATA BREACH LITIGATION

***In re Equifax, Inc. Customer Data Security Breach Litig.***, MDL 2800 (N.D. Ga.). The Equifax data breach compromised the nation's entire credit reporting system. More than 400 lawsuits filed by consumers and financial institutions were consolidated in the MDL. Gary Lynch was appointed co-lead counsel for financial institution plaintiffs. After significant dispositive motions practice and initial rounds of discovery, the parties negotiated a settlement of the financial institution class action that provides up to $7.75 million in cash benefits, plus additional injunctive relief. The court granted preliminary approval of the settlement in June 2020 and final approval in October 2020.

***In re TikTok, Inc., Consumer Privacy Litig.***, No. 20-cv-4699 (MDL No. 2948) (N.D. Ill.). Judge Lee appointed Katrina Carroll as Co-lead Counsel in this multidistrict litigation alleging that one of the world's biggest social media platforms captured, collected, and transmitted personal data from TikTok users and their devices without their consent and/or knowledge, including private information and biometric information within the meaning of the Illinois Biometric Information Privacy Act.

***In re Blackbaud, Inc. Customer Data Breach Litig.***, MDL 2972 (D.S.C.). In 2020, data security company Blackbaud, Inc. was target for a ransomware attack. In the litigation that followed, brought by Blackbaud's customers, Kelly Iverson was appointed to the Plaintiffs' Steering Committee. On October 19, 2021, the Honorable J. Michelle Childs denied Blackbaud's motion to dismiss Plaintiffs' negligence and gross negligence claims.

***In re Wawa, Inc. Data Security Litig***, 2:19-cv-6019 (E.D. Pa.). Gary Lynch was appointed co-lead counsel for a putative class of financial institution plaintiffs in consolidated actions brought against Wawa, Inc. arising out of a 2019 payment card data breach involving the convenience store's point-of-sale systems. A consolidated amended complaint was filed in July 2020, and in 2021 the district court denied the defendant's motion to dismiss the primary claims.

***In re Marriott International Customer Data Security Breach Litigation,*** MDL No. 2879 (D. MD.). Lynch Carpenter was appointed to the Plaintiffs' Steering Committee in this multidistrict litigation related to the data breach involving Starwood guest information dating back to at least 2014. The MDL includes more than 100 cases and is in pretrial litigation.

***In re Anthem, Inc. Customer Data Security Breach Litig.***, No. 5:15-md-02617, MDL 2617 (N.D. Cal.). Lynch Carpenter attorneys represented customers of a national health insurer which experienced a data breach involving the personal information, including social security numbers, of up to an estimated 80 million customers. The case was consolidated and transferred to the Northern District of California in June 2015. Lynch Carpenter attorneys participated in discovery related to Highmark, the Pennsylvania-based member of the Blue Cross Blue Shield Association and a co-defendant in the MDL. The parties reached a settlement valued at $117 million, which was approved by the Court.

***In re Home Depot Customer Data Breach Litig.***, 1:14-md-02583, MDL 2583 (N.D. Ga.). In this multidistrict litigation, Lynch Carpenter attorneys represented financial institutions in litigation related to the major data breach at the retailer which continued for almost six months in 2014 and resulted in the compromise of approximately 56 million payment card accounts. Lynch Carpenter was appointed by Judge Thrash to be one of three lead counsel managing the financial institution track of the litigation. In September 2017, the Court granted final approval to a comprehensive class settlement that provides over $27 million in relief to the financial institution class.

