# Exhibit 1

## Related Search Criteria

| | |
|---|---|
| **Type** | Search (Docket) |
| **Filters** | Attorney or Law Firm: katrina n/2 carroll |
| **Sources** | Dockets |
| **Date** | Apr 30, 2020 to Apr 09, 2022 |
| **Request Time** | Friday, April 08, 2022 - 10:08 AM |

# Search Results

1. Clarke v. Lemonade, Inc., Docket No. 2022LA000308 (Ill. Cir. Ct. Mar 31, 2022), Court Docket

| | |
|---|---|
| **Parties** | Milton Citchens; Alexander Clarke; Ebony Jones; Lemonade Insurance Agency, LLC; Kyle Swerdlow; Lemonade, Inc.; Lemonade Insurance Company; Andrew Garcia; Ryan Webb; Marlaw Walker; Lemonade Life Insurance Agency, LLC; Lemonade, Ltd. |
| **Last Updated** | 2022-04-04 21:50:05 |

2. Doxie et al v. Abbott Laboratories, Docket No. 1:22-cv-01376 (N.D. Ill. Mar 16, 2022), Court Docket

| | |
|---|---|
| **Parties** | Abbott Laboratories; Ashley Popa; Lani Holloway; Deniege Revord; Shaylynn Doxie; Kataleena Helmick; Brittney Gray |
| **Last Updated** | 2022-04-01 23:58:35 |
| **Federal Nature of Suit** | Contract: Insurance [110] |
| **Judge(s)** | EDMOND EMIN CHANG |
| **Cause of Action** | 28:1332 Diversity-Fraud |

3. Bryant v. All Ways Auto Transport LLC, Docket No. 1:22-cv-00906 (N.D. Ill. Feb 18, 2022), Court Docket

| | |
|---|---|
| **Parties** | All Ways Auto Transport LLC; DOES 1 through 100; Herbert Bryant, III |
| **Last Updated** | 2022-03-29 03:38:37 |
| **Federal Nature of Suit** | Statutes: Other Statutory Actions [890] |
| **Judge(s)** | VIRGINIA MARY KENDALL |
| **Cause of Action** | Civil Miscellaneous Case |

4. Bryant v. All Ways Auto Transport LLC, Docket No. 3:22-cv-00279 (S.D. Ill. Feb 17, 2022),

Court Docket

| | |
|---|---|
| **Parties** | All Ways Auto Transport LLC; Does 1 through 100, inclusive; Herbert Bryant, III |
| **Last Updated** | 2022-03-24 00:16:23 |
| **Federal Nature of Suit** | Statutes: Other Statutory Actions [890] |
| **Judge(s)** | Staci Michelle Yandle |
| **Cause of Action** | Civil Miscellaneous Case |

5. Simmons v. Sprout Foods, Inc. et al, Docket No. 2:22-cv-00386 (D.N.J. Jan 26, 2022), Court Docket

| | |
|---|---|
| **Parties** | North Castle Partners; SPROUT FOODS, INC.; Lynn Huntley; Salvatore Stile; DOES; Frances Pressley; Emily Simmons |
| **Last Updated** | 2022-03-09 00:08:30 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | Stanley R. Chesler |
| **Cause of Action** | 28:1332 Diversity-Fraud |

6. PECOU v. BESSEMER TRUST COMPANY et al, Docket No. 2:22-cv-00377 (D.N.J. Jan 26, 2022), Court Docket

| | |
|---|---|
| **Parties** | JUBRIL PECOU; BESSEMER TRUST COMPANY; PROFIT SHARING PLAN COMMITTEE OF BESSEMER TRUST COMPANY |
| **Last Updated** | 2022-02-08 04:04:37 |
| **Federal Nature of Suit** | Labor: Employee Retirement Income Security Act (E.R.I.S.A.) [791] |
| **Judge(s)** | Julien Xavier Neals |
| **Cause of Action** | 29:1001 E.R.I.S.A.: Employee Retirement |

7. Dzananovic v. Bumble, Inc. et al, Docket No. 1:21-cv-06925 (N.D. Ill. Dec 30, 2021), Court Docket

| | |
|---|---|
| **Parties** | Dario Dzananovic; Buzz Holdings L.P.; Bumble Trading LLC; Bumble, Inc. |
| **Last Updated** | 2022-03-27 22:16:46 |
| **Federal Nature of Suit** | Personal Injury: Other [360] |
| **Judge(s)** | Andrea R. Wood |
| **Cause of Action** | 28:1332 Diversity-Personal Injury |

8. Amira Powe v. Dermalogica, LLC, Docket No. 1:21-cv-06921 (N.D. Ill. Dec 30, 2021), Court Docket

| | |
|---|---|
| **Parties** | Amira Powe; Dermalogica, LLC |
| **Last Updated** | 2022-02-24 02:01:11 |
| **Federal Nature of Suit** | Civil Rights: Other [440] |
| **Judge(s)** | ROBERT MICHAEL DOW, JR |
| **Cause of Action** | 28:1332 Diversity-Petition for Removal |

9. Colwell v. Exicure Inc. et al, Docket No. 1:21-cv-06637 (N.D. Ill. Dec 13, 2021), Court Docket

| | |
|---|---|
| **Parties** | James Mathew; David A. Giljohann; Mark Colwell; Brian C. Bock; Jeffrey Coleman; Sam Uemura; Martin Gui; Exicure Inc. |
| **Last Updated** | 2022-03-28 06:46:47 |
| **Federal Nature of Suit** | Statutes: Securities / Commodities / Exchanges [850] |
| **Judge(s)** | John Fitzgerald Kness |
| **Cause of Action** | 15:78m(a) Securities Exchange Act |

