# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION, | MDL No. 2948 <br><br> Master Docket No. 20-cv-4699 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Sunil R. Harjani |
| This Document Relates to All Cases | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE BRIEF IN FURTHER SUPPORT OF THEIR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES; AND MOTION FOR LEAVE TO FILE EXCESS PAGES**

1. On March 31, 2022, Plaintiffs filed their Motion for Final Approval of Class Action Settlement, ECF No. 195, and Motion for Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Awards, ECF No. 197 (collectively, the "Motions").

2. Four objectors to the settlement have filed responses to the Motions. ECF Nos. 203, 210, 212, 214.

3. In addition, counsel outside of the court-appointed leadership group, who are co-counsel for certain class representatives, filed a brief regarding their attorneys' fees. ECF No. 216.

4. Plaintiffs respectfully seek leave to respond to these briefs.

5. Plaintiffs request that their submission be due by **May 4, 2022**, two weeks before the May 18, 2022 final fairness hearing.

6. Local Rule 7.1 prohibits the filing of briefs in excess of 15 pages without prior approval of the court.

785583.4

7. To ensure that the Court is fully informed regarding the issues raised in the Motions and responsive briefs, Plaintiffs request permission to exceed the 15-page limitation and file a memorandum of up to 25 pages in length.

8. Plaintiffs have conferred with counsel for Defendants, and they do not oppose this motion.

Dated: April 20, 2022   Respectfully Submitted,

By: /s/ Katrina Carroll
Katrina Carroll
LYNCH CARPENTER
111 W. Washington St.
Suite 1240
Chicago IL 60602
312.750.1265
katrina@lcllp.com

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

By: /s/ Ekwan Rhow
Ekwan Rhow
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
(310) 201-2100
erhow@birdmarella.com

*Plaintiffs Co-Lead Counsel*