**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE TIKTOK, INC., | ) | |
| CONSUMER PRIVACY | ) | **MDL No. 2948** |
| LITIGATION | ) | |
| | ) | **Master Docket No. 20 C 4699** |
| | ) | |
| **This Document Relates to** | ) | |
| **All Cases** | ) | **Judge John Z. Lee** |
| | ) | |
| | ) | **Magistrate Judge Sunil R. Harjani** |
| | ) | |

**AGENDA FOR FAIRNESS HEARING ON MAY 18, 2022**

The Court sets the following schedule for the Fairness Hearing, which is scheduled for May 18, 2022, at 1:00 pm.

I. **Motion for Final Approval of Class Action Settlement**

   A. Class Counsel's Presentation of Motion (15 Minutes)

   B. Objectors[1]

      a. Steven Helfand (10 Minutes)

      b. Mark S. (10 Minutes)

      c. Dennis Litteken (10 Minutes)

      d. Christina Travis (10 Minutes)

   C. Class Counsel's Response to Objections (15 Minutes)

   D. TikTok's Response to Objections (15 Minutes).

II. **Class Counsel's Motion for Attorney Fees, Expenses, and Service Awards**

   A. Class Counsel's Presentation of Motion (15 Minutes)

---

[1]    Jennifer Cochran filed an objection, but did not file a timely notice of intent to appear at the fairness hearing as required by the Court's order granting preliminary approval of the settlement. *See* Order Granting Prelim. Approval, ECF No. 162 § 6.

1

    B.  Objections

        i.  Glancy Prongay (10 Minutes)

        ii.  Steven Helfand (10 Minutes)

        iii.  Mark S. (10 Minutes)

        iv.  Dennis Litteken (10 Minutes)

    C.  Class Counsel's Response to Objections (20 Minutes)

**III.    Other Petitions for Attorneys' Fees and Service Awards**

    A.  Dennis Litteken's Petition for Service Award (5 Minutes)

    B.  Mark S.'s Petition for Service Award (5 Minutes)

    C.  Class Counsel's Response to Petitions (10 Minutes)