# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 12, 2022

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| No. 22-2682 | IN RE: <br><br> TIKTOK INC., CONSUMER PRIVACY LITIGATION <br><br> APPEAL OF: STEVEN F. HELFAND |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-04699 <br> Northern District of Illinois, Eastern Division <br> District Judge John Z. Lee ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                         F.R.A.P. 42(b)

STATUS OF THE RECORD:                      no record to be returned

form name: **c7_Mandate**   (form ID: **135**)