UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

Plaintiff,

v.  Case No.: 1:20−cv−04699

Honorable Rebecca R. Pallmeyer

TikTok Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: As Plaintiffs' Co−Lead Counsel, Defendants' Lead Counsel, and Steven F. Helfand have voluntarily dismissed the appeal in this case, Plaintiffs' motion for imposition of an appeal bond [274] is terminated as moot. Attorney Kanovitz's motion for leave to withdraw [273] is granted. Lead counsel for the parties in this MDL are directed to provide the court with a written report on or before November 30, 2022, describing the overall status of this MDL and plans for disposition of the remaining pending member cases. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.