IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. CONSUMER PRIVACY LITIGATION | MDL No. 2948 |
| | Master Docket No. 20-cv-04699 |
| This Document Relates to:<br>Case Nos. 1:22-cv-07256<br>        1:23-cv-00134<br>        1:23-cv-00225<br>        1:23-cv-00504<br>        1:23-cv-00841<br>        1:23-cv-01430 | Judge Rebecca R. Pallmeyer |

**JOINT STATUS REPORT**

Pursuant to the Court's minute entries dated January 17, and February 15, 2023 (ECF Nos. 285, 290), TikTok Inc., Plaintiff Nate Rahn, Plaintiff Cinnamon Smith, Plaintiff Alison Paige, Plaintiff Marrchelle Tanzymore, Plaintiff Carolyn Smith, Plaintiff Anibeth Bravo, Plaintiff Katie Murphy, Plaintiff Artemis Buckley and Plaintiff Melanie Tado hereby jointly file this status report.

A. **The JPML Ruling and the Transferred Actions**

1. On April 7, 2023, following a hearing held March 30, 2023, the JPML issued an order (attached hereto as **Exhibit A**) (the "**JPML Order**") transferring five actions that were filed against TikTok in late 2022 to this District pursuant to 28 U.S.C. § 1407, and ordering the actions be assigned to this Court to "proceed … as part of MDL No. 2948" (the "Transferred Actions"). *In re: TikTok Inc., Consumer Priv. Litig.*, No. 1:20-cv-04699 (MDL No. 2948) (N.D. Ill.), ECF No. 293. Each of the Transferred Actions involves allegations that TikTok violated the Federal Wiretap Act and related laws by allegedly "track[ing] users' activities on third-party websites" via its "in-app

browser." JPML Order at 1. The JPML held that the Transferred Actions "share common questions of fact with the actions previously transferred to MDL No. 2948." JPML Order at 3.

B. **The Related Actions Pending in this District**

2. There are currently six additional, related cases pending in this District that involve substantially the same privacy claims regarding TikTok's alleged collection of user data via its in-app browser, which were not included as part of the JPML Order because they are already in this District (collectively, the "**N.D. Ill. Related Actions**"):

- *Rahn v. TikTok Inc.*, No. 1:22-cv-07256 (N.D. Ill. filed Dec. 27, 2022);
- *Smith v. TikTok Inc.*, No. 1:23-cv-00134 (N.D. Ill. filed Jan. 10, 2023);
- *Bravo v. TikTok Inc.*, No. 1:23-cv-00225 (N.D. Ill. filed Jan. 13, 2023);
- *Murphy v. TikTok Inc.*, No. 1:23-cv-00504 (N.D. Ill. filed Jan. 26, 2023);
- *Buckley v. TikTok Inc.*, No. 1:23-cv-00841 (N.D. Ill. filed Feb. 10, 2023); and
- *Tado v. TikTok Inc.*, No. 1:23-cv-01430 (N.D. Ill. filed Mar. 8, 2023).

3. Pursuant to Case Management Order No. 1 in this MDL (ECF No. 4), shortly after each of these cases was filed, TikTok Inc. filed Tag-Along Notices with this Court identifying each as involving "questions of fact or law that are common to the actions assigned to MDL." ECF Nos. 281 (*Rahn* Notice), 284 (*Smith* Notice), 286 (*Bravo* Notice), 287 (*Murphy* Notice), 291 (*Buckley* Notice), 292 (*Tado* Notice).

4. As stated in Case Management Order No. 1, "[a]ny 'tag-along actions' later filed in, removed to or transferred to this Court, or directly filed in the Northern District of Illinois, will automatically be consolidated with this action without the necessity of future motions or orders." But to date, the Court has not yet initiated an intra-district transfer of the N.D. Ill. Related Actions to this MDL.

5. Consistent with the JPML Order and the Court's Case Management Order No. 1, the parties jointly agree and request that all of the N.D. Ill. Related Actions be promptly assigned to this Court for pretrial purposes.

C. **The Related Actions Subject to CTO-6**

6. In addition to the Transferred Actions and the N.D. Ill. Related Actions, there are six more related cases currently pending *outside* the Northern District of Illinois ("**CTO-6 Related Actions**"):

- *Androshchuk v. TikTok Inc.*, No. 2:23-cv-00108 (C.D. Cal. filed Jan. 9, 2023);
- *Albaran v. TikTok Inc.*, No. 2:23-cv-00486 (C.D. Cal. filed Jan. 23, 2023);
- *G.R. v. TikTok Inc.*, No. 2:23-cv-00509 (C.D. Cal. filed Jan. 23, 2023);
- *Schulte v. TikTok Inc.*, No. 1:23-cv-00362 (N.D. Ga. filed Jan. 24, 2023);
- *Moody v. TikTok Inc.*, No. 2:23-cv-01075 (C.D. Cal. filed Feb. 13, 2023); and
- *Fugok v. TikTok Inc.*, No. 2:23-cv-00779 (E.D. Pa. filed Feb. 28, 2023).

