# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: TikTok Inc. Consumer Privacy Litigation

Case Number: 1:20-04699

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff G.R., a Minor, by and through Her Guardian Mayra De La Cruz

Attorney name (type or print): Carey Alexander

Firm: Scott+Scott Attorneys at Law LLP

Street address: The Helmsley Building, 230 Park Avenue, 17th Floor

City/State/Zip: New York, New York 10169

Bar ID Number: 5188461
(See item 3 in instructions)

Telephone Number: (212) 223-6444

Email Address: calexander@scott-scott.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 15, 2023

Attorney signature: S/ Carey Alexander
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015