BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile:   (619) 230-1874

*Attorneys for Plaintiff Michael Moody*
*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>Moody v. TikTok, Inc.    23-cv-2465 | MDL No. 2948<br><br>Master Docket No. 1:20-cv-04699<br><br>Hon. Rebecca R. Pallmeyer |

**CERTIFICATE OF SERVICE RE: PLAINTIFF MICHAEL MOODY'S BRIEF IN REPSONSE TO THE COURT'S ORDER OF JULY 12, 2023**

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.5(a) of Local Rules, I hereby certify that a true and correct copy of Plaintiff Michael Moody's Brief in Response to the Court's Order of July 12, 2023 was served on counsel of record via the CM/ECF system of the United States District Court for the Northern District of Illinois on August 11, 2023.

Dated: August 14, 2023                     Respectfully submitted,

                                            */s/ Stephen R. Basser*
                                             Stephen R. Basser

                                            BARRACK, RODOS & BACINE
                                            Stephen R. Basser
                                            E-mail: sbasser@barrack.com
                                            600 West Broadway, Suite 900
                                            San Diego, CA 92101
                                            Telephone: 619-230-0800

                                            *Attorneys for Plaintiff Moody and the Putative Nationwide Class and Illinois Class*