# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. CONSUMER PRIVACY LITIGATION | MDL No. 2948 |
| This Document Relates to: | Master Docket No. 1:20-CV-04699 |
| Schulte v. TikTok, Inc. et al., 1:23-cv-02466 | |

## [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Upon consideration of the motion filed to withdraw attorney Connely M. Doizé as counsel of record for Plaintiff Schulte in the above-captioned matter, the Court hereby GRANTS the motion.

SO ORDERED this ___ day of _____, 2023.

_____
Hon. Rebecca R. Pallmeyer
UNITED STATES DISTRICT COURT JUDGE