

# FIRM RESUME

**www.scott-scott.com**



# THE FIRM

Scott+Scott was founded in 1975 and has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex consumer, securities, antitrust and other commercial actions in both the United States and Europe. Today, the Firm is comprised of more than 135 team members, including more than one hundred attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, NY and San Diego, CA, with additional U.S. offices located in Connecticut, Virginia, Ohio, and Arizona. The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance. They have been regular speakers on CLE panels and other educational conferences around the world.

Scott+Scott has extensive experience litigating cases on behalf of our individual and institutional and clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous consumer, securities, and antitrust class actions, as well derivative and other complex proceedings, in both state and federal courts. The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.



# CONSUMER LITIGATION

Scott+Scott's Consumer Practice Group consists of some of the premier advocates in the area of consumer protection and has litigated and secured some of the most significant consumer protection settlements on behalf of its clients, resulting in hundreds of millions of dollars to class members. The Firm's Consumer Practice Group has attorneys dedicated to three primary areas: Data Breach/Data Privacy Litigation, Healthcare and Pharmaceutical Litigation, and Consumer Protection Litigation.

## DATA BREACH/DATA PRIVACY

Scott+Scott has extensive experience litigating data privacy and data breach class actions advancing cutting-edge legal theories. The Firm has achieved some of the largest recoveries in this area and currently serves in a leadership capacity in a number of data privacy and data breach class actions, including:

• *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-02800 (N.D. Ga.) (claims on behalf of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers; preliminary approval of settlement valued at $32.5 million);

• *In re Google Assistant Privacy Litigation*, No. 5:19-cv-04286 (N.D. Cal.) (class action on behalf of consumers alleging privacy violations whereby Google Assistant records and discloses their private confidential communications without consent); and

• *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 2:19-md-02904 (D.N.J.) (claims on behalf of consumers involving data breach of personal information).

Recently, in settling a class action against The Wendy's Co. involving a breach of personal and financial information, the court, in approving the $50 million dollar settlement, noted that Scott+Scott and its attorneys demonstrated *"*very significant experience in these types of class actions and in data breach litigation" and that the attorneys "brought to the table an incredible wealth of knowledge, was always prepared, really was thorough and professional in everything that was provided to the Court*."* *First Choice Federal Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506, Transcript at 32 (W.D. Pa. Nov. 6, 2019).

**Additional data privacy and data breach settlements achieved by Scott+Scott for its clients include**:

• *In re Arkansas Federal Credit Union v. Hudson's Bay Co*., No. 1:19-cv-4492 (S.D.N.Y.) (lead counsel, $5.1 million settlement on behalf of consumers involving data breach of payment card information);

• *The Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.) (co-lead counsel; $27.25 million settlement on behalf of financial institutions involving data breach



and theft of the personal and financial information of over forty million credit and debit card holders);

• *In re Target Corp. Customer Data Security Breach Litig.*, MDL No. 2522 (D. Minn.) ($59 million settlement on behalf of financial institutions injured by theft of sensitive payment card information);

• *Greater Chautauqua Federal Credit Union v. Kmart Corporation*, No. 1:15-cv-02228 (N.D. Ill.) (settlement valued at $13.4 million on behalf of financial institutions injured by the theft of sensitive payment card information); and

• *WinSouth Credit Union v. Mapco Express, Inc*., No. 3:14-cv-01573 (M.D. Tenn.) (largest per dollar per card recovery involving payment card data breach brought on behalf of a class of financial institutions).

# CONSUMER PROTECTION LITIGATION

Over the past decade, Scott+Scott has litigated a number of diverse cases and fought for rights of consumers to be treated fairly and equitably. The Firm has achieved significant settlements that have protected consumers' rights and recovered substantial monetary benefits, including:

• *The Vulcan Society, Inc. v. The City of New York*, No. 1:07-cv-02067 (E.D.N.Y.) ($100 million settlement and significant injunctive relief was obtained for a class of black applicants who sought to be New York City firefighters, but were denied or delayed employment due to racial discrimination);

• *In re Providian Financial Corp. Credit Card Terms Litigation*, MDL No. 1301 (E.D. Pa.) ($105 million settlement was achieved on behalf of a class of credit card holders who were charged excessive interest and late charges on their credit cards);

• *In re Pre-Filled Propane Tank Marketing & Sales Practices Litigation*, MDL No. 2086 (W.D. Mo.) ($37 million settlement obtained on behalf of class of propane purchasers who alleged defendants overcharged the class for under-filled propane tanks);

• *Murr v. Capital One Bank (USA)*, N.A., No. 1:13-cv-01091 (E.D. Va.) ($7.3 million settlement on behalf of class of consumers who were misled into accepting purportedly 0% interest credit card offers); and

• *Gunther v. Capital One, N.A.*, No. 2:09-cv-02966 (E.D.N.Y.) (settlement resulting in class members receiving 100% of their damages in case alleging consumers were improperly charged undeliverable mail fees).



# ATTORNEY BIOGRAPHY

## CAREY ALEXANDER

**PRACTICE EMPHASIS**

Carey Alexander prosecutes complex consumer class actions with a focus on deceptive pricing and data breach litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeals for the First, Third, and Ninth Circuits; United States District Courts: Southern, Eastern and Western Districts of New York; Northern District of Illinois; Eastern District of Wisconsin; the District of Colorado; and the District of Connecticut.

**EDUCATION**

St. John's University School of Law (J.D., magna cum laude, 2012); Skidmore College (B.A., 2004).

**HIGHLIGHTS**

Mr. Alexander is a partner in the Firm's New York office in the Consumer Practice Group. His practice spans the breadth of consumer protection litigation, focusing primarily on claims involving deceptive pricing, data privacy, and pharmaceutical fraud. He serves as part of the appointed leadership steering numerous class actions representing consumers and financial institutions in state and federal courts throughout the United States.

Mr. Alexander has been recognized for his efforts on behalf of the classes he has represented and has appeared on the Super Lawyers New York Metro Rising Stars list every year since 2016. Judge Castel of the Southern District of New York recently commended Mr. Alexander and his colleagues for their "extensive experience in litigating data breach class actions in federal courts."

In his spare time, Mr. Alexander serves as an appointed member of Manhattan's Community Board 7 and the New York City Bar Association's Consumer Affairs Committee. He also serves as a volunteer Arbitrator in New York City's Small Claims Court.

Prior to joining Scott+Scott, Mr. Alexander worked as an associate in the New York office of a national class action litigation firm. During law school, Mr. Alexander served as an editor of the St. John's Law Review. His note, *Abusive: Dodd–Frank Section 1031 and the Continuing Struggle to Protect Consumers*, 85 St. John's L. Rev. 1105 (2012), has been cited in judicial opinions and in several legal journals, including the Harvard Law Review.

Before joining the bar, Mr. Alexander served as an editor of the widely acclaimed consumer-advocacy blog The Consumerist. He also served as a policy advisor to the Bronx Borough President, worked as part of the National Campaign to Restore Civil Rights, and participated in the Fellowship for Emerging Leaders in Public Service at NYU's Robert F. Wagner Graduate School of Public Service.