# Gibson Consumer Law Group, LLC

MaryBeth V. Gibson is the founding member of Gibson Consumer Law Group, LLC in Atlanta, Georgia. MaryBeth specializes in complex civil litigation, including data privacy litigation, data breach and misuse, business litigation, consumer fraud, corporate fraud, and mass torts. MaryBeth regularly provides trusted advice on complex discovery matters involving ESI, records retention, preservation strategies and compliance with legal process. MaryBeth serves as Chair for the Consumer Privacy/Data Breach Litigation Group for the American Association for Justice and serves as Co-Chair of the Georgia State Bar e-Discovery and Use of Technology Section. MaryBeth is an active participant of The Sedona Conference Working Group 1 on Electronic Document Retention and Working Group 11 on Data Security and Privacy. MaryBeth is retained to act as Special-Counsel to law firms throughout the United States assisting in complex civil litigation. MaryBeth also participates on various panels at conferences concerning data privacy and was recently a panelist at the 2023 NetDiligence Cyber Risk Summit. She has litigation and trial experience in state, federal and appellate courts, as well as mediation and arbitration experience. She was selected as Georgia Trend's 2009 Legal Elite: Georgia's Most Effective Lawyers.

MaryBeth's representative cases include several cases involving violations of wiretapping statutes. Representative cases include the following:

- *In Re: BPS Direct, LLC, and Cabela's, LLC, Wiretapping,* United States District Court for the Eastern District of Pennsylvania, Judge J. Kearney, MDL No. 3074 (MaryBeth V. Gibson, appointed to Plaintiffs' Steering Committee);
- *Matousek v. Noom, Inc.,* United States District Court for Central District of California, Case No. 2:23-cv-01639-KK-JPR, Judge Kenly Kiya Kato (MaryBeth V. Gibson, Class Counsel); and,
- *Tanner v. Acushnet Company and Acushnet Holdings Corp.*, United States District Court for Central District of California, Case No.: 8:23-cv-00346-HDV-ADS, Judge Hernan D. Vera (MaryBeth V. Gibson, Class Counsel).

MaryBeth has been appointed and served in leadership positions in a number of multidistrict litigation cases in the area of privacy and data breaches. Representative cases include the following:

- *Kolstedt v. TMX Finance Corporate Services, Inc., et. al.,* United States District Court for the Southern District of Georgia, Savannah Division, Case No. 4:23-cv-00076-RSB-CLR (MaryBeth V. Gibson, Interim Co-Lead Counsel);
- *Miller v. NextGen Healthcare, Inc.,* United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:23-cv-02043 -TWT, Judge Thomas W. Thrash, Jr. (MaryBeth V. Gibson, Interim Co-Lead Counsel);

- *In Re: Overby Seawell Company Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Steven D. Grimberg, MDL No. 3056 (MaryBeth V. Gibson, Interim Co-Lead Class Counsel);
- *In Re: Marriott International Customer Data Security Breach Litigation*, United States District Court for the District of Maryland, Judge John Preston Bailey, MDL No. 2879 (MaryBeth V. Gibson, Class Counsel, Plaintiffs' Steering Committee);
- *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Thomas W. Thrash, Jr., MDL No. 2583 (MaryBeth V. Gibson, Plaintiffs' Steering Committee, Chair of Discovery Committee);
- *In Re: Equifax, Inc., Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Judge, Thomas W. Thrash, Jr., MDL No. 2800 (MaryBeth V. Gibson, Plaintiffs' Steering Committee);
- *Baker, et al. v. ParkMobile, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division (data breach action), Case No.: 1:21-cv-02182, Judge Steven C. Jones (MaryBeth Gibson, Co-Lead Counsel);
- *Harrington v. Elekta, Inc.*, United States District Court for the Northern District of Georgia (data breach action), Case No. 1:21-cv-03997-SDG, Judge Steven D. Grimberg (MaryBeth V. Gibson, Interim Liaison Counsel);
- *Sherwood, et al. v Horizon Actuarial Services, LLC*, United States District Court for the Northern District of Georgia (data breach action), Atlanta Division, Case No.: 1:22-cv-01495-ELR, Judge Eleanor L. Ross (MaryBeth V. Gibson, Liaison Counsel);
- *Kleeberg, et al. v. St. Joseph's/Candler Health System, Inc.*, State Court of Chatham County, Ga. (data breach action), Case No. STCV21-01638, Judge Elizabeth Coolidge (MaryBeth V. Gibson, Co-Lead Counsel); and,
- *Park 80 Hotels, LLC v. Holiday Hospitality Franchising, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division (data breach action), Case No.: 1:22-cv-3709-LMM, Judge, Leigh Martin May (MaryBeth V. Gibson, Class Counsel).

MaryBeth also serves as class counsel in other cases involving complex litigation. Representative cases include the following:

- Class counsel to parties adverse to *Holiday Hospitality Franchising, LLC, Six Continents Hotels, Inc. d/b/a Intercontinental Hotels Group and IHG Owners Association, Inc. ("IHG"),* Northern District of Georgia, consolidated for pre-trial matters before Judge Eleanor L. Ross, involving franchisee/franchisor dispute. *See Park 80 Hotels LLC, et al v. IHG*, Civil Action No. 2:21-cv-4650 -ELR, *PH Lodging Tomball, LLC v. IHG*, Civil Action No. 1:21-CV-5072- SDG, *Bensalem Loding Associates LLC v. IHG*, Civil Action No. 1:21-cv-5081-LMM, *Synergy Hotels, LLC v. IHG*, Civil Action No. 1:21-cv-5164-MHC (MaryBeth V. Gibson, Class Counsel);

- *Varela v. State Farm Mutual Automobile Insurance Company*, United States District Court for the District of Minnesota, Case No.: 1:0:22-cv-00970, Judge John R. Tunheim, involving application of typical negotiation reduction (on appeal to the Eighth Circuit) (MaryBeth V. Gibson, Class Counsel);
- *Tara Kulwicki, on behalf of herself and all others similarly situated, vv. AETNA, Inc. and AETNA Life Insurance Company*, United States District Court for the District of Connecticut, Case No.: 3:22-cv-229, Judge Robert Chatigny, class action involving disparate treatment in violation of the Affordable Care Act (MaryBeth V. Gibson, Class Counsel); and,
- *Dickman, et al. v Banner Insurance Co., et al.*, United States District Court for the District of Maryland, Case No. 1:16-00192-RDB, Judge Richard Bennett; a class action on behalf of life insurance policy holders regarding wrongful cost of insurance increases, $40,749,525.00 settlement (MaryBeth V. Gibson, Class Counsel).

MaryBeth also has also served as class counsel in mass tort cases. Representative cases include the following:

- *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Ohio, Judge David A. Katz, MDL No. 2197 (MaryBeth V. Gibson, Science Committee); and,
- *In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Texas, Judge Ed Kinkeade, MDL No. 2244 (MaryBeth V. Gibson, Science Committee).