UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | ) ) ) ) | MDL No. 2948-A<br><br>Master Docket No. 20 C 4699 |
| **This Document Relates to:** | ) ) | Judge Rebecca R. Pallmeyer |
| Bravo v. TikTok, Inc. | 23 C 225 | ) |
| Murphy v. TikTok, Inc. | 23 C 504 | ) |
| Buckley v. TikTok, Inc. | 23 C 841 | ) |
| Tado v. TikTok, Inc. | 23 C 1430 | ) |
| Recht v. TikTok, Inc. | 23 C 2248 | ) |
| Fleming v. TikTok, Inc. | 23 C 2260 | ) |
| E.K. v. TikTok, Inc. | 23 C 2262 | ) |
| Androshchuk v. TikTok, Inc. | 23 C 2462 | ) |
| Albaran v. TikTok, Inc. | 23 C 2463 | ) |
| G.R. v. TikTok, Inc. | 23 C 2464 | ) |
| Moody v. TikTok, Inc. | 23 C 2465 | ) |
| Schulte v. TikTok, Inc. | 23 C 2466 | ) |
| Fugok v. TikTok, Inc. | 23 C 2467 | ) |

**DECLARATION OF BRYAN P. THOMPSON IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD COUNSEL**

I, Bryan Paul Thompson, an attorney, being first duly sworn on oath, deposes and states as follows:

1. I am and have been one of the attorneys for Plaintiff Katie Murphy for the duration of the above captioned case.

2. I am admitted to practice within the State Courts of Illinois, the United States District Court for the Northern District of Illinois, both in the General Bar and the Trial Bar, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court

for the Southern District of Indiana, the 7th Circuit Court of Appeals, the United States Tax Court and the United States Court of International Trade.

3. I have practiced law since 2012, almost all of which was spent specializing in consumer protection litigation.

4. I am a 2008 graduate of the University of Illinois Urbana-Champaign and a 2012 graduate of Northern Illinois University College of Law, graduating *Magna Cum Laude*.

5. I currently practice exclusively in the area of consumer protection and data privacy law and have been primarily practicing consumer protection law since I was admitted to practice in 2012. I have significant experience handling cases under the Fair Debt Collection Practices Act, the Illinois Consumer Fraud Act, the Credit Repair Organizations Act, the Fair Credit Reporting Act, the Telephone Consumer Protection Act, the Magnuson-Moss Warranty Act and other areas of commercial and consumer litigation, both on an individual and class-wide basis.

6. I am, or have been, counsel or lead counsel in hundreds of consumer protection cases, primarily in Illinois. I have also served as counsel in class action cases that were certified pursuant to a class-wide settlement, including *Wingate v. Resurgence Capital, LLC*, No. 14-cv-7753 (N.D. Ill.), *Szczesniak v. National Account Services*, No. 14-cv-10346 (N.D. Ill.), and *Badillo v. Consumer Protection Legal Center*, No. 2020-CH-2962 (Cook County. Cir. Ct.).

7. I have additional experience outside consumer protection law, including both civil and criminal practice: *USA v. Sam Fakhouri*, No. 10-cr-401-3 (post-trial and appellate representation of defendant in white-collar criminal defense case involving allegations of financial crimes); *Morado v. City of Chicago*, No. 12-cv-752 (representation of individual

defendant in §1983 action); *Morgan v. RCN Motors*, No. 2013 L 532 (17th Judicial Circuit, DuPage County, Illinois) (state court action with judgment, after trial, for Plaintiff on breach of contract and Illinois Consumer Fraud Act claims).

8. I have been selected as a Super Lawyer "Rising Star" by Chicago Magazine every year since 2020.

9. I have additionally held leadership positions in legal and consumer law focused groups, including membership in the National Association of Consumer Advocates Ethics Committee and Judicial Committee, Chair of the Chicago Bar Association Consumer Law Sub-Committee, Member of the Illinois State Bar Association Committee on the Delivery of Legal Services and the Illinois Bar Association Committee on Privacy and Information Security, and elected member of the Illinois State Bar Association Assembly.

10. I also frequently present continuing legal education seminars on consumer law topics to legal aid organizations and bar associations.

11. I am a Certified Information Privacy Professional (CIPP/US) and have been since 2020.

12. As part of the pre-filing investigation of *Katie Murphy v. TikTok, Inc.*, I spent significant time and resources researching the reported data security and privacy issues, including reviewing numerous media articles and documents and other public information in this matter. I also discussed the matter at length with Ms. Murphy including the purpose of a class action and the responsibilities she would have if she chose to pursue this case. I undertook legal research, reviewed information provided by Ms. Murphy, drafted the complaint and advanced the costs to file it and serve on Defendant. Since filing, I have spent time reviewing other cases that were filed, communicating with counsel for Defendant, communicating with our client, and reviewing and drafting the Motion to Appoint Interim Class Counsel.

13. Our firm is able and willing to pursue this case in conjunction with the other firms involved in this action and we have the time and resources to pursue this case to class certification.

Pursuant to 28 U.S.C. § 1746(2), I, Bryan Paul Thompson, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2024

Respectfully submitted,

By: /s/ *Bryan Paul Thompson*

Bryan P. Thompson
Chicago Consumer Law Center, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
(312) 858-3239
bryan.thompson@cclc-law.com