**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: TikTok, Inc. Consumer Privacy Litigation

Case Number: 1:20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff E.K.

Attorney name (type or print): Israel David

Firm: Israel David LLC

Street address: 17 State Street, Suite 4010

City/State/Zip: New York, New York 10004

Bar ID Number: 2829976 (New York)
(See item 3 in instructions)

Telephone Number: (212) 739-0622

Email Address: israel.david@davidllc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 15, 2024

Attorney signature: S/ Israel David
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023