**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: In re: TikTok, Inc.          Case Number: 1:20-cv-04699
Consumer Privacy Litigation

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff E.K.

Attorney name (type or print):  Hayley E. Lowe

Firm:    Israel David LLC

Street address:    17 State Street, Suite 4010

City/State/Zip:    New York, New York 10004

Bar ID Number:  5289145 (New York)        Telephone Number:    (212) 739-0622
(See item 3 in instructions)

Email Address: hayley.lowe@davidllc.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 18, 2024

Attorney signature:    S/ Hayley E. Lowe
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023