**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION** | ) ) ) ) | **MDL No. 2948-A** |
| | ) | **Master Docket No. 24 C 2110** |
| **This Document Relates to:** | ) ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| **Bravo v. TikTok, Inc.** 23 C 225 | ) | |
| **Murphy v. TikTok, Inc.** 23 C 504 | ) | |
| **Buckley v. TikTok, Inc.** 23 C 841 | ) | |
| **Tado v. TikTok, Inc.** 23 C 1430 | ) | |
| **Recht v. TikTok Inc.** 23 C 2248 | ) | |
| **Fleming v. TikTok, Inc.** 23 C 2260 | ) | |
| **E.K. v. TikTok Inc.** 23 C 2262 | ) | |
| **Androshchuk v. TikTok, Inc.** 23 C 2462 | ) | |
| **Albaran v. TikTok, Inc.** 23 C 2463 | ) | |
| **G.R. v. TikTok, Inc.** 23 C 2464 | ) | |
| **Moody v. TikTok, Inc.** 23 C 2465 | ) | |
| **Schulte v. TikTok, Inc.** 23 C 2466 | ) | |
| **Fugok v. TikTok, Inc.** 23 C 2467 | ) | |

## **ORDER**

The Clerk is directed to open a new civil case filing to be designated as the lead case number for MDL 2948-A. The following filings, now in the lead case docket for MDL 2948-A, shall be re-filed in the new civil case filing: [281], [282], [283], [284], [285], [286], [287], [288], [289], [290], [291], [292], [293], [294], [295], [296], [297], [298], [299], [300], [301], [302], [303], [304], [305], [306], [307], [308], [309], [310], [311], [312], [313], [314], [315], [316], [317], [318], [319], [320].

The following attorneys shall be listed as having appeared in this new civil case filing:

Roland Tellis
rtellis@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333

Stephen R. Basser
sbasser@barrack.com
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800

James E. Cecchi
jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, BRODY &
AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 993-7000

Bryan P. Thompson
bryan.thompson@cclc-law.com
CHICAGO CONSUMER LAW CENTER, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
Telephone: (312) 584-2614

MaryBeth V. Gibson
marybeth@gibsonconsumerlawgroup.com
GIBSON CONSUMER LAW GROUP, LLC
4729 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503

John Herman
jherman@hermanjones.com
HERMAN JONES LLP
3424 Peachtree Road NE
Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6555

Israel David
Israel.david@davidllc.com
ISRAEL DAVID LLC
17 State Street
Suite 4010
New York, NY 10004
Telephone: (212) 739-0622

Tyler S. Graden
tgraden@ktmc.com
KESSLER, TOPAZ, MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706

Kate M. Baxter-Kauf
kmbaxter-kauf@locklaw.com
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Michael R. Reese
mreese@reesellp.com
REESE LLP
100 West 93rd Street
Sixteenth Floor
New York, NY 10025
Telephone: (212) 643-0500

Carey Alexander
calexander@scott-scott.com
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

Anthony J. Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94603
(650) 331-2030
aweibell@mayerbrown.com

ENTER:

Dated:  March 15, 2024

_____
REBECCA R. PALLMEYER
United States District Judge