**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | ) ) ) | MDL No. 2948 |
| | ) | Master Docket No. 20 C 4699 |
| This Document Relates to: | ) ) | Judge Rebecca R. Pallmeyer |
| ALL ACTIONS | ) ) | |

## MDL CLOSING ORDER

MDL 2948A (Docket No. 24 C 2110) is now closed. Judge Lee having entered final judgment in MDL 2948 (Docket No. 20-4699) on August 22, 2022, the docket should reflect that MDL 2948 is also now closed.

ENTER:

Dated: December 10, 2025

_____
REBECCA R. PALLMEYER
United States District Judge