***First Choice Federal Credit Union v. The Wendy's Company et al***, 2:16-cv-0506, (W.D. Pa.). This class action arose out of a malware installed on the point-of-sale systems of Wendy's franchised restaurants for the purpose of capturing and ex-filtrating customer payment card data. Approximately 18 million payment cards were exposed. The United States District Court for the Western District of Pennsylvania consolidated several proposed class actions and appointed Lynch Carpenter as Co-lead Counsel on behalf of the plaintiff financial institutions. In November 2018, after three rounds of in-person mediation, Wendy's agreed to pay $50 million into a non-reversionary fund and to adopt and/or maintain certain reasonable safeguards to manage its data security risks. When the settlement received final approval in November 2019, the Honorable Maureen P. Kelly noted Class Counsel's "national reputation," "significant experience in these types of class actions and in data breach litigation," and "high level of skill and efficiency." Judge Kelly further explained:

> This case has gone on for three and a half years…This was a very involved case and everyone brought to the table an incredible wealth of knowledge, was always prepared, really was thorough and professional in everything that was provided to the Court. And as involved as this case was, if every case I had was as well organized and professionally presented as this case has been, my life would be much easier… The briefs I got in this case and any filings were just so well-done and detailed. And my law clerks and I have discussed that a number of times. I want to thank counsel for the way you have conducted yourselves and the way you've all presented this case.

***Dittman et al v. UPMC d/b/a The University of Pittsburgh Medical Center and UPMC McKeesport***, Allegheny Cty., Pa. No. GD-14-003285; 196 A.3d 1036 (Pa. 2018). Lynch Carpenter represented several employees of the health care group UPMC in a class action stemming from a breach of UPMC's personnel files. On November 21, 2018, the Supreme Court of Pennsylvania issued a landmark decision, reversing two lower courts, regarding the viability of common law negligence claims in the wake of a data breach. The Court found that UPMC engaged in affirmative conduct by collecting and storing employee data, and that general principles of negligence support holding actors to "a duty to others to exercise the care of a reasonable man to protect [others] against an unreasonable risk of harm to them arising out of the act." As to the economic loss doctrine, the Court agreed with Plaintiffs' interpretation of Pennsylvania legal precedent on the issue, finding that the question of whether the economic loss doctrine applies necessarily turns on the "source of the duty alleged," and, accordingly, a plaintiff may seek pecuniary damages under a negligence theory if the duty sought to be enforced arises independently of any contractual relationship between the parties. After remand to the trial court, additional motions practice, and initiating discovery, the parties reached a multimillion-dollar settlement that received final approval in December 2021.

***In re Target Corporation Customer Data Breach Litig.***, 0:14-md-02522, MDL 2522 (D. Minn.). This multidistrict litigation arose out of the massive data breach that occurred in late 2013.

Judge Magnuson appointed Gary Lynch to the five-member Plaintiffs' Executive Committee that managed the litigation on behalf of all Plaintiffs' tracks (consumer, financial institution, and shareholder). A settlement agreement which provided $10 million to affected individual customers was granted final approval in November 2015. A separate settlement providing approximately $39 million in relief to plaintiff financial institutions was granted final approval in May 2016.

***Greater Chautauqua Federal Credit Union et al v. Kmart Corporation et al***, No. 15-cv-02228 (N.D. Ill.). In this consolidated data breach case in which financial institutions were seeking recovery for losses sustained as a result of a 2014 data breach at one of the nation's largest discount retail chains, Judge Lee appointed Gary Lynch to the Plaintiffs' Executive Committee, and Katrina Carroll to serve as Liaison Counsel. A settlement was reached and approved in June 2017.

***In re Ashley Madison Customer Data Security Breach Litig.***, MDL No. 2669 (E.D. Mo.). In this well-publicized data breach case Lynch Carpenter attorneys represented individuals whose highly sensitive account information was leaked from a social media company. The case was consolidated and transferred to the Eastern District of Missouri in December 2015. Judge Ross appointed Gary Lynch and Katrina Carroll (while with her prior firm) to the Executive Committee. A class settlement for $11.2 million was given final approval in November 2017.

***In re Vizio, Inc. Consumer Privacy Litig.***, MDL No. 2693 (C.D. Cal.). This action was filed on behalf of individuals who purchased Vizio "Smart TVs," which contained software that collected information about the users in a manner that allegedly violates numerous consumer protection statutes. The case was consolidated and transferred to the Central District of California in April 2016, and Lynch Carpenter was appointed to the Plaintiffs' Steering Committee. The case was settled and received final approval in 2019, providing for a $17 million common fund.