10. Kuklineski v. Binance Capital Management Co., Ltd. et al, Docket No. 3:21-cv-01425 (S.D. Ill. Nov 12, 2021), Court Docket

| | |
|---|---|
| **Parties** | Kamil Kuklinski; BAM Trading Services Inc.; Jumio Corporation; Binance Capital Management Co., Ltd. |
| **Last Updated** | 2022-04-06 23:53:17 |
| **Federal Nature of Suit** | Contract: Other [190] |
| **Judge(s)** | Stephen P. McGlynn |
| **Cause of Action** | 28:1332 Diversity-Petition for Removal |

11. Stevens v. Rust-Oleum Corporation, Docket No. 1:21-cv-05957 (N.D. Ill. Nov 05, 2021), Court Docket

| | |
|---|---|
| **Parties** | Rust-Oleum Corporation; Neil Stevens |
| **Last Updated** | 2022-03-14 02:02:11 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | John Fitzgerald Kness |
| **Cause of Action** | 28:1332 Diversity-(Citizenship) |

12. BRIGLIO v. JOHNSON & JOHNSON CONSUMER , INC., Docket No. 0:21-cv-62191 (S.D. Fla. Oct 22, 2021), Court Docket

| | |
|---|---|
| **Parties** | JOHNSON & JOHNSON CONSUMER , INC.; JULIANNA BRIGLIO |
| **Last Updated** | 2021-10-22 09:53:17 |

| | | |
|---|---|---|
| | **Federal Nature of Suit** | Personal Property: Fraud [370] |
| | **Judge(s)** | Raag Singhal |
| | **Cause of Action** | 28:1332 Diversity-Fraud |

**13.** IN RE: Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability Litigation, Docket No. 0:21-md-03015 (S.D. Fla. Oct 08, 2021), Court Docket

| | | |
|---|---|---|
| | **Parties** | Sharron Meijer; Kelly Granda; Bennett Johnson; Nicole Sander; Kyle Melquist; Johanna Dominguez; Jerl Dickerson; George B Rafal; Marcy Lokietz; Roxane M. Pedron; Johnson & Johnson Consumer Companies, Inc.; Halle Ellingson; Anna Swartz; Shelli French; Kyra Harrell; Mike Xavier; Tyler Baker; Frank Ortega; Neutrogena Corporation; Katherine Brennan; Christina T Geloso; Michael Taillard; Catalina Ocampo; Fredric Salter; Rebecca Dickerson; Heather Rudy; Dina Casaliggi; Steven Lavalle; Sharon Trainor; Julianna Briglio; Samantha Stolzenbach; Stacey Vaidis; Brian Slafter; Michelle Mang; Judith Barich; Melissa Jimenez; Sophia Porter; Lauren Harper; Costco Wholesale Corporation; Annette Nokes; Timothy McLaughlin; AVEENO; Johnson & Johnson Consumer, Inc.; Meredith Serota; Jacob Somers; Minett Fernandez; Johnson & Johnson Aerosol Sunscreeen Marketing, Sales Practices and Products Liability Litigation; Robert Botterill; Ryan Dickerson; Johnson & Johnson; Heidi Humphreys; Carman Grisham; Christine Goodwin; Charity Dickerson; Kurt Hall; Robert Alexander Bodine |
| | **Last Updated** | 2022-03-29 04:05:10 |
| | **Federal Nature of Suit** | Personal Injury - Health Care/Pharmaceutical Personal Injury/Product Liability [367] |
| | **Judge(s)** | Raag Singhal |
| | **Cause of Action** | 28:1407 Multidistrict Litigation |

**14.** Francione v. Kraft Heinz Foods Company, Docket No. 1:21-cv-05346 (N.D. Ill. Oct 08, 2021), Court Docket

| | | |
|---|---|---|
| | **Parties** | Michelle Francione; Kraft Heinz Foods Company |
| | **Last Updated** | 2022-01-24 15:27:09 |
| | **Federal Nature of Suit** | Contract: Other [190] |
| | **Judge(s)** | Rebecca R. Pallmeyer |
| | **Cause of Action** | 28:1332 Diversity-Other Contract |

**15.** Bridges et al v. The Blackstone Group Inc., Docket No. 3:21-cv-01091 (S.D. Ill. Sep 02, 2021), Court Docket

| | | |
|---|---|---|
| | **Parties** | Danny Collins; Raymond Cunningham; Blackstone Group Inc.; Carolyn Bridges |
| | **Last Updated** | 2022-03-29 20:01:32 |

| | | |
|---|---|---|
| | **Federal Nature of Suit** | Personal Injury: Other [360] |
| | **Judge(s)** | David W Dugan |
| | **Cause of Action** | 28:1332 Diversity-Petition for Removal |

**16.** Clarke v. Lemonade Inc., Docket No. 1:21-cv-04522 (N.D. Ill. Aug 24, 2021), Court Docket

| | | |
|---|---|---|
| | **Parties** | Alexander Clarke; Lemonade Inc. |
| | **Last Updated** | 2021-11-11 00:20:47 |
| | **Federal Nature of Suit** | Personal Injury: Other [360] |
| | **Judge(s)** | John Robert Blakey |
| | **Cause of Action** | 28:1332 Diversity-(Citizenship) |