7. Shortly after the JPML Order transferring and assigning the Transferred Actions to this Court, the JPML issued a new Conditional Transfer Order No. 6 ("**CTO-6**") conditionally transferring the CTO-6 Related Actions to this Court. *See In re: TikTok, Inc., Consumer Priv. Litig.*, MDL No. 2948 (J.P.M.L. Apr. 11, 2023), ECF No. 158, *filed in this Court*, No. 1:20-cv-04699 (N.D. Ill., Apr. 19, 2023), ECF 294. The JPML set a deadline of April 18, 2023, for any party to file an opposition to CTO-6. *See In re: TikTok, Inc., Consumer Priv. Litig.*, MDL No. 2948 (J.P.M.L. Apr. 11, 2023), ECF No. 159.

8. No opposition has been filed. On April 19, 2023, the JPML issued a second order transferring the CTO-6 Related Actions to this Court, which will be effective as soon as that order is filed with the Clerk of the Court in this District. *See In re: TikTok, Inc., Consumer Priv. Litig.*, MDL No. 2948 (J.P.M.L. Apr. 11, 2023), ECF No. 160.

9. Accordingly, TikTok anticipates that the CTO-6 Related Actions will likewise be transferred to this Court in short order.

\* \* \*

10. In sum, for the reasons set forth herein, the parties jointly agree and request that the Court promptly transfer the following N.D. Ill. Related Actions to MDL No. 2948 for pretrial purposes:

- *Rahn v. TikTok Inc.*, No. 1:22-cv-07256 (N.D. Ill. filed Dec. 27, 2022);
- *Smith v. TikTok Inc.*, No. 1:23-cv-00134 (N.D. Ill. filed Jan. 10, 2023);
- *Bravo v. TikTok Inc.*, No. 1:23-cv-00225 (N.D. Ill. filed Jan. 13, 2023);
- *Murphy v. TikTok Inc.*, No. 1:23-cv-00504 (N.D. Ill. filed Jan. 26, 2023);
- *Buckley v. TikTok Inc.*, No. 1:23-cv-00841 (N.D. Ill. filed Feb. 10, 2023); and
- *Tado v. TikTok Inc.*, No. 1:23-cv-01430 (N.D. Ill. Mar. 3, 2023).

Respectfully submitted,

DATED: April 21, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Anthony J Weibell*

Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

                    Facsimile: (650) 565-5100
                    Email: aweibell@wsgr.com

*Lead Counsel for all Defendants in MDL No. 2948*

Dated: April 21, 2023        */s/ Jonathan M. Jagher*
                                      Jonathan M. Jagher
                                      FREED KANNER LONDON & MILLEN LLC
                                      923 Fayette Street
                                      Conshohocken, PA 19428
                                      610.234.6486
                                      jjagher@fklmlaw.com

                                      Katrina Carroll
                                      LYNCH CARPENTER, LLP
                                      111 W. Washington St. Suite 1240
                                      Chicago IL 60602
                                      312.750.1265
                                      katrina@lcllp.com

                                      Gary M. Klinger
                                      MILBERG COLEMAN BRYSON
                                      PHILLIPS GROSSMAN, PLLC
                                      227 W. Monroe Street, Suite 2100
                                      Chicago, Illinois 60606
                                      Telephone: (866) 252-0878
                                      gklinger@milberg.com

                                      *Counsel for Plaintiff Nate Rahn*

Dated: April 21, 2023        */s/ Jeff Ostrow*
                                      Jeff Ostrow
                                      Steven P. Sukert
                                      Jonathan M. Streisfeld
                                      KOPELOWITZ OSTROW FERGUSON
                                      WEISELBERG GILBERT
                                      One West Las Olas Blvd., Suite 500
                                      Fort Lauderdale, FL 33301
                                      Telephone: (954) 525-4100
                                      ostrow@kolawyers.com
                                      sukert@kolawyes.com
                                      streisfeld@kolawyers.com

                                      *Counsel for Plaintiffs Cinnamon Smith, Alison Paige, Marrchelle Tanzymore and Carolyn Smith*

Dated: April 21, 2023  /s/ *Michael R. Reese*
Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
mreese@reesellp.com

Kevin Laukaitis
LAUKAITIS LAW FIRM LLC
737 Bainbridge Street #155
Philadelphia, PA 19147
klaukaitis@laukaitislaw.com

*Counsel for Plaintiff Anibeth Bravo*

Dated: April 21, 2023  /s/ *Bryan Paul Thompson*
Bryan Paul Thompson
Robert W. Harrer
CHICAGO CONSUMER LAW CENTER, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

*Counsel for Plaintiff Katie Murphy*

Dated: April 21, 2023  /s/ *Kyle J. Pozan*
Karen Hanson Riebel (MN # 0219770)
Kate M. Baxter-Kauf (MN # 392037)
Kyle J. Pozan (IL Bar No. 6306761)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
kjpozan@locklaw.com

*Counsel for Plaintiff Artemis Buckley*

Dated: April 21, 2023  /s/ *Yitzchak Zelman*
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
yzelman@marcuszelman.com

MaryBeth V. Gibson
THE FINLEY FIRM, P.C.
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA 30305
Phone: (404) 978-6971
Fax: (404) 320-9978
mgibson@thefinleyfirm.com

*Counsel for Plaintiff Melanie Tado*