***Veridian Credit Union v. Eddie Bauer LLC***, 2:17-cv-356 (W.D. Wash.). Lynch Carpenter served as co-lead counsel on behalf of a class of financial institutions in this class action against Eddie Bauer arising out of payment card data breach of the retailer's point-of-sale systems in 2016, which led to the exposure of up to 1.4 million payment cards. After overcoming a motion to dismiss and engaging in substantial discovery, the parties negotiated a class action settlement, which was approved in 2019. The agreement made up to $2.8 million available in direct cash relief to class members and provided for an addition $7 million worth of injunctive relief and other benefits.

***In Re: Solara Medical Supplies Data Breach Litigation***, 19-cv-02284 (S.D. Cal.). In January 2020, Judge Marilyn Huff appointed Kelly Iverson to the Plaintiffs' Steering Committee in this data breach action that affected both the personally identifiable information as well as protected health information of Plaintiffs' and the classes.

***In re Community Health Systems, Inc., Customer Data Security Breach Litigation***, 2:15-cv-00222, MDL 2595 (N.D. Ala.). Gary Lynch served as a member of the plaintiffs' steering committee in consolidated multidistrict litigation stemming from a 2014 data breach involving one of the nation's largest hospital chains. The breach affected over 200 hospitals and the sensitive personal information of approximately 4.5 million patients was compromised. The action settled on a class basis for up to $3.1 million.

***In re Arby's Restaurant Group***, 1:17-mi-55555 (N.D. Ga.). In October 2016, computer hackers accessed Arby's inadequately protected point-of-sale system and installed malware that infected nearly 1,000 Arby's restaurant locations. Gary Lynch was appointed by Judge Totenberg as Chair of the Financial Institution Plaintiffs' Executive Committee. The case settled and received final approval in November 2020.

***Vance v. International Business Machines Corp.***, 1:20-cv-577 (N.D. Ill.). Lynch Carpenter attorneys were appointed Co-lead Counsel in this class action claiming IBM violated Illinois's Biometric Information Privacy Act when it collected, obtained, disclosed, redisclosed, disseminated, and otherwise profited from Illinois residents' unique facial geometric measurements without providing notice or obtaining consent. In September 2020, Lynch Carpenter defeated nearly all of the arguments raised in IBM's motion to dismiss, allowing the case to proceed forward toward class certification.

***In Re: Clearview AI, Inc., Consumer Privacy Litig.***, 1:21-cv-00135 (N.D. Ill.). Lynch Carpenter attorneys served as counsel in this multidistrict litigation on behalf of a proposed class of Illinois citizens alleging that Clearview, in violation of the Illinois Biometric Information Privacy Act, scraped over 3 billion facial images from the internet, scanned the facial images' biometrics, and built a searchable database of the scanned images and biometrics, allowing users to instantly identify an unknown individual with only a photograph. Clearview then sold or otherwise gave access to these biometrics to hundreds of law enforcement agencies, private entities, and individuals.

***Lewert v. PF Chang's China Bistro, Inc.***, No. 1:14-cv-04787 (N.D. Ill.): Katrina Carroll served as Court-appointed co-lead counsel representing P.F. Chang's customers who had their personal financial information compromised in a 2014 security breach. This matter was one of the first data breach cases on record. Ms. Carroll oversaw all of the appellate briefing in ultimately obtaining a landmark ruling in the Seventh Circuit on Article III standing, hailed by Law360 as one of the "top privacy cases" of 2016.

***Salam v. Lifewatch, Inc.***, No. 1:13-cv-09305 (N.D. Ill.): In this hard-fought litigation, Lynch Carpenter partner Katrina Carroll is currently involved as court-appointed Co-lead Counsel on behalf of a certified class in this privacy matter brought under the Telephone Consumer Protection Act ("TCPA"). Ms. Carroll has been directly involved in all aspects of litigation, including discovery and motion practice which culminated in a total victory for plaintiffs in contested class certification.