**17.** Citchens v. Lemonade Inc., Docket No. 1:21-cv-04517 (N.D. Ill. Aug 24, 2021), Court Docket

| | | |
|---|---|---|
| | **Parties** | Milton Citchens; Lemonade Inc. |
| | **Last Updated** | 2022-04-01 04:04:51 |
| | **Federal Nature of Suit** | Personal Injury: Other [360] |
| | **Judge(s)** | John Robert Blakey |
| | **Cause of Action** | 28:1332 Diversity-(Citizenship) |

**18.** Burbige et al v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II et al, Docket No. 1:21-cv-04349 (N.D. Ill. Aug 16, 2021), Court Docket

| | | |
|---|---|---|
| | **Parties** | Kevin Burbige; Marc Furstein; New York City District Council of Carpenters Pension Fund; Aaron F. Hood; Labeed Diab; Carmen A. Policy; Phillip Goldstein; Construction Industry Laborers Pension Fund; Melbourne Firefighters' Retirement System; Local 353, I.B.E.W. Pension Fund; The Phoenix Pension & Provident Funds; David Turk; Local 295 IBT Employer Group Pension Trust and Welfare Funds; ATI Physical Therapy, Inc.; Ziyang Nie; Andrew A. McKnight; Hamza Ghaith; Brent Gatacre; Joshua A. Pack; The Freedom and Justice Foundation; Joseph Jordan; The Phoenix Insurance Company Ltd.; Leslee Cowen; Sunil Gulati; Rakefet Russak-Aminoach |
| | **Last Updated** | 2022-04-07 04:04:44 |
| | **Federal Nature of Suit** | Statutes: Securities / Commodities / Exchanges [850] |
| | **Judge(s)** | EDMOND EMIN CHANG |
| | **Cause of Action** | 15:78m(a) Securities Exchange Act |

**19.** Barton v. Walmart Inc., Docket No. 1:21-cv-04329 (N.D. Ill. Aug 13, 2021), Court Docket

| | | |
|---|---|---|
| | **Parties** | Andrew L. Barton; Walmart Inc. |

| | |
|---|---|
| **Last Updated** | 2022-03-29 02:37:41 |
| **Federal Nature of Suit** | Personal Injury: Other [360] |
| **Judge(s)** | John Fitzgerald Kness |
| **Cause of Action** | 28:1446 Petition for Removal |

**20.** Clarke et al v. Aveda Corporation, Docket No. 1:21-cv-04185 (N.D. Ill. Aug 05, 2021), Court Docket

| | |
|---|---|
| **Parties** | Aveda Corporation; Brittany Ferguson; Jay Vyas; Cheri Clarke |
| **Last Updated** | 2022-04-04 01:42:00 |
| **Federal Nature of Suit** | Personal Injury: Other [360] |
| **Judge(s)** | CHARLES RONALD NORGLE, SR |
| **Cause of Action** | Civil Miscellaneous Case |

**21.** The UPS Store, Inc., et al v. Reba Shavers, Docket No. 21-08024 (7th Cir. Jul 29, 2021), Court Docket

| | |
|---|---|
| **Parties** | REBA SHAVERS; UPS STORE; GENERATION I. LLC |
| **Last Updated** | 2021-07-30 15:32:12 |

**22.** City of Metropolis, Illinois et al v. Honeywell International, Inc., Docket No. 3:21-cv-00860 (S.D. Ill. Jul 27, 2021), Court Docket

| | |
|---|---|
| **Parties** | City of Metropolis, Illinois; County of Massac; Honeywell International, Inc. |
| **Last Updated** | 2022-02-24 00:13:23 |
| **Federal Nature of Suit** | Statutes: Other Statutory Actions [890] |
| **Judge(s)** | Staci Michelle Yandle |
| **Cause of Action** | 28:1331 Fed. Question |

**23.** BRIGLIO v. JOHNSON & JOHNSON CONSUMER , INC., Docket No. 3:21-cv-13972 (D.N.J. Jul 21, 2021), Court Docket

| | |
|---|---|
| **Parties** | JOHNSON & JOHNSON CONSUMER , INC.; JULIANNA BRIGLIO |
| **Last Updated** | 2021-11-15 11:49:39 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | ZAHID N QURAISHI |
| **Cause of Action** | 28:1332 Diversity-Fraud |

**24.** Cole v. Rust-Oleum Corporation, Docket No. 1:21-cv-02816 (N.D. Ill. May 25, 2021), Court

[Docket]

| | |
|---|---|
| **Parties** | Nancy Cole; Rust-Oleum Corporation |
| **Last Updated** | 2022-03-15 06:51:24 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | MARTHA M PACOLD |
| **Cause of Action** | 28:2201 Declaratory Judgement |

**25.** [Dassig v. Honeywell International, Inc., Docket No. 3:21-cv-00485 (S.D. Ill. May 14, 2021), Court Docket]

| | |
|---|---|
| **Parties** | Shannon Dassig; Honeywell International, Inc. |
| **Last Updated** | 2022-02-14 04:13:22 |
| **Federal Nature of Suit** | Personal Injury: Other [360] |
| **Judge(s)** | Staci Michelle Yandle |
| **Cause of Action** | 42:1396 - Tort Negligence |