## CONSUMER PROTECTION/PRODUCTS LIABILITY

***In re Robinhood Outage Litig.***, No. 20-cv-1626 (N.D. Cal.). In July 2020, Jamisen Etzel was appointed to the executive committee overseeing consolidated actions brought by consumers who sustained losses when the trading application Robinhood suffered severe service outages in early 2020 during a period of intense market volatility. A consolidated amended complaint was filed in August 2020, and rulings on class certification are expected in 2022.

***Morrow v. Ann Inc.***, 16-cv-3340 (S.D.N.Y.). Lynch Carpenter attorneys were co-class counsel in a case alleging deceptive pricing practices by a major national retail chain. After plaintiffs overcame a motion to dismiss, the case settled for $6.1 million worth of class benefits. The settlement was approved in April 2018.

***Luca v. Wyndham Hotel Group, LLC***, 2:16-cv-746 (W.D. Pa.). Lynch Carpenter attorneys were co-lead counsel in a class action against the Wyndham hotel companies for violations of New Jersey consumer protection statutes. Plaintiffs alleged that Wyndham's websites deceptively masked the resort fees charged at certain hotels and forced patrons to agree to illegal terms and conditions. In 2017, plaintiffs defeated a motion to dismiss filed by two of the primary operating subsidiaries. A class settlement worth up to $7.6 million was reached in 2019 and approved later that year.

***Van v. LLR, Inc.***, 3:18-cv-0197 (D. Ak.); 962 F.3d 1160 (9th Cir. 2020). Lynch Carpenter partners Jamisen Etzel and Kelly Iverson won a significant consumer rights ruling from the United States Court of Appeals for the Ninth Circuit. The appeals court reversed a district court dismissal for lack of standing, and, in a published decision, held that the temporary loss of money is a sufficient "injury-in-fact" under Article III of the Constitution to confer standing on a consumer to file a federal lawsuit. In September 2021, the District of Alaska certified a class of consumers asserting claims under Alaska's Unfair Trade Practices and Consumer Protection Act.

***Mednick v. Precor, Inc.***, No. 14-cv-03624 (N.D. Ill.): Lynch Carpenter partner Katrina Carroll served as court-appointed Co-lead Counsel in this products liability matter concerning the heart rate monitoring feature on Precor fitness machines. Due to Ms. Carroll's efforts, the plaintiffs defeated a contested class certification motion and obtained class certification for a multi-state consumer class. Ms. Carroll was instrumental in negotiating a class settlement providing meaningful relief for class members shortly thereafter, for which the Court recently issued final approval.

***In re Rust-Oleum Restore Marketing, Sales Practices and Prods. Liab. Litig***. No. 1:15-cv-1364 (N.D. Ill.): In this sprawling products liability MDL relating to defective deck resurfacing products, Katrina Carroll was instrumental in negotiating a $9.3 million settlement providing meaningful relief to consumers, which received final approval in March of 2017 by the Honorable Amy J. St. Eve of the United States District Court for the Northern District of Illinois, now a sitting Judge of the Court of Appeals for the Seventh Circuit.

### FINANCIAL FRAUD, LENDING PRACTICES, AND SECURITIES

***In re: FedLoan Student Loan Servicing Litigation – MDL No. 2833***, (E.D. Pa.). Lynch Carpenter serves as court-appointed co-lead counsel on behalf of student loan borrowers and federal grant recipients in this multidistrict litigation. The claims relate to widespread and systemic failures on the part of a student loan servicer and the U.S. Department of Education to adequately service the programs and advise its participant. A consolidated complaint was filed in November 2019. As of January 2022, a motion to dismiss is fully briefed and currently awaiting resolution by the Court.

***CitiMortgage SCRA Litigation***, (S.D.N.Y.). Lynch Carpenter attorneys were tri-lead counsel in this class action against CitiMortgage on behalf of Sergeant Jorge Rodriguez in the Southern District of New York. This case alleges that CitiMortgage improperly foreclosed upon Mr. Rodriguez's home (and the homes of similarly situated individuals) while he was serving his country in Iraq, in violation of the Servicemembers Civil Relief Act. The case settled and received final approval in October 2015, securing a total recovery of $38.2 million for members of our military service.