**26.** [Wilson et al v. Walmart Inc et al, Docket No. 3:21-cv-00082 (E.D. Ark. Apr 27, 2021), Court Docket]

| | |
|---|---|
| **Parties** | Maria Calderon; Jennifer Kay Watts; Ashley Baxter; Krystal Leigh Anderson; Beverly Watkins; Debbie Hawkins; Jo-Ellen Paterno; Sarah Ridings; Krishna Patel; Janinne Price; Celia Bruno; Miriah Barbero; Kelsey Blankenship; Sammi Hobdy; Cheyenne Browning; Jordan Cantafio; Tabatha Sidi; Serenitey Carlin; Anthony Harrison; Nicole Holling; Margo Tezeno; Melinda Pass; Cassandra Martell; Emma Trolinder; Rebecca Keeton; Amanda Hobbs-Rogers; Melissa Bloomquist-Smith; Brandi Coleman; Retrena Younge; Olivia Boyer; Julie Blakeley; Leah Ostapchenko; Ryan Sanders; Susan Canada; Deana Linegar; Dominick Grossi; Megan Troyer; Ashley Swenningson; Tiffany Neal; Melissa Dinovi; Christina Salyers; Lillian Hinkle; Victoria Coker; Shelby Geraci; Kassandra Romero; Brittany Distaso; Loukevia Moore; Ali Pliler-Lopez; Ana Butkus; Renee Milline; Marcela Garcia; Shannon Herrington; Andrea Mozo; Lori-Ann McKenzie-Henry; Rachel Knudson; Kimberly Azeneth Avila; Rhianna Thornton; Christine Steele; Kimberly Conway; Jessica David; Natalya Dzyuba; Rachael Kruup; Shaylan Isaacs; Kaley Deford; Sheetal Pattni; April Lockhart; Heather Lowrey; Katrina Thomas; Teresa Wilson; Sophia Alfaro; Samantha Clark; Brittany Wallace; Cheryl Elaine Smith; Chelzy Desvigne; Megan Ashley; Lindsay Barr; Lakrisha Spikes; Crystal Brinig; Cristen Boles; Tabitha Mullinax; Brandy Davis; Acacia Wilson; Christina Gordon; Emily Soderbloom-Cathey; Jolina Manley; Alyssa Megan Barb; Robert Partello; Tyler Baker; Amber Wright; Santequia Ngwu; Adrianne Cooper; Walmart Inc; Ashley Popa; Kirsten South; Does; Kinder Smith; Baylee Schaefer; Angela Cox; Jen Comeau; Lea Santos; Jessica Durrett; Traci Marie Lussier; Grisel Barreto; Rebecca Abbott; Nicole Brisky; Mia Pelletier; |

|  |  |
|---|---|
|  | Julie Secrist; Galena Gutierrez; Brittany Martin; Sonja Renee Twiggs; Theresa Marie Fintonis; Vito Scarola; Felicia Dykes; Tina Marie Perez; Stephanie Norgaard; Kirthi Sasikumar; Amanda Hill; Janice Taina Mercado Guadalupe; Gabrielle Harrison; Meagan Albert; Kyla Talley; Kali McGlinch; Leslie Ainsworth; Ayame Tatiana Galassini; Olivia Johnson |
| **Last Updated** | 2022-02-25 04:01:20 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | Denzil Price Marshall Jr |
| **Cause of Action** | 28:1332 Diversity-Fraud |

**27.** Cates v. Alliance Coal, LLC et al, Docket No. 3:21-cv-00377 (S.D. Ill. Apr 09, 2021), Court Docket

| | |
|---|---|
| **Parties** | Rickey Cates; Alliance Coal, LLC; Alliance Resource Management GP, LLC; Alliance Resource Partners, L.P.; Alliance Resources Operating Partners, L.P.; Hamilton County Coal, LLC; White County Coal, LLC |
| **Last Updated** | 2022-03-29 00:02:08 |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Staci Michelle Yandle |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**28.** Stuve et al v. Kraft Heinz Company, The, Docket No. 1:21-cv-01845 (N.D. Ill. Apr 06, 2021), Court Docket

| | |
|---|---|
| **Parties** | Lana Moskowitz; Jessica Nicodemo; Gabrielle Stuve; Kraft Heinz Company, The |
| **Last Updated** | 2022-03-17 04:14:01 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | Rebecca R. Pallmeyer |
| **Cause of Action** | 28:1346 Tort Claim |

**29.** Bush et al v. Ancient Brands, LLC, Docket No. 5:21-cv-00390 (N.D.N.Y. Apr 05, 2021), Court Docket

| | |
|---|---|
| **Parties** | Stephen Dunn; John C. Cherundolo; Ancient Brands, LLC; Raquel Diaz; Diedre Bush |
| **Last Updated** | 2022-04-07 18:01:06 |
| **Federal Nature of Suit** | Contract: Other [190] |
| **Judge(s)** | LAWRENCE E. KAHN |
| **Cause of Action** | 28:1332 Diversity-Breach of Contract |

| 30. | Moser v. The J. M. Smucker Company et al, Docket No. 4:21-cv-00223 (W.D. Mo. Apr 05, 2021), Court Docket | |
|---|---|---|
| | Parties | Ellen Moser; DOES 1 through 50, Inclusive; The Folger Coffee Company; The J. M. Smucker Company |
| | Last Updated | 2021-04-06 01:05:13 |
| | Federal Nature of Suit | Personal Property: Fraud [370] |
| | Judge(s) | Mary Elizabeth Phillips |
| | Cause of Action | 28:1332 Diversity-Fraud |