***In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Secondary Mortgage Loan Litigation***, (W.D. Pa./3d Cir.). Lynch Carpenter attorneys were co-lead class counsel in this national litigation on behalf of second mortgage borrowers under the Real Estate Settlement Procedures Act. The class was certified by the district court and affirmed by the Third Circuit, 795 F.3d 380 (2015). A class settlement was finalized in early 2017 and obtained a total recovery of $24 million.

***In re Tenet Healthcare Corp. Securities Litigation***, 02-cv-8462 (C.D. Cal.). Prior to joining the firm, Katrina Carroll represented the State of New Jersey's Division of Investment in this securities class action against Tenet Healthcare and its outside auditor, KPMG, related to false and misleading public statements those entities made between 2000 and 2002 about Tenet's financial health. Katrina played a large role in drafting motions *in limine* briefing issues regarding the admissibility of plaintiff's expert witness report. Tenet settled in 2006 for $215 million, and KPMG settled in 2008 for $65 million.

***In re Motorola Securities Litig.***, 03-cv-287 (N.D. Ill.). Katrina Carroll represented the State of New Jersey's Division of Investment in this securities class action against Motorola, stemming from misrepresentations made by the company regarding a $2 billion loan it made to a Turkish entity that was not repaid. The case settled a few days before trial for $190 million.

***Figueroa v. Capital One***, 18-cv-692 (S.D. Cal.). Todd Carpenter and Eddie Kim served as Class Counsel in a class action challenging the unlawful assessment of multiple ATM fees in contravention of the customer account agreement, which resulted in a $13 million settlement.

***Bingham v. Acorns Grow***, 30-2019-0150842 (Cal. Sup. Ct. Orange Cnty.). Eddie Kim served as Class Counsel in a class action on behalf of customers of a financial mobile app that automatically transferred "spare change" from each purchase using debit cards issued by customers' banks into an Acorns Grow investment account. This action challenged the app's failure to prevent overdrafts of customers' checking accounts as a result of the automated transfers and the resultant assessment of overdraft fees. A $2.5 million settlement is pending court approval.

***Schertzer v. Bank of America***, 19-cv-264 (S.D. Cal.). Lynch Carpenter attorneys represent bank customers who were assessed out-of-network ATM fees for balance inquiries transpiring from deceptive ATM prompts utilized by independent ATM operators Cardtronics and FCTI. Plaintiffs prevailed on challenges to the pleadings and a ruling on the motion for class certification is pending.

COVID-19 INSURANCE LITIGATION

***In re Generali Covid-19 Travel Insurance Litig.***, No. 20-md-2968, MDL 2968 (S.D.N.Y). In January 2021, Jamisen Etzel was appointed co-lead counsel in this MDL comprising actions brought on behalf of consumers whose travel plans were cancelled as a result of the Covid-19 pandemic, and whose travel insurance provider either denied coverage or refused to return premiums paid for post-departure risks the insurer was not required to cover.

***Business Income Insurance Coverage Litigation***, various. Lynch Carpenter attorneys represents numerous business-policyholders who were forced to close or curtail their business operations as a result of government shut down orders in the wake of the Covid-19 pandemic and who have been denied insurance coverage under their "all risks" property insurance coverage.

## WAGE AND HOUR & EMPLOYMENT DISCRIMINATION LITIGATION

***Verma v. 3001 Castor Inc.***, (E.D. Pa.). As co-class counsel, Lynch Carpenter attorneys won a $4.59 million jury verdict in 2018 for misclassified workers at a Philadelphia nightclub. The claims were brought under the FLSA and Pennsylvania Minimum Wage Act. The trial verdict was fully affirmed by the Third Circuit in August 2019.