| 31. | In re: Folgers Coffee Marketing, Docket No. 4:21-md-02984 (W.D. Mo. Apr 01, 2021), Court Docket | |
|---|---|---|
| | Parties | Deborah Bosso; Marcia Sorin; Ellen Moser; Geoff Thomson; A Kevin Fahey; Sharel Mawby; Frederick Tan; Walmart Inc.; Ramon Ibarra; Julie Marthaller; Shelly Ashton; Mark Smith; Rodger Smith; Kimberly Clark; The Folger Coffee Company; Does; Jay Schoener; The J.M. Smucker Co. |
| | Last Updated | 2022-04-05 14:28:37 |
| | Federal Nature of Suit | Personal Injury: Product Liability [365] |
| | Judge(s) | Mary Elizabeth Phillips |
| | Cause of Action | 28:1332 Diversity-Product Liability |

| 32. | Simoni v. United Airlines, Inc. et al, Docket No. 1:21-cv-01267 (N.D. Ill. Mar 05, 2021), Court Docket | |
|---|---|---|
| | Parties | United Airlines, Inc.; DOES 1 through 10 inclusive; Stephen Simoni; United Airlines Holdings, Inc. |
| | Last Updated | 2022-03-28 19:21:24 |
| | Federal Nature of Suit | Contract: Other [190] |
| | Judge(s) | ROBERT MICHAEL DOW, JR |
| | Cause of Action | 28:1332 Diversity-Breach of Contract |

| 33. | Shavers v. The UPS Store, Inc. et al, Docket No. 1:21-cv-00720 (N.D. Ill. Feb 08, 2021), Court Docket | |
|---|---|---|
| | Parties | Reba Shavers; John Does 1-200; Generation I. LLC; The UPS Store, Inc. |
| | Last Updated | 2021-09-25 04:01:32 |
| | Federal Nature of Suit | Personal Property: Fraud [370] |
| | Judge(s) | Mary M. Rowland |
| | Cause of Action | 28:1441 Petition for Removal |

| | | |
|---|---|---|
| **34.** | Coons v. Yum! Brands, Inc., Docket No. 3:21-cv-00045 (S.D. Ill. Jan 13, 2021), Court Docket | |
| | Parties | Bell American Group, LLC; Yum! Brands, Inc.; Taco Bell Franchisor, LLC; Kimberly Coons |
| | Last Updated | 2022-03-21 23:42:26 |
| | Federal Nature of Suit | Personal Injury: Other [360] |
| | Judge(s) | Stephen P. McGlynn |
| | Cause of Action | 28:1332 Diversity-Personal Injury |
| **35.** | Blanks v. Fitness International, LLC, Docket No. 1:20-cv-07421 (N.D. Ill. Dec 15, 2020), Court Docket | |
| | Parties | Fitness International, LLC; Elihu Blanks |
| | Last Updated | 2022-04-03 00:57:50 |
| | Federal Nature of Suit | Contract: Other [190] |
| | Judge(s) | John Joseph Tharp , Jr. |
| | Cause of Action | 28:1332 Diversity-Other Contract |
| **36.** | CASTRO v. The University of Chicago, Docket No. 1:20-cv-07280 (N.D. Ill. Dec 09, 2020), Court Docket | |
| | Parties | The University of Chicago; ALEXANDER CASTRO |
| | Last Updated | 2021-11-30 10:19:31 |
| | Federal Nature of Suit | Contract: Insurance [110] |
| | Judge(s) | CHARLES PETROS KOCORAS |
| | Cause of Action | 28:1332 Diversity-Other Contract |
| **37.** | Roberta Lindenbaum v. Realgy, LLC, et al, Docket No. 20-04252 (6th Cir. Nov 30, 2020), Court Docket | |
| | Parties | STATE OF ARIZONA; STATE OF HAWAII; CREDIT UNION NATIONAL ASSOCIATION; STATE OF IOWA; ROBERTA LINDENBAUM, individually and on behalf of all others similarly situated; UNITED STATES OF AMERICA; AMERICAN CIVIL LIBERTIES UNION OF OHIO FOUNDATION; STATE OF MARYLAND; STATE OF ILLINOIS; JOHN DOE CORPORATIONS 1-10; ELECTRONIC PRIVACY INFORMATION CENTER; PROFESSOR ERWIN CHEMERINSKY; PROFESSOR RODNEY A. SMOLLA; STATE OF TENNESSEE; DISTRICT OF COLUMBIA; STATE OF NORTH CAROLINA; PROFESSOR NAT STERN; STATE OF CALIFORNIA; STATE OF WASHINGTON; U.S. CHAMBER OF COMMERCE; STATE OF MICHIGAN; PROFESSOR EUGENE VOLOKH; PROFESSOR ANDREW CASEY |

| | |
|---|---|
| | GERONIMO; PUBLIC CITIZEN FOUNDATION, INC.; STATE OF RHODE ISLAND; STATE OF CONNECTICUT; STATE OF MINNESOTA; STATE OF ARKANSAS; STATE OF MAINE; STATE OF NEW MEXICO; STATE OF NEVADA; PUBLIC CITIZEN, INC.; REALGY, LLC, a Connecticut limited liability company, dba Realgy Energy Services; STATE OF ALASKA; PROFESSOR GAUTAM HANS; STATE OF OHIO; STATE OF MASSACHUSETTS; STATE OF NEBRASKA; STATE OF NEW YORK; STATE OF OKLAHOMA; STATE OF DELAWARE; STATE OF NEW JERSEY; STATE OF VERMONT; ACA INTERNATIONAL; STATE OF INDIANA; STATE OF PENNSYLVANIA; AMERICAN CIVIL LIBERTIES UNION; STATE OF SOUTH DAKOTA; STATE OF OREGON; JOHN DOE CORPORATION; FACEBOOK, INC.; STATE OF KANSAS; STATE OF UTAH; STATE OF VIRGINIA; STATE OF NORTH DAKOTA; NATIONAL CONSUMER LAW CENTER |
| **Last Updated** | 2022-03-22 04:09:51 |
| **Federal Nature of Suit** | Statutes: Other Statutory Actions [3890] |