***Genesis Healthcare v. Symczyk*** (U.S. Supreme Court). Gary Lynch served as Counsel of Record before the United States Supreme Court in an appeal addressing the application of mootness principles in a putative collective action filed under Section 216(b) of the Fair Labor Standards Act. When defendant served the plaintiff with a Rule 68 offer of judgment for "make whole" relief, the district court dismissed the case as moot. Gary Lynch successfully argued the appeal in the United States Court of Appeals for the Third Circuit, which held that the FLSA collective action did not become moot upon the plaintiff's receipt of a Rule 68 offer of judgment for full satisfaction of her individual claim. The Supreme Court reversed in a 5-4 opinion, with Justice Kagan writing a strong dissent on behalf of our client—a position which was subsequently adopted by the majority of the Court in *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153 (2016). Plaintiff's position before the Supreme Court was supported by the United States as Amicus Curiae.

## ANTITRUST

***In Re Railway Industry Employee No-Poach Antitrust Litigation,*** **MDL 2850,** (W.D. Pa.), Chief Judge Joy Flowers Conti appointed Lynch Carpenter partner Kelly K. Iverson as Plaintiffs' Liaison Counsel on behalf of the class of employees who alleged the defendants and their co-conspirators entered into unlawful agreements to reduce and eliminate competition among them for employees and to suppress the compensation of those employees. The two defendants agreed to class settlements worth a combined $48.95 million, and final approval was granted in August 2020.

***In Re Blue Cross Blue Shield Antitrust Litigation,*** **MDL No. 2406**, (N.D. Ala.). Lynch Carpenter attorneys represent healthcare subscriber plaintiffs in four states in this nationwide class action challenging the anti-competitive practices of Blue Cross/Blue Shield's nationwide network of local insurers who do not compete with each other based on geographic boundaries. A $2.7 billion settlement received preliminary approval in early 2021.

## CIVIL RIGHTS

***ADA (Americans with Disabilities Act) Accessibility Litigation***. Lynch Carpenter is currently counsel for plaintiffs in a substantial number of putative class actions filed on behalf of individuals with disabilities to enforce the ADA's accessibility requirements. Over the last ten years, Lynch Carpenter attorneys have represented individuals with visual and mobility disabilities in seeking improved access to physical locations, ATMs, Point of Sale devices, and websites.

# EXHIBIT 2

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*

**EXHIBIT 1**

*TIME REPORT SUMMARY AT CURRENT RATES*

| Firm Name: | Lynch Carpenter LLP | Reporting Period: | Inception through February 28, 2022 |
|---|---|---|---|

**Categories:**

1) Legal Research
2) Investigation / Factual Research
3) Discovery (Written / Deposition Taking & Defending / Meet & Confer / etc.)
4) Document Review (Including for depo prep, class cert, experts, liability issues, jurisdictional issues, and meetings re doc review)
5) Pleadings, Briefs & Motions (Drafting, Research, Serving & Filing)
6) Class Certification
7) Summary Judgment
8) Appeals
9) Court Appearance and Prep
10) Experts
11) Settlements & Mediation
12) Case Management
13) Class Notice
14) Trial Prep (Exhibit & Witness List/Jury Instruction/Vior Dire/Opening Statements/Closing Arguments/Demonstratives/etc.)
15) Trial