**38.** Moser v. The J. M. Smucker Company et al, Docket No. 1:20-cv-07074 (N.D. Ill. Nov 30, 2020), Court Docket

| | |
|---|---|
| **Parties** | Ellen Moser; Does 1 Through 50, Inclusive; The Folger Coffee Company; The J. M. Smucker Company |
| **Last Updated** | 2021-04-06 17:56:49 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | GARY SCOTT FEINERMAN |
| **Cause of Action** | 28:1332 Diversity-Fraud |

**39.** Hudson v. GoHealth, Inc. et al, Docket No. 1:20-cv-05593 (N.D. Ill. Sep 21, 2020), Court Docket

| | |
|---|---|
| **Parties** | Jerry Nixon; Morgan Stanley & Co. LLC; CB Blizzard Co-Invest Holdings, L.P.; CCP III Cayman GP Ltd.; Muhammad Zeeshan; Sudhakara R. Murikinati; Benjamin Neenan; Helen Hudson; Marc Lessem; Clinton P. Jones; Sai Kumar Reddy Edavally; CCP III AIV VII Holdings, L.P.; Goldman Sachs & Co. LLC; Jeff S. Turnipseed; Centerbridge Partners, L.P.; Benjamin Sandmann; GoHealth, Inc.; Mohammed A. Wajid; Garrett Lessem; Spencer Trotter; NVX Holdings, Inc.; Blizzard Aggregator, LLC; Brandon M. Cruz; Travis J. Matthiesen; BofA Securities, Inc.; Centerbridge Associates III, L.P. |
| **Last Updated** | 2022-04-07 15:32:58 |
| **Federal Nature of Suit** | Statutes: Securities / Commodities / Exchanges [850] |
| **Judge(s)** | SHARON JOHNSON COLEMAN |
| **Cause of Action** | 15:77 Securities Fraud |

**40.** Miller v. Lewis University, Docket No. 1:20-cv-05473 (N.D. Ill. Sep 15, 2020), Court Docket

|  |  |
|---|---|
| **Parties** | Lewis University; Brianna Miller |
| **Last Updated** | 2021-09-29 12:03:44 |
| **Federal Nature of Suit** | Contract: Other [190] |
| **Judge(s)** | MATTHEW F. KENNELLY |
| **Cause of Action** | 28:1332 Diversity-Breach of Contract |

**41.** Whalen v. Facebook, Inc., Docket No. 4:20-cv-06361 (N.D. Cal. Sep 09, 2020), Court Docket

|  |  |
|---|---|
| **Parties** | Facebook, Inc.; Kelly Whalen; S.M.; Victoria Edelstein |
| **Last Updated** | 2022-04-08 09:59:20 |
| **Federal Nature of Suit** | Statutes: Other Statutory Actions [890] |
| **Judge(s)** | Jon Steven Tigar |
| **Cause of Action** | 28:1441 Petition for Removal |

**42.** Wise v. Ring LLC, Docket No. 2:20-cv-01298 (W.D. Wash. Aug 28, 2020), Court Docket

|  |  |
|---|---|
| **Parties** | Michelle Wise; Ring LLC |
| **Last Updated** | 2022-02-23 16:59:20 |
| **Federal Nature of Suit** | Personal Injury: Other [360] |
| **Judge(s)** | JOHN C. COUGHENOUR |
| **Cause of Action** | 28:1441 Notice of Removal |

**43.** Rossi v. Claire's Stores, Inc. et al, Docket No. 1:20-cv-05090 (N.D. Ill. Aug 28, 2020), Court Docket

|  |  |
|---|---|
| **Parties** | Julia Rossi; Kevin Holmes; Claire's Boutiques, Inc.; Delilah Parker; Claire's Stores, Inc.; CBI Distributing Corp. |
| **Last Updated** | 2022-04-02 18:46:38 |
| **Federal Nature of Suit** | Personal Property: Fraud [370] |
| **Judge(s)** | Andrea R. Wood |
| **Cause of Action** | 28:1332 Diversity-Fraud |

**44.** Ramtin Zakikhani v. Hyundai Motor Company et al, Docket No. 8:20-cv-01584 (C.D. Cal. Aug 25, 2020), Court Docket

|  |  |
|---|---|
| **Parties** | Ramtin Zakikhani; Theodore Maddox, Jr.; Ana Olaciregui; Kimberly Elzinga; Hyundai Motor Company; Jacqueline Washington; Melody Irish; Donna Tinsley; Steven Osterman; Hyundai Motor America; Michael Summa; Patti Talley; Kia Motors America, Inc.; Kia America Inc; Elaine Peacock; Kia Corporation; Kia Motors Corporation; Kecia Taylor |

| | |
|---|---|
| Last Updated | 2022-04-01 06:48:25 |
| Federal Nature of Suit | Personal Injury: Motor Vehicle Product Liability [355] |
| Judge(s) | STANLEY BLUMENFELD |
| Cause of Action | 28:1332 Diversity-Product Liability |