**TITLE:**
(P) Partner
(A) Associate
(LC) Law Clerk
(SPL) Senior Paralegal
(PL) Paralegal

| ATTORNEYS (P, A) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Katrina Carroll | 128.90 | 89.50 | 133.90 | | 809.20 | | | | 96.60 | 41.60 | 612.80 | 163.80 | | | | 0.00 | 2,076.30 | 2,076.30 | $950.00 | $0.00 | $1,972,485.00 | **$1,972,485.00** |
| Gary Lynch | 74.30 | | 3.40 | | 171.90 | | | | 4.30 | 1.40 | 130.60 | 8.50 | | | | 0.00 | 394.40 | 394.40 | $950.00 | $0.00 | $374,680.00 | **$374,680.00** |
| Kelly Iverson | | | | | | | | | | | | 1.40 | | | | 0.00 | 1.40 | 1.40 | $800.00 | $0.00 | $1,120.00 | **$1,120.00** |
| Kyle Shamberg | 73.20 | | | | 179.10 | | | | 2.00 | | 19.30 | 0.40 | | | | 0.00 | 274.00 | 274.00 | $800.00 | $0.00 | $219,200.00 | **$219,200.00** |
| Nicholas Lange | | | | | 9.80 | | | | 2.90 | | 2.30 | 0.40 | | | | 0.00 | 15.40 | 15.40 | $525.00 | $0.00 | $8,085.00 | **$8,085.00** |
| Nicholas Colella | 3.70 | | | | | | | | | | | | | | | 0.00 | 3.70 | 3.70 | $500.00 | $0.00 | $1,850.00 | **$1,850.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 280.10 | 89.50 | 137.30 | 0.00 | 1,170.00 | 0.00 | 0.00 | 0.00 | 105.80 | 43.00 | 765.00 | 174.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,765.20 | 2,765.20 | | $0.00 | $2,577,420.00 | **$2,577,420.00** |

| NON-ATTORNEYS (LC, SPL, PL) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | PREVIOUS HOURS | CURRENT HOURS | CUMULATIVE HOURS | HOURLY RATE | PREVIOUS LODESTAR | CURRENT LODESTAR | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elaine McFarland (PL) | | | | | | | | | | | | 10.85 | | | | 0.00 | 10.85 | 10.85 | $250.00 | $0.00 | $2,712.50 | **$2,712.50** |
| Jon Romanishin (PL) | | | | | 9.70 | | | | | | 2.50 | 12.90 | | | | 0.00 | 25.10 | 25.10 | $250.00 | $0.00 | $6,275.00 | **$6,275.00** |
| Maggie Robalino (PL) | | | | | 1.40 | | | | | | | | | | | 0.00 | 1.40 | 1.40 | $250.00 | $0.00 | $350.00 | **$350.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (SPL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Name (PL) | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| | | | | | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| **SUB-TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 11.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 23.75 | 0.00 | 0.00 | 0.00 | 0.00 | 37.35 | 37.35 | | $0.00 | $9,337.50 | **$9,337.50** |
| **GRAND TOTAL:** | 280.10 | 89.50 | 137.30 | 0.00 | 1181.10 | 0.00 | 0.00 | 0.00 | 105.80 | 43.00 | 767.50 | 198.25 | 0.00 | 0.00 | 0.00 | 0.00 | 2802.55 | 2,802.55 | | $0.00 | $2,586,757.50 | **$2,586,757.50** |

# EXHIBIT 3

*IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION*
**EXHIBIT 2**
**EXPENSE REPORT SUMMARY**

**FIRM NAME:** Lynch Carpenter

**REPORTING PERIOD:** Inception through February 28, 2022

| CATEGORY | DESCRIPTION (If necessary) | CUMULATIVE COSTS |
|---|---|---|
| Litigation Assessment | | $0.00 |
| Court Costs - Filing Fees | | $772.70 |
| Experts/consultants | | $5,000.00 |
| Federal Express / UPS /Ontrac | | |
| Postage / U.S. Mail | | |
| Service of Process | | $307.50 |
| Messenger/delivery | | |
| Hearing Transcripts | | $236.60 |
| Investigation | | |
| Lexis/westlaw | | |
| Photocopies - in House | | |
| Photocopies - Outside | | |
| Telephone/telecopier | | |
| Travel - Transportation (Airplanes - Coach Fares Only) | | $1,581.37 |
| Travel - Meals ($75 per person / day cap) | | $998.68 |
| Travel - Hotels | | $641.59 |
| Miscellaneous | Mediation | $17,500.00 |
| Miscellaneous | Airport Parking | $336.00 |
| | | |
| **TOTAL EXPENSES** | | **$27,374.44** |

556281

Ex 2 Expense Summary