45. Felix v. Roosevelt University, Docket No. 1:20-cv-04793 (N.D. Ill. Aug 14, 2020), Court Docket

| | |
|---|---|
| Parties | Daeja Sutton; Oscar Felix; Roosevelt University |
| Last Updated | 2021-10-23 17:52:03 |
| Federal Nature of Suit | Contract: Stockholders' Suits [160] |
| Judge(s) | ROBERT MICHAEL DOW, JR |
| Cause of Action | 28:1332 Diversity-Contract Dispute |

46. Paul v. The Grand White USA, LLC, Docket No. 8:20-cv-01831 (M.D. Fla. Aug 07, 2020), Court Docket

| | |
|---|---|
| Parties | The Grand White USA, LLC; Torrey Paul |
| Last Updated | 2020-10-01 23:42:10 |
| Federal Nature of Suit | Contract: Other [190] |
| Judge(s) | WILLIAM F JUNG |
| Cause of Action | 12:0635 Breach of Insurance Contract |

47. French et al v. Northwestern Mutual Life Insurance Company et al, Docket No. 2:20-cv-01090 (E.D. Wis. Jul 16, 2020), Court Docket

| | |
|---|---|
| Parties | Northwestern Long Term Care Insurance Co; William J French; Sandra M French; Northwestern Mutual Life Insurance Company |
| Last Updated | 2021-11-07 23:40:05 |
| Federal Nature of Suit | Contract: Insurance [110] |
| Judge(s) | Brett H Ludwig |
| Cause of Action | 28:1332 Diversity-Contract Dispute |

48. Vance et al v. Google LLC, Docket No. 5:20-cv-04696 (N.D. Cal. Jul 14, 2020), Court Docket

| | |
|---|---|
| Parties | Google LLC; Steven Vance; Tim Janecyk |
| Last Updated | 2022-02-15 04:07:53 |
| Federal Nature of Suit | Personal Injury: Other [360] |
| Judge(s) | Beth Labson Freeman |

| | | |
|---|---|---|
| | **Cause of Action** | 28:1332 Diversity-Personal Injury |

**49.** Steven Vance et al v. Facefirst, Inc., Docket No. 2:20-cv-06244 (C.D. Cal. Jul 14, 2020), Court Docket

| | | |
|---|---|---|
| | **Parties** | Facefirst, Inc.; Steven Vance; Tim Janecyk |
| | **Last Updated** | 2022-02-10 10:19:13 |
| | **Federal Nature of Suit** | Personal Injury: Other [360] |
| | **Judge(s)** | DOLLY MAIZIE GEE |
| | **Cause of Action** | 28:1332 Diversity-Personal Injury |

**50.** Vance et al v. Amazon.com Inc, Docket No. 2:20-cv-01084 (W.D. Wash. Jul 14, 2020), Court Docket

| | | |
|---|---|---|
| | **Parties** | Steven Vance; International Business Machines Corporation; Amazon.com Inc; Tim Janecyk |
| | **Last Updated** | 2022-04-04 20:44:35 |
| | **Federal Nature of Suit** | Personal Injury: Other [360] |
| | **Judge(s)** | JAMES L. ROBART |
| | **Cause of Action** | 28:1332 Diversity-Personal Injury |

**51.** Vance et al v. Microsoft Corporation, Docket No. 2:20-cv-01082 (W.D. Wash. Jul 14, 2020), Court Docket

| | | |
|---|---|---|
| | **Parties** | Steven Vance; International Business Machines Corporation; Tim Janecyk; Microsoft Corporation |
| | **Last Updated** | 2022-03-22 04:07:01 |
| | **Federal Nature of Suit** | Personal Injury: Other [360] |
| | **Judge(s)** | JAMES L. ROBART |
| | **Cause of Action** | 28:1332 Diversity |

**52.** Placko et al v. University Of Illinois et al, Docket No. 1:20-cv-03451 (N.D. Ill. Jun 12, 2020), Court Docket

| | | |
|---|---|---|
| | **Parties** | Joshua Placko; The University of Illinois System; University Of Illinois; Cindy Placko; Donald J. Edwards; Ali Mirza; Ricardo Estrada; Edward L. McMillan; J.B. Pritzker; Ramon Cepeda; Patricia Brown Holmes; Austin Verthein; Kareem Dale; Stuart C. King; Richard Placko; Jocelyn Bravo; Naomi D. Jakobsson; Jill B. Smart; Board Of Trustees Of The University Of Illinois |
| | **Last Updated** | 2021-06-30 14:29:47 |

| | | |
|---|---|---|
| | **Federal Nature of Suit** | Contract: Other [190] |
| | **Judge(s)** | ROBERT WILLIAM GETTLEMAN |
| | **Cause of Action** | 28:1332 Diversity-Other Contract |

**53.** Du v. Alterra Mountain Company U.S. Inc. et al, Docket No. 1:20-cv-01699 (D. Colo. Jun 11, 2020), Court Docket

| | | |
|---|---|---|
| | **Parties** | Ikon Pass Inc.; Jie Du; Alterra Mountain Company U.S. Inc. |
| | **Last Updated** | 2021-02-17 18:03:59 |
| | **Federal Nature of Suit** | Contract: Other [190] |
| | **Judge(s)** | Raymond P. Moore |
| | **Cause of Action** | 28:1453 - Class Action Fairness Act |

**54.** In re Cattle and Beef Antitrust Litigation, Docket No. 0:20-cv-01319 (D. Minn. Jun 06, 2020), Court Docket

| | | |
|---|---|---|
| | **Parties** | Dan Campbell; Brenda King; Sharon Killmon; Interim Co-Lead Counsel for Proposed Direct Purchaser Plaintiffs; J.B.S. S.A.; Nathan Graham; Cargill, Inc.; JBS S.A.; William Gee; Tyson Foods, Inc.; Redner's Markets, Inc.; Richard Chambers; Erbert & Gerbert's, Inc.; Tyson Fresh Meats, Inc.; Winn-Dixie Stores, Inc; Marcelo Lopez; Swift Beef Company; Direct Purchaser Plaintiffs Beef Steering Committee; April O'Connor; Kent Winchester; Brent Rasmussen; Jacquelyn Watson; SVT, LLC; John Shup; Eric Nelson; James Jensen; Mark Sperry; Charlie Morgan; JBS USA Food Company Holdings; All Plaintiffs; Commercial and Institutional Indirect Purchaser Plaintiffs; Ranchers Cattlemen Action Legal Fund United Stockgrowers of America; National Beef Packing Company; Plaintiff's Interim Co-Lead Counsel; Richard Kimble; Martin Jarmulowicz; Harold M Nayanjom; Central Grocers, Inc.; Andrew Cohen; R&D Marketing, LLC; Farmers Educational and Cooperative Union of America; Karen Carter; Charles Weinreis; Howard B. Samuels; JBS Packerland, Inc.; Nicole Gutierrez; Cargill Meat Solutions Corporation; Michael Sevy; Cindy Abernathy; JBS USA Food Company; Strack and Van Til Super Market, Inc.; Kenneth Peterson; Lisa Melegari; Plaintiff's Interim Liaison Counsel; Olean Wholesale Grocery Cooperative, Inc.; Minatare Feedlot Inc.; Steven Graham; Michelle Oversen; Weinreis Brothers Partnership; Chong Lor; Plaintiff's Executive Committee; Bi-Lo Holding, LLC; Tanya Lewis; Sharon Dawson-Green |
| | **Last Updated** | 2022-04-08 03:57:57 |
| | **Federal Nature of Suit** | Other Statutes: Antitrust [410] |
| | **Judge(s)** | John R. Tunheim |
| | **Cause of Action** | 15:1 Antitrust Litigation |

**55.** Culbertson et al v. Deloitte Consulting LLP, Docket No. 1:20-cv-03962 (S.D.N.Y. May 21,

2020), Court Docket

| | |
|---|---|
| Parties | Bernadette Nolen; Melissa Alexander; Briana Julius; Timothy Sylvester; Alexander Cabot; Nichelle Newland; Janet M. Burns; Timothy Smith; Alexandria Polichena; Daniel Bozin; William Gibson; Jessica Haiman; Mark Niedelson; Kelly Allison-Pickering; Deloitte Consulting LLP; Paul Culbertson; Kathy Neal; Nicole Hornbeck |
| Last Updated | 2022-04-08 04:27:03 |
| Federal Nature of Suit | Personal Property: Other Personal Property Damage [380] |
| Judge(s) | LEWIS JEFFREY LIMAN |
| Cause of Action | 28:1332 Diversity Action |

56. Beermann v. Tauck Inc, Docket No. 3:20-cv-00713 (D. Conn. May 21, 2020), Court Docket

| | |
|---|---|
| Parties | Tauck Inc; Jon Beermann |
| Last Updated | 2021-10-21 23:55:57 |
| Federal Nature of Suit | Contract: Insurance [110] |
| Judge(s) | Jeffrey Alker Meyer |
| Cause of Action | 28:1332 Diversity-Declaratory Judgment |

57. Marron et al v. Clearview AI, Inc. et al, Docket No. 1:20-cv-02989 (N.D. Ill. May 20, 2020), Court Docket

| | |
|---|---|
| Parties | Chris Marron; Richard Schwartz; Maryann Daker; CDW Government LLC; Clearview AI, Inc.; Hoan Ton-That |
| Last Updated | 2021-02-04 09:26:57 |
| Federal Nature of Suit | Personal Property: Other Personal Property Damage [380] |
| Judge(s) | SHARON JOHNSON COLEMAN |
| Cause of Action | Civil Miscellaneous Case |

58. E.R. v. TikTok, Inc. et al, Docket No. 1:20-cv-02810 (N.D. Ill. May 08, 2020), Court Docket

| | |
|---|---|
| Parties | H.S.; A.R., through her mother and legal guardian Gilda Avila; D.M.; E.R.; ByteDance, Inc.; A.S., through her mother and legal guardian Laurel Slothower; K.M.; Misty Hong; TikTok, Inc.; L.B.; N.T., L.T., S.P., J.P., K.P., and G.P., minors, by and through their guardians |
| Last Updated | 2021-03-16 10:43:50 |
| Federal Nature of Suit | Civil Rights: Other [440] |
| Judge(s) | JOHN ZIHUN LEE |
| Cause of Action | 28:1332 Diversity-Injunctive & Declaratory Relief |